UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:17 cr-071 |
| Plaintiff, | : | **INDICTMENT** |
| vs. | : | 18 U.S.C. § 2339B(a)(1) |
| | : | Forfeiture |
| LAITH WALEED ALEBBINI, | : | WALTER HERBERT RICE |
| Defendant. | : | |

------------------------------

The Grand Jury for the Southern District of Ohio charges:

## COUNT ONE
(18 U.S.C. § 2339B(a)(1))

On an exact date that is unknown, but at least by on or about April 26, 2017, in the Southern District of Ohio, and elsewhere, the defendant, **LAITH WALEED ALEBBINI**, having knowledge that the Islamic State of Iraq and the Levant (also known as the Islamic State of Iraq and al-Sham, Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Dawla al Islamiya, ISIL, and ISIS) (collectively "ISIS") is a designated terrorist organization, that ISIS has engaged or engages in terrorist activity, and that ISIS has engaged or engages in terrorism, knowingly attempted to provide material support and resources to a foreign terrorist organization (namely, ISIS), in the form of personnel (namely, himself) to work under ISIS's direction and control.

In violation of Title 18, United States Code, Section 2339B(a)(1).

1

## FORFEITURE

1. Upon conviction of the offense charged in Count One of this Indictment, the defendant, **LAITH WALEED ALEBBINI**, shall, pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 981(a)(1)(G)(i)-(iv), and 28 U.S.C. § 2461(c), forfeit to the United States:

    a. All of his assets, foreign or domestic (18 U.S.C. §§ 981(a)(1)(G)(i) and (iv) and 28 U.S.C. § 2461(c));

    b. All assets acquired or maintained by any person with the intent and for the purpose of supporting, planning, conducting, or concealing the offense charged in Count One of this Indictment (18 U.S.C. § 981(a)(1)(G)(ii) and 28 U.S.C. § 2461(c));

    c. All assets derived from, involved in, or used or intended to be used to commit the offense charged in Count One of the Indictment (18 U.S.C. § 981(a)(1)(G)(iii) and 28 U.S.C. § 2461(c));

    d. Any property, real or personal, which constitutes or is derived from proceeds traceable to the offense charged in Count One of the Indictment (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)).

Such assets include, but are not limited to: (1) a black in color, "Blu" brand, cell phone with a

cracked screen, and (2) an HP laptop computer, model number 15-1233wm, bearing serial number appearing to be 5CD537AD81.

A True Bill.

/s/ signed
_____
Grand Jury Foreperson

BENJAMIN C. GLASSMAN
United States Attorney

_____
VIPAL J. PATEL (CA 156212)
First Assistant United States Attorney
DOMINICK S. GERACE (OH 0082823)
Assistant United States Attorney
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
Fax: (937) 225-2564
vipal.patel@usdoj.gov
dominick.s.gerace@usdoj.gov

_____
JUSTIN SHER (D.C. 974235)
Trial Attorney
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20004
Office: (202) 353-3909
justin.sher@usdoj.gov