**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO.  3:17-cr-071-WHR |
| | : | |
| Plaintiff, | : | ADDENDUM - GOVERNMENT |
| | : | RESPONSE IN OPPOSITION TO |
| v. | : | DEFENDANT'S MOTION TO REVOKE |
| | : | DETENTION ORDER PURSUANT TO 18 |
| **LAITH WALEED ALEBBINI,** | : | U.S.C. § 3145(c) |
| | : | |
| Defendant. | : | |
| | : | |

In its Response In Opposition to the Defendant's Motion To Revoke Detention Order Pursuant To 18 U.S.C. § 3145(c), the United States indicated in footnote 8 at PageID # 167 that "Alebbini's post-arrest communications referenced herein have been provided to defense counsel in the course of discovery and are available to the Court upon request." That was not entirely correct. One of the post-arrest communications referenced in the Response, namely, the October 2017 communication referenced on PageID #167, had not been provided in discovery (it was among more recent recordings that had not been included in prior productions). That has been corrected. After defense counsel on November 3, 2017, apprised the United States of the oversight, the United States later the same day conveyed a recording of that communication via

email to defense counsel (and additional recent recordings not referenced in the Response have also now been made available in discovery).

    Respectfully submitted,

    BENJAMIN C. GLASSMAN
    United States Attorney

    s/Vipal J. Patel
    VIPAL J. PATEL (CA 156212)
    First Assistant United States Attorney
    DOMINICK S. GERACE (OH 0082823)
    Assistant United States Attorney
    200 West Second Street, Suite 600
    Dayton, Ohio 45402
    Office: (937) 225-2910
    Fax: (937) 225-2564
    vipal.patel@usdoj.gov
    dominick.s.gerace@usdoj.gov

    s/Justin Sher
    JUSTIN SHER (DC 974235)
    Trial Attorney
    National Security Division
    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20004
    Office: (202) 353-3909
    justin.sher@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that on this 7th day of November, 2017, I served upon defense counsel, Thomas Anderson, a copy of the foregoing *Addendum - Government Response In Opposition to the Defendant's Motion To Revoke Detention Order Pursuant To 18 U.S.C. § 3145(c)*, by electronic delivery.

                                                                                                   VIPAL J. PATEL (CA 156212)
                                                                                                   First Assistant United States Attorney