Filed with Classified
Information Security Officer
CISO _DM Kuesser Randall_
Date _07/25/2018_

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:17-cr-071-WHR |
| Plaintiff, | : | GOVERNMENT NOTICE OF *EX PARTE*, |
| | : | *IN CAMERA*, UNDER SEAL FILING |
| v. | : | |
| LAITH WALEED ALEBBINI, | : | |
| Defendant. | : | |

The government provides notice that on July 25, 2018, it submitted an *ex parte*, *in camera*, and under seal filing with the Court.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Vipal J. Patel
VIPAL J. PATEL (CA 156212)
First Assistant United States Attorney
DOMINICK S. GERACE (OH 0082823)
Assistant United States Attorney
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
Fax: (937) 225-2564
vipal.patel@usdoj.gov
dominick.s.gerace@usdoj.gov

s/Justin Sher
JUSTIN SHER (DC 974235)
Trial Attorney
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20004
Office: (202) 353-3909
justin.sher@usdoj.gov