IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA :
    Plaintiff,             CASE NO: 3:17-CR-071
VS. :
LAITH WALEED ALEBBINI    JUDGE: WALTER H. RICE
    Defendant :

## MOTION TO DISMISS

Defendant Laith W. Alebbini, hereinafter "I/Defendant" By himself respectfully requests the Court to Dismiss the above Captioned case. For the following reasons:

**INTRODUCTION:** "The dual purpose of the Justice system is to end the suffering of the innocent, and the guilt not to escape." (paraphrased) Justice Black

**ARGUMENT: (I)**

"No person shall be helded to answer a capital or otherwise infamous crime unless on a presentment or indictment of grand jury." (U.S. Constitution V Ammendment)

(A.) The Complaintant in this case have lied under oath.

(1) "The interview was video and audio recorded,... Alebbini signed a maranda waiver form. DURING the interview. [Alebbini admitted that he intended to travel to Turkey, and then join, and fyht for ISIS]." Complaint, ECF No. 11 at 21.

(1)

(A.)(1) Cont.

The prosecutor Mr. Vipal J. Patel stated "DURING Alebbini's Post-Arrest merandized interview (Alebbini discussed ISIS) (Doc #27 Page 7 oF 20 #208)

This proves that the FBI lied, and I DID Not Admit.

(2.) The FBI stated "Alebbini, and D.E.... are not married pursuant to any law or certificate." Complaint ECF No. 1 at 5.

Mr. Patel stated "Alebbini, and Ms. Eshelman claim to have been married... there is no evidence that Virginia issued a marriage license." (DOC #21 Page 3 of 20 *164)

Please Find enclosed Marriage Certificate from the Blessed State of Virgina.

(3.) The FBI stated wrongfully "Alebbini stated he followed the News of ISIS through "Amaq" and "Dabiq" magazines online." (Complaint ECF No. 1 at 6)
My internet search Records proves the FBI's statement was wrong. Nor did the Defendant make such a statement.

(4.) The FBI stated "Alebbini admitted posting pro-ISIS videos on his Facebook page in the past." Complaint ECF No. 1 at 5.
That is another FBI Fabrication because there was nothing called ISIS at that time, nor was it designated a Terrorist Organization, Nor did I post anything for that organization, or any other Organization, Nor did I admit that at all. My Facebook account was Deactivated before it became designated a Terrorist Organization.

(2)

(B.) The Procecutors in this case have lied, belied, and forgered.

(1.) The Government have Committed Forgery by Omission.

In every response of the Goverment they refer to my Statement of march 29, 2017 "I am a man who hates Bashar, and wants to go fight Bashar. The Islamic State is fighting Bashar, I will fight with the Islamic State to fight Bashar..." Your honor the Government have omitted "the rebels fight Bashar then I will fight with the rebels". Fraud by omission is equivalant to a false representation. This by itself proves that the Government misrepresented the evidence to the Grand Jury, and the Court.

(2.) The Procecution stated "Defendant did overt acts that were substantial steps towards committing his offense." "On January 12, 2017 Defendant attempted to fly to Turkey."
On the March 27, 2017 Recordings:
CHS: "why did you go to Turkey?"
Alebbini: "I wanted to talk to Turkish Intelligence to join the Syrian Rebel Forces backed up by the Turkish Army."
This recording proves my flight to Turkey on January 12, 2017 was NOT to join ISIS.

(3.) The Procecution lied, and stated "seperately Alebbini told the CHS should join ISIS." (DOC #27 page 5 of 20 #20b).

Your Honor, The CHS claimed he was facing Deportation, and he wanted to join ISIS, I advised him the following:

(3a.) I suggested the CHS to go to the following countries, Qatar Saudi Arabia, Turkey, Canada, and China. But he refused, and insisted that he wanted to Join ISIS, and had no interest in the other places.

(3)

(3) cont.

