**BEFORE JUDGE WALTER H. RICE**

**Case No. 3:17cr71**  Date: November 13, 2018

**Case Caption:  USA v. LAITH W. ALEBBINI**

**Court Reporter:  Debra Futrell**  **Courtroom Deputy:  Tisha Parker**

**Counsel for Plaintiff:  AUSA, Vipal Patel , Dominick Gerace, and Justin Sher**

**Counsel for Defendant: Thomas Anderson and Arthur Mullins**

**PROCEEDINGS:  Bench Trial. Defendant appeared with counsel. Witnesses sworn and testimony taken.**

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|----|----|------|----------|------|------|---------|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | Court convened<br>- Statement by the Court<br>- Dialogue between Court and government | | | 9:18<br>9:18<br><br>9:19 | | | |
| X | | Opening statement | Patel | | 9:20<br>10:41 | | | |
| | | Recess taken<br>Court reconvened | | | 10:41<br>10:57 | | | |
| | X | Opening statement | Anderson | | 10:57<br>11:23 | | | |
| X | | Graham Robinson, witness called to testify<br>- Witness sworn in by Courtroom Deputy<br>- Government Exhibits 1E-1M provided to witness<br>- Government Exhibit 1E<br>- Government Exhibit 1F<br>- Government Exhibit 1G | Patel | Direct | 11:24<br><br>11:24<br><br>11:33<br><br><br><br>11:34<br><br>11:35<br><br>11:35 | <br><br><br><br><br><br><br>X<br><br>X<br><br>X | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | - Government Exhibit 1H | | | 11:36 | X | | |
| | | - Government Exhibit 1I | | | 11:37 | X | | |
| | | - Government Exhibit 1J | | | 11:38 | X | | |
| | | - Government Exhibit 1K | | | 11:40 | X | | |
| | | - Government Exhibit 1L | | | 11:40 | X | | |
| | | - Government Exhibit 1M | | | 11:40 | X | | |
| | | - Defendant identified by witness | | | 11:42 | | | |
| | | - No further questions | | | 11:42 | | | |
| | X | Graham Robinson, witness<br>- No further questions | Mullins | Cross | 11:42<br>11:48 | | | |
| X | | Graham Robinson, witness<br>- No further questions<br>- Witness dismissed | Patel | Redirect | 11:48<br>11:49<br>11:49 | | | |
| X | | Sergeant Steve Porter, witness called to testify<br>- Witness sworn in by Courtroom Deputy<br>- Government Exhibit 1K<br>- Objection; overruled<br>- Defendant identified by witness<br>- Government Exhibit 1C<br>- Government Exhibit 1D<br>- No further questions | Patel | Direct | 11:50<br>11:50<br>12:00<br>12:01<br>12:03<br>12:06<br>12:07<br>12:10 | <br><br>X<br><br><br>X<br>X | | |
| | X | Sergeant Steve Porter, witness<br>- No further questions<br>- Witness dismissed | Mullins | Cross | 12:10<br>12:13<br>12:14 | | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | Recess taken | | | 12:14 | | | |
| | | Conference held in conference room with counsel for defendant, government, and Court Reporter<br>- Conference concluded | | | 12:15<br><br><br><br><br>12:19 | | | |
| | | Conference held in conference room with counsel for defendant, government, and Court Reporter<br>- Conference concluded<br>Conference held in conference room with counsel for defendant, government, Court Reporter, and defendant<br>- Conference concluded | | | 1:18<br><br><br><br><br>1:20<br>1:20<br><br><br><br><br>1:27 | | | |
| | | Court reconvened | | | 1:34 | | | |
| X | | Christopher Hardeman, witness called to testify<br>- Witness sworn in by Courtroom Deputy<br>- Defendant identified by witness<br>- No further questions | Patel | Direct | 1:34<br><br>1:35<br><br>2:05<br><br>2:08 | | | |
| | X | Christopher Hardeman, witness<br>- Objection; sustained<br>- No further questions | Mullins | Cross | 2:08<br><br>2:13<br>2:13 | | | |
| X | | Christopher Hardeman, witness<br>- No further questions | Patel | Redirect | 2:13<br><br>2:14 | | | |
| | | Christopher Hardeman, witness | Mullins | Recross | 2:14 | | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|----|----|------|----------|------|------|---------|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | - No further questions<br>- Witness dismissed | | | 2:14<br>2:15 | | | |
| X | | Dino Cappuzzo, witness called to testify<br>- Witness sworn in by Courtroom Deputy<br>- Government Exhibit 1A<br>- Government Exhibit 1B<br>- No further questions | Patel | Direct | 2:15<br>2:16<br>2:46<br>2:48<br>3:00 | X<br>X | | |
| | X | Dino Cappuzzo, witness<br>- No further questions | Mullins | Cross | 3:00<br>3:04 | | | |
| X | | Dino Cappuzzo, witness<br>- Objection; sustained<br>- Objection; bench conference | Patel | Redirect | 3:04<br>3:05<br>3:06 | | | |
| | | Recess taken<br>Court reconvened | | | 3:07<br>3:30 | | | |
| X | | Dino Cappuzzo, witness<br>- No further questions | Patel | Redirect | 3:30<br>3:32 | | | |
| | X | Dino Cappuzzo, witness<br>- Defendant Exhibit A<br>- No further questions<br>- Witness dismissed | Mullins | Recross | 3:32<br>3:36<br>3:37<br>3:37 | | | |
| X | | Bassel Elnamara, witness called to testify<br>- Witness sworn in by Courtroom Deputy<br>- Government Exhibit 2A<br>- Defendant identified by witness<br>- No further questions<br>- No questions by counsel for defendant | Patel | Direct | 3:38<br>3:38<br>3:50<br>3:59<br>4:00<br>4:00 | X | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | - Witness dismissed | | | 4:00 | | | |
| X | | Kindy Ghussin, witness called to testify<br>- Witness sworn in by Courtroom Deputy<br>- Objection; overruled<br>- Government Exhibit 2A<br>- Defendant identified by witness<br>- No further questions<br>- No questions by counsel for defendant<br>- Witness dismissed | Patel | Direct | 4:01<br><br>4:02<br><br>4:11<br>4:13<br><br>4:16<br><br>4:17<br>4:17<br><br>4:18 | <br><br><br><br><br>X | | |
| | | Bench conference held<br>Conference concluded | | | 4:18<br>4:19 | | | |
| | | Statement by the Court<br>Court recessed | | | 4:19<br>4:19 | | | |
| | | Conference held in conference room with counsel for defendant, government and Court Reporter<br><br>Conference concluded | | | 4:20<br><br><br><br><br><br>4:26 | | | |