**BEFORE JUDGE WALTER H. RICE**

**Case No. 3:17cr71**  Date: November 14, 2018

**Case Caption:** USA v. LAITH W. ALEBBINI

**Court Reporter:** Debra Futrell  **Courtroom Deputy:** Tisha Parker

**Counsel for Plaintiff:** AUSA, Vipal Patel, Dominick Gerace, and Justin Sher

**Counsel for Defendant:** Thomas Anderson and Arthur Mullins

**PROCEEDINGS:** Bench Trial. Defendant appeared with counsel. Witnesses sworn and testimony taken.

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | Conference held in conference room with counsel for defendant, government, and Court Reporter<br>- Conference concluded | | | 9:12<br><br><br><br><br>9:16 | | | |
| | | Court convened | | | 9:23 | | | |
| X | | Detective Kyle Metz, witness called to testify<br>- Witness sworn in by Courtroom Deputy<br>- No further questions | Sher | Direct | 9:24<br><br>9:24<br><br>9:34 | | | |
| | X | Detective Kyle Metz, witness<br>- Defendant Exhibit B<br>- No further questions<br>- No further questions<br>- Witness dismissed | Anderson | Cross | 9:34<br><br>9:37<br>9:40<br>9:40<br>9:40 | X | | |
| | | Bench conference<br>- Conference concluded | | | 9:41<br>9:45 | | | |
| | | Recess taken<br>Court reconvened | | | 9:45<br>9:57 | | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | Statement by government<br>- Government Exhibit 12E<br>- Stipulation read into record<br>- Dialogue between the Court, government, and counsel for defendant | Gerace | | 9:57<br>9:57<br>9:58<br>9:59 | | | |
| X | | Mohammad Qaqa, witness called to testify<br>- Witness sworn in by Courtroom Deputy<br>- Witness identified defendant<br>- Government Exhibit 3A1<br>- Portions of transcript read into record<br>- Objection; sustained<br>- Government Exhibit 3A7 (played in Court)<br>- | Gerace | Direct | 10:00<br>10:00<br>10:28<br>10:36<br>10:38<br>10:40<br>10:57 | X | | |
| | | Statement by the Court<br>Recess taken<br>Court reconvened | | | 11:20<br>11:20<br>11:36 | | | |
| | | Mohammad Qaqa, witness<br>- Portions of transcript read into record<br>- Government Exhibit 3B1<br>- Portions of transcript read into record<br>- Objection; sustained | Gerace | Direct | 11:36<br>11:36<br>11:43<br>11:44<br>12:11 | X | | |
| | | Recess taken<br>Court reconvened | | | 12:22<br>1:12 | | | |
| X | | Mohammad Qaqa, witness<br>- Government Exhibit 3B1 | Gerace | Direct | 1:12<br>1:12 | X | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit Identified | Offered | Admitted |
|---|---|---|---|---|---|---|---|---|
| | | - Portions of transcript read into record<br>- Government Exhibit 3B9 (portion played in Court)<br>- Government Exhibit 3B9 (portion played in Court)<br>- Government Exhibit 3B9 (portion played in Court)<br>- Government Exhibit 3C1<br>- Objection; overruled<br>- Objection; overruled<br>- Government Exhibit 4A1<br>- Objection; overruled; continuing objection shown<br>- Government Exhibit 4A3 (portion played in Court)<br>- Government Exhibit 4A4 (portion played in Court) | | | 1:12<br>1:30<br><br><br>1:40<br><br><br>1:50<br><br><br>1:53<br><br>2:01<br>2:01<br>2:03<br><br>2:04<br><br><br>2:05<br><br><br>2:18 | <br>X<br><br><br>X<br><br><br>X<br><br><br>X<br><br><br><br>X<br><br><br><br>X<br><br><br>X | | |
| | | Recess taken<br>Court reconvened | | | 2:24<br>2:37 | | | |
| x | | Mohammad Qaqa, witness<br>- Government Exhibit 4B1<br>- Government Exhibit 4B2 (portion played in Court)<br>- Objection; overruled; continuing objection shown<br>- Government Exhibit 2A<br>- Dialogue between the Court and government | Gerace | Direct | 2:39<br>2:40<br><br>2:40<br><br><br>2:41<br><br><br>2:43<br><br>2:43 | <br>X<br><br>X | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | - Government withdraws request for witness to examine Exhibit 2A<br>- Government Exhibit 3D1 (portion read in Court)<br>- Witness excused for day<br>- Bench conference held<br>- Conference concluded | | | 2:45<br><br>2:51<br><br><br>3:29<br><br>3:29<br>3:31 | X | | |
| | | Statement by the Court<br>Court recessed | | | 3:31<br>3:32 | | | |