**BEFORE JUDGE WALTER H. RICE**

**Case No. 3:17cr71**                                              Date: November 15, 2018

**Case Caption:  USA v. LAITH W. ALEBBINI**

**Court Reporter:  Debra Futrell**          **Courtroom Deputy:  Tisha Parker**

**Counsel for Plaintiff:  AUSA, Vipal Patel, Dominick Gerace, and Justin Sher**

**Counsel for Defendant: Thomas Anderson and Arthur Mullins**

**PROCEEDINGS:  Bench Trial. Defendant appeared with counsel. Witnesses sworn and testimony taken.**

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|----|----|------|----------|------|------|---------|--|--|
| | | | | | | Identified | Offered | Admitted |
| | | Court reconvened | | | 9:37 | | | |
| X | | Mohammad Qaqa, witness<br>- Objection; sustained<br>- Objection; sustained<br>- Objection; sustained<br>- Government Exhibit 3F1<br>- Portions of transcript read in Court<br>- Objection; overruled<br>- Portions of transcript read in Court | Gerace | Direct | 9:37<br>9:40<br>9:41<br>9:45<br>9:47<br><br>9:48<br><br>9:51<br>9:52 | X | | |
| | | Recess taken<br>Court reconvened | | | 11:03<br>11:22 | | | |
| X | | Mohammad Qaqa, witness<br>- Government Exhibit 3I1<br>- Portions of transcript read in Court | Gerace | Direct | 11:22<br>11:29<br><br>11:30 | X | | |
| | | Recess taken<br>Court reconvened | | | 12:16<br>1:18 | | | |
| X | | Mohammad Qaqa, witness | Gerace | Direct | 1:18 | X | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|----|----|------|----------|------|------|---------|---|---|
|    |    |      |          |      |      | Identified | Offered | Admitted |
|    |    | - Government Exhibit 3I1<br>- Portions of transcript read in Court<br>- Government Exhibit 3J1<br>- Portions of transcript read in Court<br>- Government Exhibit 3K1<br>- Portions of transcript read in Court | | | 1:19<br>1:19<br>1:54<br>1:56<br>2:38<br>2:38 | X<br><br>X<br><br>X | | |
|    |    | Recess taken<br>Court reconvened<br>Statement by the Court | | | 2:54<br>3:12<br>3:13 | | | |
|    |    | Mohammad Qaqa, witness<br>- Government Exhibit 3M1<br>- Portions of transcript read in Court | | | 3:13<br>3:14<br>3:15 | X | | |
|    |    | Recess taken<br>Court reconvened | | | 3:37<br>3:42 | | | |
|    |    | Mohammad Qaqa, witness<br>- Government Exhibit 3N1<br>- Portions of transcript read in Court<br>- No further questions | | | 3:42<br>3:44<br>3:45<br>3:55 | X | | |
|    |    | Bench conference held<br>Conference concluded | | | 3:55<br>3:59 | | | |
|    |    | Court recessed | | | 3:59 | | | |