**BEFORE JUDGE WALTER H. RICE**

**Case No. <u>3:17cr71</u>**　　　　　　　　　　　　**Date: November 16, 2018**

**Case Caption:　<u>USA v. LAITH W. ALEBBINI</u>**

**Court Reporter:　<u>Debra Futrell</u>**　　　　**Courtroom Deputy:　<u>Tisha Parker</u>**

**Counsel for Plaintiff:　<u>AUSA, Vipal Patel, Dominick Gerace, and Justin Sher</u>**

**Counsel for Defendant: <u>Thomas Anderson and Arthur Mullins</u>**

**PROCEEDINGS:　<u>Bench Trial. Defendant appeared with counsel. Witnesses sworn and testimony taken.</u>**

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|----|----|------|----------|------|------|---------|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | Court reconvened | | | 9:32 | | | |
| | X | Mohammad Qaqa, witness<br>- Government Exhibit 3A1<br>- Portion of transcript read in Court<br>- Government Exhibit 3B1<br>- Portion of transcript read in Court | Anderson | Cross | 9:32<br>9:59<br><br>10:14<br><br>10:19<br><br>10:21 | <br>X<br><br>X | | |
| | | Recess taken<br>Court reconvened | | | 10:47<br>11:05 | | | |
| | X | Mohammad Qaqa, witness<br>- Government Exhibit 3D1<br>- Government Exhibit 3F1<br>- Portion of transcript read in Court<br>- Government Exhibit 3I1<br>- Portion of transcript read in Court<br>- Government Exhibit 3J1 | Anderson | Cross | 11:06<br>11:07<br><br>11:20<br><br>11:33<br><br>11:37<br><br>11:41<br><br>11:46 | <br>X<br><br>X<br><br><br><br>X<br><br><br><br>X | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|----|----|------|----------|------|------|---------|--|--|
| | | | | | | Identified | Offered | Admitted |
| | | - Government Exhibit 3M1<br>- No further questions | | | 11:51<br>11:57 | X | | |
| | | Statement by the Court<br>Recess taken<br>Court reconvened | | | 11:58<br>11:59<br>12:48 | | | |
| X | | Mohammad Qaqa, witness<br>- Government Exhibit 3A1<br>- Government Exhibit 3B1<br>- Government Exhibit 3B9 (portion played in Court)<br>- Objection; sustained<br>- Objection; overruled<br>- Government Exhibit 3F1<br>- Bench conference held<br>- Conference concluded<br>- Government Exhibit 3F1<br>- Portions of transcript read in Court<br>- Objection; sustained<br>- No further questions<br>- No further questions by counsel for defendant<br>- Witness dismissed | Gerace | Redirect | 12:48<br>12:52<br><br>12:54<br><br>12:57<br><br><br>1:02<br>1:03<br>1:11<br><br>1:11<br>1:12<br>1:12<br><br>1:15<br><br>1:16<br>1:18<br>1:19<br><br><br>1:19 | <br>X<br><br>X<br><br><br><br><br><br><br><br><br><br>X | | |
| | | Dialogue between the Court and government | | | 1:19 | | | |
| | | Government Exhibit 5A1 - transcript read into record<br>Government Exhibit 5B1 - transcript read into record<br>Government Exhibit 5C1 - transcript read into record | | | 1:21<br><br>1:27<br><br>1:32 | | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | Government Exhibit 5D1 - transcript read into record | | | 1:44 | | | |
| | | Recess taken<br>Court reconvened | | | 2:03<br>2:21 | | | |
| | | Government Exhibit 5D1 - transcript read into record<br>Government Exhibit 5E1 - transcript read into record | | | 2:21<br><br>2:36 | | | |
| | | Dialogue between the Court and government<br>Statement by the Court<br>Court recessed | | | 3:07<br><br>3:08<br>3:09 | | | |
| | | Court will reconvene Monday, November 19, 2018 at 9:30 a.m. | | | | | | |