**BEFORE JUDGE WALTER H. RICE**

**Case No. 3:17cr71**                                  **Date: November 19, 2018**

**Case Caption: USA v. LAITH W. ALEBBINI**

**Court Reporter: Debra Futrell**          **Courtroom Deputy: Tisha Parker**

**Counsel for Plaintiff: AUSA, Vipal Patel, Dominick Gerace, and Justin Sher**

**Counsel for Defendant: Thomas Anderson and Arthur Mullins**

**PROCEEDINGS:  Bench Trial. Defendant appeared with counsel. Witnesses sworn and testimony taken.**

| PL | DF | Item | Attorney | Exam | Time | Exhibit Identified | Offered | Admitted |
|---|---|---|---|---|---|---|---|---|
|  |  | Court reconvened |  |  | 9:32 |  |  |  |
| X |  | Hussein Ababneh, witness called to testify<br>- Witness sworn in by Courtroom Deputy<br>- Objection; overruled<br>- Portion of recording of Government Exhibit 502 played in Court<br>- Identification of defendant stipulated to by counsel for defendant<br>- Government Exhibit 5O1<br>- Portions of transcript read in Court | Patel | Direct | 9:32<br>9:33<br><br>9:54<br>10:00<br><br><br>10:02<br><br><br><br>10:03<br><br>10:04 | <br><br><br><br>X<br><br><br><br><br><br><br>X |  |  |
|  |  | Recess taken<br>Court reconvened |  |  | 11:05<br>11:22 |  |  |  |
| X |  | Hussein Ababneh, witness<br>- Government Exhibit 5O1<br>- Portions of transcript read in Court | Patel | Direct | 11:22<br>11:22<br><br>11:23 | <br>X<br><br>X |  |  |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | | | | | | | |
| | | Recess taken<br>Court reconvened | | | 12:21<br>1:34 | | | |
| X | | Hussein Ababneh, witness<br>- Government Exhibit 5O1<br>- Portions of transcript read in Court<br>- No further questions | Patel | Direct | 1:34<br><br><br><br>3:04 | | | |
| | | Recess taken<br>Court reconvened | | | 3:05<br>3:25 | | | |
| | X | Hussein Ababneh, witness<br>- Government Exhibit 5O1<br>- Portion of transcript read in Court<br>- No further questions | Anderson | Cross | 3:25<br>3:35<br><br>3:46<br><br>4:20 | | | |
| | | Bench conference<br>Conference concluded | | | 4:21<br>4:21 | | | |
| X | | Hussein Ababneh, witness<br>- Objection; overruled<br>- Government Exhibit 5O1<br>- Bench conference<br>- Conference concluded<br>- Statement by the Court<br>- Government Exhibit 5O1<br>- No further questions | Patel | Redirect | 4:21<br>4:22<br>4:23<br><br>4:31<br>4:31<br>4:31<br><br>4:31<br><br>4:44 | | | |
| | X | Hussein Ababneh, witness<br>- No further questions | Anderson | Recross | 4:44<br>4:46 | | | |
| | | Hussein Ababneh, witness<br>- No further questions<br>- Witness dismissed | Patel | Redirect | 4:46<br>4:46<br>4:46 | | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|----|----|------|----------|------|------|---------|---------|---------|
|    |    |      |          |      |      | Identified | Offered | Admitted |
|    |    |      |          |      |      |         |         |         |
|    |    | Dialogue between the Court and government<br>Court recessed | | | 4:46<br><br>4:48 | | | |
|    |    |      |          |      |      |         |         |         |