**BEFORE JUDGE WALTER H. RICE**

**Case No. <u>3:17cr71</u>**                                              **Date: November 20, 2018**

**Case Caption:  <u>USA v. LAITH W. ALEBBINI</u>**

**Court Reporter: <u>Debra Futrell</u>**            **Courtroom Deputy: <u>Tisha Parker</u>**

**Counsel for Plaintiff: <u>AUSA, Vipal Patel, Dominick Gerace, and Justin Sher</u>**

**Counsel for Defendant: <u>Thomas Anderson and Arthur Mullins</u>**

**PROCEEDINGS:  <u>Bench Trial. Defendant appeared with counsel. Witnesses sworn and testimony taken.</u>**

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | Court reconvened | | | 9:17 | | | |
| X | | Dr. Lorenzo Vidino, witness called to testify<br>- Witness sworn in by Courtroom Deputy<br>- Government Exhibit 11A | Sher | Direct | 9:18<br><br>9:19<br><br>9:43 | <br><br><br><br>X | | |
| | | Recess taken<br>Court reconvened | | | 10:21<br>10:38 | | | |
| X | | Dr. Lorenzo Vidino, witness<br>- Government Exhibit 5O1<br>- Government Exhibit 3A1<br>- Objection; response; objection withdrawn<br>- Government Exhibit 3A1 (shown in Court)<br>- Government Exhibit 3A1 (portion read in Court)<br>- Government Exhibit 3I1 (portion read in Court) | Sher | Direct | 10:38<br><br>10:44<br><br>11:19<br><br>11:20<br><br>11:20<br><br>11:21<br><br><br>11:29 | <br><br>X<br><br><br><br><br><br><br><br>X<br><br><br>X | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | - Government Exhibit 8A | | | 11:36 | X | | |
| | | - Government Exhibit 8B (played in Court) | | | 11:37 | X | | |
| | | - Government Exhibit 7P1 | | | 11:44 | X | | |
| | | - Government Exhibit 7P2 (played in Court) | | | 11:45 | X | | |
| | | - Government Exhibit 11B | | | 11:54 | | | |
| | | - Objection; statement by counsel for defendant; statement by government; dialogue between the Court and government; statement by counsel for defendant; statement by the government; overruled | | | 11:55<br><br><br><br><br><br><br><br><br>11:58 | | | |
| | | - Government Exhibit 11B (played in Court) | | | 11:59 | X | | |
| | | - Statement by counsel for defendant; response by government; dialogue between the Court and government; statement by the Court; earlier ruling maintained; statement by the government; counsel for defendant states continuing objection; statement by the Court | | | 12:06 | | | |
| | | - Government Exhibit 11B (played in Court) | | | 12:10 | | | |
| | | Dialogue between the Court and government<br>Statement by the Court | | | 12:19<br><br>12:19 | | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit Identified | Offered | Admitted |
|---|---|---|---|---|---|---|---|---|
|  |  | The Court asks that the parties address the objection to Government Exhibit 11B<br>Recess taken<br>Court reconvened |  |  | 12:20<br>1:25 |  |  |  |
| X |  | Dr. Lorenzo Vidino, witness<br>- Government Exhibit 5O1<br>- Government Exhibit 3D1 (portion read into Court)<br>- No further questions | Sher | Direct | 1:25<br>1:28<br>1:41<br>2:05 | X<br>X |  |  |
|  | X | Dr. Lorenzo Vidino, witness<br>- No further questions | Anderson | Cross | 2:05<br>2:54 |  |  |  |
|  |  | Recess taken<br>Court reconvened |  |  | 2:55<br>3:17 |  |  |  |
| X |  | Dr. Lorenzo Vidino, witness<br>- Government Exhibit 5O1<br>- Objection; sustained<br>- No further questions | Sher | Redirect | 3:18<br>3:30<br>3:41<br>3:42 | X |  |  |
|  | X | Dr. Lorenzo Vidino, witness<br>- Government Exhibit 5O1<br>- No further questions<br>- No further questions by government<br>- Witness dismissed | Anderson | Recross | 3:42<br>3:43<br>3:47<br>3:47<br>3:47 |  |  |  |
|  |  | Statement by the Court<br>- Ruling on objection regarding Government Exhibit 11B reversed |  |  | 3:47<br>3:47 |  |  |  |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|----|----|----|----|----|----|----|----|----|
| | | | | | | Identified | Offered | Admitted |
| | | by the Court; the video and subsequent discussion regarding the actual act are stricken from the record. | | | | | | |
| | | Dialogue between the Court and government | | | 3:50 | | | |
| | | Government Exhibit 5F read in Court | | | 3:54 | | | |
| | | Government Exhibit 5J1 read in Court | | | 4:20 | | | |
| | | Government Exhibit 5L1 read in Court | | | 4:26 | | | |
| | | Government Exhibit 5M1 read in Court | | | 4:35 | | | |
| | | Court recessed | | | 5:23 | | | |