**BEFORE JUDGE WALTER H. RICE**

Case No. <u>3:17cr71</u>     Date: November 21, 2018

Case Caption: <u>USA v. LAITH W. ALEBBINI</u>

Court Reporter: <u>Debra Futrell</u>     Courtroom Deputy: <u>Tisha Parker</u>

Counsel for Plaintiff: <u>AUSA, Vipal Patel, Dominick Gerace, and Justin Sher</u>

Counsel for Defendant: <u>Thomas Anderson and Arthur Mullins</u>

**PROCEEDINGS:** <u>Bench Trial. Defendant appeared with counsel. Witnesses sworn and testimony taken.</u>

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | Court reconvened | | | 9:18 | | | |
| | | Government Exhibit 5R1 read in Court | | | 9:19 | | | |
| | | Government Exhibit 5S1 read in Court | | | 9:27 | | | |
| | | Government Exhibit 5T1 read in Court | | | 9:45 | | | |
| | | Government Exhibit 5U1 read in Court | | | 10:05 | | | |
| | | Stipulation Government Exhibit 12D read into record | Patel | | 10:06 | | | |
| X | | Charles Balaj, witness called to testify<br>- Witness sworn in by Courtroom Deputy<br>- Government Exhibit 9A (shown in Court)<br>- Government Exhibit 9B (shown in Court)<br>- No further questions | Patel | Direct | 10:11<br>10:12<br>10:13<br>10:44<br>10:47 | <br><br>X<br>X | | |
| | | Recess taken<br>Court reconvened | | | 10:47<br>11:04 | | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | Charles Balaj, witness<br>- No questions by counsel for defendant<br>- Witness dismissed | | | 11:04<br><br>11:04<br><br>11:05 | | | |
| | | Stipulation Government Exhibit 12B read into record | Sher | | 11:06 | | | |
| | | Stipulation Government Exhibit 12C read into record | Sher | | 11:08 | | | |
| | | Stipulation Government Exhibit 12F read into record | Sher | | 11:10 | | | |
| X | | Special Agent Michael Herwig, witness called to testify<br>- Witness sworn in by Courtroom Deputy<br>- Objection; sustained<br>- Government Exhibit 10A (shown in Court)<br>- Government Exhibit 10B (shown in Court)<br>- Government Exhibit 10C (shown in Court)<br>- Government Exhibit 8A<br>- Government Exhibit 8B (portion played in Court) | Sher | Direct | 11:12<br><br>11:12<br><br>11:22<br>11:23<br><br>11:25<br><br>11:27<br><br>11:37<br><br>11:37 | <br><br><br><br>X<br><br>X<br><br>X | | |
| | | Recess taken<br>Court reconvened | | | 11:49<br>1:18 | | | |
| X | | Special Agent Michael Herwig, witness<br>- Government Exhibit 8A | Sher | Direct | 1:18<br><br>1:18 | | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|----|----|------|----------|------|------|---------|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | - Government Exhibit 8B (portion played in Court)<br>- Government Exhibit 9<br>- Government Exhibit 9C<br>- No further questions | | | 1:18<br><br>2:46<br>2:47<br><br>2:48 | <br><br>X<br>X | | |
| | X | Special Agent Michael Herwig, witness<br>- Government Exhibit 8A | Anderson | Cross | 2:48<br><br>2:48 | | | |
| | | Dialogue between the Court, counsel for defendant, and government<br>Court recessed | | | 3:08<br><br>3:14 | | | |