**BEFORE JUDGE WALTER H. RICE**

**Case No. 3:17cr71**  Date: November 27, 2018

**Case Caption:** USA v. LAITH W. ALEBBINI

**Court Reporter:** Debra Futrell   **Courtroom Deputy:** Tisha Parker

**Counsel for Plaintiff:** AUSA, Vipal Patel, Dominick Gerace, and Justin Sher

**Counsel for Defendant:** Thomas Anderson and Arthur Mullins

**PROCEEDINGS:** Bench Trial. Defendant appeared with counsel. Witnesses sworn and testimony taken.

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Identified | Offered | Admitted |
| | | Conference held in conference room with counsel for defendant, government, and Court Reporter | | | 9:45 | | | |
| | | - Conference concluded | | | 9:49 | | | |
| | | Conference held in conference room with counsel for defendant, government, defendant, and Court Reporter | | | 9:49 | | | |
| | | - Conference concluded | | | 9:54 | | | |
| | | Conference held in conference room with counsel for defendant, government, and Court Reporter | | | 10:01 | | | |
| | | - Conference concluded | | | 10:04 | | | |
| | | Court reconvened | | | 10:11 | | | |
| | | Statement by the Court | | | 10:11 | | | |
| | | Government rests | | | 10:11 | | | |
| | | Defense rests | | | 10:11 | | | |
| | | Defendant renews Rule 29 Motion to Dismiss | | | 10:12 | | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit | | |
|----|----|----|----|----|----|----|----|----|
| | | | | | | Identified | Offered | Admitted |
| | | - The Court overrules Motion to Dismiss Closing arguments will begin on Thursday, 11-29-18 at 9:30 a.m. | | | | | | |
| | | Court recessed | | | 10:13 | | | |