IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA :
    PLAINTIFF                    CASE NO : 3:17-CR-071
  VS.                              :
                                   :
LAITH WALEED ALEBBINI        JUDGE : WALTER H. RICE
    DEFENDANT                    :
                                   :

MOTION FOR A NEW TRIAL

DEFENDANT LAITH W. ALEBBINI, HEIRINAFTER
"DEFENDANT" BY HIMSELF RESPECTFULLY REQUESTS THE COURT
TO GRANT THE DEFENDANT A NEW TRIAL PERSUANT
TO OHIO.R. CRIM. P. 33 (A) (3).

INTRODUCTION : ON THE DATE OF 12-06-2018 THE
COURT HAVE TURNED A GUILTY VERDICT ON BOTH COUNTS
OF THE SUPERSEDED INDICTMENT WHICH IS :
1.) ATTEMPT TO PROVIDE MATERIAL SUPPORT TO "FTO"
2.) CONSPIRICY TO PROVIDE MATERIAL SUPPORT TO "FTO"

THE COURT HAD TAKEN IN ACCOUNT THE PROSECUTION
ARGUMENT THAT A PLEDGE OF ALLEGIANCE TO ISIS
PROVES A MUTUAL UNDERSTANDING BETWEEN THE
CONSPIRATORS, AND THE TESTIMONY OF CASE AGENT
THAT ALEBBINI AND RAID PLEAGED TO ISIS.

THE GOVERNMENT AND ITS AGENT HAVE BASED
THIS ALLEGATION ON A RECORDED PHONE CONVERSATION
ON 04-03-17.

DEFENDANT STATED "ME AND RAID PLEDGE TO
PROTECT THE SYRIAN PEOPLE"..." WHEN WE
PLEDGED".

ARGUMENT:

YOUR HONOR A PLEDGE OR A PACT TO PROTECT
CAN NEVER QUALIFY TO A PLEDGE OF OBEDIANCE
AND FELLOWSHIP (PLEDGE OF ALLEGIANCE).

A PLEDGE BETWEEN THE DEFENDANT AND RAID
ABABNEH TO PROTECT THE SYRIAN PEOPLE CAN NOT
BE INTERPRETED NOR COULD IT BE POSSIBLE FOR
IT TO BE A PLEDGE OF ALLEGIANCE TO JOIN OR BE
UNDER THE DIRECTION OF ISIS. A PLEDGE OF
ALLEGIANCE IN THE ISLAMIC LAW REQUIRES THE
PRESENCE OF A REPRESENTATIVE OF THE ENTITY
BEING PLEDGED TO, IN ADDITION A PLEDGE OF
ALLEGIANCE HAS SPECIAL REQUIRMENTS. THIS FACT
CAN BE PROVEN BY AN EXPERT IN ISLAMIC LAW.

THE AGENT TESTAMONY AND GOVERNMENT
ARGUMENT HAVE SURPRISED THE DEFENSE, AND
THE DEFENSE HAD NO CHANCE TO CALL UPON
A EXPERT TO TESTIFY IN A TIMLY MANNER, AND
WHAT SURPRISED THE DEFENDANT MORE IS THE
COURT BELIEVING THE AGENT TESTIMONY AND

THE GOVERNMENTS ARGUMENT WHICH LEAD TO THE CONVICTION OF THE DEFENDANT OF CONSPIRICY.

CONSPIRICY : "AN AGREMENT BETWEEN TWO OR MORE PEOPLE TO COMMIT AN [ILLEGAL ACT]. EMPHASIS ADDED.

PROTECTING THE SYRIAN PEOPLE IS NOT AN ILLEGAL ACT.

CONCLUSION:

THE DEFENDANT RESPECTFULLY ASKS THE COURT FOR A NEW TRIAL PERSUANT OHIO. R. CRIM. P. 33 (A)(3) SO THE DEFENDANT CAN BRING IN AN EXPERT IN ISLAMIC LAW TO PROVE THAT THE PLEDGE WAS NOT A PLEDGE OF ALLEGIANCE NOR A PLEDGE TO JOIN ISIS.

THE DEFENSE STRONGLY BELIEVES THAT THIS EXPERT TESTIMONY WILL CHANGE THE VERDICT ON THE CONSPIRICY COUNT, AND IT WILL PROVE THAT THE DEFENDANT DID NOT ATTEMPT TO JOIN ISIS. THE DEFENDANT ATTEMPTED TO PROTECT THE SYRIAN PEOPLE.

HUMBLY, AND RESPECTFULLY SUBMITTED,

LAITH W. ALEBBINI



CERTIFICATE OF SERVICE

TO THE CLERK OF COURTS, I HAVE FILED THIS
MOTION WITH LIMITED COPIES, PLEASE TIME STAMP,
AND COPY TO ALL PARTIES.

THANK YOU,

RESPECTFULLY SUBMITTED.

LNTH WALEED ALEBBINI
355 GEARHART ROAD
SIDNEY, OHIO 45365

THE HONORABLE JUDGE WALTER H. RICE
200 WEST SECOND ST.
DAYTON, OHIO 45402

45402-147434