# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:17-CR-71-WHR |
| | : | |
| Plaintiff, | : | UNITED STATES' RESPONSE TO *PRO SE* MOTION FOR NEW TRIAL |
| | : | |
| v. | : | |
| | : | |
| LAITH WALEED ALEBBINI, | : | |
| | : | |
| Defendant. | : | |
| | : | |

The defendant has filed a *pro se* motion for a new trial. (R. 72.) The United States thereafter contacted the defendant's counsel to inquire whether he "adopts" the motion. Counsel indicated he is *not* adopting the motion. As a result, the United States has not provided a "formal," substantive response to the *pro se* motion for a new trial and only submits this brief response to make clear for the record that it does not, by the lack of a more formal, substantive response, concur with or acquiesce to the claims made by the defendant in his *pro se* motion.

Because the defendant is a represented party, and consistent with the prior practice in this case, the defendant's *pro se* motion should be denied, or alternatively, dismissed or stricken.

    Respectfully submitted,

    BENJAMIN C. GLASSMAN
    United States Attorney

    <u>s/Vipal J. Patel</u>
    VIPAL J. PATEL (CA 156212)
    First Assistant United States Attorney
    DOMINICK S. GERACE (OH 0082823)
    Assistant United States Attorney
    200 West Second Street, Suite 600
    Dayton, Ohio 45402
    Office: (937) 225-2910
    Fax: (937) 225-2564
    vipal.patel@usdoj.gov
    dominick.s.gerace@usdoj.gov

    <u>s/Justin Sher</u>
    JUSTIN SHER (DC 974235)
    Trial Attorney
    National Security Division
    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20004
    Office: (202) 353-3909
    justin.sher@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that this pleading was filed with this Court on this 23rd day of January 2019, a process that automatically provides an electronic copy to all counsel of record.

                                              s/Vipal J. Patel
                                              VIPAL J. PATEL (CA 156212)
                                              First Assistant United States Attorney