UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, : | CASE NO. 3:17-CR-71-WHR |
| Plaintiff, : | MOTION FOR EXTENSION IN WHICH TO FILE SENTENCING MEMORANDUM |
| v. : | |
| LAITH WALEED ALEBBINI, : | |
| Defendant. : | |

The United States respectfully requests a one-week extension in which to file its sentencing memorandum. The current deadline is Monday, March 25, 2019. The new deadline would be Monday, April 1, 2019. Given the extensive record in this case, and the lengthy memorandum filed by the defendant, the United States requests additional time to complete its memorandum. This extension would not impact sentencing, which is currently set for May 16, 2019, and the United States has no objection to a concomitant extension for any defense reply memorandum. Pursuant to Local Rule 7.3(a), the United

States consulted with defense counsel concerning this motion. Defense counsel indicated he is not opposed to the requested relief.

        Respectfully submitted,

        BENJAMIN C. GLASSMAN
        United States Attorney

        s/Vipal J. Patel
        VIPAL J. PATEL (CA 156212)
        First Assistant United States Attorney
        DOMINICK S. GERACE (OH 0082823)
        Assistant United States Attorney
        200 West Second Street, Suite 600
        Dayton, Ohio 45402
        Office: (937) 225-2910
        Fax: (937) 225-2564
        vipal.patel@usdoj.gov
        dominick.s.gerace@usdoj.gov

        s/Justin Sher
        JUSTIN SHER (DC 974235)
        Trial Attorney
        National Security Division
        United States Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, DC 20004
        Office: (202) 353-3909
        justin.sher@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this pleading was filed with this Court on this 21st day of March 2019, a process that automatically provides an electronic copy to all counsel of record.

s/Vipal J. Patel<br>
VIPAL J. PATEL (CA 156212)<br>
First Assistant United States Attorney