UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:17-CR-71-WHR |
| | : | |
| Plaintiff, | : | MOTION FOR EXTENSION |
| | : | IN WHICH TO FILE |
| v. | : | SENTENCING |
| | : | MEMORANDUM |
| LAITH WALEED ALEBBINI, | : | |
| | : | |
| Defendant. | : | |
| | : | |

The United States respectfully requests an extension up to and including this Friday, April 5, 2019, in which to file its sentencing memorandum. The current deadline, after an extension following the sentencing hearing, is today, April 1, 2019. The United States' sentencing memorandum is largely completed, although given the vast amount of evidence in this case, it is currently extremely lengthy. The United States is working to edit and narrow the memorandum, but it just has not been able to complete the task in order to meet the current deadline. This extension would not, the United States believes, affect sentencing, which is currently set for May 16, 2019, and the United States has no objection to an extension for any defense reply

memorandum.  Given the time in the day, the United States has not been able to reach defense counsel in order to make a Local Rule 7.3(a) inquiry.

    Respectfully submitted,

    BENJAMIN C. GLASSMAN
    United States Attorney

    s/Vipal J. Patel
    VIPAL J. PATEL (CA 156212)
    First Assistant United States Attorney
    DOMINICK S. GERACE (OH 0082823)
    Assistant United States Attorney
    200 West Second Street, Suite 600
    Dayton, Ohio 45402
    Office: (937) 225-2910
    Fax: (937) 225-2564
    vipal.patel@usdoj.gov
    dominick.s.gerace@usdoj.gov

    s/Justin Sher
    JUSTIN SHER (DC 974235)
    Trial Attorney
    National Security Division
    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20004
    Office: (202) 353-3909
    justin.sher@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that this pleading was filed with this Court on this 1st day of April 2019, a process that automatically provides an electronic copy to all counsel of record.

                                      <u>s/Vipal J. Patel</u>
                                      VIPAL J. PATEL (CA 156212)
                                      First Assistant United States Attorney