IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:17-CR-71 |
| vs. | : | Judge Walter H. Rice |
| LAITH WALEED ALEBBINI, | : | |
| Defendant. | : | |

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY**
_____

Laith Alebinni, through counsel, respectfully requests a one-week extension in which to file its reply to the government's sentencing memorandum. The current deadline is Friday, April 19, 2019. The new deadline would be Friday, April 26, 2019. This extension would not impact sentencing, which is currently set for May 16, 2019.

    Respectfully submitted,

    DEBORAH L. WILLIAMS
    FEDERAL PUBLIC DEFENDER


    s/Thomas W. Anderson, Jr.
    Thomas W. Anderson, Jr (0073138)
    Office of the Federal Public Defender
    1 South Main Street, Suite 490
    Dayton, Ohio 45402
    (937) 225-7687
    Thomas_Anderson@fd.org

    Attorney for Defendant
    Laith Waleed Alebbini

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served upon Vipal Patel, Assistant United States Attorney, on the date same was filed.

                                                          s/Thomas W. Anderson, Jr.
                                                          Thomas W. Anderson, Jr.