IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAITH WALEED ALEBBINI,

    Defendant.

Case No. 3:17cr71

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING DEFENDANT'S
*PRO SE* MOTIONS (DOC. ##40, 44 AND 72)

---

Although Doc. ##40 and 42 have been noted by the Clerk of Court's Office as "Motions terminated (Notation Order of November 13, 2018), this Court wishes to enter this ruling on the above-referenced two *pro se* motions and an additional such (Doc. #72), in order to clarify any confusion that exists upon the record. The Defendant's *pro se* filings, to wit:

1. Motion for Order to Produce Grand Jury Transcripts, Pre-trial Conference to Examine Evidence (Doc. #40);

2. Defendant's *Pro Se* Motion to Dismiss (Doc. #44); and

3. Defendant's *Pro Se* Motion for New Trial (Doc. #72)

are each, in their entirety, OVERRULED, given that a Defendant is not entitled to hybrid representation. His two counsel of record did not adopt any of the aforesaid motions.

April 24, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Laith Waleed Alebbini, Sidney County Jail, 555 Gearhart Road, Sidney, OH 45365