IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:17-CR-71 |
| vs. | | |
| | | Judge Walter H. Rice |
| LAITH WALEED ALEBBINI, | | |
| Defendant. | : | |

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY**

---

Laith Alebinni, through counsel, respectfully requests an additional extension until the end of the day on Monday April 29, 2019 to file a reply to the government's sentencing memorandum. Counsel needs the weekend to finish his reply to the lengthy memorandum filed by the government, who does not oppose this request.

Respectfully submitted,

DEBORAH L. WILLIAMS
FEDERAL PUBLIC DEFENDER


s/Thomas W. Anderson, Jr.
Thomas W. Anderson, Jr (0073138)
Office of the Federal Public Defender
1 South Main Street, Suite 490
Dayton, Ohio 45402
(937) 225-7687
Thomas_Anderson@fd.org

Attorney for Defendant
Laith Waleed Alebbini

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served upon Vipal Patel, Assistant United States Attorney, on the date same was filed.

s/Thomas W. Anderson, Jr.
Thomas W. Anderson, Jr.
