**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. 3:17-CR-71-WHR |
| Plaintiff, | : | |
| | : | UNITED STATES' RESPONSE TO |
| v. | : | SECOND *PRO SE* MOTION FOR NEW TRIAL |
| | : | |
| **LAITH WALEED ALEBBINI,** | : | |
| Defendant. | : | |
| | : | |

The defendant has filed another *pro se* motion for a new trial. (R. 86.) The United States thereafter contacted the defendant's counsel to inquire whether he "adopts" the motion. Counsel indicated he is *not* adopting the motion. As a result, the United States has not provided a "formal," substantive response to the *pro se* motion for a new trial, or addressed the timeliness of the motion, and only submits this brief response to make clear for the record that it does not, by the lack of a more formal, substantive response, concur with or acquiesce to the claims made by the defendant in his *pro se* motion, or its timeliness.

Because the defendant is a represented party, and consistent with the prior practice in this case, the defendant's *pro se* motion should be denied, or alternatively, dismissed or stricken.

    Respectfully submitted,

    BENJAMIN C. GLASSMAN
    United States Attorney

    <u>s/Vipal J. Patel</u>
    VIPAL J. PATEL (CA 156212)
    First Assistant United States Attorney
    DOMINICK S. GERACE (OH 0082823)
    Assistant United States Attorney
    200 West Second Street, Suite 600
    Dayton, Ohio 45402
    Office: (937) 225-2910
    Fax: (937) 225-2564
    vipal.patel@usdoj.gov
    dominick.s.gerace@usdoj.gov

    <u>s/Justin Sher</u>
    JUSTIN SHER (DC 974235)
    Trial Attorney
    National Security Division
    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20004
    Office: (202) 353-3909
    justin.sher@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that this pleading was filed with this Court on this 15th day of May 2019, a process that automatically provides an electronic copy to all counsel of record.

                          s/Vipal J. Patel
                          VIPAL J. PATEL (CA 156212)
                          First Assistant United States Attorney