IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAITH WALEED ALEBBINI,

    Defendant.

:
:   Case No. 3:17cr71
:
:   JUDGE WALTER H. RICE
:
:

---

DECISION AND ENTRY OVERRULING DEFENDANT'S SECOND *PRO* SE MOTION FOR NEW TRIAL (DOC. #86)

---

The Defendant's second *pro* se Motion for New Trial, filed May 15, 2019 (Doc. #86), is OVERRULED for the following reasons:

1. Defendant is represented by more than competent counsel, a Defendant is not entitled to hybrid representation (absent a direct order of the Court) and his counsel of record do not adopt the aforementioned motion;

2. The motion is untimely; and

3. The evidence to which Defendant points is not, in this Court's opinion, "newly discovered evidence which Defendant could not have discovered with reasonable diligence and produce at his trial."

May 16, 2019

                                              WALTER H. RICE
                                              UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Laith Waleed Alebbini, Shelby County Jail, 555 Gearhart Road, Sidney, OH 45365