

ALEB-0011552