## ISIS IS POLITICAL, NOT RELIGIOUS

America's disastrous invasions of Iraq and Afghanistan, the destruction of these countries, the torture cells of Abu Ghraib, and the sectarianism fomented by the U.S.- supported Iraqi regime contributed to the brutal mix called ISIS.

At its core, the crisis and horror that has brought us ISIS is all about politics. The invasion of Iraq was a political move. And the resistance to it is political as well.

By using clever imagery steeped in Islamic symbols, ISIS has sought legitimacy for its terrorism, barbarism, and criminality through religion. The reality is that this political movement for revenge and power has violated, on countless levels, the very teachings of the faith it claims to represent. It is an aberration from the guidance of Prophet Muhammad, who Muslims throughout the world love, respect, and cherish not only as a Messenger of God, but as the epitome of love, mercy, and justice.

## DEBUNKING ISIS & ISLAMOPHOBES

## PLEASE SUPPORT SOUND VISION'S CAMPAIGN TO DEBUNK ISIS & ISLAMOPHOBES.

Fighting ISIS and Islamophobes is critical and time-sensitive for our future. Here is what Sound Vision plans to do:

We will debunk the ISIS ideology as utterly un-Islamic by making our voices louder than ISIS.

- We will develop step-by-step guides for mosques, MSA (Muslim Student Association), youth groups, and interfaith partners to engage the youth, offer better public relations, and enhance civic engagement.

- We will reframe perceptions of American Muslims by retaining PR professionals to counter the $160 million-strong Islamophobia network.

- We will invest in coalitions to liberate our country from fear, hate, and anger to counter the cycle of war-terror-Islamophobia.

*We need your support for this work. Please donate today!*

### Get in touch
www.RadioIslam.com • www.MuslimFest.com
**www.SoundVision.com**

 /SoundVisionFoundation     /SoundVisionUSA

 MuslimFest   RadioIslam

## Sound Vision®
*helping tomorrow's Muslims today!*

2701 W. Devon Ave., Chicago, IL 60659, USA
**1-800-432-4262**

## ISLAM NOT ISIS

## WHAT WOULD PROPHET MUHAMMAD THINK OF

# ISIS

CARDELS 800-783-0399
GOVERNMENT EXHIBIT
2a

## Sound Vision®
*helping tomorrow's Muslims today!*

# Do ISIS or other terrorists represent Islam as exemplified by the life and teachings of Prophet Muhammad?

## This chart makes it clear that the terrorist group does not.

### Prophet Muhammad Mercy to the Worlds

### ISIS The Terrible Terror to the World

| PROPHET MUHAMMAD Peace & Blessings | ISIS THE TERROR |
|---|---|
| said be merciful to people so God is merciful to you | angers God by being merciless to humanity |
| banned killing prisoners | enjoys beheading prisoners |
| prohibited killing any civilians | kills civilians, including children |
| established law and order | seeks to destroy law and order |
| campaigned to end slavery | is reestablishing slavery |
| liberated all his slaves | enslaves people |
| prohibited rape | engages in rape |
| established peace among warring tribes of Arabia and different religious groups | terrorizes and rejects peace among people |
| expressly forbade burning anyone alive | burns people alive |
| declared Muslims, pagans, and Jews of his state as one people with full freedoms | has no regard for people of other faiths like Christians and Yazidis |
| ordered to protect churches | destroys churches |
| abided by his treaties and agreements | breaks all treaties |
| prohibited calling a Muslim kafir (disbeliever) | calls everyone kafir who does not follow them |

## PROPHET MUHAMMAD,

God's peace and blessings be upon him, is described in the Quran as a Mercy to all of the worlds. He came to establish peace, justice, law, and order. As the table to the left notes, ISIS is diametrically opposed to everything he taught and expected his followers to adhere to.

## ISIS DOES NOT REPRESENT ISLAM OR MUSLIMS

A large number of Muslim scholars worldwide (http://lettertobaghdadi.com) have already articulately refuted the arguments and rationalizations put forth by ISIS that their crimes are "Islamic."

Most Muslims have nothing in common with ISIS; in fact, the overwhelming majority of ISIS's victims are Muslims. That is why the majority of Muslims hold a very poor opinion rating of the terrorist group.

ISIS should be put in the same category as the KKK (Ku Klux Klan: http://history.com/topics/ku-klux-klan) in the United States and the Lord's Resistance Army in parts of Africa. And ISIS should be treated as a grotesque aberration from Islam as the KKK and the LRA are considered aberrations from Christianity.



STAND with the Prophet

In Love & Peace — Against Hate & Terror