# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:17-cr-71 |
| Plaintiff | District Judge Walter H. Rice |
| v. | |
| LAITH WALEED ALEBBINI, | |
| Defendant. | |

## NOTICE OF FILING OF GOVERNMENT TRIAL EXHIBIT NO. 3

Now comes the United States of America and hereby gives notice of the filing of Government Trial Exhibit No. 3 ("Gov. Ex. 3"), including some or all subparts, for review and consideration by the Sixth Circuit Court of Appeals in Case No. 19-3647, *United States of America v. Laith Waleed Alebbini,* as follows:

| MARKED EXHIBIT NO. | DESCRIPTION | DATE ADMITTED[1] |
|---|---|---|
| 3a1 | Translation – CHS Recording – 3/7/17 (File name: 851704.amended.final - 03-07-2017.pdf) | *See* fn 1 |
| 3b1 | Translation – CHS Recording – 3/9/17) (File name: 867319.amended.final - 03-09-2017.pdf) | *See* fn 1 |
| 3c1 | Translation – CHS Recording – 3/12/17 (File name: 875229.Final - 03-12-2017.pdf) | *See* fn 1 |
| 3d1 | Translation – CHS Recording – 3/19/17) (File name: 857204.Final - 03-19-2017-1.pdf) | *See* fn 1 |
| 3e1 | Translation – CHS Recording – 3/19/17) (File name: 851953.Final - 03-19-2017-2.pdf | *See* fn 1 |
| 3f1 | Translation – CHS Recording – 3/27/17 (File name: 852223.final - 03-27-2017.pdf) | *See* fn 1 |
| 3h1 | Translation (File name: 872401.final - 03-28-2017-PM) | *See* fn 1 |
| 3i1 | Translation – CHS Recording – 3/29/17 (File name: 852274.final – 03-29-2017.pdf) | *See* fn 1 |
| 3j1 | Translation – CHS Recording – 4/3/17 (File name: 852293.Final – 04-03-2017.pdf) | *See* fn 1 |

---

[1] All Government Trial Exhibits were admitted into evidence at the conclusion of the Government's case-in-chief. *See* R. 109, Tr. 11/26/18 at PageID ##2305-2306.

| | | |
|---|---|---|
| 3k1 | Translation – CHS Recording – 4/4/17 (File name: 852275.final – 04-04-2017.pdf) | *See* fn 1 |
| 3m1 | Translation – CHS Recording – 4/18/17 (File name: 852276.Final – 04-18-2017.pdf) | *See* fn 1 |
| 3n1 | Translation – CHS Recording – 4/19/17 (File name: Amended872329.Final – 04-19-2017.pdf) | *See* fn 1 |

Counsel for the United States certifies that the exhibits attached to this Notice are true and accurate copies of the exhibits admitted at the trial in this case.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

s/Vipal J. Patel
VIPAL J. PATEL (CA 156212)
First Assistant United States Attorney
DOMINICK S. GERACE (OH 0082823)
Assistant United States Attorney
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
Fax: (937) 225-2564
vipal.patel@usdoj.gov
dominick.s.gerace@usdoj.gov


JUSTIN SHER (DC 974235)
Trial Attorney
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20004
Office: (202) 353-3909
justin.sher@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this pleading was filed with this Court on this 11th day of June, 2020, a process that automatically provides an electronic copy to all counsel of record, and by email to Kevin Schad, Appellate Counsel for Defendant to kevin_schad@fd.org

s/Vipal J. Patel
VIPAL J. PATEL (CA 156212)
First Assistant United States Attorney