

**FBI Boston**
201 Maple Street,
Chelsea MA 02150


File Number:                                                415F-CI-2127744

Requesting Field Official(s) and Office(s):                 SA Michael Herwig (CI)

Task Number(s) and Date Completed:                          851704, Request ID 747191, 7/25/2018

Name and office of Linguist(s):                             LA Rania M. Dagher (BS)

Name and Office of Reviewer(s):                             LA Iman Zumut (DL)

Source Language(s):                                         Arabic

Target Language:                                            English

Source File Information:                                    CCR_0001.wav
                                                            0258.001.avi
                                                            0258.002.avi
                                                            0258.003.avi
                                                            0258.004.avi
                                                            0258.005.avi
                                                            0258.006.avi


Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi;
0258.005.avi; 0258.006.avi

CARDELS 800-783-0399
GOVERNMENT
EXHIBIT
3a.1

**[Beginning of recording]**

**[Beginning of translation]**

[Noises]

[Preamble]

*"This is Special Agent Michael Herwig with CHS S42216, today's date is March 7, time is one...approximately 1:20 PM. UH we will be recording Laith Alebbini, uh, case number 415F-CI-2127744."*

MH:　　　　*Good? All right, text me when you're done.*

CHS:　　　　*I will.*

　　　　　　[Noise]

　　　　　　[Pause]

　　　　　　[CHS driving]

　　　　　　[Phone rings]

CHS:　　　　*Hello? Hi [UI]. Probably an hour and a half. [UI]. Okay. [UI] All right, bye.*

　　　　　　[CHS continues driving in silence]

　　　　　　[CHS places a call to Alebbini]

　　　　　　[Phone ringing]

Alebbini:　　Yes, Muhammad.

CHS:　　　　Yes, Laith, now, the, uh…

Alebbini:　　This one… I have opened the door and I am sitting in front of the, uh, in front of the house.

CHS:　　　　It is *Northlake Hills,* right? Yes.

Alebbini:　　Yes, uh, what is it called, we are at the end; we are at the end of the [UI].

**1**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

CHS: Uh-hum. Not an *SUV*, a *van*.

Alebbini: So this is-this is you then.

CHS: Okay, then.

Alebbini: Okay, then; ok

[Noise]

[Short pause]

[Noise]

CHS: Get in.

Alebbini: Come in, man.

CHS: We want to get coffee, man. And I am sick of the-the-the houses and staying inside.

Alebbini: Okay then, let's go. [Noise]] I will get the coffee, before I get in.

CHS: Oh, oh... get in, get in. Get in. Get in. You have a pure Irbid thinking.

Alebbini: You are coming to our house, and uh--

CHS: [OV] I am not coming to your house--

Alebbini: --and if you are not going to have coffee at our house, then we will pay for the coffee.

CHS: We are going out just so we can talk, because I told you, I don't like to talk over the phone.

Alebbini: Um.

CHS: Because, uh... As you may say *bad experience.*

Alebbini: Uh-um.

CHS: You know?

**3**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

| | |
|---|---|
| Alebbini: | The guy is from Irbid, with us, from Sal, from the 'Ababneh, from Sal. |
| CHS: | 'Ababneh? |
| Alebbini: | Yes, 'Ababneh. See? |
| CHS: | How is he 'Ababneh? |
| Alebbini: | It means... |
| CHS: | [OV] did you know that I know someone who is called Muhammad al-'Ababneh? |
| Alebbini: | And I don't know, we were looking for a job for him, they said they know a doctor here called Usamah 'Ababneh, an ophthalmologist, we do not know him [beeping], so... you see? The guy, he wants to find a good job-- |
| CHS: | [OV] so what happened with the guy I told him about? |
| Alebbini: | We went to, uh... which one, the *One Dollar*? |
| CHS: | 'Amir-'A-'Ammar. |
| Alebbini: | 'Ammar, the one who has the *One Dollar*, right? |
| CHS: | Yes. |
| Alebbini: | We went to him, the guys said, I swear, he told him three hours, tentatively, every day-- |
| CHS: | [OV] how is it three hours? |
| Alebbini: | That's what he told him, I swear. He told him three hours every day, tentatively, and, what is it called. So the guy said okay, but-- |
| CHS: | [OV] No, three hours is not good, they had told me *full time* [beeping noise]. |
| Alebbini: | Yes, I swear, he did not tell him *full time*. |
| CHS: | No, when I spoke... I know his brother. I spoke with his brother. |
| Alebbini: | Yes. |
| CHS: | And it was supposed to be *full time*. You know? |

5

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

Alebbini: --yes he is leaving. He is going back.

CHS: Raid is leaving.

Alebbini: Raid is leaving. He has a *Green Card* and has everything. But he said to himself that he will stay with his wife for a little bit until things clear up--

CHS: [OV] Oh, so he will get married and--

Alebbini: -- Yes, he will get married and will come back later.

CHS: It's better for him.

Alebbini: He said he will stay--

CHS: [OV] This country has become disgusting, man--

Alebbini: [OV] I swear.

CHS: --with Trump. I dream of him now.

Alebbini: Yes, yes.

CHS: [Laughs]

Alebbini: But you have your papers and you have your stores, and your businesses [UI], you are not like Qasim.

CHS: I am just saying, uh…

Alebbini: Yes.

CHS: [On the phone] Peace be upon you. [UI] [Beeping]. How are you Majid? [UI] I don't want to take too much of your time because I am a bit busy, but I want to ask you, do you know anyone who is looking for a worker, for example, work-work in restaurants, groceries and, uh… I don't want… I mean, a legitimate job, you know? I mean, at-at your store, or at your… I mean if Iyad has a warehouse or something like that. If you find anything, tell me, please, call me [beeping].

Alebbini: He's a good guy.

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

Alebbini:     An excellent condition, it needs--

CHS:          [OV] with everything.

Alebbini:     --as long as the employees are working.

CHS:          You know? I said to myself if I can open it, this area has no... I mean *chicken*... I mean if you are going to open it with the same *menu*, it won't work for you.

Alebbini:     Yes.

CHS:          The same *menu*, it will not work for you.

Alebbini:     The *Turkish Delight*, you have to change it.

CHS:          But if you start making, uh... you know what? One day, God willing I am going to take you to a restaurant, uh, *Yafa Grill*, it is the one I just spoke with [OV] with the butcher who works there. If you open it for things, for example, like hummus, falafel, shawarma, gyro--

Alebbini:     [OV] this is more profitable.

