# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



**Tampa Division**
**5525 W. Gray Street**
**Tampa, FL 33609**

| | |
|---|---|
| File Number: | 415F-CI-2127744 |
| Requesting Official(s) and Office(s): | SA Michael J. Herwig (CI) |
| Task Number(s) and Date Completed: | 867319, Request #851758, 8/16/2018 |
| Name and Office of Linguist(s): 11:01 minutes) | LA Yassine Abbad (SL) (Sessions 1 to 4 up to |
| | LA Abdallah Alyounes (TP) (Sessions 4 starting at |

11:01 minutes, session 5 and session 8)
LA Camille Ghorra (TP) (Session 6)
LA Najah Delaney (TP) (Session 7)

| | |
|---|---|
| Name and Office of Reviewer(s): | LA Iman Zumut (DL) |
| Source Language(s): | Arabic |
| Target Language: | English |

Source File Information
     **Video Files:**     03-09-2017-2.001.avi, 03-09-2017-2.002.avi
                               03-09-2017-2.003.avi, 03-09-2017-2.004.avi
                               03-09-2017-2.005.avi, 03-09-2017-2.006.avi
                               03-09-2017-2.007.avi, 03-09-2017-2.008.avi
     **Audio File:**     CCR_001.wav

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |



GOVERNMENT
EXHIBIT

3b1

CARDELS 800-783-0399

# VERBATIM TRANSLATION

**Participants:**

| | |
|---|---|
| CHS | Confidential Human Source |
| Laith | Laith Alebbini |
| Raid | Raid Ababneh |
| Qasim | Qasim Ababneh |
| UF | Unidentified Female |
| UC | Unknown Child |
| Destiney | Destiney Eshelman |

**Abbreviations:**

| | |
|---|---|
| *Italics* | *Spoken in English in the source material* |
| PH | Spelled phonetically |
| UI | Unintelligible |
| OV | Overlapping |
| [ ] | Translator's notes and exegeses |

[TN: 1- Zerb is a traditional Middle Eastern dish.

2-Eid al-Adha is an Islamic holiday that commemorates Abraham's willingness to sacrifice his son.

3- Faysal al-Qasim is a TV personality, and he is the host of the Opposite Direction, on Al-Jazeera.

4-Hadith refers to the sayings and actions of the prophet Muhammad.

5- There are 8 video sessions and one audio session for this document. Please note that both were used in operational review and only the audio CCR_0001.wav was used for the final review.]

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

**[Beginning of recording]**

**[Beginning of translation]**

[Background noise]

[Children talking in the background]

CHS: Um, *just the coffee, whenever you have time just...*

UF: *Okay.*

[Noise]

[UM talking in the background]

Alebbini: Do you need help carrying anything? Or you already have done everything by yourself?

CHS: No, I am done.

Alebbini: [Laughing] you're done!

CHS: Please come in. When you called me--

Alebbini: Yes.

CHS: -- it was-was ready, so I turned down the heat, I did not want to take it out...I just reduced the heat, that's it. My father, may God rest his soul--

Alebbini: May God rest his soul.

CHS: --told me back in the day --

Alebbini: Uh-huh.

CHS: --he told me: if someone invited you--

Alebbini: Yes.

CHS: --eat as much as you can, if he loves you he will be happy--

1

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

Alebbini: Yes.

CHS: --and if he hates you he will be pissed.

Alebbini: Correct.

[Laughing]

Qasim: Correct [OV]

Alebbini: So eat as much as you want.

CHS: So, either way, you have to eat.

Alebbini: God willing, God willing.

CHS: I don't think you tried uh... someone cooked Zerb for you in America.

Alebbini: No, I swear by God. May God give you endless sustenance [OV]

Qasim: May you live long and continue to invite others.

CHS: In your presence, God willing. What's the-the... who-who wants *Zero*, and who wants *Zero Sprite*?

Alebbini: I-I would like *Zero*.

CHS: The two of them are *Zero*.

Alebbini: I would like the white, *7-Up*.

Qasim: I would like the black.

CHS: Black, Raid?

Raid: Black.

CHS: It seems like you guys are shy! [OV], do you want me to keep serving?

Alebbini: I am waiting for you [OV], I just want to help you--

2

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

CHS: I will serve…so just help me here, just help me here.

Alebbini: Alright, let's do it. Fill for yourself, Raid.

Qasim: How about you? Would you like black or white?

Alebbini: White for me.

Qasim: Muhammad?

CHS: I will give black [pause], O Lord! [Noise], [pause], we said black.

Alebbini: Abu-al-Qis, give me your plate.

CHS: Laith, what will you name him?

Alebbini: Walid.

CHS: Walid, Abu al-Walid.

Alebbini: Walid, but if it's a girl we would name her Iman, you see, and Walid if-if it's a boy.

CHS: You came from Irbid, and you want to show me how to cut it!

Qasim: No, he's from Amman, not from Irbid.

CHS: Is he from Amman?

Qasim: Yes [OV].

CHS: He's from Amman.

Qasim: Abu-al-Walid, should I pour for you?

Raid: [UI] not too much.

CHS: Okay, it's good, it's good.

Raid: In your hand, do you want me to do it for you?

3

Date of recording:     03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:       CCR_0001.wav

| | |
|---|---|
| Qasim: | Yes. |
| Alebbini: | This rice-- |
| CHS: | Give me your plate. |
| Alebbini: | --this rice, I would love if Destiney learns how to cook it. |
| Qasim: | We will do it, we will do it. |
| CHS: | Alright, go ahead. |
| Raid: | Abu-al-Walid, do you want me to serve you? |
| CHS: | This is a thigh, and this is a shoulder [OV], whichever part you like [OV], whichever part you like-… |
| Alebbini: | Serve me a little bit of this, and a little bit of that. |
| Qasim: | From both sides? [OV] |
| Alebbini: | No. no, finish this, and then [OV]. |
| CHS: | You have to finish all this today. |
| Alebbini: | God willing. |
| Raid: | God willing [OV]. We are eating together. [UI] |
| CHS: | Yes, this one. |
| Alebbini: | This one is in your hand. |
| CHS: | I will sit down, don't worry about me. |
| | [Noise] |
| Alebbini: | Did you get this lamb from the farm? |
| CHS: | Yes, I got it from the farm, this is uh-- |

4

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

| | |
|---|---|
| Raid: | You mean local, from here. |
| CHS: | --yes, from here. Do you know the one that is called "Romanians" back home? |
| Alebbini: | Uh-huh. |
| CHS: | This one is just like it, its meat is similar to-close to the organic meat. |
| Alebbini: | You know, this one, I uh--[UI]. |
| CHS: | Would you like a salad? |
| Raid: | No, I don't want salad. |
| Alebbini: | Originally, the organic meat is not [OV] |
| Raid: | Just keep it, leave it. |
| CHS: | What's wrong with the organic? |
| Alebbini: | It's not good for the farmers, because of its low production. If you want to invest in a farm-- |
| CHS: | Where? Production here? |
| Alebbini: | No, the organically raised Jordanian sheep. |
| CHS: | Yes. |
| Alebbini: | So, if you want to raise a hundred, a herd, you will be better off with any breed but the organically raised, because it does not produce wool and meat like-- [pause] like the other breeds. |
| Qasim: | Where did you get this information from? |
| Alebbini: | This information is from-- is from my paternal cousin, he used to study animal production, and he owns farms [UI]. |
| | [Phone ringing] |

5

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

| | |
|---|---|
| CHS: | I don't think…I mean, I've never seen an organically raised sheep that gave birth to twins, it is rare, right? |
| Alebbini: | Right, just like-- |
| Qasim: | Local ones, no, [OV] rare. |
| CHS: | Here, for example, you find the-the American ones give birth to triplets or to twins. |
| Alebbini: | You understood what I meant, for production, for production-- |
| CHS: | *Yeah.* |
| Alebbini: | --it's not the best breed to raise. |
| CHS: | Also, it's expensive. |
| Alebbini: | Uh-huh, very expensive. |
| CHS: | If one of them dies the loss will be great. |
| Alebbini: | Correct. |
| | [Pause] |
| Alebbini: | I think this is my first time eating Zerb. |
| CHS: | The first time while in-in *America*? |
| Alebbini: | No, in Jordan too. |
| CHS: | Wow! |
| Alebbini: | We tried once, but we burned it, right? We tried it here in America-- |
| CHS: | Raid, try this tender part of the shoulder. I like the ribs, the-the shoulder blade. |
| Raid: | Uh-huh. |
| CHS: | Try this. He cheated you, just so you know, he gave you a piece that has no meat. |

6

Date of recording:     03/09/2017
Length of recording:   2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:       CCR_0001.wav

| | |
|---|---|
| Qasim: | I got the one that has the meat. |
| CHS: | [Laughing], but you took the-the…try the shoulder. |
| Qasim: | [UI] this food is delicious. |
| Alebbini: | Do you slaughter at his farm? |
| CHS: | I slaughter at his farm, I've known him for some time. |
| Alebbini: | Does he provide you with the tools-the tools, is everything from him? |
| CHS: | No, I take my own knives with me. |
| Alebbini: | Uh-huh. |
| CHS: | I am planning to go to him in two or three weeks, and check if he has something I can slaughter, *which is*--he doesn't always have them-- |
| Alebbini: | Uh-huh. |
| CHS: | --because he raises them. There are people who have them, but they bring them from the *auction*. |
| Alebbini: | They bring them from the *auction*. |
| CHS: | Yes. |
| Alebbini: | Why do they buy it from the *auction?* |
| CHS: | This guy raises them. |
| Alebbini: | They buy it for cheap-- |
| CHS: | They buy it for cheap. |
| Alebbini: | --the prices…some of them, if you search in *Craigslist*, man, someone will have a herd and would like to get rid of it, man-- |
| CHS: | Uh-hum. |

7

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

| Alebbini: | --he would have brought one or two sheep, and they became seven, and he then wants to get rid of them, man [UI], American. |
|---|---|
| CHS: | But I'm telling you, this guy raises them himself-- |
| Alebbini: | Uh-huh. |
| CHS: | --I mean, he gives them-he feeds them uh natural grass-- |
| Alebbini: | Uh-huh. |
| CHS: | -- and everything he has, [OV], but you won't find any at this time, the ones he has now are little *babies*. |
| Raid: | They're not for sale. |
| CHS: | He won't sell them until July-- |
| Alebbini: | Not until Ramadan and Eid [UI]. |
| CHS: | He works and gets them ready for Eid. |
| Alebbini: | Uh-hum. |
| Raid: | Do the Arabs commemorate the sacrifice here? |
| Alebbini: | Yes, they do. |
| CHS: | Yes, they do. God willing, if-if-- |
| Qasim: | What is -- |
| Alebbini: | And whoever sacrifices -- |
| Qasim: | --the percentage of the Arabs here? |
| CHS: | Huh? |
| Qasim: | What is the percentage of the Arabs here? |

8

Date of recording:     03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:       03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:       CCR_0001.wav

| | |
|---|---|
| CHS: | There is a good number, there is a good-good number, that's why I told you about the restaurant that I showed you-- |
| Alebbini: | Yes. |
| CHS: | --if you do something like that-- |
| Alebbini: | I swear by God, that one [OV], we should do something like that. |
| CHS: | --if-if you show them that you will do that-- |
| Alebbini: | Yes [OV] of course, you are not going to do anything else, right? |
| CHS: | --there are two universities full of people from the Gulf area, from the gulf, they come here in large numbers. |
| Alebbini: | People from the Gulf have money, and they are good spenders. |
| CHS: | Here, there is *Ohio State*, and-and that one… they come here and-and-- |
| Alebbini: | They spend with no questions asked because money is available, they're not like us we have to save-- |
| CHS: | --from the Emirates, and other places, there is a guy who brought his car with him from the Emirates, he shipped it from over there. |
| Alebbini: | --uh-hum, from where? |
| CHS: | From the Emirates, it has Dubai's license plate. |
| Raid: | It must have costed him much, at least 2000 for shipping. |
| Qasim: | It does not make any difference to him since money is available, brother. |
| Raid: | I swear by God, Abu-al-Qis, [UI] used to think that-- |
| CHS: | The government pays. |
| Raid: | He goes down to Jordan, we want to ship him a car. Today we spoke with the freight company, and the cost to ship from here is $1800.00. |

9

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

CHS:        It doesn't cost much, the problem is-uh, you know, Jordan has become…

Alebbini:   They will ban it from entering--

CHS:        No, they will not ban it.

