| | |
|---|---|
| Alebbini: | Did you know that Wasfi Al-Tal had fought with the British during World War II? |
| CHS: | --they told him you need to approve and stamp this just like that. So he lowered his pants-- |
| Alebbini: | Yeah. |
| CHS: | --So he stood up, took off his pants-- |
| Alebbini: | Yeah. |
| CHS: | -- and said to them here is your stamp, and he refused to sign it to open up liquor stores. |
| Alebbini: | Now the liquor stores-- |
| Raid: | It's because of this-- |
| CHS: | [OV] now even during the month of Ramadan it is normal to be open. |
| Alebbini: | --Now the liquor stores are open. |
| | [Call for prayer] |
| Raid: | No, I don't think they are open during the month of Ramadan. Not in Ramadan. |
| | [Call for prayer continues] |
| CHS: | No, they allow them to be open in Ramadan. |
| Qasim: | [OV] No, they close the liquor stores but they sell it under the table. |
| | [Call for prayer continues] |
| CHS: | No man, it was still the month of Ramadan before I left Amman and they were discussing the topic and they allowed it in Ramadan. And I was actually there, and the last Ramadan I spent in Amman was the first one they allowed liquor stores to open. |
| | [Call for prayer continues] |

74

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

Alebbini:        Yes, there are liquor stores open in Ramadan.

                 [Call for prayer continues]

CHS:             I'm telling you, they used to…I used to work for a company called Bajjali
                 company, and they used to uh-uh-uh-this Bajjali is Christian and has a company
                 uh-uh-Bajjali and I'm not sure of the name, it's like Chemical United and another
                 thing I think *Rose* or whatever, *Rose* that sells liquor… you know… and the uh--
                 bills, you know I was in accounting and I used to process both bills for the
                 Chemical company and the other one and I used to see in the *system* the history--

Alebbini:        Yeah.

CHS:             -- but you didn't see the bills during Ramadan regularly for the third company,
                 but at the end of Ramadan you used to see it all [UI] --

Alebbini:        And you know man--

CHS:             -- they continued to sell.

Alebbini:        --and you know man, let me tell you, and is it really going to make a difference if
                 it was in Ramadan or not? If you sell liquor that's it, you sell liquor.

CHS:             By God, By God --

Alebbini:        I swear to the Almighty God! What difference is it going to make if they sell or
                 not sell liquor in Ramadan…if the country already opened up liquor stores, what I
                 mean just don't sell liquor in Ramadan.

CHS:             --the sales in Ramadan during that time was actually more than any other year.

Alebbini:        It doesn't really make a difference if it was Ramadan or not. The country is a non-
                 believer country, and infidel one. And it's not a problem, a non-believer--

CHS:             We have escaped to come here and the new son of bitch emerged.

Alebbini:        --they say… they say…I don't know….the problem… the problem… the problem
                 is there is no Arab state with a good regime and a good system, there is none,
                 which means that this is an occupation, colonization and they are occupiers --

75

Date of recording:    03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:     03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-
                      2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-
                      2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav

| | |
|---|---|
| Raid: | [OV] they are just guardians, guardians for them, they are just collectors of money -- |
| Alebbini: | -- and uh -- |
| Raid: | -- they are just guardians for the country's money. |
| Alebbini: | --That's all -- |
| Raid: | [OV] Yeah |
| Alebbini: | -- they just assigned them over us – |
| Raid: | This is a French, British occupation and there is still a guardian to collect the state's money and sends it to uh -- his ruler. This is ah -- |
| CHS: | [OV] Just like during the days of uh-uh-the Romans and the uh-- |
| Alebbini: | [OV] yes, that's it. |
| CHS: | -- you know, wasn't there a king in the Arabs, what do they call him? |
| Alebbini: | The Ghassanites and the Manathara? |
| CHS: | Ghassanites, one of them was with this group and the other was with the other. |
| Alebbini: | [OV] one was with the Persians and the other was with the uh -- |
| CHS: | [OV] and used to collect taxes. |
| Alebbini: | And used to collect taxes. |
| Raid: | It's the same thing. |
| CHS: | The same story. |
| Alebbini: | The same story. One million percent true. |
| CHS: | This thing is from God, God will send us a relief. |
| Raid: | They sold all of the -- |

76

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

CHS:  [OV] one just has to stick with --

Raid:  [OV] sold all of the state assets.

CHS:  [OV] -- his faith

Raid:  All of the state's assets got sold to International companies, French companies, and British companies. For example, the water and electricity company sold to the French.

CHS:  It got sold, too?

Raid:  Yes, yes. [OV] it was privatized.

Alebbini:  [OV] Yes, yes. They privatized it, it was privatized.

Raid:  They privatized them, and these are the state companies which means that their income should *recycle* back to the citizen, but there is none like that. It was privatized and its income and the citizen's income and money now goes out of the country. For example, 49% of the airport is owned by French, and 51% for Jordan and leased for 100 years. What else? The Potash Company, the Potash Company--

CHS:  The Potash Company too?

Raid:  The Potash Company--

Qasim:  It was privatized a long time ago.

Raid:  -- It was sold, by the husband of one the princesses sold it, huh --

Qasim:  Sharif Hussein sold it.

Raid:  No, no.

Qasim:  I mean King Hussein.

Raid:  No, no, not king Hussein man, no.

Qasim:  It was King Hussein.

Alebbini:  One of those bastards, one of those Jews.

77

Date of recording:  03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:  03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:  CCR_0001.wav

| | |
|---|---|
| UC: | Daddy! |
| Raid: | No, I'm telling you it was a husband of one of the princesses. |
| Alebbini: | [OV] A Jew, a Jew sold it |
| Raid: | Huh, he sold it… the Potash Company yearly income is 750 million. It earns 750 million yearly. He sold it for one year's income, he sold it for 750 million. The Potash Company. |
| Qasim: | [UI] |
| CHS: | For sure, he sold it to the Jews for sure, do you think he sold it to … |
| Raid: | [OV] The Jordanian Oil Shale resources -- |
| Alebbini: | It's not just sold to the Jews -- |
| CHS: | That does not compare to the Oil Shale [Noise] |
| Raid: | The Jordanian Oil Shale, yeah, Jordan has a …Jordan is considered one of the Oil Shale reserves because of its abundance in oil. All of this land containing the Jordanian Oil Shale was sold to Israel. All of the land containing it was sold. My father used to work for Amman Municipality, yeah? I swear to the Almighty God, my father used to tell me that one of the king's employees, I mean one of the high ranking government employees and would ask him where is the land owned by the country so we can take it over, what are the publicly owned land by the government so we can take it. |
| Alebbini: | Show me the kingdom's land -- |
| CHS: | Oh my God! |
| Alebbini: | -- so we can grab it. |
| Raid: | So we can grab it. |
| CHS: | [Aside conversation] Yes, Bissu? |
| Raid: | And queen Rania, her paternal cousins and brothers, all go to uh-- uh-I mean like Egypt and Mubarak -- |

78

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

CHS:        Like partnership.

Raid:       They go together as partners with the largest shareholders, and largest companies, it is in the same fashion, and you know she goes like a silent partner with --

Alebbini:   -- [OV] I once watched a --

Raid:       -- [OV] a silent partner- -

Alebbini:   -- [OV] video about Mubarak --

Raid:       -- [OV] she doesn't even join with a capital, only by name.

Alebbini:   Raid, I once watched a video about Mubarak after he was disposed of. It was found out that in the Egyptian Investment law if you want to open up a business as a foreign investor you have to have an Egyptian partner.

Raid:       Who is the Egyptian partner?

Alebbini:   It was Hosni Mubarak!

Raid:       Hosni Mubarak!

CHS:        [Laughing]

Alebbini:   He would partner with all foreign companies investing in Egypt.

            [Noise]

            [Laughter]

CHS:        [Laugh] this son of a bitch!

Alebbini:   He is the partner of all!

Raid:       Of course, how do you think he got 70 billion?

Alebbini:   I swear to God --

Qasim:      Actually 140.

Date of recording:     03/09/2017
Length of recording:   2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:       CCR_0001.wav

| | |
|---|---|
| Alebbini: | Whenever a company wants to open up and needs a partner, no problem, I will be your partner [Noise], open up a company and give me uh -- |
| CHS: | Because of that he deals with them [Laugh] |
| Alebbini: | Yeah, I will give you 10%, here is 10% while you're sitting at home-- |
| Raid: | [OV] and you, Abu-al-Lith, Abu-al-Lith-- |
| Alebbini: | -- [OV] while you're sitting at home, whatever it is as an investment or savings, he is running the business and will just send you your share. All-all of the foreign companies in Egypt, Mubarak is a partner in them. |
| Raid: | Abu-al-Lith, imagine -- |
| CHS: | [Aside] what do you want sweetheart? |
| Raid: | Abu-al-Lith, imagine --if you are a business man wanting to open up a business in Egypt -- |
| UC | [OV] [UI] |
| Raid: | -- and Hosni Mubarak is your partner -- |
| Alebbini: | Yeah. |
| Raid: | What would I do with the commission I have? |
| Alebbini: | For the 10% |
| UC: | [UI] |
| Raid: | For 10%, because I have power since I'm allied with the country's president. |
| UC: | [OV] [UI] |
| Alebbini: | My partner is the president. |
| Raid: | So, I have huge authorities. |
| UC: | [OV] [UI] |

80

Date of recording:     03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:       CCR_0001.wav

| | |
|---|---|
| Raid: | The Company is there to make money, its goal is to earn money, because of this -- |
| CHS: | [OV] and no one cares about corruption and ruining people's lives. |
| Raid: | Because of this, the Egyptian citizen situation gets to the lowest points of all time, because there is no -- |
| UC: | [OV] [UI] *Where is my towel?* |
| Raid: | -- no one cares about the Egyptian citizen's well-being -- |
| UC: | [OV] [UI] *Where is my towel?* |
| Raid: | -- no one cares about his well-being, the company's owner wants to earn money for his pocket, and the country's president wants to take his share. |
| CHS: | And the government can't tell the company to stop doing business there because [UI] -- |
| UC: | [OV] [UI] *is my towel there?* |
| Raid: | -- because the company, because the company, is owned by the country's president. |
| UC: | [OV] *My towel is there. That's my towel* daddy. |
| Alebbini: | I watched the other day a program about an American guy-- |
| UC: | [OV] *that's my towel* daddy. |
| Alebbini: | -- who retired from the *CIA* who is educated, and well versed, and had wrote some books. He was talking about his life during the interview. They asked him what your occupation was. He said his name uh -- he is an assassin who carries assassinations but economic assassinations. In one of his assignments, they told him that Indonesia is becoming a large economy and will be a super economic power, and we want to impose economic sanctions, what can you do? He said no problem. He then went to Indonesia and sat with their leaders and said your economy has developed and is growing and to support and sustain this economy you need infrastructure, such as roads, power plants, so forth so you can grow your economy. They told him yeah, you're right, how can we do this? He said we will give you loans to do these projects and we can do it for you. |

81

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

UC:            [OV] *look* daddy… daddy, daddy.

Alebbini:      [OV] so he would then arrange the loan process--

UC:            [OV] Daddy, daddy.

Alebbini:      -- so he would arrange for the loan and would state what projects needed such as power plants, roads, airports, and so forth--

UC:            [OV] Daddy, daddy, [UI] *the towel…*

Alebbini:      -- [OV] the cost for example is 60 billion. They would borrow the 60 billion from the International Bank, but you can't give the money to the Indonesians and the money would be transferred to foreign companies such as *General Electric, eh, Electric* and other large American companies and those companies would build those projects for you--

UC:            [OV] [UI] *wait…* [UI]

Alebbini:      -- so you, we have built the roads and other projects but you now owe 60 billion plus uh- what do you call it?

Raid:          With commission.

Alebbini:      No, the other thing that adds up…

CHS:           [OV] the *interest*

Alebbini:      -- the *interest* with the *interest rate*.

CHS:           So, you'll never be able to pay it back.

Alebbini:      You'll never be able to pay it back, because there is no 60 billion that you took to be paid back, you received infrastructure for that money, so no matter how much you produce, or how much the country produces, you still owe those people the cost of the roads built and the electrical grid built plus the interest is adding up, and you didn't really take 60 billion in cash to say here is your 60 billion to pay back.

