UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION



**FBI TAMPA**
5525 West Gray Street
Tampa, FL 33609

| | |
|---|---|
| File Number: | 415F-CI-2127744 |
| Requesting Official(s) and Office(s): | SA Michael J. Herwig (CI) |
| Task Number(s) and Date Completed: 8/23/2018 | 875229.851887.861510, Request ID 747191.OR |
| Name and Office of Linguist(s): | LA. Fadi Skaf (TP) |
| Name and Office of Reviewer(s): | CL Hanan I Mouri (LV) |
| Source Language(s): | Arabic |
| Target Language: | English |

Source File Information
    Video File Names

03-12-2017.001.avi, 03-12-2017.002.avi,
03-12-2017.003.avi, 03-12-2017.004.avi,
03-12-2017.005.avi

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

GOVERNMENT
EXHIBIT
3c 1
CARDELS 800-783-0399

ALE-00027629

# VERBATIM TRANSLATION

Participants:

| | |
|---|---|
| Confidential Human Source | CHS |
| Laith Alebbini | Alebbini |
| Qasim Ababneh | Qasim |
| Raid Ababneh | Raid |

Abbreviations:

| | |
|---|---|
| [ ] | Translator's Notes and exegeses |
| *Italics:* | *Spoken in English* |
| [UI] | Unintelligible |
| [OV] | Overlapping conversation |
| [SC] | Simultaneous conversation |
| *[Sic]* | Stated as is |

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027630

**[Beginning of Session 03-12-2017.001.avi]**

[Radio playing while driving]

[Unintelligible background voices]

UM:        Peace be with you.

CHS:        The table I'm going to sit at, over there, I'll pay the check for it.

UM:        What?

CHS:        I'm going to sit at the table over there with the guys.

UM:        Aha--

CHS:        Just give me the check. Don't let anyone pay it.

UM:        No problem.

CHS:        If anyone goes to pay, just tell them it's paid for already.

UM        [UI]

[Pause]

CHS:        Peace be upon you.

UM:        And upon you too.

Alebbini:        If it's too hot for you here, please sit over here.

CHS:        No, man! What do you mean too hot? I almost want to hug it.

Raid:        [laughs] He says it's hot; he says!

Alebbini:        We were going to hug it.

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027631

[Noise]

CHS:        Have him bring us another one.

Qasim        You're used to the cold here.

CHS:        Who's used to it?

Qasim:        You. The guys from [UI] man!

[Unintelligible non-pertinent background conversations]

CHS:        This is going to make you laugh. I went to…uh…to Florida one time. It was winter time, in December. The ocean there…the temperature was around 70 to 65.

Alebbini:        The temperature in Florida is nice.

CHS:        It's nice, but 50 to 65 degrees, is cold for them.

Alebbini:        Yes.

CHS:        They're used to a temperature of 90 and up.

Alebbini:        Yes.

CHS:        So when I arrived, it was in the minus-minus here. [Background noises] I got there, the girls and I went swimming in the ocean. People were looking at us as if we were crazy. As far as we were concerned--

Alebbini:        [OV]--sixty five is high, it's nice there.

Qasim:        Do you know how far it was from us when I was in Macon?

Alebbini:        How far?

Qasim:        Two hours.

Alebbini:        Florida?

Qasim:        Yeah.

2

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027632

| | |
|---|---|
| Alebbini: | I've been there, it's beautiful. |
| CHS: | What's [UI]? |
| Qasim: | I was in Macon, Georgia. |
| CHS: | In Georgia? |
| Qasim: | It was two hours away from me. |
| CHS: | Yes, Georgia's not far. |
| Qasim: | It was two hours away from me and I had a young man working with me from Florida [Noise]. He's in Florida now, he worked with me. |
| [Noise] | |
| CHS: | Florida is nice, man. *I love it.* |
| Alebbini: | This restaurant, does it have a good business? |
| CHS: | Which one? |
| Alebbini: | This one. |
| CHS: | Actually it's not uh-uh that good. The other one is better. |
| Alebbini: | Are these three stores for the same people? |
| CHS: | Yes. |
| Alebbini: | The same guy? |
| CHS: | This one is for a...uh...this one is for [whispers] an Iraqi Shi'ite. |
| Alebbini: | Yes. |
| CHS: | Shi'ite. You can say before anyone else opened in the area, they were in the business and were slamming the people with the prices and-- |

3

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027633

Alebbini:     [OV]--yeah--

CHS:          [OV] --and ripping people at the *cash register.*

Alebbini:     Yes.

CHS:          For example, you would buy an item, he would charge you five, six or ten dollars.

Qasim:        Hitting hard, hitting hard.

CHS:          Just like that…people didn't like it, but they had no *option, no option.*

Alebbini:     Yes.

[Noise]

UM:           [UI]

CHS:          Praise be to God. I want…the…the…*lemon* with *mint. Hookah lemon and mint.*

UM:           *Lemon and mint?*

CHS:          Yes.

UM:           Do you want a regular top or a pineapple top?

CHS:          Just a regular top--

Alebbini:     [OV]--and what are you doing to it?

CHS:          Excuse me, and Arabic coffee.

UM:           Okay.

CHS:          Or no, no. Don't you have something like *cappuccino* or whatever you call it?

UM:           *Milk shake.*

CHS:          What?

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027634

UM:        *Milk shake*

Qasim:     *Milk shake.*

CHS:       *Milk shake?*

UM:        Yes.

CHS:       No man. Then it's regular coffee [laughs]

UM:        Regular coffee?

[Background voices]

Alebbini:  Abu-al-Qays?

Qasim:     I will take a *milk shake* and I want uh--

UM:        [OV]--which *milk shake* would you like?

Qasim:     --milk.

CHS:       The *flavor.*

UM:        There's *vanilla, strawberry* and--

Qasim:     [OV]--don't you have milk?

Alebbini:  Yeah, it comes with milk--

Qasim:     [OV]--I know that but I want milk. I mean plain milk.

UM:        Then it's *vanilla.*

Qasim:     *Vanilla, vanilla.*

[Background voices]

Qasim:     What are you getting?

Alebbini:  I say we should get--

CHS:       [OV]--and bring *cashew* and honey for the groom [chuckles]

5

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027635

[Laugh]

Raid:       *Mango juice.*

UM:         *Mango juice.*

Raid:       That's honey, but the good kind.

[Laugh]

Qasim:      Those will [UI] in town.

Raid:       You know, there's no time.

[Unintelligible conversation between the men and CHS]

[Laugh][Cough]

Alebbini:   With sage.

UM:         We don't have sage.

[Cough]

Raid:       Just regular tea?

Alebbini:   I don't want regular tea. Okay, uh… I want a *double a…double apple* Hookah--

UM:         Okay.

Alebbini:   And uh--

CHS:        [SC]-- I saw a *video* how they test to see- -

Alebbini:   [SC]--*double apple and mint.*

CHS:        [SC]--if the honey is fake or not.

Raid:       [SC]--try it.

6

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027636

Qasim:       [UI]

Alebbini:    [SC]--yeah, you have the *double apple and mint.*

CHS:         [SC]--so they put a little honey in a plate --

Qasim:       [SC]--can you just put us [UI]?

UM:          Do you want uh… [UI]?

Qasim:       Yeah.

CHS:         [SC] -- in a plate, add water and start doing this, for about two minutes--

Alebbini:    [OV]-- *double apple.*

UM:          *Oh yeah.*

CHS:         [SC] --and you keep pouring water on it as if you're trying to dissolve it, but you can't dissolve it.

Alebbini:    I want to drink something.

CHS:         [SC] -- and keep looking at the honey. If the honey starts changing and looking like a cell, then it's pure.

Alebbini:    [SC]--then *orange* juice.

UM:          [UI]

CHS:         Pure.

[Background noises]

Qasim:       Do you want to smoke a hookah, Abu-al-Rur?

[Pause]

UM:          We're really sorry.

7

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027637

CHS:                He can share with me.

[Unintelligible background conversation] [Participants order hookahs and drinks]

Alebbini:           I just want...uh...the *double apple* with *mint* and juice.

UM:                 Ok. *Lemon* and *mint.* Can I get you a deck of cards? Do you want to play cards?

CHS:                No, no. Not at this time.

[Noise] [Background voices]

UM:                 *Regular* with *lemon* and *mint.*

CHS:                *Lemon* and *mint.*

UM:                 One *coffee*, one m*ango* and one *vanilla*, and one *double apple mint.* Okay.

[Background conversation]

[Pause]

CHS:                I actually like the idea.

Alebbini:           The net?

CHS:                 Yeah, it's like plastic. I thought of putting it in the bottom. Look how it goes in the bottom.



Alebbini:           Aha.

CHS:                I'm thinking if I can use it in the sitting area downstairs, you saw how the sitting area is downstairs, this will fix the sitting area--

Alebbini:           [OV]--this will fix downstairs and you'll have a nice sitting area.

Raid:               Did you hear what these women are saying?

CHS:                What?

8

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027638

Raid:	These women. They're saying "you should bring a group of girls and let them mingle with the guys".

[Laughs]

Qasim:	Do you want them to sit alone?

[Laugh][Noise]

Qasim:	Of course.

CHS:	Then they'll ask "where are the drinks?"

Alebbini:	There are drinks.

CHS:	No, they want the real drinks. Then they'll ask about—

Alebbini:	[OV]--dancing?--

CHS:	[OV]--dancing and "why don't you dance?

Alebbini:	In a place like this one, how many tables are there?

CHS:	There are tables inside and outside. Like I told you, the law here in *Miamisburg*, or let's say in most of Ohio, you can't have people eating and smoking in the—

Alebbini:	[OV]--same area.

CHS:	Here, they say they separated the areas. But, at a place where food is served, like in *West Carrollton*, it is prohibited to do so within the same building. I mean, if this place was in *West Carrollton*, they would have stopped them or divided the place.

Alebbini:	I know what you mean.

CHS:	I mean to cook food and to have the *grill* on with that, they just can't. This guy was doing well until he opened the other place. The other place opened but did not do well. But when he opened there, you can say his prices were exposed. He was selling the Kiri cheese for *3.99*, when the other guy sold it for *2.99*.

[Background voices]

9

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi, 03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027639

| Alebbini: | The guy from Jafa. |
|---|---|
| CHS: | Yes. So the prices were exposed, this guy began lowering his prices, the other lowered his prices and so on, then-- |
| Alebbini: | Were they the only ones in *Dayton*? |
| CHS: | They were the only ones in *Dayton*. |
| Alebbini: | I swear to God, in *Richmond* we had less than one quarter of the number of Arabs in Dayton, and there were seven stores. Where do you think there are more Arabs, here in Dayton or in Richmond? |
| CHS: | I'm saying that was in the past. So they sold the other store because the other one was not doing well. They sold the store to someone who had money, had a *warehouse* business, a *warehouse*. |
| Alebbini: | Yeah. |
| CHS: | He got rid of all the merchandise and restocked with new merchandise. He then opened a restaurant next to it and started selling. This one stopped having business. |
| Alebbini: | Now speaking...speaking of merchandise, at your store, which is better? The merchandise comes in, gets sold with a profit? Or, for example, a piece costing 20 *dollars* should make a profit of twenty *dollars*? |
| CHS: | It's better that the merchandise is sold at a profit. |
| Alebbini: | So it's better that the merchandise is sold at a profit. |
| CHS: | Yes. |
| Alebbini: | It's better that way, right? |
| CHS: | Of course. |
| Alebbini: | Even if you only make a profit of six, seven or eight – |
| CHS: | [OV] --even though, yes. |
| Alebbini: | As long as the business is going and the store is doing well. |

10

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027640

CHS: Of course, like they say, activity is a blessing. Qasim, can you please push your chair to the back a little? I'm starting to feel [UI]--

Alebbini: [OV]-- yeah, switch places.

[Background noises]

Raid: I expected that.

Alebbini: When we got here, this one was off.

CHS: What's that?

Alebbini: This is Fanta lemon.

Raid: But this is an Arabic...Arabic drink [UI]

CHS: Forget it man.

Alebbini: You're not in the mood for cards?

CHS: What?

Alebbini: You're not in the mood for cards?

CHS: Why do you mean I'm not?

Alebbini: Because you said you don't play cards.

CHS: What?

Raid: He said initially [chuckles], he meant initially.

CHS: Because uh… when I came here the last time, the guys were saying that one guy played a card game that the other did not--

Alebbini: [OV] -- what do you play, *Trex*?

CHS: *Trex*. I haven't played it in a long time. If you rummynd me of how it's played, I'll remember. [chuckles]

Alebbini: If you want, we can play it. The guys will play the four *Trex*.

11

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027641

CHS:        Do you want to play *Trex*? Qasim just said yes, so I'm going to get him stuck with the King from the start.

            [Noise]

Alebbini:   That's not a problem. If [UI], your partner will get you out of the King.

CHS:        *Trex.* [UI]--

Raid:       [OV]-- if he can't play *Trex,* maybe he can play *Hand, Pinochle,* anything.

CHS:        No, my dear. No one could beat me in *Trex,* but I need to remember how it's played.

Alebbini:   Aha.

CHS:        I haven't played it in ten years.

Alebbini:   It'll come back to you fast.

CHS:        In the *Trex* game, we used to put the deck and whoever draws the seven Hearts card, he gets to choose.

Alebbini:   Yes, he gets to choose.

CHS:        He gets to choose, and the choices are either Diamonds--

Raid:       [OV]--no, it's a *complex* game, have you played Kingdoms game?

CHS:        No.

[Ring tone]

Raid:       Kingdoms

Alebbini:   Because it's uh - -.

Raid:       Kingdoms. [loud music] Kingdoms is much easier. In Kingdoms you can either play double, or double all the Queens and the King. I mean you double what you want to double, or you play "Tasfit" *Trex.*

CHS:        Okay, Tasfit--

Raid:       That's two games.

12

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi, 03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027642

CHS:                 Two games? I know Tasfit in Trex.

Alebbini:           And the remaining four are together.

Raid:               And the doubling—

Alebbini:           [OV]-- in the same game session.

CHS:                Which is the King, king--

Alebbini:           [OV] – and whoever has the king will have to lay it down.

CHS:                [OV] --or the Queens--

Alebbini:           [OV] -- or the Diamond.

CHS:                Or the Diamond. What else?

Alebbini:           Lutush, all of it.

CHS:                The lutush? Uh…uh, that's hard to remember. Lutush is when the player who lays a higher card can grab what's on the floor?

Alebbini:           Yes, but you don't want to grab that.

CHS:                You don't want to grab that. You can't win over the Diamond?

Alebbini:           You can't claim Lutush that ha a Diamond.

CHS:                You can't claim the Diamond, and you don't want to claim the Queens and the Jacks, the King--

Alebbini:           [OV]-- the King. That's all.

Raid:               You just have to deal.

Alebbini:           But now sometimes, when you have the Heart and I have the Spade with me, ah--

CHS:                Oh, this *technique*, I'm not going to do well in this partnership. [Laughs]

Raid:               If the first kingdom is lost--

Alebbini:           [OV]--just for fun, for fun [short pause] because uh--

13

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027643

Raid:            [OV]--I always win. In six years in America, six years in America, we always found three people who played *Trex,* but never found the fourth. We never had four players gathered together to play.

CHS:             And now he's travelling, so we're going back to being three again.

[All laugh]

Raid:            I always used to say it was a Syrian colonization. That's a Syrian thing. Do you know that one?

CHS:             I know it. You'd draw a card out of the game.

Raid:            You take out a tarneeb color and you play it as tarneeb... you play tarneeb--

CHS:             [OV]--*do, do, yeah.*

Raid:            You can remove those out of the way and play tarneeb--

CHS:             [OV] -- and will have to get two Spade *I think.* But it won't be...

Alebbini:        [OV]--ah. The spade color--

Qasim:           [OV]—if you can't remember it, we can play tarneeb—

Alebbini:        [OV] – we can play tarneeb, no problem.

CHS:             No, I think *Hand* is even easier. When was the last time you played *Hand*?

Raid:            That's fine. I play it always.

CHS:             When was the last time you played *Hand*?

[Phone rings]

Raid:            I don't know. A long time ago, maybe four months ago--

CHS:             [OV] -- excuse me. [Answers phone] Hello, yes hi mom. I'm out, but the... the kids are home. [SC among other participants]. Aha, [CHS on the phone] I took it and brought it back. I'm busy now mom, but they're home, okay? Good bye. Let's try... let's ask them to get us two decks--

Alebbini:        [OV]--Yes.

14

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027644

| | |
|---|---|
| CHS: | Play a little *Hand, Trex--* |
| Alebbini: | [OV]--*Hand* is easy, right? |
| CHS: | We can play *Trex* for a little bit. |
| Raid: | In *Hand* man, every two or three together, once you have 52 you lay them down. |
| Alebbini: | The easiest thing. |
| Raid: | Or you hold [UI] |
| Alebbini: | Is this Yahudi or altogether? |
| Qasim: | Yahudi. |
| Raid: | Yahudi. |
| Alebbini: | Yahudi Pinochle, *Hand*? |
| Raid: | You want to play partners, you can [UI] |
| Alebbini: | Ok, we'll play Yahudi. |
| CHS: | What's Yahudi? |
| Alebbini: | Yahudi, Yahudi means-- |
| CHS: | [OV]--I know, but you want to play a Yahudi *Hand*? |
| Alebbini: | Yes. |
| Qasim: | It can only be played…it can only be played -- |
| CHS: | [OV] -- No, you can play it in one *case* only. For example, if you and I finish and we slam them with 200, they will each have 200, you will have zero and I will have *sixty minus*. Then you will write down *sixty minus*. They will have 400. |
| Raid: | He gave us 200 and we have not yet started playing, man [chuckles] |
| CHS: | You see. If I finish *rummy*, I'll have *30 minus,* and they'll have 100 or *whatever* they're still holding. Okay? Your partner will not count what's in his hand and |

15

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027645

will not be accountable for it. But they will be accountable, and the opposite is true of course.

[Conversation with UM, ordering drinks, hookahs and cards]

CHS:            Two decks of card please.

Raid:           They know you here.

CHS:            I told you. I've known them for a long time. I come shopping here.

Raid:           Yes.

CHS:            But I know the other guy better.

Raid:           Yes.

CHS:            They have better merchandise, especially the meat and chicken

Raid:           Yes.

CHS:            It's cleaner over there, but I come here sometimes, it depends.

[Background voices]

Alebbini:       The man who owns Yafa store want me to work for him. I can work for him for a little while.

CHS:            That would be awesome.

Alebbini:       Yeah. I'll work for him for a little while until…uh… until I see what happens.

[OV]

CHS:            At least you'll get…uh... some experience.

Alebbini:       Yes, I worked at place. I worked at a place like it for one year.

Qasim           What do you say, *Trex* first?

CHS:            Yes, *Trex.*

[Pause][Background voices]

16

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027646

| CHS: | You will gain experience. For example Laith, how to make hummus. |
|---|---|
| Alebbini: | Aha. |
| CHS: | You see? -- |
| Alebbini: | [OV]-- and how to make shawarma. |
| CHS: | How to make shawarma. These things -- |
| Alebbini: | [OV] --and the falafel mix. |
| CHS: | *Yeah.* Things like that. Let me tell you, the hummus, for example, uh…you need uh-- |
| Raid: | Baking Soda and ingredients-- |
| CHS: | [OV]--No, no. I mean when you boil it, they boil it till it's mushy. |
| Alebbini: | Yes. |
| CHS: | You know how lentils look like? Just like lentils. Then they put it in the *freezer* and when they blend it, they blend it when it's frozen so it gets the white color. Now, not everyone knows it's made like that. |
| Alebbini: | Yes, right. |
| CHS: | You see? And how to make rice |
| Alebbini: | And cutting meat. |
| CHS: | For example, chicken. When you order a chicken or half a chicken, fifteen minutes later, they bring you your chicken, all grilled and looking delicious. So how is it done? It turns out that they boil it half-way in advance. |
| Alebbini: | Yes. |
| CHS: | You see? And the broth they get from boiling the chicken, they have seasonings that they mix with the broth and marinate the chicken in. When you order, they just throw it on the grill, it's already half cooked, so it doesn't take long. You see? |
| Alebbini: | And it's cooked all the way through. |

17

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027647

CHS:        Yeah, cooked all the way through. Okay, now what's the status now? You shuffle, then what?

Alebbini:   After you shuffle them, you deal them around.

Qasim:      One or two cards at a time.

Alebbini:   One, two or three, whatever you want.

CHS:        Everyone has 13 of course.

Raid:       Yes. If the jokers are there, pull them out.

CHS:        I got them out.

[Pause]

Raid:       Partners, right?

Alebbini:   Yes, partners. There isn't [UI]. Let's play the first…the first one only so he can remember. Let's play first the *Trex complex* so he can see how it's played. Once he remembers it…

[Noise][Pause]

Qasim:      Who has the seven of hearts?

CHS:        Unfortunately, I have it.

Qasim:      You have it?

Alebbini:   [UI] Let's say comp, let's practice the comp

Qasim:      No, let's just play normal, whatever the play is.

Alebbini:   Yeah.

[Pause]

CHS:        Okay, let's say we give it a *complex,* okay?

Raid:       You sure?

CHS:        Come on!

18

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027648

Raid:          What's that? Wait a minute brothers.

[Voices, music, songs in the background][Pause]

Alebbini:      You see this latsh, this latsh is 15 *minus* positive 40 diamonds--

CHS:           [OV]--because he won the Queen.

Alebbini:      Positive the Queen, that's 25.

Qasim:         This one is yours also.

Alebbini:      Is that your seven?

CHS:           That's his nine.

Alebbini:      His nine. Your partner's nine.

Qasim:         Not my partner.

Alebbini:      His nine.

CHS:           His nine, man.

Qasim:         My partner? He put down a King?

Raid:          [UI] Yeah, a King.

Qasim:         We're still in the second round.

CHS:           What can I do for you? You got the King, Congratulations!

Alebbini:      Enjoy, enjoy.

Qasim:         I forgot you are my partner. Play, play Abu-al-Lith. I'm sorry. Forgive me.

Raid:          That's fine, not a big deal. It's only a King.

[Noise][Pause][UI]

CHS:           We got beat.

Raid:          that's fine.

19

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027649

CHS:            We got beat

Alebbini:       I was thinking Mike is my partner.

CHS:            Here's this one.

[Pause] [UI conversation in the background]

Raid:           Come on man, it doesn't need all that thinking.

[Call for prayer in the background]

CHS:            God is great [prays]

[Call for prayer continues in the background]

Alebbini:       Your hand.

CHS:            Whose hand is it?

Raid:           My hand.

Alebbini:       In the hand of my partner.

Raid:           The 7 of hearts.

CHS:            Who played the seven? Me.

Alebbini:       You played the seven. King of diamonds, no problem.

Qasim:          Was that a practice or we're going to count it?

Raid:           It was a practice, practice.

Qasim:          Count, count, count.

Alebbini:       Count so he can show them--

CHS:            Count.

Alebbini:       --but we're stuck with the king in this one.

Raid:           It's a latsh and a queen.

20

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027650

CHS:        That's a queen.

Raid:       [Counting cards] Thirty, 60, 90, 105, 105, and 50, 155. One fifty five and 25 is 175, 180, 190, 190, 200, 210 and for us, 220 and for us 220, and 175 for us means 145 *minus*. That's it, you get the rest, you get the rest.

[Participants talk over each other. UI conversation]

CHS:        Which one? I remember little at a time.

Qasim:      Twenty five, 25, queen is 50, queen is 25

Alebbini:   [UI]

Qasim:      We are 145. You have the rest

Alebbini:   Whatever you like, 145.

Raid:       That means you have 355.

Alebbini:   That's not important. It's not going to count.

Raid:       You know the saying about ridiculing the wearing of sandals [laughs]

CHS:        [Mumbles] We never heard of it.

[All laugh]

CHS:        I swear to God. I felt I'm out of place when he said it. Laugh at wearing sandals.

Raid:       Laugh at wearing sandals, means laugh at me once the game is over, not now.

[Background voices][Pause]

Raid:       Do we have a game log?

Alebbini:   No, you can start a game log after the first round.

Qasim:      It looks like master Muhammad is dealing us his favorite cards.

Raid:       My cards are really bad.

Alebbini:   It's like he's fixing us huh?

21

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi, 03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027651

Qasim:        It looks like he's fixing me by dealing me these cards.

[Participants talk over each other. UI conversation]

CHS:          God willing. You uncovered all my cards watching me.

Alebbini:     Cover your cards Qasim.

Qasim:        Cover my cards?

Alebbini:     Yes,

Raid:         [Chuckles] cover?

CHS:          You have to cover, huh?

Raid:         I'm telling you. Master Mike dealt us the best cards.

Alebbini:     Enjoy!

CHS:          That's luck, luck.

[UI conversation]

Alebbini:     Who's playing first: you or I?

Qasim:        No. Mike is first.

Alebbini:     One of us has to play first.

Qasim:        Yes, we'll make one of us first.  one.

Alebbini:     That's hard. I am never the first. Were you picked the first?

Raid:         What? Are we turning the game into a conversation?.

CHS:          Sit in his lap, discuss it then we will play.

[Laugh]

Raid:         Come on, throw a card.

CHS:          I don't bluff.

22

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027652

| | |
|---|---|
| Raid: | Do you have a Jack? |
| CHS: | Yes, of course. [SC] Thank you. |
| UM: | You're welcome. Enjoy. |
| CHS: | Thanks. |

[Pause] [UI conversation among participants]

| | |
|---|---|
| CHS: | I mean, it's not rocket science. |
| Alebbini: | That's normal, might work out for you. |
| CHS: | *Oh shit.* |
| Alebbini: | You have a lighter? |
| Qasim: | You have a lighter. You took one. |
| Alebbini: | I didn't take one. |
| [Pause] | |
| CHS: | Raid, do you know when you're coming back? |
| Raid: | No. |
| CHS: | Let me know when you know. |
| Raid: | God willing. |
| CHS: | I'm going to ask you to bring me few things from there. |
| Raid: | No problem at all. |
| CHS: | Okay. |
| [Pause] | |
| CHS: | This one is no good. This one is no good, and this one is no good. Pass. |
| Alebbini | Pass |

23

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi, 03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027653

| | |
|---|---|
| Qasim: | Do you have a pass? |
| Alebbini: | Yes, I have pass. [Continues to play cards] |
| Raid: | Abu al-Qays? |
| Qasim: | I'm holding on. |

[Participants continue to play cards]

| | |
|---|---|
| Alebbini: | I want to lay down. |
| Raid: | Do it. |
| Alebbini: | Not right now. Here's ten. |
| Raid: | If you can lay down your card, you'll do it eventually. |
| CHS: | Here's a nine. |
| Raid: | Pass |
| Alebbini: | This is a nine. |
| CHS: | Here's an eight. |
| Raid: | Abu-al-Lith, pass. |
| Alebbini: | Pass [short pause] a queen. |
| CHS: | This is an ace. |

[Participants continue to play cards]

| | |
|---|---|
| CHS: | Here's an eight. |
| Raid: | Abu-al-Qis? |
| Qasim: | Pass. |
| Raid: | Nine. |
| Raid: | Abu-al-Qis? |

24

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027654

Qasim:      Pass.

CHS:        Here's a seven.

Qasim:      Pass.

Alebbini:   Six

CHS:        Pass.

Alebbini:   You don't have it?

Raid:       I don't have it. I'm first.

Raid:       Five? Abu-al-Lith? [Pause] concentrate.

[Card game continues. Participants call the moves and cards they are playing]

Qasim:      That's it, 300 and 200.

Raid:       Two fifty, 250.

Alebbini:   No, no.

Raid:       What do you mean, no, no?

Alebbini:   Delay, *25 minutes, yeah.*

CHS:        *Minute, yeah.*

[Pause][Noise][Cough]

Raid:       Three hundred. That means we're 155 positive and you're 175 minus. Right?

Alebbini:   How much?

Raid:       One hundred and fifty five, and 150.

[Pause][Noise]

CHS:        [Coughs] He made it very strong. Where did he go?

Alebbini:   He made it strong? He put you a lot of charcoal.

25

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027655

| | |
|---|---|
| CHS: | [UI], you see? But he put a lot of charcoals on |
| Alebbini: | Yes. |
| Raid: | There's a lot of water too. |
| Qasim: | [UI] |
| CHS: | Use the tongs, the tongs. It's too much. |
| Raid: | Put it on your side. |
| Qasim: | I'm getting another one. |
| Alebbini: | No. No. |
| Raid: | I want to try it first. Put it on this side, if you don't mind. |
| Qasim: | No, that's fine dear. |
| Raid: | Come on, Muhammad! |
| UM: | Guys, do you want me to bring you a pen and a piece of paper? |
| Qasim: | That would be nice. |
| Alebbini: | Thank you! |
| UM: | No problem. |
| [Pause] | |
| Raid: | What do you have? *Comp Trex. What?* |
| Alebbini: | Just putting my cards in order. |
| CHS: | Hey partner, do you want the hookah? |
| Raid: | [UI] play? |
| Qasim: | What are you going to deal? |
| Alebbini: | Doubles |

26

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027656

| | |
|---|---|
| Raid: | [whistles]. You're an aggressive player! Doubles |
| CHS: | What happened, what happened? |
| Qasim: | Playing doubles. |
| CHS: | What's that? |
| Qasim: | Doubles, doubles. |
| Raid: | Doubles *Trex* |
| CHS: | Yes. |
| Qasim: | You have 150? |
| Raid: | One hundred and fifty five. |
| CHS: | Why is this guy like an animal? I don't know. |
| Qasim: | One hundred fifty five and 155. Do you have Doubles? |
| CHS: | Of course. |
| Raid: | Throw it in, I'll get you out now. |
| CHS: | What do I throw in? |
| Qasim: | But don't expose it. |
| CHS: | Okay. |
| Qasim: | One double? |
| CHS: | Yes. So what happened with you? |
| Qasim: | Now we open them. |
| CHS: | Okay, whose turn is it? |
| Qasim: | Your turn? |

27

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027657

CHS:  My turn. Ah, by God and Muhammad, got nothing. *Dead.* No, no, no, not that one. Diamonds and hearts and that's the deal. Why did he open it up like this?

Qasim:  He told you not to open [UI] partner.

Alebbini:  So my partner is helping you.

Raid:  Whose turn is it now? Eight.

[Pause][Background voices]

CHS:  Whose turn is it?

Raid:  Yours. [UI]?

CHS:  No, one moment.

Raid:  Play only on top.

CHS:  No, I don't see anything.

Qasim;  [UI] or a new jack.

Alebbini:  I do not have [UI]

Raid:  A jack, a jack, quick, or [UI] man, [UI]

Alebbini:  [OV] I don't have it.

Raid:  You do, you have it. Abu-al-Laith, you either play [UI], or an ace and a king. Seven, 7. Play!

Alebbini:  Seven.

Qasim:  You're cute.

Raid:  Abu al-Laith--

Alebbini:  Yeah?

Qasim:  Open up dear, come on; open. Don't give us a hard time. [Pause] Here's a nine.

Qasim:  And here's an eight.

28

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027658

[Pause] [Background voices]

Raid:           Why did you deck this one?

Qasim:          I did?

Raid:           You did; repeat the move, repeat the move.