(3b.) On March 9, 2017 Defendant stated "to the CHS to stay in their Territory, and Not to Fight, but to enjoy the cheap rent and cheap prices." (b1). I also said "its better from a Religious Aspect TO LIVE in an Islamic state." (b2.) "learn Religion, meaning Strengthen your Faith". The CHS responed, and said "I'm not going to stay, I'm going to fight. (b3.). I responded to that with an Explicit Warning Not to Join ISIS.

(3c.) On the March 21, 2017 Recording the CHS mocks me to my wife because I suggested that he go to China to start a business.
Furthermore, I challenge Prosecutors to this claim "Defendant told CHS to join ISIS". If they believed thats true, this claim constitutes a violation of 18 U.S.C. 2339B as providing personnel but the Procecutors know this is a frivilous claim, and not even true.

(3d.) The Prosecution Belied to the Court in making it seem that the Islamic State, and ISIS are the Same thing, and they misquoted me when I was trying to explain the difference to my wife over the phone from jail on June 5, 2017.
Your Honor, the recorded statements to the CHS "live in an Islamic state, and Not join ISIS," Refer 3b.1-2 proves that there is indeed a difference.

(4)

(II.) Defendant Statutory, and constitutional Speedy Trial rights have been violated.

The Speedy Trial Act Requires that in any case in which the Defendant has not entered a guilty plea, a Trial must commence within 70 days of the filing of the indictment, or the date of the Defendants Arrainment, whichever occures later.

A four-fact test has been established to determine whether the constitutional Right to a Speedy Trial has been violated:

(1) "whether delay before trial was uncommonly long."
(2) "whether the Government or the Criminal Defendant is more to blame for the Delay."
(3) "whether in due course the Defendant Asserted his right to a Speedy Trial."
(4) "whether or not he suffered Prejudice as the delay result."

Your Honor this trial is uncommonly long, it been a year and four months thus far, and the Government is more to blame, since I've been incarcerated this entire time. And I Assert(s/ed) my right to a fast, and speedy Trial. And also I have suffered Prejudice as a result of the Delay, as "Actual Prejudice is determined by examing whether the Defendant has suffered (1) oppressive pretrial Incarceration; (2). Anxiety, and Concern; and (3) impairment to his defense."

Your Honor, I suffered from Oppressive Incarceration, as I was placed on Administrative Segregation from April 26, 2017 Thru Feb. 13, 2018, where I was then transfered to Shelby County Jail where conditions are even worse. 9 months of Administrative segregation. And suffer Anxiety, since "all inuduntary Detention will undoubtedly engender some amount of anxiety." (5)

Defendant also suffers imparment to his Defence, since I cannot effectively help my Councel in my Defense, and Translations.

(III.) Outrageous Conduct

The Governments outrageous conduct has been lying, Fraud by ommition, and misrepresenting the Facts to the Grand Jury, and Court, and it continued with the Deportation of a crucial witness to the case; Qassim Ababameh or (Q.A.) who was with me the whole time. He is my friend, and roomate who is fully aware of the Facts of this case, when he refused the "Green card deal" offered by the Prosecution, in exchange for switching his testimony to favor the Prosecution, which was offered more than once.

(IV.) Weakness of the case against Defendant.

(A.) The evidence of this case is recorded "Statements" of the Defendant. The Government has manipulated, and abridged these statements, and taken them out of context to favor them to sway the evidence in a malicious false prosecution, and have omitted, statements that contradicts their theory. Please refer to Argument (V).

(B). The CHS has Fraud charges

(C). The Government has no substantial evidence to support their theory.

(D). The Agent in this case is a lier as we have shown.

(E.) Its impossible for the Government to prove any element of the charges without reasonable doubt. Please see argument (V, VI).

(6)

(F.) The Prosecutors acknowledge their case is Deficiant in material respects. The Prosecution Stated, "Alebbini argues that the governments case is "deficiant" in material respects... "This merits-based argument, however, is not relevant to revoke detention order." (Doc.#21 page 9 of 20 #170 ) They also stated "The Defense can Challenge the indictment through other pretrial litigation or trial". (Doc #21 page 10 of 20 #171).