CHS:          --yes, and at the same time *chicken wings, chicken tenders*--

Alebbini:     Yes.

CHS:          --and *Shrimp* and stuff like that, meaning American and-and *Middle Eastern* [beeping], so in this area there is only this one *Church's* [OV], and it is disgusting. Do you know what disgusting means? The food there is disgusting. In this area, it will work out well. But as you would say, the one who is going to work has to work hard

Alebbini:     [OV] has to work real hard.

CHS:          Has to work real hard! So I am saying that if I am going to ake it and want someone to work real hard in it, I can't tell that person to come and work real hard for me.

Alebbini:     Yes, that is true.

CHS:          No, I need someone who will come in on a percentage basis.

Alebbini:     Will come in on a percentage basis, true.

9

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

have to tell Bob, this guy, he is going to get you work in an American company, or *whatever*, so now you work for an American company, *Warehouse, whatever*, everything that comes in will show, right?

Alebbini: Yes, that is right, and you have to pay taxes.

CHS: And for your wife, for your wife, it will be the same situation.

Alebbini: That is correct.

CHS: Uh, I don't know what your situation was in the, uh--

Alebbini: We are renting.

CHS: --in-in, uh...Huh?

Alebbini: We are renting.

CHS: Yes, I am saying I don't know how your situation was in the-the state you were in before, but now your wife is pregnant.

Alebbini: Yes.

CHS: And you need to have insurance. I don't know if you have insurance.

Alebbini: She has insurance, yes.

CHS: Yes, you have to have insurance and you have to... [Beeping] I mean there are a lot of things, so, uh... your work, uh, uh...

Alebbini: [OV] it will not benefit me on the long run.

CHS: It will not benefit you on the long run.

Alebbini: I... yes, I swear I understand you, but I, now I am saying I can't just do nothing at this time--

CHS: [OV] No, no, now you want to do any work to get by.

Alebbini: Yes, and I cannot tell you also that, well, I can... I mean, I need to get by so I can also save money in case I want to go in for a percentage or if I want to do anything, one would have some money that one can bargain with.

**11**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

citation, so they took away her license. So now she is not allowed to drive. So we said we will stay in Jordan during June and July, then she will be able to drive again.

CHS: Do you have the *Green Card?*

Alebbini: I have a *Green Card.* See? So we thought by then we return and she can start driving again, and this was the intention. We will get through and will see what the story with Trump is.

CHS: You can get a, uh… this is because she cannot drive, you can get a paper from *court* and do it. This happened with my wife and we did it. It is quite a process and a headache.

Alebbini: No, she is not allowed to drive for six months.

CHS: It happened to my wife.

Alebbini: Yeah.

CHS: *Suspended* for six months. But if you go and get a *court order--*

Alebbini: [OV] and you tell them my wife works, and she has to go back and forth to work.

CHS: *--exactly.*

Alebbini: Destiney is not allowed to.

CHS: This is not allowed as well?

Alebbini: Destiney is not allowed. [Music] Because when your wife was cited, it was a small violation. My wife was driving *94.*

CHS: For my wife, it was the same things, she had many violations and… Women don't know how to drive.

Alebbini: Yes, but she had rented a new car, a 2017 car--

CHS: Yes.

Alebbini: --and uh, and suddenly she noticed she was driving *94--*

CHS: [OV] one does not realize it.

**13**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

Alebbini: Yes, I mean, not weapons--

CHS: [OV] [UI]

Alebbini: --not weapons. They sell all the ammunitions, bullets, and whatchamacallit, they sell what they clean with. But [UI] --

CHS: [OV] let me tell you, here, there is racism here. Here, I am telling you there is racism, you know?

Alebbini: --but not like, uh--

CHS: [OV] but not like-like Virginia. But here, after this bastard Trump was elected--

Alebbini: [OV] Yes, you start to feel

CHS: --you know, there is racism, I mean you can see it publically I mean.

Alebbini: People are no longer afraid.

CHS: People are no longer afraid.

Alebbini: That is true.

[Noise]

[Pause]

CHS: We have God, praise be to God, one relies on God and will not be afraid. And someone like you should rely on God and don't worry.

Alebbini: I swear, I was thinking about the restaurant business, but when I think about it, you know how? There is, here... they sell small farms. It means a house with a piece of land. I was thinking that... one has to buy a house, right?

CHS: Yes.

Alebbini: If one buys a house in the *country* with a few acres, with a few uh cows and a few sheep--

CHS: Uh-hum.

Alebbini: --and one can open a grilled meat restaurant. Kabobs, Kofta and sandwiches--

**15**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

Alebbini: No, no, I told you... we agreed. You are a guy... it is bad enough we did not make coffee for you at our house, it's nothing.

CHS: Please [mumbles] I am coming... man, look at me.

Alebbini: Brother, my brother, Muhammad, please, I am asking you--

CHS: [Laughs]

Alebbini: --please, please, you are coming to our house--

CHS: Man, [OV] [UI] please, it is not a big deal.

Alebbini: [OV] and we did not even offer you a cup of coffee--

CHS: You came to my place and did not have coffee.

Alebbini: --we, we came to you for a quick business visit, we did not come--

CHS: What do you mean a business visit?

Alebbini: --I mean, we came--

CHS: [OV] Let us leave this mentality--

Alebbini: [OV]  I swear, I know!

CHS: -- [OV] and you are going to give them a $100?

Alebbini: Well, huh, this is $10.

CHS: That's not necessary, please.

Alebbini: No, I swear, no I swear, please. Man, please, why are you doing this? That's it. We have agreed.

CHS: I am the one driving, and the one driving has to pay.

Alebbini: No, you... you have done enough, okay? Let us just pay for the coffee.

CHS: [Mumbles] I swear you are a headache!

**17**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

| | |
|---|---|
| Alebbini: | Yes. |
| | [Pause] |
| | [Noise] |
| CHS: | [Addressing UF] *Thank you.* |
| UF: | *You're welcome.* |
| CHS: | There has to be something here. |
| Alebbini: | No, Not a problem, here, here it is, here it is. |
| CHS: | Is there a spot for it? |
| Alebbini: | Right here. Yes, there is *restaurant depot* here. |
| CHS: | Yes, *restaurant depot.* [OV] no, no, I am not saying it will matter, on the contrary. I mean, if God grants us success and we were able to take this restaurant that I was telling you about, I have it in mind. |
| Alebbini: | Yes. |
| CHS: | But you have to, as we might say, we have to prepare this woman slowly. |
| Alebbini: | Yes. |
| CHS: | This is my mistake. The *building* was there and I was thinking of it. |
| Alebbini: | Yes. |
| CHS: | And when I went to see it, I went to see who its owner is, it was not up for sale, that's the problem, or anything like that. A woman and her husband had taken it and they had started working. But as you may say, they were not taking good care of the matter-- |
| Alebbini: | Have you seen the house on top? |
| CHS: | I have seen it, it is big, I swear. |
| Alebbini: | It is big? |

**19**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

Alebbini: --if you want to go to her, we will go to her, it's not a problem.