Qasim:      [OV], if it's less than five years.

CHS:        Uh-huh, five years, or, or--

Raid:       Five.

Qasim:      Five years, in customs, yes.

CHS:        *Okay.*

Raid        You will have six months for a temporary entry permit.

CHS:        Yeah, temporary. There are Arabs here in Ohio who go to a person, who buys banged up American made ones--

Raid:       Uh-huh.

CHS:        --and they take them apart, load them in containers, and ships them.

Alebbini:   A car?

Raid:       Parts.

CHS:        Let's say a Mustang--

Alebbini:   Yes.

CHS:        --that has been in-in an accident, he might buy it for 3000 or 4000 from the-the-the *auction,* then he removes the doors, he removes…I mean he takes the parts that he can use, he collects them, and then sends them to Jordan. Their market in Jordan is not as good as it is in the Gulf countries.

Alebbini:   Uh-hum.

10

Date of recording:      03/09/2017
Length of recording:    2 hours, 50 minutes
Video file names:       03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:        CCR_0001.wav

Qasim: The car market in Jordan is huge. There were people who have been doing this job for years.

CHS: I was just going to say that if someone wants to do this he has to have people over there.

Alebbini: Uh-hum.

Qasim: When we first came here we wanted to do it, but we consulted with some people, and I consulted with my father, and he said that people who are in this business are sharks.

CHS: It depends on what's on the market, you'll never know what they will devour you.

Qasim: We wanted-we were going to ship a container, we just wanted to try and see if there is any profit in it.

CHS: You can do it, but like he told you, there are sharks.

Qasim: You will make a profit, but it will take a while--

Raid: You will make a profit.

CHS: They will scam you [OV], they will harass you; they will harass you real bad.

[Pause]

Qasim: Once they realize that you are new, and that is your first deal, they will know that's your capital.

Raid: No, brother, there is plenty of it, I am not shy when it comes to food.

CHS: Alright, alright; alright.

Qasim: The zerb that we cooked was with goat meat.

CHS: A kid?

Qasim: A kid.

Alebbini: [UI].

11

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

Qasim:          You didn't eat from it?

Alebbini:       No, we shot it.

CHS:            [Laughing].

Alebbini:       We shot it but it ran away [laughing].

Qasim:          Yes, [UI].

CHS:            My brother, the kid is really... [Laughing]

Qasim:          [UI] shot.

CHS:            So you shot it? With the [UI]?

Alebbini:       Yes, with the [UI].

CHS:            How did you eat it? You made holes in it [laughing].

Alebbini:       We ate pellets, we ate pellets. It was filled with pellets so we had to clean it.

Qasim:          But they slaughtered it before it died, they cut its neck, right?

Alebbini:       Yes, while dying we cut its--we slaughtered it, but it still had the pellets, the pellets were still in it.

CHS:            [Laughing] it would not have, man!

Alebbini:       Yes.

CHS:            Once this guy went with me and told me he wanted to slaughter.

Alebbini:       Yes.

CHS:            But, he has never used a knife.

Alebbini:       Yes.

CHS:            And it was a kid, and he did like this, he was scared, when he saw the blood he got scared--

12

Date of recording:      03/09/2017
Length of recording:    2 hours, 50 minutes
Video file names:       03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:        CCR_0001.wav

| | |
|---|---|
| Alebbini: | So he did not slaughter it [laughing] |
| CHS: | -- and the kid got up and started running, and I was chasing the kid, and the kid was running everywhere until we caught it, and we finished the poor thing off. |
| Qasim: | He made that kid suffer. |
| CHS: | He made it suffer. |
| Raid: | Was this in the farm or in public? |
| CHS: | In the farm. |
| Raid: | The farm…in public, people would get mad at you. |
| Alebbini: | Yes, my neighbor tells us not to slaughter in front of her; she saw me while slaughtering it. |
| CHS: | Where? Here? |
| Alebbini: | Yes, in *America*. |
| CHS: | Was it the one you shot here? |
| Alebbini: | Yes, we shot it in Virginia, yes. |
| CHS: | Did you shoot the kid here? |
| Alebbini: | Yes, in *America*. |
| CHS: | Darn you! |
| Alebbini: | We are in-we were in the *country,* and the *country*, no one was around us-- |
| CHS: | Yes. |
| Alebbini: | --no one. |
| Raid: | Empty, yeah. |

13

Date of recording:    03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:     03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav

CHS:      I won't dare.

Alebbini:      Yeah, here, no one will dare here.

Qasim:      In the *city*, yes, there are laws.

Alebbini:      --I did speak with the-the *sheriff*, and I told him that I want to shoot by my house, he asked me about my *location*, I gave him my *location*, and he said that I can shoot because I was outside *city limit*. I mean, when you shoot you don't disturb others.

CHS:      Uh-hum

Alebbini:      No one hears, there is a distance between you and your neighbors, they don't hear the noise.

CHS:      There is a squirrel here, it is disgusting me, man!

Alebbini:      Yes.

CHS:      Driving me crazy, do you see this cherry tree?

Alebbini:      Uh-hum.

CHS:      This-this one here… jujube, do you know jujube? [OV].

Alebbini:      Yes.

CHS:      I am always happy about it, I keep watching it [OV] [laughing], and it started to grow, it was full, man, you cannot count them, by God's grace. Then, one day, I told my wife and my daughters "See this," I collected four or five pieces that were ripe, and I told them that the next day they, because of the heat, they will all be ripe, God willing. The next morning, I opened the door and I looked, I only found leaves and the pits, and that squirrel, son of…I wanted to shoot it, but I am unable to.

Raid:      [UI] Laith has [UI] [OV].

CHS:      No, man.

Alebbini:      BB gun, BB gun, you need to get yourself a BB gun.

14

Date of recording:      03/09/2017
Length of recording:      2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav

CHS: I got a BB gun [call to prayer in the background] God is the greatest, [OV], which call to prayer is this? Maghreb, [OV], no, here, this is Maghreb. Did you pray? I was really surprised...

Alebbini: We always… we pray according to the call to prayer in Virginia. He called for prayer in Virginia so we prayed according to the call of prayer in Virginia.

[Call to prayer in the background]

CHS: Because I was busy with this, no-no-no, no; no--

Alebbini: I will just put--

CHS: --there is no God but God! It's right here, I am trying to finish it because I want to chew on the-the-the ribs. Like I told you, I got the BB gun--

Alebbini: --Uh-hum.

CHS: --but back home, the problem is that the caliber of the bullets is standard.

Alebbini: Uh-hum.

CHS: I'm telling you, I was shooting at a-a-a thread, I would put a thread and shoot at it. But the scope--

Alebbini: Uh-hum.

CHS: --I didn't know how to calibrate it [OV], when I calibrate it from here to there it works, but it is inaccurate when I shoot at something farther away.

Raid: Yes, but not the regular BB gun, but this one, the *sniper riffle* [OV]

CHS: It's available, I have it in the garage [OV], and like you see, I also brought [OV], and I also set up a trap for him. There was a *raccoon*, but I caught it, I was going to kill it when my daughters begged me not to so I set it free far from here. But this squirrel--

Alebbini: Be careful with the raccoon, because if it bites you--

CHS: *Yeah, yeah*--

15

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

| | |
|---|---|
| Alebbini: | --you will get rabies |
| CHS: | -- I bought a big trap for it [OV]. |
| Qasim: | What does it get you? |
| Alebbini: | *Rabies.* |
| CHS: | *Rabies.* |
| Raid: | Raccoon? |
| Alebbini: | Yes. |
| CHS: | Yes. |
| Alebbini: | The raccoon carries rabies, bats too. But if the squirrel becomes stubborn, I am not sure, but I think they poison it. |
| CHS: | And if it dies and starts stinking, but you can't find it. |
| Alebbini: | It will stink, it will die, and you will not find it. |
| CHS: | I swear by God that it gives me a headache, I have been thinking what do with it for this year. |
| Alebbini: | If you had shot it... |
| CHS: | I need to fix this, and look at my situation. I should go to Dicks and ask-ask them to exchange this-this one to-- |
| Alebbini: | Yes, or calibrate it for you. |
| CHS: | *--the old style.* |
| Alebbini: | Uh-hmm, right. You have to hunt for him, put your pack of cigarettes next to you with a cup of coffee, and you sit on the chair until it comes. |
| CHS: | That's what I am planning to do. |
| | [Call to prayer in the background]. |

16

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

| | |
|---|---|
| Raid: | No, no, no, that's enough. |
| CHS: | I don't like forcing others but you didn't eat enough. |
| Raid: | I swear by God I ate, I swear by God I ate. |
| CHS: | So when you go back to Amman [laughing], please eat, let me serve you some of this, it is called fitlah, are you familiar with fitlah? Do you know the fitlah? The butchers call it-- |
| Alebbini: | [OV] we want to feed you some of it. |
| CHS: | --back home, the butchers call it fitlah. |
| Raid: | I swear to God-- |
| CHS: | This one, this one, it is only one bite. |
| Qasim: | I am not the bridegroom, this man is about to get married, and that one is a bridegroom. |
| CHS: | What does this have to do with bridegrooms? This has nothing to do with bridegrooms. |
| Alebbini: | But really, the food tastes good, the rice, is this the rice smoked or-- |
| CHS: | Uh-hum. |
| Alebbini: | --it has a smell-- |
| CHS: | They were cooked together. |
| Qasim: | They are cooked together, right? |
| Alebbini: | Are they cooked together? In the same thing? [OV] You see, rice is like this, if you own a restaurant, a rice like this, two sorts of this dish, and a little bit of meat like this, because the meat is expensive, this meat is [UI], [laughing]-- |
| CHS: | Not this one. |
| Alebbini: | --you can use chicken, you can use chicken, man! |

17

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

| | |
|---|---|
| CHS: | This one, boss-- |
| Alebbini: | Special order. |
| CHS: | -- no, this one is special order. |
| Alebbini: | Special order. |
| CHS: | Special order, other things like-like-- |
| Alebbini: | Chicken. |
| CHS: | --Shish Tawook, you can grill it in no time, but something like this will be a special order. |
| Alebbini: | Yes, special order. |
| CHS: | Yes, you will not be able to keep up. |
| Raid: | Thank you for the food that was a great meal. |
| CHS: | Bon appetite [OV]. Please, have more if you want. |
| Raid: | Thank you, thank you, I am more than full. |
| CHS: | Because in your wedding, if you look [laughing] you will remember. |
| Raid: | There is a day-- |
| CHS: | Did you book? Did you set a date for the wedding? |
| Raid: | Yes, Wednesday, not this Wednesday, the following Wednesday. |
| CHS: | You don't know your wedding date, man! |
| Raid: | Wednesday, I swear by God the bride is taking care of everything…My wife and my in-laws. |
| CHS: | In Amman? |
| Raid: | I-I am going there to consummate the marriage. |

18

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

|        |                                                                      |
|--------|----------------------------------------------------------------------|
|        | [Laughing]                                                           |
| CHS:   | Here, the weddings are a headache.                                    |

[Call to prayer in the background]

Alebbini: Oh my God!

Raid: It costs a lot.

CHS: It costs a lot.

Alebbini: Did you have your wedding ceremony here?

CHS: Here? Yes.

Alebbini: How much you paid for it? Everything you own?

CHS: It took me one or two years to pay it off [laughing].

Raid: Laith, did he tell you about his brother Hossam? Laith? His brother is getting married here.

Alebbini: The photographer cost 1,000--

CHS: The photographer costs more than 1,000, you will be [laughing] *lucky* if you find a photographer who charges around 1,000.

Alebbini: He hired the cheapest photographer, the cheapest one.

CHS: If you want to hire the cheapest photographer from Michigan, charges 3000 for three hours.

Qasim: How much?

CHS: Three thousand for the photographer.

Qasim: Three thousand for the party?

CHS: To take pictures.