Raid:          You didn't take 60 billion in raw material--

82

Date of recording:      03/09/2017
Length of recording:    2 hours, 50 minutes
Video file names:       03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:        CCR_0001.wav

Alebbini:     [OV] yeah

Raid:        -- that you would see the products later and would pay it back, you took sixty billion in roads, and you took 60 billion in --

CHS:         [OV] there is no money to produce income.

Alebbini:    -- there is something but it didn't go away.

Raid:        It means, you're in debt. They put you in debt.

Alebbini:    If the 60 billion got into the country, and those who worked in these projects took the money, that's fine, but 60 billion--

             [Noise]

UC:          [UI]

Alebbini:    -- I mean, I don't know what to tell you, if you had come and worked and earned a salary, and you bought blocks from this person, and you bought electric wires from someone else, and --

Raid:        [OV] the money entered into the economy--

Alebbini:    -- [OV] the money entered into the economy, but they didn't...so you have a few things....

Raid:        [OV] on the contrary, America has benefited from this--

Alebbini:    --of course it benefited.

Raid:        -- America has loaned the guy 60 billion and employed its companies up and running with 60 billion - -

Alebbini:    [OV] and we got the money back.

Raid:        -- so America gained 60 billion in this deal, right?

Alebbini:    And they added loans on them and controlled Indonesia's economy.

CHS:         This is other than the *interest* they would collect

83

Date of recording:    03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:     03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav

| | |
|---|---|
| Raid: | Yes, other than the *interest* gained from this deal. |
| Alebbini: | By God, I watched a program about *Honduras*, I swear to God, they said that *Honduras* used to be a rice producing country and that was their main product. The Hondurans made a mistake and said we want to take a loan from the International Bank, they told them fine if you want the loan we will give it to you but some of the repayment terms you have to buy from America, the American rice. For example you have to buy 20 million tons each year as part of the payment agreement. So they started importing American rice, and when they put the American rice in the Honduran market, the farmers couldn't afford to farm rice… |
| Raid: | No, not like that, when the American rice went into the Honduran market, it was with lower prices than the local rice-- |
| Alebbini: | Yeah, |
| Raid: | -- so the farm - - so the people stopped buying the local rice and started buying the American rice, and it wasn't beneficial for the farmers to plant rice -- |
| Alebbini: | [OV] and now -- |
| Raid: | -- and they used to import large quantities-- |
| CHS: | In similar fashion to the wheat… |
| Alebbini: | Yeah, |
| Raid: | [OV] -- and it only took one to two years and they stopped producing-- |
| Alebbini: | And now in *Honduras* if it wasn't in the terms of the agreement that it had to buy rice, it needs to buy it now because there is no rice production there. |
| Raid: | There is no rice production there now. The production had stopped. |
| Alebbini: | Where are they going to buy the rice, they have to buy the rice from abroad. Instead of producing it, now they have to import it. |
| CHS: | This is similar to the wheat problem in our countries |
| Raid: | [OV] for example, the farmer migrated to the city, looked into another occupation to work in, stopped farming and the land became barren. |

84

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

Alebbini: You know in Huran Valley--Hauran Valley where we're from, Roma used to plant the Huran Valley with wheat and export it from the city of Irbid, like you can say, from Irbid Municipality, Dar'a and all of the a-area around Irbid [OV] because it is all flat land with red soil and was known for planting wheat, and used to be called the Huran Valley where all people used to plant wheat --

UC: [OV] *Hello, hello.*

Alebbini: -- [OV] and send it to Rome and export it all over the world [OV] this was planted with wheat--

CHS: [Aside] this is... *go upstairs sweetie, take dad's phone.*

Alebbini: -- [OV] when the British came --

UC: [OV] Dad, *give me...*

CHS: Ok. *Just take* dad's *phone and go.*

Alebbini: -- [OV] when the British came to our country--

UC: [OV] huh

Alebbini: -- during the British occupation, they told farmers--

CHS: [OV] *go upstairs.*

Alebbini: -- who ever plants olives in his land, whomever plants olives in his land will get the land fenced and get 50 Dinars.

CHS: Who said that?

Alebbini: The British. Whomever plants olives in his land --

CHS: Yeah?

Alebbini: -- we will fence the land and give them 50 Dinars as an agricultural loan or something like that, something has to do with agriculture. So all people and grandfathers, including my grandfather and other people around them--

[Background music]

85

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

Alebbini:     -- so the land with red soil and flat like the palm of the hand would be planted with what? Olives, plant it with olives, and it would produce about 18 tin cans of olive oil a year --

[Music continues]

-- twenty tin cans of oil, or say 30 tin cans of oil, man, but the oil does not feed people, the wheat does. Now we can't find a tin of olive oil and started importing oil from Tunisia, and there is no wheat production despite the fact Jordan used to be one of the wheat exporting countries, or at least used to be self-sufficient, but now there isn't any, and now the wheat is...

[OV]

Raid:         American.

CHS:          [OV] There is no might or power except by God.

Alebbini:     -- [OV] if the wheat is not imported from America, we will go hungry.

Raid:         Yes, we will go hungry. You're right.

CHS:          Huh!

Raid:         I mean, your wife and children... [UI]

[Music continues]

CHS:          You remember when-when they raised the-the-the price of bread, the kilo of bread, it was the bank is the-the bank is the one that forced them to do that.

Alebbini:     Yes, yes, yes, I know.

CHS:          The prices went up and the bread supply decreased. Same thing with the [UI], they are all the same.

Alebbini:     I swear--I swear it is a fight. They fight people with everything, everything. For example, my paternal uncle has chicken farms. You find a school teacher after finishing school goes and rents out a chicken farm and raises chicken and uh, he sells and makes a profit between two, three or four thousands, and if he loses profit in one term that won't be a problem. Then, they introduced those who

86

Date of recording:    03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:     03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav

dominate the market such as the National Company who produce in billions, and they started importing chicken and now no one can afford to raise chicken.

CHS:  This is what is infuriating. I mean something would be going smooth--

[Background music]

Alebbini:  Yeah.

CHS:  -- and they start importing, but why?

Alebbini:  Because they don't want you to be [UI], they don't want you to have local production. The country cannot produce. I swear to God, until people… now no one grows chicken farms in Jordan, and you just buy it from the markets already bagged and it's better for you, it's known. So now all chicken businesses are broke except for those large companies like the National Company and the importers who stay in business. Before… a while later they uh … let me tell you about the Jordanian producing person, the chicken farm producers are now broke, cow farm owners and cow milking farmers threw the milk in the streets, and this is on video on *Facebook*, and they said that's it, bring *Nido* milk and import milk from *Israel* and we are not going to produce milk because of you guys and because you import. Then the farmers of the Jordan Valley who produce fruits, those threw the lemons, oranges and all fruits in the streets, and you see this on *Facebook,* and they said go ahead and import all that from Israel so we can just rest and not deal with that, because you know they started-started opening up *Sameh Mall* and these companies, and people couldn't afford to buy things from here, we'll try and just get it from Israel because Israel has anything you want and can fill up my luggage with the merchandise I need. This simple small farmer they hire can't supply me with tomatoes in the quantities I need brother, so the country is gone now.

Raid:  I swear it's gone!

[Background noise]

Alebbini:  I swear it is. I swear to God, I remember as a child when my father was adding an addition to our house and needed the tile installer, he would bring my maternal aunt's husband, the painter is my father's paternal cousin, the electrician is a guy from the village, and the bleacher is our neighbor, the one who sets the *block*s is our neighbor, and also the plumber is from the village who is my father's friend, so the house is built by all those from the village. So if the cost of building the

87

Date of recording:  03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:  03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:  CCR_0001.wav

house was 10,000 for example, what did you do with the 10,000? You distributed it among the village laborers in essence. And this guy would hire your nephew as a-uh-helper, and pay him five to ten Liras, so the money stays within the village, in the same village. However, now it's common knowledge, if you want to build a house you need to hire a contractor. A Contractor would come and tell you the house costs this much, you pay him a portion of it, and he will finish it in two to three months. He brings everything and you will owe him. 15,000, where did they go? To the outsider; the contractor. But in the past, the 15,000 would build a house, you'd spend... you would support 20-30 village eh.... families in the village.

CHS: This is what is happening in the country now.

Alebbini: Yes, imagine if we were still like that, and you had 5,000 to build a room and you would spend it in the village and the other spends it in the village, so back then people managed, if someone had a cow he would live a decent life along with his income, whoever has pigeons, chickens or those who had a job such as tile installer, or a painter, so people used to manage to survive but now there is none of that. It's contractors; people are supporting themselves from their jobs. The citizen's main concern now is to be employed as a soldier in the military, I swear to God. The Jordanian citizen's main concern is to have a connection, I swear to God. "Laith, your uncle works for the Gendarmerie and you didn't tell me? Man, you know I've been looking to be a soldier forever."... He wants to be a soldier, the guy's main concern-concern... is to be a soldier so he can build a house and what have you.

[Background noise]

Qasim: [UI], we got lost and I'm the first to say it.

Raid: What are we going to do?

Qasim: I swear we are... that's it.

Alebbini: Yeah Destiney called me from upstairs.

CHS: Why, what time is it now?

Alebbini: It's 8 O'clock--

Qasim: [OV] Nine O'clock!

88

Date of recording:     03/09/2017
Length of recording:   2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-
                       2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-
                       2017.007.avi, 03-09-2017.008.avi
Audio file name:       CCR_0001.wav

| | |
|---|---|
| Alebbini: | --but we want you to spend more time with your family too. |
| CHS: | But it's still too early |
| Alebbini: | I swear we know, but we want you to rest and spend more time with your family. |
| CHS: | I do sit with my family. I did spend time with them. Did you think I am a laborer? |
| | [Laughs] |
| Alebbini: | You entered… we started talking politics right away… |
| CHS: | Yes, we did talk about politics. |
| Alebbini: | [Laughing] yeah we talked about politics right away. |
| CHS: | But you know, you didn't do the uh… |
| Alebbini: | Oh. |
| CHS: | Did any of you guys learn a trade? |
| Alebbini: | Where? |
| CHS: | I mean back home. You didn't learn any trade or anyone... |
| Alebbini: | No, nothing…we are young guys, we have [UI], work conditions… |
| Qasim: | [OV] we learned how to play cards in Jordan! |
| Alebbini: | [OV] this, this… this guy…what do you do? |
| | [Call for prayer] |
| Qasim: | I learned five trades. |
| Alebbini: | He has trades. |
| CHS: | Really? Doing what? |
| Qasim: | I learned how to install home electric wires. |

89

Date of recording:     03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav

CHS:        Installation of home electric wires?

            [Background noise]

Qasim:      Yeah, and I have trades --

CHS:        Man, if you know how to--

            [Phone beeping]

CHS:        -- I do not understand why you did not do your papers.

Qasim:      I have--

CHS:        The electric stuff... The hour, the hour of the electrician here is $70 an hour.

Alebbini:   In America?

CHS:        Yes.

Alebbini:   But I think the electricity in America is different [Noise] than --

CHS:        He can do... if he has papers he can go to uh-uh--

Alebbini:   [OV] he can equate his degree.

CHS:        --he can equate his degree and take a few tests and the like and that's it.

Qasim:      I have uh-uh four degrees, no [UI] certificate, but I have accounting--

            [Background noise]

Alebbini:   [OV] our house was in a bad shape --

Qasim:      -- [OV] *Bachelor degree* I also have uh, telephones, and home electrical wiring--

CHS:        [OV] I swear the electrician --

Qasim:      -- [OV] I also have a certificate in car mechanics.

CHS:        [OV] makes $70, if you can find one.