Qasim:          [UI]?

Raid:           I do not have what to start with.

CHS:            What? He did not deck.

Raid:           He did, man.

[UI argument about the moves made while playing cards]


Raid:           I was waiting for him to play the ace. I told him either an ace or a king. Put, if you want, put down two cards.

[Raid and Qasim argue about what card Qasim played]

Alebbini:       He did not put down two cards.

Raid:           I can't start with the hearts.

Alebbini:       He means we did not open with the hearts, it would have [UI] the jack. He had an ace.

Raid:           *Mi-minus*? These are its rules, right?

Alebbini:       Yeah,

Raid:           Three hundred fifty and 150.

Alebbini:       That's how it is played [UI]

Qasim:          This way you would be the first. If you did not deck, you would have been first.

Alebbini:       The problem is I tell him what to play. I mean [UI].

29

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027659

Raid:        Abu-al-Qis, write down.

CHS:         [Coughs] the hookah's acting up.

Qasim:       How much do you have now?

CHS:         Uh- -

Raid:        No, I swear it's my fault.

CHS:         Five hundred and five, we will be 505.

Qasim:       Five hundred?

Raid:        And five positive


[Noise]

Qasim:       Okay, that's it. You accounted for it as complete.

CHS:         Yes, 200, 150.

Alebbini:    [UI] it's not clear yet.

Qasim:       Write there, 150 and 5 *minus*.

CHS:         Did you play?

Alebbini:    [Laughs] I'm not kidding.

CHS:         [UI] [Laughs]

Raid:        I swear I should have him come here and taste it.

Qasim:       Abu-al-Lith, please concentrate. Why did you ask for jacks?

Alebbini:    Because *cousin* I'm not comfortable having the king.


**[End of Session 03-12-2017.001.avi]**


30

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027660

**[Beginning of Session 03-12-2017.002.avi]**

Qasim:          You're not comfortable only because you have the king?

Alebbini:       Yeah, yeah. If the king…the king… I swear, yeah.

[Pause]

[Unintelligible background voices]

Raid:           There isn't any. I don't have it.

CHS:            Did you play?

Qasim:          No, no, this is doubling. [Noises] [Short pause] who does the [UI] belong to?
                [Pause]

Alebbini:       Two tens.

Raid:           A queen.

CHS:            Wow!

Alebbini:       No problem.

31

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027661

Qasim:        An eye for an eye, my friend.

[Pause]

Raid:         A jack.

[Unintelligible background voices][Pause]

CHS:          Perfect, thank you.

Raid:         Seven.



CHS:          If you want charcoal, there's some here. Who played?

Raid:         I'd play the queen if I were you.

Qasim:        Brothers, how come the king is not showing?

Raid:         We'll see it.

Qasim:        What's up with that deck? I don't understand it.

CHS:          Me? Nothing.

Raid:         Here's an ace, and a king.

Alebbini:     Nine of hearts.

Raid:         That's alright, your partner will get it for you. Your partner's saying just get it.

Qasim:        He didn't tell me.

Raid:         It's your hand.

[Pause]

Qasim:        The king? The king?

[Unintelligible conversation about cards held in each one's hand]

32

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027662

| | |
|---|---|
| Raid: | This is a good one [laughs] |
| CHS: | Diamond, a diamond |
| Raid: | You have all the spades and diamonds in your hand. That's why[UI] |
| CHS: | I don't have diamonds man. I only have one diamond. |
| Raid: | Abu-al-Lith took them [UI] we don't have anything and put 25 in the positive, |
| CHS: | Get up, get up and start a party!. |
| Raid: | No laughs]. We're not done yet, we told you, not now! |
| Qasim: | Fifteen, 30, 45, 60, 75, 75, 100 |
| Raid: | Seventy five, minus 25-- |
| Qasim: | One hundred, 100, minus 25 that mean 75, 75 and how much? |
| Alebbini: | He only has seventy five. |
| Raid: | [UI] [OV] seventy five. |
| Qasim: | Seventy five. |
| CHS: | Did you guys watch the news today? |
| Raid: | What, Holland? |
| Alebbini | Turkey? |
| CHS: | No, Daqamseh was released. |
| Alebbini: | Yeah, they released Daqamseh. Shaikh Daqmes was freed. |
| Raid: | Daqamseh was released, yes. But there's a controversy about uh-- |
| Alebbini: | [OV]-- about what he did? |

33

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027663

Raid:       Because indeed he did commit a crime.

Alebbini:   *Cousin!*

Raid:        If you want to look at it from a different perspective, it is a crime.

Alebbini:   *Cousin.* He killed the aggressor and occupier.

Raid:        No, no. It's not the occupier…they were in the country, right?

CHS:        What?

Raid:        They are citizens. He killed seven people, man.

Alebbini:   Yes.

Raid:        Seven girls.

Alebbini:   But they were making fun of the religion.

CHS:        But let me tell you, he--

Raid:        [OV] --but the Prophet before was ridiculed and thrown stones at, right?--

CHS:        [OV] that's exactly what…, the…, the…--

Raid:        [OV]--right or not? Listen, even his sentence should be for killing seven souls, seven people. I mean the Prophet, may peace be upon him, would have said those lives were--

Alebbini:   [OV]—were to be killed--

Raid:        [OV]—no, no, not were to be killed, but were lost and wasted, that we should have rather tried converting them to Islam than killing them the way they were.

Qasim:      You are now minus 425.

Raid:        True or not?

CHS:        Why man? We're 400 minus?

Alebbini:   No, look at our book. How much was our book?

Raid:        Our book was five minus.

34

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi, 03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027664

[Unintelligible conversation. Participants argue about the score]

CHS: He doesn't know how to calculate this. He does not know how to calculate. Don't give him a pen from now on.

Alebbini: That's right, it's right, it is [UI]

Qasim: No brother, it became five.

Raid: It was five minus, add to it *minus* 75, it becomes *minus* 80 and we are positive 80.

Qasim: No, it's wrong.

Alebbini: You have more, more.

Raid: We, you guys are at 75 *minus*, right?

Qasim: Yes.

Raid: Then where are what? That means we are at 425.

Alebbini: No, just a minute. That's not how it's calculated, not like this.

Raid: Year, right, right, 425 minus 550 then they are left with 80, 80, correct, correct.

Qasim: Correct, it's averaging out.

[Loud background voices]

Raid: Do you want to try this one, *mint* with *double apple?*

CHS: What's that?

Raid: *Mint* with *double apple.*

CHS: No, no, it tastes like cough medicine. Try this one.

Raid: What's that one?

Alebbini: [Coughs]

CHS: *Mint* with Lemon. It calms the nerves.

35

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027665

Raid:       This one is all lemon, man.

CHS:        It calms the nerves. You see, I'm losing and still all happy.

Raid:       During the days of Rashidi Caliph, Salim al-Qati', the Muslim were ….---

Alebbini:   Yes.

Raid:       The Muslims were--

Alebbini:   [OV] -- not a Rashidi Caliph, he was an Ottoman Caliph.

Raid:       Yes, the Ottoman Caliph, what did the Muslims do?

Qasim:      What?

Raid:       They were being fought by the West.

Alebbini:   Yeah.

Raid:       Do you understand?

Alebbini:   Yes, in Andalusia.

Raid:       In Andalusia.

Raid:       So, Salim al-Qati' wanted to kick them out of the country, and fight them, the…the Christians who then lived within the Islamic State. The Sharia Muftis of the State refused and told him he can't do that.

Alebbini:   He wanted to get rid of the Jews and Christians.

Raid:       Yes, he wanted to get rid of the Jews and Christians because the Christians were killing the Muslims--

Alebbini:   [OV]--in Andalusia. He wanted to get them out of the Islamic States.

Raid:       The State Muftis refused and said no [pause]. We need to look at things from this perspective. True or not?

Qasim:      You know guys, in my opinion Daqamseh is a real man. If someone ridicules your religion --

36

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027666

Raid: [OV]—right, right. He's a man, but we don't look at things from our point of view. We look at things from the perspective of the Prophet, may peace be upon him and act accordingly.

Qasim: True.

CHS: Peace be upon on him.

Raid: Prayers be upon him. We should consider what the Prophet may have done and how he would have acted? Seven souls were wasted just like that.

CHS: During the days of the Prophet, they ridiculed him and he did not...did not... retaliate.

Raid: He did not retaliate.

[Short pause]

CHS: When the Prophet was in Medina, people ridiculed him. 'Umar bin al-Khattab asked for permission to behead them but the Prophet ordered him not to. Right?

Raid: Ridicule is not a big thing, it's true that they're fighting us when they ridicule, but those were girls, stupid girls.

Alebbini: They were stupid girls.

Raid: The girls were civilians, not a soldiers. The situation would have been different if they were a soldier ridiculing anyone. A soldier would not ridicule anyone if he was a soldier.

Alebbini: Anyways.

Raid: I swear the cards dealt are confusing.

CHS: And I also think it's because of the ...the... the way the Jews treat the...the Jordanians, Muslims and Palestinians. That's what's upsetting.

Raid: I mean they killed Za'tari, our guy--

CHS: [OV] -- I mean, *okay*, he went to jail, and so many people were killed, you know, and they did not do anything about it.

37

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027667

| Alebbini: | He was freed. |
|---|---|
| CHS: | True or not? Just like the one from al-Karak who was killed in Jerusalem. |
| Alebbini: | The… the judge. |
| CHS: | No, a young guy, a young guy got killed in Jerusalem about four months ago. He was killed, a young man. |
| Raid: | Yes, he was from al-Karak. |
| CHS: | Yes, the guy from al-Karak. They did not do anything about it. |
| Qassim: | They did do anything. They did no interrogate the soldier. They did not do anything to him. Does that mean our lives are worthless? |

| Alebbini: | How are your cards Raid? |
|---|---|
| CHS: | That's the problem. I mean they look at us as uh…uh…worthless lives. Our lives are worthless, and their lives are worth something. |
| Qassim: | No man, kill them and the hell with them. What do you want to play? |
| Raid: | We want to play uh…uh |
| Alebbini: | He wants to cheat with you. |
| Raid: | No really, my cards are... I'm playing his cards, eh… let's play Trex. When Muslims used to go on conquests, or go to war, women were taken captives, right? Were women killed or taken captives? |
| Alebbini: | They were taken captives. |
| Raid: | Meaning that throughout the history, women were not killed at the hands of Islam. That's it. |
| CHS: | The Prophet instructed not to kill a woman and not to cut a tree-- |
| Raid: | [OV] – if they were men, it would've been a different situation, but-- |

38

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027668

[Noise][Pause]

Alebbini:      With Raid, Raid.

[Background voices][Pause]

[Unintelligible conversation about cards]

Raid:          Nine diamond. [Short pause]

Alebbini:      Eight of diamond

Qassim:        Six of hearts.


[Noise, loud music, conversations in the background]

CHS:           Whose turn is it?

Alebbini:      Ten of spades.

[Pause] [Playing cards]

CHS:           [Whistles]

[Phone rings] [UI] [Cards played]

[Phone rings]

Alebbini:      [On the phone] *Yes,* my love. *[UI] with Mike and smoking hookah. [UI] Are you checking on me? [UI] what about food? [OV] [UI] You ok? Having fun? When do you want me to come home? I'm with the guys, today's Raid's last night, ok.* Muhammad my brother, did you bring the u*ltrasound* images today?

CHS:           I'll get them now.

Raid:          [SC] Eighty and 150 is how much Qasim? 230.

Alebbini:      [On the phone] *Ah, he forgot. Did I give him the phone? No not yet. I'll give him the phone when they leave. [UI] alright, I love you.* [End of phone call]

39

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027669

CHS: Peace be with you. Welcome Ibrahim, how are you doing?

UM: Do you need charcoal?

Raid: Charcoal, no, it's fine

Qasim: No it's fine. But if you can only get us tongs.

UM: Tongs, there you go.

CHS: Grab the tongs with it.

UM: Leave it with him there.


Alebbini: There you go, Abu-al-Qays. [Short pause] here's a queen.

Qasim: Queen of hearts. [OV] [UI]

Alebbini: We'll see now.

CHS: Why did you reveal the queen? You intended to double it? I mean if you kept it, does that mean you don't want to double up on it?

Raid: If they have the cards…

Qasim: [UI] it becomes 50. When I drop the card, it's worth 50

Raid: It'll become more [UI] when you drop it, and [UI] 25.

CHS: Do I have to put it down?

Alebbini: Not if you have a protected card. If the card is protected by another one, only iff there's a card protecting it. [Short pause] Play Abu-al-Rur.

Raid: [UI]

CHS: Raid will start.

Raid: just one minute.

[Background voices][Pause] [Cards played]

40

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027670

Qasim:      You are going against your partner like this.

Raid:       This way it has something.

Qasim:      Oh!

[Unintelligible conversation among participants about the cards they are playing]

Raid:       That's it, return the latsh.

Qasim:      Here is four.

[Pause] [background noise]

CHS:        What card did you put down? [UI]

Raid:       Yes, I played. Five?

Qasim:      Five.

CHS:        Six of diamonds.

Alebbini:   [UI] his queen

Qasim:      Who put down the Ace of hearts, brothers?

Alebbini:   Qasim

Raid:       What was it?

Qasim:      Spades

Alebbini:   Did you take one out or not?

Raid:       [UI] this one here.

Qasim:      One minute.

Raid:       Are you happy I have the ace?

Qasim:      Yes, I'm happy, I'm playing the ace.

Raid:       Go ahead and play.

41

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027671

| | |
|---|---|
| Alebbini: | Yes, I see what you are doing. |
| Raid: | Where's the king going? |
| CHS: | *Fuck, fuck.* |
| Qasim: | What king? |
| Raid: | One minute. I started with hearts. |
| Alebbini: | One minute, one minute |
| Raid: | Cousin, I opened with spades. My partner gained one card with hearts, and I could not use it again which means he only had the king. |
| Qasim: | Go ahead and play. |
| Raid: | You're smart, God bless you! It's in your hands…we had [UI] we had to do the counting. |
| Alebbini: | That's it we lost. |
| Raid: | 125 and 125 and 45, 170 180 190, 190. Did you zero it for us? |
| Qasim: | Yeah. |
| Raid | 190 and 230. We are at forty positive and you're forty minus. |
| Qasim: | We're not too far from each other. |
| Alebbini: | [UI] you know how to play. |
| CHS: | Little at a time. |
| Alebbini: | Yeah. |
| Raid: | This is the final kingdom. Add to this one please. |
| Alebbini: | This one is *full.* I let you win. [Laughs] |
| Raid: | [UI] |
| CHS: | I have to focus. I'm going to leave the hookah on the side. |

42

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027672

| | |
|---|---|
| Qasim: | We are winning! |
| Alebbini: | That's fine. |
| Raid: | Abu Al-Qays is losing the game for us, but he doesn't know I'm alert. You get out of the Ace of spades [UI] |
| Qasim: | I understand that my partner has the king, you stupid! |
| CHS: | Is that why you got rid of the Ace? |
| Qasim: | Yes, so what, why should I eat it? |
| CHS: | But you are not *out?* |
| Qasim: | But I have to use those so -- |
| Raid: | I mean cheating? Cheating in the open like that? Honestly, didn't you used to cheat? |
| Qasim: | No cousin we didn't. |
| Raid: | Maybe by a mistake! |
| Alebbini: | Just say I forgot it, I just forgot it. |
| Qasim: | Just lie! |

[Background noise][Pause]

| | |
|---|---|
| Alebbini: | It looks like it's all traces with you? |
| Qasim: | Damn these cards! |
| CHS: | We got screwed if it is all traces. |
| Raid: | And I'm the same way. |
| Qasim: | Haj Mike, what's your card like? |
| CHS: | Let go of Haj Mike [Laughs] |
| Qasim: | Yes, Muhammad. |

43

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027673

CHS: I'm telling you. I mean, I can't tell you what I'm thinking. Leave that alone.

Qasim: From my point of view, you should double.

Raid: Double it?

Alebbini: But I don't have it.

[Music and noise in background]

Raid: But is it worth it, just by this one?

Alebbini: [UI]

Qasim: This has a queen, is that possible?

[UI conversation while card game continues]

Raid: 4, 4, 4, 6, 10, that's it. We ate it and lost this round.

Qasim: Who was the last one who ate it all, Muhammad?

Raid: It was me actually.

Qasim: Here is a queen.

Raid: [UI] 10. No problem man, don't worry.

[Background noise]

Raid: Five of diamond. Ace of hearts.

Qasim: Yes, Ace of hearts. [UI] Don't you have diamonds? We both have diamonds.

Alebbini: Raid, you didn't answer to my cards, I don't have any.

Qasim: Give them some cards, just stack them.

Raid: Don't you have diamond? It's in my hand and yours. Go ahead and play it.

Qasim: Here!

Raid: You should play the clubs.

44

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi, 03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027674

| | |
|---|---|
| Qasim: | Abu al-Laith, give him the king if you have it. |
| CHS: | Okay. |
| Raid: | Muhammad's turn. |
| CHS: | We got it figured out. We got screwed. |
| Raid: | [UI] When we ask-- |
| CHS: | [OV]--we got screwed. |
| Qasim: | Here we're asking for the cards, but when we uh - - [laughs] |
| CHS: | We got screwed! |
| Raid: | The king in his hand and is waving at you! |
| CHS: | Keep quiet man. That's is it. We got beat, we got beat. We got beat. I got all large numbers. |
| Raid: | I have all colors, I receive the cards, then return. |
| CHS: | My cards are all big numbers. |
| Raid: | [UI] |
| CHS: | That's it. |
| Qasim: | I don't have the cards to get you out. Haj Muhammad played and is mad now. |
| Raid: | 15 +10, equals 25 *minus,* with two queens we have zero now. |
| Qasim: | That's zero. |
| Alebbini: | [UI] |
| Qasim: | The price is 500 guys. |
| Alebbini: | That means the game is over. |
| Qasim: | It means the game is over. |

45

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027675

CHS:            You don't want *Trex*?

Alebbini:       I really wanted to make you win today.

Qasim:          [Laughs]

Alebbini:       But I said that's it!

Qasim:          Since Raid is with him, it's hard to [UI]

Raid:           [UI] You can say that it is.

CHS:            [Laughs]

Qasim:          Raid has [UI]

Alebbini:       I was going to let you win it.

Raid:           Since we won the first game

CHS:            I'm telling you man. I didn't play it in ten years.

Alebbini:       Just play as practice.

Qasim:          [Laughs] Just play man. This first game was practice, we're not counting it.

Raid:           Consider it a practice.

Alebbini:       I've always played practice with you. All my games with you were practice. Every win I had against you you'll consider it a practice.

Raid:           Honestly, have you won it with me?

Alebbini:       Huh!

Raid:           You always loose against us

Qasim:          The problem is Raid has just learned how to play the game.

Raid:           No.

Alebbini:       Is this Card for Mike or is it mine?

Qasim:          It's Mike's.

46

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi, 03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027676

CHS:        It's mine. It's mine.

Qasim:      I have 7 of hearts, who has 7 of hearts, brothers?

CHS:        I do, I do, I do, I do, I do.

Qasim:       Oh Haj Mike got lucky!

Alebbini:   Thank you man! You guys have the seven of hearts [UI]

Raid:       Double, go ahead double up.

CHS:        Me. Double up. Come on

Qasim:      Double up, double up.

Raid:       Double up.

Alebbini:   He's really getting hot! This is the four of diamond.

[A loud UI conversation in the background while card game continues]

Raid:       If I was going to trade it [UI]

Alebbini:   [UI] clubs

CHS:        I depend on God, for He provides the best support.

Qasim:      How is Abu Laith game with you?

CHS:        No problem, no problem.

Qasim:      He is dangerous [UI].

Raid:       [UI] who? [UI]

Qasim:      Poor guy! He doesn't know how to play.

Raid:       Now I'm going to [UI] Mike. We are going to see.

Qasim:      King, Jack.

[Music and background noise]

47

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027677

CHS:        Whose eight is that? Ha?

Raid:        Alebbini's.

CHS:        Oh.

Qasim:        I feel he's thinking about something and he's not with us.

Alebbini:        You should have doubled up.

CHS:        What?

Alebbini:        You should have doubled up. The guy also has ace.

CHS:        Next time, next time.

Raid;        You have the ace? Why hearts?

Alebbini:        Because, because --

Raid:        [OV]--I don't have it.

Alebbini;        Why didn't you open the Ace of hearts?

Raid:        He has the ace

Alebbini:        Why did you open the ace of hearts cousin?

Raid:        He has the ace.

Qasim:        I don't have the ace. Mike has it.

Alebbini:        Ace of heart? My nine.

CHS:        This is your ten.

Raid:        Come on.

Alebbini:        Whose ten is that? Mine?

[Phone ringing]

Alebbini:        Why didn't you open up with hearts *cousin*? [UI] with ace?

48

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027678

Qasim:        Because I had --

Alebbini:     My ace, my ace.

Qasim:        When I'm done with this game I'll explain to you.

Raid:         He played you spades. By itself. This is the problem. Let him show it. Abu Laith, it's your turn, it's your turn.

[Music and background noise]

Alebbini:     Okay, Okay!

Qasim:        I made it easy for you *cousin*, you know why? Because I have all the cards you need. I told you I'll put with you having the king, you passed your queen which could come back to me and beat Mike!

Alebbini:     [UI] Don't you want them to win at least one round? At least have them win the diamond.

Qasim:        Man, I had all the cards you needed, even though you have all the good cards, and I don't understand why you doubled it up.

Raid:         Did you double with a queen?

CHS:          Yes I did.

Raid:         And that is a queen.

Qasim:        I frankly don't know why you doubled it Abu al-Laith,

Alebbini:     What is it?

Qasim:        You had the queen and I had the cards you needed. [UI] I wanted to pass it to you.

Alebbini:     The spade?

Raid:         30 and 25, 55 and we have 50, that's 5 *minus*

Alebbini:     Take 5 *minus*.

Raid:         You have the rest.

49

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027679

CHS:            Write those with the pen.

Raid:           We have 500, we are going to beat you.

Qasim:          How much do you have?

Raid:           500 *minus*.

Qasim:          Yes, you have 500 *minus*?

Alebbini:       500 *minus*

Raid:           And you? We have 5 minus only, just put 5 *minus*.

Qasim:          This means we don't have 500.

Raid:           You have 495.

Qasim:          495.

Raid:           Okay, leave it as it, and it will go to zero now.

Qasim:          No one should deal from the large stack.

Raid:           So, you started it the same way.

Qasim:          It's Jacks now right?

Alebbini:       Hide your cards partner!

CHS:            Pass, pass.

Qasim:          No, no don't do that!

CHS:            Pass, pass, pass, pass.

Raid:           Pass?

Alebbini:       I pass too.

Qasim:          You pass too?

Raid:           I have nothing.

50

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027680

| | |
|---|---|
| Qasim: | I don't have jacks. |
| CHS: | You have four jacks and you are surprised we say pass. |
| Qasim: | You know how it is with him. God willing we'll catch Abu al- Laith. Start Abu al-Laith with your cards. |
| Raid: | [UI] |
| CHS: | Pass. |
| Alebbini: | Queen of Clubs. |
| Raid: | Ten of clubs. |
| Qasim: | Open up. |
| Raid: | Qasim, leave it till the last one. |
| Alebbini: | Ten of spades. |
| Raid: | Pass. Your turn. |
| Qasim: | Pass. |
| Alebbini: | Pass. |
| Qasim: | All of you pass? |
| Alebbini: | Aha. You and Mike have the good cards! Pass. |
| Raid: | King of Spades. |
| UM: | Peace be upon you. |
| CHS: | Peace be with you. Pass. |
| Alebbini: | Pass |
| Raid: | Pass. |
| Alebbini: | 5 clubs. |
| Qasim: | you put 5? |

51

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027681

Alebbini:        Yes. 5.

CHS:             Pass.

Qasim:           What pass? Do you have anything, Raid? Dear Raid.

Raid:            Pass.

Qasim:           Oh Haj Mike I like you very much!

CHS:             Too much, too much! Pass.

Alebbini:        Eight.

[Loud background noise]

Alebbini:        Is he taking too long?

Qasim:           Yes. I'm showing it to you.

Alebbini:        That's it guys [UI]

Raid:            It's your turn Abu Laith.

CHS:             This is pure luck. No one ends up with four jacks.

Raid:            [Laughs] You mean that's how you get your total. 150 means 145.
                 One hundred and forty five.
[Background noise]

Qasim:           One hundred and forty five *minus*. It has become almost 300.

Raid:            You guys are still frozen like the *Eskimo*!

Qasim:           It's too far from you.

Raid:            Now Abu al-Laith will fix us.

Alebbini:        If you guys want to change the game, we can play a different one.

CHS:    What?

Alebbini:        If you guys want to play something else.

52

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027682

CHS:        Man, I got used to this.

Qasim:      What we mean is just to beat Raid real hard.

Raid:       No man, you'll not beat me or nothing.

Qasim:      Because I remember we played in *Toledo, Ohio* and we beat him. I mean we want to beat him here too.

CHS:        What - -

Raid:       Don't you have [UI]

Alebbini:   No.

Raid        What's the play?

Raid:       Switching cards.

Alebbini:   I mean I can still play *Trex*. But I haven't played it.

Raid:       Which means you can get beat? [UI]

[Background noise] [Pause]

Alebbini:   Go ahead, deal the cards.




Raid:       You're giving me the queen.

CHS:        *Fuck, fuck, fuck.*

Qasim:      He fell asleep, the Sheikh! It's ok!

[UI conversation while playing cards]

CHS:        Oh come on.

Raid:       No worries, this is a small card.

53

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi, 03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027683

CHS:          God is my support.

Qasim:        How many do you have?

Alebbini:     First of all, we have two latush, but diamond, and they are 30, positive 80

Raid:         [laughs] are 110

Alebbini:     110 positive 25?

Raid:         135.

Alebbini:     135 minus 75?

Raid:         One hundred and thirty five.

Alebbini:     One hundred and thirty five minus 75?

Raid:         Uh- - One hundred and thirty five, 75, 45, 55 *minus*. You have Fifty five *minus*. We have the rest.

Qasim:        Let us see what's your final score? Uh…100 uh…

Alebbini:     [UI] When I play *Trex…*

Raid:         That's good, just like that. Put 190, no, you are minus 55. So you have 100

Qasim:        Two hundred and ninety

Raid:         200, 200, *minus*.

Qasim:        Let the game end first. [UI].

Raid:         Now, it will go to zero in the positive.

Qasim:        It's not a problem brothers.

CHS:          You see this *hookah bar* here? This is considered quiet compared to the one in *Paterson*. You can't sit there.

54

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027684

Qasim:     Is it because it's loud?

CHS:       Loud, and the women. It's disgusting.

Qasim:     It's good we came here.

CHS:       God damn it. Oh man. He has good luck with *Trex*

Qasim:     [UI]

CHS:       Yes. Come on, put down a jack

Qasim:     Just one minute, Abu al-Laith, do you have any jacks?

CHS:       No, he has [UI] Open your cards.

Raid:      Yeah, he has duo.

Qasim:     He has a duo? If he has duo, I'll let him go first. I see [UI], because Abu al-Laith
           has the diamond...

Raid:      Praise God.

Qasim:     You see!

CHS:       Go ahead an open up.

Raid:      *Apple.*

Alebbini:  Raid, did we skip you one round?

Raid:      What?

Qasim:     No, he [UI]

[Pause]

Qasim:     It's not your turn. It's Muhammad turn to go.

Raid:      Did you play?

CHS:       *Check.*

Raid:      Your turn. Hold on, hold on. It means Alebbini didn't play, go ahead and play.

55

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027685

| | |
|---|---|
| CHS: | Check. |
| Qasim: | Did you check? |
| Alebbini: | *Yes.* |
| Qasim: | Ok, that's it. So don't keep checking, I feel bad for you! |
| CHS: | Check. |
| Alebbini: | Nine of clubs. |
| Qasim: | This is just for you, Mike. Just for you, Mike okay? |
| CHS: | Forget about "just for you" |
| Qasim: | [laughs] |
| CHS: | Check. |
| Raid: | You just keep checking. You're taking your time. Come on Abu al-Laith, play. |

| | |
|---|---|
| Alebbini: | King of clubs. |
| Qasim: | King. |
| Raid: | That's a big one! |

**[End of Recording File 03-12-2017.002.avi]**

56

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027686

**[File 03-12-2017.003.avi]**

[Unintelligible conversation about card game]

Alebbini:     Ace.

Raid:         Seven.

Qasim:        Check, no, no you didn't check. Yes check.

CHS:          Check.

Alebbini:     Raid, you checked on seven of hearts.

Raid:         I haven't checked since it came down. Abu al-Laith, it's your turn.

Alebbini:     Pass.

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027687

Qasim:        Four.

Raid:         Play, play. What's going on?

CHS:          *Oh shit.*

Raid:         Play something else. It's his turn

Qasim:        I played.

Raid:         Play, play.

Qasim:        I played the seven [OV]

Raid:         After the seven, there is another seven, play.

Qasim:        There's nothing after the seven. It didn't go around.


Raid:         It went around and you played the four.

CHS:          It went around and you tried to throw down that card.

Qasim:        Okay, fine

Raid:         Seven of heart. This is in your dreams, *cousin.*

Qasim:        This is five.

Alebbini:     Pass

Qasim:        Pass

Alebbini:     Pass

Raid:         *Duo.*

Qasim:        The play is standstill.

Raid:         *Ace.*

58

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027688

Qasim: First.

Alebbini: *Cousin,* are you sure he didn't check on the heart?

Qasim: I swear to God, I felt he did.

CHS: Beginning of the first and third one?

Raid: First and third one.

Qasim: Beginning of the third.

Raid: Two fifty, 250.

Qasim: Beginning of the fourth one

Raid: Beginning of the fourth one

Alebbini: 250, 250. First

Raid: Man, if I had checked- -

Qasim: [OV]--brothers, we came out with 50 positive.

Alebbini: But the one holding the cards is supposed to put down.

UM: Is three good or you want me to put more?

Qasim: No, I think three is good. Thank you.

Raid: Brothers, you are at minus 50.

Alebbini: I passed the clubs to you thinking you're holding the hearts.

Raid: No *cousin.* I wish I had the hearts. I see you're stressed for the hearts and you're saying...I had the [UI] spades.

Alebbini: I wanted to hold the spades.

59

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027689

Raid: But, *cousin,* when you revealed your cards, you made a little mistake. Had you held them a little longer, I would have made him lay down the hearts for you despite of him!

Alebbini: Man, I'm playing my cards and laying them down…I don't have good cards to win.

Raid: I have cards [UI]

[OV] [SC] [UI]

Qasim: Praise be to who can change things drastically. From 400 minus to 500--

Alebbini: [OV]--whoever checks first will hold the cards till the end.

Raid: How much you checked?

Alebbini: It's always like that. Whoever checks first, holds at the end. This hookah pipe is really bad.

Qasim: What's wrong with it?

Alebbini: [UI]

Raid: [Laughs]

Alebbini: He cannot pick it up [laughs]
Qasim: Do you want to play?

Raid: *Trex*..I can play *Trex* with my eyes closed!

Qasim: Did you check? I think it's Mikes' turn.

Alebbini: Is it my turn?