(V.) No Attempt, No Conspiricy:
  (A.) The Government has charged the Defendant with "Attempt" to provide myself to work under ISIS direction, and Control.
  (1). "Attempt has two elements: (1) an intent to commit the underlying offense, and (2) some substantial step towards it completion. MERE PREPARATION IS NOT ENOUGH. To constitute a substantial Step, a Defendant's Actions must cross the line between preparation and attempt by Unequivocally demonstrating that the crime will take place unless 'interrupted by independant Circumstances."
    (Terroist Material Support: An overview of 18 U.S.C. § 2339(A) and § 2339(B). "Page 7-8 Attempt, Conspiracy and Aiding & Abetting" written by Charles Doyle senior specialist in American Public Law December 8, 2016 ).
  (2) "For you to find the Defendant guilty of this crime, you must be convinced that the government has proved both of the following elements beyond a resonable doubt: (1). First, that the Defendant INTENDED to commit the crime. (2) And second that the Defendant Did some overt act that was a substantial step towards committing the crime.
  (2c) "Merely preparing to commit a crime is not a substantial step. Defendants conduct must go beyond mere preparation, and must strongly confirm that he intended to."

(7)

(2c.) CONT.

If you have a reasonable doubt about Either one of these Elements then you [MUST] find the Defendant NOT GUILTY."
   ( Jury Instructions Chapter 5.00 Attempts; 5.01 Attempt- Basic Elements 1 A-C and 2 ).

(3). Defendants Recorded Statements:
   (1). April 26, 2017 Merandized Interview of Defendant: Defendant Stated, "This is why I want to go find the RIGHT GROUP."
   (2). On March 9, 2017 "One hears about ISIS, but the one does not know if the sayings [Translation: word has it / Rumors] are truth or lies."
   (3). On March 19, 2017 "I want to join the Syrian groups in Turkey (Non-foreign terrorist organizations) hereinafter "NFTO", or the Turkish Army.
   (4). On March 27, 2017 "I wanted to talk to the Turkish Intelligence so I can fight with the Syrian Opposition Forces, or with the Free Army": NFTO's
   (5). Continuing on March 27, 2017 "In Gazaintab (a Turkish city on the Syrian Boarder), there are Several Mosqs (Muslim Place of worship) for each Group you sit with both Parties, and you decide whoever you like, and from there they will help you."
   (6). Continuing on March 27, 2017 "as I told my cousins, I will go see what the story is, and if the group turns out to be right I will call you."
   (7). On March 29, 2017 "CHS: I'm going to ISIS." "Alebbini: I'm going to fight Alassad."

(8)

(3.) cont.

(8). continuing March 29, 2017. "Alebbini: I hate Alassad, ISIS Fights Alassad, I will fight with ISIS, the Rebels fights Alassad, I will fight with the Rebels."

(9). On March 27, 2017. "The best choice is ISIS (FTO), and the Mujahdeen in Syria (NFTO)."

(10). Continuing March 27, 2017 "I will go first to make sure the group is right first". (Referring to investigating both Groups).

(11). On April 20, 2017 Recorded Phone Conversation with Husain Ababneh Governments Translation Summery: "Laith indicates that he will go there and find out about them." (ALE-00014992).

00:34:30 "Laith claims that his goal is to check by himself if this group is true or not. If it is wrong, Laith would return back." (ALE-00015017).

* Please find enclosed Documents (ALE-00014992, ALE-00015026, ALE-00015017)

Your Honor, this proves that my "intent" was/is fighting Alassad by finding the right group which is not limited to ISIS. And when the CHS asked me why I traveled to Turkey on January 12, 2017 "I said to join the opposition Forces"; this by itself proves that traveling to Turkey does Not Constitute a substantial step to join ISIS because I could go to Turkey, and then Gazaintab, and then join the Mujahdeen or the Free Army (NFTO's). Therefore Alebbini "purchased a ticket to Turkey by FBI Funds, and walked to the TSA"; does Not Constitute a substantial step, because The Second Circuit Stated "that the Defendants behavior must be such of a nature that a reasonable observer viewing it in the context could conclude beyond a reasonable doubt that it was undertaken in accordance with a design to violate the statute Id. at 988."