CHS: Yes, I am telling you, if you would like to look around. I mean this is *one of the thing* that I have in-in mind. You know, but praise be to God, I am telling you, I mean, when one intends to do good, God willing it will be good.

Alebbini: God willing it will be good.

[Short pause]

I swear, in Virginia there was… but Virginia is expensive, it is not like here, there was a farm behind us, a farm… a big house that will impress you. Eight bedrooms--

CHS: [OV] wow!

Alebbini: --and four bathrooms and it had two small houses with it, *two bedrooms, two bedroom,* with 27 *acres, land.*

CHS: This is a farm, man.

Alebbini: Fenced, and it had a water *pond* full of fish, a water *pond* full of fish, I mean [Noise] cows can drink from it. It was sold for 400,000. It is expensive. The guy who bought it, I swear, he rented out the two houses, he rented the two houses. He rented one out to his daughter, and to his daughter's friends, 700 and 700. This is 1400. And his neighbor took a portion of it, a portion of the fenced one and told him, "I want to take this portion for my cows to graze in it," because he does not want to raise cows.

CHS: Yes.

Alebbini: So the cows were grazing in his land.

CHS: Yes.

Alebbini: And told him, "I will cut the grass for you in the whole area, I will do the *maintenance* for all that." [Noise] [UI]. [Short pause] and the guy, I mean, this house with eight bedrooms, in an instant, in a second, in a second if he wants to, he can convert it into a *bed and breakfast,* as you may say, with four bathrooms.

CHS: *Yep.*

Alebbini: He will convert it into a *bed and breakfast* in a second.

21

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

CHS: There is one similar to that, it is called *Yafa Grill*. But, as you may say, there are things there that are *top* there, and other things that are not *top*.

Alebbini: Yes.

CHS: Uh, Laith, when one works in something that is not his... let us say when you hire employee worker--

Alebbini: [OV] it is not like when you work.

CHS: -- the worker will do it right one time, and will not do it right the next time.

Alebbini: Workers do not do it right.

CHS: You know?

Alebbini: Workers do not do it right.

CHS: Now there is a restaurant called *Yafa Grill*, I swear they do it right. But sometimes, I mean, like you might say, every three times, they do it right one time--

Alebbini: [OV] yeah!

CHS: --and two times they don't. You know?

[Noise]

Alebbini: My idea is that there is no way that the worker... the worker in the store will never be like the owner of the store.

CHS: There is, there is some, I am telling you. Also, yours truly knows how to cook and do stuff. At my house, I make a, uh, Zerb and Mandi, [OV] I make both. I have an oven-I have an oven for the Zerb, and I have also underground, I made a barrel and a Zerb and...

Alebbini: Me, I swear, I don't have uh-uh... a cook, a real cook. But I worked in a lot of restaurants and my father always grilled, and I am telling you, one can learn how to grill. It is all in the spices---

CHS: [OV] it is all in the spices and the type of meat.

**23**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

CHS: [OV] when I went to the restaurant, they were eating and they had their bottles on the ground [laughs].

Alebbini: --look, the thing is, the-the-the Arabs and the Kurds and all those people are like this in America. What matters? What matters is that you befriend people and that you be... to befriend people and let them feel that at least, they are not paying more money, because we, the Arabs, I mean we don't like to... I mean, I am willing to go to the Jewish person if he gives me a discount. This is what matters. As for... making excuses for each other and saying we will go to...because the store owners that I have worked for, all day long, I swear, they were cursing *Restaurant Depot* and the Arabs after prayer. After finishing, they would say, I am an Arab, and I have opened an Arab store for you, and you chose to go to *Restaurant Depot*. Man, this is how-how things are. The guy is selling... there was... I know a person who had a farm, I swear, during the Adha Holiday alone, during Adha, all people will come to him, and he would slaughter, he would slaughter and he would rent them-charge them --

CHS: [OV] I--

Alebbini: -- for the cutting.

CHS: -- in the coming days I am going to show you, when the weather gets better, I will take you to the farm I use for slaughter [OV]. The day of the holiday, over-over 300 or 400 animals are slaughtered.

Alebbini: Do you see? Do you see? This guy, for example, if he was--

CHS: [OV] *At least, at least,* I am telling you, I know him, at least he makes 100 dollars for each slaughter--

Alebbini: [OV] Okay.

CHS: --and sells it for 200 or 250.

Alebbini: Okay, so now when you go to this guy and you say, "Now, man, I don't want to buy from you for my house, I want to buy from you because I have a restaurant, and I want good meat." After all, you already slaughtered the sheep. Didn't you slaughter the sheep at your restaurant, and uh, you have the farm, or ...the meat, I mean, it is going be used, it is going to be used. If it is not used, you can sell it to the Arabs. You have meat, what do you call it? *Fresh* meat. So when someone comes in and asks for half a sheep, "Yes, come in, I will slaughter it for you. This is half a sheep." And the other half I will use for my-my restaurant.

**25**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

| | |
|---|---|
| Alebbini: | That's right. |
| CHS: | --and you, on your own, you won't be able to do it all. |
| Alebbini: | That's right, that's right. It needs planning. I, I... I am with you, with you for half. I am with you for half. |
| CHS: | Ok, first thing, you have to find the-the... should I park here? |
| Alebbini: | You can park wherever you want. |
| | [Pause] |
| CHS: | Should we get out, or-- |
| Alebbini: | [OV] Yes, yes, we should get out. [Noise] It is still, I mean this house was not inhabited for a while, it does not have furniture. Her sisters took the furniture. But I mean we have a *couch*, you can sit on it for a little bit. The conditions are not up to standard, to be honest, but-- |
| CHS: | [OV] Honestly... [Phone rings] these phones. *Hello?* |
| Alebbini: | I am going to inconvenience you to bring your coffee with you. |
| CHS: | *Hello?* |
| | [Pause] |
| | [Noise] |
| Alebbini: | Please come in. |
| CHS: | Peace be upon you. |
| Raid: | And peace be with you too. |
| CHS: | How are you? |
| Alebbini: | This is Raid Ababneh. |
| CHS: | Pleasure to meet you, how are things with you? |
| Raid: | Praise be to God. |