19

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

| | |
|---|---|
| Alebbini: | Yes, yes. |
| CHS: | That's the cheapest one-- |
| Alebbini: | Yes. |
| CHS: | --and if you're *lucky*, you have to book him three or four months in advance-- |
| Alebbini: | How did you bring one? When she asked you to get one, how did you dare and do that? |
| CHS: | I had just arrived from Amman, when I used to have five dollars I would have a fever if I spent it [OV]. |
| Alebbini: | I mean if someone tells me something like this, it's not-- |
| CHS: | But, but I had the intention-I had the intention to do that [OV] [laughing], I swear by God that I was planning, I said to myself that I will postpone the wedding ceremony-- |
| Alebbini: | But if I am able to control myself, [UI] the wedding, this-- |
| CHS: | Her father is my maternal uncle [OV], her-her father is my maternal uncle-- |
| Alebbini: | Uh-hum. |
| CHS: | --he tricked me, he told me just leave it…this and that, and for us we get money as wedding gifts, and we got money, but-- |
| Qasim: | It's not enough to pay for anything. |
| CHS: | --I received money as a gift, around ten thousand. |
| Alebbini: | Uh-hum [OV], but you could've used that money for yourself. |
| CHS: | But, the-the-the singer, for example, charged two thousands. |
| Raid: | How much? |
| CHS: | Two thousands, and you are talking [OV], wait a second, you are talking about in *2007,* [OV] I mean, ten years [OV], *almost* ten years [OV], *December 2007.* |

20

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

Qasim:	Probably it costs ten thousands to hire a singer now, am I right or not?

CHS:	Yes, right now, something around that. Uh-what was I going to say, may the blessings of God be upon the prophet Muhammad…you will need a singer, you will need a photographer, and you will need eh--

Qasim:	And you will need a venue.

CHS:	-- you will need a venue, and food, for example--

Alebbini:	The plate will cost 40.

CHS:	--if you are lucky, these days [laughing] the venue charges 70.00 dollars per plate, with *service,* then you will negotiate 60 with *tax.*

Qasim:	With *tax?*

CHS:	Yes.

Qasim:	That's 70.

CHS:	Then you will be told that [OV] the plate cost 60, but it costs 1500 to rent the venue, then you negotiate back and forth if you could bring your own food, if you find venues that allow you to bring your own food, even then you will be charged 20 dollars per plate for *service,* because you can't serve yourself, they have to serve for 20 dollars a plate.

Raid:	This is robbery.

Qasim:	Stealing.

CHS:	Theft.

Alebbini:	So what if someone wants to start a wedding venue business? Maybe he can convert a big house into a wedding venue, a big house that he can turn into a wedding venue.

CHS:	Man, your ideas are crazy [laughing]


21

Date of recording:	03/09/2017
Length of recording:	2 hours, 50 minutes
Video file names:	03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:	CCR_0001.wav

| | |
|---|---|
| Alebbini: | [Laughing], man, you can charge 20 dollars per plate, or 60 dollars per plate. Just have two weddings, two weddings in your venue-- |
| CHS: | But, the Arabs [OV] how long have I been-- |
| Alebbini: | --and you will be good. |
| CHS: | --the last wedding was two years ago, here. |
| Alebbini: | Uh-hum. |
| CHS: | Even though there are too many Arabs. |
| Raid: | People are not getting married, because wedding ceremonies are costly [OV]. |
| | [Coughing] |
| CHS: | I will tell you, here, people have weddings like this, but they count on the money they receive as wedding gifts. |
| Alebbini: | Yes. |
| Qasim: | They count on money they receive as wedding gifts. |
| CHS: | I mean [coughing in the background], if someone wants to invite you, for example, he invites Laith, and Laith will take his wife with him. |
| Alebbini: | Uh-hum. |
| CHS: | So if you, Laith, would go to a restaurant to eat-- |
| Alebbini: | Uh-hum. |
| CHS: | --how much will you pay for your wife and yourself? |
| Alebbini: | *Twenty four dollars; 25-30.* |
| CHS: | Some people go and give 50, or 100, so they invite him. |
| Alebbini: | People give money more than half the cost of the plate. |

22

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

CHS: You know? *Yeah.* Here, the Arabs that have money do it in venues. They rent a venue for 1000 or 1500…my brother got married here, and I told him not to do what I did, because I was new here and I did not know anyone when I first came. The bride's family don't care.

Raid: Nobody cares for you as you care for yourself.

CHS: He went, uh, to the University of *Ohio State*, we rented the venue for seven hundred dollars, and we hired someone to cook--

Alebbini: Two hundred to 300 dollars.

CHS: --Arabic food.

Raid: At the mosque, why you didn't go to the mosque? Or it won't--

CHS: I told you, at the mosque, if you pray and cough, you might get shot [OV], you will be told that you made the mosque dirty [laughing].

Alebbini: The mosque is for certain people, the mosque.

CHS: [Laughing].

Alebbini: Yes! Give me one [UI] please.

CHS: I did…let me tell you a story about the mosque during Ramadan. But anyways, my brother spent 3000 for-for-for food with the-the *service*…You know? Thanks, here's the bathroom, wash up. The food with *service*… you brothers, I urge you, please!

Raid: That's enough, thank you [OV].

Qasim: Thank you.

Alebbini: Thank you.

CHS: Bon appétit, bon appétit. [Mumbling] what was I saying? Yes, I was saying that he paid 3000. So if one grilled and brought the food with him, and pastries and everything, that's 3000 total.

Alebbini: [OV] that's nothing.

23

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

Raid:  Cheap.

CHS:  The photographer, they brought a lady, they gave her a camera and asked her to take pictures--

Alebbini:  Uh-huh.

CHS:  --they paid her 300 dollars, and they hired a lady who was on the *computer*, she was the *DJ*. Why hire a singer for 3000, it's a waste.

Alebbini:  It is a waste, I swear by God that it is a waste--

CHS:  You know?

Alebbini:  --especially that not everyone is…We have a problem here, it became a must, I mean, someone can afford it, but another can't, [coughing], even if someone can afford it, it does not mean that he should spend all his money, and all his savings on the wedding ceremony--

CHS:  That's correct.

Alebbini:  --instead of getting married and feels comfortable and happy after the wedding, he is now in debt.

CHS:  The wedding we had was not mixed.

Raid:  Now, in Amman, everyone goes into debt after the wedding. In order to get to this night.

CHS:  Man, Amman is like, is like [phone ringing]--

Raid:  Uh-huh.

CHS:  --it's like, what do they call it? …they expect, I mean for show [OV], yes.

Raid:  The bride's family are poor and the groom's family are poor, both are poor, but they want to pretend on the guy's expense [OV] who is getting married, I swear by God. I have witnessed those things before, I swear by God. The guy--

Alebbini:  Yes.

24

Date of recording:  03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:  03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:  CCR_0001.wav

Raid:  --will book the venue, alright? He will book the venue, and everything is with loans, everything is paid for with loans. He gets paid a salary of 400 lira, he books the venue; may God's blessings be upon the prophet Muhammad, for 650 yeah? He is then unable to have the wedding on time because of some delays and lost the venue, so he gets sued by the owners of the venue, then after a week or two he rents another venue, and have the wedding ceremony. After the wedding… the man gets paid 400 Jordanian dinar in salary, 200 is an automatic payment, [OV] and 150 for rent, then he's left with only 50 lira to spend on food, uh-huh, him and his wife spend them on food and on smoking, [laughing]. Now they are married, I swear by God, and now he has loans.

Alebbini:  Is that your brother-in-law?

Raid:  No, another guy.

CHS:  You also say…Maybe I will tell you, and only God knows, he might not even watched the video of his wedding-the video or *whatever*. I haven't watched my video yet, whenever I watch it my heart aches [laughing], [OV].

Alebbini:  I am not sure [UI], who will be there, who will attend [OV]

Raid:  [OV], I told my wife that I will have a sign by the venue door that says "No Photo or Video Allowed", no man will be allowed to take pictures, although it is not a mixed wedding ceremony--

Alebbini:  Yes.

Raid:  --women are also not allowed to take pictures or videos.

Alebbini:  Yes, that's it

CHS:  We did the same thing in my brother's wedding.

Alebbini:  That's how it should be.

CHS:  In my time, there weren't any camera phones.

Alebbini:  Yes, yes, yes.

Raid:  Nowadays, people are, I mean--

25

Date of recording:  03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:  03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:  CCR_0001.wav

[Noise]

CHS: That's what I say. My wife, sometimes goes to…what is it called? *Baby shower*?

Alebbini: Yes, [OV] *baby shower*; *bridal shower*.

CHS: And she wants to go and I tell her not to think that just because they are all women that… [OV], women take pictures and videos, and some women think that this is just amongst women--

Alebbini: Uh-huh.

CHS: --so when she takes pictures, and posts them on *Facebook* the following day…

Alebbini: And she sends them to show others.

CHS: One day, I was looking at my *Facebook*, and one of my relatives has her pictures with another lady. If you see her outside she wears the hijab, but in the picture she was not wearing it.

Alebbini: Correct. I--

CHS: They are so backwards.

Alebbini: --it is as if she made her take her hijab off.

Qasim: Correct!

CHS: Uh, my brothers, would you like to wash up?

Alebbini: We are [OV].

CHS: Just leave it, just leave it; don't worry about it. Uh, I see [OV], I see [OV], [laughing], [OV]. Uh-huh, we will all jump now for a better digestion [OV], [laughing]. [Coughing], you need [UI]. Why are you doing this?

Raid: This guy is obsessed with these things, so he keeps--

CHS: Leave it, man! There is no power but from God.

[Unintelligible background conversation among the men]

26

| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

|  | To jumping! |
| Alebbini: | Uh-huh. |
| CHS: | So you can jump, there is a bigger one. |
| Raid: | No, he will break it. |
| CHS: | [Laughing]. |
| Alebbini: | How-how much does it cost? |
| CHS: | It's only 100 dollars at Walmart [OV], you might know what it is. |
| Qasim: | Yeah. |
| CHS: | You might know what it is, *yeah*. 100-120, I bought it because in the winter-- |
| Qasim: | Uh-huh. |
| CHS: | --man, here in Ohio there is nothing to do during the winter. |
| Alebbini: | You can't go outside. |
| CHS: | So I bought them this one, and I bought whatever I could afford. |
| Qasim: | Uh-hum. |
| CHS: | Whatever I can afford because [OV]-- |
| Alebbini: | But it is nice here, a guest room. |
| CHS: | --I bought it [coughing in the background] in 2014, no, no, what year are we in? |
| Alebbini: | Two thousand seventeen. |
| CHS: | I bought it in 2015 or 2014, I am not sure, one or two years…2015. Here, [OV] when you want to buy a house…it was-was *easy* back in the day, it was easy, you go to the bank and make the down payment, *and that's it*. |
| Alebbini: | [UI] everything expedited. |

27

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

| | |
|---|---|
| CHS: | Now, they are too demanding-- |
| Alebbini: | Uh-huh. |
| CHS: | --to get my paperwork ready, so I can buy a house, it took me four years to get ready. |
| Alebbini: | *Credit* and all other things. |
| CHS: | *Credit--* |
| Alebbini: | Yes. |
| CHS: | *--bank, statement, down payment,* uh-uh, your *tax,* to have it ready. |
| Raid: | It's tedious. |
| CHS: | Not only tedious, but they look under every rock, they look under every rock, do you know what looking under every rock means? |
| Alebbini: | They want to know everything. |
| CHS: | Everything, I applied…you can say I made an offer, the bank approved me to get a mortgage, I made an offer on the house, and they accepted it. I waited *almost* two months for the bank to complete the paperwork, and like I told you, the bank looked at everything. |
| Alebbini: | [UI] to see what kind of *payments* and bills you have; everything. |
| CHS: | Yes, not because of the *payment.* Man, they check if you owe-owe one dollar-- |
| Alebbini: | Yes. |
| CHS: | --if ten years ago you owed one dollar, you have to pay it back before you complete so you can receive the *title.* |
| | [Noise] |
| | [Pause] |
| Alebbini: | Can we go outside to smoke? |

28

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

| CHS: | We will smoke here and open the door, why would you go outside? |
| Alebbini: | No, not uh- do you want us to help you with this, what can we do? |
| CHS: | Is it bothering you, Laith? |
| Alebbini: | I don't want you to start doing it by yourself. |
| CHS: | I will not start doing it. |
| Alebbini: | Alright [UI], all of us together. |
| CHS: | Why don't we smoke here? |
| Alebbini: | We don't want to smoke here, because of the kids. |
| CHS: | I always smoke inside, but I turn the fan on-- |
| Raid: | But there are four of us. |
| Alebbini: | [Laughing] four smokers, no. |
| Qasim: | Your *porch* [UI]. |
| CHS: | Sitting out here is nice in the summer. [Noise] [OV] I will bring coffee. You go ahead of me and I will follow right away. |
| | [Noise] |
| | [Cough] |
| CHS: | [UI] is the coffee ready? |
| UF: | *Yeah, you just have to pour it.* |
| CHS: | *Pour it where?* |
| UF: | *Pour it [UI].* |
| | [Noises] |

29

Date of recording:     03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:       CCR_0001.wav

[Pause]

CHS: What type of sweets did you put? [UI] yeah. Now, it's time for coffee, Dalya, we will get the sweets later-later.
Oh God.