90

Date of recording:      03/09/2017
Length of recording:    2 hours, 50 minutes
Video file names:       03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-
                        2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-
                        2017.007.avi, 03-09-2017.008.avi
Audio file name:        CCR_0001.wav

| | |
|---|---|
| Alebbini: | Yeah. |
| CHS: | Do you have car mechanic certificate? |
| Qasim: | Yeah, I learned for six, seven, eight-eight months in California. |
| CHS: | Man, this guy is a gold mine! [Laughing] |
| Alebbini: | I swear he is a gold mine, he is a gold mine! |
| CHS: | So, what are you going to do now? |
| Alebbini: | And he is a very hard working person when he is doing a job. |
| Qasim: | I had married twice, but things are not working out for me. |
| CHS: | What do you mean it is not working out? |
| Qasim: | Things are not working out for me. Things go bad [UI] legal -- |
| Alebbini: | [OV] the women. |
| Qasim: | -- [UI]. |
| CHS: | They don't want to apply for legal papers for you? |
| Qasim: | No, they just take the money and say good bye, just give us the money-- |
| | [Background noise] |
| | -- and it's not working out. I had married twice, and both women just wanted money. They take the money just for nothing. I mean, for both of them, I had paid fourteen thousand, or 15,000. |
| CHS: | Oh my God! |
| Qasim: | One of them stayed with me for 26 days, and is fighting with me over 5,000, for those things we are sitting on cost me 5,000, I lost 5,000. |
| Alebbini: | I swear to God. |

91

Date of recording:      03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:       03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:        CCR_0001.wav

| Qasim: | Five thousand, gone just like that-- |
|---|---|
| Alebbini: | [OV] I swear to God, man, he buys things, O man, new *Moulinex* and…. But for me if I want to buy *Moulinex*, I go to *Goodwill* my brother and buy from there, so you don't have to buy -- |
| Qasim: | [OV] Man, but you don't want to be cheap this way so that you can get your papers -- |
| Alebbini: | [OV] she gets a salary… |
| Qasim: | -- [OV] I meant just to get by-- |
| Alebbini: | -- [OV] you know, nothing is wrong with that. |
| CHS: | [OV] yeah, you have to be in between. |
| Qasim: | --[OV] in my last marriage which lasted for three months, three months, I had five in the bank and I took six more but I don't have one penny now. |
| CHS: | But why doesn't she want to apply for papers for you? I mean in three months you could've been… |
| Qasim: | Yeah, but I mean, and just like that you cause her one problem and she says I don't want to, and tells you to just let me go. You ask why? She says just let me go. |
| CHS: | *Shit.* |
| Qasim: | Let her go! What am I going to do? Good riddance!<br><br>[Background noise] |
| CHS: | May God help us! |
| Alebbini: | By God, I saw one…there is, there is uh-- |
| CHS: | [Aside] *thank you!* |
| Alebbini: | -- he told me… a friend of mine told me he will do everything for me and the like… I said fine. He said trust in God and just sign the papers…but he left. I |

92

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

asked him one time why did you flee? One time, all the sudden he was here by me, he had fled from…Oh God I can't remember… from *Columbus? Columbus, Ohio?* He had fled to *Virginia* --

[Phone ringing]

Alebbini:    -- I asked him what made you flee what's the story? He said, "Man, I hadn't even started my application and process after we got married, man, and I already spent everything I had on her, I thought if I go on with her for my papers, as she's telling me, I swear she will screw me up--

Raid:    I believe you!

Alebbini:    --I swear she will humiliate me. She was just there uh, I mean cigarettes and Hashish and all that, it is on me …

CHS:    [Laughing]

Alebbini:    Yeah, yeah; yeah.

Qasim:    Who is that?

Alebbini:    Husayn! Husayn, and come and get me --

CHS:     By God, I know someone like that, but he got his legal papers.

Alebbini:    By God, I know an Arab guy who married an Arab woman and he has two daughters from her --

[Call for prayer]

-- yeah? he has--he has two from her, she made him miserable, she called the police on him…caused him lots of problems, and so forth…, and O man I say… if the guy had g-gotten -- you know, from the stories I heard from her…I mean from what I used to hear about her, he says maybe if I would have gotten the passport I would have probably shot her after I got the passport, not just divorce her…I would probably shoot her for all-all the things she's done. And she is an Arab and he is an Arab too! She made him hate everything because he is uh… because he didn't have legal papers.

Raid:    I mean this is the problem, I swear to God.

93

Date of recording:     03/09/2017
Length of recording:   2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:       CCR_0001.wav

| | |
|---|---|
| Qasim: | But that's it, when she would say no, no legal papers…but I would say, the hell with you! |
| Alebbini: | [UI] I got married to you so I can get papers. I want to support you… we support each other and live together… |
| Qasim: | The problem is, when you marry them they all tell you we are going to apply for papers for you, then they tell you the hell with you, I changed my mind and they are gone. |
| CHS: | I never ran across someone who had to go through this twice-- [Laughing] |
| Alebbini: | Yeah, |
| CHS: | -- everyone got it the first time [Laughing] |
| Qasim: | And she's still asking me for them. |
| Alebbini: | No, this guy I told you about, Husayn, he went through that twice in the same fashion. The first time he tried with-with this white girl and it didn't work out, then he married an Arab woman, it didn't work out either and got divorced a day before the wedding day. |
| Raid: | Now, I believe he is only with one woman. |
| Alebbini: | [OV] [On the phone] *what is it?* |
| CHS: | [OV] now do you have any--anyone in mind? |
| Alebbini: | [OV] [On the phone] *Yes*, sweetheart. |
| Qasim: | A girl? |
| CHS: | Aha. |
| Qasim: | No, not yet. Well, I'm trying, I'm looking. |
| Alebbini: | [OV] [On the phone] *Well, can you …I can -- can't…bring them up. Can you send me Sam or like one of the girls?* [UI] *Yes, you can.* |
| CHS: | Let's see if we can find you an Arab woman. |

94

Date of recording:     03/09/2017
Length of recording:   2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:       CCR_0001.wav

Raid:        Now, let him rest, rest because he is still in a coma--

CHS:         Yeah, he is traumatized.

Raid:        -- and he only got out of it for two weeks now.

CHS:         Really!

             [Background noise]

Qasim:       It hasn't been two weeks since I got out of the coma.

CHS:         There is no power or might except by God!

Alebbini:    It has been only two weeks. This is why we have come over here....where is the prayer rug? We brought him from *Georgia*, he used to live in *Georgia*.

Qasim:       I used to have her live in a five star hotel; the guys came and saw the hotel. I used to pay 1,000 a month for the hotel just for rent.

CHS:         [OV] Wow!

Qasim:       She wouldn't agree to have me rent a house. Her plan was that in five months she will start the papers work and I will get the *green card* and I have to take her to Jordan. I told her I would do whatever she wants. That was it, if that's what you want, fine, *fuck it*, it cost 1,000 for rent --

Alebbini:    For one year?

Qasim:       -- that's it, fuck *it*, here is a thousand. The guys came and stayed with me in the hotel… [Laughing] how was the hotel?

Alebbini:    It was great!

Raid:        [OV] Yeah.

CHS:         [OV] A thousand a month! [Chuckles]

Alebbini:    [OV] and they fix it up…and they come, they come and clean it for you…you know after you leave --

95

Date of recording:      03/09/2017
Length of recording:    2 hours, 50 minutes
Video file names:       03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:        CCR_0001.wav

CHS:          [OV] you're saying one thousand a month, huh!

Alebbini:     [OV] Yeah, they clean it for you every day.

Qasim:        I even used to save the bills after I pay the hotel. I kept the bills, for what reason, because I had it in my mind when I go to the *Immigration* and when they ask me where you lived, I would tell them here is the proof I used to pay one thousand rent. So anything we did together I used to save a side, and on the side I also opened up a joint bank account and anything that was withdrawn using her card I have it.

CHS:          How did you meet her? Did she literally exploit you?

Alebbini:     No, no, no.

Qasim:        No, no there was nothing like that --

Alebbini:     [OV] She went crazy.

Qasim:        -- the girl went crazy.

CHS:          There is no might or power except by God!

Alebbini:     She went crazy from women's talk.

Qasim:        There was no exploitation there, on the contrary, honestly she was --

CHS:          Maybe women talked to her and fed her bad talk.

Alebbini:     Ah, It's not like they influenced her…she is like if uh…

Qasim:        I mean she used to be without any problems, if I tell her something…I mean she was better than an Arab woman…if you tell her something she would just do it, you didn't have to repeat it, there was no need to ask twice, that's it, she would just do it--

Alebbini:     [OV] But after a while --

96

Date of recording:    03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:     03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav

Qasim:     -- [OV] all of a sudden she went crazy, she wanted to go to her family, and said she was going to visit her family, but it was in a polite way and so forth, and I said why not, go ahead and visit your family --

Alebbini:     [OV] *Destiney!*

Qasim:     She went and visited her family for one week, and she came back to me --

Destiney:     *Yeah.*

Alebbini:     Come on, let's go!

Qasim:     --she went crazy, she stayed for two to three days, and two or three days later she told me I want to go back to see my family again --

Alebbini:     [OV] [UI]

Qasim:     -- I asked, you want to go to your family again, what is going on? She said nothing I'm just bored and so on. So I took her by the guys, I left work, I left work for two days and said to myself I'm going to take her there and if things work out by the guys I won't go back.

Alebbini:     With *Destiney*, to stay for a while with *Destiney*--

Qasim:     Yeah to let her stay with *Destiney,* so we came down and stayed with *Destiney* and stayed for one day, and the second day she started begging please take me home, please take me home…so I took her home to *Kentucky*--

CHS:     To Kentucky? It's not far from here.

Qasim:     Yeah, I came from *Vir*-- I left *Georgia* to *Virginia* so she can stay with *Destiney* so I don't have to take her to her family, and she stayed with *Destiney* for two days, and the second day she is begging me please take me to *Kentucky,* so I said Ok let's go and I won't have you stay here. And she was only supposed to stay for a few days and come back. So, I said; "Let me go back to my job in *Georgia"* and I did go back to *Georgia.* Next day was Valentine's Day, and I said to myself; "Let me make things better and call her in the morning." So I called her in the morning and said; "Hey how you are and how are things." She said; "Divorce me!" I was like what? She said; "Divorce me!" At that time I had just given her my bank card for our joint account while she didn't have a penny. She said to me; "Divorce me." I said what? She said; "Divorce me." I said; "Are you serious!"

97

Date of recording:     03/09/2017
Length of recording:   2 hours, 50 minutes
Video file names:     03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:     CCR_0001.wav

She said; "Yes, you used to put *control* on me on *Facebook*" and so forth. I told her; Stay on the line with me--

Alebbini:     [OV] He had put *control* on her on *Facebook.*

Qasim:        -- I told her stay on the line with me. So, where did I go, I went to the bank and put a stop on the bank card. Now I have become a *shitty husband.* She started to cuss and so on, I told her to get the hell out of here. Then the guys came by me after that --

Alebbini:     [OV] they didn't get along --

Qasim:        -- and got me out of the state.

Alebbini:     [UI]

Qasim:        -- [OV] she changed her mind, I don't know. That was after she went to see her family. There were problems --

CHS:          Did you divorce her yet?

Qasim:        No, not yet.

CHS:          Just leave it alone for a while, maybe she will change her mind.

Qasim:        I really don't think so, that's it.

Raid:         She then started to tell him she will inform the *Immigration* on him, and uh --

Qasim:        Yeah, she calls me and says are you going to send me money or not?

Raid:         Tell her no.

Qasim:        Yeah, yeah she said, anyway I have informed the *Immigration* and I gave them your address in Georgia. I told her do whatever you want. Whatever you can do, go do it and don't stop short! What is the *Immigration* going to do to me? Will they deport me? At least they will buy me a free airline ticket…go ahead. Now she is hustling.

Alebbini:     God willing, God willing things will get better in our home countries and all become one state, and we all can go back home honored and welcomed.