Qasim: Yes, it's your turn. Open your duos.

Alebbini: No, we start at Raid.

60

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027690

Raid:        [UI]

Alebbini:    Ace of Clubs.

Raid:        Ten.

[Background noise]

Alebbini:    Jack

Raid:        Ace


Qasim:       Play it.

Raid:        It's my turn, here's a king of clubs

Qasim:       Deck.

Raid:        It's not a problem, it'll be over soon.

Qasim:       Clubs.

Raid:        Come on, let's go.

Qasim:       One minute.

Alebbini:    [Coughs] Did they change the charcoal for us?

Qasim:       Deck.

CHS:         Okay, hold on one second, I also deck.

Raid:        Abu al-Laith.

Alebbini:    Clubs…Queen of hearts.

Raid:        Eight of spades.

Qasim:       Queen of hearts? That is Ace of hearts.

61

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027691

| | |
|---|---|
| Raid: | Abu al-Laith, clubs. |
| Qasim: | You're pestering him man, let him play. |
| Raid: | Brothers, play Spades. |
| CHS: | Deck. |
| Alebbini: | Pass. |
| Raid: | Abu al-Qays, Play Spades with me. |
| Qasim: | Spades huh? |
| Raid: | Come on dear Abu al-Qays   Abu al-Laith, in your hand with us. Spades, Spades please. |
| Alebbini: | Pass. |
| Raid: | Pass? |
| Alebbini: | This hookah's heating up [Coughs] |
| CHS: | God damn it, it's bad. |
| Alebbini: | You see. |
| Raid: | Abu al-Qays, your turn. Clubs. |
| Qasim: | *Trace.* |
| Raid: | Abu al-Laith, duo, do you have other than that? |
| Qasim: | No, no, maybe he doesn't want to play duo, he doesn't. |
| Raid: | He doesn't have it…okay. |
| Qasim: | Five, Clubs brothers, let's go, may God give you the strength. |
| Alebbini: | *Trace,* clubs. |
| CHS: | Four. |

62

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027692

| | |
|---|---|
| Raid: | Clubs is down. |
| Qasim: | Ten of hearts. |
| Alebbini: | It's your duo if you don't want to play it, Pass. |
| Raid: | Let's go. |
| CHS: | Hearts. |
| Alebbini: | Don't forget this one. |
| Qasim | Pass. |
| Raid: | I played the seven of hearts. |
| Qasim: | Abu al-Laith pass. Hearts, hearts. |
| Alebbini: | Pass, Ah. |
| Raid: | Ok. Pass. That's fine, he's out. |
| Alebbini: | Four diamonds [UI] |
| Qasim: | That's beautiful, huh! |
| Alebbini: | [Coughs] |
| Raid: | You see how it's done…I'll let you play for me as well. |
| Alebbini: | [Coughs] |
| CHS: | Make it a little light, man, make it lighter. |
| Raid: | How much did you guys get? 350? |
| CHS: | 305. |
| Raid: | 350? |
| Qasim: | I mean, 300 positive. |

[UI conversation about card game]

63

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027693

CHS:            Blow in it a bit. Whose turn?

Alebbini:       Mine [UI]

Raid:           [UI]

CHS:            May God help.

Raid:           May God help.

Qasim:          I say to play single is better.

Raid:           I think two's or three's is better

[Car sound] [Background and music noise]

Alebbini:       Things are getting real bad between Turkey, Holland and Germany.

CHS:            Did you see that?

Qasim:          Yes. They're so preoccupied with him…so preoccupied with him. But with al-Sisi, they are his fans. Al-Sisi is dear to them.

Raid:           To them, al-Sisi is the good one.

Alebbini:       Aha. Al-Sisi is their man.

CHS:            He's dear to their hearts.

Alebbini:       He's dear to their hearts, this mother fucker, brother of the Jewish woman [UI], Jewish.

Raid:           Double up brothers.

Alebbini:       The cards are back. Play Raid.

Raid:           Is there card trading? Anyone?

Alebbini:       No one is willing to uh--

CHS:            [OV] – no one has a brave heart to do it.

Raid:           I wonder what the guys' situation is with the hearts.

64

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027694

| Alebbini: | Ace |
|---|---|
| Raid: | I didn't go back with the hearts, I feel you're not comfortable with him a little. |
| Alebbini: | Let's see what my partner will come back with. |

| Raid: | The partner situation is bad now. |
|---|---|

[Pause]

| Alebbini: | Here's the king. |
|---|---|
| Qasim: | Are you doubling the queen? |
| Raid: | Yeah, I'm doubling, but… |
| Alebbini: | Is there a king? I mean I'm not seeing-- |
| Raid: | [OV]--a king? |
| Alebbini: | I don't understand how you play, brother. |
| Raid: | Jack of Spades. |
| Qasim: | Six of Spades |
| Alebbini: | Eight of Spades. |
| Raid: | Five of hearts. |
| Qasim: | Eight of hearts. |
| Raid: | Six of hearts. |
| Alebbini: | Six of hearts. |
| Qasim: | God damn it. |
| Alebbini: | Why are you doubling up brother? |

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027695

| | |
|---|---|
| Qasim: | Man! These spades, the diamonds…what do you call it, the one clubs is still out with the man here. |
| Raid: | Did he play it? The clubs is out. |
| Qasim: | No it's not out yet, there's still one. |
| Raid: | Four and four and four. |
| Qasim: | There's still one more man, that's twelve-- |
| Raid: | [OV]-- man four and four and four-- |
| Qasim: | [OV]-- that's thirteen-- |
| Raid: | [OV] -- ok. Thirteen. Will he play it by himself? |
| Qasim: | He'll play it. He'll have to, eventually. |
| Raid: | Should we wait for it? |
| Qasim: | Wait for it, yes. |
| Alebbini: | Four of diamonds. |
| Raid: | Abu al-Qays! |
| Alebbini: | Let me tell you things… |
| Qasim: | Yeah. |
| Alebbini: | It's your turn to play. |
| Raid: | Play, play, play. |
| CHS: | Yes, for who? |
| Raid: | *Trace* of Spades. We don't have it. |
| Alebbini: | Seven. Do you have the other one? [UI] |
| Raid: | Duo! |
| Alebbini: | *Trace.* |

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027696

Raid:          I'm coming back, I'm coming back to you Abu al-Qays.

Qasim:         Coming back with what?

Raid:          I'm coming back with what your heart likes!

Alebbini:      This is mine.

Raid:          It's your turn to count them.

[Background noise]

Raid:          [UI] it's light.

Alebbini:      The hookah's better now.

Raid:          30, 60.

Qasim:         But Abu al-Laith, I swear to God [clears throat], I did not reveal the hearts--

Raid:          [OV]--seventy five--

Qasim:         [OV]--the man opened it, I didn't return with it. He was eating it--

Alebbini:      [OV]--who was the king with?

Raid:          75, 85, 95, 105, 115--

Qasim:         [OV]--all I had were large cards, all large. I just had to get rid of them--

Raid:          [OV]--Abu al-Qays--

Alebbini:      [OV]--you then marked the clubs, you could've finished the clubs --

Raid:          [OV]—we're at 90 *minus*.

Alebbini:      What cards was I going to get you out with? You're supposed to mark the color you want. You marked the clubs but it didn't come out [UI]

Raid:          210 positive and you have 210 *minus*.

67

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027697

| | |
|---|---|
| Qasim: | But you see how I'm playing back and eating everything. There was nothing I didn't eat. |
| Alebbini: | Your cards were taken from you, Qasim. |
| Raid: | 400 and 20 is 420. I really took care of you Abu al-Qays, so you can have a good start. You need 500 [UI]. |
| Qasim: | We can get them! |
| Alebbini: | They put Mursi in prison and are now turning against…against Erdogan. There is no Arab ruler who was elected. |
| CHS: | That's their policy. They do not want anyone who can unite them. |
| Alebbini: | Yes, there is no tawhid among them. They just want to forget about the religion of Prophet Muhammad. They want the religion of 'Amru Khalid and the religion of few new guys. |
| Raid: | Exactly [chuckles] |
| Alebbini: | 'Amru Khalid tells you to be patient and-- |
| Raid: | [OV]-- and smile, smile-- |
| Alebbini: | [SC]--smile. The Shiites came to slaughter-- |
| Raid: | [OV]--shush-- |
| Alebbini: | [OV]--slaughter us -- |
| Raid: | [OV]--shush-- |
| CHS: | [OV]--yeah, watch what you say! |
| Alebbini: | Ah, are the guys here? |
| CHS: | Yes. |
| Raid: | I mean it's not nice to say that. We need to [UI] but what can we do? It's not right. |

68

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027698

| | |
|---|---|
| Qasim: | Whoever doubled, doubled! |
| Raid: | Beautiful! |
| Qasim: | Anyone wants to double? |
| Raid: | No. |
| Raid: | Seven. We started with Latush. |
| Qasim: | Ooh, that's it! You do what you got to do… you did what you got to do. |
| Raid: | No, no, there is still something in it. May be not…seven…king…spades…[UI] man. |
| Alebbini: | His seven? |
| Qasim: | His seven. |
| Raid: | Nah. Here it is secure! Ah…Abu al-Qays has many cards. Many cards. |
| Raid: | Four and three is seven, seven, seven. |
| Qasim: | Come on brother! |
| Raid: | Just a minute. Let my uncovering of cards come from his hand, or Abu al-Qays' hand. Abu al-Qays' hand is better. |

[Background noise]

| | |
|---|---|
| Raid: | He's talking bullshit, son of a gun! [UI]…Ace. |
| Alebbini: | That's it Qasim. We lost this round. |
| Qasim: | Huh? |
| Alebbini: | That's it. We lost. |
| Raid: | That's it. It's over. |
| Alebbini: | [Coughs] yes. |
| CHS: | Raid. |

69

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027699

| | |
|---|---|
| Raid: | Oh, is it my turn? King. Duo. Abu al-Qays, it's his turn, his. That's better. |

[Whistling]

| | |
|---|---|
| Raid: | It's really pretty, pretty! |
| CHS: | It's fine man! [Laughs] |
| Raid: | We just wanted you to feel better in this round, myself and Abu al-Laith. |
| CHS: | [Laughs] No, what do you mean you wanted me to feel good and so on -- |
| Alebbini: | [OV]--this uh-- |
| CHS: | [OV]—don't give me this crap! |
| Alebbini: | We cheated in this round, we cheated! |
| Qasim: | You cheated, seriously? |
| Raid: | What did you cheat with? |
| Alebbini: | When you told me you put down the six and the five. I actually put them down, I put down two cards. |
| Raid: | And you couldn't make it with cheating? |
| Alebbini: | Yeah. |
| CHS: | The uh… the [UI] you're wearing-- |
| Alebbini: | [laughs]-- |
| CHS: | [OV] --is not making you think straight! |
| Alebbini: | [laughs] I knew it, when I put down the cards… when I cheated I told myself we're losing. |
| Qasim: | When you threw the king, I knew the round is over for us. |
| Raid: | Just hold it in your hand man. |

70

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027700

Alebbini: He had a king and a queen and my card is [UI]. I mean I wanted to beat the card but I could not throw the card. I got the queen.

Raid: Brothers, you lost, you lost…in every bad way.

Alebbini: I let you have the queen. All the cards were stacked.

Raid: But he [UI] the queen.

Alebbini: [Coughs]

Raid: You're not at the same level.

Qasim: Go get some training in Karfur and come back. Get a small phosphorus deck of cards and practice at home.

CHS: Are you recording it or what?

Alebbini: [OV] [UI]

Raid: No, the game is over. We closed it early.

Alebbini: One to zero. No one to one.

CHS: One to one.

Alebbini: One to one.

Qasim: Do you guys want to call it off?

Alebbini: I don't know. Let's play, we're here. Let's play.

Raid: It doesn't matter to me. There's a lot of card games waiting for me in Jordan.

Alebbini: They only play cards in Jordan. I went to visit the guys in our village called Sal. The guys want to go out every night. Monday, Tuesday, Wednesday, Thursday, Friday, Saturday, Sunday, they want to go out

Raid: And play cards.

UM: You guys need anything?

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027701

CHS:             No, everything is good.

Raid:            But on Fridays, it's after the Friday prayer.

[Background noise]

Alebbini:        And then they say they're bored, sick and tired, because they don't go out every night.

CHS:             At least they don't have to deal with this killer cold like we do.

Alebbini:        Seven of hearts

Qasim:           Who has it?

Alebbini:        I have it.

[Loud background conversations]

Raid:            You have five hearts [UI]. He has 7 of hearts and always [UI], I mean the first kingdom has [UI].

Alebbini:        Jacks.

Raid:            Do you have three, three? Hide them, hide them, do you have it? Hide them.

CHS:             *We*

Qasim:           Deck.

Raid:            My card is uh -- just forget it.

Qasim:           Abu al-Laith, you're probably washed for prayer?


CHS:             [laughs] He's laughing at us. He's probably praying as he deals. He was praying as he dealt the cards to us.

Qasim:           I'm still calling deck, still.

[Background noise]

72

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027702

| | |
|---|---|
| Raid: | [UI] What did he say? |
| Alebbini: | I don't know. |
| Qasim: | I don't understand what he means. |
| Raid: | Am I still in deck? |
| Qasim: | No. [UI] |
| Raid: | Here is a king. |
| Alebbini: | Here's a seven of clubs. |
| Raid: | Six. |
| CHS: | Deck. |
| Alebbini: | Nine of Clubs. |
| Qasim: | Ace. |
| Raid: | Abu al-Laith, play. It's your turn. |
| Alebbini: | No. It's Mike's turn. |
| Raid: | It's your turn, I played. |
| Alebbini: | I played. Did Qasim play? |
| CHS: | With me? No, I have one. |

[Background noise]

| | |
|---|---|
| Raid: | Here's eight of Clubs. |
| Alebbini: | Here's a seven. |
| Qasim: | Haj Mike, there is no deck in this round. |

73

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027703

Alebbini:        Five.

Raid:            Ehhh.

CHS:             Um, no, no, no, no. Deck.

[Background noise]

Alebbini:        Here is five.

CHS:             King.

Raid:            Ace. Abu al-Qays, it's in your hand.

Alebbini:        [UI]

Raid:            Abu al-Laith. Stay with us.

Qasim:           [UI]

Raid:            [UI]

CHS:             Deck.

Raid:            Abu al–Laith, in your hand [UI], here's a trace.

Alebbini:        I'm none.

Raid:            Duo.

Alebbini:        It's your turn.

Qasim:           You're done.

Raid:            Are you done? Here's a seven. [UI] is here too? That's not fair.

Qasim:           [Clears throat] This is the beginning of the beast, Abu al-Laith.

Alebbini:        Give cards like this one.

Qasim:           We can write this one down.

Raid:            How much? [Laughs] 250 huh?

74

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027704

[Pause] [A loud conversation in the background]

CHS:        Ooh! This is really scary.

Raid:        Clubs.

Alebbini:    Seven of spades.

Qasim:       Just one minute please.

Raid:        King.

[Loud conversation in the background continues]

[UI conversation about cards game]

Alebbini:    Ace.

Raid:        You got to do what you got to do!

[Pause]

CHS:        My turn, right?

Raid:        Um.

[Pause]

Qasim:       [UI]… in his hand.

Raid:        Got the king.

CHS:        *Fuck, fuck, fuck, fuck, fuck.*

Raid:        Queen.

Raid:        Hearts.

CHS:        No, man.

Qasim:       This uh - - [UI]

Alebbini:    No one else has the hearts but me.

75

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027705

| | |
|---|---|
| Raid: | *Yes, yes.* |
| Qasim: | You're the one who won the king. |
| Raid: | Why? |
| Qasim: | You had the last card in your hand that won the king. |
| Raid: | No, no. I had a spades low card. |
| Alebbini: | Did you double the queen? |
| Raid: | Yeah, I'm sorry. |
| Alebbini: | One, two, three, three add up to forty five. Forty five positive thirty? |
| Raid: | Seventy five. |
| Qasim: | Seventy five-- |
| CHS: | [OV]--t's like you bombed us from the air and ground-- |
| Alebbini: | [OV]--seventy five positive fifty, no the 75 is gone, and positive fifty. |
| Raid: | Fifty. You have 50? |
| Alebbini: | 50 minus. |
| Raid: | We got the rest. |
| Qasim: | 50 minus, and we have 300 positive, so you have 350 |
| Alebbini: | No, what 300 positive? Oh 300 positive, that's right. |
| Raid: | Asia [UI] |
| Qasim: | There is difference of 600 between us. |
| Alebbini: | This is called kingdom, brother. It gets to 300 positive and 300 minus-- |
| Qasim: | [OV]-- now I'm going to--[UI] |
| Alebbini: | The first two, you win a [UI] 50 minus. |

76

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027706

| | |
|---|---|
| Raid: | Now, I'm going to play the kingdom card now. I'm going to play the card. Now I'm going to take out the kingdom. |
| Qasim: | We heard a lot of this talk before! |
| Raid: | We'll see now! |
| Alebbini: | The guy is doing a *propaganda* war! Don't think in reality it's going to be uh-- |
| CHS: | [OV]--[Laughs] |
| Alebbini: | The guy doesn't even know how to request his cards! He will request cards based on our call! |
| Qasim: | Now I'll show you how I'll play my card. |
| Alebbini: | I wanted you to be my partner out of sympathy for you, to make you look good. Just like that! |
| Qasim: | But Abu al-Laith you [UI] |
| Raid: | He played uh-- *Trex* |
| Qasim: | *Trex!?* |
| Raid: | You're forced to! |
| Alebbini: | Do you have two queens? |
| Qasim: | What? |
| Raid: | Do you have two queens? |
| Qasim: | I don't have duo's at all. |
| Alebbini: | I have two of them. |
| Qasim: | Abu al-Laith, I know your problem is here. I know your problem is here Abu al-Laith. |

77

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027707

Alebbini:     Oh really? Praise the Lord for you can predict the unknown!

Raid:         [Laughs] Open your duos Abu al-Laith.

Alebbini:     No, wait a minute. I pass, brothers

Qasim:        Open your duos. I didn't get you!

Alebbini:     Ten.

[Background noise] [Pause]

Raid:         Queen.

Qasim:        Clever, clever.

[A loud conversation continues in the background]

Raid:         What did Abu al-Laith come down with? [Pause] I see you're going strong Abu al-Laith!

Alebbini:     Be strong, don't be afraid.

Raid:         I am.

Qasim:        [Laughs] He showed he is brave by doing that! If you you're being good and will put a good card down, I'll help you with this one.

CHS:          Deck.

Raid:         Does he mean the 8?

Qasim:        *Oh shit!*

[Background noise] [Pause]

CHS:          Deck.

Alebbini:     The guy called deck.

Qasim:        First

Alebbini:     Duo. First.

78

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi, 03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027708

Raid:            [UI]

[Sirens]

Alebbini:        [UI] It happens sometimes!

Raid:            I have a king of hearts--

Alebbini:        Umm!--

Raid:            [OV]-- and three aces. Two aces--

Qasim:           [OV]—who's going to get 650 Abu al-Laith?

Raid:            [OV] --two aces are not moving.

Alebbini:        We'll zero it to them now.

Raid:            How much do we have?

Qasim:           It's ok. We have 350 positive and that's what we can see right now.

Alebbini:        That's fine, fine...don't...don't worry! [Laughs] There is still hope! You don't
                 know brothers, the [UI] is changing, brothers!

[Siren sound]

CHS:             Did anyone call this? My stomach is bothering me!

Qasim:           But now, I'm going to beat you really good!

Raid:            It's not good to keep making him feel bad when you don't know how to play
                 [Laughs], I mean he plays better than you do.

Qasim:           The cards, the cards [UI]

Raid:            Aha! Abu al-Laith, he says it's the cards now!

Alebbini:        Yeah, at least the man is quiet and is complaining about the cards dealt to him
                 [UI] on us..

Qasim:           [UI] for us.

79

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027709

Alebbini:     Aren't you now afraid you're going to eat the king?

CHS:          His bate is in your hand?

Alebbini:     Aha.

Raid:         Throw it down, and see who would eat it!

Alebbini:     Now, you're going to eat it good!

Qasim:        I'm with you.

Raid:         Jack.

Qasim:        You started with this one? No problem, let me take it!

Alebbini:     Six.

Qasim:        Who doubled it?


Raid:         Ten.

Qasim:        It's still [UI] Mike.

CHS:          Yeah, is it your turn Raid?

Raid:         Eight

Qasim:        Ten.

Alebbini:     King of diamonds.

[Loud background noise]

Alebbini:     Jack.

Raid:         Four,

Alebbini:     Five of hearts.

Raid:         Ten.

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027710

Qasim:        I [UI] with the queens this time.

Alebbini:     Tens of diamonds.

Raid:         Ace.

Qasim:        Here throw it.

Raid:         Here is nine.

Qasim:        You need this color so you don't eat [UI].

Alebbini:     Jack. Jack of hearts.

Raid:         Too big, and here is one...ten on top of it.

Qasim:        Ok, go ahead, go ahead!

Alebbini:     Just keep holding the cards in your hands, brother! [Laughs] I have to keep telling
              him like this...

[Laughs]

Raid:         Why didn't you play me clubs?

Qasim:        What's going on Abu al-Laith? Is it getting bad for you?

Alebbini:     May be. Had I played three of diamonds it would've been better for me.

Qasim:        Yeah. Had you played three of diamonds, it would've been better.

Alebbini:     I'm telling you man!

Qasim:        How much do you have?

Alebbini:     Give me those, [UI]

Qasim:        He says to throw it down fast so he can shuffle his cards!

CHS:          He got beat bad!

Raid:         It's out, Asia...

Qasim:        Abu al-Laith, the second one turned out to be a kingdom!

81

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027711

Raid:              The third kingdom.

Alebbini:          No, no the second kingdom.

Qasim:             You played the second kingdom.

Raid:              No, he played his kingdom.

Alebbini:          No, in my kingdom, the card he needed was the hearts.

Raid:              It didn't go out though!

Raid:              What do you have there?


Alebbini:          It was my seven of hearts that came out. I mean only Qasim's kingdom remained

CHS:               *Yeah,* but the *case,* there is no hope. Is there any hope?

Raid:              Yes, of course there is always hope but that's it he took it. Is that all yours and this is ours?

Alebbini:          Yeah.

Raid:              You didn't add any to mine did you!?

Alebbini:          No, that's ours.

CHS:               [laughs]

Raid:              Add it, add it.

Qasim:             We told you that Raid needs practice.

Alebbini:          Three.

Raid:              But you didn't take me out with Clubs, and if you would have played me the duo, it had king…

Alebbini:          Six, six times what?

82

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027712

Raid:           [OV] Ninety.

Alebbini:       [OV] Ninety, 90 minus 90,

Raid:           [OV] 150.

Alebbini:       90,100, 110 120 130 140 150 and this one

Qasim:          Twenty five. With this one it becomes 25 negative.

Alebbini:       One hundred 175


Raid:           [OV] Why 150, why 150?

Qasim:          Yeah, 175.

Alebbini:       [OV] 175. What's 175 positive? It's a 100.

Qasim:          One hundred. One hundred negative, it means we--

Alebbini:       [OV]-- do you have a queen in your hand?

Qasim:          No, no. But he wasn't beating us with 550 positive, brothers and you did not get 550 negative.

Raid:           Ok. That's fine. There is still hope, No, there is hope in it. We will get it

CHS:            What the hell! How are we going to get there?

Alebbini:       It will come.

CHS:            [Laughs]

Qasim:          Man, this cafe is cold.

CHS:            What?

Alebbini:       The place is cold. We're in the winter season.


83

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027713

CHS: I'm telling you they can't have this inside. They can't do it inside. It has to be outside.

Qasim: There's a place in *Tolo...in Toledo, Ohio* that we went to. It was nice and warm. They had the Arabic floor seating--

Alebbini: [OV]—that was inside.

CHS: [OV]-- I went to *Dearborn,* for example --

Alebbini: I know they have to get a license to smoke.

CHS: Yes, but it is hard here.

Alebbini: Here?

Qasim: *Oh Shit.* What's our score now?

Alebbini: I have six. Six or nine.

Qasim: Nine

CHS: Nine.

Qasim: Whose kingdom is it?

Alebbini: It's your kingdom.

Qasim: You mean it's the Lion's kingdom.

Alebbini: Um.

Qasim: I don't know...I frankly don't know.

Raid: What's going on Abu al-Qays?

Qasim: My cards are not stacking up well.

Alebbini: Play [UI]

Qasim: Double it.

Raid: Play.

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027714

Qasim:      Can anyone double up?

Raid:       Here's a king.

Qasim:      Hearts?

Raid:       Hearts.

Qasim:      That's really tough!

Alebbini:   Too much, very tough

Qasim:      Yeah! It's not my turn though.

Alebbini:   Whose seven is this?

Qasim:      It's my seven.

Alebbini:   Queen of spades….Jack of hearts

Qasim:      *Shit.*

Alebbini:   Duo of hearts.

Qasim:      Throw down a queen with it buddy. I swear to God I'll return the favor.

CHS:        Why do you double up on it? I don't know.

Qasim:      They can't handle the double!

Raid:       We double up, otherwise it will not work out.

Double:     If you can't handle it brother, then don't double.

Alebbini:   It's your turn.

Qasim:      You thought you were going to start here huh?

Raid:       I won't start here.

Qasim:      This is what I wanted to throw down and start with. You're tracing with this. He wants his partner to open up for him here, you know what I mean, but it's not working out for the poor guy.

85

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027715

| | |
|---|---|
| Alebbini: | Is the play diamonds? |
| Qasim: | It's out [UI] |
| Raid: | Is it out? Do you still want to play? |
| Alebbini: | It's out. |
| Qasim: | Do you want to keep playing? |
| Alebbini: | It's fine, don't be too embarrassed! |
| [Laughs] | |
| Alebbini: | It's true we are beating you -- |
| CHS: | [Laughs] |
| Alebbini: | [OV]-- It's ok! |
| CHS: | No man, that's it. We got beat bad [Laughs]. |
| Raid: | Give me, give me uh… the packet. |

**[End of Session 03-12-2017.003.avi]**

86

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027716

**[Beginning of Session 03-12-2017.004. avi]**

CHS:        This… they gave you this as a wedding gift. This is your wedding gift.

Raid:       [Laughs]

Qasim:      We already gave him the wedding gift.

Alebbini:   No, this is so that doesn't go to Jordan--

Qasim:      [OV]--thinking he won--

Alebbini:   [OV]--thinking he can play Trex. At least this way the man will say "the guys gave me this deck of paper cards so I can practice, so I don't ruin [UI]"--

Raid:       [laughs]

Qasim:      [OV]--so I know how to double.

Alebbini:   Because the plastic… the plastic, my brother, needs good players.

Qasim:      [laughs]

Raid:       You forgot how many times I beat you back then!

Alebbini:   Really!

Qasim:      [UI] [chuckles]

Raid:       I won a lot, but that's fine.

87

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi, 03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027717

Alebbini: You see, now he lost three rounds. The last round he lost can't be forgotten. That's why Raid always tries to forget the bitter memories by remembering a previous win.

Raid: What was the result? One to one, two to one

CHS: Two to one.

Alebbini: But you're the winner [Laughs]

Raid: How was I the winner?

Alebbini: Listen! There's a proverb that says "Beware of the wrath of the expatriate". Like when we go to Jordan, can anyone say a win, victory or triumph. He will [UI]. But I swear by my honor that I will send you a *text message* and remind you of this loss [Laughs]. It's light, light.

CHS: You smoked a lot man, enough. Smoking more than this will give you a headache.

Alebbini: No. It's good...good.

[A loud conversation continues in the background]

Alebbini : When are you planning on going to Jordan ?

CHS: What? When God makes it possible [Laughs]

Qassim: When he gets the passport. When [UI] shows up.

CHS: Like when some people tell you "God willing we'll see you", you'd want to say "man, for God's sake, don't wish me for that" [Laughs]. Let us first figure things out and then God will help.

Alebbini: I say God willing, our countries will, little by little over the next ten years, go back like brand new.

CHS: What countries?

Alebbini: Our countries.

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi, 03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027718

CHS:        God willing!

Alebbini:   There will be no Palestine, no Jordan, no Syria or Egypt. There will be an Islamic State--

CHS:        [OV]--lower your voice--

Alebbini:   [OV]—uh… where we can go and be happy.

CHS:        God willing.

Alebbini:   God willing. We will go back home.

CHS:        As long as they will take us back.

Alebbini:   They will, they will, they're good. They're good, I swear to God they will.

CHS:        [Laughs]

CHS:        They may tell us "you were away all this time and now you want to come back?" [laughs]--

Qasim:      [OV]—"go back"

CHS:        "go back" [laughs].

Alebbini:   We will beg them

CHS:        Hopefully, they'll accept us.

Alebbini:   Unless *Trump* puts us in jail here.

CHS:        What?

Alebbini:   Unless *Trump* puts us in jail here.

CHS:        Like I'm saying, either way, we're screwed.

Alebbini:   Yes.

Qasim:      I swear to God, this is a problem.

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi, 03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027719

Alebbini: When Trump puts us in jail?

Raid: Yeah. But he will not put me in jail, he'll deport me real quick.

Alebbini: No, brother, he did. They already started…they have places like when the Japanese --

CHS: [OV]--no, it's because he doesn't have documents. If they deport you, after ten years like Alebbini said, please be our middle man.

Qasim: I'll talk to *Trump* for you. I'll tell him "there are guys there need to be deported".

CHS: Make an exchange of prisoners or anything else.

Alebbini: Oh yeah, an exchange of prisoners.

CHS: You can tell them there's someone called Alebbini and another one is Muhammad, and God knows where Raid will be.

Raid: I'll be there.

Alebbini: It's a shame, there are four Chechen guys, or five, I'm not sure how many, they went to the *sh…sh… gun range*. They were shooting *outside…out,* not indoors. Someone has a land and he made a *gun range*. The guys were taking pictures and videos while shooting and I swear to God they were joking, just joking as they chanted Allahu Akbar. They took the video to Walmart to be developed. The guy at Walmart saw the video and reported it to the authorities. The government saw the video and sent them an Egyptian collaborator, to sell them weapons and so on. They went and looked at the weapons but did not buy any. As they are checking out the weapons, they're just young men like us, like anyone who wants to look at weapons, and they're still in jail until now.

CHS: Where did that happen?

Alebbini: I don't know where, but I saw that on television.

CHS: In Ame… you mean here?