(9)

(3.)(II). Cont.

See: generally United States V. Ivic 700 F. 2nd at 66 observing that Substantial step requirement serves to ensure that person is convicted for attempt only when actions manifest "firm disposition" to commit charged crime.

Psychology 101:- "Definition of Prejudice is Dismissing facts that does not confirm your Theory."

The Government can prove its Theory only by stronger evidence. as long as the Governments Evidence starts with the Defendants Stated, Then the Defendant also stated as previously listed, and Dismissing them will effectively show prejudice toward the Defendant. Therefore the Defendants Actions Does Not Constitute an "ATTEMPT". because the charged crime might Not happen If I Join the mujahdeen.

B. No Conspiracy

The Second Count of the Superceding Indictment the Government Charges Defendant with Conspiricy to provide Personnel, namely himself to work under ISIS Direction, and Control.

Conspiracy: "an agreement between two or more people to commit an illegal act along with intent to acheive the agreement goal."

(1). The prosecution has threatened the Defendant that if he does not plea guilty to the first charge on the Indictment, they will then charge the Defatant with a Conspiracy charge. When I refused to forfiet my rights by Trial, they superceded the original Indictment after an entire year of the first original charge and Indictment.

(2). The alleged Conspirators were suspicious of ISIS as well as reluctant, to even concider them. They persered the Mujahdeen and the Free Army (NFTO's).

V B. cont.
(3). Nor was there any agreement made, which would not even be possible as we did not even know which group is best to defend our people, and has an honorabe agenda. Therefore there is No Conspiracy.

Your Honor it amazes me how could the prosecution Indict me with a Conspiracy charge, but it seems true the saying of a "prosecutor can even indict a ham sandwich". (Thomas Anderson Jr.) The Defendant Acknowledges he made some statements like the following:
1). "my goal is to be active in the Islamic state"
2). "our duty is to support the Islamic State"
3) "If I join the Islamic state, and shoot two rounds and die it would be okay."

Your Honor these are "Conditional statements", and the Totallity of the Evidence Proves that. Also the Defendant acknowledges that he had moved some Anti ISIS Propaganda from the Mosq, for his own political, and Religious reasons. See
United States V. Sakmeh, 152 F. 3d 88, 112 (2d cir. 1998)
"the Defendant's not on trial for having extremist religious views or political views, and [that such evidence cannot] act as a substitute for proof beyond a reasonable doubt of the elements."
Id at 170

VI 18 U.S.C. 2339B
" Section 2339B(h) provides that [no person may be prosecuted] under this Section in Connection with the term 'personnel' unless the person has knowingly provided, attempted to provide, or conspired to provide a foreign terrorist organization..."

(11)

VI cont.

Since I did not attempt (refer to V A.) nor did I conspire (Refer to V B) I cannot be prosecuted, I did not Violate Law 18 U.S.C. 2339B.

VII The Government is Bound to err.

Your Honor due to the weakness of this case, and the lack of conclusive evidence, and the impossability of proof beyond a reasonable doubt the prosecution will have to resort to persuation with fear, rhetorical persuation, selective citation, miss stating the facts, and distortion of the Truth even fraud by ommition as they have already done in there pre-trial litigation, and they are bound to do the same to the jury during a Trial.

After GOD, a Just Judge is the Defendants best Defense. For all these reasons put forth, The Defendant Laith Alebbini moves this Court to dismiss charges, and put an END to the defendants suffering.