27

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

| | |
|---|---|
| Alebbini: | From Irbid? |
| CHS: | I went to him to Irbid many times. |
| Alebbini: | To Sal? To Bushra? To Harimah? |
| CHS: | I don't know all that stuff. |
| Raid: | [UI] |
| CHS: | I went to his house, I remember. But I have been here for a long time. |
| Alebbini: | Ah, ok sorry. But did you go to the city, to the city of Irbid, or did you go to villages? |
| CHS: | No, I went to the city of Irbid. |
| Alebbini: | You went to the city of Irbid. Oh, okay, he was a resident of the city. |
| CHS: | The city of Irbid. |
| Alebbini: | We, al-'Ababnah are spread in three villages; Bushra, Sal, and what's the-- |
| CHS: | How long has it been since-since you went to Amman? |
| Alebbini: | Three years. |
| CHS: | It has been three years since you went? |
| Alebbini: | Three years. |
| CHS: | How long have you been here? |
| Alebbini: | Six. |
| CHS: | Oh, so it means you came here, then went. |
| Alebbini: | I came here then went. Yes when I got the permanent one, I went; I just came back here. We were planning on going. We might, we might still go, I mean, I am saying I am waiting for the baby to be born in Jordan. She is saying she wants him to be born in the US because of the citizenship and stuff, his mother is American he will have the citizenship. |

**29**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

| | |
|---|---|
| Alebbini: | Yes. |
| Qasim: | You have to lift like this and see. |
| CHS: | Don't spill the coffee on yourself. |
| Alebbini: | No problem [UI] did he tell you, uh... did you talk to someone for him? |
| CHS: | I spoke to someone, uh [Noise] [Short pause] who has... as you may say, with people who have a *warehouse*, who have a *smoke shop* and they have, uh... a *warehouse*, a *smoke shop* and a restaurant. |
| Qasim: | I-- |
| CHS: | [OV] so I spoke to him, he told me... he was visiting someone, he told me he will make calls and see when he finishes-- |
| Qasim: | [OV] God willing. |
| CHS: | -- so we can arrange things for you. [Addressing someone else] Thank you. |
| Alebbini: | [UI] |
| Qasim: | [UI] |
| Alebbini: | Jordanian. |
| CHS: | Now you are still in, uh... [Noise] in, uh, uh... Jordanian atmosphere. |
| Qasim: | I swear this guy came recently. |
| CHS: | I think there are many expenses for her. |
| Alebbini: | The guy is saying... Glory be to God, he is saying that Qasim seems to like, he wants to take form here and take from there. I told the guy, Qasim, is just for the papers. So he left Georgia, he wants... he wants to find a job-- |
| CHS: | [OV] Listen, listen, Qasim. Pray upon the Prophet. |
| Qasim: | Peace and blessings be upon our Master Muhammad. |

**31**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

| | |
|---|---|
| Qasim: | The floor is more comfortable, man, we are used to the floor. |
| | [Short pause] |
| | Raid, [UI] |
| CHS: | [OV] I know what you are going to tell me, but I am telling you, God willing, we will find you work. I have spoken with someone. Now I don't know, this guy had told you three hours, if you had told me right away, I would have quickly seen someone else. |
| Qasim: | [OV] Yes-- |
| CHS: | [OV] But your brother told me, your brother told me *full time.* |
| Qasim: | --well I-- |
| CHS: | [OV] for three hours you are going as if measure the distance back and forth. |
| Qasim: | No, when I went to him he told me, "Another guy came and I met him, three hours." To be honest, I mean, it is not-- |
| CHS: | [OV] No! |
| Qasim: | --worth it to go for three hours. |
| CHS: | I am saying it is not worth it. I mean, please forgive me, I… if I can squeeze you for one or two days at the shop here, I can arrange one or two days for you. And if, at the restaurant we arranged for you, you do a few days as well, this would… I mean I can arrange things like this for you, I can arrange a day or two or three for you, *whatever,* at the restaurant we will arrange for you to come a few days, and we will arrange your situation. |
| Qasim: | God willing. |
| CHS: | But the most important thing is I need to know are you from Irbid? |
| Qasim: | From Irbid. |
| CHS: | If you are from Irbid, then I can't help you. I don't help … |
| Qasim: | [OV] [UI] |

**33**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

| | |
|---|---|
| Raid: | I am… I am going to get married. I am not getting the chance to bring my wife here. If I could bring my wife here, I would never go back. |
| CHS: | Apply for a regular visa, would that work? |
| Raid: | [Whistles] |
| Alebbini: | We tried. |
| Raid: | I applied to everything, studies, tourism and everything, we tried. |
| Qasim: | [UI] |
| Raid: | I wrote this to them, I told them. I swear I told them, to no avail. |
| CHS: | But you have the *Green Card.* |
| Raid: | Yes. |
| CHS: | Would it work if you do the paperwork using your *Green Card?* |
| Raid: | I did the paperwork. |
| CHS: | Okay. |
| Raid: | And then Trump was elected. |
| CHS: | Trump is not… Trump has nothing to do with Jordan. |
| Raid: | It needs time, it became a long process; it needs a long time. |
| CHS: | God is my supporter. |
| Raid: | So now instead of taking one year, it needs, for example… instead of taking a year after they receive the paperwork, and it's been a year since I presented the papers, so instead of taking another year, it needs another two and half years or more. |
| CHS: | How long did you say you've been here? |
| Raid: | I've been here for three years. |
| CHS: | Um, and did you go to Amman in these three years? |

**35**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

CHS:         -- uh, came into the country, and... this is what I hear. They say that Syrians come in and say, "How much are you paying these people?" If I am paying 400 dinars for example, "I will work for 200 dinars."

Alebbini:    Yes.

CHS:         And of course, in Irbid, maybe it is worse.

Alebbini:    It is worse.

Raid:        People need to make a living. People need to eat bread.

CHS:         I am with you.

Raid:        They need --

CHS:         I am with you.

Raid:        -- I mean they have to--

CHS:         [OV] But the government does not help.

Alebbini:    The government is harmful.

Raid:        It's not the government, people are exploitive.

Qasim:       Exploitive.