[Noise]

[Background voices]

Alebbini: Are you friends with the neighbors?

CHS: Yeah.

Alebbini: Neighbors in America are different than neighbors in Jordan. The neighbor greets you and stuff…

CHS: This is Arabic coffee but we pour it the other way. As they say, my heart is not-is not filled with anger against you.

[Noise]

[The men engage in an unintelligible conversation in the background]

Raid: I swear brother, in Jordan, it is better for you because of sedition; you can take the kids back home if something happens.

[Noise]

CHS: *OK, thank you.*

[Noise]

Qasim: Laith, 600 dollars?

Alebbini: Six hundred Jordanian dinars.

[Noise

Qasim: So [UI] if you intend to--

30

Date of recording:   03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names:    03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:     CCR_0001.wav

| | |
|---|---|
| CHS: | What's for 600 dinars? |
| Raid: | Renting the venue. |
| CHS: | Oh! |
| Qasim: | Do you want to smoke? |
| Alebbini: | When do you intend to go to Jordan? |
| | [Noise] |
| CHS: | I can't go. |
| Alebbini: | Do you have [UI]? |
| CHS: | No, [Noise] long time ago, my friend, I had a problem. |
| Alebbini: | Yeah? |
| CHS: | You know? Now I have *Green Card* and I have the papers and everything, but I am afraid of going. |
| Alebbini: | I get it. |
| CHS: | The lawyer told me not to go there. |
| | [Noise] |
| Qasim: | Oh, oh! |
| CHS: | And the son of a bitch-- |
| Alebbini: | And now with Trump, you have to uh-- |
| CHS: | --I was just saying that the son of a bitch who came-- |
| Alebbini: | Yeah. |
| CHS: | --is making me not uh… |

31

Date of recording:     03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:       03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:       CCR_0001.wav

| | |
|---|---|
| Raid: | No, he has no interest; until he gets the citizenship. |
| Qasim: | I swear when the *ban* was announced... |
| CHS: | It's not the *ban*. I now have the *Green Card,* and I have uh... I have what they call a record. |
| Alebbini: | Yeah? |
| CHS: | You know what my issue is? My issue is that I sold someone a pistol [OV] without... I sold a regular pistol [OV] I mean if you go now to [UI] there are people who sell pistols. |
| Alebbini: | True, that's true. |
| CHS: | And I was working in a store, and this person was selling and buying. |
| Alebbini: | Yeah, Black? |
| CHS: | An Arab. |
| Alebbini: | An Arab? |
| CHS: | Yeah, so I [OV] I-- |
| Alebbini: | So did he report you? Did he report you? |
| CHS: | --no, the Arab quit the store [Noise] and [UI] |
| Alebbini: | OK, just rest, relax. Relax, sit down. |
| CHS: | I am telling you my [UI] [Chuckles] |
| Alebbini: | It's fine. |
| CHS: | It's like stress on the nerves. |
| Alebbini: | Yeah. |
| CHS: | Then that Arab left, he quit and left. And there was a Sudanese working and there was [Noise] another Arab, and uh-uh the ones who used to sell--bring a pistol |

32

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

every once in a while and sell and what have you. He came and asked and said that he had such and such, so I bought from him [Noise]. Another one came, one of the ones who used to buy from him, "Do you buy? I want. Where's so and so, I want to buy." So, I told him I had one. I made like 20 or 30 dollars.

Alebbini:   Ended up being a snitch.

CHS:   That son of a bitch ended up being a snitch.

Alebbini:   Yeah, the thing is that those young men-young men--

CHS:   And they made it a *federal* matter--

Alebbini:   --yeah--

CHS:   --and put it on the *news* and [OV] I swear to God, and stuck me with--

Raid:   It was on the *news*?

Alebbini:   Good thing--

CHS:   --yes, I swear, on the *news*. And they talked to me saying, "What do you think of the matter?" Damn you, what do you think my opinion is?

Alebbini:   [Laughs] [UI]

CHS:   And the problem is I waited two months with no charges and nobody talked to me.

Alebbini:   Uh-huh! They just make up stories.

CHS:   Just my name, I read it on the *news*. So I quit the store and they went to the store, I was off when they went to the store [Noise] and two months later, they came to me to the house.

Raid:   They brought you.

CHS:   They brought me. And then the cases started, I am telling you, *federal*.

Alebbini:   Yeah, yeah.

33

Date of recording:   03/09/2017
Length of recording:   2 hours, 50 minutes
Video file names:   03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:   CCR_0001.wav

| | |
|---|---|
| CHS: | *Federal* [OV] so my problem was that I did not know anyone and did not speak English for someone to explain to me. |
| Alebbini: | Yeah. |
| CHS: | And it appeared that the lawyer was a son of a bitch and made a *deal* with them. |
| Alebbini: | And sold you out for the *deal.* |
| CHS: | So uh-uh-uh they made it so that they can put this thing on my ankle uh-- |
| Alebbini: | Yeah. |
| Raid: | That machine [OV] does not move. |
| CHS: | For a period of a year. |
| Raid: | Till what time? Till five o'clock before you can go outside the house? |
| CHS: | From ni-from eight in the morning till seven in the evening. [OV] I swear at times if I had moved in front of the house, like from here to there, they would call me the next day asking why I went far. [OV] they drove me crazy. [OV] and I am forbidden to deal with weapons [OV] that is why I am unable to shoot the squirrel, darn it. [OV] otherwise, I would have brought *21* and shot it [Chuckles] because the *21* does not make sound. |
| Alebbini: | Yeah, you would obliterate it with the *21.* |
| CHS: | But it does not-it does not make a sound. |
| Alebbini: | Yeah. The *21* would end its life, right. *Small [UI]* this is the one that is made especially for the squirrels. |
| Raid: | Did you hear the story that happened one time in Toledo, Ohio? Yeah? When they caught uh a large family, close to 21 people, of course they were Arabs, yeah? They caught them uh this was two or three years ago when I used to live there, they had Arabic stores, a group of stores and they would sell fake brands, sell stolen phones, and uh-uh so they slapped them with smuggling charge too. Smuggling outside the country. |

34

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

CHS:     Look, I swear, I have not heard it but I want to tell you, I-I saw after my problem happened and uh-uh praise to God I survived it but not totally.

Alebbini:     No, you survived, survived but the papers, *records* and the likes.

CHS:     Yeah. But let me tell you, they-they are racists and sons of bitches.

Alebbini:     Yeah.

CHS:     I mean you, how are you going to take such case and make it *federal*, why?

Alebbini:     What's the reason?

CHS:     But I am not-I am not doing anything against the *federal*, I only sold a pistol, and there are people who sell them on *Craigslist*. Go there and you will find people selling pistols there.

Alebbini:     A lot.

CHS:     You can go, if you have a pistol, take it to-to a *pawn shop*, show him your ID, and you can sell it, no problem.

Alebbini:     In the *country*, in the *country*, sell it [OV] to a person where we are in Virginia [OV] it is permitted.

Raid:     The arrest of the ones in Toledo was [whistles] a big shock.

CHS:     I want to explain to you, now he-he-he- Qais-Qasim-didn't Qasim work with phones?

Alebbini:     Hm-mm.

CHS:     Qasim, do you remember that they used to come to you from Verizon and take five cellphones [OV] on credit? [OV] so, they come and take this, after you buy the phones from them, [OV] after uh-uh in two months, it becomes *blacklisted* in two months.

Alebbini:     Yeah.

CHS:     *Blacklisted* as stolen. Or they say they owe some money on them. *Blacklisted* is either stolen or owes money-still owes money for it or *whatever,* OK? Now when

35

Date of recording:     03/09/2017
Length of recording:     2 hours, 50 minutes
Video file names:     03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:     CCR_0001.wav

a policeman comes, he can investigate the matter, why is it *blacklisted?* Oh, some money is owed on it? Or, he can say *blacklisted, blacklisted* means it is stolen [OV] you see? [OV] so I am telling you, here, they are uh-uh racists against Arabs and Muslims big time.

Raid: They started saying that the man-the Arab in Toledo uh-uh is supporting Hamas.

CHS: Damn them.

Alebbini: [UI]

Raid: Prison and ten million dinar-ten million dollar fine.

Alebbini: There are some young men like this--

Raid: But they released the young men who used to work in the stores; they released them all and kept the older ones only.

CHS: OK, so the one who wants to support Hamas, how can he support Hamas? Honestly.

Raid: He owned villas in Palestine and such things.

Alebbini: Yes, they consider them [OV]. So, what had happened? There's a similar story about people in Richmond. The man had come here in the sixties and had his children here. He had six or seven kids, and grandchildren. What did the whole family start working with? Smuggling cigarettes from Virginia to New York. The cigarette pack in Virginia is for five dollars [OV] and for 11 in New York, because of the *tax*.

CHS: Yes, they do this, [OV] they even get stamps to fix it.

Alebbini: Yes. They sell it un-stamped, they transport them from Virginia and transfer them. His relatives would do it. They caught them, and because of how much they did, they did not know the *federal* employees-they thought smuggling cigarettes is nothing, not a big deal. So they searched them and the whole family was in the newspaper and slapped them with terrorism support charge. The money they make is to support terrorism, supporting Hamas.

Raid: But they made millions from this thing.

36

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

| Alebbini: | Yeah. |
|---|---|
| Raid: | Millions. |
| CHS: | *Yeah.* |
| Raid: | Cigarette smuggling? They used to smuggle trucks. |
| Alebbini: | They used to smuggle a lot. |
| CHS: | One of the cigarette smugglers was caught in New York and uh… he lives here and is out of the matter and everything. I mean he was jailed [OV] for I think three or four years and then was released. He is here now; a million-millionaire. He used to tell me that they would get a stamp, the Chinese would make him a stamp, and he would stamp the cigarette cartons and sell. He had… He told me that in New York, he told me, a store here, you have a store in front of you, a store next to it… he told me more than ten stores on the same street, but-but… he said but everyone sells. [Noise] he said just from the… profit from these cigarette, that you sell *individually,* to people who smoke, he said he used to make six to seven hundred dollars a day. |
| Alebbini: | Uh-huh. And all that is net profit; the cigarettes. |
| CHS: | Yeah. |
| Alebbini: | Of course they sell it individually. They sell it individually, he puts the cigarette pack in his pocket, he puts the cigarette pack in his pocket [Noise] [OV] [UI] and then starts selling them to people by himself and not as if it was from the store. |
| CHS: | Oh, really? |
| Alebbini: | Huh. He would sell you one cigarette for a dollar. |
| CHS: | One cigarette for a dollar? |
| Alebbini: | A cigarette for a dollar. |
| CHS: | Yeah, right, it is expensive. |
| Alebbini: | Yes, a dollar a cigarette. |

37

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

| | |
|---|---|
| Raid: | And the pack of cigarette was for 12 dollars in New York? |
| Alebbini: | Yeah. 12 to 15. |
| CHS: | Yes but when he sells them individually, it would be 20 dollars. |
| Raid: | Twenty dollars uh- as if it is five packets [UI] [Noise] |
| Alebbini: | They sell, they get sold in New York. |
| Raid: | [UI] should take ten cartons and go to New York. |
| CHS: | But I tell you, you, for example, this move, Arabs and Muslims might do it with you, Indians might do it, but will you see them investigating the Indians? Or the-the-the-- |
| Raid: | They will be smuggling drugs. |
| CHS: | --or the Italians or investigate-- |
| Raid: | You would see the youth smuggling hashish and drugs. |
| Alebbini: | [UI] |
| Qasim: | That's normal. [UI] the Mexican cartels-cartels and [UI] |
| CHS: | Yes, they don't investigate them as much as they investigate the Arabs. Why? Because they say it is for Hamas and you want to… Ok, if I want to send money to Hamas, how am I going to send it? I mean, *seriously*, how can you send it? |
| Alebbini: | It is impossible, impossible. |
| CHS: | That's what I am telling you, I'm telling you, how can you send? I am telling you, here, I-I have 5000 I want to give to Hamas, how are you going to send them? [OV] I gave them to Raid and Raid went to the… How is Raid going to send them? Will the Jordanian government allow Raid uh-uh-uh deal with anyone? Or-or-or even in the West Bank, if someone wants to go to the West Bank. [OV] if someone went to the West Bank with the money, and wanted to give them, would he be able to deliver them to Hamas? He won't be able to. [OV] Hamas is in Gaza and Gaza is under siege from Egypt and the-the-the Jewish military [OV], and |

38

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

then? But I am telling you, they want to make the Arabs and the Muslims live-live-live in a state of craziness and worry [OV] --

Alebbini:    And terror and [UI] [OV]

Qasim:       Did you see the Sheikh they shot in Washington?