98

Date of recording:     03/09/2017
Length of recording:   2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:       CCR_0001.wav

| | |
|---|---|
| Raid: | It is continents; from Oman to Morocco are continents. |
| CHS: | It's out of this world man! So beautiful, very beautiful. |
| Raid: | If you and I go to it -- |
| CHS: | Man, all of our homeland is beautiful. Oh my God! |
| Alebbini: | It's not--it's not just that our homeland is beautiful, our homeland is the only place that has what other world countries don't have. When you put all of the Islamic countries together and they become one state, you will find that all world countries …Spain of what it has of history and ruins would be one part, one tenth of what is found in the Arab and Muslim State, because our countries are older, have history, have ruins and noble descent and civilization. |
| CHS: | [OV] By God man-- |
| Raid: | [OV] we kick out… we should kick out the uh, occupying crusader. |
| Alebbini: | The occupying crusader and their follower; King Abdullah. |
| CHS: | They say-they say uh…during the-the-the uh-Umayyad Caliphate days, they used to bring ice in large blocks from the Euphrates and Tigris rivers and bring them down-- |
| Alebbini: | Yes. |
| CHS: | -- to the Caliphate capital. |
| Alebbini: | Put the ice blocks in the-the river from the mountains. |
| CHS: | So they can drink cold water, and for cooling and so forth. |
| Alebbini: | Yeah. |
| CHS: | Bring it from the mountains…I mean they were advanced and uh… |
| Alebbini: | They had everything. There is a book called… actually written by a guy from Gaza whose name was Jihad al-Turbani, his book title was the Greatest 100. Was written by a 26 year old young guy from Gaza, it's the most popular book in the |

100

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

| | |
|---|---|
| CHS: | God willing. |
| Alebbini: | I swear to God if our homeland was one state, I swear it will be better than America. |
| CHS: | Oh yeah! |
| Alebbini: | I swear to God. Imagine…you get in the car and someone asks you where are you going? …I'm going-going to Yemen. [Laughing] driving…no one has driven to Yemen, and you just say I and the guys just want to go for a ride, and you know gas is very cheap in the Islamic State, and gas in the Arab countries is very cheap… One would ask you where you guys are going. And we say let's go and sit on the beaches of the Mediterranean up by-uh-uh-- |
| CHS: | [OV] By Latakia. |
| Alebbini: | -- [OV] Morocco, No, no, no; Morocco. |
| CHS: | No, no I want to go to uh [Noise] [UI]… and you go to [UI]. |
| Alebbini: | [Laughing] No, I want to go to Morocco. God willing I will be able to drive it from Yemen, uh- from Yemen…it would cover the whole map…from the furthest point to here…this is our homeland of the true state…like the one driving from in America from *Virginia* or *New York* to *California*…you go across the country. |
| CHS: | It's like from Oman to Morocco. |
| Alebbini: | Yes, uh huh. |
| Qasim: | From Oman to Morocco. |
| Alebbini: | From Oman… |
| Qasim: | -- From Oman and below in the corner-- |
| Alebbini: | Yes. |
| Qasim: | --to Morocco. |
| CHS: | By God, Oman has nice areas. |

99

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

world. All of the Ara-- world, the greatest from uh-- the One Hundred Great from the Islamic world --

Qasim:  [OV] beginning with Abu-Bakr al-Siddiq.

Alebbini:  -- who changed the course of history--

Qasim:  [OV] beginning with Abu-Bakr al-Siddiq, I mean beginning with the Prophet, Peace be upon him to Abu-Bakr al-Siddiq.

Alebbini:  --uh-he excluded the prophets and began with Abu-Bakr al-Siddiq--

Qasim:  [OV] Abu-Bakr al-Siddiq.

Alebbini:  -- and mentioned the one hundred great who changed the course of history. If you see --

Qasim:  [OV] you can search on *YouTube*, just type in the Great One Hundred --

Alebbini:  Yeah.

Qasim:  --you will see a program, what a thing! A history of nation, the history of the nation is in it.

Alebbini:  You will discov--discover that the all Islamic history they taught us in school is only --

Qasim:  [OV] is lies.

Alebbini:  -- is only true and absolute lies, and the history of the nation is-- if you read the history of the Mujahedeen…

Qasim:  [OV] now if you read history books, and general knowledge books, you will find *Napoleon*, you will find --

CHS:  [OV] [Chuckles]

Qasim:  -- *Pythagoras*, and you will also find uh --

Alebbini:  [OV] and how is --

101

Date of recording:  03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:  03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:  CCR_0001.wav

Qasim: -- [OV] the guys who discovered the theory uh [Noise] the theories of Atheism--

Alebbini: Yeah.

Qasim: -- there isn't really --

CHS: [OV] and *Christopher Columbus* --

Qasim: -- *Christopher Columbus* is the biggest uh-uh lie in history.

Alebbini: Yeah, he discovered Egypt, uh-he discovered America; who made the maps? Where the Turkish president from long time ago... It is said by the American scientists now suspect that the map Columbus made were done by alien creatures ... they made it for him, he got help from alien creatures because its accuracy is unbelievable... the maps accuracy are unbelievable--

Qasim: [OV] the accuracy of the distances.

Alebbini: -- and he must-must have seen the Satellites or he was in a high location, when he drew those maps. There were also proofs that there were Muslims in-in... uh ... in Brazil.

Qasim: [OV] The Two Americas man!

Alebbini: The Two Americas' residents were Muslims.

Qasim: Their residents were Muslims.

Alebbini: -- by proofs and evidence. And that when *Christopher Columbus* was going, his secret mission was to eliminate --

Qasim: [OV] Islam.

Alebbini: -- the Islamic spread in--in [Noise] in the New World, and this was his secret mission. And also scholars were writing, yeah...that he was set to find new trade routes er, for goods.

CHS: T-They tell you that, I mean, the history in their books uh-- there was with *Christopher Columbus,* I mean *Christopher Columbus* was in a ship and the other ship had an Arab person.

102

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

Alebbini:      Hum.

CHS:           And they actually say that the Arab guy is the one who first discovered or arrived first--

Alebbini:      Yeah, he arrived before *Christopher Columbus.*

Qasim:         [OV] Yeah,

               [Background noise]

CHS:           -- to the area by Mexico and so forth and *Columbus* arrived at the other side.

Qasim:         But when *Christopher Columbus* arrived here he found Islamic civilizations --

Alebbini:      He found Islamic civilizations and --

Qasim:         -- [OV] civilizations --

Alebbini:      -- in--in his memoirs he wrote that the women wore the same clothes as the Muslim women in Granada and Spain.

Qasim:         And even until now the Indians, uh the Indians, the Red Indians, uh the Indian, current Native American --

Alebbini:      [OV] they have --

Qasim:         -- What! No uh, they discovered… yeah, they had marriage traditions --

Alebbini:      [OV] to marry four.

Qasim:         -- of four women, four women, like…I mean almost similar to traditions in the Islamic Religion.

Alebbini:      The state of uh, the state in Brazil was an Islamic state. It was … when they were under siege and such… and it got destroy--destroyed, a Muslim group came [Noise] and created an Islamic State where all people also joined them… similar to the State-- similar to the State Organization, where they created a movement like this and resisted a little where more people joined in and became a unified Islamic State in Brazil which lasted for a period of time.

103

Date of recording:     03/09/2017
Length of recording:   2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:       CCR_0001.wav

CHS:        Man, I have to see that --

Alebbini:   Yeah.

CHS:        --- what did you say it's called? The greatest one hundred?

Alebbini:   The Great H-Hundred uh --

Qasim:      [OV] the Great --

Raid:       [OV] the Great --

Qasim:      Just type in the Great Hundred by Jihad al-Turbani --

Alebbini:   Yes, The Great Hundred and you will see. Oh God! It's a beauty. I have the book which I read in two days because it's very interesting book.

            [Phone ringing]

CHS:        I have to find this book, [Answering phone] *Hello, [UI] Ok,* in a bit.

Alebbini:   What, what's going on?

CHS:        Huh? She called me, I don't know.

Alebbini:   Don't bring anything with you, we have to go.

CHS:        Let me see, ok. Why are you in a big hurry! It's like you have so much to do!

            [Noise]

            [Background voices]

Alebbini:   I don't know what to tell him.

Qasim:      [UI]

Alebbini:   We didn't come here to just eat!

Qasim:      Let's go.

104

Date of recording:    03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:     03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav

| | |
|---|---|
| Alebbini: | Huh? |
| Qasim: | Let's go. |
| | [Background conversation] |
| Qasim: | No, no you don't have to. |
| Alebbini: | Oh! Man we can't eat anymore. |
| Qasim: | By God, this is just too much! |
| CHS: | Man, now worries! Is it because I just walked a little! Let me lose weight! |
| Raid: | Being fat is something to be proud of man! |
| Alebbini: | How much--how much? I want to ask you a question for you're like my brother, I mean how much did you pay for this table and the chairs? How much did you pay for them? |
| CHS: | look at me! |
| Alebbini: | Yeah? |
| CHS: | Man, like I told you that the--the…. the one who does not know anyone-- |
| Alebbini: | Yeah, gets cheated. |
| CHS: | -- gets cheated. I paid about uh… but there was a Cabinet, the China Cabinet is upstairs -- |
| Alebbini: | This one I mean should be uh -- |
| CHS: | -- I paid possibly about uh, 1500 for them. |
| Alebbini: | One thousand five hundred? |
| CHS: | But that was too much. |
| Qasim: | [OV] No, that's their prices back home |

105

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

[Background noise]

Alebbini:	[OV] But it's worth it.

CHS:	Yeah, but-but I want to show you something …now, *I mentioned* that there are many guys from the Gulf States.

Alebbini:	Uh-huh.

CHS:	Now, the guy from the Gulf States comes here to study --

Alebbini:	And when he goes home, he-he --

CHS:	-- when he goes home --

Alebbini:	-- he leaves everything.

CHS:	-- he sells everything.

Alebbini:	Yeah!

	[Pause]

CHS:	So, for example, on *Facebook* there is... I don't know… do you have a *Facebook*?

Alebbini:	I don't have one now. I used to have one but they deleted it for me.

CHS:	It's actually better!

Alebbini:	I downloaded….when it formed in 2014…when the Islamic State began to form, I downloaded two videos supporting it --

Raid:	[Laughing]

Alebbini:	-- they deleted me!

CHS:	[Laughing]

Alebbini:	[UI]

CHS:	[Laughing] you're lucky, they didn't delete you personally!

106

Date of recording:	03/09/2017
Length of recording:	2 hours, 50 minutes
Video file names:	03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:	CCR_0001.wav

Alebbini:        I swear to God man! All of a sudden I found that my name was deleted --

CHS:             [Laughing]

Alebbini:        -- and they said the reasons for deleting it what? Supporting or downloading uh, something to do with supporting terrorism --

CHS:             [OV] Look here--

Alebbini:         -- and I stopped trying.

CHS:             Now on *Facebook*, I don't know…is it Qa--do you have one?

Qasim:           *Yeah*, I have one.

CHS:             You go here, you know about selling and the like, click here this is the uh… but now there is a *group* called Arab uh, *Dayton*.

Alebbini:        Oh!

CHS:             Where did this *group* go so I can get it back?

Qasim:           Place the *group* up there.

CHS:             I will show you now.

                 [Pause]

CHS:             For sale in *Dayton*. When you get here, you find it here. For example, this is a washing machine and a dryer.

Alebbini:        Uh-hum.

CHS:             You know?

Alebbini:        And the dryer.

CHS:             The dryer; this is the uh-uh--

Alebbini:        A bed.


107

Date of recording:    03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:     03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav

CHS:        A bed, furniture is here.

Alebbini:   Um-hum

CHS:        This is a table, [Noise] and whatchamacallit... The thing is... here is a set of couches the prices... I mean you will make an offer; this one wants 170, and I mean, you'll offer him $50.00.

Alebbini:   Yeah.

CHS:        I mean uh, but what's good... why do I prefer that if for example [Cough] [UI], why? Because uh, if you want to buy a used item from someone else... say Americans, Americans raise dogs, they raise [UI]--

Alebbini:   [OV] Yes, [UI]

CHS:        --but those are Arabs and Muslims like us. You know that they are clean in general. I mean--

Alebbini:   [OV] Yes.

CHS:        --praise to God, Muslims are known for their cleanliness--

Alebbini:   Uh-uh

CHS:        --and, and at the same time if you don't want this... if you don't--if you want... would like to get something new, I will take you to an Arab, you know, tell me, and you will choose what you want from the *catalog*.

Alebbini:   The g-g-guys we went to at the *Dollar store,* they have rugs, and those rugs are inexpensive, for $40.00--

CHS:        Yes they have it.

Alebbini:   -- it's a big rug, Raid, he sells it for $40.00... it's a rug, a rug like this one, its price is good.

CHS:        There is what is called... there is a *flea market*--

Alebbini:   Um-hum

108

Date of recording:   03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names:    03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:     CCR_0001.wav

CHS:            --the *flea market* also sells rugs and uh…

Alebbini:       And the prices are like that?

CHS:            The prices are like this and you will choose what you want.

Alebbini:       Man, we walked into a rug store in Virginia; the situation… that guy gave numbers, I mean unheard of numbers, you see [UI], and he gets you qualities and increase the prices. I have [UI] but I don't want to put it on our floor

CHS:            This is because he's close to Chicago--

Alebbini:       Yeah?