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027720

| | |
|---|---|
| Alebbini: | In America, yes. Based on suspicions only about the guys. I also watched how they were arrested. They were under surveillance, so when the guys were done with Friday prayer, there is a restaurant owned by a Chechen man where they go after Friday prayer. They're cousins like us, so after they finish Friday prayer they go eat there-- |
| Qasim: | [OV--this low-life collaborator who is an Arab. God damn him-- |
| Alebbini: | [OV]--they sent them someone-- |
| CHS: | [OV]--in *New York*, in *New York*, I heard that every Egyptian is a collaborator. |
| Alebbini: | Yes. |
| CHS: | Someone told me every Egyptian is a collaborator. |
| Alebbini: | Listen, listen brother! The story is like this. For example an Arab who is a drug dealer, or someone like Qasim who has no documents and gets arrested, they will tell him "if you don't want us to deport you, work with us". |
| CHS: | Why don't they ask us to work with them? [Laughs] |
| Alebbini: | Yes, yes. They ask you to work with them -- |
| Qasim: | [OV]--no way. |
| Alebbini: | Now these guys... *Cousin*, you say "no way", but Egyptians won't say that and will work with them. An Egyptian will -- |
| Qasim: | [OV]--Man! I won't tell on my own people. I won't do that. |
| CHS: | It wasn't telling on someone according to what he says -- |
| Raid: | [OV]--What was it then? |
| Alebbini: | [OV]--he [UI]-- |
| CHS: | [OV]-- the issue was not telling on someone. I mean, he says the conversation did not take place. It was all lies. |

91

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027721

| | |
|---|---|
| Alebbini: | Yes, lies and more lies, they accused them. Like that Shah, he came out saying it to support Hamas… in support of Hamas and so on. They're making false accusations against the people. |
| CHS: | There are things that don't make any sense. |
| Alebbini: | Yes. |
| CHS: | But you can't -- |
| Qasim: | [OV]--I swear one is not protected at all in this country. |
| CHS: | What? |
| Qasim: | One is not protected in this country-- |
| Alebbini: | [OV]—you're only protected if you're polite and like a rabbit. You're only protected if you're like a rabbit. |
| CHS: | Not even if you're that, I swear. |
| Alebbini: | Like this man, he bought weapons, he sold weapons. The whole America sells weapons. People make a living from selling weapons. They made a deportation case against him, even though the man is a businessman, owns stores, pays his *taxes* and is doing well. I mean, that's the people who come to America should be. Look what they did to him! What else do you want? You want good people like him to come to your country and invest in it. |
| CHS: | I swear to God and like I told you, even if you're minding your own business-- |
| Alebbini: | Yes. |
| CHS: | [OV] – you'll still be a target. |
| Alebbini: | If you were German, for example-- |
| CHS: | [OV] -- I mean in the uh… the… the *Kettering* place you went to, I had a sign outside. Did you see the parking outside? |

92

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027722

| Raid: | Yes. |
|---|---|

CHS: I had put a sign outside. Someone from the city came and asked me to take to it out.

Qasim: Why was it not allowed?

CHS: I asked why I had to remove it since it was in the *parking lot* not on the street.

Alebbini: Yes.

CHS: He said because it still *interrupt [sic] the…the…the drivers.*

Raid: *Wow.*

CHS: I took it out. I put it out only on Sunday and Saturday at the times when the *city* is not around --.

Raid: [OV]--when they're closed.

CHS: The son of the gun came by on a Saturday, took pictures and sent me a warning that he will give me a *ticket.* I was like "what are you doing working on a Saturday when you don't work?"

Alebbini: Brother, this man wasn't working that day. He was probably just walking by and noticed it.

CHS: One day he came by and we were discussing this so I told him. You know *Metro PCS?*

Raid: *Yeah*

CHS: Down the street from me, I showed him over twenty signs *Metro PCS* placed on the street, over ten of them. I told him "that place has signs". He said "that's not my territory". I was like "how is it not your territory? It is *down street from me.* How could it be not your territory?"

Raid: That's it. He wanted to pick on you.

CHS: He said "there is someone else in charge of it". So I said *"tell your boss to replace you".* Just saying.

Qasim: It's not going to help.

93

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027723

Alebbini:     He put you in his mind.

Qasim:        Or he could be one of those [UI].

Alebbini:     I was working…before we came here, I worked at a place called *Walmart*. I was working and everything was good. The next day, I was joking with the guys, just like this. One day I couldn't make it and I was late, and there was a guy who was late one day but nothing happened to him. So I told him *"we got bigger cahones"* which means his balls are bigger than mine. He was an employee with longevity on the job, he can take days off, the managers know him and he has connections, something like that. So, they in the document they wrote that I said, "if you have a big dick working at *Walmart,* then you're good position and don't have to worry". They documented that I --

CHS:          [OV]--[Laughs]

Alebbini:     I swear to God. All I said was that "the guy has *bigger cohones* meaning his balls are bigger than mine", that he is an employee who has been here for a long time. I Swear to God I learnt this word from the employees I worked with, but they terminated me because of that.

[Background conversation]

CHS:          Can they do that?

Alebbini:     Yes. I'm telling you, they fired me for that. I was making 18 and 55 *cent.*

[Background conversation]

CHS:          There is no strength except in God.

Qasim:        *Yeah,* they get him.

CHS:          [UI]


Alebbini:     Yeah, and you should hear how people talk at *Walmart.* They're cussing all the time.

CHS:          I know someone… there's someone--

Raid:         [OV]--do you have the Spades cards by you?

94

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027724

| | |
|---|---|
| Qasim: | Yeah. |
| CHS: | There's someone who works at the…the… where you said-- |
| Alebbini: | *Walmart?* |
| CHS: | [OV]--*Walmart* but-- |
| Alebbini: | [OV]--*the warehouse?* |
| CHS: | [OV]-- yes. He tells me… he tells me he works in *TVs,* where they receive *TVs,* they get the merchandise ready-- |
| Alebbini: | [OV]—yes, yes, yes. |
| CHS: | So before *Christmas,* he tells me they we were exhausted. He said there were no people to work and he worked 70 hours a week. |
| Alebbini: | Yes. |
| CHS: | He says they could not keep up with the work load. I know the guy. He curses and this and that-- |
| Alebbini: | [OV]--everyone cusses. |
| CHS: | It depends on who you work with. |
| Qasim: | A new employee came on board, but got fired. |
| CHS: | What? |
| Qasim: | Someone had grudge against him, so he was fired. |
| Alebbini: | Oh yes, he was one who had a grudge for sure. The man I talked about had a grudge against me. |
| CHS: | Does that means you can't work at *Walmart again?* |
| Alebbini: | Now at *Walmart,* they told me "you're fired for one year, you're fired for six months then you can come back". I went back after six months, but because I filed a small complaint against them with those above them, it became one year. I went back and applied after one year but they refused to hire me. That was at that same *Walmart,* but I may be able to apply and work at a different *Walmart.* |

95

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027725

Maybe, I'm not sure, but right now, that's it. I want to work for my guy, work there for a while, take care of the house, buy food, save some money, and when I find a better job I'll take it and keep it. When I am in a better position, I want to focus on the house and focus on the wife.

CHS: God willing.

Alebbini: She's in her fifth month so I need to feed her well and spoil her a little.

CHS: God willing.

Raid: Are we leaving?

Alebbini: I don't know about you guys, whatever you guys want to do.

CHS: We want to leave.

Alebbini: To me, I'm enjoying the company. But if you want to leave, we will.

Raid: I need to get some sleep.

Alebbini: You need to sleep?

CHS: Are you taking *luggage* with you?

Raid: I'm taking two.

CHS: Two bags?

Raid: I'm allowed two bags, right?

CHS: Yes. Did you weigh them?

Raid: No

Alebbini: [UI]

CHS: Take a *handbag* with you just in case. If you have excess weight, you can take it out and put in in the *handbag*.

Alebbini: Yeah, in the *handbag*.

96

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027726

CHS: We're talking clothes and things like that. But fragrances they will throw them away--

Raid: [OV]--I don't have excess weight.

CHS: [OV]—just don't carry fragrances in the handbag, they'll throw them away.

Alebbini: You can take the *handbag* with you on the plane, they don't weigh it [UI].

CHS: Yes, but don't put any fragrances in it. They will throw them away.

Raid: Where? In the *handbag?*

CHS: In the *handbag.*

Raid: No liquids either.

Alebbini: Liquids can [UI] the plane.

CHS: Where you're... what *airline* are you taking?

Raid: The Jordanian Airlines.

CHS: Man, I have a *claim* with Jordanian Airlines. When my mother came over, her bag was lost, it's been three months already. They said "we'll call you back, *call you back"*--

Raid: [OV]--they didn't return it?

CHS: They never returned it and it's been three months.

[Background noise]

Qasim: The Turkish Airlines, when I was in *Georgia...* a guy flew on Turkish Airlines from Morocco. He lost his luggage. When he first arrived here, he told me he lost his bag. I told him to submit a *claim.* He asked me how to do that. I told him to call the airline. So, we called the airline. After three, four days, they told him he will be receiving a check for the bag and the stuff in it.

Raid: But this was the Turkish Airlines.

Qasim: Yes, that was the Turkish Airlines. They sent him a check for about 300 dollars. A week or so later, they sent him his bag saying they found his bag and he had already--

97

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027727

| | |
|---|---|
| Alebbini: | [OV]--was that 'Abdallah? |
| Qasim: | What? |
| Alebbini: | 'Abdallah? |
| Qasim: | No, that was someone else. |
| Raid: | What if the bag carries a lot of stuff? |
| CHS: | Actually, my mother's bag had a lot of stuff in it. There was over 500 hundred *dollars'* worth of stuff in it. Somewhere over 500, 600 *dollars*. |
| Alebbini: | Supposedly-- |
| Raid: | [OV]--that was the Jordanian Airlines? |
| CHS: | [OV]--the Royal Jordanian. |
| Qasim: | Did you fill out what was in it? |
| CHS: | I told them what was in it. They said, yes, we will talk to you about the *settlement. We call you.* |
| Qasim: | But you should file the *claim* online. You should go on their website and file a claim. |
| CHS: | I went on their website, man. I'm telling you, they're dirty. They said "no, a woman will call you". I was like "Okay, this is *the fifth time* I call you and you keep telling me someone will call, but no one called". |
| Qasim: | That's strange. |
| Alebbini: | Did the hajjeh have a good time when she was here? |
| CHS: | She was here before and-- |
| Alebbini: | [OV]--yeah. |
| UM: | Peace be with you. |
| CHS: | And peace be with you. She came here but was not feeling good. We took her to the hospital and they found she had a tumor on her brain-- |

98

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027728

Alebbini:     [OV]-- May God heal her!

CHS:          She had a surgery, they removed the tumor, but now she has to undergo chemo therapy.

Alebbini:     In Jordan?

CHS:          No, here.

Alebbini:     Aha.

CHS:          She'll start chemo therapy here.

Alebbini:     Is she here?

CHS:          She's here.

Alebbini:     I saw a program. They say cancer--

Qasim:        [OV]--things like that are less expensive in Jordan.

CHS:          In Jordan, when they said... and excuse me for interrupting you, in Jordan they said it was not cancer, they will take it out, and that's it. You see? Because she was here and she got checked so we told them that we want her to undergo treatment here. She had her test results with her, but were lost on the plane, in the bag, and that's what really drove me crazy--

Qasim:        [OV]-- they will not accept the test results here.

CHS:          They will...take the X-ray pictures and the *MRI*.

Qasim:        My father passed away in Jordan. We first took him to Ibn al-Haytham Hospital, then to King Hussain Cancer Center. We had all his test records with us, all of them. The doctor looked at them like this then threw them away, and said they need to run new tests.

Alebbini:     Maybe the test results were not good.

99

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027729

| | |
|---|---|
| Qasim: | I swear, he did not take them. He said they'll have to run new tests right away. When we asked the doctor, he said some of those results could be wrong and they cannot accept them. |
| Alebbini: | That's not always the case. In America, the doctors always look at the *records*, always. |
| Qasim: | No, but if you bring out-of-country results, they may say that all the tests are wrong-- |
| CHS: | [OV]--that's a possibility, but... |
| Alebbini: | [OV]--but that's better for you, did they run tests for her? |
| CHS: | Of course they did. They ran a million tests before the surgery. |
| Alebbini: | Is she cured now? |
| CHS: | But, praise be to God. She'll have to start her chemo therapy the day after tomorrow. |
| Alebbini: | How's her state of mind? |
| CHS: | She's good. |
| Alebbini: | You know, the state of mind is the most important aspect. |
| CHS: | Her state of mind is good. |
| Alebbini: | State of mind is the most important thing... especially because they say if she's happy, accepting and reliant on God, and *positive* and always has a positive energy-- |
| CHS: | [OV]--they said cancer. I asked if it was cancer. He told me it was not cancer, that you can't call a brain tumor a cancer. |
| Alebbini: | Yes. |
| CHS: | He said the cancer can start in any body part then spreads. It causes blood cancer, bone cancer, or muscular cancer. He said they removed the tumor, but there is a |

100

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027730

possibility that it will come back. To prevent it from coming back, they want to give her the--

Alebbini: [OV]--God willing she'll be ok.

CHS: She's scared. She says it is cancer and we tell her it is not cancer. But they told us--

Alebbini: [OV]--Praise be to God always.

CHS: It's just as bad as cancer.

Alebbini: Yeah, a different type of tumor.

Qasim: I wish her the best. God willing she will be ok

CHS: Thank you!

Alebbini: Send her to 'Umrah.

CHS: I did, I sent her more than once. God willing after she's done with this--

Alebbini: [OV]--'Umrah will make her happy.

CHS: When she goes back, I'll send her again.

Alebbini: The most important thing is her emotional state of mind, her state of mind. Right now there is nothing around that can make you happy. I don't know, but sometimes I feel there is nothing in America that feels good or tastes good --

CHS: [OV]--she actually hates it here.

Alebbini: Yes.

CHS: She says that she doesn't wake up to the call for prayer. Last Ramadan she was here for few days, then she begged us to send her back. She says she can't be here in Ramadan. Back there, the sheikh…the sheikh… the sheikh completes Quran recital more than once during prayer. You read the Qur'an more than once. Here, it feels like acting.

101

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027731

Alebbini:     Yeah.

Qasim:       Back there, especially for the women, they have their female neighbors—

CHS:         [OV]—you're right, they have neighbors.

Qasim:       But here she can't go nowhere.

CHS:         True, there are neighbors. Here, I have my sister and her family, some relatives and like you see there are Arabs here. She goes out but it's not like back there.

Alebbini:    Here … the shaikhs here in America, I swear by the Almighty God, every time I go to [UI] I'm inclined to tell the shaikh I am about to renounce the religion he's talking about. Man! The people are being slaughtered and he will never say anything about jihad--

CHS:         [OV]—that's impossible.

Alebbini:    Impossible. He will talk about any other topic but jihad. Why?

Qasim:       [UI]

Alebbini:    Regardless, after you finish telling us the information, pray for them, just say a prayer for them. Just say "O God, support the mujahidin in Syria, in Iraq, in Palestine" like the shaikhs used to say in the old days. No, he won't even pray for the--

Qasim:       [OV]--he can't, he can't, he's afraid--

Alebbini:    [OV]--he won't pray for them--

Qasim:       [OV]--he's afraid to do so--

Alebbini:    [OV]—he's not praying against the Jews--

Qasim:       [OV]--man, I'm telling you, he's afraid to do that, he'll go to prison for that.

Alebbini:    [OV]--man, he should pray for the people under oppression. We're not even supporting them with our words, with nothing. They say that Prophet Muhammad, I mean, the scholars say if a person goes to a land… to a country where adultery is widespread and talked to the people about usury, that person is a traitor. If

102

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027732

adultery is the issue, you should advise people against adultery and talk to them about adultery. Muslims are being killed everywhere, he should pray for all those being killed everywhere. The other day, I watched a video--

CHS:        [OV]--there is no *community*. *Community* is not united. I mean, like you said before, if they do things together, and do something useful –

Alebbini:   [OV] --the other day, Raid showed me a video about a child in *Burma*. I swear to God, they were shocking him with electricity. He was shocking the little child with electricity on his bare skin --

Raid:       [OV]--UI]--

Alebbini:   [OV]--they were giving him electric shocks little by little, probably reducing the charge a little, and the poor child was crying and cringing... a little child crying on the ground--

CHS:        In the name of God, the best guardian.

Alebbini:   Another one, another young man cries "we are being killed only because we are Muslims. Help us!" and continues to cry. What can we do?

CHS:        Saudi Arabia says it wants to... to strike Yemen and somewhere else, why don't' they look at the people who are getting killed.

Alebbini:   Look, Saudi Arabia and Jordan... Saudi Arabia, Jordan and the Arab countries are all traitors—

Qasim:      [SC] traitors.

Alebbini:   Man, the other day I was reading about the coalition countries. Mahmud 'Abbas joined the coalition.

CHS:        God damn him [laughs]

Alebbini:   I swear to God.

CHS:        What a bigger disaster can we ask for? What does he have to do to join the coalition?

Alebbini:   I don't know man.

103

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027733

CHS: He can hardly protect his own ass.

Alebbini: I don't know man, I don't know. We're all traitors, man. We are traitors. We betray each other, kill each other. I don't know—

Qasim: [OV]--they are uh.

Alebbini: I swear to God, you know, if we don't really want to talk about things like that and we say *fuck*, let's hear a Hadith, the Hadith says "He who has no empathy for the concerns of the Muslims is not one of them". I mean, all we can do is just curse the rulers

[Background noise]

CHS: What's the solution?

Qasim: The problem is there's nothing we can do.

Alebbini: I don't know *cousin*.

Qasim: May God help us all.

CHS: One can only wonder sometimes what one can do. You just can't.

Alebbini: You can't, right. Because they will [UI] you… they will [UI] you. If a president was put in jail, elected presidents are in jail.

CHS: Yes.

Qasim: They don't want them--

CHS: [OV]--you can't, I mean. You can't say a word of truth and there's nothing you can do. You can't say anything and you can do nothing.

Alebbini: I swear to God, I don't know how we are going to face our Prophet Muhammad on Judgement Day. This includes Morsi… when Morsi stands… I mean God says "Obey Allah, the Prophet and the Guardians amongst you". When Morsi stands in front of the Egyptian people, the entire population of Egypt will owe Morsi, as will all Arabs and Muslims. [Brief Pause] Man! Saddam Hussein…Saddam

104

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027734

Hussein said... said "any Arab country who goes under attack I will stand in the defense of that country". They removed Saddam Hussein from Jordan. By God, how, as the people of Jordan, can we stand before the Prophet's companions and the other nations who came before us and tell them "we are the traitors, we supported the war against Iraq, we destroyed Iraq, and we brought the Crusaders to Iraq?" What would we say to the Almighty God and to our Prophet Muhammad? How can we still be followers of Muhammad? Explain that to me, how can we be followers of Muhammad after we sold Palestine, we sold Iraq and we are pimping Syria? We are not selling Syria, the selling phase is over. We are now in the destruction phase. One would say "hey you are Jordanian, we need to make a nation by the name of Jordan, and then to hell". I swear to God...I swear to God, you won't be part of Muhammad's nation. You will find out on Judgment Day that Jordan is a nation --

CHS:            [Laughs]

Qasim:          [OV]—that's going to hell [Laughs]

Alebbini:       *Cousin,* look at the Egyptians and the Pharaohs. Didn't the Pharaoh mislead his his people to hell? Didn't King Hussein, his cursed dishonorable father and his children lead us to hell? I swear to God.

CHS:            What is the solution?

Alebbini:       The solution?

CHS:            With everything you're saying, what is the solution?

Alebbini:       The solution? I don't know--

Qasim:          [OV]--the problem is--

CHS:            [OV]--what can he do? What can you do? What is the solution? Can you tell King 'Abdallah "I am going to fight you?" or tell whoever "I want to fight you?"

Alebbini:       I swear to God, the right thing is to say that, because then if he kills you, you go to Paradise.

Qasim:          He will not kill you, because his intelligence will make you sit on bottles.

Alebbini:       Let them make me sit on bottles, let them make me sit on bottles. I swear to God. At least on Judgment Day, I will tell the people that they made me sit on a bottle rather than go to hell and sit on bottles for the rest of my life. You see, the

105

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027735

chains...do you know how the people in hell are chained? How they are tied up in chains? –

CHS: From the mouth and uh –

Alebbini: [OV]-- they will have the chain inserted in their mouth and coming out from their behind. Imagine you're all entangled up in a chain, a tight chain inserted in you and coming out from your behind. Each ring of that chain, if you place one ring... just one ring of that chain on Mount Uhud, it would melt down the mountain. So, I'd rather sit on the intelligence bottles, I swear by your honor.

Raid: May God keep us away from all that.

Alebbini: I swear to God, I want to go to Jordan and start a revolution--

[Laughing]

Alebbini: By God Almighty, that's it. I want to go to Jordan and start a revolution.

Raid: [laughs]

Alebbini: First, I will revolutionize my cousins and relatives until I go to jail. When I go to jail, I will relax. I swear to God.

Qasim: You will rest from [UI]

CHS: What about your wife and son?

Alebbini: My wife and son? God will be there for them, God will be there for them. That's it. I want to go to Jordan.

[laughs]

Alebbini: You can either be a strong believer who believes in fate and destiny, or a weak believer subject to fate and destiny. At least if I die, I will tell Prophet Muhammad "I wanted to be a part of your nation, but they put me in jail". This means I will no longer be from the nation of Jordan, not part of the nation of Jordan, and the nation of uh--

106

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi, 03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027736

CHS:        [OV]—let's make a revolution here, at least the prisons are better here. [Laughs]

Raid:        [laughs]

Alebbini:    Jails are better here, at least they won't make you sit on bottles.

CHS:        At least there are no bottles here. No bottles.


Qasim:       No, they'll make you sit on bottles here.

CHS:        No man.

Qasim:       Excuse me guys. I have to use the restroom.

Raid:        He's saying they will make you sit on bottles. It's impossible if they don't.

Alebbini:    Man, let them make me sit on a bottle! You know the government and people--

CHS:        [OV]--there was once this man who wanted to start a revolution. Have you heard
            about this in the eighties?

Alebbini:     You mean *Malcom X*?

CHS:        No, no. Someone crazy.

Alebbini:    Aha.

CHS:        He started by saying "I am Jesus, your God" and things like that. He built a
            fortress, bought weapons and brought women. He had about 70 followers who
            built a fortress for them, with their children and wives. The government came
            with F-16 jets. They burnt them down.

Alebbini:    They bombed them?

107

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027737

CHS: No, they burnt them down.

Alebbini: And the guys died?

CHS: They didn't even negotiate with them.

Raid: Nothing at all.

CHS: Look it up.

Raid: Nothing at all.

CHS: They keep quiet about it and don't talk about it.

Alebbini: They did similar things in Jordan. They do that everywhere.

Raid: Yes, they did.

Alebbini: The do it everywhere…I mean.

Raid: Yeah, it's not something unexpected.

Alebbini: They butchered us everywhere.

Raid: Brothers, I think we should go. I may be able to get a few hours of sleep.

CHS: God willing. Where is [UI]? That place in Dearborn is like this with seating inside and the hookah. Wait, wait, I will pay my share.

Alebbini: Don't pay your share.

CHS: I'll pay my share.

Alebbini: Fear God, fear God.

108

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027738

CHS: I do fear God.

Alebbini: No, no. Don't listen to this guy.

UM: [UI]

CHS: Huh? Here, man

Alebbini: No, no.

CHS: What did I say to you? Look, listen, listen. For God's sake, first say you believe in the One and Only God. Look at me, Alebbini, Alebbini, Alebbini, Alebbini, hold on a moment. Do you have a lot of money? I don't know. Let me mention two points, two points. It's not good. But there are two things. First of all, this man is going to get married and we want to say good bye to him.

Alebbini: Because he's getting married he's not paying.

CHS: That's what I'm saying.

Alebbini: No, no. Take it from him, take it from him.

UM: Tariq, send me Tariq. I don't know who said not to let anyone get the check.

Alebbini: We will pay, we will pay. This guy's getting married.

CHS: Please listen to me my dear, my dear, for God's sake. First of all, we will divide amongst us.

Alebbini: They'll call *management*

CHS: You don't know, let me talk, man

UM: What did you order? Two hookahs.

CHS: One moment. I give you his 50, just answer me

Alebbini: Man, forget it.

109

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi, 03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027739

UM:        Tariq, who talked to you?

CHS:       Let me talk, you won't even let me talk. First of all, Tariq, what did I say to you? You see.

Alebbini:  That is sneaky, that is sneaky.

CHS:       Not sneaky, part of the bill

Alebbini:  This sneaky, this is sneaky [UI] friends.

CHS:       Is the check paid or not?

UM:        It's paid. I'd tell you if it was not paid.

CHS:       He's telling you it's paid. He swears that it's paid. I'm paying him for something else.

Alebbini:  Believe me, the check is not paid. Man, we invited the guy!

UM:        By God, I would tell you if it's not paid.

CHS:       You did not invite me. Let me tell you this, I want to tell you a couple things. Come with me, both of you. I want to tell you both something, just walk with me. First of all, first of all, this is not the first or last time, right?

Alebbini:  No, it's the last time.

Raid:      [Laughs]

Qasim:     Raid [UI] [Laughs]

CHS:       [Laughs] You guys won the card game. Secondly, the man is traveling and I said we were going to treat him. Thirdly, and I mean it, once both of you get a job and

110

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027740

start working, I will accept a nice invitation from both of you. But meantime, by God, do not embarrass me.

Alebbini:   Okay, okay.

CHS:   That's an embarrassment to me. Okay.

Alebbini:   Okay. Will deal with you later.

CHS:   When you start working.

Alebbini:   God will help.

CHS:   When you start working, God will help.

Raid:   This is awkward, man.

CHS:   It's not awkward or anything. No one knows what happens from one day to another. You'll pay for this one. You are welcome.

[UI conversation with UM]

Alebbini:   Where from Palestine are you?

UM:   From Nablus.

Alebbini:   From Nablus. Let me tell you something about Palestine.

CHS:   Aha!

Alebbini:   In the past, there was nothing called Palestine--

Raid:   [OV]--it was called Bayt al-Maqdis.

Alebbini:   It was called Bayt al-Maqdis. But when the British were leaving, they wanted to call it Palestine because in the Jewish book, when Prophet David killed Goliath.

111

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027741

Goliath in Hebrew means Philistine, *Palestine.* So they decided to call it *Palestine,* so when the Jews come to take it will be like when David killed Philistine, who was Goliath. It was like a preparation stage. The Jews started saying--

CHS:        [OV]--meaning the name Philsitine is a Jewish name.

Alebbini:   It's a Jewish name.

CHS:        We are screwed.

Alebbini:   But, Bayt al-Maqdis, was called Bayt al-Maqdis. Bayt al-Maqdis and Jordan all belonged to --

CHS:        [OV]--So, if anyone asks, you tell them from Bayt al-Maqdis.

Alebbini:   [OV]--Bayt al-Maqdis. Yes.

CHS:        [OV]-- But how do you say it in English, because there are Americans who ask me about it.

Alebbini:   Actually, I don't know…Jerusalem, Jerusalem.

UM:         Jerusalem.

CHS:        I will tell them, Jerusalem.

Alebbini:   But this *Palestine--*

CHS:        Good bye. When they ask me, Jerusalem? I say to them yes from the same place of Jesus.

Alebbini:   Yes.

CHS:        I tell them I came from the same place.

Alebbini:   Yes.

112

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi, 03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027742

[Participants walk to their cars]

CHS:        Seriously, I tell them I did.

Alebbini:      Of course, because you are from the same area.

CHS:        No, my ancestors not [UI].

Raid:        How far is Bethlehem from you?

CHS:        Actually, I don't know much about Palestine. We are from Al-Lid district.

Alebbini:      Yes.

CHS:        Al-Lid district, according to my father, like they say, is *15 minutes* away from Jerusalem. It had the first airport--

Raid:        Man, this is bothering me a little... I don't know.

Alebbini:      Man, the idea wasn't like that. The idea was that we go, the idea is that, I mean, but that is it.

CHS:        What does that mean?

Raid:        I don't know man [UI]

Alebbini:      We invited you.

CHS:        You want to meet tomorrow and we get invited again? What do you want?

Alebbini:      [Laughs]. He saved my money.

CHS:        Excuse me please. Honestly this man can't make it because he is getting married.

113

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027743

Alebbini:     I know, I know.

CHS:     The second thing, you guys are still new in this country. So if you want to pay 10 or 20 dollars, it is better to buy something for the house. True or not?

Alebbini:     But we had budgeted for it.

CHS:     Listen, life is like--

Alebbini:     [OV]--give and take.

CHS:     I mean, you say this is *whatever*. In ten years you may run into someone--

Alebbini:     [OV]—who just got here as well.

Raid:     That's what I mean just like that.

Alebbini:     That's right.

CHS:     That's nothing. Honestly, there were people who stood by me when I … don't take it as an embarrassment or anything. You guys embarrass me when you say no. Anyways, go in peace, God willing.

Alebbini:     With God's blessings!

CHS:     And the game we lost, it's just uh -

Raid:     [OV] keep remembering the win!

Alebbini:     [Laughs]

CHS:     We got screwed.

Raid:     God willing we will see you soon.

114

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi, 03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027744

CHS:     And to deal with you, God help me!

Qasim:   Why man, what's wrong with you?

CHS:     I noticed that you cheated. By the way they cheated. I got the idea that you cheated, so I can sleep tonight. Okay, will see you. Let's talk over the telephone, Alebbini, okay? Good bye. Yes, yes, yes, give it to me.

[Car engine starts]

CHS:     I will call to let you know what I have done.

Alebbini:   Take your time. If it can be done that's fine, if not don't worry about it.

CHS:     God willing I will get it done.

Alebbini:   God willing.

CHS:     God willing.

[Background noise]

[Car beeps, driving, radio playing]


**[End of Session 03-12-2017.004.avi]**

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027745

**[Session 03-12-2017.005.avi]**

This session consists of only 6 seconds of music. No other content is heard in this session]

**[End of translation]**

116

Date of Recording: 03/12/2017
Duration of Recording: 2 hours, 48 minutes
Video file names: 03-12-2017.001.avi, 03-12-2017.002.avi, 03-12-2017.003.avi,
03-12-2017.004.avi, 03-12-2017.005.avi

ALE-00027746

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



FBI San Diego
10385 Vista Sorrento Parkway
San Diego, California 92121

File Number: 415F-CI-2127744

Requesting Official(s) and Office(s): SA Herwig, Michael J. (CI)

Task Number(s) and Date Completed: 857204, 861296, 851983 Request ID 747191, 7/27/2018

Name and Office of Linguist(s):
SD-99 (SD)
SD-34 (SD)
SD-28 (SD)

Name and Office of Reviewer(s): LA Iman Zumut (DL)

Source Language(s): Arabic

Target Language: English

Source File Information
Video File names: 03-19-2017-.001, 03-19-2017 .002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007.
03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

GOVERNMENT EXHIBIT
3d 1
CARDELS 800-783-0399

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027372

# VERBATIM TRANSLATION

Participants:

| | |
|---|---|
| CHS | Confidential Human Source |
| Alebbini | Laith Alebbini |
| Qasim | Qasim Ababneh |
| UM | Unknown male |
| MH | Michael Herwig |

Abbreviations:

| | |
|---|---|
| UI | Unintelligible |
| *Italics* | Spoken in English |
| IA | Inaudible |
| PH | Phonetic |
| OV | Overlapping voices |
| [ ] | Translator's notes and exegeses |
| *Sic* | Information is provided as it appears in the source |

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027373

**[Beginning of recording]**

**[Beginning of Translation]**

[Noise]

[Whispering]

MH:  *Okay, just text me when you are done. Get that, good. Alright!*

[Intermittent Beeps]

[Road Noise]

[Dialing]

RC:  *Please enter your pin number followed by...*

[Dialing]

RC:  *Please enter phone number including the area code.*

[Dialing]

*9-3-7-*

[Long pause]

[Noise]

RC:  *Enter your pin number followed by the pound sign.*

[Beeping]

RC:  *Please enter phone number including the area code.*

[Dialing]

RC:  *9-3-7-2-3...*

1

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027374

[Noise]

CHS: Peace be upon you.