Humbly, and Respectfully Submitted,

LAITH W. ALEBBINI

(12)

**XDUPLICATEX**

# COMMONWEALTH OF VIRGINIA
## MARRIAGE REGISTER

COPY A
FOR CLERK OF COURT

CIRCUIT COURT FOR CITY OR COUNTY OF: **FREDERICKSBURG**

CLERK'S NUMBER: **160000229**

### PARTY A — ☒ GROOM

1. FULL NAME: (first) **LAITH** (middle) (last) **ALEBBINI** (suffix) — MAIDEN SURNAME (if different from last):
2. SEX: **M**
3. AGE: **27**
4. DATE OF BIRTH: **06/28/1990**
5. PLACE OF BIRTH: **JORDAN**
7. RACE: **WHITE**
8. NUMBER OF THIS MARRIAGE: **FIRST**
9. MARITAL STATUS: ☐ WIDOWED ☐ DIVORCED
10. EDUCATION: College (1-4 or 5+) **2**
11. USUAL RESIDENCE: **102 WOODLAND RD**
11a. CITY OR TOWN OF RESIDENCE: **FREDERICKSBURG**
11c. STATE: **VIRGINIA**
12. NAME OF PARENT: **WALEED ALEBBINI** — 12a. SEX: **M**
13. NAME OF PARENT: **MAYSA ABABNEH** — 13a. SEX: **F**

### PARTY B — ☒ BRIDE

14. FULL NAME: (first) **DESTINEY** (middle) **KAYLA LYNN** (last) **ESHELMAN**
15. SEX: **F**
16. AGE: **24**
17. DATE OF BIRTH: **02/18/1993**
18. PLACE OF BIRTH: **OHIO**
20. RACE: **WHITE**
21. NUMBER OF THIS MARRIAGE: **FIRST**
22. MARITAL STATUS: ☐ WIDOWED ☐ DIVORCED
23. EDUCATION: College (1-4 or 5+) **2**
24. USUAL RESIDENCE: **3846 LAKEBEND DRIVE**
24a. CITY OR TOWN OF RESIDENCE: **DAYTON**
24c. STATE: **OHIO**
25. NAME OF PARENT: **GLEN EDWARD ESHELMAN** — 25a. SEX: **M**
26. NAME OF PARENT: **MICHELLE LEE BROWN GAGARIS** — 26a. SEX: **F**

### MARRIAGE LICENSE

27. TO ANY PERSON LICENSED TO PERFORM MARRIAGES
You are hereby authorized to join the above-named persons in marriage under procedures outlined in the statutes of the Commonwealth of Virginia.

Date Issued: **12/11/2017**
License Expires Sixty Days After Above Date
Date Received by Clerk of Court from Officiant: **12-11-2017 (cnd)**

Signature: [signed] Clerk of Court or Deputy

### MARRIAGE CERTIFICATE

28. DATE OF MARRIAGE: **6/4/2018**
29. PLACE OF MARRIAGE: **DUMFRIES**
30. TYPE OF CEREMONY: ☐ CIVIL ☒ RELIGIOUS
31. I CERTIFY TO THE FACTS OF MARRIAGE OF THE ABOVE NAMED PERSONS ON THE DATE AND AT THE PLACE SPECIFIED.

SIGNATURE OF OFFICIANT: [signed]
TITLE OF OFFICIANT: **IMAM**
Authorized to perform marriages by the Circuit Court for **PRINCE WILLIAM**, Virginia, in **2010**
NAME OF OFFICIANT: **MUSTAKHA FOUD**
ADDRESS OF OFFICIANT: **17794 MAIN STREET   DUMFRIES   VA   22026**

VS3 1/17

FREDERICKSBURG CITY CIRCUIT COURT
A COPY TESTE: JEFF SMALL, CLERK
BY: [signed] Deputy Clerk
DATE: **8/2/18**

Facility:9372382604 Product:8697050T

FBI TRANSLATION SUMMARY

Laith Waleed Alebbini

| | | | | DATE: | 05/18/2017 |
|---|---|---|---|---|---|
| LINE ID: | 9372382604 | | | LANGUAGE: | Arabic |
| START DATE: | 04/20/2017 | TIME: | 23:13:12 UTC | DAY: | Thursday |
| DURATION: | 04:00:23 | SESSION ID: | DE1-DE-RC01-0000844135 | DIRECTION: | Incoming |
| PARTICIPANTS: | From: (614) 5009219 ;To: (937) 238-2604,Alebbini, Laith Waleed | | | | |
| RE: | A continuation of the four hour calls between Laith Alebbini and Husain LNU. | | | | |

Laith Alebbini and Husain LNUN continue their lengthy conversation about the Islamic State and Laith's views towards them.