Raid:        People themselves exploit, huh, exploit the weakness of Syrian nationals, so they bring down... so they destroy society. Instead of employing Syrian nationals with the same salary offered to Jordanians, they reduce it, so Syrian labor becomes more in demand. So the Syrian people... instead of--

CHS:         [OV] But when it comes to the increase in prices.

Raid:        Increase in prices?

Qasim:       Prices will go up despite everything. The population increased.

CHS:         I am with you.

Qasim:       I mean, Jordan--

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

| | |
|---|---|
| Raid: | -- [OV] and make Profit, too. |
| CHS: | Okay, pray on the Prophet. |
| Raid: | Peace and prayers be upon Him. |
| CHS: | I want to tell you something that I-I saw with my own eyes, and that I have lived. I don't know how old you all are. |
| Alebbini: | Twenty-six, 23 and 23. |
| Qasim: | Twenty-five. |
| CHS: | I mean maybe, I am more conscious of these things than you because I have lived it. In 2005 or 2004, I used to go to Suq Al-Halal. |
| Raid: | The Friday market. |
| Qasim: | What do you mean by Suq Al-Halal? |
| CHS: | Suq Al-Halal. |
| Alebbini: | The one in [UI] |
| CHS: | The one in Sahab. I don't know what-- |
| Raid: | [OV] Yes that is true, Suq Al-Halal. |
| CHS: | --I would go there, the one in Sahab. You have local, Romanian and Australian. |
| Alebbini: | Yes. |
| CHS: | The Australian was for 35, for 45 or 55. Their sizes were almost the same, a little bit. Now 45 and 55, or 45 and 50, it is the same size. But why is this one more expensive? Because it has been in the country for over a month. Why? Because they tell you, when they are brought in ships and come right away and you slaughter them, their meat is yellowish. When it stays here for a month, it would eat and stuff, and it would become good again. Anyway, this is most, I mean 55. Everybody would uh-uh-uh import it and bring it. |
| Alebbini: | Yes. |

**39**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

million into 50 million. They have to pay attention to that, then the situation will become better.

Raid: Of course, I swear.

CHS: The area of Al-Disi is full of water.

Raid: It's full of water.

CHS: Right?

Raid: Uh-hum.

CHS: And they say if you plant wheat, it will be enough for Jordan and will be enough for God knows who else.

Raid: Uh-hum.

CHS: But they don't plant wheat.

Raid: They are not allowed to plant wheat.

CHS: *Exactly.* [Laughs]

Raid: Why plant wheat? I mean, with wheat... when people are hungry, if they eat bread they will be satisfied.

CHS: This is what I am saying. Come, come... I swear, sometimes I watch a video, for example, on *Facebook* or *whatever*, and you see people in Amman, man, I am seeing that the way they dress is disgusting, their ideas are disgusting, the way they talk is disgusting, uh, uh... their behavior is disgusting.

Alebbini: I swear if you go there you would explode. If you go there.

CHS: This is what I am saying.

Alebbini: I swear you would not be able to tolerate it.

CHS: Their thinking is disgusting.

Raid: It went downhill, society went downhill when the Western culture was introduced--

41

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

| | |
|---|---|
| Alebbini: | They are holding gay festivities in Jordan. |
| Qasim: | [Mumbles] |
| Raid: | Now gays get citizenship, *Green Cards*. |
| Alebbini: | Of course, they would say they are afraid for lives. You know what they say? Human rights. |
| CHS: | God is my protector. |
| Alebbini: | [Mumbles] one would say well I am *gay,* and they caught me and I am afraid-- |
| Raid: | [OV] when was the last time you went to Amman? |
| Alebbini: | --you will come on an asylum status. |
| CHS: | I told you I have not gone. |
| Raid: | I swear if you go to Amman, you will see things that will shock you. |
| CHS: | Man, I am telling you, what I hear makes me not want to go. |
| Raid: | I [UI]-- |
| CHS: | [OV] I would put up with the ugliness of the racist people here, and that stuff and I won't... sometimes people would say, "Go raise your children in Amman, and uh..." Man, now, I-- |
| Alebbini: | [OV] No, this is not right, you have to go to Amman, you have to-- |
| Raid: | I am telling you, there is a friend of mine, sto-I mean stories from Amman, about the people who live there, a friend of mine, uh… he knows a girl, this girl went to Al-'Aqaba, huh? The girl's mother calls him. The girl's mother calls him and tells him, "My dear, can you go and check on my daughter and stay with her during the period she is staying in Al-'Aqaba, and take care of here there?" |
| Qasim: | I will take care of her, why wouldn't I? |
| Raid: | "Yes, of course auntie, I will go. I will go Al-'Aqaba and will stay with her at the hotel, make sure she is ok, and will bring her back." [Noise] They come back, they start going out at night, then things develop, they start going out at night for a |

**43**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

CHS: I am surprised at those who comment on each other, like Real Madrid and uh--

Alebbini: [OV] Yes!

CHS: --and Barcelona, and they really get upset.

Alebbini: [OV] Yes, and--

CHS: [OV] I swear I don't know the difference between this one and that one.

Alebbini: [OV] they are college kids.

Raid: The streets, the streets, the college streets and busy streets, during these games, during the matches, would be closed entirely.

CHS: Back in my day, there was al-Faysali and al-Wahdat, and we did not even watch them.

Alebbini: Yes.

Raid: People will be hitting and killing each other.

CHS: I was never--

Raid: [OV] Now--

CHS: [OV] --back then, back then I was... we would laugh at them I mean--

Raid: -- [OV] now they kill each other on TV--

CHS: -- [OV] whoever, whoever wants to pretend, as you may say, joke around, you would say that you are a Faysali fan or... I mean my friend was from Sharay'ah--

Raid: [OV] Uh-hum.

CHS: --from al-Sharay'ah, 'Abbadi. And we would go, him and I, and joke around. He would tell me you are a Wahdat fan, and I would tell him you are a Faysali fan.

Alebbini: Ha!

CHS: I swear when they played, you would mention someone, you would mention a player, I would not know if he is from Wahdat or Faysali.