CHS:         Yeah.

Qasim:       A Sheikh.

CHS:         In Washington or in-in-in New York?

Qasim:       Washington.

Alebbini:    They shot a Sheikh?

Qasim:       Yeah, in Washington.

CHS:         Is this something new?

Qasim:       Yes, recently, last week. Uh-this week, this week.

CHS:         Really?

Qasim:       A week earlier, last week, two Indians; someone came to them, the Sheikh did not die, a person came to them and shot them both in… shot them both, killed one and injured the other a grave injury, *critical*. And uh-uh and today, a church was burnt, I don't know where. They are trying to, it looks like they are trying to play on uh igniting the fire of a civil war between the religious--

CHS:         Uh-huh.

Qasim:       --sects.

CHS:         The problem is that the-the- Muslims are the ones who will get hurt in it.

Alebbini:    This-this is the goal.

CHS:         "The one who is patient upon his religion will be like the one holding onto a burning ember."

39

Date of recording:    03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:     03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav

Alebbini: Hm-mm. I swear, more than an ember because one now started to barely fear for his soul.

CHS: That's what I am saying.

Alebbini: I swear, I swear the Muslims, man. One time we were at 'Umrah, I went to 'Umrah when I was in Jordan and the Sheikh started praying the closing prayer for the persecuted [Noise] and started with Iraq, Syria, Egypt, Libya, Tunisia, then started saying Burma, and West Africa and Chechnya and Caucasus. Man, I was like [OV] [Stutters] the [UI] world and all the Muslims [OV] all the Muslims and the last thing of course he mentions Palestine; Palestine was the last thing; the least persecuted.

Qasim: Because Palestine is the least persecuted.

Alebbini: Palestine be-be-be-became the least persecuted.

Qasim: The Muslims are persecuted everywhere in the Globe.

Alebbini: I swear by the Almighty God, persecution and uh… even if not persecuted, look at Jordan. They tell you in Jordan there is no-no… if it does not have persecution, man, uh-uh--by God, just explain this to me, I need to understand it, I am waiting for someone to make me understand it at one point. How do you in Jordan bring a car for 3000 dollars and you have to pay 10,000 dollars taxes on it? This one-I can't understand this one. How can all the cars of the world when you go to buy a car, you pay 200, 300, 400, let's say a thousand or two in taxes, how can you pay ten thousand in Jordan--

CHS: Four to five times its-its-its price.

Alebbini: [UI] and why--[OV]

CHS: [OV] and if it had a mirror on the thing, it is extra three hundred dinar [OV] and if an addition of how much [OV]

Raid: [UI]

Alebbini: [OV] but why?

CHS: The problem is that after ten years of using the car, you can't send another one in its place if you total it--

40

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

| Alebbini: | Yeah, yeah, yeah; yeah! |
|---|---|
| CHS: | --or transfer the *plate* or not. [Short pause] that you already paid the tax. |
| Alebbini: | [OV] [UI] you pay all over again [UI] |
| CHS: | Yeah. |
| Alebbini: | And you would need ten to 15 thousand, so why? Why? For the roads? America here has better roads than ours and they don't treat people this way. Where does the money go? The ten thousand, to whose pocket does it go? |
| CHS: | I am going to tell you, now the-the... in the nineties, it was if something would happen around al-Aqsa Mosque, or if the settlers tried to enter or something, you would see the demonstrations; you know them. You would see demonstrations all--not... Jordan from-from [OV] the north to the-the east to the west-- |
| Alebbini: | Intifada. |
| CHS: | --intifada, and all the people and they would say they want to... *cross* the borders and we want to go from the borders [OV] and people would get upset and cause commotion and goes on for a while, right or not? |
| Alebbini: | Uh-huh. The intifada used to be something big [OV] |
| CHS: | And now they want... they said how can we deal with the matter? By keeping people busy with their livelihood [OV] and on top of that, I mean they stress people more, and top of that they would allow corruption and vice to spread. |
| Alebbini: | Uh-huh. Vice and corruption [UI]. |
| CHS: | It used to be long time ago, if a policeman while walking finds someone in Ramadan doing this, he would grab him and ask if he was fasting and if not, he would imprison him until the day of Eid. [OV] and now you are telling me that uh--[OV] that there is a *gay uh-gay* rights. |
| Alebbini: | Yes. |
| Qasim: | Yes. |

41

Date of recording:      03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:       03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:        CCR_0001.wav

| | |
|---|---|
| Raid: | Yes. Only for *gays?* The thief has become protected. The thief has immunity now, in Jordan; the thief. The thief became the Minister. |
| CHS: | I have a brother who-who-who used to work in the Malaysian Embassy [OV] he told me that the police officer; the guard they appoint on the… He told me that the police officer once saw a car a little below there, and there were a guy and a girl in it doing God knows what. He went to them and caught them in the act, he caught them and called the patrol. The patrol came and when the patrol came… that one started fighting with him, he fought with them why you are, you don't have the right to, you do not get to… so another patrol with its captain came, the first thing he did was chastise the Embassy's police officer. He asked him where his station is, he said in [UI], so the captain questioned his motive to come down there. He said that they were… the captain asked him not to question and repeatedly yelled and asked where his position is, he told him in the Embassy. He told him he is not allowed to move from his position, he had no business to interfere in people's actions. The captain let them go as if nothing happened. |
| Raid: | If you are ten meters away from the street in Jordan, yeah? As long as you are ten meters away from the main street, you can do whatever you want in your car; nobody would say a thing. And if the policeman comes to talk to you, yeah? You can yell at the policeman because it becomes an honor case, yeah? Meaning the police try not to interfere at all in the matters of prostitution in the car. |
| CHS: | I am with you but long time ago, it used to be… this might be an old law, but people used to be modest, and the police used to have sense of honor. |
| Qasim: | True, but now there is nothing. Nothing at all. I swear if you go to Amman now, I swear you will feel like you are in a European country; a European country. |
| CHS: | At least the European people are not hungry. |
| Alebbini: | Yeah. |
| CHS: | Let's go inside, we're freezing. |
| | [Unintelligible background conversation] |
| Alebbini: | He had his girls, he made a video of his girls, his friend made the video, and he started complaining, he complained and said that those girls [UI]-- |
| | [Unintelligible background conversation] |

42

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

| Qasim: | Yeah, Ahmad [UI] |
|---|---|
| Alebbini: | Yes. |
| | [Beeping] |
| Qasim: | If people are like this, brother-- |
| Alebbini: | [UI] |
| Qasim: | [UI] |
| CHS: | I swear by God, my brothers, I don't know any of this but… |
| Raid: | Thank you! |
| Qasim: | Thank you! |
| CHS: | *You try.* |
| Alebbini: | We filled on everything in the beginning, if we knew there will be appetizers we would have [OV] [laughing] left some room them. |
| CHS: | I am going to sit here, I will close the window because it is really…They said that it will snow tomorrow. |
| Qasim: | Um-hum. |
| Alebbini: | Had we known it is this cold, we could have delayed the trip to Ohio. |
| CHS: | [Laughing], don't you have cold in Virginia? |
| Alebbini: | Yes |
| Raid: | No, not like this. |
| CHS: | Huh? |
| Raid: | No [OV]-- |
| CHS: | Not like this? |

43

Date of recording:     03/09/2017
Length of recording:   2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:       CCR_0001.wav

| | |
|---|---|
| Raid: | -- our summer is be-better than the Ohio's summer, Ohio's summer is very humid that's what I remember from when I lived here. |
| CHS: | Did you use to live here? |
| Qasim: | Uh-hum-- |
| Alebbini: | And moved to Georgia. |
| Qasim: | --two or three years ago, two years ago, two years. |
| CHS: | Where did you use to live? |
| Raid: | In Toledo, Ohio. |
| CHS: | Oh, Toledo. |
| Raid: | In Sylvania, do you know Sylvania, Toledo? |
| CHS: | No, I don't know it. |
| Alebbini: | It is an Arab community. |
| Raid: | Two years ago, my father was traveling and I wanted to drive him to Detroit, and there was *blizzard*. Not your regular snow. By God, a *blizzard*, all streets were closed, there was no traffic, no one was working, and everything stopped. |
| CHS: | Detroit is… |
| Raid: | Detroit is disgraceful, and I went to Detroit, the streets are disgraceful, it is bankrupt, semi-- |
| CHS: | [Laughing]. |
| Alebbini: | [Coughing]. |
| CHS: | You feel like you are in Jordan. |
| Alebbini: | Uh-huh. |

44

Date of recording:    03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:     03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav

CHS: I am serious. Seriously, see, just like when you are driving in Amman and have to avoid potholes, it is the same over there.

Raid: I swear by God, one time I went to drop-pick my father up from the airport, he was flying from Jordan to Detroit. I had bought a new car, I had a Dodge with wide rims and the tire is this big. I swear to God, just as I left the airport, my phone fell and my father was sitting next to me. As I was trying to pick it up and did not see the pothole, and I blew [Noise] out my tire, the tire blew. My father was with me, my younger siblings were with me, too. Uh-uh, right from the start, there is no responsibility.

Alebbini: [UI].

Raid: I parked-I parked, and as soon as I did a pick-up came behind me. I did not have a *jack*, because I had just bought the car, and it didn't have a *jack*. A bus-a *van* dropped people off and he let me on.

CHS: Was it snowing?

Raid: No, thank God, there was no snow.

Alebbini: My brother, they get *tax*, America takes lots of *tax*; they get a large revenue from *tax*.

Raid: Not sure what's up with Detroit. I don't know what's wrong with Detroit.

CHS: When they say that uh ten-*ten uh ten billion-ten billion dollars* of financial support goes to Israel alone.

Alebbini: There are companies like *Walmart* and *Microsoft* [OV], when they pay taxes, they pay in the millions.

Raid: The money does not stay in the country, the money does not stay in the country [UI], and also, America spends a lot on armament, a lot.

CHS: Yeah. But I tell you, here, do you know the scratch my back I'll scratch yours --

Alebbini: Yes.

CHS: --as an example only; they came to us and they told us that we need to have a *Cricket radio*, I mean *music*--

45

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

| | |
|---|---|
| Alebbini: | Yes. |
| CHS: | --*music* and what have you, advertisement, and things like that, in the store. You have to buy a device, just like that one for 150 dollars, and pay 31 dollars monthly. |
| Alebbini: | No! |
| CHS: | It is mandatory, and by God, the songs are the same and replayed over and over again. |
| Alebbini: | Yes, yes, it's their channel, *Cricket*. |
| CHS: | Yes, but it is not *Cricket*, they tell you, no, that this is *third, third party* [OV]. Let's say I own the *Cricket*, and I ask you if you would like to make a few millions per month, you can start a company and do this and that. It will not cost you anything. |
| Alebbini: | Yes. |
| CHS: | The cost is when you buy the equipment, and it might cost ten dollars-- |
| Alebbini: | And the one you give the equipment to pays its cost. |
| CHS: | --and you will sell it for 100 dollars. |
| Qasim: | Who is the Cricket *dealer* in this area, here? |
| CHS: | What do you mean? |
| Qasim: | The main person who is in charge of *Cricket*. In Georgia, where I lived, there was a guy named Sukkar and something else with it [UI]. |
| CHS: | No, here, here, everyone is independent. [OV] There are no *big dealers,* there isn't. There, there is a *Cricket office.* |
| Qasim: | [OV] Over there, the store should have the dealer name posted at the store. [UI] [OV] the guy named Sukkar. |
| CHS: | [OV] it depends on the *dealer*. It depends on the dealer. [Screaming Children] If this Sukkar guy for example, has 100 stores, and that's alright. |

46

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

Raid: Did you brothers see what happened in North Korea?

[Sound of children playing in the background]

Alebbini: What happened?

Raid: Two stories; the brother of the president of *North Korea* was murdered.

CHS: Yes.

Alebbini: Yes.

CHS: He was poisoned or something.

Raid: Yes, so there are many countries. *North Korea*'s itself, its citizens are barely allowed to go through a few neighboring country--

Alebbini: Yes.