CHS:            -- he brings them from Chicago. All of Chicago is like that. There is a store in Miamisburg here, it's *Persian*, uh, which is Iranian. I went to him and I saw the prices, if I had a gun I would have shot him [laughter]--

Alebbini:       By God!

CHS:            --damn him, he wants 20,000 for a rug.

Alebbini:       Yeah.

Raid:           Those Iranians uh, their carpets are *handmade*.

Alebbini:       Yes, *handmade*.

CHS:            By God we cannot differentiate it from this one. So what?

Raid:           Yes but uh, they are of high quality. This one is-is-is machine made, the *handmade*….

CHS:            I mean, I want to step….. .

Raid:           [OV] I swear they have them in Jordan; one time I entered --

CHS:            [OV] When I step on a 20,000.00 one would it be uh --

Raid:           -- [OV] this was our problem, uh--

109

Date of recording:     03/09/2017
Length of recording:   2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:       CCR_0001.wav

CHS:      -- [OV] different for my feet!

Raid:      -- [OV] when you know that the price is 20,000, would you step on it wearing shoes?

Alebbini:      You won't be stepping on it with shoes.

Raid:      You probably won't … perhaps you would hang it on the wall.

Alebbini:      Yes.

Raid:      Correct? But the cost of a rug is 20,000.

Alebbini:      By God, I remember my mother used to bring a rug from … the living area was truly big [Noise], [UI] a rug for 50 dinars, of course after many discounts  price and few fights and going around  three, four stores just to find a rug for 50 dinars. And they would not say that this 50 dinars was the Eid gift--

CHS:      Um-hum

Alebbini:      --from my maternal uncles. Yeah, to buy a rug, you would buy a rug for 50 dinars and you would cover the living room's floor completely.

Raid:      The thing is, praise to God --

Alebbini:      The one that is sold for $40.00 here is a mere patch.

CHS:      [OV] they are thieves, man, thieves.

Alebbini:      [OV] it's a patch.

CHS:      Do you want rugs? If you want rugs, tell me.

Alebbini:      By God I want… frankly because we moved to a house, there was a dog in the house and now I am waiting to work and start --

CHS:      Pray upon the prophet --

Alebbini:      --so I can start bringing a thing at a time.

CHS:      Pray upon the prophet. We will go … do you want to paint, or is it painted?

110

Date of recording:      03/09/2017
Length of recording:      2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav

| | |
|---|---|
| Alebbini: | By God, Destiney says it has been painted but I might paint in some areas. |
| CHS: | [OV] I have the-the *machine*. |
| Raid: | [OV] Perhaps *cousin* you need uh, to look for another, another house in the same area. |
| Alebbini: | [OV] But, I'd have to see what is cheaper. |
| CHS: | [OV] I believe the rent for this house is very cheap. |
| Alebbini: | Yeah, but Destiney says to look in the same area, [Noise] for a house, two bedrooms and-and for the same rent… |
| Qasim: | [OV] Instead of troubling yourself with paint, rugs and with this project, no, take a renovated house… [UI]. |
| Alebbini: | By God, you're right |
| Qasim: | By God the Almighty. Why would you get involved in such a thing -- |
| Alebbini: | It's a lengthy process. |
| Qasim: | Return their house back when you are not thinking of staying there for a long time. |
| | [Noise] |
| CHS: | If-if-if-if, if you find one like this, then it's correct. |
| Alebbini: | Yeah, true |
| CHS: | True, but uh… meaning, *yeah*, find another house and if you want rugs later-- |
| Alebbini: | Because even the electricity is malfunctioning. |
| CHS: | Find another house, and if you want rugs, you need uh, whatever, tell me-- |
| Alebbini: | It's fine |
| CHS: | -- [OV] don't buy anything-- |

111

Date of recording:     03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:       CCR_0001.wav

Alebbini:     Yeah

CHS:          -- [OV] before you tell me.

Alebbini:     Done deal.

CHS:          We will take the *van,* for example, on a Sunday or a Saturday because uh, that's when the *Flea Market* takes place. You can choose what you want and return.

Alebbini:     Uh-huh.

CHS:          We put them in the *van* and we come back. You want uh a s-sofa set, a d-dining set uh-uh whatever. My advice to you is not to buy new.

Alebbini:     I know, I won't buy new, I won't buy new--

CHS:          You know, we'll pick for you --

Alebbini:     -- [OV] I won't buy a thing... this dining table [UI]...

CHS:          [OV] we'll pick it for you [UI]. If you need a *mattress,* we will buy you a new mattress. But we will buy it from *Sears Outlet.* There is *Sears...* a place called *Sears Outlet. Sears Outlet* will sell you the-the 1000 dollar one for 150 or 200.

Alebbini:     Yeah.

              [Noise]

CHS:          You see?

Alebbini:     Yes.

CHS:          We'll find you something like that

Alebbini:     It's-it's uh... the *mattress* the *mattress,* may be by God, the *mattress* is what we need because the mattresses in the house are old and have been slept on...

CHS:          [OV] if you want, tell me and we'll go. The *van,* I mean even... because I have the *van,* you don't have to be burdened by paying *shipping* $50.00 or $70.00...

Alebbini:     Mm-hmm.

112

Date of recording:    03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:     03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav

| CHS: | It's all in the same area. But you do what Raid said; find another house first. |
|---|---|
| Raid: | Yeah, easier. |
| Alebbini: | As for me, when it comes to rugs, that rug is the best brand, the best *quality* perhaps because they don't press on it that it is *handmade* or something and it is thick unlike this one… this one is [UI]-- |
| Qasim: | [OV] I [UI] not easy to clean because [UI] |
| Alebbini: | -- that is if you spill something on it -- |
| Raid: | Yeah, as to its color? Yeah, it is ruined then [UI] |
| Alebbini: | Not for the color, it's because if you spill something uh, color, you would need to uh-- |
| CHS: | As long as you have a carpet cleaner -- |
| Alebbini: | Yeah. |
| CHS: | --it will not be such a big problem. |
| Alebbini: | If one has a carpet-cleaning machine. I know now, I washed the carpet with it. |
| CHS: | I have a carpet cleaning machine uh in the *garage*, and every once in a while they take it to the *garage*, my wife takes it to the *garage* and [UI] [Noise]. I got this one from-from the *flea market*, [Noise] this one and another one like it in the other room there. This one is Saudi. This rug is Saudi. [OV] [UI] It's called… [Noise] but I have had it for almost uh, four years, Nadine. [Noise] [Pause] I think I bought it for $200.00, three pieces. |
| Qasim: | [UI]. That's good. |
| CHS: | I say when… yeah I mean because of Chicago, from Chicago it is different. I don't know what the deal is. Perhaps it is the center where uh, shipping trucks arrive. Those who bring it from Chicago, they bring [UI] and you wonder. I even went to Chicago, I mean you find …. Man, I saw a Quran picture frame and the like, its price… if I wanted to bring it and hang it on uh… I mean there is no wall that fits it, frankly. It's possibly from this door to there. They have house items that are very neat. |

113

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

| | |
|---|---|
| Raid: | An Arabic market, there are Arabs here you can go down to Virginia -- |
| CHS: | [OV] there is …there is…. |
| Raid: | You cannot find such things in the market-- |
| Alebbini: | Yes, there is nothing like this in Virginia. |
| Qasim: | There are no Arabs [Noise] that's why you cannot find what you're looking for. I swear you don't find anything. If it wasn't for… |
| Alebbini: | [OV] [UI] |
| Raid: | In the area that is around us, the closest store [Noise] from where you can buy halal chicken [OV] you have to drive a [UI] [OV] 50 minutes. |
| Alebbini: | Do you have a good bakery here? |
| CHS: | There is uh a bakery in Dayton, there is a bakery close to you, by the way. |
| Alebbini: | Yeah! |
| CHS: | On *Third Street.* |
| Alebbini: | Do they have different types and kinds of bread? Is it a real bakery? |
| CHS: | He sells the thick kind of bread. |
| Alebbini: | That's it? |
| CHS: | That's it. |
| Alebbini: | Does he not sell Arabic bread? |
| CHS: | He is an Arab. |
| Qasim: | He is an Arab. |
| CHS: | What kind of bread you need? |
| Alebbini: | We need… now uh… I don't know. I mean uh…. |

114

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

CHS: For example if you go to the--the-the Yafa store, the one I told you about, may be it is about five minutes away from me here. He has maybe around ten types of bread.

Raid: We went there.

Alebbini: Yeah, we've been to it. Is he the one who makes them, or buys them from the same store?

CHS: No, he buys them from bakeries; there is a bakery in Cincinnati and there is a bakery in uh-in Dayton close to you, and there is a bakery... he buys the rest from bakeries in Michigan. If you would rather something like-like-like the Arabs and like--

Alebbini: No, I-I want to ask you a question. We, in Jordan, we go to a bakery, you pay him a lira or half a dinar, the man will give you a bag that is full of bread; filled to the rim.

CHS: You mean that was ten years ago?

Alebbini: Yeah, yeah. It was ten years ago. But now here in America, you pay three dollars, they will give you four small loaves of bread.

CHS: Yes.

Alebbini: Why is it like that? Doesn't wheat come-come from America [UI]?

CHS: *Yeah*, [chuckles] but labor is expensive.

Alebbini: I mean to the extent that four loaves of bread that I used to sell for a shilling, you'd sell them to me for three dollars?

CHS: This is it, this is it --

Raid: [OV] it's wrong, true?

Alebbini: Really! Man, when you go to buy bread in Jordan, the man gives you bread that would feed the Egyptians--

CHS: -- [OV] The kilo, the kilo...

115

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

[Background noise]

Alebbini:     --feeds... you spread the uh --

CHS:          [OV] the kilo was for eight piasters and the kilo makes five big loaves of bread, real hot.

Alebbini:     --Ah-ha.

CHS:          Those were the days!

Alebbini:     Here in America....

Raid:         [OV] The bread [UI]

CHS:          The oven baked bread or the flat bread.

Alebbini:     They put five breads-five loaves in a tie [OV] [UI]

Raid:         Two dollars, two dollars and 30 piasters [OV] two dollars and 40 piasters.

CHS:          Two ninety nine and they spoil the next day if you do not put them immediately in the fridge or the *freezer*.

Alebbini:     Ok, if I ordered this and showed it to my grandmother telling her that they cost three dinars… I mean

Qasim:        She'll boycott the bread.

Alebbini:     What do you think?

Qasim:        She'll stop eating bread. They will tell you, "No, let's eat meat; it's better."

CHS:          My mother--my mother--

Qasim:        [OV] right?

CHS:          --when my mother came here the first time I took her to an Arab bakery like that and took the bread, she looked and said, no, I will bake [laughs]

Alebbini:     Yeah, of course.

116

Date of recording:     03/09/2017
Length of recording:   2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:       CCR_0001.wav

[Noise]

CHS: [Laughs] why would we bake now?

Alebbini: My paternal uncle bakes bread at his house because of the prices. He buys a flour sack from *Costco*, and his wife bakes at home.

CHS: Yes, there are people...

Alebbini: [OV] she bakes a batch--a batch a week--

CHS: A lot of people are like that.

Alebbini: -- she bakes it and puts them in the *freezer*.

CHS: There are people--

Raid: Yeah... How much do they save?

Alebbini: Save? Man, he will save plenty because the price of a bread here--

CHS: [OV] It depends--it depends how many of you eat bread.

Alebbini: Yeah.

CHS: I mean, for example there are f-families that they need two to three packs of bread. But there is... as an example, as he told you, the Arabs buy the uh, the pack of bread for *2.99*, true? But there is a bakery on *Third Street*, when you go he sells it for *2.99* or *2.49* a pack that has five pieces this big. But there is a bakery on Kiwi, who sells it to you for *99 cents*, Americans, --

Qasim: [OV] A dollar.

CHS: --*pita bread*. They sell white and wheat.

Raid: There is a uh, *Middle Eastern Market*, the one in *Toledo*--

Alebbini: Yeah?

Raid: --yeah, he bakes. He sells the pack of bread for a d-dollar.