[Clearing throat]

CHS: Here I am *almost* in front of the house. *Almost,* this means in a minute, a minute or two minutes, I will be in front of your house.

Alebbini: [UI]
CHS: Okay…

Alebbini: [UI]

CHS: Okay, okay, peace be upon you.

[Noise]

[Car horn-honking]

[Noise]

[Pause]

Alebbini: Peace be upon you.

CHS: And peace be upon you.

Alebbini: How is your health?

CHS: Thank God. How are you?

Alebbini: Thank God. Forgive us, I didn't answer your call. I, by God, was in the bathroom --

CHS: No, not a problem.

Alebbini: -- coming out, I came out.

2

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027375

CHS: Is Qasim coming or not?

Alebbini: Yes, Qasim is coming but he is putting on the jacket and is coming.

CHS: Okay.

Alebbini: We have been watching *Game of thrones*. Did you watch *Game of thrones*?

CHS: *Game of thr* …. Did the new one start?

Alebbini: No, we are still on the fourth part.

CHS: Aha!

Alebbini: Did you watch it?

CHS: I watched till, yes. They kept telling me about it, telling me about it until I started watching it and it became like an addiction.

Alebbini: I, God be my witness, we are like …

CHS: This one and *the Walking Dead.*

Alebbini: We are the same thing. So, what my friend! We have been watch-watching since yesterday and we watched the episode where they killed the uh-- *Ed Stark* and his mother and the family. When those revolutionists killed the family--the family.

CHS: Yes.

Alebbini: And in the wedding and we got destroyed.

[Laugh].

[UI]

CHS: This is still nothing.

Qasim: Peace be upon you.

3

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027376

| | |
|---|---|
| Alebbini: | Yes, this, this is still nothing. |
| CHS: | This is still nothing. |
| Alebbini: | [UI] |
| CHS: | I, it reached a stage… |
| Alebbini: | Ah! |
| CHS: | --honestly, I grabbed the computer and I slammed it like this in the store and I pulled away and said: I don't want to watch. |
| Alebbini: | By God, we are [UI] |
| Qasim: | What, *Game* of … |
| Alebbini: | Yes, *Game of throne [sic]*… |
| CHS: | [UI] this is still nothing. When they killed the, the *wolf*. This is, what is its name? |
| Alebbini: | The, the, the wolf? The wolves? |
| CHS: | What is its name? |
| Qasim: | All this and it is still nothing? |
| CHS: | This is still nothing. |
| Qasim: | Will there be things worse than this? |
| CHS: | By God, there will be more miserable things happening. [Laugh] |
| Qasim: | What will happen with the mother of dragons, by God? |
| CHS: | I cannot tell you. It is not right to tell you. |

4

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027377

Alebbini:     But…

Qasim:        The only reason we-we-we want to know what will happen with these dragons only.

CHS:          There will still-still come more misery, my friend. No, the dragons' mother will manage herself, don't-don't worry about her.

Alebbini:     Uh!

              [Car horn]

Alebbini:     Destiney would stop by and tell us, I mean, enough. There will come bad events. She cannot stay to watch the, the bad events that she doesn't watch without us.

CHS:          By God, I, it happened only yesterday that, by God, by God I am just saying to my wife, I said, what's called the *Game of the throne [sic]* --

Alebbini:     Ah!

CHS:          -- we must watch it. I watched it but I am ready to watch --

Alebbini:     [UI]

CHS:          -- it for a second time…

              [Noise] [Beeping]

Qasim:        Did you watch those *Six Seasons*?

Alebbini:     Watched them [UI]…

CHS:          [UI] yes man. No-no night and day [UI].

Qasim:        [UI] you, this means.

CHS:          I watched them all within a month.


5

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027378

| Qasim: | [UI] |
|---|---|
| Alebbini: | A month. |
| CHS: | I am telling you, I have an addiction. I had an addiction and then, I am telling you, something happened, I said I don't want to watch and I left. The *Cricket* lady tried to convince me, I said no. Then I kept …*The Walking Dead*, do you watch it? |
| | [Noise] [Beeping] |
| Alebbini: | *The Walking Dead*? Man, ah, this one's problem is that it is long, *the Walking Dead*! I watch it, but-but when you watch it, I get glued to it a little. But when I realize how long it is … |
| CHS: | Am I correct like this? |
| Alebbini: | Yes, you are correct. |
| | This one's entrance is either to the right or the left. |
| | Man, they have plenty of water in America, right? |
| CHS: | Um-hum. |
| Alebbini: | Wherever you go; lakes, water and *ponds* and rivers. |
| CHS: | That's why when it rains, the rain stinks. |
| Alebbini: | Yes. |
| | [Laugh] |
| Alebbini: | Here, wherever you go … |
| CHS: | Have you ever smelled the rancid smell when it rained? |
| Alebbini: | Here? |
| CHS: | Yes, here, you might have not yet, but in the summer, the weather will be good |

6

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027379

for instance and everything is fine but when it rains, by God, man, it's like fish smelling water got turned on your head.

Alebbini:     Ha!

Qasim:        One gets sticky here.

CHS:          Yes, you feel sticky.

              [Noise]

              [Pause]

Alebbini:     I always used to say that if our ancestors immigrated to America, and the person, I mean, was born here along with his family, as you might say, how much better America would have become.

              [Noise]

CHS:          I say what I know, I mean [UI]. But they know-know … America is all immigrants.

Alebbini:     Yes, they are all immigrants.

CHS:          The problem is that the old immigrants tell you, we-- you the new immigrants: you shouldn't be [UI] immigrants. This what freaks-- this what freaks out the-the [UI]...

Alebbini:     Yes. They have immigrated not long before us.

CHS:          Huh?

Alebbini:     And they have immigrated just shortly before us, I mean, not by much. There is no difference between old immigrants and [UI].

              [Noise]  [Beeping]

Qasim:        [UI]

7

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027380

| | |
|---|---|
| Alebbini: | Yes. |
| CHS: | I am still not awake. |
| Qasim: | We are not either. |
| | [Laugh] |
| Alebbini: | And we are with you. |
| CHS: | When I am not awake and something does like this [UI], I have depression. |
| Alebbini: | This is made in the first place to keep you [UI] in the cars. But we only put it to get rid of the noise |
| Qasim: | Abu-al-Lith, this medicine that the doctor prescribed causes inflammation to the eye. |
| Alebbini: | It causes the eye to swell, huh? |
| Qasim: | [OV] Yes. |
| Alebbini: | The drug that the doctor gave to you? |
| CHS: | Which one? And how does it swell the eye? |
| Qasim: | I don't know, I mean, it swelled a little yesterday. It was a little less. Today, it is more swollen |
| CHS: | No, when one, Qays, has an *injur [sic]* in the eye, Qasim, when he gets *injur[sic]* in the eye… [Cough] |
| | …and you sleep on the side that has the *injur [sic]*, swelling happens. So, you will need, ah, to try not to sleep on the, the, the side that has it. But the sting, but the sting by the *eye* is a problem. Once long time ago, I was stung here, here, do you see? This was possibly a damn mosquito, by God I don't know. The first day, I mean, like this, it swelled a little, and I scratched it. |
| Qasim: | The problem is it causes pain inside the eye. |

8

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027381

| CHS: | Yes. |
| Qasim: | It throbs inside the eye [UI]. |

CHS: Yes, this is due to the *pressure*. It is causing *pressure*. The second day, I woke up and my face was like this, man. My eye was swollen and shut, just open a little bit --

Alebbini: You see, when the eye gets injured or anything, an infection happens, the eye creates this swelling in order --

CHS: -- I went to the doctor, my head was like this, all of it was swollen like this and the eye, I was not able, I could not open it, period. It was all shut. He told me it is a mosquito bite.

Qasim: [UI].

CHS: I stayed three days in the uh- hospital. Imagine!

Alebbini: By God, we took him to *Urgent Care*. He said if it is not healed by Mon-- Monday, we have to, we want *to go to* a specialist, *eye specialist*.

CHS: Ah, put tea!

Qasim: By God, I did put some yesterday.

Alebbini: He put and I started picking on him and told him: "Where do you bring oldwives tales from? Put the tea [UI]?"

CHS: Who made the comments, you?

Alebbini: Yes. [UI] his mom, because he talks to his mother. His mother tells him to put tea on it. I tell him these are oldwives tales, you place tea on it?

CHS: No, tea is good.

Alebbini: And then, by God, because maybe the tea, the tea itself contains natural active ingredients; the tea.

9

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027382

[Noise]

CHS: This farm we are going to is not the same farm I always go to!

Alebbini: Yes.

CHS: The farm I always go to, they don't have.

Alebbini: Ran out.

CHS: So this is a second one, I don't-don't stand dealing with him but I am obliged.

Alebbini: Not a problem, [UI], we will work to get a good lamb. If we like the lamb [UI].

CHS: [UI] give me a small lamb [UI]. The good thing about this one is that he sells whatever he has. [UI] if you find a monkey in his place and you ask him to sell it to you he'll sell it. Have you seen a llama? Do you know the llama?

Alebbini: Yes.

CHS: He will sell it to you.

[Laugh]

Alebbini: Oh, this is the right thing, by God [UI] sell...

CHS: At the farm, they tell you: no, this is to be raised, this is for giving birth, this is for guarding, this is for [UI]. This guy sells everything he has. One time I went to a Pakistani man, I used to buy from him. He started with good prices. Oh God how good his prices were, man! Little by little he started to raise them--kept raising and raising. One day he raised the price on me. You used to buy a sheep weighing, 120 pounds. I used to buy it at that time for 130 dollars. He sells you-- he has, this Pakistani guy sells you the lamb, with a gross weight of 70 pounds for-for 200 dollars, he will skin it for you.

Alebbini: Yes.

Qasim: - So, his prices leaped.

10

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027383

CHS: He raised. He started raising. So, at that time, because we took two he gave them to me for 175 and as I was leaving he asks me to look over where two deer entered his place by mistake through the fence. He said to me look, they are raised along with the sheep. I asked, "What do you want?" He said: "I want to sell them."

Alebbini: He wants to sell the deer?

CHS: Yes.

Alebbini: Really!

CHS: He told me 300 dollars each.

Alebbini: The deer?

CHS: Yes. I asked him: "How can I catch it and slaughter it?" And he said, "We will shoot it."

Qasim: Abu-al-Lith will get it for you for 75 dollars.

CHS: [Laugh]

Alebbini: Three hundred dollars for a deer?

CHS: Abu-al-Lith, tell him--tell him, - no, he tells you --

Alebbini: By God, I will have a hunting party in order to hunt you a deer for three hundred dollars in our farm.

CHS: [Laugh]. Abu-al-Lith tells you give me the-the, buy me the bullets and that's it.

[Laugh]

Alebbini: Yes, that's it. Go and get it for you for [UI]?? ...

Qasim: He went, he went once and brought.

CHS: Man, yeah, but with the-with-with the *Pump-action*, you will spray it

11

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027384

| | |
|---|---|
| Alebbini: | True, the *Pump-action*, will spray it. |
| Qasim: | You got one, correct, Abu-al-Lith? For Lai--for Raid? |
| Alebbini: | Eh, eh, we went with a double-barreled-shotgun, that we found --we-found. But one time I went with my friend for hunting, that man, my brother, they have a *black powder* rifle. He fills the *black powder* in the shell-- |
| CHS: | Yes. |
| Alebbini: | -- and makes a bullet because he tells you hunting is forbidden. Hunting has seasons and they want to, enough, it is the *black powder* season. |
| CHS: | And so here is the same thing. One time they tell you it should be with the arrow and one time [UI]. |
| Alebbini: | Yes. They have. *Arrow season and black powder season and shotgun season.* |
| CHS: | If you follow the *rules*, there will not be-- I mean, nonsense -- |
| Alebbini: | Yes. |
| CHS: | --but I know a lady who comes to my store, she goes with the--this, the-- |
| Alebbini: | Her boyfriend? |
| CHS: | -- her boyfriend. And she tells me they go to the land of someone, their friend who has *hunting*. |
| Alebbini: | Aha! |
| CHS: | So they hunt, she tells me they hunt everything. But what they hunt, the-the--I forgot what they call it, the small deer, *fil, fillin [sic]* -- |
| Alebbini: | Ah, ah, *female*? No. |
| CHS: | No, no, not *female*! No, no. The, the little ones, they call it *Fanil [sic]* or something like, *Finny, Fanil* or something like this. They tell you this is the-the |

12

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027385

one with tasty meat. The little deer. But by law, it is forbidden to hunt small deer, you know?

Alebbini: Yes.

CHS: That's why I removed the idea from my head again. In the first place, I am not allowed to-to carry *guns* and what not and anything related to it.

Alebbini: Also, in hunting, the loading….Do they also make a fuss about it?

CHS: By God, I don't know. There are things that they do-I mean, I mean, look.

Alebbini: [UI] on them.
CHS: Look, [Noise] this is still a new one. They want to kick me out. [Laugh].

Qasim: From the store [UI]?

CHS: No man, from all of America. Because of this pistol matter, the weapon.

Qasim: Are they still after you on it?

CHS: The weapon's matter is over. But now it is another *department* and they want, they want me to leave the country.

Qasim: While you have the *Green*?

CHS: While I hold the *Green*. Here, they mailed me. I didn't tell my wife anything. It is *Trump,* with *Trump's* arrival, it, made matters worse.

Alebbini: [UI]

CHS: *Yeah.*

Alebbini: Eh!

CHS: I mean, I have been thinking, I said so, I'll collect some of what I have in money and leave. I will keep my children and wife here.

Alebbini: Man, can they do this thing? This is considered *hardship*! They do this while you

13

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027386

are a man with a *business* and have children--

CHS: They can, man. According to the law, they can. According to the laws that Trump brought also they can do more. So, the matter is a matter of time. Honestly, I didn't tell my wife. I mean, *I, I'm take it easy [sic], I am not panic [sic],* I mean. I said, our Lord has chosen, the first thing. Sometimes our Lord sends someone to a place, I mean, my provision is on our Lord. But at the same time I said I want, I-I don't want to go to Amman, honestly.

Qasim: [UI]
Alebbini: [UI]

CHS: Amman, man, I, I tell you, by God, they will snatch me [laugh]. The Intelligence will snatch me. [Laugh]. By God there is nothing. I mean, it is not that I have done anything, I haven't done anything.

Alebbini: [OV] No, no., but they interrogate you, anyone, anyone who gets *a deportation,* now anyone from Amman who gets a *deportation*, or when he returns back or goes to Jordan, he directly goes to the Intelligence, immediately. They interrogate him, why did they deport you, why did this happen to you and so and so. And this is the start of the interrogation--

CHS: Other than that, I mean, man, I used to post things on *Facebook* and on this...

Alebbini: Oh My!

Qasim: But man, they do not have the right to deport you because the man has children here. They were born here.

Alebbini: [UI].

CHS: They deported someone last time. Someone taking his daughter to drop her off at school. They caught him and left-left the girl inside the car. The girl is fourteen years old. They left her in the car and took him and left, while she is still in the car. I don't want something like this to happen to me. I want to leave before they do this to me.

UM: [UI] *how may I help you today?*

14

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027387

CHS: *Yeah, I like three medium coffee [sic] with sugar and cream. Sugar and cream,* correct?

Alebbini: Yes, correct.

UM: *Your total is one seventy.*

CHS: *Okay.* You know? So, those don't care. *They don't care.* [Noise] This means, they don't care, it doesn't matter.

Qasim: Honestly, this is a disaster.

Alebbini: Man --

CHS: By God, it is not a disaster or anything. Our Lord provides, man.

Qasim: [OV] By God, the Lord provides ... [UI]

Alebbini: [OV] -- by God, our Lord provides but our problem is that you are an established man. You built the foundation, and praise God and finished and purchased a house and everything. They come after all this toil and struggle to ...

CHS: They don't care. I talked, I talked to an attorney and he told me: "Do *a power of attornety [sic]* to your wife and get yourself ready because -at any moment. If they catch you, you will leave. If-if you went to them, because they tell you: Come, come so we talk or come so we can *set* for the court and so. If you go, they will imprison you and even I cannot talk to you. You see yourself nowhere but on a plane." He said, "A cargo plane, passenger plane, *whatever* plane. And when they..." He said, "I know someone who was dropped off at the airport. The plane descended and landed. They left him in the airport and it took off and flew. He was standing on the runway like this." He told me they die on movie stories such as this. I mean, they consider them *funny.*

[Cough]

Qasim: They might send me a million ones [UI]...

CHS: [Laugh]. I, man, because of this. Look, he says according to the law, that of Ohio, here it is, *841,* that you traded--

15

Date of recording: 03/19/2017

Duration: 3 hours, 29 minutes

Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006

Audio File name: 0001.wav

ALE-00027388

| Qasim: | Then change the state, truly. |
|---|---|

CHS:     -- that you dealt with weapons. No, this is a *federal* law, my Lord. *Immigration law.* You see?

Qasim:     Okay, but the *Immigration law* is different here --

CHS:     No, it is not different --

Qasim:     -- than in California.

CHS:     -- this is *Federal* [UI] --

Alebbini:     No, no, *Federal* --

CHS:     --this is *Federal*, man...

Alebbini:     This is *Homeland Security* at the same time.

[Clearing throat]

CHS:     I want to start getting my affairs ready. I will keep work going to pay for the children and pay the-the-thing. And I get myself ready *to* leave. But I want to check out a different country. Qatar [laugh]. Qatar will not take me. [Laugh].

Alebbini:     By God, you want--you want Qatar and Saudi Arabia and the likes.

CHS:     They will not take me man. The problem is Jordan, I know, Jordan and the people of Jordan.

Alebbini:     My brother Mike, you cannot live with the people of Jordan.

CHS:     That's what I am telling you. I know myself, I cannot live.

Alebbini:     Your mentality is not like theirs my brother, by God.

CHS:     I cannot live --

16

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027389

Alebbini:        [UI]

CHS:             --I am not-not-not, honestly, I see one, I cannot, I see something incorrect, I become worried, I have to say something, the first thing. Second thing, I cannot sleep if I didn't say anything.

Alebbini:        My brother, Muhammad. You too, your mentality does not fit with the group's mentality. If you want to go there and sit with the people, they will, this means, the people will drive you crazy.

CHS:             I know.

Alebbini:        By God Almighty. You cannot tolerate.

CHS:             I know.

Qasim:           And I have been thinking of going to Jordan but to be honest with you, I am not able. I have been here two years.

Alebbini:        And we have nothing.

Qasim:           We have nothing.

Alebbini:        We have nothing, by God, that we will be afraid for or something we worked hard on and built a project and achieved goals. I mean did something in America. We did not make anything.

CHS:             God provides.

Alebbini:        Yeah, God provides. And God brings the good, God willing.

UM:              *Your total is one seventy.*

CHS:             *No, I- I ordered three.*

                 [Pause]

UM:              *Oh, you ordered three [pause] five ten.*

17

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027390

| | |
|---|---|
| Alebbini: | Do I give you *ten cents*? |
| CHS: | No, no I have *ten cents*. This is *five*. |
| Alebbini: | See how I killed myself to get you *ten cents*? [UI] [Laugh]. Ah! |
| CHS: | The other day I was looking, my pock …at my pants, and it seems like someone is always pulling it like this. |
| UM: | *Here you go, fifteen seventy is your change.* |
| CHS: | *Thank you.* Here you are. It's been sometime, my pants feel like someone is pulling on me. |
| Qasim: | UH [UI] |
| CHS: | I counted the change, and when I counted the change, it came up to over fifteen dollars, man. [Laugh] |
| Alebbini: | Yeah. |
| CHS: | I take them and place them in, I take them and place them in. |
| Alebbini: | Once we were at my paternal uncle's house, and we lifted my uncle's mattress, and under his mattress, by God, -- |
| CHS: | You can put your coffee here. |
| Alebbini: | -- yeah. We found what they call a treasure. Quarter and half dinars in piasters, close to a bunch. |
| CHS: | In Amman, piasters are of no, of no, value anymore. |
| Alebbini: | Yeah, by God. |
| CHS: | In the past, I remember we used to buy a falafel sandwich for a shilling, correct? |
| Alebbini: | Yeah. |
| CHS: | I don't recall who I was talking to last time, and he said no, you're dreaming. |

18

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027391

UM:            [OV] *Here you go, Sir.*

Alebbini:      Now a quarter of a dinar and…

CHS:           *Thank you.*

UM:            *Have a nice day.*

CHS:           Last time they were telling me, a sandwich, eh a piece of falafel, Abu-Jibara is selling a piece of falafel for 1 dinar. [Noise]

Alebbini:      And those, as if he is stuffing, stuffing them with …

CHS:           Damn him.

Alebbini:      Yeah, by God [Laugh]

Qasim:         Whatever he stuffs it with, man--

CHS:           [Laugh]

Qasim:         Yeah, it probably is close to 1 lira now.

CHS:           People complained, he did not care and continued selling it for 1 dinar. You know because Abu-Jibara's falafel are good.

Alebbini:      Now, explain to me, what are you going to do regarding this subject?

CHS:           What do you mean what I am going to do?  I mean, *I know,* I-*I knew it's gonna happen, it's gonna happen* but I was expecting a ruling, a something [Cough] to deport me.

Alebbini:      Man, those bastards I do not understand how they get…Is, is it a *computer* that makes the decision and not a human?  I mean, Man, three daughters, stores, America, you work and pay *tax.*

CHS:           Man, I discussed it, and instead of one attorney, I went to two and three, you know?

19

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027392

| | |
|---|---|
| Alebbini: | Yeah. |
| CHS: | And there is no solution. They all tell me the same thing, the same result ... they say it is a matter of time. So I said, I will hope, hope that maybe they'll have a ruling. Honestly, I mean, I was hoping a ruling will come up to, to save me. Just like the Obama ruling, regarding those that have children and so and so, can do their paperwork, they will issue them licenses, that's when all the Mexicans in California ran to have licenses issued. |
| Alebbini: | Yeah. |
| CHS: | I figured the same thing may happen. |
| Alebbini: | But this good for nothing man, where [UI]? |
| CHS: | Nothing good comes from him. I did not even tell my wife. I mean, don't, and don't mention it-- |
| Alebbini: | Yeah. |
| CHS: | --If, if my wife hears this, it will be a disaster. |
| Alebbini: | No, by God, we don't want to. |
| CHS: | I mean, I want to, want to [UI] – |
| Qasim: | --this is like electricity, like electricity... by God, this is like electricity. Man, man this paper, meaning, and we had nothing man. Remember Abu-Lith? When one was scared and was struggling, that's when I did not have a *green card*. I was fighting, that I want the *green* and what not. This is when someone is planning for a day like this, afraid of a day like this. Man, by God's will, after the man is done, and in God we seek refuge, and did everything-- |
| CHS: | [OV] "That ye dislike a thing, which is good for you..." correct or not? |
| Alebbini: | [OV] God may know, may it be... Only God knows, only God knows. God knows where good is-- |

20

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027393

CHS: [OV] Sometimes things happen to an individual and he hates them but the end up being good.

Alebbini: God willing. God willing. May God give us the patience and give you the patience....

CHS: If I have to leave this country then my leaving this country may be a good thing, God knows--

Alebbini: [OV] God willing, O Lord! God willing, O Lord. By God, it is all to your benefit, because this country, this country, in the end--

CHS: Now, in all honesty --

Alebbini: [OV] Yeah

CHS: --what do we do?

Alebbini: What do we do?

CHS: We wake up in the morning, work night and day, and pay bills.

Qasim: That's it.

Alebbini: You pay bills.

CHS: What else do you do?

Alebbini: Nothing, by God.

CHS: Are you able to save a penny?

Alebbini: No.

CHS: Have you done anything with your life? No

Alebbini: [OV] No, by God.

CHS: After all this, you lose your religion, correct?

21

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027394

| | |
|---|---|
| Alebbini: | For nothing. |
| CHS: | And adds to your bad deeds. Last time, I went to Target, and it was cold man. A female was dressed in shorts, man, and *you can't, you can't*. She was in front of me -- |
| Alebbini: | [OV] it is difficult, difficult, difficult; difficult! |
| CHS: | -- I looked and I was wondering, I mean that's it -- |
| Alebbini: | [OV] it's impossible, it's impossible |
| CHS: | -- You can't but see. |
| Alebbini: | It's impossible. And because they are such sluts, that it does not matter whether you want to see or not, no, they want to show you like it or not. |
| CHS: | Yeah, correct. And [stutters] honestly, people here are *fake*. |
| Alebbini: | People are *fake*. |
| CHS: | Even the Moslems are *fake*. When you go to a mosque and it is forbidden. You want to drink a glass of water, you find someone telling you, no, no you cannot drink water now. Damn you, not like this.<br>Once during Ramadan, eh during, al-al-al Fitr Eid, and after prayers, people were collecting money for the breakfast for everyone. |
| Alebbini: | Yeah |
| Qasim: | [UI] *Exit* [UI] |
| CHS: | By God, it is supposed to be the *Exit*. |
| Alebbini: | How did you recognize the [UI], you. |
| CHS: | Because he is looking at the *Navigation*. |
| Qasim: | [OV] [UI] *Navigation* |

22

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027395

Alebbini:    Yeah!

CHS:         There has to be a …

Qasim:       Laith and I went to pray at the new mosque. We were slowly whispering to each other, and someone at the mosque tells me, you and that guy eh [IA] …

CHS:         Oh my God,, that's what I'm saying—

Qasim:       [OV] As if his father owns the mosque.

CHS:         This is what happened with me. I'm telling you, I went, they said they want money for breakfast, we paid the money, I paid money. I took my kids and we prayed the Eid prayers. Breakfast consisted of doughnuts, *juice* and what not. Man, my daughter is two years old. You know. She saw the doughnuts and she saw… she wants, she wants… they had them on the tables. I grabbed a cup of juice to give her and they said "No, no. No one is allowed…" Damn you. Islam, Islam is morals, Islam-Islam is love. The Prophet said be compassionate with the young and the old. This is a two year old young girl. Without [UI] I grabbed it from her and left it --

Alebbini:    [OV] that's why --

CHS:         -- [OV] left it on the table.

Alebbini:    [OV] [UI]

Qasim:       [OV] As if we are Jews [UI]

Alebbini:    [OV] that, that is liar.

CHS:         I told him, do you think I care… I can buy her, I can buy her, buy her …eh [Laugh]

Qasim:       I can feed her, I can feed her and feed ten like you.

CHS:         See.


23

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027396

| | |
|---|---|
| Qasim: | I can feed you all. |
| CHS: | I told my wife let's go and we left. They are really *fake.* |
| Qasim: | [UI] |
| CHS: | [UI] I bet you he is lost. |
| Qasim: | [UI] I'm feeling that's it. |
| | [Beeping] |
| Alebbini: | O God! O God! Man. |
| CHS: | Honestly, I'm telling you that I am confused but I know that I will be leaving, I will be leaving. But I don't know where to go. |
| Alebbini: | Are you going to leave alone and leave the kids here? |
| CHS: | Yes |
| Alebbini: | And the family here? |
| CHS: | I can't take them with me. I mean, *I'm not gonna te…, I'm not gonna even tell them.* [Short pause] And I'm not going to wait for them to arrest me and harass me, and put me in prison [Noise]. Throw me there, eat don't eat, drink don't drink -- |
| Alebbini: | No, we will bail you out. You, you will be released from prison. But, they make you pay *bail,* then they tell you that's it, then they give you a deportation date; then you have to leave by that date. |
| CHS: | I spoke to an attorney… I have seen it happening to others… I have been following on this subject for a long time… |
| Alebbini: | Yeah! |
| CHS: | if you go to prison you don't get out.  They put you in prison and keep on transferring you from one prison to another and from one prison to another so no |

24

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027397

one can reach you, until they manage to put you on an airplane.

Qasim: So I am going to be like that, same thing?

CHS: Yes!

Qasim: From one prison to another?

CHS: From one prison to another.

Qasim: Prison, is their game, huh?

CHS: Prisons are their game.

[Noise]

[Pause]

Qasim: May God protect us.

Alebbini: [UI]

CHS: [UI]

Alebbini: Man, may God damn them. ... How can they deprive three girls of their father; I don't get it and for what? What for ... these bastards. Man, what are these people...

CHS: [OV] By God, we wrote to them... the attorney wrote to them in the past --

Alebbini: Yeah!

CHS: - -he wrote about this; and we wrote to the judge, and we wrote to the previous judge about the three girls...

Alebbini: [OV] and there is no appeal to the government?

CHS: No, this is a law... like you can say; the problem they have is like a *firearm,* and the subject of firearm is like a red line and you cannot approach it. It happened to other people with different cases--

25

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027398

| | |
|---|---|
| Alebbini: | Yeah! |
| CHS: | --but the *firearm* is considered like a terrorist... |
| Alebbini: | Oh God! |
| CHS: | Do you get it? They started asking me, "What is your issue with Hamas, what's your issue?" And I said there is no Hamas or non-Hamas issue -- |
| Alebbini: | [OV] Tell them, brother, check my *record* here in America-- |
| CHS: | -- this conversation is from five or six years ago. |
| Alebbini: | -- [OV] Tell them, man I have been here in America, I have been for a long time, check my *record*, just because I sold a weapon I became a Hamas member, man? |
| CHS: | That's it; I understand, I understand; I am telling you, I have been talking about it for *five years* ... |
| Qasim: | [OV] how long have you been here, brother Mike? |
| CHS: | Ten years. |
| Qasim: | Why didn't you apply for the citizenship till now? |
| CHS: | I applied for the citizenship... |
| Qasim: | [OV] And? |
| Alebbini: | [OV] [UI] they do not let you [UI] the citizenship. |
| CHS: | Yes, I applied for the citizenship prior to the problem. I applied for the citizenship, had my interview and did it all and everything was all right, ok? And they sent me the *ceremony*, which is taking the oath-- |
| Alebbini: | Yes! |
| CHS: | --taking the oath was scheduled for Thursday at 9:00 am, on Wednesday at 4 am or 5, someone called me, from an *unknown number*, and told me not to go. Why? They said: *"Further, further, we need to do more."* I don't know what *more clear* and I don't know what-- |

26

Date of recording: 03/19/2017

Duration: 3 hours, 29 minutes

Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006

Audio File name: 0001.wav

ALE-00027399

Alebbini:     [OV] what?

CHS          -- I ignored-ignored it, and went the next day. There was a lady there and she tells me that I talked to you. I was surprised. I ignored it. If I knew better, If God enlightened me, I would have gone to an attorney who could have made things go faster; but I ignored it. The matter lasted approximately six months, five months, then the problem occurred. Here is what happened, I had sold a gun and they started an *astivigation* [sic] on me. So they said no, we don't want to give him the *citizen* [sic].

Alebbini:     Oh!

CHS:          I spoke to an attorney, and the attorney told me you *basically* have the *citizen*, but you are not a *citizen*; in between. Ok. He said we are going to try this and what not … nonsense.