[00:55:50] Husain suggests that Laith speak with Syrians, inquire on why their hands are cut off and why they want to marry off their daughter for nothing. Laith swears that he decided to go after speaking with them and learning what happened to them. Laith inquires on how to cut off the hand of Bashar. Husain suggests that Jihad can be done through prayer and tongue [speaking out]. Husain adds that Laith does not know right from wrong, urges him to pray for God to support the truth, Islam, and Muslims. Husain questions Laith's faith when it comes to performing prayers. Laith indicates that he missed a prayer because he is defending the Islamic State by speaking for them. Husain expresses discontent and asks Laith not to mention them [Islamic State] and goes on to insult the Islamic State. Laith indicates that he will go there and find out about them. Husain indicates that Laith will not have a choice of returning and stresses

ALE-00014992

Facility:9372382604 Product:8687408T

Husain says: "And what's wrong with that? Why not to respond in a nice manner?" Husain references how Prophet Muhammad treated his wife, even when he returns from a war. Husain repeats that he would convert to Christianity thanks to Laith who made him hate Islam.

00:27:25: Husain says that Laith defends the Islamic State according to what he saw from the outside not inside. Husain repeats that there is no Islamic State. Laith argues that Prophet Muhammad said the Caliphate State will return. Husain argues that the Caliphate State will not return with blood and killing and with Fitnah. Husain cannot believe that out of nowhere, one appoints himself as the Caliphate. Laith comments that the Shurah Council pledge allegiance to the Caliphate, after the death of Abu-Mus'ab al-Zarqawi. Husain mocks that Abu-Mus'ab al-Zarqawi would defend the Muslims and Islam, pointing out that Abu-Mus'ab al-Zarqawi killed innocent children.

00:29:54 Laith disagrees with Husain's claim. Husain states that Abu-Mus'ab al-Zarqawi sent the suicide bombers to attack the hotel in Amman. Laith says: "No, not him." Husain adds that the female suicide bomber was Sajida, who was executed.

Laith iterates that Husain trusts the media. Laith narrates the story of Abu-Mus'ab al-Zarqawi. Abu-Mus'ab al-Zarqawi was imprisoned in Jordan. After his release, he traveled to Afghanistan to join al-Qaida. Bin Laden refused to talk to him. When George W. Bush invaded Iraq, Abu-Mus'ab al-Zarqawi traveled to Iraq with a Levant group with the purpose to form a resistance group to kill the Americans and establish an organization to eradicate the Israel State. Abu-Mus'ab al-Zarqawi, Abu-Anas al-Shami and others lived in Iraq waiting for the Americans. The Iraqi resistance group under the leadership of Abu-Mus'ab al-Zarqawi helped the Iraqi tribes. After their victory, the US military withdrew. Accordingly, the Mujahidin returned home, except 300 fighters. When Al-Maliki oppressed the demonstrations in Mosul, the 300 fighters and Abu-Bakr al-Baghdadi came back. Husain interrupts, telling him to stop.

Husain asks who gave Abu-Musab al-Zarqawi the right to attack the hotel in Jordan. Laith replies that it was not him; it is al-Zawahiri and al-Qa'ida. Husain iterates who would kill an innocent child and calls him "a Bird of Paradise" and a martyr?

※ [00:34:30: Laith claims that his goal is to check by himself if this group is true or not. If it is wrong, Laith would return back.] Husain informs him that there is no way back. Laith should learn from others. Laith responds that he would like to show Husain the Kurd heroes, who speak about the [Islamic] State. These Kurds were captured by ISIS and released.

Husain asks Laith how he would sleep at night if he kills a person, even if he is an infidel. First, Laith states that he does not killed peaceful people. Husain repeats that what if this person is bad and an infidel. Laith responds that he would behead him and make a video about it. Husain swears at Laith.