**45**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

| | |
|---|---|
| Alebbini: | [OV/UI] |
| Qasim: | [UI] my country |
| Alebbini: | Listen, listen, before-- |
| Raid: | [UI] my country, man-- |
| Alebbini: | [OV] before it was divided, there was no Jordan, no one knew that there is something called Jordan in the world. One time, they had said, what man? The people of Quraysh had said that there are Jordan forests, Jordan forests are constituted of what? An area [UI]-- |
| Qasim: | [OV] [UI] it is not Jordan, our name is not Jordan, Our name is the Hashemite Kingdom of Jordan. |
| Alebbini: | --Yes. And listen-- |
| Qasim: | I mean [UI] |
| CHS: | Let me tell you, it used to be Irbid, Salt and Ma'an. |
| Alebbini: | No, no, there was no Irbid. |
| CHS: | No-- |
| | [All 4 talking on top of each other] |
| Alebbini: | People, there was no Jordan. Jordan and its cities, some of it was under Palestine and Jerusalem because this is the original capital, some of it was under Syria. But there was no entity called Jordan. |
| CHS: | Yes, that is true. |
| Alebbini: | There was nothing called Jordan. There was Irbid, yes, there were villages, but these villages either fell under Jerusalem or fell under Syria. |
| CHS: | When Irbid was having a hard time once, when they increased the price of bread from two to 10 piasters, they brought down the Jordanian flag and put up the Syrian flag [chuckles]. |
| Alebbini: | Yes. |

**47**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

media will tell you the communists did that. So you start saying communists and capitalists. The other day I was watching on Faysal Qasim, there were two guys, giants, the Russian bear is better for us than the American bear, uh, eagle. He was saying that being under the American eagle is better than being under the Russian bear. So if you look at our history, Russia is not going to take us under-under its wing.

CHS:        No.

Alebbini:   It is going to screw us! It is an enemy. The Crusaders! They are united against us, both of them. If you look at the media, it will tell you that Russia and America and so on… the whole thing, the whole thing, is not that. The thing is that there are Zionists in the world who occupied the world and they are pulling and displacing the Sunni people to the west, and displacing the Shiites toward the Sunnis in order to create wars in the future, to have them hit each other--

CHS:        [OV] Divide and conquer.

Alebbini:   -- yes, divide and conquer. So they will tell us, what is the solution? What is the solution? They tell you we need a new world order, a new world government governed by the Anti-Christ and Israel, and Israel would become the Greater Israel and rules the world through a new world order. This is the reason behind displacing people, and these issues where they put, they bring the Shiites to the Sunnis and they bring the Sunnis to the Americans--

CHS:        [OV] until a period comes, where a moment comes when one would say I would rather go and live under the rule of Israel, it is easier for me--

Alebbini:   [OV] Than…

CHS:        -- than the rule of [UI]--

Alebbini:   That's it.

CHS:        --at least I can eat and drink and it is safe.

Alebbini:   That's it. And this is the period of the Anti-Christ that will come. Because it is impossible, as you say, man, I mean… you are a man, God bless you, huh, we will take you as an example, you have a *business,* you have children, you are a merchant and you have experienced life. You experienced two cultures, that of Jordan and that of America. You are not ignorant. How can you tell me you don't understand? I mean… if you don't understand, who will understand? If a man

**49**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

| | |
|---|---|
| Alebbini: | The Emirates. |
| CHS: | The Emirates. |
| Alebbini: | And his father went on TV-- |
| CHS: | [OV] [UI] |
| Alebbini: | --and his father went on TV and said that Jordan downed it, they did this to his son. I mean, what does one understand? If you say that the pilot's father... the pilot, my son, was downed-- |
| CHS: | [OV] and still, I... I... the Organization, for example, did not confirm that it actually did this to the pilot. |
| Alebbini: | --no, no. look, the Organization, the Organization caught the pi-- look what the story of the Organization is. I am following the, uh-- |
| CHS: | [OV] But did they confirm? They did not confirm. |
| Alebbini: | --what happened, the Emiratis and the Jordanians and all of them were out to carry out strikes against the State. The guy was downed. Whether the State downed him, whether the Organization downed him, he fell into their hands. What are you doing here? |
| CHS: | Into whose hands? |
| Alebbini: | Into the hands to the Islamic State. They said you are coming to bomb us; we will deal with you. They took him as a prisoner, and they said, "Just like you bombed us, we are going to... you wanted to burn us, we are going to burn you, as a lesson to Jordan and whoever helps America against us." I honestly do not blame them. Because this is not our war. |
| CHS: | An eye for an eye. |
| Alebbini: | Uh, [mumbles] and this is not... this is not our war. Why are we-- |
| Qasim: | Only the Lord of fire will burn you with fire, brother. |
| Alebbini: | --man, okay, why didn't the guy burn, uh, hit Israel? Why didn't he-- |
| CHS: | [OV] Still, still-- |

**51**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

Alebbini: Yes, man. And you know what the problem is? I mean, what surprises me from all those bastards, I mean, it is a shame that our Arab countries are like America, it is a shame that you drive from Yemen to--

CHS: [OV] I swear if you think about it--

Alebbini: -- [OV] I swear.

CHS: -- I am saying that even the, uh, the resources that are in our countries, they are, they are more than here.

Alebbini: By far!

Qasim: But they are kept from us.

Alebbini: By far! I swear, by far.

CHS: I mean--

Alebbini: [OV] this country is--

CHS: -- [OV] go for example, go to Yemen. Yemen is the poorest country in the world, you, for example... I am sure that there are resources in... man, its location on the, the, uh... the location it is in to begin with, Bab Al-Mandeb--

Alebbini: [OV] Bab Al-Mandeb, and... Bab Al-Mandeb only.

CHS: --you know? On its own, it will keep up with what is it called.

Alebbini: [OV] Now--

CHS: [OV] But who benefits from this? Egypt and Israel of course.

Alebbini: Now [OV] now for us, as a logistic situation, when you look at the Arab world from above, we can control the world seas right away.

CHS: Yes.

Alebbini: Right away because you have the Mediterranean Sea, and the Red Sea inside the State, the, uh, the Islamic Caliphate. Inside the Muslim countries, Arab countries. It means the Red Sea is like a lake for you. It is in your land in its entirety. And it is the same thing for the Mediterranean Sea, you control the Suez Channel, and Gibraltar Strait--

**53**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

CHS:        He was removed.

Alebbini:   They removed him. These regimes are put there for our destruction, man, and the problem, the problem is that we... I swear, one--

Raid:       [OV] you can't do anything.

Alebbini:   --one cannot do anything.

CHS:        The Prophet, prayers and peace be upon Him, in a Hadith... it means--

Alebbini:   [OV] [UI]

CHS:        [UI] Mind your business.

Alebbini:   Mind your business.

CHS:        Mind your business.

Alebbini:   Well, I swear, imagine, our countries are full of resources, man... they say Jordan has a meager supply of water. How does Jordan have a meager supply of water when you have Palestine and Syria next to you?