Raid: --Malaysia banned them, and they stopped getting out of the embassy-they stayed at the embassy. And who did they accuse? They accused the president of North Korea, himself [OV]. America, America is trying to come up with evidence that proves that *North Korea*'s President's [OV] brother used to have democratic thoughts--

[Sound of children playing in the background]

Alebbini: And he killed him because of that.

Raid: --and he killed him because of that.

Alebbini: This is an American Intelligence game.

Raid: And what else? The day before yesterday, *North Korea*, launched four training plastic missiles, plastic missiles, next to… uh, not far from *Japan*--

Alebbini: You mean, b-ballistic.

Raid: Plastic, plastic, I read it plastic.

[Sound of children playing in the background]

47

Date of recording:     03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:     03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav

| CHS: | It probably does not cause damage. |
| --- | --- |

| Raid: | Those missiles are new, the first, I mean, newly made. |

| CHS: | *Yeah,* It seems like I did hear this. |

| Raid: | And where were they launched? They were launched near the Japanese ocean. Immediately America activated its anti-missiles on *South Korea*. A battleship carried them and took them. |

| Alebbini: | Well, the *North Korea* story is that he wants to unify the country, his country. Because they split it in half, [UI] divided it into *South Korea*, and *North Korea*. The man just wants to unify the country, he just wants to unite them. Imagine that Jordan and Palestine used to be one country, and then they made it Jordan and Palestine, and this man just wants to unify the two countries. |
| | [Sound of children playing in the background] |

| Qasim: | But *North Korea* is strong… [OV]. |

| CHS: | Man, the entire American policy, you can't understand it, meaning -- |

| Raid: | [OV] it is hard to understand. |

| CHS: | --sometimes I try to analyze, I'm saying that I have the Arabic , I am not sure if you are familiar with it, I have Arabic TV channels that I watch, sometimes I watch-- |

| Alebbini: | [Coughs]. |

| CHS: | --sometime I watch al-Manar, I watch what it says. Sometimes, I watch the Russian ones, the Russian Arabic -- |

| Alebbini: | Yes. |

| CHS: | --I watch what they say, I watch France, everybody says … I watch Al-Jazeera, Al-Al-Al-Arabiya…everyone speaks differently, because it is in a way that serves its interests-- |

| Alebbini: | Yes, of course! |

48

| Date of recording: | 03/09/2017 |
| --- | --- |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

[Sounds of children playing in the background]

CHS:  --what I mostly see to be close to reality is, is I watch Al-Jazeera.

Alebbini:  Yes.

CHS:  You know? Uh-here, they try to hide the, the, the facts. For example, I…this is new, they say that Manbaj…City of Manbaj, you know it?

[Children screaming in the background]

Alebbini:  Yes, Manbij.

CHS:  I know that the Turkish forces crossed over--

Alebbini:  Uh-huh.

CHS:  --and they said that they liberated it, I don't know who from-from the Kurds, they kicked the Kurds out, right? I am telling you [OV]--

Alebbini:  The Islamic State kicked the Kurds out [OV].

Qasim:  Turkey-Turkey-no dear, Turkey clashes a lot with the Kurds.

Alebbini:  It clashes with the State, it used to clash with the Kurds, because the Kurds are supported by America, and what makes America upset with Turkey is that Turkey is against the Kurds, and it helps the Islamic State secretly, this is what is irritating [UI] [OV]

CHS:  Now, how is…*Okay*. This is what I am saying, saying I know that the State is in Manbij--

[Children screaming loudly in the background]

--then how do they tell you that at the moment, there are American forces in Manbij?

Alebbini:  There are no American ground forces there. Listen, Syria and Iraq--

CHS:  This is why I say the news is not credible.

49

Date of recording:    03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:     03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav

| | |
|---|---|
| Alebbini: | --there are American forces that help for example, the Iraqi army, but there are no American forces carrying out attacks, I mean there are [UI]-- |
| CHS: | It says that they went to-they landed in Manbij. Let me find it to show you. |
| Alebbini: | --this is probably a new thing that I don't know about. |
| CHS: | But I know that the State is in -- |
| Alebbini: | I have been following till, I have been following the Islamic State's news, and Syria's and Iraq's news until I left Virginia. |
| CHS: | Isn't there a channel, called-- |
| Alebbini: | [OV] A'maq? |
| CHS: | --yes! |
| Alebbini: | A'maq? |
| CHS: | This-this, I-I used to watch it back in the day-- |
| Alebbini: | A'maq News Agency? |
| CHS: | --I can't see it anymore! |
| Alebbini: | You can't find it, you will only find it on *YouTube*; it is blocked. It is the Islamic State's channel-- |
| CHS: | Oh! [UI] A'maq and-- |
| | [Children screaming loudly in the background] |
| Alebbini: | --yes-- |
| Raid: | A'maq is the State's channel. |
| Alebbini: | --A'maq - A'maq is the Islamic State's channel-- |
| CHS: | Wait, I will tell you the other name. |

50

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

| | |
|---|---|
| Alebbini: | --and there is also-- |
| CHS: | Dabiq. |
| Alebbini: | --Dabiq! Dabiq magazine, Dabiq and Dabiq magazine, those belong to-to the State. |
| CHS: | How? How? Just on *YouTube*? |
| Alebbini: | Those are only on *YouTube*. Only on *YouTube*. It's impossible, and -- |
| CHS: | [OV] Um-hum, so they don't tell you the news about what is happening in Manbij? |
| Alebbini: | -- [OV] and, and, and of course, they keep deleting it, periodically, they delete it periodically, the news, the -- |
| CHS: | [OV] Man, I want to show you what they say [Mumbling] |
| Raid: | There is unrest in Mosul now. |
| CHS: | Yes, there is unrest in Mosul. |
| Alebbini: | [OV] There is no unrest or anything [OV], they will put it down, the State, the State will put it down. |
| Raid: | I swear by God, *cousin,* there is unrest, they say that are a million refugee fleeing Mosul. |
| | [Noise] |
| Alebbini: | Yeah [UI]. |
| | [Sound of children playing in the background] |
| Raid: | The problem is that there is a lot of pressure on it, pressure from the coalition forces. |
| CHS: | I, I will tell you something. The, the... I know some Iraqi Sunnis here, you know? |
| Raid: | Uh-hum. |

51

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

CHS: -- they went, I mean they sent their children to Iraq, so they can fight with, with the Organization of the State.

Alebbini: Yes.

Raid: Uh-huh.

CHS: The Al-Anbar region, someone told me-told me that Al-Anbar region, and Mosul, and there is…He told me, if they enter where we were; they would slaughter us--

Alebbini: Uh-huh.

CHS: --they would slaughter us. He said, the State organization is basically us, not the people--

Raid: They were living here, and they left from the [UI] region--

[Noise]

CHS: Yes, and by God, their father sent them.

Raid: --to Iraq [OV].

CHS: Their father sent them, two young men whom I know, their father sent them.

[Children screaming in the background]

Qasim: But, by God, I was listening to the news few days ago, I heard on the news that they arrested an individual who booked a *ticket*, just because he booked a *one way ticket* to Turkey, yeah?

Alebbini: They arrested him here?

Qasim: Under suspicion of uh--

CHS: But why did he book a *one way*, he is dumb!

Qasim: --Yeah, looks like he's [UI].

52

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

CHS: [Laughing]. He goes…Turkey, right now, it looks closely at these things to kiss America's ass.

Alebbini: America.

Raid: America and Russia. Not only America.

[Children playing in the background]

Alebbini: [UI] or so they think, the reality is that they let go. I really don't know but when someone is sitting watching about the Islamic State, by Faysal al-Qasim. My brother, the Arabs and Muslims, the Sunnis in general, with all the bad press against the State, [OV] they are all with the State.

Raid: When there was a survey, a survey, when there was a survey, when there was a survey on Faysal al-Qassim's show , I swear by God, it was on television, literally the survey was about: "Who supports,  the State's advancement and conquests, in the Arab world?" the screen showed, yeah?

Alebbini: [OV] 88 percent -92 percent, 92 percent.

Raid: Eighty-eight percent.

CHS: Let me tell you something logical. Let's say that Qasim told me that he wants to go and fight with-with the State--

Alebbini: Uh-hum.

CHS: --and when I look at Qasim, he lives here--

Alebbini: Uh-hum.

CHS: --and he can make money--

Qasim: Uh-hum.

CHS: --he is married, and *whatever, whatever, whatever, whatever*--

Qasim: Uh-hum.

CHS: --so when Qasim goes and fights with them--

53

Date of recording:    03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:     03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav

| | |
|---|---|
| Qasim: | Uh-hum. |
| CHS: | --so, what is Qasim's motive? Money? |
| Alebbini: | No! |
| CHS: | Women? |
| Qasim: | No. |
| CHS: | Eh- a better country? |
| Qasim: | No. |
| Alebbini: | Yeah, a better country? |
| Qasim: | A better country [OV]. |
| Alebbini: | As far as a country, it is better. |
| Qasim: | No, now as a country, it [OV] |
| CHS: | [OV] no, we are talking [OV] about services, for example [OV]-- |
| Alebbini: | No, if he was looking for a better country, he would have stayed in America. |
| CHS: | Now, a fighter, a Mujahid for-for the State, let's say in either Mosul or Syria, got sick, he got a cold and he needs an antibiotic, is it easy for him to find it? |
| Alebbini: | No. |
| CHS: | Not easy! So, why is he there if it was not just for the sake of God? |
| Alebbini: | For the sake of God. |
| Qasim: | What is the percentage of those who join daily? |
| Alebbini: | Fifty percent, for every location, for every location. |
| Qasim: | Fifty-50 people for every location, huh?-- |

54

Date of recording:      03/09/2017
Length of recording:   2 hours, 50 minutes
Video file names:       03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-
2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-
2017.007.avi, 03-09-2017.008.avi
Audio file name:        CCR_0001.wav

Alebbini:        Every registration center.

Qasim:          --registration, daily? Daily huh? [OV] the percentage-the percentage of the migrants...

Alebbini:        What is strange is that the State, in the last few months, before... I mean this is a few years ago--

CHS:            What if someone wants to go? Is it only through Turkey?

Qasim:          I swear by God, frankly, I don't know.

CHS:            Can someone go to Iraq?

Alebbini:        It seems, it seems like...Iraq-Iraq... I don't think it is in war with...It seems that the only way, and I watched it on the video, was Turkey...they say that Turkey smuggles for the organization, Turkey, because in Jordan--

CHS:            But you said they returned him, they arrested someone--

Qasim:          They arrested him here, in Washington, in Washington

CHS:            --I see.

Alebbini:        But if he reached Turkey...I saw, I watched how Turkey colludes with the State organization I watched a program on *YouTube* --

Raid:            It's a border town, a border town, most of the... residents of this town themselves--

Alebbini:        [OV] The Turks arrest them, they arrested 12 people going to the State. They arrest them for a short period of time, and release them for lack of evidence. They say it is evident that Turkey supports the State for one reason and that is because it fights the Kurds, as the Turks have always been having problems with the Kurds.

                [Children screaming in the background]

Qasim:          Uh-hum.