117

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

| | |
|---|---|
| Alebbini: | Yeah, that one-- |
| Raid: | For $1.50 each. |
| CHS: | But Kiwi, [OV] is far from you, it is far from where-- |
| Alebbini: | Seven *minutes*. |
| CHS: | --you live perhaps *seven* or *eight minute*. Yeah. |
| Alebbini: | I'll see. I'll see. There is… I'll look into it but I don't know… |
| Raid: | Did you go… Did you go to Dearborn? |
| CHS: | Yes by God. |
| Raid: | Dearborn uh-has nice r-restaurants. |
| CHS: | have you been to it? You didn't go, right? |
| Alebbini: | No. |
| Raid: | Really? We went there but we did not g-go into the city. I went there-- |
| CHS: | [OV] Man, even the police write police in Arabic. |
| Raid: | [OV] I went so many times….Police, police. |
| | [Laughs] |
| Alebbini: | Is Dearborn in Detroit? |
| Raid: | Yes. |
| CHS: | [OV] yeah, when was the last time you went? |
| Qasim: | Last time was perhaps a year and a half ago. |
| CHS: | Yeah, I mean every time you will find something new. |

118

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

| | |
|---|---|
| Alebbini: | Brother, but why in America here… I mean I wonder. I mean we are Arabs-Arabs-- |
| Qasim: | [OV] But there are lots of gangs in Dearborn. |
| CHS: | Yeah. |
| Raid: | Where is this, in Michigan? |
| Alebbini: | -- [OV] our authenticity is Arabic-- |
| CHS: | [OV] Yeah. |
| Qasim: | [OV] Detroit, Michigan, yeah. |
| Alebbini: | -- [OV] our ethnicity is Arab, our language is Arabic and our religion is Islam; that means we are completely different from the American identity, and here's a state that is all Arab police. You will find Blacks, Jews, Hispanics and [Noise] all different things and we in the Arab World, even though we are all Muslims and Arabs, we have the same looks and color, and yet we are in disagreement. But here in America, you put all these kinds, all these types of people, the situation is fine and they are all living together. |
| Raid: | Because people… |
| Alebbini: | [OV] But over in Jordan, you are either Palestinian or Jordanian. |
| Raid: | [OV] uh, why? |
| Alebbini: | [Chuckling] Palestinian or Jordanian. |
| Raid: | [OV] because people here, people are living by law and order. |
| CHS: | No, I-I want to tell you Laith, you are-you right when it comes to this. Where I u-used to live in Amman, [Noise] say, the upper neighborhood were uh-dark-- |
| Alebbini: | Yeah. |
| CHS: | --uh, my in-laws rented the basement to-to Egyptians, uh, another house, I don't know where, was rented to Iraqis. But all of us were one society; all of us pray together during prayers time. Eid is everyone's, we wish each other happy Eid. |

119

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

Alebbini: Yes, [OV] --

CHS: -- [OV] during Ramadan, whether it is an Egyptian or otherwise you break the fast together, you know? You will not see a difference. During a wedding you'll find the-the-the the dark one and whoever is dancing the traditional dance, we join hands with one another and dance.

Alebbini: True.

CHS: Uh-uh, my brother, I have a brother whose name is Ahmad, uh, *he's*... looks like me but with a *darker skin*. But perhaps because you have not worked in areas uh where Black people are, or in white areas. I mean that the Black areas, I worked in Black areas, if a white person comes by--

Alebbini: [OV] A stranger.

CHS: --in the area, they rob him--

Alebbini: Um-hum.

CHS: -- and they beat him and then they let him go.

Alebbini: True.

CHS: Meaning, you are white, what are you here for?

Alebbini: Yeah.

CHS: You know?

Alebbini: If you run into him [UI]

CHS: I mean this thing exists in-in Dayton its name is the *Path*. Uh, as to the churches, you see a church where all are black or a church ... or-or white--.

Alebbini: [OV] Correct.

CHS: -- you don't find the *mix*.

Alebbini: No, there isn't--there isn't--

120

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

CHS:            Impossible.

Alebbini:       Impossible. The blacks have their own church and the whites have their church.

CHS:            *Exactly*, [OV] and even-even their prayers are different. White people's prayers are different than the Blacks.

Alebbini:       Those ones sing and do-do-do something --

CHS:            And their *hallelujah* is like... they do this [Laughs].

Alebbini:       True, true.

CHS:            So-so uh, these things were during my days, uh, now the situation changed as you're telling me.

Raid:           Yeah, the situation now is miserable, it makes you sick.

Alebbini:       In Irbid, we have --

Qasim:          [OV] No, Irbid is gone--

Alebbini:       --when I went to....

Qasim:          --gone, destroyed.

Alebbini:       I mean we did not use to see uncovered girls. I went--there [UI] --

CHS:            Impossible.

                [Background noise]

Alebbini:       -- honestly, it was well known that the percentage of uncovered girls in Irbid and Amman--

Raid:           -- [OV] now, a *boyfriend* in Amman [OV] Amman is... almost every... I mean now each girl has to have a *boyfriend*. And now it is *normal* to find girls that are not virgins.

CHS:            By God!

121

Date of recording:    03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:     03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav

| | |
|---|---|
| Alebbini: | [OV] Yes, yes, yes, yes, yes. |
| Qasim: | [OV] No, no, no, no. |
| Alebbini: | [OV] I swear it is *normal.* I swear it is *normal*-- |
| Raid: | [OV] Man she will not get married… |
| | [Background Noise] |
| Qasim: | [OV] no man! No man! Don't make stuff up; do not mess up with what you're saying… |
| Alebbini: | [OV] Qasim, Qasim, the issues -- |
| Qasim: | --don't make stuff up. |
| Alebbini: | --the issues my brothers, you take them-- |
| Qasim: | You-you man --you go and see [UI]… this man does not go to Irbid or anywhere, he goes to Amman-- |
| Alebbini: | Okay-- |
| Qasim: | -- and stays for a week-- |
| Alebbini: | -- [OV] I agree-- |
| Qasim: | -- [OV] and sees his friends and then returns and judges the entire population-- |
| Alebbini: | Th-th-- |
| Qasim: | --do not be like that. |
| Alebbini: | [OV] Uh, this-this-this is fervor. Let us assume-- |
| Qasim: | Yes, fervor. Yes, but what!-- |
| Alebbini: | [OV] Excuse me-- |
| Qasim: | -- [OV] I mean you're talking now about my hometown, man! |

122

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

| | |
|---|---|
| Alebbini: | -- [OV] excuse me, excuse me; excuse me. [Laughs] All my respect to your hometown, brother. |
| CHS: | [Laughing] |
| Qasim: | [OV] I did not mean a thing-- |
| Alebbini: | [OV] [UI] no, no, no, never mind. |
| | [Noise] |
| Qasim: | [OV] who resides… who resides in our hometown? My sisters and yours, my female cousins and your cousins-- |
| Alebbini: | [OV] Man, with all my respect-- |
| Qasim: | -- [OV] those are the ones reside--residing in our hometown. |
| Alebbini: | With all my respect. My sisters, your sisters and our female cousins. Now these are the females of the hometown… If they are not on the right path, as this one is saying… if some of them are still virgins after ten, twenty years, by God they will not remain like that. [Noise] Meaning, let us suppose that we go the right way, that now…they say this is in Amman and this problem has not reached Irbid, by God, does that mean that the problem will not reach Irbid? No, it's a matter of time. If the situation is not bad yet, if the situation remains the same, ten, twenty years later it will become bad. |
| CHS: | God knows. The Lord says in the Quran; "…and you concoct a plot…"-- |
| Alebbini: | [OV] uh, "… and they plot…" -- |
| CHS: | -- [OV] and they p-p-p- plot and God is the best…" -- |
| Alebbini: | [OV] Correct. |
| CHS: | -- Or, "They plot and plan and Allah is the best of planners". So God the All Knowledgeable knows what will happen. |
| Alebbini: | [OV] what *the outcome* will be. |
| | [Pause] |

123

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

Alebbini:      By God, before I leave…

CHS:           [OV] May God return it [OV] I mean, may religion make a return--

Qasim:         Um-hum, God willing.

Alebbini:      It must.

CHS:           The hope is for religion to make a return --

Alebbini:      God willing.

CHS:           -- because if the religion makes a comeback--

Alebbini:      All of our problems will be solved

CHS:           --all our problems will be solved. When religion comes back there will be sacrifices--

Alebbini:      [OV] Correct.

CHS:           --there will be a cleanup, there will be… --

Alebbini:      It's a must.

CHS:           But there are still people there who still adhere to the religion, frankly.

               [Background noise]

Alebbini:      But they are few, by God they are few and also all people are standing against them. People are standing against the religious. Ilham Shahin and 'Adil Imam --

CHS:           [OV] it's possible, Laith… I mean it is possible that there are people who had to hide t-their religion and to--

Qasim:         [OV] So that [UI]

CHS:           [OV] -in order to protect themselves or in order to …

124

Date of recording:      03/09/2017
Length of recording:    2 hours, 50 minutes
Video file names:       03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:        CCR_0001.wav

Alebbini: [OV] But the one that hides [Beep], the one that hides, the one that hides his religion in order to protect himself, this one is not helping the case, the responsibility will be on him. Meaning, for example now we are...

CHS: [OV] But there is the *follower* and there is the *leader*.

Alebbini: *Exactly.* Now we are --

CHS: *Okay,* when a *leader* comes, you for example, when they said, I am the *leader* in the Islamic State, all people were rushing for it. True?

Alebbini: Good.

CHS: And quickly people became... and [Noise] and as you've seen, they took Mosul and they took and took... meaning the people rushed--

Alebbini: Correct

CHS: -- because they found a *leader*.

Alebbini: Correct

CHS: But when it comes to Amman, who is your *leader*?

Alebbini: King Abdullah.

CHS: Someone will come--

[Laughing]

Alebbini: By God the Almighty. By God, I mean that's it.

CHS: Someone like the-the-the-the ones who started saying and cheering for, Noah Qudah--

Alebbini: Yes, Noah Qudah.

Raid: Noah Qudah.

CHS: --and once he got to the parliament, he did nothing.

125

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

Alebbini:       Uh- that's what I am saying, that--

Raid:           [OV] No, but he took-took- he did take good stands at the same time.

CHS:            [OV] He took his stands...

Alebbini:       [OV] this is talk, talk. It's all talk, brother. It's all talk

Raid:           No, no. It's not all talk brother.

Alebbini:       [OV] By God… people--

Raid:           You talk too much.

Alebbini:       -- [OV] by God, if I now go and make a speech and tell you that the king this and this and the like--

Raid:           [OV] Man, there are people --

Alebbini:       [OV] and when I return to Jordan I will [UI].

                [Background noise]

Raid:           There are people who do not say such things.

Alebbini:       Words are not the criteria man, Raid. I am telling you that the scholars…

CHS:            Do you want to tell me that he speaks without having the stamp of approval [Noise] from the Intelligence Services before he speaks?

Alebbini:       He has his limits, he has limits. They possibly tell him….

CHS:            To begin with, they probably tell him what to say.

Alebbini:        But he of course --

CHS:            Because they are s-s-saving him for future to use him in a way…

                [Background noise]

Qasim:          Was he associated with the Muslim Brotherhood?

126

Date of recording:      03/09/2017
Length of recording:    2 hours, 50 minutes
Video file names:       03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:        CCR_0001.wav

CHS: Huh?

Qasim: Is he from the Brotherhood?

CHS: By God, I don't know. Man, there isn't a Brotherhood party anymore. Didn't they dissolve it man and created another party?

Alebbini: They ended it, they ended it, and they ended it.

CHS: And they sold it and made-made it a story.

Alebbini: [OV] they made it, they made it a Brotherhood... what did Jordan do with the Muslim Brotherhood? [Clearing throat] It made another Muslim Brotherhood.

[Laughs]

CHS: Man, let say this is Laith--

Alebbini: Yeah.

CHS: -- this is Laith and that's it. You are Laith.

[Laughs]

Alebbini: Yes.

CHS: And that's it for you--

Alebbini: No, no. What did they do?

CHS: --and you want... we want... Laith, we want to buy all the-the-the... what kind of m-merchandise do you have?  Give us your money and there you go. [Background noise] That's what they do.

Alebbini: [OV] they made... they brought the Muslim Brotherhood, and they brought a different organization consisting of five guys, like this and told them you are the Muslim Brotherhood, and they put these in jail. It became better than the image of the Muslim Brotherhood.