Qasim:        The lawyer seems to be a loser.

Alebbini:     Oh God! But when did you get this paper? Since when have you known?

GHS:          I received it by mail yesterday.

Alebbini:     Man, you are not, meaning there was no need to go to the farm [UI] take us to the farm and all this is on your mind --

CHS:          [SC] but I have children and I need to feed them [Laugh] I am telling you, from within, honestly, I feel it is better for me [UI]

Alebbini:     You believe in the act of God. I understand you--

CHS:          [OV] Listen, listen, listen [UI]

Alebbini:     --I mean because … it means because these three girls, what did they do for their father to be away from them? That's what I am upset about.

CHS:          This is how they are. They are like this. Neither the Jews nor the Christians will be satisfied with you.

Alebbini:     I swear to Almighty God, this man has three children and has a *business* that is working and you, in America, don't care about him; what about the ones like us, someone like me who does not have a job and does not pay *tax,* or … then we are

27

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027400

worthless.

CHS: Listen, I was telling you, there is someone who was taking his daughter to school, they targeted him, and arrested him while he was in the car. They took him [coughing] from the car and deported him while his daughter was *video*taping it and crying.

Alebbini: I swear to God; I have an American, American white friend, his name is James, *Redneck;* can't be more American than that --

Qasim: *James?*

Alebbini: --*James.* One day he told me: "I want you to come with me; I want to pick my daughter; I had a problem with my daughter." I don't know what happened; he took the phone from his daughter, he had bought her a nice phone, he checked it and did not like what she had on it And then, when his daughter got out of the car; he wanted to pick her from school, he could not, he was afraid from the ...*Child S...Services,* he had a problem with his other daughter --

CHS: [OV] *Child Service, yeah.*

Alebbini: -- yeah! And they screwed him. I mean he took me with him as a witness that he is a good man and did not do anything. In case they took his children from him in court. I swear he is a mess, I remember Qasim, when the man told me about his story. Man! Those Americans are corrupt. When Americans deal with people when they do wrong; it is like they are Nazis dealing with Jews or [OV] or something.

CHS: *Exactly.* Honestly, I have had many experiences with them; many, many. [OV] You smoke a lot, I do not smoke as much as you do. I mean, I have seen too much, you know? I have seen a lot of discrimination, I have seen lowliness, uh-uh I mean beyond your imagination. I have been for a while dealing with things like this, Laith. I have been for five, six years facing discrimination, facing the danger of deportation, facing uh, uh, uh , uh, uh --

Alebbini: But they have not deported you.

CHS: They have not deported me yet. When this came, it seems that it happened like *something* as you may say [OV] as a coup de grace.

28

Date of recording: 03/19/2017

Duration: 3 hours, 29 minutes

Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006

Audio File name: 0001.wav

ALE-00027401

| Qasim: | At least, you know now what [UI] |
|---|---|
| CHS: | God, I have been wondering, honestly, where I should go. I want to get out before they arrest me and humiliate me. |
| Alebbini: | Listen, if you are afraid of going to Jordan, I am telling you to go to Turkey; because Turkey now takes in people from everywhere, and you will have some freedom. Turkey does not require you to have a visa, or anything else, and else… Everyone, I mean, the Egyptians -- |
| Qasim: | Laith, he needs to go and find a place to start a *business*, where he can live there and bring his children later to live with him. Why should he go to a place just like that? |
| Alebbini: | Uh! Man, can you immigrate to Canada or -- |
| CHS: | I don't want to go to foreign countries-- |
| Alebbini: | -- [OV] By God, exactly then that's it-- |
| CHS | -- you know? And I want to leave my children here; I want to go by myself. |
| Alebbini: | -- yeah! |
| CHS: | I want to keep my children here. They have a *business* and a house, and everything is paid for them; *and that's it.* |
| Alebbini: | They'll have to sacrifice too [UI] |
| CHS: | Anyway, I wake up in the morning and go to work … all your life is work and- and paying bills-- |
| Alebbini: | [OV] This system is not good … because this system [UI] |
| CHS: | --I feel like the-the-the Eid sheep that we slaughtered. [Laugh] |
| Alebbini: | Uh! By God, You are right! Like a hardworking donkey; you go around, around and around; and at the end they take it away from you. As much as you make money by working hard, they take it away from you in one shot. |
| CHS: | I am thinking about several places to go to. I'll see. [OV] If they let me enter |

29

Date of recording: 03/19/2017

Duration: 3 hours, 29 minutes

Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006

Audio File name: 0001.wav

ALE-00027402

Gaza, By God, I will go there. [OV] [UI] of course, [UI] [01:02:57] impossible.

Alebbini: Gaza, Gaza is --

Qasim: [OV] No, but you can go.

Alebbini: [OV] Gaza is the only white spot. If you have the Jordanian citizenship, if you have the citizenship, I'll go to Jerusalem first.

CHS: I am telling you, if I go to Jordan I might not be able to get out, man. You are telling me to go to Jerusalem, how can I go to Jerusalem?

Alebbini: Jordan is worse than America; the regime in Jordan is worse than America

CHS: To Jerusalem; if I go I will have to go through the first *filter*; and the first *filter* is Jordan [OV]. Once I enter Jordan that's it. As for Egypt, God knows. It is probably the *same thing*.

Alebbini: And as for Egypt, it is not a good place to live in as long as it has Al-Sisi.

CHS: And Turkey, the problem is their language is different than ours.

Qasim: There is only one good place.

Alebbini: Where? The Islamic State?

Qasim: The State!

Alebbini: But man, if he goes to the Islamic State; he does not want terrorism and does not want the weapons, it is… I am not sure.

Qasim: [OV] the problem is his kids.

CHS: How would they know? First, how can it affect my children? Then second, the video that Laith showed me and we watched--

Alebbini: Yeah?

CHS: --I mean in that country, it is normal--

Alebbini: [OV] By God, it is normal, and more than normal.

30

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027403

CHS: They have services, they have education, and they have everything.

Alebbini: They have everything.

CHS: By God, we are the ones who do not understand the matter, because I, frankly, after you showed me, I watched more than one other video [OV]

Alebbini: Yeah, I always watch them, always, I always watch them.

[Cough]

CHS: [OV] they have more than one video.

Alebbini: -- Yeah, I watch and say these people are right.

CHS: And they do not have anything, anything for --

Alebbini: I swear, I talked to my family the other day and I heard news, I put on the news, about the Islamic State that the Jordanian borders were with the opposition and are now with the Islamic State, and that Jordan is shitting in its pants because their borders with Syria are with the Islamic State. I said by God, hopefully soon. I spoke to my dad, and told him that the Islamic State will enter Jordan soon, God willing.

[Noise]

CHS: If someone wants to go, how can he go?

Alebbini: From Turkey, everybody goes from Turkey... everybody goes from Turkey. Turkey is--

CHS: [OV] But Turkey... as I heard, the-the-the authorities create problems.

Alebbini: [OV] On the contrary, it does not-does not drive you nuts but it takes care of everybody and there's freedom. After the coup d'état, the coup d'état against Erdogan, Erdogan is upset with America and the entire western world for planning a coup against him... so he supports anyone against al-Sisi, against the kings of the world, against the governments, and any opposition, all the oppositions in the world are in Turkey.

CHS: [OV] and regarding the State, if you go there they will tell you that you are living

31

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027404

in America, and you are coming here …

Alebbini:    The Islamic State?

CHS:    Yes.

Alebbini:    They will tell you, you are welcome and you are honoring your country… this is your country.

CHS:    [OV] they are not going to drive me nuts and what not?

Alebbini:    Not the Islamic State; they will welcome you. That is what we see on the video. They welcome everybody; and everybody wants to go there. Also, also they do not force you to fight, they do not force anyone to fight. They do not force anyone to fight; they will tell you come and live here with us.

CHS:    Do I want to go and settle? I want to go uh…

Alebbini:    No, go… go and settle so you can see what will happen with your children, and to arrange their affairs. The rent there is cheaper than anywhere else.

Qasim:    God bless!

CHS:    Would you like chicken? Take whatever you need from rooster or chicken. By God, I am not joking.

Alebbini:    Uh-huh! My father loved roosters only.

CHS:    A rooster is tasty!

Alebbini:    You cook the local rooster in a pressure cooker --

CHS:    [OV] that is when the rooster is old you cook it in a pressure cooker; but when it is young you cook it the normal way --

Alebbini:    [OV] those look young --

CHS:    -- [OV] those are young and [UI] --

[Beeping]


32

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027405

CHS: He is here... that is his truck. Laith, this guy started from nothing.

Alebbini: Yeah.

CHS: From nothing.

Alebbini: Of course! Of course!

Qasim: This was always Laith's plan.

Alebbini: Of course! I always wanted a farm.

Qasim: Yesterday we were [UI]

Alebbini: Yes, yes! Listen *cousin*, in this land; leave sheep on it, leave cows on it and whatever you need, and give it time and God will provide.

[Noise]

CHS: This one-this... by the way, he started, his family had a farm--

Alebbini: Yeah!

CHS: --he started to sell sheep. Long time ago, when I first came to America, I bought sheep from him for twenty dollars, fifteen dollars, twenty five dollars...

Qasim: Man, he [UI]

Alebbini: He wants to sell [UI] he just wanted to give it to you, huh?

CHS: You know? He wanted to sell.

Alebbini: Yeah.

CHS: After that...He started bringing them from the *auction;* then [Noise]; then things got better and he bought-bought a farm and a house [Noise]. When things got better, his wife told him not to slaughter at home. At home [OV] ... Yeah, I am going to get it now... in-in the *back*.

Qasim: [UI]

33

Date of recording: 03/19/2017

Duration: 3 hours, 29 minutes

Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006

Audio File name: 0001.wav

ALE-00027406

CHS: *Yeah!*

[Background Noise]

[Pause]

CHS: What is this noise?

Qasim: Looks like a sheep being slaughtered.

Alebbini: [UI]

CHS: No, there's nothing but this one.

[Noise]

CHS: [UI] did you bring one knife. No man, this is not... this one is for protection [laughing]

Qasim: For protection?

CHS: Yes!

Qasim: If it is for protection, it will not do you any good, brother. [Laugh]. This one is useless. It is better for you to have a *gun* on you. Here, if it is for protection, put it in the door pocket [UI].

Alebbini: By God, that is the right way to do it.

CHS: Yeah!

Alebbini: This is the right way of doing things. Throw them on a farm, and go buy the young sheep from the *auction [OV]*--

CHS: No, from the *auction*

Alebbini: -- [OV] yeah, and keep them here.

CHS: At the *auction*, whatever you think of you'll find.

Qasim: [UI]

34

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027407

Alebbini:    By God, if anyone on *Craigslist* you will see... if anyone has a herd of sheep, fifteen sheep --

CHS:    [OV] they want to get rid of them --

Alebbini:    Yes, yes; they want to get rid of them. They say, give us five hundred dollars, and take them all, one thousand dollars and take them all. Or something like this, I swear.

Qasim:    Seriously?

Alebbini:    Yes, yes! I swear to God!

CHS:    They want to get rid of them.

Qasim:    [OV] that's nothing.

Alebbini:    Yes, yes! Someone would raise them, *cousin*, and they multiply while in his possession. He is unable to sell them because Americans don't eat other than pork. So, how is he to sell them? He posts them on *Craigslist.*

[Noise]

CHS:    Man, when it gives birth, the-the... The sheep--

Alebbini:    The Sheep--

Qasim:    [OV] Sheep.

CHS:    She gives birth to three--

Alebbini:    [OV] Yeah, or two ...

Qasim:    [OV] and that's it, you will have a herd --

CHS:    [OV] -- and twice a year.

Qasim:    -- and you will have a herd...

[Cough]

35

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027408

| | |
|---|---|
| Alebbini: | There is nobody here because there is no demand like in our countries … |
| CHS: | I brought *extra* knives if… |
| Alebbini: | Yeah! So we can help each other. |
| CHS: | Yes, we help each other. |
| | [Noise] |
| CHS: | This is a problem. [Chuckles] this is a disaster. |
| Qasim: | I could have brought the razor with me, I forgot to, it is in my car. |
| | [Beeping] |
| Qasim: | I could have sharpened it a bit here and that's it. |
| | [Noise continues] |
| CHS: | This … |
| Alebbini: | Did he set aside for you? |
| | [Noise] |
| CHS: | No, he has two lambs. |
| | [Noise] |
| | [Pause] |
| CHS: | The Arabs come here to slaughter. |
| Alebbini: | Yeah, yeah. |
| CHS: | Look, this was slaughtered today. |
| Alebbini: | Money, money, this one [OV] -- |
| CHS: | Sometimes, sometimes he gets people who do not know how to skin… He |

36

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027409

slaughters it and [OV] the son of a gun skins it in *five minutes.*

Alebbini:    Yeah?

CHS:    He skinned it and prepared it [Laugh]… once I bought a calf from him… listen what he did… We slaughtered the calf and finished and what not … then we skinned and skinned for the third or like halfway to here, and he had the calf in the crane, and when the skin dangled, he banged on it with the tires and started to move and dragged it [OV]—

Alebbini:    Yeah.

CHS:    --… the entire calf.

Alebbini:    He pulled it --

CHS:    You should have seen it. [Laugh] it is like when you skin a rabbit.

Alebbini:    He plucked it.

Qasim:    The man knows what he does.

Alebbini:    Yeah, yeah.

CHS:    Yes… Once he told me, he told me, "I know you… let me know when you need a sheep, and I will slaughter for you a sheep." I said, I want to slaughter it myself; he said you say "In the name of God, God is great! And I will slaughter it for you".

[Laugh]

[Noise]

UM:    *What do you need… one?*

CHS:    *How many one you got [sic]?*

UM:    *Huh?*

CHS:    *How many one you got [sic]?*

37

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027410

| | |
|---|---|
| UM: | *Ah, this is what I got. I got one male and one female; those are both about a year, a year, a year and a half old.* |
| CHS: | *That's the only thing you got?* |
| UM: | *Those are the best ones.* |
| CHS: | *The male, how-how old is he?* |
| UM: | *Those, are both anywhere from ten to ss, like sixteen months.* |
| CHS: | *I-I-I get the male for now.* |
| UM: | *That's fine.* |
| | [Background engine noise] |
| Qasim: | The meat of the male is more tender… right? |
| Alebbini: | The male's meat is tenderer. |
| CHS: | We used to raise a farm in Amman; we had cows farm. They castrate the calf… and when you castrate the calf -- |
| Qasim: | [OV] the castrated ones are bad -- |
| CHS: | --if you castrate the calf -- |
| Alebbini: | [OV] Why is it bad? |
| CHS: | [OV] --when you castrate the calf, the meat is tenderer. |
| Qasim: | [OV] -- it gets fatter |
| CHS: | It gets fat and its meat will be tender; but if he is-is not castrated, he will seek mating [OV] with this one and that one; and its meat will become harder. |
| Qasim: | [UI] I don't know why but my grandpa did not like them castrated. |
| CHS: | As for its *flavor*, flavor it is not … eat from the-the-the ones that are not castrated. |

38

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027411

[Noise]

| | |
|---|---|
| Alebbini: | Man, when it is castrated, it becomes whatchamacallit…. |
| CHS: | Do you want to slaughter? |
| Alebbini: | Yes! |
| CHS: | Then go ahead. |

[Noise]

| | |
|---|---|
| Qasim: | [UI] I am afraid [UI] |
| CHS: | Don't slaughter and have it run away [Chuckles] because I do not run. |

[Noise]

| | |
|---|---|
| Alebbini: | Is it sharp? |
| CHS: | What sharp? Watch out man |
| Qasim: | He wants to do this with his hand to test it. |
| CHS: | Beware. [Noise] No, be careful, it is very sharp. |
| Qasim: | To ease it on the sacrifice. |

[Noise]

[Unintelligible background conversation]

| | |
|---|---|
| Qasim: | This is Romanian, right? |

[Noise]

| | |
|---|---|
| Alebbini: | [UI] local [UI], huh? |
| CHS: | This is American… they call him *Texas* something, the one who comes here. |

[Noise]

39

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027412

| | |
|---|---|
| Qasim: | *Got it?* |
| UM: | *Yeah* |
| Qasim: | On the feet--on the feet--on the feet. Laith, Say "In the name of God"! |
| Alebbini: | In the name of God [UI]. [Noise] Do you slaughter? |
| CHS: | What? |
| Alebbini: | Do you slaughter? |
| CHS: | Yeah, I do slaughter, of course. |
| Alebbini: | Then go ahead and slaughter. I don't want to. |
| CHS: | Why? |
| Alebbini: | Because I am not used to slaughtering, I don't want to [UI] [OV] you are more used to it than I am. |
| Qasim: | Okay then, come here Laith, Laith, come here! Hold it, hold it, [UI] catch it, feet. Use your feet, put your feet, Laith. |
| Alebbini: | [UI] Abu-al-Qis. |
| CHS: | Remove your hand from here. Remove your hand from here. |
| Qasim: | Shall I come to slaughter it? |
| Alebbini: | No, no, no. |
| CHS: | In the name of God, God is great. |
| Alebbini: | Yeah. |
| Qasim: | No, no, no, do not cut off the head completely, my brother. |
| CHS: | I know, I know |
| Alebbini: | Let it --let it move a little. Stay away from it a bit. |

40

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027413

| | |
|---|---|
| Qasim: | [UI] Laith, Laith, [OV] keep holding the sheep. |
| Alebbini: | I'm holding it. |
| CHS: | Let it, let it, [UI] |
| Qasim: | Laith, continue holding the sheep. |
| Alebbini: | Okay. Keep your distance man. [UI] I don't want it -- I don't want it to splash me. |
| Qasim: | Continue, continue holding it. |
| Alebbini: | Let it kick, let it kick a bit. |
| Qasim: | Let it kick, let it do so [UI] |
| CHS: | Let it kick, so the blood drains. |
| | [Noise] |
| | [Background conversation & noise] |
| Alebbini: | I was scared not to [OV] -- |
| Qasim: | [UI] |
| Alebbini: | -- I was scared not to [OV]-- |
| CHS: | [OV] it is not out, it still needs time. |
| Alebbini: | I was scared not to [UI] like you do. |
| CHS: | Huh? |
| Alebbini: | I was scared not to slaughter it like you do. You slaughtered it right on the edge and it popped open with you. I was going to get it from the bottom [UI]. See Qasim, I was going to slaughter it from here. But he cut it from here and opened it like [UI] |
| Qasim: | [UI] |

41

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027414

| | |
|---|---|
| Alebbini: | Yeah. |
| CHS: | You need to cut both arteries. |
| Alebbini: | Yeah. |
| CHS: | And not cut the spine. |
| Qasim: | His body is boiling [UI]. |
| CHS: | There is no god but God. |
| Qasim: | By God's will, it is a good lamb. It is a good lamb. Good size. |
| CHS: | Did you not hear, he said it is ten years, ten months [UI] [Noise] this one is old. It is more than one year old. It is more than one year old, right? |
| Alebbini: | Yeah, over a year old. It's a good size [UI] I mean, its teeth--its teeth are showing. [Noise] [Short pause] |
| Qasim: | Does he have a place where one can hang the sheep? |
| CHS: | Yes, he hangs it here. See down like this. |
| Qasim: | Yeah. [Noise] |
| Alebbini: | Praise God, Slaughtering the sheep is the best way, by God. Slaughtering the sheep is the best way. |
| CHS: | At the Arab grocery stores, when they slaughter, they slaughter and skin while it has not died yet. |
| Qasim: | Yeah |

42

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027415

| | |
|---|---|
| CHS: | They slaughter them while standing [UI] and they do this. |
| | [Pause] |
| | [Noise] |
| | Qays! Come let us see-uh-how old the female is. |
| Qasim: | This is a female. |
| CHS: | No, this is male. |
| Qasim: | This is female. |
| Alebbini: | No, this is male, man! |
| Qasim: | You told him to bring a female though! |
| Alebbini: | Look, look at its testicles. |
| CHS: | No I told him a male. |
| Qasim: | Yeah, this is a female. |
| | [Animal noise] |
| CHS: | I told him a female, why would I tell him a female? |
| Qasim: | How much did he charge you for this one? |
| CHS: | This one is two hundred and twenty. |
| Alebbini: | Two hundred and twenty? |
| CHS: | Yes, is the whole thing for 220. |
| | [Animal Noise] |
| Qasim: | [UI] the knife, while here. |
| Alebbini: | Do you want the other one? |

43

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027416

CHS: If-if it is a young one, I will take it.

[Noise]

Alebbini: [UI] I am not sure why you want [UI]?

CHS: for, for my brother [Pause]… it seems that she is old… correct?

Qasim: Old.

Alebbini: What kind is this one?

Qasim: Same thing, this is old.

CHS: Old…

Qasim: This is older than a year.

CHS: Maybe … whatchamacallit…

[Noise]

Alebbini: Two hundred twenty … by God this is a profitable business, 220.

CHS: [OV] I can get it cheaper usually …

Alebbini: Yeah!

CHS: I get, like this one I get it for one hundred fif--175- two hundred --

Alebbini: Abu-al-Qis, this is a sheep… that eats from the land.

[Unintelligible background conversation]

CHS: Where did we keep the box? The bastard. Here it is.

[Noise]

Alebbini: [UI] man.

CHS: We will fix it now.

44

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027417

[Noise]

[Pause]

[Unintelligible background conversation]

Alebbini: I want to open a farm.

CHS: [Laugh]

Qasim: The knife is not sharp.

Alebbini: Get another knife, it might be better. [UI]

[Noise]

CHS: Hold this.

[Noise]

CHS: Those, those which you cannot easily split their legs , means it is old.

Alebbini: Ah!

Qasim: This one is more than a year old.

Alebbini: Should we move it there and hang it?

Qasim: Let it drain a little first.

CHS: Laith, can you please hold it like this?

Alebbini: Yes.

[Pause]

[Noise]

CHS: [UI] are you going to lift it on your own?

Alebbini: No, [UI] [OV]

45

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027418

| | |
|---|---|
| Qasim: | [OV] [UI] |
| UM: | *You're set? You set it right there. Let me get my truck and I'll* [UI] |
| CHS: | *Okay.* That's it, leave it here. |
| UM: | *[UI]* |
| Qasim: | [UI] man, that's it. |
| | [Background unintelligible conversation] |
| | [Noise] |
| | [Beeping] |
| | [Pause] |
| Alebbini: | This man is good at slaughtering... -. [UI] |
| CHS: | Here they slaughtered a cow. |
| Alebbini: | Yeah, the man slaughters; slaughters ... |
| | [Noise continues] |
| Qasim: | - Come, let's hang it, come! |
| Alebbini: | He said he's coming to hang it for us. He said to leave it here, he will hang it for us now. |
| CHS: | No, he told me he wants to hang it on this. [OV] *Where do you want it on that one or...?* |
| UM: | *We can put it on this one.* |
| CHS: | *Okay.* |
| | [Pause] |
| | [Unintelligible background conversation] |

46

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027419

[Noise]

UM:        [UI] *up higher.*

Alebbini:  *Up higher?*

UM:        *I mean you may want to take the sheep up higher, I don't know. A little higher, hold.*

Qasim:     Enough, enough Laith.

CHS:       That's it.

Qasim:     From the top, top not the bottom.

UM:        *Here you go [UI]*

Qasim:     *Yeah.*

           [Pause]

UM:        *Is that high enough for you?*

CHS:       Huh?

UM:        *Is that high enough for you?*

CHS:       *Should be.*

UM:        *Okay*

Qasim:     [UI]

CHS:       Huh?

Qasim:     Give me [Noise] this is the dull knife. Hey Laith, where is the other knife?

CHS:       Darn it.

Qasim:     Laith, where's the other knife? Give me-give me… man, you took the good one and left this one with me…

47

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027420

[Animal Noise]

Qasim:          [UI]

CHS:            This one is old, it is not breaking.

Alebbini:       [UI] Qasim, remove the knife from your hand when you [UI]. Folks, keep the head, later, you have time--after the fleece is sheered--after you sheer the fleece, then you cut off the head. By God, man, praise God [UI]. Either the job is done like this or never. Praise God.

Qasim:          [UI] The man has slaughtered and knows how to [UI]… is it dead?

CHS:            Yes, it is dead.

                [Noise]

                [Pause]

Qasim:          Its Adam's apple has not popped yet.

Alebbini:       Do you have to cut the head?

Qasim:          Man, the Adam's apple has not popped yet.

                [Bird Chirping]

Alebbini:       Is it necessary to cut the head, is it important to cut the head now?

CHS:            Uh-huh.

Qasim:          to be able to skin it?

CHS:            Uh-huh

                [Noise]

Alebbini:       Use the knife because you can find the Adam's apple opening from the bottom, On the Adam's apple if you see it, from the back.

                [Heavy breathing]

48

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027421

[Noise]

Qasim: [UI]

CHS: A little.

[Panting]

[Pause]

CHS: It is over two years old.

Qasim: [UI]

[Noise]

CHS: A little.

[Panting]

Qasim [UI] like this from the other side [UI] another and all you have to do is cut.

Alebbini: Abu-al-Qis, [UI] Did you see the midriff, turn it towards you. Yes.

Qasim: [UI]

CHS: [Panting] No, no, no … leave it, leave it; just leave it.

[Noise]

Qasim: [UI] this might be better.

Alebbini: Here, it got cut… he cut it.

CHS: Should we cut the hands?

Alebbini: [UI]

CHS: No, no, no … wait a little bit [Panting] wait.

Alebbini: [UI]

49

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027422

[Panting]

[Cough]

[Laugh]

Alebbini:   Slowly [UI]

Qasim:   [UI] I want to hit it like this but I don't want to splash you.

[Laugh]

Alebbini:   I, I don't understand [UI] you are saying it is little.

CHS:   Wait, but wait a little because it is not wanting to break.

Alebbini:   Is it supposed to be easy [UI]?

CHS:   Yes, easy.

Qasim:   By God, really?

CHS:   Um-hum

[Noise]

CHS:   [Panting] What the heck!

[Noise]

[Mumbling]

Qasim:   By God, Abu-al-Lith, give me the knife.

CHS:   Stay away Qasim, you do not want … [Noise] to skin it off a little.

[Noise]

50

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027423

[Pause]

Qasim:     Abu-al-Lith.

Alebbini:     Um!

Qasim:     Can you give me this that sharpens the knife?

Alebbini:     Yeah, give me, let me sharpen it for you.

[Unintelligible background conversation, and noises]

Alebbini:     Wrong! You are doing it backwards, you will dull it.

[Noise]

[Cough]

[Pause]

Qasim:     This one is better. This one might be better now.

[Noise]

CHS:     Is there a bag?

Alebbini:     Ah!

CHS:     Let's put the testicles in it.

Qasim:     Do you want the *head*?

CHS:     No, do not touch it with your hand--

Alebbini:     A big or a small bag?

CHS:     Small, small.

Alebbini:     You mean one of those bags [UI], correct?

CHS:     Aha!

Alebbini:     for the testicles?

CHS:     No! [OV]

51

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027424

| | |
|---|---|
| Qasim: | [OV] to put the testicles in it, man! |
| Alebbini: | Ah, [UI]. |
| | [Noise] |
| | [Pause] |
| Qasim: | Do you see? These are testicles! Laith, do you think you have testicles! |
| Alebbini: | Man!      [UI] |
| | [Laugh] |
| CHS: | You thought, you thought it is the sheep's fat! |
| Alebbini: | Then, what [UI] |
| Qasim: | [Laugh] [UI] |
| Alebbini: | Shall I close this--this bag or will you need it? Or, shall I keep it closed? |
| CHS: | No, no. I will put in it the rest of the things; the pluck and the thing… |
| Alebbini: | Yeah. Will the pluck fit in this small bag? |
| CHS: | Yes. |
| | [Noise] |
| | [Pause] |
| | [Panting] |
| Alebbini: | Look at this small one, I sharpened it for you. This small one might be better for you. |
| | [Unintelligible Background conversation] |
| CHS: | That son of a bitch closed this one. |
| | [Pause] |
| CHS: | *How old is this one again? Ten months?* |

52

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027425

| | |
|---|---|
| UM: | *Ah - Around 12-14 months. [UI] back right here.* |
| CHS: | *My Car?* |
| UM: | *Yeah, that lady needed to get [UI]* |
| | *We gotta leave, uh, just when you uh leave, you just pull that green gate shut.* |
| CHS: | *Okay.* |
| | [Noise] |
| | [Pause] |
| | [Beeping] |
| UM: | [UI] *come back right down there, if you want to.* |
| | [Noise] |
| UM: | *It runs quiet, you [UI] that thing running.* |
| CHS: | Huh? |
| UM: | *You can hardly hear that car running.* |
| CHS: | *Yeah.* |
| UM: | *Alright, thank you!* |
| CHS: | *Alright!* |
| UM: | [UI] *close that gate if you would please.* |
| CHS: | *I will.* |
| | [Noise] |
| | [Pause] |
| | [Cough] |
| | [Background voices] |
| | [Noise] |

53

Date of recording: 03/19/2017

Duration: 3 hours, 29 minutes

Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006

Audio File name: 0001.wav

ALE-00027426

CHS:         [OV] I swear I am not sure if you [UI] [OV]

Alebbini:    Enough, enough.

CHS:         Let us [OV]. [UI]

             [Laugh]

Alebbini:    I am saying I want you to come here to open those for us. [UI] slash the shoulder with its arm.

             [Noise]

Alebbini:    By God, if we were still living in the old days, it would have been done long time ago. Long ago!

             [Noise]

             [Unintelligible background conversation]

             [Noise]

Alebbini:    Oh man, did you see how they flipped against the *Stark* family during the wedding? They killed them all during the wedding. They killed his wife, and his mother and his relatives. They killed the entire clan.

CHS:         They didn't spare anyone.

Alebbini:    They didn't keep anyone. This is screwy.

             [Noise]

             [Pause]

Qasim:       [UI] because the mother of the dragons will go.

Alebbini:    The heck with them all, huh?

CHS:         Why, what is wrong with the mother of the dragons?

Alebbini:    May [UI] burn them all in the area--

CHS:         Yeah.

54

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027427

| | |
|---|---|
| Alebbini: | --burn them and spare no one. |
| | [Noise] |
| Qasim: | But I was very happy when the young one died. |
| Alebbini: | The king? |
| Qasim: | Yeah. |
| Alebbini: | [UI]. The pimp? |
| Qasim: | Yes, the pimp. To heck with him, man. Heck with him how dumb he is. |
| CHS: | Jufri? |
| Qasim: | Jufri. Okay, okay let us [UI]. |
| CHS: | So you want to make it right at the thighs' location first. You want to make it right at the thighs, wait a second. A second, a second. Keep your hand away! |
| Qasim: | Sure. |
| CHS: | I don't want it to get injured. |
| Alebbini: | Is anyone feeling that his knife got blunt and wants to change his knife? Do you want to take this one, Abu-al-Qis? |
| Qasim: | [UI] it seems [UI] |
| CHS: | And why are you leaving this one? |
| Qasim: | Honestly, this-this goes to Abu-al-Lith, [UI]. [Noise] |
| CHS: | What will I give him [UI]? |
| | [Laugh] |
| Qasim: | This one is to throw away, it is not with … |
| CHS: | No, for throwing away, for throwing away. |
| Qasim: | Yeah! |
| | [Rooster crowing] |

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027428

[Noise]

[Pause]

Alebbini:    [UI]

Qasim:    Does it have a little sheep tail fat at the top?