00:36:38 – 00:37:19: Laith states if someone rapes the Syrian girls, Laith will cut his head off. Husain corrects him that ISIS rapes the Syrian girls. Laith refuses the claim.

00:37:25 – 00:38:56: Laith argues that Allah created people with different skills, e.g. physicians, a shoemaker, etc. "Would you rather send a loser like me to war or someone else?" Husain yells that Laith is not a loser. Husain reminds him that he [Laith] speaks English well. Laith has a golden opportunity that he should exploit. Husain suggests that Laith should help the *homeless*. Laith notes that the Lord has asked him for Jihad. Husain dismisses the statement. The Lord did not ask Laith to go for Jihad because there is no war. Husain repeats that he would not mind if he goes to Gaza as he mentioned before. Husain cusses the Islamic State.

[Laith has a side conversation with his wife]

ALE-00015017

Facility:9372382604 Product:8686316T

there are attorneys who support the State. Hasan tells Laith to forget about his uncle and his cousin and not to be arrogant and stubborn because the survival of the religion does not depend on one person and the worship is Jihad and the religion is compassionate and the world would not be ruined because of one person. Laith says that he would wait and maybe America and Jordan would attack al-Asad. Hasan says that both of his wife and Laith's wife are pregnant and Muslims and invite Laith to come and stay with them. Hasan talks about the good , free medical care and the support the government provides. Laith says that America helps him. He adds that he [Laith] told his father that he would like to g to Jordan and work at his father's office. Hasan says that Laith father is worried and tells Laith to forget about Irbid because everything is based on nepotism and he would never exchange America with Irbid. Laith swears that he also won't exchange America with Irbid but likes to go to Jordan and study Law and do as his uncle" Firas" used to do, which is working in America for a while then going to Jordan. Hasan tells Laith to work for six or seven months in America and then go Jordan, especially around the month of Ramadan to worship and might perform 'Umrah. He adds that people in Jordan are hypocrites and the police mistreats the people etc… He tells Laith not to let anyone deceive him and encourages him to work as a translator…and at the same time perform the religious rites of fasting , praying and giving alms and helping the poor. Laith says that is the true essence of religion; a Muslim should help those who are in need. Hasan tells Laith to forget about fighting, Jihad and the State and he should establish his own Islamic state within himself and help people, pay the debts of the poor people, and help the young men to get married by giving them a portion of their dowries. Laith says that he is a believer and he is waiting to see if the State is right or wrong, then he will decide. Hasan tells Laith that helping the poor is an action. Laith agrees and adds that he wants the people of Jordan enjoy the dignity which is enjoyed by the Americans. Hasan says that the people in Jordan lack religion and if they do not do something wrong is due to their fear of the police and not the fear of God. Hasan says some people steal because they are in need and that there are many problems which are solved by a smile and not by weapon. Hasan asks Laith to swear to forgot about the old subject [Going to Syria].

Laith: I am going to postpone it.

Hasan: No, I want to promise me to be a moderate and neither be a killer or a victim, and do things to best of your ability.

Laith:" God willing."

Hasan: the Jihad is to resist temptation and not drink beer because you fear God and because you are afraid of what the people might say. Also, to abstain from fornication and not by carrying a gun and say …Bashar [Asad] and such…

Laith: Yes, this the grand Jihad, if Bashar did not do [the atrocities] we would be…

Hasan talks about the suffering of the Muslims in Burma and nobody help them except Turkey. He adds that Jihad starts from within.

Laith agrees.
Hasan talks about the terrible conditions in Somalia and it would be better to send money to help the poor instead of smoking expensive cigarettes. He adds that God will hold me accountable if I do not help the poor and He will not hold me accountable if I do not go to Syria.

Laith says if we boycott the big companies, they will launch a war against us.

Laith says that the people are hypocrites, they appear to be religious on Facebook while they are committing so many sins.

ALE-00015026

Certificate of Service

To the clerk of Courts, I have filed this motion with limited copies, please time stamp, and copy to all parties. Thank you, Respectfully Submitted.