Qasim:      But, still, in the Qur'an, it says, uh? The Qur'an says... [Phone ringing] that if... that when... [Phone ringing]... when [Phone ringing]...

Raid:       God is Great.

Alebbini:   [On the phone] *Hello? Uh, no ma'am [UI]. Yes ma'am. Welcome. Bye.*

            [Back to the conversation] when it rang I thought it was... it is about Destiny. They want the paper from her because she is pregnant.

            [Pause]

Raid:       What does the Qur'an say?

Alebbini:   What? About what issue?

Raid:       About the issue of tribulation.

Alebbini:   Uh, the issue of tribulation?

**55**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

| | |
|---|---|
| Raid: | --you can't know who is right. |
| CHS: | That is true, but one, as you may say, it depends on, uh, uh-- |
| Raid: | [OV] Intentions? |
| CHS: | --the uh, uh his heart, and-and-and... Look, for example, I know Qasim, you know? I can say, here, this guy, according to what people show him to be, *that one, two, three,* that he is not good in the end. But I think about what are Qasim's motivations, what does Qasim-- |
| Qasim: | [OV] what-what [UI] |
| CHS: | --what does Qasim want for profit? You know? |
| Qasim: | [Coughs] Uh-hum. |
| CHS: | Why did Qasim do that? Is it because he wants money? |
| Qasim: | [OV] Uh-hum. |
| CHS: | Is it because he wants a reputation and power, or is it because [Noise], uh, he wants the interest of the Nation? |
| Qasim: | Uh-hum. |
| CHS: | So there is, there is... I mean, when one thinks about it this way-- |
| Raid: | Truth and logic will be shown. |
| CHS: | Uh-hum. |
| Raid: | That is true. |
| Alebbini: | It is...If you think about it, it will be shown...yes, but it shows, the only one who shows the truth is honestly the Islamic State Organization. |
| CHS: | This is what I am telling you. |
| Alebbini: | Yes. Every time you think... honestly, I follow them a lot. When you see their videos, these people go by "God said, the Prophet said." And the proof of that is that their progress on the ground is clear, and you see the people, the people-- |

57

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

Alebbini:     Yes.

CHS:          You know? And look at the Organization and how, from nothing, with a Kalashnikov, I swear one time I saw someone talking, he said, "We only have these uh-uh-uh *two Kalashnikovs.*"

Alebbini:     Yes.

CHS:          And this... and they were able to... they are only four or five, they were able to win against an entire Iraqi army or an entire troop, and they kicked them out and took their weapons.

Alebbini:     And all of their battles are like that. All of their battles are like that. A doctrine... these people have--

CHS:          [OV] and how... look, notice also that they don't have... they don't have the, uh, uh... the *technology* and everything, and when a spy is planted amongst them, God reveals him to them.

Alebbini:     Right away!

CHS:          God reveals him to them.

Alebbini:     They get him out... and the problem is... I, honestly, sometimes see things... I get afraid and I say they cut heads off, they do a lot of stuff, but then, when you watch further, the guy they beheaded turns out to be a spy, turns out to have done something. So when one is convinced like that, one thinks that... one would say, they cut heads--

CHS:          At the time of the Prophet, God's blessings and peace be upon Him--

All:          Blessings be upon him.

CHS:          --they would... before... before a war, they would use the tooth stick--

Alebbini:     Yes,

CHS:          --the tooth stick.

Alebbini:     The Persians got scared, they thought they were going to kill them.

CHS:          They were afraid. These used to eat--

59

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

Alebbini:     No, no. They were beheaded. The guys beheaded them, honestly.

CHS:          You know? So these people, I--

Raid:         [OV] they were beheaded.

Alebbini:     The guys shot them, they came in and--

CHS:          [OV] went in and shot them--

Alebbini:     -- [OV] They went in and shot them inside.

Qasim:        The guys.

CHS:          [OV] But I am telling you, after that they started saying we are going to do this and that, but they remained scared.

Alebbini:     Yes. [UI]

CHS:          [OV] [UI] I don't need this drawing, we don't need this whole thing.

Raid:         And the guy who came out in Jordan [UI]--

CHS:          Haftar.

Raid:         Haftar.

CHS:          Haftar, but they executed him.

Raid:         No, he was shot at the door of the courthouse.

Alebbini:     Yes, but--

CHS:          [OV] He shot Hattar, but the person who shot Hattar was executed two days ago.

Raid:         It's not a problem, man.

CHS:          God is sufficient to me and he is my Guardian--

Raid:         It's not a problem.

61

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

| | |
|---|---|
| Qasim: | --and portrayed Muhammad on a bed with two girls next to him, and they say that God went to him and told him, God knows what--I want-- |
| CHS: | [OV] [UI] |
| Qasim: | Yes, he tells him, "Do you need anything?" |
| CHS: | [OV] He is really making fun-- |
| Qasim: | -- He replies no, so he tells him, "Next time, knock on the door before you come in." |
| Alebbini: | Yes. |
| Qasim: | [Laughs] He tells God. |
| CHS: | He says send me "Immortals on earth and concubines," and I don't know what, and women, and another time... I mean, God is sufficient to me and he is my Guardian-- |
| Raid: | [OV] [UI] |
| CHS: | --I swear if I was in Amman-- |
| Alebbini: | Did they, did they cut his head off? |
| CHS: | If I was in Amman-- |
| Raid: | They shot him. |
| Qasim: | They shot him. |
| Raid: | [OV] Someone from Jordan shot him. |
| CHS: | -- [OV] now you can-- |
| Raid: | [OV] when he went to court, he went to court to stand trial for what he did after what he did got publicity, he left court-- |
| Qasim: | Was he found innocent? |
| Raid: | -- he left the court-- |

**63**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

| | |
|---|---|
| Alebbini: | Haftar is the one who went to court. |
| Qasim: | Yes. Haftar left court and the Sheikh shot him, he shot him. |
| Alebbini: | Okay, what happened to the Sheikh? |
| Qasim: | He was executed. |
| CHS: | They caught him, they put him in jail, and a few days ago they executed him. |
| Alebbini: | Okay, man, it's not a big deal, the guy is a martyr residing within the boundaries of God. Why are you upset? But the other one had his head cut off. That is what is important. |
| Raid: | No, he was [UI]. |
| Alebbini: | [UI], this guy is a Sheikh. |
| Qasim: | [UI] Sheikh. |
| Alebbini: | [UI] I swear, cousin. |
| Raid: | [Mumbles] |
| CHS: | He shot him, he shot him four or five bullets. |
| Alebbini: | Good riddance. |
| CHS: | The death of Haftar. |
| Raid: | And then, people were like Hattar this… |
| CHS: | Damn them. |
| Raid: | "It's not okay…" and I know what else. |
| CHS: | [OV] this upsets me, man. You know what made my stomach hurt and made me feel like I was going to throw up? I was happy when I found out he was killed, and I was happy as if, I… I…offered a sacrifice. |
| Alebbini: | Yes. |

65

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

[Noise]

Raid: He is a Jordanian Sheikh.