Date of recording:    03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:     03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav

| | |
|---|---|
| Alebbini: | So the State... Turkey turns the blind eye on the State, because they serve their interests in fighting the Kurds for them. |
| Raid: | If-if Turkey had sent-sent a large shipment of weapons, large shipment of weapons, for the State, and it was exposed-exposed by-- |
| Alebbini: | A journalist from Amman. |
| Raid: | ---a n-n-newspaper exposed them, alright, and guess who was driving the trucks? They were Turkish Intelligence Agents-- |
| Alebbini: | Turkish Intelligence. |
| Raid: | --Turkish Intelligence, they arrested them. Anyways, the Intelligence Agents were booked, then they were released, of course, the Intelligence Agents were released. After they were released, the Turkish government started arresting journalists who exposed-who exposed this operation. It arrested them one after the other, and falsely accused them-- |
| CHS: | Who arrested them? |
| Raid: | --the Turkish government arrested the journalists who exposed-who exposed the operation-- |
| CHS: | Uh-huh. |
| Raid: | --and it accused them of treason, and disclosure of state secrets. |
| | [Call to prayer in the background] |
| | [Noise] |
| Qasim: | [UI] |
| CHS: | [UI] I want to tell you [OV]-- |
| Raid: | That is why Turkey's situation-- |
| CHS: | --what confuses me are the guys I told you about-- |
| Raid: | Uh-hum. |

56

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

| | |
|---|---|
| CHS: | --they tried earlier to go through Turkey, but they couldn't, then they returned and went back through Am-Jordan-- |
| Raid: | Uh-huh. |
| CHS: | --and from Jordan they managed but I don't know how. |
| Alebbini: | Does this man know that the State is correct? This guy told you...because he is from Iraq and he knows, we don't know-- |
| CHS: | From Al-Anbar. |
| Alebbini: | --this guy would know. Did he tell you if the State is doing the right thing or not? |
| CHS: | Yes, man, I told you he joined them. See what he told me, he told me that, he told me that his father's leg is amputated-- |
| Alebbini: | Yes. |
| CHS: | --he came with his brother, his father, his mother, and one or two sisters. He has other siblings, it's a big family, and they have a bakery, brick ovens. So, the guy, before the battles of Mosul started, when they started entering the areas of Tikrit-- |
| | [Prayer playing in the background] |
| Alebbini: | [OV] [UI] yes. |
| CHS: | --Tikrit and what not -- |
| Alebbini: | They had some people in there join the Popular Mobilization Forces. |
| CHS: | *Exactly.* |
| Alebbini: | Yeah. |
| CHS: | At that time, the kid [Noise] uh-uh was in his own world, he was not himself-- |
| Alebbini: | That's it. |

57

Date of recording:    03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:     03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav

| | |
|---|---|
| CHS: | --I would ask him what was going on and he told me what the situation was, and he said one-two-three, that they kill-they are going to kill those [OV] they will kill our families-- |
| Alebbini: | Yeah. |
| CHS: | --he stated that by God, they slaughter us like sheep-- |
| Alebbini: | Um-hum, [UI]. |
| CHS: | --so I told him, I told him that at that time, the whole organization business was not something -- |
| Alebbini: | I understood. |
| CHS: | -- was not, was not…so I asked him about the organization he told me: "To be - honest with you, the organization is not made of outsiders--" |
| Alebbini: | Uh-hum. |
| CHS: | --he said they are the same people here -- |
| Alebbini: | Tribal members. |
| CHS: | --yes, he told me that they were tribal members, and he told me that they were cousins -- |
| Alebbini: | Tribal members. |
| CHS: | --yes, he told me there are no foreigners, he told me that they are his cousins, they are family, and they are us-- |
| Alebbini: | The Free Syrian Army, the revolutionaries. |
| CHS: | --they say the people join from Tunisia, and from I don't know where-- |
| Alebbini: | No, no, no, just few-- |
| Qasim: | Minorities. |
| Alebbini: | --those are few. |

58

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

CHS:         --so this is not true…and he went!

Alebbini:     I swear by God, what I am noticing about the organization, the organization is still…I hear about them, but no one knows if it's true, or false…there are people who say that this is a joint American-Israeli operation, to gather everyone with a jihadist and terrorist beliefs, people who believe in fighting and resisting, so they think to gather them in Iraq and Syria and then strike them [Noise], and end up with the good Muslims who don't have any links to Islam [OV].

Raid:     [UI]

Alebbini:     That's it, they want to change the political Islam, the politicized Islam, like the Muslim Brotherhood, they say…That's what I hear, but you also hear people who say the State is different, it, it is the right one …one time, I heard [OV], I heard a lady on the radio, who asked the broadcaster, "Why do you talk about the State like this? I am under the protection of the State, if you had any good in you, America would have given you a terrorism label. Who is protecting us, who is protecting us in Syria and Iraq other than the State… from Iran and others."

Raid:     If you read the hadiths of the prophet, you can see… how the prophet described this sedition, I mean …that is why--

Alebbini:     Sedition.

Raid:     -- sedition, he can't, he can't even pick a side--

CHS:         That's it, that's why we said. The sedition… because you don't know who is right and who is wrong [OV].

Raid:     By God, I was talking to a friend of mine from Syria, he was telling me that if someone goes to Syria and joins the State to fight, for example, the Free Army, knowing the State is in fact fighting the Free Army [OV], yes, because the Free Army is fighting it. So he says my relatives, my family, and my brothers are in the Free Army. I mean, for example, he is there killing the Syrian citizen, so the citizen who gets murdered has nothing to do with it, he's the one forced to join the army. What does the Syrian army do? What does the regime's army do? They enter villages, and draft all the young people--

Alebbini:     Compulsory military service

59

Date of recording:     03/09/2017
Length of recording:   2 hours, 50 minutes
Video file names:     03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:     CCR_0001.wav

Raid:    --compulsory military service, and they put them on the front lines, the front line [OV]--

Alebbini:    To fight the State.

CHS:    So you either get killed or you fight.

Raid:    --either you get killed, or-or- you face [UI] [OV]. The young guys who join, if they are lucky, they desert and join the State, and the guys who don't join they die. Whoever stays-stays and would be in the middle of the confrontation, it doesn't work.

CHS:    How about Al-Nusra? Isn't Al-Nusra Front fighting with --

Alebbini:    In the beginning, Al-Nusra Front went to Abu-Bakr al-Baghdadi and asked for his help. The Islamic State was the first to help in liberating Syria by sending Al-Nusra Front. Al-Nusra Front used to carry out suicide attacks only. If one joins Al-Nusra Front, Jaish al-Fath, or other factions, it would be to liberate an area. For example, the liberation of Aleppo, when Al-Nusra Front gets there, carries suicide operations and bombs everyone, and lets people get in. Right now, the commander of Al-Nusra Front is in a disagreement with the leadership of the State. You hear about Al-Nusra Front that they were good and such, this is why their reputation...

CHS:    Some-sometimes they post pictures--

Raid:    Because "they" pit them against each other. "They" were behind the dispute between Al-Nusra Front and the State--

Alebbini:    Jordan caused the dispute between them [OV].

CHS:    Once, I found some pictures, eh, they stated that the Israeli Army was treating--

Alebbini:    Yes.

CHS:    --the wounded of al-Nusra.

Raid:    The wounded.

Alebbini:    The wounded, not true.

60

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

CHS: Only God knows if it is true --

Alebbini: My brother, this is a result of the media lies. "They" also say, they also say, that Abu-Bakr al-Baghdadi is an Israeli Mossad member, to defame him, an Israeli product; they spread rumors about him, and people within the State [OV], but the problem is--

Raid: Okay, but why fight him, why is America fighting him?

Alebbini: No!

Raid: Why the coalition forces are fighting him?

Alebbini: It's not like that, let me tell you, let's say that he is an Israeli agent--

Raid: Uh-hum.

Alebbini: --Abu Bakr al-Baghdadi, let's suppose that he is an Israeli agent, so… Is there any doubt that Abu-Bakr is an Israeli agent? We have a question mark. Do you have any doubt that the King Abdullah is an Israeli agent?

Raid: No.

Alebbini: One hundred percent [UI] Do you have any doubt that-that al-Sisi is not an Israeli agent?

Raid: An Israeli pig.

Alebbini: An Israeli pig.

CHS: [Laughing]

Alebbini: All-all the rulers-the Saudis, all of them are Israeli and American agents, and you are attacking Abu-Bakr al-Baghdadi--

Raid: Without a question.

Alebbini: --without a ques--then you question him, we know him well, let's assume [UI] gives the State a bad image, and that it is doing the wrong things, so who is doing the right thing?

61

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

| | |
|---|---|
| Qasim: | --you know, the problem [OV] -- |
| Alebbini: | King Abdullah? |
| CHS: | No. |
| Raid: | Also, the good guys have precedence, he's not the only one with, without a question mark. For example, in history, the Hashemites sold Palestine [OV]-- |
| Alebbini: | He went to Israel. [OV] |
| Raid: | [OV] Sold Palestine. |
| Alebbini: | He went to Israel and warned them about Syria and Egypt, and he said that there was a war to start. He warned them, in the open, and on Television he was asked why he did that, he answered that he was scared of the no peace and no war situation. .... Really? So you notify the enemy? |
| CHS: | [Laughing]. |
| Raid: | Didn't he notify the enemy? Huh? |
| Alebbini: | The problem is that the people [OV]-- |
| Raid: | [OV] and what did the enemy do? |
| Alebbini: | --People praise the Hashemites, the king-the king-the king [OV] no one-- |
| CHS: | Right now, if-if-if Jordan decides to protest, go on a big protest, mobilization, and everyone attends, and they say let's march to Jerusalem, they can march to Jerusalem, they can walk it from the Jordan Valley-- |
| Alebbini: | Yes. |
| CHS: | -- one or two million people move. By God wouldn't they liberate? Two million people marching without [Noise] weapons, would they be able to liberate it or not? |
| Alebbini: | By God, they will liberate it. I will tell you what will happen. The Jews will flee, some of their soldiers will stay and fight, after that, and then they will run away-- |

62

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

CHS: Not even, they will not [UI], they will run away.

Raid: If the two million cross, the Palestinians will go in with them. [UI]. That's it, it's done.

Alebbini: The other day, I was reading about history [OV]--

CHS: Not just from Palestine, people will enter from Egypt, they will enter from Syria, and they will enter from Lebanon--

Alebbini: --I was reading about history [OV]--

CHS: -- [OV] those people…But Jordan is standing [Noise]…

Raid: Jordan is the defense barrier.

Alebbini: When Jordan lost Jerusalem, when it lost the West Bank, Jerusalem, 80 Jordanian soldiers died. Man, my town of Sal, yeah Sal, and if I want to defend it against Shiites, probably half of the tribe will die before we surrender. But when we talk about 80 Jordanian soldiers, you leave Jerusalem and flee?

CHS: They surrendered it away.

Alebbini: They gave it away! They sacrificed 80 to show that we don't look [OV] like we sold it, that we are liars.

Raid: And we did not send too many so we don't infuriate the tribes [UI].

Alebbini: Yes [OV], they sent 80 soldiers, man--

CHS: What happened-what happened, I heard from an old man, he said that there is an area in Jerusalem called al-Muthalath --

Alebbini: Yes.

CHS: --when Jordan signed a peace treaty--

Alebbini: The-the-the truce. The disgraceful truce.

CHS: --this is not the one of the nineties, this was back in the day; he signed a treaty with--

63

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

Alebbini:        The peace treaty, the Wadi Araba Treaty--

CHS:             --no, before--

Alebbini:        --during the war, when the Iraqi army entered--

CHS:             -- [OV] in the 50s--

Alebbini:        -- [OV] in the 50s, when there was the army--

CHS:             -- [OV] *Exactly*

Alebbini:         --The British-Jordanian army.

CHS:             --*exactly*, they signed a treaty and they gave away the al-Muthalath area, which is between al-Lid and Bayt Hanina [OV] and Jerusalem and they gave it to the Jews. Down the road, there was a strategic important area, where they put a tank and two soldiers.

Alebbini:        To give it away.

CHS:             The tank and the two soldiers protected eh-eh a bus that goes to the Wailing Wall, so they can pray and come back. At that time, Jerusalem was still in the hands of the-the....

Alebbini:        I swear by God, my brothers, I watched a video where old-old Jewish soldiers...an Israeli video, in the Israeli language , but the clip I watched was translated, and it talks about these wars. There were three Israeli soldiers who were besieged during the war, *cousin,* three Israeli soldiers were besieged, what should they do? They only had a few bullets and weapons, and they had a radio. They called their command and informed them that they were surrounded, the command told them that in order to help them cross, they should take the Jordanian military route. There were Arab armies fighting, right? So they can only cross if they go through the Jordanian army. The commanders spoke with the British, who told them that they can come and surrender their weapons, and the soldiers will be returned to them. I swear by God, they surrendered their weapons and kept going.

Raid:            Yes, of course, they are protected.

Alebbini:        By the Jordanian army--

64

Date of recording:    03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:     03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav

Qasim:          The army of traitors.

Alebbini:       --I swear by God that I watched it on TV.

CHS:            I mean, if you're saying that they were traitors you will be unfair to the entire army--

Alebbini:       No, no, no.

CHS:            --but, there were some commands who were traitors.

Alebbini:       The entire army is traitor--

CHS:            [Chuckles]

Alebbini:       --and the people also are traitors. Because if you want to say so you'll never succeed. God, the Lord of the Worlds, says "Indeed, Pharaoh and Haman and their soldiers…" He didn't just say Pharaoh alone, and Haman, and He mentioned the soldiers. In Jordan, when we are not cognizant, when we don't have the will, we give in to whatever the media says, the entire nation is corrupt. People elect the ruler, and since the people are corrupt, the ruler will also be corrupt. For us to sit and say this person is corrupt, no, the entire system is corrupt, the regime is corrupt. And the evidence is, check out Syria, check out Egypt and the Arab world, the revolution was successful-in the regions where the revolution was successful, is where the regime was successful, what happened? A worse regime took over. The regime that took over [OV] is more corrupt than the old regime. What you need is a regime that is similar to the State's regime that will exterminate [OV]--

CHS:            [OV] to clean.