[Background noise]

127

Date of recording:    03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:     03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav

| | |
|---|---|
| Raid: | [OV] I brought [UI] |
| | [Laughs] |
| CHS: | [OV] they told them; "You are not licensed." |
| Qasim: | [OV] this is a good one; "you're not licensed" |
| CHS: | [OV] "You're not licensed" |
| Alebbini: | That's it, the rest is not a [UI]. That's Muslim Brotherhood. |
| CHS: | It's such an evil thought, even the devil could not think of this game. |
| Alebbini: | Do you have Muslim Brotherhood? Yes we have Muslim Brotherhood. |
| CHS: | It's not just that. They also transferred their possessions to the …. |
| Alebbini: | Yes, they confiscated their possessions and whatchamacallit, and-and- |
| CHS: | [OV] No they did not confiscate it-- |
| Alebbini: | -- [OV] put some in prison -- |
| CHS: | -- Based on the fact that you are not a Brotherhood, and you became a Brotherhood, you are the Brotherhood that we want, so the property became automatically... |
| Alebbini: | Yes true. Uh-the headquarters, the headquarters seems to … |
| CHS: | [[OV] The headquarters [UI] too, yes. |
| Alebbini: | [OV] Sure, true. It happened, they transferred… [Background noise] they transferred them to the [UI] |
| Qasim: | You're losing it! |
| Alebbini: | By God the Almighty *cousin*, [laughing]. |
| Qasim: | [UI] money. |

128

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

Alebbini:      Man, uh but the… I mean, I swear by Almighty God when one witnesses the corruption of the rulers is sort of not… what is happening in our countries is not logical. I mean, you see the American [UI] not like that in their country. This person, as we say, excuse me, he is coming to leave… and rob before he runs away; it is not like he's here to stay. Meaning, there is a difference between me saying that I want to come to America, live all my life in America, build in it and accomplish things, and saying I am coming to America to work, save money and go back. The young men c-come into Jordan and once they are appointed in a position [UI]….

CHS:           [OV] those who are holding the office what… where uh… they all have dual citizenship--

Alebbini:      [OV] Yeah, his father would be what!

CHS:           -- [OV] it's either a Canadian one or an American, their children don't study in Amman.

Alebbini:      [OV] He'll start selling …

CHS:           [OV] their children study in-in-in… I mean, finish until High school in American schools there and then they come and finish here.

Alebbini:      [OV] only the Crusaders.

CHS:           [OV] They come and finish here.

Raid:          [OV] so that he would be qualified to take over his position.

CHS:           Yes.

Alebbini:      Saint Andrews Base…

Qasim:         [OV] The son of a Minister becomes a Minister.

Alebbini:      [OV] The base of uh King Abdullah, a graduate of Saint Andrew's Base in California or wherever it is, trained in Britain, they are graduates of uh… We all know that Saint Andrews Base is where the rulers graduate from. By God, I was showing them a video the other day about uh-uh about the Muftis of Jordan; the Muftis of Jordan, the Ministry of Endowment --

129

Date of recording:     03/09/2017
Length of recording:   2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:       CCR_0001.wav

CHS: Um-hum

Alebbini: --they come to America… the ones in the army, By God Qasim, what is the name of those in the army? The Sh-Sheikhs in the army, those that are Muftis in the army?

Qasim: Mufti.

CHS: [OV] Mufti of the army.

Alebbini: [OV] Mufti? The Mufti of the army. All the Muftis of the Jordanian Army come to take courses in America, they fight the *propaganda* and the media against the Islamic State. They say that it is true that these are new but in a while they will become the leaders; the Muftis of the Jordanian army. These are important, once we have them we need to hold to them. The Americans spend on them and… Mufti! The man is an Imam not uh… They spend on them… soon they'll place them …

Qasim: [OV] Stars and uh….

Alebbini: They honor them and uh, they graduate from America.

Qasim: Yes, by God, I saw them.

Alebbini: Yeah. I showed it to him …

CHS: [OV] Just like the dammed who is with the-uh-uh the Israeli Army Avichay Adraee, when he offered congratulation to uh the Muslims in Ramadan. Have you ever seen this video? I mean, I said that's it, he's going to lead the sunset prayers, that was the first day

[Laughs]

Raid: I saw him on *Facebook*.

CHS: Damn him, man.

Qasim: What did he say?

CHS: Damn him, what did he say? It's as if he is a Sheikh. I want to show it to you.

130

Date of recording:      03/09/2017
Length of recording:   2 hours, 50 minutes
Video file names:        03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:        CCR_0001.wav

| | |
|---|---|
| Alebbini: | *Destiney* has a phone Qasim gave her. It needs to be *unlocked.* She wants me to ask... to ask Mike... |
| CHS: | With what company? |
| Alebbini: | By God, I do not know. |
| Qasim: | [UI] *account [UI]* |
| Alebbini: | I do not know! [UI] |
| CHS: | Is it a *Google account lock*? What kind is the telephone? |
| Qasim: | *Galaxy S7*, it just needs the box. |
| CHS: | Bring it so I can try. Whatchamacallit... *YouTube*. |
| Alebbini: | [UI]. I want to get some rest. We ate too much, I am about to blow-up. |
| CHS: | By God, I was going to get the hookah but the uh..., I found out that the glass of the [UI] is broken. But by the summer, the man would be m-married and we will uh-- |
| Alebbini: | Yeah. |
| CHS: | --we will have hookah. |
| Raid: | I hope we'll have another chance to get together if not here, then in the homeland, God willing! |
| CHS: | God willing! |
| Alebbini: | The man does not want to go back home now. |
| CHS: | I can't return. |
| Alebbini: | [OV] I hope that the Islamic State comes, when it exists, it smites king Abdullah's head off, and goes and frees Palestine. The situation will revert to be fine, good. |
| Qasim: | Good willing! |

131

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

Alebbini:      God willing!

CHS:           I will go to uh Latakia [laughs]

Alebbini:      [Chuckles] By Almighty God--

CHS:           [Chuckles] I love the beach, I love the sea.

Alebbini:      --and then, do you do know what will happen when Jerusalem returns? Because Palestine and Jordan are between desert and water? Because all Muslims from around the world… it is well-known in Sunnah uh-uh…. Our Prophet Muhammad said what man, people from around the world in the old days used to come, for example from Indonesia, would arrive to Mecca, [background noise] must go to Jerusalem to pray at al-Quds Because you are almost there. Imagine, all these Muslims who are performing Haj and 'Umrah, going to Palestine after they finish their Haj and 'Umrah [background noise] to pray in Jerusalem and from Jerusalem they go back to their homelands. That is what people used to do in the past.

CHS:           They want to pray at the three mosques--

Alebbini:      [OV] pray

CHS:           -- [OV] Medina mosque and the mosque of--

Alebbini:      -- [OV] they pray at the three mosques, that's right.

               [Audio plays in background]

               Do you have *Dish*? How much do you pay for this *dish*?

CHS:           This one is only for the-the *local-local* but I have the Arabic… its *remote* [Mumbling]… I keep…

Alebbini:      [OV] Are you sure they do not charge you money for it?

CHS:           No, they charge me money.

Alebbini:      So man why? You do not need it.

132

Date of recording:    03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:     03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav

CHS:            [OV] By God, I don't need it but I figured --

Alebbini:       [OV] then cancel it!

CHS:            -- [OV] I am planning to cancel it because I want to get this *fire stick* --

Alebbini:       Yeah.

CHS:            --*fire stick*-uh-there is a p-program uh, if I sit with you one day, I will show it to you… I will show you the program and then you would buy the *fire stick* for 30 dollars and do *unlock* the *code* uh-for-for uh--

Qasim:          [OV] Yeah, we had it in Georgia.

CHS:            --you set it up and it will get you [OV] all of the channels--

Alebbini:       Yeah.

CHS:            -- and you sell it for a hundred dollars, jack up the price and you will sell it like hot cakes. I'm going to start doing this because no one does it here now--

Qasim:          [OV] There's lots of it in Georgia.

CHS:            I am going to start doing it. I plan-plan to start doing it because this is not worth anything this--this *Dish Network*.  But I have this, do you see the device, it brings Arabic.

                [Audio plays in the background, Holiday greetings]

                The Jewish Army. The Jews.

Alebbini:       Is this the Jewish Army?

CHS:            Yes.

                [Audio continues playing in background]

                [Laughs]

Alebbini:       [OV] I know that son of a bitch, he used to come [UI]

133

Date of recording:   03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names:    03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:     CCR_0001.wav

CHS: [OV] [Laughs] I told you, Avichay Adraee

Alebbini: [OV] Yes, I know that guy.

CHS: He made breakfast for the uh...

[Audio continues playing in background]

[Laughter]

Qasim: You look Jewish, from your nose.

CHS: [UI]... [Laughs]

Alebbini: You're the love of my heart, he's worried about me.

[Audio continues playing in background]

[Laughs]

Raid: This one--I-I want to go club him.

[Laughs]

CHS: [Coughs]

[Audio continues playing in background]

Alebbini: By God, he persuaded me.

CHS: I was telling you, he was about to pray the sunset prayer that day.

Alebbini: No...

CHS: [OV] He was the Imam!

[Audio continues playing in background]

[Laughs]

134

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

[End of audio message]

CHS: And you are telling me that they come to learn the-uh-uh…

Alebbini: By God, do you have this over here?

CHS: It's on *YouTube.*

Alebbini: Yeah, on *YouTube* I just w-want to show you a video --

CHS: Avichay Adraee… uh, damn him.

Alebbini: -- I w-want to show you a *video* about the State...

CHS: [OV] you are telling me they g-g-go… why do not they go by him then? Why do they take a 13 hour flight?

[Laughs]

Alebbini: By God, I want to go--I want to go... I want to go to him.

CHS: We go to take courses from him.

[Laughs]

Qasim: But it is far.

CHS: And we tell them that we are the uh-uh *guess uh*--

Alebbini: This video--

CHS: -- [OV] we will tell him *guess what,* we are the terrorist organizations. [Chuckles]

Alebbini: This is -- this is a video -uh, I watched, but I could frankly say, I did not-did not-did not understand it. I would like, I would like us to watch it together. Watch it! Uh, how does it show over there [UI]?

CHS: Just click the-the uh….

[Noise]

135

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

| Alebbini: | This video is, I mean, I mean it is one of the videos that made me doubt about them. |
|---|---|
| CHS: | But what is the "Halab" channel? |
| Alebbini: | This channel uh…. [Pause] But I mean they have frightening looks, they incite fear in the heart-- |
| | [Background video about the Islamic State] |
| CHS: | [Laughs] When someone is fighting and dust and the like… [Laughs] |
| | [Pause] |
| | [Video continues to play] |
| Alebbini: | He's mentioning the ten readings. [Pause] *master* in reading the Quran. |
| | [Pause] |
| CHS: | I mean, he speaks logic. |
| | [Video continues to play] |
| | What's the uh…. |
| | [Pause] |
| Alebbini: | Perhaps they are distributing to people! |
| | [Pause] |
| CHS: | Prayers be upon him. |
| | [Pause] |
| | [Video continues to play] |
| CHS: | By God, I once saw a competition he did for the children that are uh-uh-- |

136

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

Alebbini:        Yeah.

CHS:             --I mean the Quran and the like, that-that … I mean they are not--are not from those extremists--

Alebbini:        [OV] no, no.

CHS:             -- as they say, as such. I mean they like joy and like the uh….

                 [Pause]

                 [Video continues to play]

Alebbini:        On whose expense is the Hijab?

                 [Pause]

CHS:             Huh!

                 [Video continues to play]

                 [Pause]

CHS:             Seriously, I mean, notice, it is a war situation, and what happens and uh, and s-still, I mean, they are making-making a *difference*. They make, they make a s-s-s-uh-uh I mean something good for people.

Alebbini:        They go in to capture them right after bombing.

CHS:             And if someone uh dies; a martyr.

                 [Pause]

                 [Video continues in the background]

                 There is no god but God. I mean they educate people; it is not a matter of uh…

Alebbini:        [UI] people's opinions.

                 [Pause]

137

Date of recording:     03/09/2017
Length of recording:   2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:       CCR_0001.wav

[Video continues to play]

Alebbini:     [UI]

              [Pause]

CHS:          There is a court.

              [Video continues to play]

Alebbini:     You place gold in the street, and no one picks it up.

              [Pause]

              [Video about the Islamic State continues to play]

Alebbini:     A true [UI].

              [Pause]

CHS:          This is humiliating, that is unlawful.

              [Video continues to play]

Alebbini:     Bayt al-Maqdis joined The State.

Raid:         Really?

Alebbini:     Bayt al-Maqdis in uh Palestine. It joined The State. They pledged allegiance to
              the Caliph.

              [Video continues to play]

CHS:          A new generation.

Alebbini:     A new generation.

              [Pause]

138

Date of recording:    03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:     03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-
                      2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-
                      2017.007.avi, 03-09-2017.008.avi
Audio file name:      CCR_0001.wav

Qasim:  Like the Lord of the people said: "Unless ye go forth, He will put others in your place." "God will punish you and put others in your place"

[Video continues to play]

CHS:  When it is someone's time, he is dead any way. You either die with honor and dignity or dishonorably.

Alebbini:  But I am not sure, brother, if this is right, or if what we see on the media is right? What is the solution, brother? We see these people are on the side of the truth--

CHS:  [OV] the truth is--

Alebbini:  -- [OV] the media is something and they tell you….

CHS:  -- [OV] your heart--what is your heart telling you? Your heart first and logic. Those are uh-mobilizing on the earth, what do they want? What is their desire?

Alebbini:  For God.

CHS:  Do you not see their interest for-for-for uh--

Alebbini:  [OV] The guy's meeting with Bush.

CHS:  --oil or…here he is.

Alebbini:  Here he is.

CHS:  Do you see anyone putting their hands together with uh….

Alebbini:  No, he is an unbeliever [Noise]

[Video continues to play]

CHS:  There you go; he is answering you.

Alebbini:  Yeah.

CHS:  He is responding to your question, Laith

139

Date of recording:  03/09/2017
Length of recording:  2 hours, 50 minutes
Video file names:  03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:  CCR_0001.wav

Alebbini:     By God, he is telling you here.

[Pause]

Alebbini:     This was when they cut across the border.

[Pause]

CHS:          You see, it is because they found uh-f-found a leader.

[Pause]

CHS:          Because people are suffocating.

Alebbini:     Yes.

Qasim:        Ma'an pledged allegiance to them. They pledged allegiance to them in Ma'an, but uh they burned Ma'an.

Raid:         Because uh it has [UI], the Jordanian army.

Alebbini:     [OV] and also they arm the-the clans, The State arms people. I mean that is it… kid, anyone who wants to be armed intentionally; it will provide him with arms.

[Video continues to play]

Alebbini:     He was smiling to the State supporter, but with people…with other people, he has a frown [Laughs.] There is no truce!

[Pause]

Alebbini:     These are the mujahedeen, they say, as such. [Pause] By God, honorable people [Laughs] Looks like uh… I mean, what you see are people that are better than King Abdullah a-and his grandfather.

CHS:          I mean, what do they want?

Alebbini:     [UI]

CHS:          By God, seriously, if you watch the-the-the-the channels that uh --

140

Date of recording:      03/09/2017
Length of recording:    2 hours, 50 minutes
Video file names:       03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:        CCR_0001.wav

Alebbini:       [OV] [UI]

CHS:            -- [OV] but no you… what the uh, other Arabic channels say? They say that this is for the sake of women--

Alebbini:       [OV] Terrorists.

CHS:            -- [OV] they take salaries and they do whatchamacallit--

Alebbini:       [OV] Terrorists.

CHS:            -- [OV] and for temporary marriages but …. [Sigh]

Qasim:          What did we say!

Alebbini:       In any case, God willing, I uh… I was thinking to myself the other day, how did the Arab armies--the Arab armies serve the Arab Nation?

CHS:            Nothing.

Alebbini:       Have they liberated Palestine? Have they fought or resisted or did something… achieved something for the State?

CHS:            They protected Israel.

Alebbini:       On the contrary, and let us assume that it didn't protect Israel; we are permitting them; protect Israel, but then why do you massacre us? Didn't they massacre people too?

CHS:            This is because by protecting Israel--

Alebbini:       uh--

CHS:            --they are massacring people.

Alebbini:       Uh--by God, I do not know, my brother.

CHS:            [OV] I mean, uh, the hunger in Egypt [Cough] and the hunger in Jordan is to make sure that people would not even think [Noise] a-a-about something called Palestine.

141

Date of recording:      03/09/2017
Length of recording:    2 hours, 50 minutes
Video file names:       03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:        CCR_0001.wav

| | |
|---|---|
| Alebbini: | Uh-um. |
| CHS: | As you said before, the uh, I mean that the one who prays in Medina and Mecca used to pray in Jerusalem-- |
| Alebbini: | [OV] In Jerusalem. |
| CHS: | -- and people's thoughts were that I want to pray in Jerusalem. Now you find a traveler-- |
| Alebbini: | [OV] He is going anyway. |
| CHS: | --now no one thinks about-- |
| Raid: | Now they pray close to-- |
| CHS: | -- [OV] such a thing. |
| Raid: | [OV] home, at a mosque near home, one prays at that |
| Alebbini: | -- [OV] no [UI], when it is returned, when it is returned. |
| CHS: | Now, no one even thinks about these things. |
| Alebbini: | Do you watch Bassam al-Jarrar? |
| CHS: | No by God, I do not watch it. Uh-uh-- |
| Alebbini: | [OV] we messed up your -- |
| CHS: | -- [OV] I want to put for you a plate |
| Alebbini: | -- [OV] we messed up your home real bad. |
| CHS: | If one hears you one would think that we were chasing after each other. I want to put a plate for you. |
| Alebbini: | [OV] uh-that is it… there is no need |
| CHS: | No because it is not in uh…. I know there is no need but uh you did not eat. |

142

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

| Alebbini: | By God, we ate…we ate a lot. |
|---|---|
| CHS: | I mean it is not right uh-uh… |
| Qasim: | [OV] we're full, full… by God, your food was more than enough. |
| | [Background noise] |
| CHS: | *Destiney* my love! |
| Destiney: | *Yeah.* |
| CHS: | *Are you getting ready?* |
| Destiney: | *Yeah.* |
| CHS: | *We're getting ready to leave.* |
| Qasim: | May God keep the grace flowing. |
| | [Background noise] |
| Alebbini: | Look, I was watching. Some tell you the terrorists, the whatchamacallit, so I ran across this video and I watched it. Brother, it is as if this video uh… because especially that man said…. Brother, people's testimonies… when you watch people's testimonies-- |
| Qasim: | [OV] But *cousin*, there are also some prophetic hadiths that tell you about the people-the people-- |
| Alebbini: | Sedition? |
| Qasim: | --about the people-the people who were brought about-- |
| CHS: | That one no, this is not a hadith. Hold on for a second, that's-- |
| Qasim: | [OV] this is…. |

143

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

CHS: --the one that tells you about a group of people will come out with black turbans and er... black and ... this is not... these are the Shiite. I--I want to tell you, I mean read it well. Go to the *Internet*.

Alebbini: Um-hum

CHS: He does not tell you that the prophet said this, they say 'Ali Ibn-Abi-Talib--

Alebbini: [OV] 'Ali Ibn-Abi Talib, yes.

CHS: Okay, did 'Ali Ibn-Abi Talib know the unknown?

Alebbini: No.

CHS: Did the divine inspiration come to him?

Alebbini: No.

Qasim: [OV] No.

CHS: Okay

Qasim: This means [UI].

CHS: This one, this one, I was suspicious about, and when I looked at it, unfortunately, I found out that the whole subject says uh, 'Ali Ibn-Abi-Talib, not the prophet--

Alebbini: Correct, *yeah*

CHS: --and this hadith is not authentic and not ... This has become our dilemma, anyone says nowadays that this is a hadith and people would believe it.

Alebbini: And we don't know, we don't know.

Qasim: There is no background.

CHS: This is the problem. Can I fix you a Salad plate?

Qasim: [OV] No, no, no, no.

144

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

Alebbini:     [OV] No, that's it, that's it, it's enough

CHS:          Come on, please, take more Salad.

Alebbini:     No, I mean…if it is…

CHS:          [OV] Perhaps it is not….

Alebbini:     [OV] is it that you don't like it, or is there too much?

CHS:          Man, you can see the girls uh, they are too young, and uh… They are too young and uh--

Alebbini:     -- and don't eat much.

CHS:          [OV] they do not eat.

Alebbini:     [OV] May God give them health and help you. Amen.

CHS:          I mean they do not eat such stuff.

              [Noise]

CHS:          And other than that, this is not the issue we did uh… you didn't eat, I thought we will finish all of that.

Alebbini:     Is there a-uh-Hookah store around here where you can smoke inside the store?

CHS:          There is--

Alebbini:     [OV] we want--

CHS:          --yeah, there are, but if you go there uh…I went there once and I found uh [Short pause] Filth.

Alebbini:     They put a dancer?

CHS:          It's not about the dancer. You find some of the-the Arab guys bring their girlfriends and start dancing … I mean, nonsense.

145

Date of recording:     03/09/2017
Length of recording:   2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:       CCR_0001.wav

| | |
|---|---|
| Alebbini: | Uh- by God, it's just so we can get together in the evening and talk about politics freely…just to get together like this or as such… |
| CHS: | Go to the-the-uh- whatchamacallit, an Arabic Café? |
| Alebbini: | Yes? |
| CHS: | So we can talk like this? |
| Qasim: | Yes, |
| CHS: | So we would not… would not return home! |
| | [Laugh] |
| Alebbini: | Oh yeah, you're right. By God, you're right. |
| CHS: | Where are you going? *Where are you going?* |
| UC: | *I eat Mango.* |
| Alebbini: | [OV] *Call-Call Destiney let Destiney come. Tell her--tell her we're ready…* |
| CHS: | [OV] *call Destiney.* |
| Alebbini: | Let's go. Are you going to sleep already? |
| UC: | *I eat Mango* |
| CHS: | This is Bisan. |
| Alebbini: | The one is Bisan? |
| UC: | *I eat Mango.* |
| CHS: | You ate Mango? |
| | [Background noise] |
| Alebbini: | May God bless and reward you. |

146

| | |
|---|---|
| Date of recording: | 03/09/2017 |
| Length of recording: | 2 hours, 50 minutes |
| Video file names: | 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi |
| Audio file name: | CCR_0001.wav |

| CHS: | Bon appetite man-- |
|---|---|
| Alebbini: | -- [OV] May He bless you. |
| CHS: | [OV] God willing, it was our honor. |
| Qasim: | [OV] the honor is ours [UI], God willing, right? |
| CHS: | I'm telling you, they say it will snow tomorrow. |
| Alebbini: | God bless. |
| CHS: | It's depressing. |
| UC: | [OV] *Dad--* |
| Alebbini: | Oh yeah, yeah. |
| UC: | *I need* dad. |
| CHS: | Good bye. |
| Alebbini: | Good bye. |
| CHS: | If you want uh-- |
| UC: | *Dad.* |
| CHS: | Yes baby… uh-huh, go inside. If you want, for the rug and the like, let me know, Okay? |
| | [Background noise] |
| Alebbini: | Done, God willing. |
| CHS: | We will go together and bring it together. |
| Alebbini: | God willing, God willing. |
| | [Pause] |

147

Date of recording:     03/09/2017
Length of recording:   2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name:       CCR_0001.wav

Okay, peace be upon you.

CHS: [OV] when the weather gets better--

[Background noise]

Alebbini: Yeah.

CHS: -- [OV] you know? We will meet, sit and will-will have a hookah and the like.

Alebbini: Yeah, God willing

CHS: I mean do not…. I have nothing to do… I have nothing after six.

Alebbini: That's it then. God willing, we will…

CHS: [OV] we will stay up late at night and get together.

Alebbini: God willing.

CHS: May God keep you safe. Go inside.

[Noise]

[Pause]

UC: *I'm going downstairs.*

[End of recording]

[End of Translation]

---

148

Date of recording: 03/09/2017
Length of recording: 2 hours, 50 minutes
Video file names: 03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-2017.007.avi, 03-09-2017.008.avi
Audio file name: CCR_0001.wav

149

Date of recording:     03/09/2017
Length of recording:   2 hours, 50 minutes
Video file names:      03-09-2017.001.avi, 03-09-2017.002.avi, 03-09-2017.003.avi, 03-09-
                       2017.004.avi, 03-09-2017.005.avi, 03-09-2017.006.avi, 03-09-
                       2017.007.avi, 03-09-2017.008.avi
Audio file name:       CCR_0001.wav