CHS:    No.

Qasim:    Should I remove the entire buttocks from here?

CHS:    Remove it. [Noise] [Pause] let me do it for you.

[Background conversation]

Qasim:    That's it, let's just pull it. [Pause] [UI]

[Noise]

CHS:    If this was a young one …

Qasim:    It would have opened a while ago.

CHS:    A while ago

Qasim:    Skinned?

[Pause]

Qasim:    If I pull it for you, it will be easy--easier, right?

CHS:    Um-hum [Pause] [Noise]

Qasim:    *Oh shit!*

Qasim:    This piece that we are holding, if you just throw it.

CHS:    This?

Qasim:    Yes.

[Noise]

[Pause]

56

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027429

| | |
|---|---|
| Alebbini: | Shall I leave this one for him here? |
| CHS: | Leave it to him, to heck with him. Wherever he is. |
| Qasim: | [UI] |
| | [Pause] |
| CHS: | Just lift this up for me like this. |
| Qasim: | Okay, but wipe this for me so I can hold it. |
| CHS: | Only this hand-hand. You don't need to … |
| | [Pause] |
| Qasim: | Doesn't this one have water so one can pour a little on it? |
| CHS: | No, I brought water from this one, if you want. |
| Qasim: | No, I mean so I can throw it at him, I mean. |
| CHS: | Throw at him. He doesn't have it. I am telling you, that's why I hate to slaughter at his place. |
| Alebbini: | [UI] should have [OV] |
| Qasim: | If you open from here because of the, what is it, the kidneys? |
| CHS: | No, wait a little. You have to drain the blood. |
| Qasim: | Oh. |
| | [Coughing] |
| | [Noise] |
| Alebbini: | [UI] |
| Qasim: | [UI] Abu-al-Lith, you used to work at [UI] butcher shops, correct? |
| Alebbini: | A chicken slaughter house. The meat used to come, as you can say, cut--a thigh [UI] cut it with a saw. [UI]. |
| | [Pause] |

57

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027430

| | |
|---|---|
| Qasim: | Laith, bring a bag to put the thing in it. |
| Alebbini: | [UI] A trash bag [UI]? |
| Qasim: | No, no. Not a trash bag. He wants the pluck. |
| Alebbini: | Yeah. |
| CHS: | We will put the pluck with the testicles though. |
| Qasim: | With the testicles? That's it then. Oh my, I am afraid the stomach will open on us [UI]. |
| | [Noise] |
| Qasim: | Should we bring something to put this in it or . . . |
| CHS: | Huh? No, no. [OV] This goes for the trash, this one. |
| Qasim: | Should we throw it for him on the ground? |
| CHS: | No, I don't want them. |
| Qasim: | Should we put it in the bag? |
| CHS: | No, no, this is to throw away, throw away. |
| Alebbini: | So, should we put it in a bag or is this ...? |
| CHS: | No. He will take it and put it ... |
| Alebbini: | Does this mean he will take care of it? |
| CHS: | Yes. |
| Qasim: | Is it sick or something? |
| CHS: | No. |
| Alebbini: | This, what is this one like this? |
| CHS: | What? |
| Qasim: | Ah! What is this called? |

58

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027431

| Alebbini: | This is the large intestine. This creature is ready to poop. |
|---|---|
| Qasim: | Ready, right, Abu-al-Lith? |
| Alebbini: | Yes, almost. [Pause] What are these bags? This is the first time I see this. |
| CHS: | These are the kidneys. |
| Alebbini: | Oh! [UI] around the kidneys. |
| CHS: | This one here, is like what they say, the prize! Do you want it? |
| Qasim: | Do you want the prize? |
| CHS: | Of course. [Noise] No, no, no, be careful. |
| Alebbini: | Do you want a small knife? |
| CHS: | Tsk-tsk-tsk, this is not a knife. This one is just for the [UI]. Do you know the 'Anaqid? |
| Alebbini: | No. |
| CHS: | You don't know the 'Anaqid? |
| Alebbini: | No. |
| Qasim: | But why do you want to take out the intestines like this? |
| CHS: | The 'Anaqid of-- those are called 'Anaqid, of the pluck. You don't know those? |
| Qasim: | No. |
| Alebbini: | [UI] … |
| CHS: | Have you ever eaten a pluck? |
| Qasim: | Yes, we ate plucks. |
| CHS: | Have you ever cooked a pluck? |
| | [Laugh] |
| Alebbini: | No, not cooked a pluck [UI]?  Oh, a pluck, not a … Man, what is it that they used to stuff the intestines? |

59

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027432

| | |
|---|---|
| Qasim: | Here it is, here it is. |
| Alebbini: | That one is not a pluck, no. |
| Qasim: | That one, the one they stuff, here it is. |
| Alebbini: | Eh, there is something they stuff like intestines, it has feet … |
| Qasim: | Feet and intestines. |
| CHS: | These are the ones, but I do not take them. They need someone to clean them and … |
| Alebbini: | Those are a lot of work, a lot of work they are. |
| CHS: | *Yeah!* |
| | [Clearing throat] |
| Alebbini: | Praise God. |
| Qasim: | Yes, cleaning them is a hassle. [Pause] [Noise] At the big Eid, Abu-al-Lith will slaughter your sacrifices [UI] slaughter like this |
| Alebbini: | slaughter like this? [UI] |
| Qasim: | Is it good like this? |
| CHS: | Just a second |
| Qasim: | Is this what they call vesicle-vesicle, I don't know what? |
| CHS: | Gallbladder. |
| | [Pause] |
| Alebbini: | But brother Mike, I see you're a professional! |
| Qasim: | Man, all his day, he is on … |
| Alebbini: | Yes. He slaughters correctly. |
| Qasim: | What is this? |
| Alebbini: | What is this? |

60

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027433

| CHS: | Those are the 'Anaqid. |
|---|---|
| Qasim: | Does this one get eaten? |
| CHS: | It is-edible. This can be eaten. This is cooked like the liver but it turns out tenderer. |
| Alebbini: | 'Anqud is its name! |
| CHS: | *Okay*, you come and hold this and cut it off. You put it in oil first, add onion, garlic and pepper. You know? You will find that it starts to melt like the lamb's tail fat. Then, you add the-the-the-the pluck on top of it. |
| Qasim: | Aha! |
| CHS: | Whether it is the spleen or the -- |
| Qasim: | Give-give me the bag Abu-al-Lith, please. These are the kidneys |
| CHS: | would you eat it? |
| Qasim: | Tsk! |
| CHS: | Some people eat it. |
| Alebbini: | Just like this, from this? |
| CHS: | Yes. It is part of the slaughtered animal. |
| Alebbini: | Does he take it directly from the slaughtered animal? |
| CHS: | Um-hum. |
| | [Pause] |
| Alebbini: | How protected the fatty materials are--are inside! And I feel it is a better lamb than the local one, this kind. True or not? |
| CHS: | By God, because it is an older one, honestly, I am not optimistic about it. Because it is an older one. This is the midriff. |
| Alebbini: | Ah. |
| Qasim: | This is like a biology class. |

61

Date of recording: 03/19/2017

Duration: 3 hours, 29 minutes

Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006

Audio File name: 0001.wav

ALE-00027434

|            |                                                                        |
|------------|------------------------------------------------------------------------|
|            | [Laugh]                                                                |
| Alebbini:  | This midriff is the only thing we remember from …                      |
|            | [Laugh]                                                                |
| Qasim:     | The only thing we know.                                                 |
|            | [Laugh]                                                                |
| CHS:       | As a result of how often the teachers used to talk about it.           |
| Alebbini:  | The midriff, the midriff. But, but the reason is that …                |
| Qasim:     | [UI].                                                                   |
|            | [Laugh]                                                                |
| Alebbini:  | [IA] [UI] this area that's it. [UI]                                     |
|            | [Noise]                                                                |
|            | [Pause]                                                                |
| Alebbini:  | This is the windpipe.                                                   |
| CHS:       | Gullet and the windpipe.                                                |
| Alebbini:  | Ah, together, huh?                                                      |
| CHS:       | I do not take the lung.                                                 |
| Alebbini:  | Is this the lung or the heart?                                          |
| Qasim:     | [OV] heart.                                                             |
| CHS:       | This is the lung and this is the heart.                                 |
| Alebbini:  | Oh!                                                                     |
|            | [Noise]                                                                |
|            | [Pause]                                                                |
| CHS:       | It is done.  But this, removes the dirt in here. They call it the urination house. |

62

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027435

Alebbini:    Yeah. The bladder?

CHS:    Aha!

Qasim:    We removed the lamb's test-testicles. Like what? Like the one from yesterday which …

Alebbini:    Yes, the one they castrated?

CHS:    Who castrated who?

Alebbini:    One from *the game of Thrones;* they were torturing him and they castrated him.

Qasim:    They didn't castrate him, they removed his testicles and balls and everything.

Alebbini:    They removed it. It turned into a human from... Its personality changed after they did this to it.

Qasim:    [UI]?

CHS:    No, no.

[Pause]

CHS:    This is a son of a bitch. [Noise] Forget, no, no, it will break the knife. Forget about it.

Alebbini:    Then, what is its name? Its bone is hard, yes, its bone is hard [UI]…

CHS:    Its bone is hard, yes. It will not, nothing will work out with you. I say we cut it in half like this.

Qasim:    I say we cut it in half, first …

CHS:    No man, I will cut it at the-the-the-the-the butcher shop where I will take it to.

Qasim:    Will you take it to the butcher shop like this?

CHS:    Yes.

Alebbini:    He takes it to the butcher shop and he will cut it into pieces; small, big. Pieces to what he desires [UI].

[Noise]CHS:   Enough. This is like--

63

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027436

| Qasim: | It is over, we finished it, right? |
|---|---|
| CHS: | --we finished it. |
| Qasim: | [UI] |
| CHS: | But the bag, but a bag from the large garbage bags... |
| Qasim: | Yeah, [UI]. |
| CHS: | To put in it the... [UI] easy please, easy. |
| | [Noise] |
| Qasim: | [UI] and here's a bag. |
| | [Noise] |
| Alebbini: | Careful not to have it fall down, not to fall down-- [UI] |
| CHS: | Here it is. Do you see this, put your finger. |
| Alebbini: | slowly. |
| Qasim: | If you continue banging. |
| | [Noise] |
| CHS: | Where is the . . . [Pause] enough, hold this Laith-- |
| Alebbini: | Yes. |
| CHS: | --and [UI] [Noise]. Put the-the- |
| Qasim: | Let us take it to the car. |
| | [Noise] |
| | [Pause] |
| CHS: | That's it, throw them. This is plastic. |
| Qasim: | To avoid littering. |

64

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027437

[Noise]

CHS: He turned it into a graveyard.

Qasim: darn him.

[Laugh]

Alebbini: Do we cut his feet or ...?

CHS: We'll- we'll break them there.

[Noise]

Alebbini: OK. This. This small one [UI] this.

[Noise stops]

CHS: By God where is the large knife? Oh. This.

Alebbini: There are three... There are two big ones. It should--and one small one

Qasim: This head, do you want it?

CHS: No, I do not want it.

Alebbini: Three knives.

CHS: I usually take the head but this one is a problem.

Qasim: [UI] butcher.

Alebbini: This is not important. Oh!

[Noise]

Qasim: Does he have a place to wash our hands or what?

CHS: No, we have to get water from here. I told you I got a *case* of water for this reason.

65

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027438

Alebbini:     Let me [UI] the car. We will break them at the butcher shop. You will dirty your car now.

Qasim:        Abu-al-Lith [UI] I am looking for [UI], right?

Alebbini:     No man.

              [UI]

              [Noise]

Alebbini:     Give me to pour for you. Give me to pour for you. I will pour, do you want to clean with dirt and then you can wash?

CHS:          I will wash with water afterwards since we are leaving.

Qasim:        Yeah. Come on. I will pour slowly, slowly.

              [Noise]

Alebbini:     You know if you add some mud with it so as [UI].

CHS:          Where is there mud here?

Qasim:        There is no mud.

Alebbini:     In there, a fist full of red dirt is [UI] [Noise] this here, yeah [UI]

Qasim:        Pour a little more water.

              [Noise]

Alebbini:     Yes. [UI]. [UI] mud is the best soap. We're created from mud. It is better, right?

              [Noise]

CHS:          Aha.

Qasim:        But listen, from now on, if you tell me you want to open a butcher shop or whatever I will kill you --


66

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027439

Alebbini:     [OV] I have nothing to do with it.

Qasim:        -- [OV] Yes.

Alebbini:     [OV] do you think it is such a show? You think now that because I have watched two lambs being slaughtered... looked at them... do I think of myself as an expert who can just grab a lamb and slaughter it? Man, I was afraid during the slaughter.

              [Laughter]

Alebbini:     By God. I discovered I was not as brave, man.

              [Laughter]

Alebbini:     I changed my mind when I started slaughtering.

Qasim:        You didn't even want to slaughter! You were scared, nervous. Alebbini:     [OV] when I touched the sheep, I changed my mind.

              [Laughter]

Alebbini:     I said to myself, forget it, better not put yourself in a situation now, just forget it, and pull out right now.

              [Noise]

Qasim:        Lower your hands. Lower your hands. Lower your hands. Lower your hand, Abu-al-Lith.

Alebbini:     All right, all right

Qasim:        We do not want you to wreak havoc now, you know?

Alebbini:     I have been in the country for seven years ... I mean here. Finish. Naive [UI]

Qasim:        You cannot forget Abu-al-Lith. You have spent all your life in butcher shops. [UI]

Alebbini:     [UI]. The meat is cooked, the meat, eh, the meat, the meat *is fresh*. This means the meat comes cold, refrigerated and [UI].

              [Noise]

67

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027440

|        |                                                                                                      |
|--------|------------------------------------------------------------------------------------------------------|
|        | [Unintelligible background conversation]                                                             |
| CHS:   | Don't you want to wash? [Noise]  I thought so. [OV] Lower your hands.                                 |
| Qasim: | Lower... lower... lower yourself... lower. He is not able... not able                                |
| CHS:   | His back-his back stiffened?                                                                          |
|        | [Laugh]                                                                                               |
| Qasim: | Lower your hands... lower... lower... lower... yes, squat like this.                                  |
| CHS:   | This is like in Amman. After the Mansaf lunch, you go around pouring for people.                      |
| Alebbini: | Aha.                                                                                               |
| CHS:   | Have you experienced this?                                                                            |
| Qasim: | Yes, it is still practiced until now.                                                                 |
| CHS:   | Then, thank God. So, when you come to pour for someone, they say: "what is your name"? "So and so." [Spit] [Laugh] [OV]--, |
| Alebbini: | [OV] Wait let me get you [UI]                                                                      |
| CHS:   | --What part of town are you from? [Spit] --                                                           |
|        | [Laughter]                                                                                            |
| CHS:   | He demeans you while washing him.                                                                     |
| Alebbini: | And then what?  After you help him wash, you have a towel on your side.                            |
|        | [Laughter]                                                                                            |
| Alebbini: | By God.  A hanger. You turn into a sink. If the gentleman performed the ritual of ablution, that's it. You place the towel here and the gallon here -- |
| Qasim: | [OV] it is not the towel here                                                                         |

68

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027441

| Alebbini: | And the soap. |
|---|---|
| Qasim: | Yes, yes. The soap.... |
| Alebbini: | Other than that, he comes with the soap, doing like this with the soap. |
| | [Laughter] |
| Qasim: | [UI] |
| Alebbini: | I am going to put them for him [UI] not put them with the dirt and such. |
| CHS: | Here, here, in the barrel. |
| | [Noise] |
| Qasim: | Here's the garbage. [Pause] [Noise] Did you do the sacrifice for a reason or just like that? |
| CHS: | Eh? No, I slaughter for the house but this... this I'm not liking it. It's old in age. I did not think so. |
| Qasim: | No, it is not important [OV]. |
| CHS: | I figured I'll try. I will take it... I will take it to the shop. You have to leave it three or four hours until it cools down. I will return in the afternoon and cut it. Where did Laith go? |
| Alebbini: | [UI] I do not like it. That's it. We have already bought it and the lamb has been slaughtered, so it is going to be eaten. |
| CHS: | It is going to be eaten. |
| Alebbini: | It has to be eaten, brother [UI] |
| | [Background noise] |
| CHS: | Ready? |
| Qasim: | Ready. Let us go. |

69

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027442

| | |
|---|---|
| Alebbini: | Is it paid for and everything? |
| CHS: | Yes, yes, I paid. |
| | [Noise] |
| | [Pause] |
| Qasim: | Abu-al-Lith, that's it. I will not call you Abu-al-Lith anymore.... Honestly, by God Almighty, it has become a matter of manners, right? |
| Alebbini: | Yeah. |
| Qasim: | I mean it is a matter of manners now, I should be calling you Abu-al-Walid now. |
| CHS: | which one is your coffee? |
| Qasim: | [OV] This ... |
| Alebbini: | [OV] us, this one. We drank our coffee, only one of us had his. |
| Qasim: | Will you take *Parliament*? |
| CHS: | Leave me from the *Parliament*. Nothing destroyed me like the *Parliament*. |
| Qasim: | Man, this is light and nice. |
| Alebbini: | When this one first came from the hometown, he kept smoking --smoking! He offers me, and he kills you man. Then he says by God you have to smoke and I don't know what. Man, I would smoke if I wanted to. Are you going to force me? Then, whenever they got first here we get off the car to go to enter Walmart. They say, Let us smoke before we get in. We enter and in five minutes; we have to get out because we have to smoke. We then get out. [Laugh] |
| CHS: | This one; his nerves are ... |
| Alebbini: | Yeah. |
| Qasim: | Are you talking about me Abu-al-Lith? |
| Alebbini: | About you, and about Hossam and Khalid. |

70

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027443

| | |
|---|---|
| Qasim: | I didn't come to you when I first arrived. |
| Alebbini: | That's okay, but when you came to our place -- |
| Qasim: | I had been in America for nine months when I came to you. |
| Alebbini: | Was I against smoking or not against smoking? |
| Qasim: | Yeah... [OV]. |
| CHS: | [OV] until now, you are still against smoking. |
| Alebbini: | Yes, until now I am against smoking. |
| Qasim: | I already smoke two packs a day. This means it is normal. I am still the same. |
| Alebbini: | Here in America, a person has to reduce his smoking. When the person comes to America, his smoking decreases. |
| Qasim: | Screw it, man. |
| Alebbini: | Ah, this man, 220 dollars first thing in the morning from the land! By God this is the best income. The man sells [UI]-- |
| CHS: | I expect -- |
| Alebbini: | Yeah? |
| CHS: | --I expect that he slaughters because he sends to Columbus. He is the one who slaughters and sends them slaughtered and ready to Columbus. |
| Alebbini: | Of course, of course. This is the right way. [UI]. There is a car, heading our way. |
| | [Noise] |
| Qasim: | What is this guy doing? |
| CHS: | No, this is not him. This is somebody else. |
| Alebbini: | But this guy has water and land. By God, they do not water it, they do not water it. |

71

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027444

CHS: This b-belongs to his father and mother. He started her. It's his father's and mother's. Then they told him, we feel sorry for the animals. He then got a house on his own. His wife told him this is disgusting, keep it away from me. So, he rented this and started working.

Alebbini: By God, Women are crazy. This is a living. This is disgusting? It feeds you; we eat from it.

[Noise] [Beeping]

Alebbini: There is a sheep. That is a llama --

CHS: Llama.

Alebbini: --llama - llama --

CHS: Llama

Alebbini: --llama --llama, yes.

CHS: I am telling you, he used to own a llama. He was going to sell it to me for fifty -- one hundred dollars.

Alebbini: Yes he owns llamas and sheep at the same place --

Qasim: What is the llama?

Alebbini: -- the llama [UI] --

Qasim: The small camel?

Alebbini: -- looks like a camel, darn him.

CHS: Yes, it resembles the camel.

Alebbini: –Have you tasted its meat?

CHS: Tsk.

Alebbini: You have a lot of *drive thrus [sic]* here in Ohio.

72

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027445

[Noise]

You should see the inside of the *gas station.*

[Beeping]

Qasim: Abu-al-Walid, put on your seatbelt [UI].

[Coughing]

Alebbini: [UI] [Pause] [Noise]. However, the entrance he has, if he would only fix the entrance to his place a bit. I'll do a slaughterhouse here.

CHS: The other farm, is a 1000 times more organized than this one.

Alebbini: Is the other farm for an Arab?

CHS: No, it is for an American, but organized and nice.

Alebbini: Uh-huh!

CHS: He is the one I am going to bring the-the-the--manure from --

Alebbini: Yes.

CHS: --to fertilize when the weather gets better.

Qasim: Do they also sell the manure here?

CHS: No.

Alebbini: Come and take what you want, for free.

CHS: Why then should I go. [Laugh]. We want to give her...

Alebbini: Oh man, I do not know!

CHS: I want to get more information and then I will see. God willing it is for the good.

Alebbini: May God give relief. This means, as you may say, it's over, you have no-no interest here ...

73

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027446

CHS: No, it is over, it's over. I no longer desire to be here.

Alebbini: By God, it is not desired. By God, I swear by God, it is not desired.

CHS: I have no desire, I mean, I tell you, I tried, I tried and, it is enough. Man, I got humiliated, man.

Alebbini: And for what? And for what? You are a man, you are a *businessman*. It is a pity, it is a pity, man, by God.

Qasim: They are stupid, I swear by God the Almighty.

Alebbini: By God, they are stupid man. Man...

Qasim: By God, they are stupid man.

Alebbini: All the man's investments are in the area, man. The man is hiring people and people are making a living. Activity and...

Qasim: They are stupid, by God.

Alebbini: What type of system is this?

CHS: Man, just like when-when a guided rocket is launched from a jet and I don't know what, a missile costing one million dollars, just to kill one person.

Alebbini: Yes.

CHS: In Yemen for example or in Somalia.

Alebbini: You say, you say it's stupid! [UI].

CHS: Do they care?

Alebbini: By God, they don't care man! Indeed, the least a missile costs is two hundred thousand. At least, and this is for a small missile.

CHS: They don't care.

Alebbini: [UI] they point at someone and shoot, [Noise] it costs-it costs 200,000 for one missile.

74

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027447

CHS:        No, man, the- the planes, the unmanned aerial vehicles [OV].

Alebbini:   [OV] the planes, those are in the millions [UI], millions.

CHS:        I'm saying, just to kill one or two. Those they want, one or two--

Alebbini:   Yes.

CHS:        --but the innocent people around them who die and have nothing to do...

Alebbini:   They don't care, it is normal.

CHS:        -- they don't care.

Alebbini:   And they put, they make a movie about it, too.

CHS:        Yes.

Alebbini:   By God I saw a movie, a person is pushing his daughter's swing; his two children are on the swings. They targeted him with a rocket, I don't know if this is true story or just a fake movie or story I mean. And how does the pilot target him, I mean? As if he is playing *Atari*. A room in California--

CHS:        *Exactly.*

Alebbini:   --by God Almighty. The man is playing *Atari* like this, he pointed the *drone* at the man. He fires and the missile hits the man along with his children.

CHS:        Hey, hey, did you see?

Alebbini:   Yeah, a falcon hunting something.

CHS:        No, it is building its nest.

Alebbini:   By God, I thought it hunted something and it is trying to snatch it up from the ground. But it is not working out.

CHS:        [Cough]

Alebbini:   Indeed, it is pulling a piece of wood that is stuck. This is the *Red Falcon*. The red falcon.

CHS:        How do you know about it?

75

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027448

| | |
|---|---|
| Alebbini: | I saw it once on b-b... [UI]. By God because I saw it open its chest like this I saw like a red henna I figured maybe... |
| CHS: | Its name is *Red Falcon* indeed. |
| Alebbini: | --it must be the *red falcon.* |
| CHS: | When I went once to, to Florida, to Daytona, there was, as you might say, a *center rescue* for *animals* -- |
| Alebbini: | Yes. |
| CHS: | --I don't know what. I went and there was a *falcon* like this. |
| Alebbini: | Yes. |
| CHS: | Red falcon. |
| Alebbini: | In Richmond, there was in the old days, in the old, old days, I mean in the eighteen hundreds and something. When people had horse wagons. The man was a billionaire and he had a palace, two palaces in an area in the-the middle of Richmond, the capital, and-and he built gardens, Japanese gardens and gardens-- |
| Qasim: | The *Park,* you mean. |
| Alebbini: | --the *park, Maymont Park.* |
| Qasim: | *Maymont Park.* |
| Alebbini: | Afterwards, when the man died..., he donated it to the government. They turned it into a *park* and placed in it a few animals, what man, people enter [UI] |
| CHS: | Where is that? |
| Alebbini: | In Richmond, Virginia. |
| CHS: | Yeah! |
| Alebbini: | Its name is, ah, Paynamont, what is its name? Paymont? [OV] *Maymont, Maymont Park.* You would wonder and say, how one's heaven would be like! The wagons that he has, the *carriages,* like now the one who parks five or six cars worth millions each. Wagons, *Lord Carriages.* He has houses for the slaves, houses for the slaves. A palace, he owns palaces, I mean, the place where... |

76

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027449

| | |
|---|---|
| CHS: | How houses for the slaves? |
| Alebbini: | He has, he has. During that period -- |
| CHS: | Yes, yes. |
| Alebbini: | -- there were slaves. So, when you enter the area, they tell you those used to be the slaves' houses and that is his house; close to the house. |
| CHS: | This means, a Feudal lord. |
| Alebbini: | What a "feudal lord" man? |
| CHS: | [UI] |
| Alebbini: | What a "feudal lord"? He used to control the entire country, maybe. Feudal lord! |
| CHS: | Where is he now? |
| Alebbini: | The man now is - -ah… |
| CHS: | The worms ate him now. |
| Alebbini: | Yes, the worms ate him. The worms devoured him. |
| Qasim: | Decayed. |
| Alebbini: | He used to have, ah, they made a cage for, for birds at his place. The *bold eagles,* the owls and the *red falcons*, he has all these things. But these are added, I mean, the government added them later -- |
| CHS: | Yeah! |
| Alebbini: | --they put a *buffalo* at his farm. |
| Qasim: | We must call Abu-al-Rur today! |
| Alebbini: | Is Abu, Abu-al-Rud's wedding today? |
| Qasim: | Yes. |
| Alebbini: | Yes. |
| CHS: | So, what is today? |

77

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027450

| | |
|---|---|
| Alebbini: | Sunday. |
| CHS: | Sunday. When did he get there? |
| Alebbini: | His flight was delayed. |
| CHS: | Really? |
| Alebbini: | Yes, we went to the airport and dropped him off |
| CHS: | [UI] |
| Alebbini: | [UI] to Canada |
| CHS: | Yes, I knew [UI] |
| Alebbini: | [UI] |
| CHS: | The second time he [UI]… |
| Alebbini: | No, the second time he left on time. |
| CHS: | *Okay.* |
| Qasim: | He arrived on Friday. Hey Abu-al-Lith! |
| Alebbini: | What? |
| Qasim: | Should I give him a call and piss him off? |
| Alebbini: | Leave him alone, man. |
| CHS: | Do you think he is going to ring you-- answer you? |
| Alebbini: | Leave him, leave him [UI] |
| CHS: | Is his wedding today? |
| Qasim: | Yes, it is today. |
| CHS: | What is the time now over there? |
| Alebbini: | Add seven hours. |
| Qasim: | His wedding didn't take place yet. |

78

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027451

| | |
|---|---|
| CHS: | It's seven o'clock. |
| Qasim: | His wedding starts at eight o'clock. |
| CHS: | Okay. When does it end? You need to call him at twelve at night. |
| Alebbini: | Yes. |
| CHS: | This means, what time will it be here? |
| Qasim: | Twelve o'clock here? Or there? |
| CHS: | No, no, over there. |
| Qasim: | Twelve o'clock over there, this means here it is …o'clock! |
| Alebbini: | Do you take away seven hours or add seven hours? By God I am confused. |
| Qasim: | You add seven hours. |
| CHS: | Take away seven hours…No, take away from there seven hours of the twelve. So, you are…-- |
| | [Cough] |
| | [Noise] |
| Alebbini: | It comes up, to five o'clock? |
| CHS: | --Sh…Twelve take away six, ah -- |
| Alebbini: | [UI] |
| CHS: | --five, correct. Call him up at five o'clock. |
| Qasim: | Will ruin his mood for real! |
| CHS: | But he might not be willing to answer. |
| Alebbini: | He probably turned the phone off… |
| CHS: | He might have put his phone away. He will leave his phone away. |

79

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027452

| | |
|---|---|
| Alebbini: | Yes. My brother, Mike, [UI] -- |
| CHS: | Call him and ask him, ask him for God's sake, there is the, the, the, ask him for anything in the house, ask him, do you know where it is? |
| | [Laugh] |
| Alebbini: | [Laugh] |
| CHS: | Ask him for the *mug* or the fork or the spoon. |
| | [Laugh] |
| Alebbini: | This topic is big, man. |
| CHS: | By God, Laith, I don't…I tell you, what shall I do? What shall I do? |
| Alebbini: | By God, there isn't, there isn't anything… |
| CHS: | I am here, asking your advice, what shall I do? |
| Alebbini: | By God, I don't know what you will do, by God. But I, I am surprised that, I mean how don't they give you the option to leave. I mean, I see that if it were someone else, I'd say okay, but you? I mean, *business* is here and the family is here. |
| CHS: | For God's sake, read here what's in, in bold. Read it aloud. The problem is that there is -- there is this, that, what is it called? |
| CHS: | The law. |
| Alebbini: | Yes. |
| Qasim: | *The Law.* |
| CHS: | The law. The law about this weapon is not simple. |
| Alebbini: | Man, when I came to the … |
| CHS: | I tell you that case is considered to be a *Federal* one…I mean, if they considered |

80

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027453

it a *state* case, it would have been easy. But from the beginning, they made it a *federal* one.

Alebbini: By God...

Qasim: By God, by God my brother Muhammad, make sure that if you go out of the state it will be different and something will happen --

CHS: I made sure. By God, Qasim, I mean [UI].

Qasim: -- because one of my friends was in *New Jersey*, and the *Immigration* captured him. The young man does not have documentation and the *Immigration* captured him. And he started going-- had to go and sit. He had to go and attend... After the first session, where did the man move to? To *New York*. He is still there in *New York*. He tells me, I mean, "When I asked the lawyer he told me since you came to New York, your status changes now. The application will be delayed." I mean now when they want to transfer the application here, and I don't know what...

CHS: [OV] Okay, it will be delayed.

Qasim: [UI] *delayed*

CHS: *Exactly.* Now, this is because you went to another place.

Alebbini: And that one has a *clean record.* And here they have a *federal* case on the man.

CHS: I have a case against me.

Alebbini: He has a case against him. The situation is not easy.

CHS: They don't want me.

Alebbini: True. They tell you that *the Department of the Homeland Security alleges that you.* The Department of the *Homeland Security* alleges that you; *you are not a citizen or national of the United States.* You are not a citizen or not from the, or not of the United States of America. *You are a native of Jordan and a citizen of Jordan. --*

CHS: Darn

Alebbini: --You are a native of Jordan and a citizen of Jordan. *Your status was adjusted to*

81

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027454

*that of a lawful permanent resident on May fourth 2009 under [section 485] Act.* Your status was adjusted on what is so called, according to this thing. Four: *You were in July 6, 2011 convicted in the United States District Court for the Southern District of Ohio, Dayton, for the offensive selling and possession of a weapon in violation of* so and so and so.

CHS: This means, when they list law numbers, this means *that's it.* It is known what the subject is about.

Qasim: That's it, this is no joke.

CHS: So, I have two solutions in front of me; I either play along and give myself one month or two months in order for them to capture me, disgust me, humiliate me and show me how racist they are. Or, I just leave with my dignity intact. And, I am intending to leave like this with my dignity.

Alebbini: Oh God, look. And according to the existing condition, ah, *it is charged that you are subject to removal from the United States,* ah, *pursuant to the following provisions of law.* This means you are subject to deportation. *Section 237A,* I don't know what, *of the Immigration and Nash, Nationality Act, as amended in that at any time after admission you have been convicted of an aggravated felony as defended, as defined in section 101 of the Act, a law relating to the alleged traffickin [sic] in firearms or destructive devices.* Sons of the bitch, ah! This, this country, man, this country, man, a *fucking computer* governs it, not humans who govern it, man. Because, this means, you want to do for me…Look how he put it under a *category* that, they, what is the law? If, by God, if someone came, to America, and lived in America and then did any, or sold or helped in any explosives or anything or *firearms,* they tell you he'll be removed, so, they consider the piece, the *firearm,* they consider it from this law that you, this means, as if you wanted to sell a bomb,. This is what they are saying.

CHS: [OV] Uh-huh. *Exactly.*

Alebbini: Just like what happened with me. I, you know what? While I was at Walmart, man, I was joking, I was goofing around. I was telling them, I was quoting a movie, I was quoting a movie. I said they'd better not fire me from work. I was joking, I was joking with my friend. He said to me, "You are a *threat.* You *threat*ened us."

CHS: Because you are not, are not white. Not a white American.

82

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027455

Alebbini:    Because I am not white. I …

CHS:         If, if I were a white American, you know --

Alebbini:    [OV] [UI].

CHS:         -- they would have issued me a *fine* and go home.

Alebbini:    Yes.

CHS:         They would not even file a *case* against me.

Alebbini:    This will not, will not be considered a *threat*.

CHS:         Not even they will… They will only issue me a *warning*. My friend, at least show them that *you ID* when you sell. *That's it.*

Qasim:       Here's the *exit,* change [UI]

CHS:         I mean, if you were in my place, what would you do? Or --

Alebbini:    By God's--

CHS:         --I want to leave.

Qasim:       [OV] I was once stopped here while I was driving the car, at the time when I got married. We came here. The police stopped my while I was driving.

CHS:         Aha!

Qasim:       I don't know how fast I was driving. By God, I don't know how fast I was driving. He asked me: "How fast were you driving?" I told him, "The speed of the street, 70." He said: "I clocked you at 82, you were driving faster." I told him: "I drove at 82 because you were behind me. Because you came fast behind me, I wanted to give you the way." "No, no," I don't know what; "where is your license?" I gave him the license. The license is expired. He pulled the license like this and he tells me: "You are not allowed to drive. I will take you to jail now if you, I mean. I can take you to jail now. The wife was with me. He told her, "Give me your license,"--

             [Cough]

83

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027456

| | |
|---|---|
| Qasim: | --he took the license. He told her, "It is okay if you drive." He said, "If you get stopped again here in Ohio, it's over, you will be imprisoned." He said, "Keep this piece of information in your mind" I mean. |
| Alebbini: | Mike, my brother, do you hold a *Green Card*? |
| CHS: | Yes. |
| Alebbini: | I say leave and go to Turkey. |
| CHS: | What will they accept? I… Okay, I will go to Turkey. What will I do in Turkey? |
| Alebbini: | Whatever, whatever you want to do, you will decide from there. |
| CHS: | They speak a different language! |
| Alebbini: | Man, what does that mean? There are lots of Arabs over there. You speak English and whoever speaks English, English is spoken everywhere. Also, if you hold the *Green Card*, my brother, if you go and travel from, from, from Amer… from Turkey to Germany, you enter on, on the *Green*. But you do not wait until they deport you. |
| CHS: | I will not wait until they deport me-- |
| Alebbini: | [UI] |
| CHS: | -- I will not wait until they capture me. I want to go to a place, you know, I want to leave. |
| Alebbini: | If you go -- |
| CHS: | You understand? |
| Alebbini: | -- if you go to Turkey, you don't have to go to Turkey… So if you want to go to Germany, or you don't want to go to a western country. But from Turkey… How do I know! Would you think of going to stay in Saudi Arabia, Qatar or the Gulf? |
| CHS: | [UI] |
| Alebbini: | Where would you stay then man? |

84

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027457

CHS: I, I- I am telling you; I am disgusted of, of...

Alebbini: Honestly, the, the, the right place to be at... The most appropriate place to be in, according to the Shariah Law, our religion and according to our Lord's religion, is to be in an Islamic State. Our Lord's religion says to be with the... with the Islamic State.

CHS: God willing. But how would I go?

Alebbini: You then need to go to Turkey, my brother.

CHS: And from Turkey?

Alebbini: And from Turkey, you go man, over there, everybody... no one supports the Islamic State like Turkey. All what you hear on the news, this is all what the [UI]

CHS: I know. I am telling you, I'm following up on the matter from before

Alebbini: You go to Gaziantep.

CHS: Where?

Alebbini: To Gaziantep. And then and there, they will take care of you. The folks of the State will take care of you. You go...

Qasim: What is Gaziantep?

Alebbini: Gaziantep is a city in Turkey; on the border. In it, there are centers for the Islamic State. You go there and you tell them, man, this is what happened to me: so and so and so! And I only want, I mean, to stay and keep my faith, I want to see what.... And in the Islamic State, you leave, you come back as you wish. No one asks you: where you are going or when are you coming back? You follow God's commands and you pray and they teach you the religion and everything is okay and when you want to travel, you go to Turkey and travel.

But, what you need to know if you go there, for example, is that it becomes known that you went there, you will not be able to freely travel afterwards. When you go to the Islamic State and stay there, you may then want to consider to bring your daughters. Ah, and so!

CHS: Laith, what can one do with his life?

85

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027458

| | |
|---|---|
| Alebbini: | One will live his life, only. He is not going to live any longer. |
| CHS: | And as you said; when you want to meet our Lord and meet our Prophet Muhammad, what are you going to tell him? |
| Alebbini: | You are going to tell him -- |
| CHS: | [UI] I spent it playing an ostrich-- |
| Alebbini: | -- no, it doesn't work like this. You should be... |
| CHS: | --correct or not? |
| Alebbini: | You should be a man, I mean-- |
| | [Phone ringing] |
| CHS: | With all due respect, the person -- |
| Alebbini: | -- you make the decision... |
| CHS: | -- our Lord provides. Whether you own a million [Phone ringing] or ten millions or you have one dinar... |
| Alebbini: | -- The Lord of the Worlds provides |
| CHS: | Isn't it, isn't it that the meal you need to eat, you will end up eating? |
| | [Phone ringing] |
| Alebbini: | Yes, by God. |
| CHS: | Are there any who go to sleep hungry? |
| Alebbini: | No. |
| | [Phone ringing] |
| Qasim: | This one, she stands here night and day. |
| CHS: | They make money. [Laugh]. |

86

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027459

| Alebbini: | She is looking for deals. |
|---|---|
| Qasim: | [UI] Mike, that's it, you do not need the *navigation* here. |
| CHS: | Yes, true. |
| | [Noise] |
| | [Pause] |
| Alebbini: | But it is easy to memorize Ohio. |
| CHS: | Huh? |
| Alebbini: | I am saying it is easy to remember how to get around Ohio. |
| CHS: | Yes, it is easy. It doesn't include the *city* and whatever, I don't know. |
| | Like the *country*. |
| | [Noise] |
| Alebbini: | But I don't get why you are a bit over scared of Jordan. Even if you downloaded on *Fa....* I downloaded on *Facebook* since two thousand, since two thousand .... Before I came to America ... |
| CHS: | You don't get it. What am I going to do in Jordan? |
| Alebbini: | You are going to see -- |
| CHS: | I don't want work, I don't want... Look at me |
| Alebbini: | -- you see if the [UI]-- |
| CHS: | --the life I had before-before I got this paper; I am disgusted in the first place of, of this country. I am disgusted of, of the way of the life I live. |
| Alebbini: | We too, by God, we are disgusted in -- |
| CHS: | You know? |

87

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027460

| | |
|---|---|
| Alebbini: | -- the same way. |
| CHS: | I am disgusted of the, the… I mean, what do you want? You work and p-p-p-pay, the taxes, the thing … In Amman, it is the same situation. You want to go, okay, we find work. From the morning till night at work or whenever, you know? And you want to see people uh-uh-uh garbage and people uh-uh-uh-- |
| Alebbini: | [UI]-- |
| CHS: | -- peasants. |
| Alebbini: | --the same, the same thing, I mean. The same thing… |
| CHS: | The same thing. |
| Alebbini: | You did not go, I mean, to an Islamic country, by God….eventually. |
| CHS: | The same situation. |
| Alebbini: | You are not living for the Lord of the Worlds then. You are still living for… |
| CHS: | You don't feel, you don't feel the taste of, the taste of, the taste of your life and your religion like it is supposed to be. |
| Alebbini: | Yes, by God. By God, you don't feel, no by God. Then, I'd say, I mean, by God I don't know man. By God, man. Man, by God, it is better. It is better, I see. You don't need them. Those Americans, those! You don't want America. |
| CHS: | This conversation is between us. Be careful, do not go to Destiney and mention anything and then she goes to -- |
| Alebbini: | No, no, no, no, we will not mention anything. Ah! |
| CHS: | -- I mean, I do not want my wife to know, you know? |
| Alebbini: | Are you going to surprise her then, man, and she is a woman? |
| CHS: | She has God by her side man -- |
| Alebbini: | [OV] by God, she has God [UI]… |

88

Date of recording: 03/19/2017

Duration: 3 hours, 29 minutes

Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006

Audio File name: 0001.wav

ALE-00027461

CHS:     -- I am not leaving her...First she has God by her side and the second thing I am not leaving her...

Alebbini:     [OV] [UI] you no, no...

CHS:     -- without money I mean. She has money and income --

Alebbini:     -- you --

CHS:     -- money and income, a car and a house and --

Alebbini:     -- but, I want her--

CHS:     -- and that's it.

Alebbini:     --so you can consider her to be with you, I mean, by God, what do I know --

CHS:     I mean when, of course I am not comparing myself to, to, to what I am about to tell you, but, during the days of the Prophet, peace be upon him--

Alebbini:     -- peace be upon him.

CHS:     --they immigrated--

Alebbini:     Yes, they immigrated and left --

CHS:     --and they left their houses and their families and... There are people who left their families.

Alebbini:     -- and everything, of course, of course...

CHS:     --they left behind everything. The, the, the, the stuff he took was sufficient for the trip and he immigrated.

Alebbini:     -- and I will add to what you say, this is not a verse in a poem, this is better because it is from the Quran. God says, praise His name, those who are weak come from those who were oppressed in the world, he says, to those who died: the angels ask why where you doing this, why weren't you among those good people? They say we were weak; we followed those people who, who gave us orders and the things of the world. We are following the world. He says wasn't the land of God wide enough to immigrate?

89

Date of recording: 03/19/2017

Duration: 3 hours, 29 minutes

Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006

Audio File name: 0001.wav

ALE-00027462

CHS: Aha!

Alebbini: Why didn't you immigrate then? So God can forgive you and have mercy on you! We don't want to immigrate, its over then, go to hell then.

CHS: As an individual, I mean, with all due respect, come think about it. When were you in school, in the tenth, the tenth grade? It was like yesterday --

Alebbini: Like yesterday [UI].

CHS: -- life goes by fast...

Alebbini: By God Almighty, life goes by and the countdown starts.

CHS: But, oh God, your good deeds and bad deeds are written and what you did in your life, and by God, be able to say I really did.

Alebbini: By God, look my brother Mike, I am a man who has been following up on the Islamic State since 2011 and 2014 --

CHS: [OV] And I am following it up...

Alebbini: [OV] -- since long time ago. Those, honestly, are the best people.

CHS: I have been following them. I had only little of doubt, some of the topics, you know?

Alebbini: No, this doubt comes from the vile media which is --

CHS: From some of the people when I have discussions with them...

Alebbini: -- okay, shall I tell you about something that happened with me? I want to tell you about something that happened with me that day. Last Friday, we went to the mosque, Destiney said lets go to the large mosque, the new one --

CHS: Aha!

Alebbini: -- we went to the mosque. As soon I entered the mosque, I found them distributing pamphlets against the Islamic State.

CHS: What were they distributing?

90

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027463

Alebbini:   They were distributing pamphlets saying that the Islamic State is bad and terrorism --

CHS:   Damn them.

Alebbini:   By God.

CHS:   Really?

Alebbini:   By God. I grabbed them all and went and placed them in the car and dumped them in the garbage and I fought with the mosque's Imam. I told him how, how do you cooperate like this in betrayal against the Muslims; publicly like this! My brother, if someone wants to wage jihad, he wants to lift the oppression, he wants to kill Bashar, he wants to kill the, the Shiites who kill us and destroy us, do you go and do this to them?

CHS:   Why don't they distribute *brochure* about, about, about Bashar and his crimes for instance?

Alebbini:   No, there isn't, no there isn't --

CHS:   [OV] why, why don't they distribute *brochure* about the Shiites and their crimes?

Alebbini:   -- there isn't. No my brother, it's only that we have nothing to do with the Islamic State because of the *propaganda* because the Islamic State is the only correct State--

CHS:   Why? Because they want to kiss-up!

Alebbini:   Yes. They do not want religion, they want --

CHS:   They want to kiss up.

Alebbini:   -- to America. Hypocrites.

CHS:   To America.

Alebbini:   By God Almighty, we stayed there and the Sheikh came. I had attended a seminar, at the old mosque, for the same Sheikh about humility and pride. I said that if I see this Sheikh another time, I will go against him because it is not allowed to talk to people about impractical matters, things that are not happening.

91

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027464

People are slaughtered, and bombed. Man, also, why is it that people no longer pray, pray for the mujahedeen?

CHS: There is no one.

Alebbini: There is no one to pray for the mujahedeen my dear --

CHS: There is no one and there is no proper education as should be--

Alebbini: -- true.

CHS: -- a correct one.

Alebbini: Why, why isn't there anyone in the world praying for the mujahedeen? We talked …, [Noise] I said, by God, I will pray with this group *no more*. We got out, left and we prayed at home. By God Almighty, because I said this is not Muhammad's religion

CHS: I, by the way, sometimes, this, this mosque which is here…

Alebbini: Yeah.

CHS: --I sometimes go, [Noise] you know, and I, and eh, I go and sit with, eh. I watch, what is it called, this, the --

Qasim: The committee?

CHS: -- the sermon.

Alebbini: Yes.

CHS: And I listen to what he starts preaching. So, I mean, you feel he is talking in a different world.

Alebbini: By God, in a different world.

Qasim: Man, exactly, just that he is on the pulpit.

CHS: I mean, I mean, honestly, he is talking in a…. Hey, it shouldn't be like this. I mean, you are not talking in any… Shall I tell you?

92

Date of recording: 03/19/2017

Duration: 3 hours, 29 minutes

Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006

Audio File name: 0001.wav

ALE-00027465

| | |
|---|---|
| Qasim: | When on the pulpit, he doesn't say: "God said, the Prophet said." |
| | [Noise] |
| CHS: | Talk, talk, okay, I am with you. Talk about the, the-the-the-the-the… You don't want to speak about what is happening in the Islamic countries. So, talk about the reality here. |
| Alebbini: | Speak, yes. Let him speak about the reality. The mosque, man, they build the mosque -- |
| Qasim: | This is not a mosque. |
| Alebbini: | -- do you know who builds the mosque in America? The wine people. I swear, no one builds a mosque in America except the wine people. That's it. I was sitting with people, store owners and they tell you, I donated eight thousand and ten thousand when they came to build the mosque. By God, and my brothers, each contributed an amount and this mosque is, is-- |
| Qasim: | Is ours. |
| Alebbini: | --as you may say… guess how they go? They go… This committee goes around to the stores, the *grocery stores* that sell beer to collect money for a mosque they want to build. So, why is it necessary to publicly do this? Man, putting down a mat for us, Muslims, to use for prayers is better than building a mosque for us with unacceptable money and then tell us you built a mosque. And you kick us out of it. |
| Qasim: | This is not a new mosque. More like a small prayer area next to a large building that no one knows what it is for. |
| CHS: | This is how it is, *yeah*. |
| Qasim: | Why is it-- |
| Alebbini: | By God! |
| CHS: | I was surprised. So, it cost you more than fifteen million. On what? So you can provide a place for the *gym* and I don't know what. And when there is real activity, you start fighting with the people saying this is not allowed, that is not |

93

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027466

allowed!

| | |
|---|---|
| Alebbini: | Is there a *gym*? Is there a *gym* there? |
| CHS: | Yes, *basketball* and what not and -- |
| Alebbini: | -- [OV] a playground. |
| Qasim: | And they call it a mosque ... |
| CHS: | --and downstairs, they have a large *basement* as an overflow for prayers, but not used as much. And when the Eid prayer comes up, for instance and... And then, here's something funny, regarding Eid prayer. The first Eid prayer, they had it there, the second Eid prayer, they had it there, and then they said people are trashing the place -- |
| Qasim: | Yee. |
| CHS: | -- and they started renting the, the *center* which is in the *NARA Center* at the university. |
| Qasim: | The one that uh-- |
| CHS: | They rented it-- |
| Qasim: | --the building of... |
| CHS: | -- the *NARA Center*, the theatre. Or the *basketball*. They rent it instead of hosting the people at the mosque. |
| Qasim: | Yes, so that they don't trash it. Damn these people-- |
| CHS: | So, what better than this do you want? |
| Alebbini: | Now, look first, [Noise] uh, the, you, the subject that we wanted to discuss. Honestly, I swear by God, there is nothing better than what we said, the location we talked about but you need to be-be careful not to talk about this subject close to phones and such. That you are thinking of immigrating, such matters, uh to this area or anything. Meaning you if you want to talk about this subject, you need to know that they monitor everything. They monitor everything, the telephones ... |

94

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027467

CHS:        [OV] *I know*

Alebbini:   Yeah, By God. Everything is monitored and you need to be always careful.

CHS:        True, I once saw, they say that if even if you turn off the phone they can still hear you.

Qasim:      [OV] [UI]

Alebbini:   The phones, the phone was originally made, the phone was designed to be a listening device and for monitoring.

CHS:        So why are we talking while the phones are with you?

Alebbini:   If asked, we can say that we are talking about opposition and a revolution. To be honest, usually when we start talking like this we hide the phones. When we are sitting talking amongst us, we put our phones in a different room. We get in the car and the phones are out, and we talk.

CHS:        Ah!

Alebbini:   By God. God willing, if you want we can sit down later and talk about the subject and hide our phones.

CHS:        God willing, we will sit down. I, I just want to take this, this to the butcher --

Alebbini:   God willing, you should ...

CHS:        --and once he cuts it, I will bring the, bring the ... for you to prepare Mansaf. You know?

Alebbini:   God willing.

CHS:        And...

Alebbini:   I want to ask you in, but we are sleeping here and we have it turned into a workshop...

CHS:        [OV] No, no, Laith, [UI] see, how can I? I want to bring you the, the... God willing, either today or tomorrow, I will bring you the... and you make Mansaf with it. I hope it works out.

95

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027468

| | |
|---|---|
| Alebbini: | By God, Brother Muhammad, and by God Almighty, listen, I want to tell you something, I mean, yesterday, I was telling Qasim while we were talking that we are embarrassed from you. Honestly, you are a man ... |
| CHS: | Then, reverse, reverse the roles. |
| Alebbini: | No, no, I want to [UI]. |
| CHS: | No, before you talk, reverse the role. |
| Alebbini: | What does it mean? |
| CHS: | Suppose that I came to you to Virginia while you work and you are doing well and you are living and working at *Walmart* [UI] -- |
| Alebbini: | By God-- |
| CHS: | --and you are doing well-- |
| Alebbini: | By-by [UI] |
| CHS: | -- and I came with nothing, you know. And I told you, I'm here. What will you do? |
| Alebbini: | By God [UI]. |
| CHS: | Would you tell me go away? |
| Alebbini: | No, by God, no by God. |
| Qasim: | We will do what's expected of us. |
| CHS: | Fine -- |
| Alebbini: | No by God. |
| CHS: | -- okay, why would you, I, you think you want to feel embarrassed from me and I will not be embarrassed from you? |
| Alebbini: | By God, it is because, it is because-- |

96

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027469

| | |
|---|---|
| CHS: | When the Muslims went and immigrated the-the-the, the |
| Alebbini: | -- brothers, brothers |
| CHS: | --when they went; didn't they share, they shared everything among them? |
| Alebbini: | By God my brother, Mike, everything -- |
| CHS: | Our Lord is the provider. Look, I want to tell you why I say all these things to you. When my problem happened, I used to work in a *grocery store*. |
| Alebbini: | Ah. God opens the hearts. |
| CHS: | I had then, when I was done, I had two thousand dollars left. Or three thousand dollars … okay? |
| | [Cough] |
| CHS: | My problem happened and the lawyer wanted eight thousand. I gave him all the money I had on me. Of course I quit, I left work- - |
| Alebbini: | May God curse [UI]. |
| CHS: | -- I gave the three thousand to the lawyer, and I still owed him five thousand. Tax time came up, I took them and gave them to the lawyer. I worked with someone who worked on telephones, and he gave me four hundred dollars a week. I could barely pay the rent and get food. |
| Alebbini: | This means, you're a man barely living; just barely but kept going. |
| CHS: | And not, not alive, for a period of two years, you know, or a year and a little, while I was in this situation, okay, that I, and everyone turned their back on me. All the Arab individuals turned their back on me. |
| Alebbini: | Yeah. |
| CHS: | No one stood by my side. |
| Alebbini: | Of course. |
| CHS: | By God, no one. |

97

Date of recording: 03/19/2017

Duration: 3 hours, 29 minutes

Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006

Audio File name: 0001.wav

ALE-00027470

| | |
|---|---|
| Alebbini: | Now, this requires paying money my brother -- |
| CHS: | Yes, this will require paying money. |
| Alebbini: | -- yes. We will support you -- |
| CHS: | You know? |
| Alebbini: | -- -verbally! But in time of need... |
| CHS: | Not even through talk man, they stopped...By God, even when people walked by and our eyes met, they didn't even greet me. |
| Alebbini: | Really? |
| CHS: | Including my maternal cousins. |
| Alebbini: | Aha! |
| CHS: | Wouldn't even greet me. |
| Alebbini: | It's over. This young man is no longer useful to us -- |
| CHS: | Do you know? |
| Alebbini: | --clearly! |
| CHS: | I went to...I say, I went and...and the case turned into, I don't know what. They placed me on *probation* and I don't know. And I paid *a fine*, that I pay *fine* and I don't know what. Afterwards, God made a way for me and I was asked to become a partner in a store. And I joined and I started working from the morning till nighttime [UI]. Then matters turned, turned around with me and our Lord provided. You know? So, as for me, and the way I saw things, money comes and goes -- |
| Alebbini: | Uh-huh |
| CHS: | -- and he who believes in the Lord, he who places his faith in our Lord and trusts our Lord, believe me, our Lord will not forsake him. Neither does he, neither does, neither does He...I mean our Lord stays with you. I am one of those people, I mean, I don't say it because I, I don't want to tell you that I, I'm not arrogant, |

98

Date of recording: 03/19/2017

Duration: 3 hours, 29 minutes

Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006

Audio File name: 0001.wav

ALE-00027471

or… I mean, I say this to you as a lesson. Someone once during Ramadan, my sister called me up from Amman. She told me, if you can…Have you used up the alms? I told her no. She said if you can, so and so, there are orphans, so and so. I gave her whatever I could. Brothers, by God, the following day, no, an hour later, someone came and brought me gold he wanted to sell. I purchased it from him. The second day I sold it. When I calculated what I paid as an, an, an alms and what that --

Alebbini: Ten times?

CHS: -- I swear by God, I swear by God ten times.

Alebbini: Ten times.

CHS: I swear by God.

Alebbini: I believe you by God. By God, I believe you.

CHS: So, I tell you. I saw it and know it, our Lord, our Lord stands well by the person. If you are truly sincere with your intention. So, I honestly tell you I got humiliated in this country. I have been five years; we want to kick you out, no, we don't want to kick you out. Hey, we want to kick you out, we don't want to kick you out! We want to keep you, we want to send you out. And then?

Alebbini: Is the matter in your hands or by the command of the Lord of the Worlds?

CHS: Aha!

Alebbini: That's it. Until when shall I stay afraid and take you into consideration and think that [UI] --

CHS: Our Lord, our Lord is my provider here. Can't he provide for me --

Alebbini: By God.

CHS: -- at any other place?

Alebbini: He provided for you while in your mother's womb --

CHS: You know?

99

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027472

| | |
|---|---|
| Qasim: | True. |
| CHS: | And our Lord might be saying "I don't want this man to go to hell." |
| Alebbini: | By-- |
| CHS: | True or not? |
| Qasim: | My Brother, by God, that is true. .. |
| CHS: | "I don't want him to go to hell." |
| Alebbini: | Listen my brother Mike! We -- |
| CHS: | When our Lord loves a person he says "I don't want him to enter hell." |
| Alebbini: | [UI] |
| CHS: | You don't want to go to hell, few *tough* things will happen to you, you know? And I -- |
| Alebbini: | In order to awaken you! |
| CHS: | --and I [UI] immigrated – |
| Alebbini: | In order to awaken you! |
| CHS: | -- immigrated and-and-and, I mean, I am guaranteed heaven. You don't know! |
| Qasim: | And, and He brought you to America only to wake you up |
| CHS: | God willing! |
| Alebbini: | Look, my brother-- |
| CHS: | So, I am not … |
| Alebbini: | --we, God willing, I will set the place here for a get together. God willing we will invite you here for a get together along with Qasim and I to sit down at night and late and set the phones aside and drink a little because, we, by the way, have many things to discuss. Many things. |

100

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027473

CHS: Okay, God willing --

Alebbini: Okay

CHS: -- let me go and get a shower and take care of this damned... [Laugh]

Alebbini: The meat of this one is good, peace be upon the prophet; the situation is fine.

CHS: God willing! [UI]

Alebbini: [OV] [UI].

Qasim: The lamb is not that large. It is barley one and a half years to two years old.

CHS: We will know once we-we cook it we will know, *we cannot tell.*

Alebbini: No, no, no, *we can tell.* The meat is good and all is well. A person should be *positive.*

CHS: God willing.

Alebbini: And where is the lamb?

CHS: In the back. [Laugh]

Alebbini: There it is, it can't go back, and there is nothing wrong …It will turn out tasty.

CHS: Okay, God willing.

Alebbini: The lamb will turn out to be tasty; its meat will turn out tasty.

CHS: This meat is the meat scum.

[Laugh]

Alebbini: Trust in God my brother --

CHS: God willing.

Alebbini: -- and don't and don't be afraid or shaken.

101

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027474

| | |
|---|---|
| CHS: | No, not scared, I am not scared. |
| Alebbini: | This-this-this is all earthly. Also, listen what, I mean you came here to America and sealed it. You opened stores, and did everything... [UI] |
| CHS: | [OV] *exactly*, these are earthly things. |
| Alebbini: | Brother, you sealed it all .That's it. [OV] |
| CHS: | [OV] these are earthly things. I mean, when-when a person goes to his grave, will he take -- |
| Alebbini: | Every time the faith gets stronger-- |
| CHS: | -- will he take the paper or take the money or take a thing? He will take his deeds. |
| Alebbini: | --no, every time the faith increases, the affliction gets stronger, the affliction gets stronger. |
| CHS: | God willing. |
| Alebbini: | So the true color of a man shows because it is not good for man to stay hesitant. It is not good for him to stay hesitant. |
| CHS: | That's it! |
| Alebbini: | God Almighty, doesn't -- |
| CHS: | [OV] this is the thing that told me it is over. |
| Alebbini: | The one which woke me up. |
| CHS: | The-the-the -the thing that made me realize, it's over. I mean. I, as you can see, there is *sign, sign* -- |
| Alebbini: | Yes. |
| CHS: | -- *sign,* so and so and so. This is the one that told me it is enough, I mean. This looks like a command from our Lord and our Lord wants to help me. |
| Alebbini: | I-I-I-- look, I am not going to speak over the phones because they are monitored-- |

102

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027475

| | |
|---|---|
| CHS: | Okay, I will come back. |
| Alebbini: | --by God, by God, we did not discuss anything yet. |
| CHS: | Either I will come back today or-- |
| Alebbini: | Listen, my story is the same as your story. |
| CHS: | -- I will either come back today or I will come back tomorrow. |
| Alebbini: | I will chat with you later. |
| CHS: | God willing |
| Qasim: | God willing |
| Alebbini: | God willing. We can arrange for a get together here, and prepare some hookah here at the house, I have two hookahs at my house here. We will set up here, stay up late and enjoy some juice -- |
| CHS: | Would you like in the evening? Are you busy? |
| Qasim: | Nothing at all [OV] |
| Alebbini: | [OV] we have nothing at all, we're here. |
| CHS: | Okay then. |
| Alebbini: | Then, let's get together today in the evening. |
| CHS: | Okay |
| Alebbini: | Whenever you want. Whenever you are done working, call me up and tell me I am coming. |
| Qasim: | Make sure the phone is set aside, [Chuckles] get it Abu-al-Lith? |
| | [Laugh] |
| Alebbini: | Yeah and -- |

103

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027476

[Laugh]

CHS: I will leave it in the car.

Alebbini: --we leave the phones in the car. Place our phones outside and we sit together.

CHS: God willing. *Okay.*

Alebbini: Okay.

CHS: Good bye.

[Noise]

Alebbini: And peace be upon you.

[Noise]

[Long Pause]

[Noise]

[Clearing throat]

[Noise]

CHS: *I think I'm done.*

MH: *Hey there.*

[Noise]

*Is that thing still on?*

CHS: *Not this one.*

MH: *Is it turned off?*

CHS: *Yeah*

MH: *Okay.*

104

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027477

[Noise]

**[End of recording]**

**[End of Translation]**

105

Date of recording: 03/19/2017
Duration: 3 hours, 29 minutes
Video File name: 03-19-2017.001, 03-19-2017.002, 03-19-2017.003, 03-19-2017.004, 03-19-2017.005, 03-19-2017.006, 03-19-2017.007 : 03-19-2017-NANO-FOB.001, 03-19-2017-NANO-FOB.002, 03-19-2017-NANO-FOB.003, 03-19-2017-NANO-FOB.004, 03-19-2017-NANO-FOB.005, 03-19-2017-NANO-FOB.006
Audio File name: 0001.wav

ALE-00027478