Alebbini: And they say what? There is a Crusader alliance. [Phone rings] [Alebbini answers] *Hello? [IA] Yes [UI], Good, good how are you? [IA] Well, I-I'm still looking for work but I moved to Ohio now, I'm in Ohio. I'm not in Gordonsville no more [sic].*

CHS: [Addressing Raid] you were in Georgia as well?

Raid: In Gordonsville.

Alebbini: [Continues speaking on the phone] *Yes.*

Raid: [UI]

CHS: When are you going to travel?

Raid: This coming Sunday, in the morning.

CHS: Next Sunday?

Raid: Yes.

CHS: Next Sunday…

Alebbini: [Continues speaking on the phone] *and, and… I got a… uh, I think I already got a job here, thank you very much Brandy for your help.*

CHS: Do you know the weather forecast for, uh…

Alebbini: [Continues speaking on the phone] *Okay I will.*

CHS: For--

Raid: [OV] For Saturday

CHS: [OV] for … Next Sunday which is this one, you mean?

Raid: Yes, this Sunday.

CHS: This is close I mean.

67

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

CHS:        But I want to look at, uh, uh... on Thursday, the *weather* is good.

Raid:       So you are going to make this Zerb in the yard?

CHS:        I have it in the ground, but the ground here needs to... I have, I have... my ground is soaked with water but I also have, uh--

Raid:       [OV] [UI]

CHS:        --a *smoker* that I use. So I make it in the *smoker*, it is better for me. Where did the-the schedule go?

            [Pause]

Alebbini:   Brother Muhammad, look, this guy is traveling on Sunday and Qasim is staying here, God willing, that's it, so I mean... do not pressure yourself, I mean your *schedule*, I mean if your *schedule* is busy--

CHS:        [OV] I am going to eat too, man, I am going to eat too.

Alebbini:   --when it is summer time.

CHS:        When it is summer time we will get together--

Alebbini:   *Exactly.*

CHS:        --are we just going to hang out?

Raid:       [OV] No, no.

CHS:        I just want to make the best out of it and we will hang out. I mean--

Alebbini:   God willing, we will hang out, God willing, we will hang out. But without stretching your schedule; you're looking in your schedule for a time.

CHS:        --no, no... I am not... I am just telling you I want to see, the, uh... you know what I have in mind? You know? There is a farm where I get--

Alebbini:   [OV] Yes.

CHS:        [UI]

Alebbini:   I want to go to the farm with you.

**69**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

Raid:       Uh-hum.

CHS:        Or in *West Carrolton*. You go there and you buy it from there. And when you go, if you want, ask... ask the butcher for Majid. He will tell you Majid... tell him Muhammad sent me--

Raid:       Uh-hum.

CHS:        --and he wants *fresh* chicken.

Raid:       *Fresh* chicken.

CHS:        Because if the ones in front of him are not *fresh*, he will-he will get you some from the back.

Raid:       Uh-hum.

CHS:        Do you understand?

Raid:       Is the store close to here?

CHS:        Uh... around *20 minutes*.

Alebbini:   Not bad.

Raid:       *Twenty minutes.* I mean...

CHS:        You know? I will send you the address for it. [Noise] and this is where I want to find Qasim work.

Raid:       God willing.

CHS:        Look this is when Hattar was killed.

            [Watching a video on CHS' phone]

            [Women screaming]

Raid:       [Laughs]

Alebbini:   Is this his wife, or...?

CHS:        This is his son.

**71**

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

| | |
|---|---|
| Alebbini: | True. |
| Raid: | True. |
| Alebbini: | I swear. |
| Raid: | That's it, he-- |
| CHS: | These are the ones who act corruptly on Earth. |
| Alebbini: | Yes. The ones who act corruptly on Earth. |
| CHS: | Uh-hum. |
| Raid: | The guy got shot in the side. |
| CHS: | Okay, God willing on Thursday, uh, what time is good for you? |
| Alebbini: | The time that works for you, not us. That works for you. |
| CHS: | Is six in the evening good? |
| Alebbini: | It's good, yes. |
| CHS: | It's good? |
| Alebbini: | Yes. |
| CHS: | Six? |
| Alebbini: | Yes, it would be, Destiney would be back. |
| CHS: | [OV] I will send you the address-- |
| Alebbini: | God willing. |
| Raid: | God willing. |
| CHS: | --on the phone. And you will come God willing-- |
| Raid: | Forgive me, but is there any food or anything? |
| CHS: | [OV] There is no power or might except in God. This guy is not normal [laughs]. |

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi

| | |
|---|---|
| Qasim: | I mean, as God wants [UI] |
| CHS: | And to be on the safe side, I am going to start checking things for you at my place, at least one or two days so you can get your pocket money until God provide a solution. |
| Alebbini: | Are there guys here who have a residence, rooms, and stuff, here or there— |
| CHS: | I will find you some. |
| Alebbini: | --if there is a room, if some guys live in an apartment and want a roommate. |
| CHS: | How many? One? |
| Alebbini: | Yes, One or two, whatever... |
| CHS: | Okay my- my brother-- |
| Alebbini: | -- [OV] if it's available, if not-- |
| CHS: | -- [OV] I will talk to my brother now, because my brother lives with guys-- |
| Alebbini: | Yes. |
| CHS: | --I will talk to him and see what the situation is. |
| Alebbini: | Yes, if they have an extra bedroom, you see, it would be... I mean, this will help them with rent and so on. |
| CHS: | God willing. |
| Alebbini: | God willing. |
| CHS: | I will arrange it for you. I will arrange it. |
| Alebbini: | Yes. |
| CHS: | Did you win? |
| Raid: | [UI] |
| CHS: | [Laughs] |

75

Date of recording: 3/7/2017
Duration of recording: 1 hour, 53 minutes
Audio file name: CCR_0001.wav; 0258.001.avi; 0258.002.avi; 0258.003.avi; 0258.004.avi; 0258.005.avi; 0258.006.avi