Alebbini:       -- [OV] the old regime, and it will spare no one.

CHS:            I- I compare the State's regime to Saladin's era--

Alebbini:       Uh-huh.

CHS:            --Saladin got rid of corruption--

Alebbini:       You have to clean.

65

Date of recording:      03/09/2017
Length of recording:    2 hours, 50 minutes
Video file names:       03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:        CCR_0001.wav

| CHS: | --he stayed, eh- it was said that he spent 15 or 20 years getting rid of corruption, to a degree, before the-the-the battle of Hattin, he asked his doctor to say that Saladin is sick-- |
|---|---|
| Alebbini: | He needed some wine so he can get… |
| CHS: | --and he needed wine to be able to treat him. They said if that was the case, he didn't have to be cured. |
| Alebbini: | And-and when he used to walk amongst the soldiers in the tents, he used to hear a sound like bee sound that said [UI]. I know people look for [UI] but we-- |
| CHS: | He cleaned up first. |
| Alebbini: | --but, you find one or two good ones, and the third talking about secularism, liberalism, and communism… |
| CHS: | You have to-to-raise a whole generation-new generation-- |
| Raid: | [OV] you need a new one. |
| CHS: | --a new generation with a *tough* foundation, its foundation is rough like what-what-what is happening in the-the-the State…. |
| Alebbini: | Uh-huh. |
| CHS: | God knows best. |
| Alebbini: | When-when the Israelites wanted to take over Palestine, when Moses took 12 of their leaders, and when they saw how large the people were, they got scared and returned back and they said "So you and your Lord go and fight! We will sit here". The Lord of the Worlds got them lost in the desert for 40 years, to become real men. They got lost in the desert for 40 years, and a new mentality was developed that was able to enter. |
| CHS: | A new generation. |
| Alebbini: | A new generation, but as I said, [UI], but if it's a reform, and on one of them, or the 12 leaders turned out to be corrupt, or that they hurt people, no! Of course, in 40 years, and a new generation-- |

66

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

CHS:        When the-the-died--

Alebbini:   --yeah, yeah the-the entire old generation died, the ones that are sitting chatting. On television they claimed that those were discussions and dialogues. They say the Russian Bear and the American Eagle, and we, the Arabs, should side with the Russian Bear...Man, we haven't seen anything good, since we've come across the Russian Bear and the American Eagle.

CHS:        Currently, when "they" say the Russian Bear and the American Eagle, aren't those the Persians and the Romans?

Qasim:      Uh-hum.

CHS:        I mean, as if history is repeating itself, man!

Alebbini:   One million percent.

CHS:        The Persians and the Romans...And the Arabs are still as is--

Alebbini:   Still as is.

CHS:        --the same filth.

Raid:       No, at the moment, the Arabs have never reached this level of vice--

Alebbini:   No, no.

Raid:       --never, got to this level of decline [UI] because the reference to Arabs, Arab, is just a name now, just Arab. Arab means of Arab descent now.

Qasim:      Just to carry the Arab identity, other than that, they don't hold anything. Even the Arab identity, my brothers, eh- has been distorted, eh because the Arab identity carries with it ethics, principles, and eh carries eh customs that was completely wiped out. There is nothing left, no ethics, no principles, no religion and no customs [OV]--

CHS:        [OV] the Arab fervor, the Arab fervor, the Arab character and zeal--

Alebbini:   --I swear by God--

CHS:        --the Arab sense of honor, are all gone.

67

Date of recording:      03/09/2017
Length of recording:    2 hours, 50 minutes
Video file names:       03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:        CCR_0001.wav

Alebbini:     --I-I am from a village called Sal, from al-'Ababnah tribe. Man, I worked-I worked with Palestinians, I swear by God there is no difference, it is impossible to differentiate between a Palestinian and a Jordanian, it is impossible to differentiate, it is impossible! It's very hard to make a distinction. Just like us, they have their dialect we have our dialects in the Jordan Valley. You can tell whether the guy is from Kafar 'Al, or from Gam, the same-same difference in dialects, the same tribes, the same lifestyle and same everything. Then you find, find, someone telling you that he is pro Mahmoud Abbas, and the guy here telling you that he is pro the Hashemite reign. Really? Then how is the cause going to win if you are pro Hashemite? Then he tells you "Jordan-Jordan first". Fine let's say Jordan is first, man. How about you bring a map and show me Jordan you'll show me a little thing, you will need to enlarge it to find it on the map and you're telling me Jordan first! Logically, how come Jordan is first? All the other countries of the world come before it, don't lie to yourself by saying "Jordan First", what does it mean "Jordan First"?

Raid:     What does it mean, right. I swear to God

Alebbini:     What does it mean "Jordan first", man?!

CHS:     "Jordan first" means that we don't have to get involved with-with the Palestinians.

Alebbini:     That's it, that's it?

CHS:     We get involved with Iraqis, the Shiite who come and bring their money, and we get involved with-with--

Raid:     Jordan is the first country that sold Iraq, right? The first country who let the American Coalition and its planes, to conduct airstrikes against Iraq from Jordan.

Alebbini:     Man, Jordan is a Crusader country, man! I swear by God that we are a Crusader country, man! Jordan and its ruler are so. Check out its ruler, place him among five or six Brits and seven Americans --

Qasim:     He'll look the best amongst them.

Alebbini:     --No, you can't even differentiate him from them [laughing]

CHS:     No, he's related to them.

68

Date of recording:    03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:    03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:     CCR_0001.wav

[Loud Laughter]

CHS:        I was recently watching him when he came to visit the pimp Trump --

Alebbini:   Yes.

CHS:        --he was sitting among them, I was wondering who's who.

Alebbini:   Who's who?

CHS:        Why was he the first one they brought over?

Alebbini:   By God, who's who? Look at him [OV]

CHS:        -- [OV] he was sitting with his *tuxedo* [OV]

[Laugh]

Alebbini:   My brother, I swear by God, since I was a child, I can recognize that man from afar --

CHS:        I know that the, the, the Jordanians who are from the countryside, or from the desert and such are dark and they are still not considered Jordanians, and you brought this one.

[Laughing]

Alebbini:   At least their skin indicates the harshness of the desert [OV], [laughter]. [UI] The man has blue eyes [laughing], the man is blond and his eyes are blue [OV] --

CHS:        [OV] and he didn't speak Arabic at first when he first took the reign.

Alebbini:   -- [OV] and he didn't speak Arabic, he didn't speak Arabic.

CHS:        And when he mourned his father he said [UI], whenever I watch it I feel like he had a-a stroke or something [laughing].

Alebbini:   And everyone is saying, the king-the king-the king!

CHS:        Man, that's what's killing me, man.

69

Date of recording:     03/09/2017
Length of recording:   2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-
                       2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-
                       2017.007.avi, 03-09-2017.008.avi
Audio file name:       CCR_0001.wav

[Noise]

Alebbini: This, my brother, this is tribal...

CHS: You find on the-the-the *Facebook*, you see "long live his majesty..."

Alebbini: They worship him.

Raid: Yes, worship.

Alebbini: By God, they worship him in the country, it's like a worship. I'm not sure what it is, it's like to control the people. It's easy to lead people to --

CHS: But it is not the same way in Ma'an!

Alebbini: --Ma'an... look, Ma'an--

Raid: They destroyed Ma'an!

Alebbini: --now--

CHS: [Laughing] they destroyed it!

Alebbini: --Raid, tell him, tell him, the story of, the history of the North and the South when the uh Hashemite first came over, tell him the story and explain it to him.

Raid: When who came?

Alebbini: When the tribes first came, when the Hashemite first came.

Qasim: When they pledged allegiance to Sharif Hussein.

Alebbini: When they pledged allegiance to Sharif Hussein, tell him the story.

Raid: Ah, King Hussein, Ah first came to the south.

Alebbini: Not king Hussein, his father, huh.

Qasim: Sharif, Sharif Hussein.

Raid: The Sharif, Sharif Hussein--

70

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

Alebbini:       Yeah.

Raid:           -- first went to the south, uh, but the southern tribes rejected him.

Alebbini:       Like in Ma'an and others.

Raid:           So, where did he go? He went to uh, to the north, to Irbid. Huh. They also pledged allegiance to him in Irbid. Not just that, the people also wrote poetry about him. He wrote poems about him…uh if you know Muhammad Al-Tal... Wasfi Al-Tal.

CHS:            Yeah.

Raid:           He wrote poetry which means…, huh, you have come... the meaning of the poetry was… I'm not sure what the poetry was exactly, but that you have come and brought with you the Western culture, and the transformation--

Alebbini:       And the British.

Raid:           --and the British. Huh, and you want to change our traditions, and you also brought us nudity, and you brought us-- we do not want you. They kicked him out form the uh north as well--

Alebbini:       From Irbid, and from the north.

Raid:           --but, huh, the south, huh-- one of the--

Alebbini:       The city of Al-Karak.

Raid:           --the south in Al-Karak. Huh -- the south in Al-Karak-- and-- and-- the south in Al-Karak and, and uh prayers be upon our Prophet Muhammed --

Alebbini:       In Al-Tafilah.

Qasim:          --They pledged allegiance to him. [OV] in al-Mafraq.

Raid            [OV] they pledged allegiance to him. And not only that, but the Bani Hassan tribes… they found oil in the Bani Hasan tribes land. Yeah, and from that time on, the Bani Hasan tribes, you can say have assumed the rights or keys to the country. Huh--

Alebbini:       [OV] Brother, and what happened to him?

71

Date of recording:     03/09/2017
Length of recording:   2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:       CCR_0001.wav

Raid: — [OV] [UI]… they assumed- - so now for example, when you hear about Bani Hasan tribe, that's it, you know there is money, because they sold, they sold the oil land.

Alebbini: Yeah.

Raid: They sold the gold that's in Jordan. Jordan used to have oil and oil was discovered there, huh, it was discovered--

Alebbini: [OV] Listen brother Abu-Lilian [UI]--

Raid: [OV] Oil was discovered in 1960. [OV] but -- [Throat clearing]

Alebbini: --after they kicked out the Ottomans and the British came, and his lies became apparent that he was allied with the British because he had fought the Ottomans, and then said since we fought the Ottomans let us fight the British and the French.

CHS: Because it was a Caliphate State.

Alebbini: Yes, it was a Caliphate State.

CHS: Yes, it was a Caliphate State.

Alebbini: So now he turned against the Caliphate State, and when the people from the North came to pledge allegiance to him, the people in Ma'an and those who didn't pledge allegiance to him, and those who did were only Al-Karak tribes and Bani Hasan tribes and others pledged allegiance to him… and now they rose in ranks, so if you look at the Jordanian military--

Raid: [OV] Like Al-Majali tribe, and Bani Hasan tribes--

Alebbini: [OV] and the high military ranks, and the names you hear about--

Raid: --and southern tribes--

Alebbini: -- they are all from those tribes. And they don't want no one from the north people--

Raid: -- [OV] and the people from the north--

Alebbini: --and you know all about the people from Ma'an.

72

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

| CHS: | Oh yeah you are right. |
|---|---|

CHS:      Oh yeah you are right.

Raid:      -- the people from the north were neglected. Ah--

CHS:      You don't find anybody in the government from them--

Alebbini:      But--

Raid:      -- no, nobody from the north ever rose in ranks. But guys… there is a guy from the north from Al-Zu'bi family who rose who became the uh…became the military head --

Alebbini:      Yeah, [coughing]

Raid:      -- Not even a week into this position, within a week, the guy wanted to run a coup--

Alebbini:      Um-hum.

Raid:      -- Huh, they caught him and fired him. They were watching every move he took.

CHS:      Like the, the saying you know--

Raid:      He and his officers were caught.

CHS:      -- Here is a folder it needs a stamp. Do you know the story behind this saying?

Alebbini:      No.

Raid:      No.

CHS:      This uh, the saying behind the story is from Irbid. Al-Tal, he held the position of uh… what position did he hold?

Alebbini:      Are you talking about Wasfi Al-Tal? He was a Prime Minister.

Raid:      He was a Prime Minister.

CHS:      Yeah, he was a Prime Minister. They had brought him a folder, an application to open up the first liquor store, and they told him this application needs a stamp for approval--

73

Date of recording:      03/09/2017
Length of recording:      2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav