

FBI Baltimore

**2600 Lord Baltimore Dr**

**Baltimore, MD 21244**

| | |
|---|---|
| File Number: | 415F-CI-2127744 |
| Requesting Field Official(s) and Office(s): | SA Michael Herwig (CI) |
| Task Number(s) and Date Completed: | 852223, 7/30/2018 |
| Name and office of Linguist(s): | CL Safie Salama (BA) |
| Name and Office of Reviewer(s): | LA Iman Zumut (DL) |
| Source Language(s): | Arabic |
| Target Language: | English |
| Source File Information: | CCR_0001.wav |

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav



GOVERNMENT
EXHIBIT
**3 f1**

CARDELS 800-783-0399

ALE-00027167

# VERBATIM TRANSLATION

**Abbreviations:**

|  |  |
|---|---|
| UI | Unintelligible |
| [ ] | Translator's Notes and exegeses |
| *Italics* | Spoken in English |

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027168

[Beginning of recording]

[Beginning of translation]

[Noise]

[Loud knocking]

Alebbini: *Who is it?*

[Noise]

Brother [UI]!

CHS: I'm so, so sorry! How are you doing?

Alebbini: All is good, thank God!

CHS: *I'm so sorry*!

Alebbini: [UI] I am sorry for [UI] [Noise]

CHS: I-I am here.

[Pause]

Laith, here I came with this [Noise] paper.

[Coughs]

How is everything going with you?

Alebbini: Thank God!

CHS: You don't have regular cigarettes, right?

[Noise]

Alebbini: No, but if you want this [UI]!

CHS: No, thanks!

Alebbini: [UI]

1

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027169

CHS:           What is it?

Alebbini:      Cigar.

CHS:           No man, God forbid!

Alebbini:      Why not?

               [Noise]

CHS:           No! I-I-I have been calling you but you don't answer.

Alebbini:      Uh-huh.

CHS:           You know? I text you and you don't answer. [OV] Do you think you can take this phone?

Alebbini:      Yeah, What do I do with it? Don't give it to me.

CHS:           I will let some… It's for-for-for some people in Amman. I will have some people pick it up from you.

Alebbini:      Yeah, of course.

CHS:           You know?

Alebbini:      Yeah.

CHS:           There is no *lock code* on it or such a thing.

Alebbini:      Excellent!

CHS:           You know, because uh-uh in the airport they may ask you about it. They will ask you to *turn* it *on,* so you *turn* it *on* and tell them here it is [Noise].These are the new regulations. It doesn't have any *lock code* or-or anything.

Alebbini:      Where do you want it to go?

CHS:           Someone will pick it up from you in Amman. [OV] you just tell me when your airplane arrives and they will wait for you. Is it possible or is it difficult?

2

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027170

| | |
|---|---|
| Alebbini: | I swear to God, it is not-not about possible or difficult or not. The thing is, suppose I don't even go to Jordan, that's what I wanted to say. |
| | [Pause] |
| | Maybe I don't go to Jordan. |
| CHS: | You mean you want to stay here? |
| Alebbini: | No. |
| CHS: | Do you want to go somewhere else? |
| Alebbini: | Yes. You see what's going on? |
| CHS: | Uh-huh |
| Alebbini: | That's why I'm doing nothing and not busy. I just want to get out of this country. I don't want to tell you that I can take it there, and then I' m not there at all. You understand the situation? |
| CHS: | Uh-huh |
| Alebbini: | The phone goes with me, then where am I? I'm not there! |
| CHS: | You confused me, man! Every whatchamacallit, you confuse me! |
| Alebbini: | I am telling you uh you uh… That's the same reason one's confused, and told you, one is … |
| CHS: | By the way, I renewed my-my-my passport. |
| Alebbini: | Renewed it? |
| | [Noise] |
| | Honestly, I-I was intending not to talk to you from here, but from there. I know you are upset, man and uh… |
| CHS: | No, I talked to… the thing is I am talking to you and telling you. The problem, I talked to the lawyer, and, as you can say, the lawyer did uh-uh…. Is there anyone here? |
| Alebbini: | No. |

3

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027171

| | |
|---|---|
| CHS: | I heard a voice! |
| | [Noise] |
| CHS: | I talked to the lawyer, and he kept telling me uh-uh as you may say he put-put in a *motion* to *stop* -- |
| Alebbini: | Yeah? |
| CHS: | -- he told me it won't take long. Swiftly, I did uh… I applied to the-the Jordanian Embassy here to renew the passport [OV] and sent it. They charged me over 500, imagine! Because it expired a long time ago. |
| | [Pause] |
| Alebbini: | Destiney came and said the couple of words … Destiney… I know that Destiney does not know what she is talking about, but when… because one is as you know- because one is setting out to… so Satan-- |
| CHS: | I agree with- I am with you! I-- |
| Alebbini: | You see how! |
| CHS: | --I agree with you. Last time [chuckles]… last time, I was sitting in the store, and I don't know, someone came and said: "Where is your *boss*?" … [chuckles] I grabbed the phone and ran like this … I didn't get to see the camera and figure out who he was… man, my heart stopped! |
| | [Laughs] |
| Alebbini: | [Laughs] |
| CHS: | She then came laughing at me and said: "Someone came for the oxygen, what's wrong with you?" I said, "If it is for the oxygen, that's easy!" |
| | [Laughs] |
| | How are Qasim and-and Raid? |
| Alebbini: | Qasim… Raid is still in Jordan. Qasim left-Qasim left a while ago. Qasim uh-uh the American Embassy called his family in Jordan. |
| CHS: | [Laughs] |

4

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027172

| | |
|---|---|
| Alebbini: | I swear to God! He called me and told me that someone from the American Embassy talked to his brother and was asking where Qasim is. |
| CHS: | *Yeah,* didn't I tell you they want… when you change-- when you change your address you will have to report it? |
| Alebbini: | Yeah. |
| CHS: | I also told the retarded who is with me, Tariq, and he is not convinced. The problem is he got married, yeah? And he would not work on getting his documents- |
| Alebbini: | Yeah? |
| CHS: | No, he did not, the money, it seems like he needed five to six thousand dollars for-for a hall. May God help us [Sighs]! But when it comes to Qasim, his problem is the-the-the betrayal that happened to him. |
| Alebbini: | Yeah. Now Qasim, God knows, is sitting now [UI]-- |
| CHS: | But Qasim can uh-can uh whatchamacallit, apply. It's okay because he is married. |
| Alebbini: | There is nothing-nothing called he can-called he can, brother. I swear to God, even if he can apply, but for what? What's the greatest advantage he can get? What is he going to benefit? |
| CHS: | Nothing at all. I, myself, has given up on this [Chuckles] |
| Alebbini: | No-no-nothing will happen, you see what I'm saying! At the end, what-what is he going to gain? For what-for what reason one is staying here and wants a Green Card [OV]? You are living here and killing yourself, for what [OV], what are you going to benefit at the end? |
| CHS: | For nothing! One is getting sick in this country! |
| Alebbini: | For what? I swear to God, it's for nothing! |
| CHS: | Seriously, Laith, you-you-you don't answer my phone? Tell me, why are you not talking to me? Tell me! |
| Alebbini: | The girl scared us. |

5

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027173

| | |
|---|---|
| CHS: | Who cares, man! Excuse me! |
| Alebbini: | We were okay, and everything was alright-- |
| CHS: | The problem, man, [OV] the girl comes-she came- she coae to me in my house. She used to come many times to the house before she married you [OV] It's a matter of *common sense*! May she burn in hell, for the type of brain she has! |
| Alebbini: | She came ... she threw the ... after that she kept telling me Michael ... I told her, "Okay now *after you ruined this whole situation*-- |
| CHS: | [Laughs] |
| Alebbini: | *-- for us, you are telling me Michael is a good guy?"* |
| CHS: | No, dude, She-she is -- |
| Alebbini: | You-you-you just imagine now your documents are squared away, yeah?-- |
| CHS: | I swear to God, she... she thinks I' m a *citizen*. I say to her... no *citizen* [OV] The problem is that she [OV]... The problem is that three years ago, she chased me while I had the ankle monitor on and I was under *house arrest* and was in a bad situation. She lived the days and experienced everything. She knows who comes and who goes. Where she got all these thoughts from? |
| Alebbini: | She--she-- |
| CHS: | Today, she was telling me uh-uh what did she tell me? I was sitting and filing my *tax*, I had a problem with the *tax*, with my *money* and she asks me, "What do you think of anyone who beats a woman or something like that?" I stared at her like this and I asked: "Why are you asking such a question?" |
| Alebbini: | [Laughs] |
| CHS: | She said, "I saw a video, or so." I told her ... |
| Alebbini: | [Laughs] |
| CHS: | In the past, I had a problem, I had a fight with my wife. You know, everyone argues with his wife. |
| Alebbini: | Everybody argues with his wife. |

6

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027174

CHS: That's not where the problem is, we argued ... We were sitting like this. We had an argument, and my wife was wearing a blouse, I was holding my little daughter [OV]. I held the blouse and tore it down like this. She became crazy and called the police. And they came right away and took us away. God!

Alebbini: She called the police?

CHS: Yes.

Alebbini: Your wife?

CHS: Yeah.

Alebbini: Oh, God!

CHS: She said she wants to call-to call... She called the police and told them "Tell him he cannot tear my blouse!"

Alebbini: It won't work like this with those guys!

CHS: The police said, "No, he tore down your blouse???" And they made it a big deal.

Alebbini: This is *DSS* ....Bother, this is--
CHS:

    What do you mean *DSS*? Fear God, man!

Alebbini:

    *DSS*, the uh *Child protective services* [Noise] I have an American friend--

CHS: I told you, she wanted to... But I was holding my daughter in my hand. I am telling you, the matter was--

Alebbini: --you know what that one used to caution me about? He used to say, "Laith, every man that argues with his wife; the wife would hit him and he would push her away [OV] and place his hand on her face like this..." He told me, "Never do that," He said, "If you place your hand on a women, they regard it as *choking her*." They will even consider you [UI] over the woman, if you place your hand her neck or--

CHS: --I am telling you, it was not-not a big issue, she herself told the police that, "He didn't hit me; he only tore my blouse." The bastard grabbed me and put me in the-the-the- in the-the...they took me *downtown*. I asked them, "How much is the bail?" They said: "$10,000, and the *10%* is $1000." I told them,

7

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027175

here is a $1000 in my wallet. I said, [Chuckles] take it [OV]. The bastard still refused. I had to spend the whole night there.

The next day, I told the judge so and so happened. The judge said, "Just go home." That's all. She didn't complain or as such. But I' m telling you, one [OV] experienced nightmares. But she just said things like that.

Alebbini:      I, I…

CHS:      It's *not common sense*, but that's how women are … May God be exalted!

Alebbini:      I-I swear to God, after…, you know the whole story… after all, we've decided to talk to you and make everything clear. After that, Destiney spoke out with this, so I said… I said to myself, it's over. After I get there, I will call Mike, and Mike will receive the piece of information Mike wants, at the end. You see what I'm saying? The piece of info-information that Mike wants will be there… but one will have to wait till he is on the *safe side*. You see what I'm saying, one will have to be in Jordan. One would say what he wants.

CHS:      In Jordan you won't be able to say what you want!

Alebbini:      Exactly, in Jordan you wouldn't say what you want! You won't be able to say what you want, but sometimes if one has…

CHS:      I don't want to go to Jordan. Listen, you have a car, right?

Alebbini:      No, I actually don't. This phone, I am telling you, *what if* I didn't go?

CHS:      [Laughs] I will take it from you in another place.

Alebbini:      Okay?

CHS:      Okay. Do you have time to go…

Alebbini:      To go have a tour around?

CHS:      To go have coffee?

Alebbini:      Yes.

CHS:      And why do you stay in bed that late?

[Noise]

8

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027176

| | |
|---|---|
| Alebbini: | Because I spend the whole night on the *laptop*. I watch videos all night long. I follow up all politics, religion … all day. |
| CHS: | Last night, I stayed up [OV] and I was not paying attention till it was 4 A.M., and I didn't sleep all day. |
| Alebbini: | Someone like has business and errands to do, not jobless like me. By 4 A.M., I'm wide awake. |
| CHS: | I swear, I stayed awake till 4 A.M. I said, wow, I have business and errands to do! |
| CHS: | Not only this, but I woke up in the morning, like I told you, I woke up in the morning and did the work I told you about. I did the *power of attorney* to-to-to my wife. I told her, I told her just if, I mean if one, I mean I am doing this in case anything happens to me. Even when I applied for the mortgage, I put my name only [OV]. I didn't ask her to look at it or see it. I only told her, if anything happens, she will use this-this-this to sell. |
| Alebbini: | Yes, if whatever happens, she will take care of her stuff. |
| CHS: | Yeah, if she wants to sell the house, or anything! However, there are other affairs she wouldn't be able to take care of. I forgot to tell Destiney to ask her to-to-to add the van. |
| | [Noise] |
| Alebbini:: | I know, I saw your *text*, but I didn't know what to say… |
| CHS: | You should just tell me so and so, [OV] don't just make me feel that I'm an animal. |
| Alebbini: | I swear to God, I say to you …. |
| CHS: | Honestly, I see … I just don't know… |
| Alebbini: | I know... |
| CHS: | Honestly, look at me! I'm telling you, my situation was as such, and you came and turned it to something different. And a short moment ago, it turned to a completely new thing. Every once in a while the *Cricket* sends me to *sign* the *contract*. Some of the items in the new contract they sent state, "If we decide that we want to sell the store, you will have to sell the store we choose, with the price we determine." |

9

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027177

| Alebbini: | Just like that! |
|---|---|
| CHS: | You know? |
| | [Noise] |
| | With that being said, I started thinking about scenarios, I started thinking-- |
| Alebbini: | We-- |
| CHS: | --and I can't--honestly, I can't work in a *grocery* or a *drive-through*. I can't do it. |
| Alebbini: | Brother, I from the beginning, I knew … |
| CHS: | I can't do it. |
| Alebbini: | See, I know … the problem-- the problem, when we used to sit with, I and Raid, [OV] and when we come back, you see Mike… Do you know what we saw? We saw a man like us, but the man achieved, and at the end he's being fought, instead of telling them... I said, Qasim you always tell me-you tell me… I always told him, "You want papers and want to do this and that, what are we staying here for? Here is a man who is better than you and [OV] and has his papers and everything, see what [OV]-- |
| CHS: | I swear to God, I don't sleep the night, I swear! |
| Alebbini: | --they gave him a hard time. Why would they give him a hard time? Today, look where the poor guy went to in order to accommodate himself and square away his paper!!! He went to get a license… |
| CHS: | Close the door. |
| | [Noise] |
| | [Pause] |
| | [Cough] |
| Alebbini: | Yesterday, we cleaned upstairs in case they come [UI] our place. |

10

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027178

CHS: May God's wrath fall on them! I-I... For your information, by law... I mean look at how disgusting they are, by law, they have to change the *carpet* every-every three years.

Alebbini: Yeah!

CHS: They have to paint every uh two years.

Alebbini: They refused, they say every eight to ten years.

CHS: She told me, she said, "You need to pay the cost of this." [Noise] I told her, "*It doesn't make sense*, what do you mean we pay for the [UI]?"

Alebbini: See? I swear I was [UI] [Noise] meaning we need to [UI] the doors? I mean the same *maintenance* is coming, but [UI]

CHS: This is my brother's car.

Alebbini: Yeah.

CHS: Can you see that car? It has been with the retard ever since then.

Alebbini: Yeah.

CHS: [Laughs]

[Noise]

Alebbini: Honestly, brother, [Noise] I am [UI]...

MILE Look brother, I am telling you, God is praised, our Lord might be...! I am telling you, we call this "Calamity" but I don't--

Alebbini: You can't smoke here.

CHS: I' m not going to smoke. God says He may be giving you "calamities", okay? But-but they are not. Look at what happened to me! They took my taxes!

Alebbini: Okay.

CHS: They took it.

Alebbini: All of it?

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027179

CHS: Yes, all of it. [OV] because my wife took *student loan.* So, I have to fill this *form,* and I have no clue what it is.

[Noise]

[Pause]

Calamities come one after the other, man! I swear to God! I am very upset!

[Noise]

Just keep going. Still some more.

Alebbini: Like how far?

CHS: Just here. I would like to buy some smoke from the *drive-through.*

Alebbini: [UI] [Noise] because if you are going to take long we have to ask [UI], ok?

CHS: Okay. [laughs]

Alebbini: Did you understand me? So I said after what had happened, I said, I will have to wait to see what happens with me, then I will be able to talk just for a little bit. Honestly, right now, I have to move, you see, I have to physically move; physically-physically move.

CHS: I honestly tell you. I had something in my mind, but when you said uh you and Qasim talked, I said, it's over. The matter will have to be dealt with some other way. As you say, I started to have hope [OV] [Noise]. I said it's done. Later on, what happened already happened. I said, what …?

Alebbini:: You said, what is this strange thing happening to me?

CHS: No, I was lost… Honestly, I was lost. Then I thought about it, and thought a little harder. I said to myself, the thing he told me about is the passport. I want to renew my passport. This is the first thing I should do.

[Noise]

Alebbini: You know whatexactly happened to me? I was going, but my family told me that they stole the passport from me. My father sent my brother to the house and stole the passport from me and took it to Jordan. You know what happened? I'm [UI] here. I was not planning on coming here.

12

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027180

CHS:          Well, how were you planning to go there?

Alebbini:     I was... We already prepared our matters [Noise] based on the fact that they were leaving, you understand what I'm saying?

CHS:          How about your passport, is it expired or not?

Alebbini:     It had expired, but my family renewed it for me.

CHS:          Okay.

Alebbini      They sent it to America for me. When it arrived [Noise], they found out that my family renewed it for me. They kept asking why my family had renewed it for me in Jordan, and why are all these stories. In my mind I said, my father sent my brother to the house and stole my passport, and he said "Come to me in the house, are you crazy? Do you want to drive us crazy with you? Come, stop by the house." Up to this moment, my passport is with him. They booked me the ticket so that they guarantee I wouldn't move on my own. Now I have a ticket booked to Jordan, and my passport is held with my brother in Virginia. All I need is to get there with the ID. Once I get there, he will hand me the passport to use it to go to Jordan. You see what happened to me?

CHS:          So you are going to Jordan!

Alebbini:     I am going to Jordan; yes, yes, yes, this way I'm going to Jordan. I' m going to Jordan.

              [Noise]

              [Short pause]

              This is what-what-what is going on.

CHS:          May God bring what is good for you.

              [Noise]

              [Short pause]

CHS:          Is there a *drive-through* here or not?

Alebbini:     A little bit forward. There is also *grocery*.

13

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027181

| | |
|---|---|
| CHS: | *Drive-through* or whatever. Left, man. |
| Alebbini: | [UI]There's-there's one ahead and you go right. |
| CHS: | Yesterday, I worked in the *backyard*, and uh-uh as you can say, I have pain in my shoulders, my back, and my legs. I had some fever in the morning. I-I can't bear to walk. |
| Alebbini: | You kind of stretched your muscles a little bit. |
| CHS: | No, man, I used to work before. You remember when I spoke to you and I told you this and you told me that, I started working ever since. Every day I work for two or three hours. I like to work, I picked up the firewood, and I chopped them into pieces and piled them up.<br><br>[Cough]<br><br>[Short pause] |
| Alebbini: | You saw how all this time I have always said it's over. But Destiney kept telling me to wait for Michael. I told her, you just went ahead and caused a clash between us with the stuff you said, and now you are telling me that Michael is not like this, and so and so, and that you've known him for a long time. Why [UI]? Because if you know the sensitivity of our situation you would have known that… |
| CHS: | I understand, I understand! When she told me… [OV] I understood.<br>Is it from here or from somewhere else? |
| Alebbini: | I don't know!<br><br>[Noise] |
| CHS: | This is *exit only*. [Noise] [Short pause] I understood uh… Do you see this problem?<br><br>[Noise] |
| Alebbini: | It looks like it will take you to the street. |
| CHS: | Yeah.<br><br>[Noise] |

14

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027182

When she told me, as you can say uh-uh like … Honestly, put yourself in my shoes… I understand your situation but at the same time put yourself in my place.

Alebbini: Yeah.

CHS: The message that came [Noise] and the-the-the... and I will still tell you, I keep receiving the hits one after the other. Man, they took the *tax* money, but they said they may return it back after four or five weeks. But one [Noise] has to take care of those who are in his care.

[Noise]

[Pause]

Alebbini: I swear to God, I know you are not understanding us--

CHS: Regardless, man! I know, but please put my mind at ease and tell me this or that. Pardon me, but I was like someone who was drowning, and suddenly found himself hanging on a straw; and the straw let him go. That's exactly what happened to me!

Alebbini: I swear to God, I understand! I understand, we were…

CHS: May I get you anything?

Alebbini: No, no! I'm all good, thanks to God!

We, as you can say, have reached to… Because Raid-Raid moved. Raid-Raid is not staying in Jordan. Raid left here in order to get married and after marriage he is moving.

CHS: And his wife?

Alebbini: Yes, with his wife.

CHS: Really?

Alebbini: I swear to God!

CHS: Great, praise be to God!

Alebbini: Raid uh--

15

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027183

| | |
|---|---|
| CHS: | Praise be to God! |
| Alebbini: | --meaning we reached the execution phase. |
| CHS: | Praise be to God! |
| | [Noise] |
| | [Short pause] |
| | I -I noticed uh [Noise] you don't tell Destiney anything, do you? Don't tell her anything. |
| Alebbini: | I swear to God, I don't tell her anything. She-she does not know what I am planning to do, but she knows *overall* what I'm thinking of. |
| CHS: | *Yeah*, don't-don't tell her anything because uh-uh she and my wife talk to each other and you know, I don't want uh [OV] any drama, you know? Because I'm not ready yet. You told me a week or so, or how long? |
| Alebbini: | We are on April the 2nd. |
| CHS: | Which April? |
| Alebbini: | This April, the 2nd; this coming month. |
| CHS: | Oh, April the 2nd? |
| Alebbini: | Yes, in seven days. |
| CHS: | Oh, what's the date today? |
| Alebbini: | Today is the 26th or the 27th |
| CHS: | Oh, so it's only a week. |
| Alebbini: | Yes. I'm leaving from here-leaving from here by train from uh-from Cincinnati to-to Virginia. |
| CHS: | Brother, don't-don't say anything, I just don't want-I don't want uh that one-Destiney to go and throw a word to-to my wife then I-I-I will be in deep trouble. |

16

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027184

| Alebbini: | Yeah, I, I swear, I-I… what was my idea? To just stay in the house, keep my mouth shut just until, you know, until one leaves, and after that, it's over and one … |
|---|---|
| CHS: | I, honestly, I don't-don't don't go to work, I mean I stopped going to work. I started to go, pardon me, you need an entire day to make a *power of attorney.* You need uh… There are other papers that need to be prepared such as the passport. They started asking about family records, a picture of so and so. Although I already had a passport but… And in order to expedite the process, it cost me more than 500. |
| Alebbini: | I sent the passport to my father, and my father went to the intelligence agency. He has some connections in the intelligence. They dedicated car for him from the intelligence agency to go to other places so he can complete the paper. He did it for me. |
| CHS: | Which is the… |
| Alebbini: | Yeah. |
| CHS: | What do they call it? The-the Service? The Draft? The Draft? |
| Alebbini: | Yes, the Draft. Yes, [UI]. |
| CHS: | Yeah, [UI] [Chuckles].<br>As you would say, the Embassy is willing to do it, but you will have to pay. |
| Alebbini: | Yeah. |
| CHS: | So I did the math and figured there is no need for this. Worst case scenario, I will just apply and see. I will then go down to-I go [Noise] somewhere other than Jordan.<br><br>[Noise]<br><br>[Pause] |
| Alebbini: | I swear to God that for a while now I have been watching and following videos. I have been following for some time, a long time, long time, I mean we have reached a phase… I only came to Ohio to just fix the house up for my wife before I leave. That's all! For Destiney, my father said she will follow-follow after she gets her passport. But, I don't know. Destiney now says, "If you will not be in Jordan, I'm not coming to Jordan." Destiney |

17

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027185

doesn't have any business in Jordan. Destiney said "You go there take care of your affairs and come take me." She says, "I don't have to go there."

[Noise]

CHS: And why is she taking it [UI]?

Alebbini: Honestly, she is not able to understand--I can't explain the truth to her. Whatever I have her watch [OV] [UI]

CHS: Honestly, you don't know what's true. I was doubtful in the beginning, but when I started watching the videos, I started watching the testimonies of people, you know what I'm saying? Uh-uh the conditions of some people, uh-uh and after the reality of what happened, you know what I'm saying? I mean when you start from scratch, or a group starts from scratch... and see how ... The truth is crystal clear.

Alebbini: I swear to God, the truth is crystal clear.

CHS: You see what I' m saying?

Alebbini: The truth is crystal clear, the truth is crystal clear! If you know how clear it is and how this group of mujahidin have affirmed it and made it crystal clear even to the-the-the-the American enemies, their actions are so clear that their enemies would know these actions.

CHS: Without weapons, they still get weapons.

Alebbini: Right! All the... I mean uh...weapons [UI] they want us to come and fight them, they wish we come down on the ground and fight them.

CHS: That's how they think! They think it is easy, but it is not.

Alebbini: It's not easy at all.

CHS: I'm telling you, they may have said "Yes, yes, yes", but they found out it is not that easy.

[Noise]

Alebbini: Yeah, they were thinking the Arabs are a bunch of sheep and they didn't realize what is going on and that there is a resistance that is getting bigger, and they keep feeding it. They didn't realize that the people want their freedom, and they want one country and one decision.

18

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027186

| CHS: | "They plot, and God plots; and God is the best plotter!" |
|---|---|
| Alebbini: | And "God is the best plotter!" |
| CHS: | Have you seen what happened in Mosul a couple of days ago? |
| Alebbini: | No. |
| CHS: | The air strikes that took place, more than 500 civilians were killed. |
| Alebbini: | Yeah, Yeah. |
| CHS: | See, God wanted to show you the injustice that-that happened. This means you are unjust. |
| Alebbini: | Yes, in your face. |
| CHS: | You are unjust! |
| Alebbini: | Our Prophet Muhammad, may God's peace and prayers be upon him, was asked, "Messenger of God, how do we know if some people are following the truth?" He said, "Follow the arrows of the infidels, and see where they are hitting. From here you know that those people being hit are following the truth." |
| Alebbini: | See all of Jordan, Egypt, Saudi Arabia, and all the rest of the world that is striking, all the countries of the Crusade Coalition … |
| | [Noise] |
| | May God deal with them Himself! … May God deal with them! |
| | [Noise] |
| Alebbini: | I swear to the Almighty God, I swear to the Almighty God again, for me, what happened to you, brother Muhammad, indicates nothing but love from God the Most High…, I swear to God, it's beyond your imagination. |
| CHS: | That's what I' m trying to tell you … They say… I don't know exactly. I-I-I see you are more knowledgeable in religion than I. |
| Alebbini: | No, no, … |

19

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027187

| | |
|---|---|
| CHS: | More than me. |
| | [Aside] *Marlboro Ultra-Light* |
| UM: | *Here you go.* |
| CHS: | [Back to Alebbini] But uh but uh-uh-uh in our religion, anyone who-who goes through calamity means that God loves him. |
| Alebbini: | Of course! Of course!<br>They say that the Pharaoh [OV] they say that the Pharaoh was uh the Pharaoh [Noise] never had a headache, and he never complained about anything [Noise]. But the believer always had calamities and trials.<br>Man, I swear to God, the only reason I want to get out of ... By the way, I still haven't thrown the Green Card, but I always say this piece of document will testify against me on Judgement Day that I was living among the infidel foreigners who fight the Muslims.<br><br>[Noise] |
| CHS: | They kill the Muslims! |
| Alebbini: | Yes! On Judgement Day, the Green Card will come out and testify against me. |
| CHS: | And the *tax* you pay-- |
| Alebbini: | And the tax I pay -- |
| CHS: | --and the-the service you provide-- |
| Alebbini: | --and the service I provide. |
| CHS: | --and the prosperity that takes place in the country because of you... |
| Alebbini: | Yes, I'm part of this infidels' system.<br><br>[Noise]<br><br>How long does one-one [OV] how long does one have to keep uh walking pretending he has no business in what is happening in the world and what's going around him, while he is part of it? |
| CHS: | Of course. |

20

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027188

| Alebbini: | Yes, I swear to God, you are part of this war against the Muslims! We are part of this war! [Noise] We pay tax, that tax, the dollar, they go and buy a bullet by which they kill a Muslim. |
|---|---|
| CHS: | The problem is they taught us-- [Noise] they taught us in schools and in... I mean... I keep looking at the curriculum these days, there's a big difference! |
| Alebbini: | Of course. This is because of the pressure they applied ... |
| CHS: | In the past, they used to say the "Al-Karamah Battle", "Martyrs", and "Jihad"; they say .... They teach you about the-the-the- the war, the "Battle of Badr" and "Uhud", and the conquests of the Prophet, and they ask you to memorize the Quran. Now, they removed all of this. |
| Alebbini: | There is nothing left. I and Qasim went to the mosque about a month ago; we went to the mosque affiliated with this. I will tell you the story. We found them distributing un-Islamic pamphlets in the mosque. I held up the pamphlets and entered the mosque. They are all our friends. I entered to them like this... I entered to the man in charge there, and I started to fight with him. |
| CHS: | [Laughs] |
| Alebbini: | I swear to God! He wrote down my name. |
| CHS: | I swear to God you have guts. |
| Alebbini: | I swear! Qasim - Qasim told me, "Man, you are going to ruin us!" Why do you think Qasim left here? He said, "You are going to ruin us!" The guys wrote down our names and they kept saying we have no business in this. They kept saying.... [UI] we contribute to the war against the mujahidin, while we should be praying for them. They took down our names. |
| CHS: | Honestly, I don't have guts like this! |
| Alebbini: | I didn't have guts like this before, but when I watched this video a short while ago; a young boy stood in the mosque and silenced the imam of the mosque in Jordan and started to talk about Palestine [Noise] and people [Noise] [UI] the boy [UI]. |
| CHS: | People need-need a leader. |
| Alebbini: | They need the truth. People want to hear the truth; they need to listen to the word of truth that nobody dares to say. |

21

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027189

[Noise]

[Pause]

CHS: People need a leader.

Alebbini: The problem is, we are incapable here. The people in this country are pathetic. The people of this country are pathetic, and they don't know.

CHS: No they don't know.

Alebbini: They-they and their leaders...

CHS: They don't know ... When you tell them uh-uh that there is a country that has been taken by force, or there are people who are being killed in cold blood...there is ....we will let you be and you let us be--

Alebbini: They don't know.

CHS: --they don't-don't understand.

Alebbini: The asses only know that the Palestine- the Palestinians throw rocks at the Israelis. That's all they understand in America!

CHS: You tell them that it is written in the Quran that "You have your religion and I have mine." As long as you don't come to us, we won't come to you [OV] but you came to us there.

Alebbini: No, and what's worse than that, brother Mike, worse than that is we as Muslims, [Noise] we are sure that we are the ones who follow the true religion. With that being said, until now, when did Islam use to fight? Islam fought when It wanted to lift up injustice from the people and deliver the message. Right now, we, in the world right now, I can practice *dawah* all over America and nobody can stop me. Therefore, I cannot tell the Americans that I will declare war against you in order to invite you to Islam! Because they will come to me and tell me this country has freedom, come invite us to Islam without any war [Noise]. In the past, when Muslims used to fight with the Romans, it was in order to give people a chance to receive the message. Right now, we know no warring because we can deliver the message of Islam without any warring. Bottom line, we need nothing from these folks, [Noise] I swear to God we want nothing from them. We want to rule our countries instead of being ruled by the Shiites, Bashar, al-'Abbadi, or Iran, we want to rule them. That's all we desire. And you want petrol, we will, gladly, sell you

22

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027190

petrol. Because what are we going to do with petrol if we don't sell it to America? Because if we don't sell the gas to America, [OV] are we going to search for the leprous camels and message them with it? Is it what we are going to do?

CHS: Man, I uh… did you watch that incident that took place in Brazil?

Alebbini: No! Not really!

CHS: The incident of the expired meat, or so? It turned out that the entire world including Jordan, Egypt, and Saudi Arabia, import meat from Brazil. It makes me think about the livestock resource in Sudan which can replace that of Brazil's, which is enough to feed the-the-the-the Arabs and the Muslims, and abundant will remain

Alebbini: No, it does not. The decision-the decision does not come from the leaders, the decision is about… it's not their decision how money is being transferred. It's all about projects, investments and *business*.

CHS: The matter-the matter- the matter is with mending the soul [Noise]. I would like to tell you about my brother who works in the [Noise] Department of Agriculture.

Alebbini: Okay!

CHS: I was uh talking with him once. He told me, "Muhammad, do you know that once upon a time the Embassy leased a piece of land in order to grow crops in Sudan? All the expenses used to go to per diems, for travel expenses and other services. There was zero productivity." [OV] He told me that each individual gets paid a 100 Dinars a day over a period of two weeks. Then, he comes back. Later on, another person replaces him; and so on. They go for just [OV] watching the land and come back.

Alebbini: They go to fuck each other and come back, because they are bastards who have no goal or objective.

CHS: And those-those are not, I tell you, they uh are not high ranking officials [OV], they are just low-level employees. So-so fixing the soul should start with-with-with the-with the people themselves .There, also, should be some type of awareness. But the problem is that there is no one to inform you, nor a way to spread awareness to the others--

Alebbini: Yeah, I swear to God…

23

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027191

| CHS: | --and as you previously stated, the mosques here or there are the ones who should be responsible for spreading awareness; unfortunately, they don't do so. |
| --- | --- |
| Alebbini: | Brother, brother Mike, I searched-I searched reformation methods. Analysts, the-the-the philosophers and scholars say that it is not enough that you know the truth and try to tell people the truth. Because people-people by nature are not used to following the facts. In order for you to deliver an idea, you will have to show people-people a practical demonstration that they can emulate. |
| CHS: | They need to see an end result. |
| Alebbini: | But, you just keep saying that America is robbing us, Jordan is a thief, and the Saudis are bastards. People-people-peoples don't change, peoples are led. In peoples' politics, and in dealing with peoples, peoples will never come and ... on the contrary, like in Saddam Hussein's scenario. See how much the people used to applaud for him; but, when it got to serious business, [OV] when it came to the serious business [OV] they abandoned him. 'Umar 'Abd-al-Kafi says: "Preachers should never be deceived-preachers should not be deceived by the motivation of the fans." We saw Egypt and Morsi. |
| | [Noise] |
| CHS: | Morsi, I swear to God, when this Morsi came, I said that's it; that's the truth. |
| Alebbini: | See, our guy Morsi, was the first elected Arab ruler [OV], when it came to reality, America came and gave him the finger ... But what about now? Now, why-why are all the people loving the Islamic State, and what is-is taking place, in spite of all the violence that is taking place? Because it is showing us-the Islamic State has shown me a model I never expected. This group has kicked out the Russians, and kicked the Americans from Iraq. They have achieved victory against the Americans twice, in Afghanistan and in Iraq. |
| CHS: | They dropped down an aircraft the other day. |
| Alebbini: | True! And-and their war on the ground is expanding and nobody dares to say no to them. |
| CHS: | They dropped down an entire aircraft. |
| Alebbini: | The kings and Patriarchs of the world as well as Saudi Arabia, and the rest of the leaders we are trying to remove, are, by any means, unable to destroy this group. This is what is taking place! When people saw the mujahidin and saw a model to emulate, or a model we could see its image, people started to say, |

24

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027192

"Yes, now." This is exactly what is taking place. The best choice is the Islamic State; it is the best choice for the Muslims. The Islamic State and the mujahidin in Syria. Honestly, in my own perspective, in my own perspective, if we examine things, the Islamic State may seem a little bit radical; this is a possibility! It's also possible that the Islamic State for example [Noise] can achieve what they want while being a little bit kinder with the Muslims. In other words, they could be a little bit tenderer. There is no need to … They could have declared applying Sharia Laws, but they could have given the people a chance, time to--

CHS:    To fix themselves.

Alebbini:    --to become for instance, they could have said, next August, or next Ramadan, we will start applying the Sharia Laws. Apart from this, even if the group has already applied it, it's done and it has come into effect. Who am I to say "yes", or "no"? Nonetheless, what is happening now is a world war against the State, a vicious world war!

CHS:    To illustrate what you-you-you have said, in the Battle of Badr, didn't they take the infidel captives?

Alebbini:    Yes, [OV] during the time of the Messenger, may the peace and the prayer of God be upon him!

CHS:    What was Omar Ibn al-Khatab's opinion?

Alebbini:    Kill them!

CHS:    Kill them. What was the opinion of the Messenger and-and Abu-Bakr?

Alebbini:    They said, keep them, or benefit from them, or so.

CHS:    Later on a Quartic verse descended that supported Omar's opinion.

Alebbini:    Yes, yes.

CHS:    So uh I… I mean I feel like history repeats itself.

Alebbini:    Of course! Of course, it's in a phase of repeating itself.

CHS:    There is migration.

Alebbini:    Yes.

25

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027193

| | |
|---|---|
| CHS: | There is what you can consider as "be patient". |
| Alebbini: | Yes, there is "patience"! |
| CHS: | Uh-Uh-- |
| Alebbini: | There is a crystal clear conquest. |
| CHS: | --and there is conquest... if you can uh-uh purify your intent to God and migrate to God. However, I think that-that radicalism has to exist. |
| Alebbini: | That's right. |
| CHS: | Radicalization is something that is a must. |
| Alebbini: | Because they left us no room, they did not leave us room for anything else. We were so happy with Morsi, right? |
| CHS: | Yes, I swear! [OV] and you saw how Israel-Israel was scared? |
| Alebbini: | The whole world was so terrified. Because if you are going to be terrified of Morsi, then this will come for you. You-you are the ones who... All the actions of the United States... I have been reading uh for Michael Shower, Michael Shower has 22 years' experience in-in the military intel-military-- *Central Intelligence Agency* and was one of the team that was s-searching for Bin Laden. He also wrote a book about the life of Bin Laden; he said we are the ones... The first thing about Bin Laden, he says, "We want to strike America in the heart of its homeland so we drag it. Because if America does not come out after us, we will never be able to f-f-fight the [Noise] Arab regimes. Because, if we fight the Arab regimes, peoples will not join us. Nonetheless, if we fight America, peoples will join us." So, one of their objectives was to drag America to this war and uh.... Just read for Michael Shower, and you will find out that he says the Islamic State is following the true path. |
| CHS: | Michael what? |
| Alebbini: | Michael Shower. |
| CHS: | Shower. |
| Alebbini: | Michael Shower. He is with the intelligence. He speaks against the Jews, and the Jews come out and demonstrate against him. He speaks against all the people. And t-uh-three quarters of his interviews are aired live on the thing. |

26

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027194

| | |
|---|---|
| CHS: | May God's peace and prayers be upon our Master Muhammad! I used to work in a company in-in Amman, and I was doing okay like any other youth there; I came here... I used to pray in Amman without being late on any prayer time. I came here, honestly, I started skipping [OV]. I started skipping, I started hating myself, and became very pessimistic, etc. One day, I woke up-I woke up at night feeling pain in my chest; very abnormal pain that feels like stabbing knives. |
| Alebbini: | Uh-huh! |
| CHS: | I swear to the Almighty God that this is exactly what happened with me! I woke up [Noise] and opened the-the-the and thought, that's it, I have to get up. I turned on the TV. This verse playing, "Every soul will have to taste death." I got terrified-- |
| Alebbini: | Yeah! |
| CHS: | -- and kept telling myself I will have to go back to prayer but then I went back to sleep and ignored the matter. One day passed, the second passed, and on the third day I dreamed that there was a small house with a blue door; I was told that the Prophet is inside. I went through. It was a small door, that long, like this. |
| Alebbini: | Narrow, somewhat narrow. |
| CHS: | *Yeah,* not... I wanted to pass through, but there were two guys standing at the door, one to the left and one to the right. One said, "No, you don't pray that's why you are not allowed in." |
| Alebbini: | That clear! |
| CHS: | I woke up-I woke up from my sleep. Ever since, I started praying, you see what I'm saying? I started praying and being punctual on prayer. While praying, I mean... and then the problem with this [UI] started with me. I started to get more-more inclined towards this thing. I saw as you can say-- |
| Alebbini: | The calamity gets man closer to God. |
| CHS: | --I saw this calamity, and I, honestly, saw the wisdom of God with me in so many things. |
| Alebbini: | Calamity awakens man and makes him see things the right way. |

27

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027195

| CHS: | I started seeing things happening with me. [OV] I don't mean to interrupt you but maybe two years later, I had another dream. I had a dream of the same place, the same house and the-the-the same door. They told me, the Messenger is inside. I went through; they let me in. I saw the Messenger sitting like this. I remember him, I swear to God, He was sitting with a big smile on his face. |
|---|---|
| Alebbini: | Yes. |
| CHS: | You see? I said, peace be upon you; he said, and peace be upon you too. Someone was sitting next to him. The Messenger said to me, "Listen Muhammad, I want you--" the one sitting next to him said, "[Whispering]". [Noise] he said, "It is okay, it is okay." He wanted to talk again but that one [noise] told him, "It is okay." He said, "Muhammad, there will come a day when I want you to defend me; be prepared for this." I swear to the Almighty God, this is exactly what happened with me. I woke up and kept crying, crying, crying, crying... |
| Alebbini: | Your eyes have been opened to the truth. |
| CHS: | You see what I'm saying? |
| Alebbini: | "You defend Me" means you defend Islam. |
| CHS: | And-and-and at the time... Ever since I've known that there is something in my life other than just living this life, paying-paying bills, and moving here and there. |
| Alebbini: | [OV] we too, by the Almighty God, brother Muhammad; I swear to God that not one day we sat with you, I, Raid, and Qasim, and did not say, "This man is good and he resembles us; he resembles us." Last time we were sitting, alright? We thought of not bringing our phones. I wanted to tell you that we were leaving in a week or so, and we wanted you to decide and see what's good for you. Then this lady came and threw these words and told us blah, blah, blah. She told us that story. She said I told Mike so and so. I told her you came to tell us this, or you came to tell us you told Mike [Background voice] so and so... She told us a day before she told you. I don't know... so we... |
| CHS: | Because she knew that she was wrong. |
| Alebbini: | We ignored the matter-- |
| CHS: | Pardon me, Laith, because she knew that she made a mistake. |

28

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027196

| | |
|---|---|
| Alebbini: | --I know, I know! I know, but I … |
| CHS: | However, she is-she is, I am telling you, I don't blame her. I told her, honestly, I told her, "Destiney, I don't blame you because the topic is sensitive, [OV] and I don't blame them either." I told her that, "The only thing if-if I wanted to be mad at you, I would change my mind about being mad because you honestly came and told me, and you were honest with me. I'm like an open white book. I don't know how to hide anything." |
| Alebbini: | We were on the verge of Raid's travelling, or may have travelled already, I'm not exactly sure. |
| CHS: | He had travelled already. |
| Alebbini: | But I also was going to travel; and Qasim was-Qasim… there's a great possibility that Qasim wants to join us. There is a great possibility that Qasim wants to follow us, but he says "My position in America, leave me here for a little bit. You guys can go ahead and see how the path is like. When you make sure that the group is on the right path, let me know." |
| CHS: | Are you going to take money with you, or what? |
| Alebbini: | Yes, I have. I have. Over there, I, there, as you might say, one would need no money. |
| CHS: | Don't you need to get things done, and need money for transportation? |
| Alebbini: | I have, I have, I have. |
| CHS: | I'm talking about myself. |
| | [Noise] |
| Alebbini: | Do you need any? |
| CHS: | [Coughs] I have, but how much do you think I should take? |
| Alebbini: | How much do you want to take? See, if you get to Turkey, you won't need any; you won't need anything. |
| CHS: | I intend to go to Turkey. |

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027197

| Alebbini: | Oh! If you get to Turkey, you won't need any. I went to Turkey, but, my passport had expired. I knew that after I booked the ticket when I was in Washington airport. They prevented me from entering. I returned back here... |
|---|---|
| CHS: | You got to Washington, or over there? |
| Alebbini: | I got to *Turkey*. |
| CHS: | The Turks stopped you? |
| Alebbini: | They prevented me because I don't have... my passport had expired. |
| CHS: | You should have asked them, "What's the problem?" |
| Alebbini: | Yeah. They said, "No, *no entry*", and sent me back. |
| CHS: | Did you tell them anything over there? |
| Alebbini: | No, I told them nothing. I told them nothing... It was based on ... but it's done "*No entry*". I returned back. I got upset they sent me back to America. When I got back to America, I went through tons of investigations. |
| CHS: | Oh boy! |
| Alebbini: | I went through tons of investigations! [OV] The second day-- |
| CHS: | That's the reason I don't want to; I want to, I want to, that's it, as you might say, I want to [UI] |
| Alebbini: | --yeah, when-when- when I returned the second day to Ohio, an FBI agent called me, he had come to interrogate me. He asked, "Where have you been? We came to your house and didn't find you!" I told him, "I'm in Ohio." He asked, "Have you moved out or something?" I told him, "I didn't know that you have to know everything. I live in a house in Ohio, and my address is so and so." He asked me a few questions and said, "We just wanted to talk to you, that's all." I asked him, "Do I have to report to you?" he said, "There's nothing against you, or any restrictions against you; you can do whatever you want." That's all, I gave him my address and he said I was good to go. |
| CHS: | God is exalted! |
| Alebbini: | You see what is happening to us? We are trying-- |

30

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027198

| CHS: | So, had you-you been allowed to go into-into Turkey, what would you-what would you uh... |
|---|---|
| Alebbini: | When we go to Turkey? |
| CHS: | No, when you went the first time, if they had let you pass? |
| Alebbini: | Oh! If they had allowed us to pass? We were supposed to go to the Turkish Intelligence. We would have asked them how we would be trained with the Syrian opposition forces that is affiliated with Turkey. We wanted to fight Bashar al-Assad with the Syrian opposition forces-- |
| CHS: | You mean with the Free Army? |
| Alebbini: | --yes, with the Free Army. [Short pause] this was the ... Because, my opinion was honestly that uh that... |
| CHS: | So, would I go there and tell them this same thing, or what should I say to them? |
| Alebbini: | Don't say anything over there. The mater-the matter, you know .... |
| CHS: | I'm going on my own, this is the dilemma! You had a companion, but I' m going on my own! |
| Alebbini: | Raid went, but I'm the one that got caught. All you need to do is to go to Turkey; you go to Gaziantep to the border areas. You just ride the bus and it will take you to these areas. Over there, there are Muslim groups in the mosques, and mosques are known. There are mosques for groups affiliated with the Islamic State, and other mosques affiliated with the opposition forces in Gaziantep. All you need to do is to go sit down with both factions, see who you like, and pick it to fight with; they will tell you-tell you how to enter, and they will get you through. |
| CHS: | Aren't the two factions fighting each other's? |
| Alebbini: | No-no- [noise]. Their-their fighting against each other is a fight because of Jordan, the kings, and the rest. The-the-the reality is ... What happened, what happened in Syria? What happened in Syria is the opposition forces refused to fight the Islamic State, because there were rebels who said our enemy is the Assad Regime. Then, the Jordanian commandos, the rebels and Qatar entered; they started to support the rebels and asked them to fight the Islamic State. They refused so numerous of these leaders were assassinated and eliminated-- |

31

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027199

| CHS: | I swear to God that this is correct! |
|---|---|
| Alebbini: | --and who-who did they accuse for this? They accused the Islamic State so that they would spread treachery. |
| CHS: | I swear to God that this is correct! |
| Alebbini: | But people started saying, so they started saying let's kill the ones who don't want to fight the Islamic State, let's make it look like the Islamic State is the one who killed them; and that's how they spread discord. But the treachery has now come to light; the treachery has now come to light. |
| CHS: | Yeah! |
| Alebbini: | Now, the Syrians are now fighting ... let me tell you that, when it comes to grand battles, and the tough things... when things get tough for them, nobody can interfere or take care of things except the State. They call the State and say, we need help. The State comes and sends a Vehicle Borne Improvised Explosive Device (VBIED), and the rebels enter directly behind the VBIED. All airports, including Dir-Ez-Zor airport. Nobody was able to approach it until the rebels begged the State. The State came and sent two VBIEDs; one from here and one from there... |
| CHS: | Like in Palmyra. |
| Alebbini: | Yeah, exactly, everything [Noise] every-every uh-every-- |
| CHS: | Like in Palmyra! There was an army, and the Russians, etc.; and in two days ... |
| Alebbini: | Besides, what's-what's the cause of the infighting? What else caused the infighting? There are so many places that the Islamic State liberate from the Regime; they free them and take them after they fight the Regime. The rebels then come and say, "This area belongs to us, give it to us because we have a strategic interest in it." They take it; the State says, "Here you go, take this area." Like for instance the village of Sal [OV] the village here uh... "You want it, take it if you have interest in it. We don't need it." |
| CHS: | You mean they are coordinating with each other? |
| Alebbini: | Yes, now there is coordination among each other. There is even no-no war-there is no fighting uh-uh. There is what you can describe as political differences; but, there is no war. Even, when there erupted a war between them, it was in the form of light clashes, very light. It doesn't escalade that high. Besides, the State is not as you think, before the State fights anyone, |

32

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027200

they announce it, they announce over loud speakers, and they give so many warnings; they give. It's known that all the rebels-all the rebels never strike at the Islamic State because, with their own tongues, they admit and say, "The State is more faithful than us. The State is fighting for a religion, but we fight for a revolution and a power."

CHS: Ah!

Alebbini: The rebels always say... The mujahidin ask the rebels and say, "You went ahead and did what you wanted, what's next? Are you going to call for democracy, freedom, and secularism? [Noise] Are we going to go back-go back to the same old story? You will repeat uh-uh-uh Bashar al-Assad's scenario, is it what you want?" Is it the-the same... [Noise] "What would you like to change? What do you want to change?" Most... all-all.... [Noise] There is an important TV episode called "The Opposite Direction", watch it. It's very powerful! All political analysts say that, most- all-all Syrian rebels, the cousins, all sons of the same village, and all relatives who have borne arms with each other, all have joined the State together. [Noise] In other words, imagine, brother, there happened a revolution in the village of Sal in Jordan. 'Adnan's family, and Mike's family, his cousins and his relatives are fighting, and the residents of the-the village of Sal are fighting. When the State group came, we all joined the-the-the State organization.

CHS: The truth!

Alebbini: You see what I'm saying?

CHS: The organization of the truth!

Alebbini: The organization of the truth! Because people of the Levant are all villagers; they are all villagers. They are all uh meaning people, as you might say, belong to the same area; they are all like us. They are not like agents or seek to harm their country, so to speak. No!

[Noise]

CHS: Because, there was no goal.

Alebbini: Yes, [noise] but this--

CHS: [Coughs] one goal.

Alebbini: -- one goal! Their goal--

33

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027201

| | |
|---|---|
| CHS: | There's no-there's no twisting here and there. |
| Alebbini: | --and now, Trump now said, we will not-we will not fight al-Assad; al-Assad is remaining. The world now had a consensus to keep al-Assad, why? |
| CHS: | Because he's [UI] [OV] |
| Alebbini: | Because he is fighting the Islamic State. |
| CHS: | Because they uh-uh-uh they saw that the truth is coming to light... |
| Alebbini: | And he thought, "If al-Assad is gone, if al-Assad is gone, would that mean that somebody better will replace him? Absolutely not! Someone from the Islamic State will replace him, which means [Noise] our best option is to keep al-Assad." What did this thing do to the Syrians? They said to them, "Alright bastards, you want to keep al-Assad? Is that what it came down to? Okay! We are going to show you whether al-Assad remains or not!" [Noise] [Short pause] We ... in all these quagmires, I and you are living here searching for the dollar! We are looking for the dollar!!! Let's pretend we got the citizenship, and instead of opening one store, let's say we opened ten! Where is Muhammad and where is Laith? Who is Muhammad and who is Laith? Is Muhammad an American man whose main interest in life is that one or two stores? And is Laith's main interest is that one or two dollar-dollars, or that ten dollars he earns per hour? Or, are Laith and Muhammad Muslim Arabs who believe in a Lord; the Lord of the worlds, follow a Messenger called Muhammad, and follow what Muhammad says, and what the Lord of the worlds commands? |
| CHS: | You go to sleep rest- and your soul is at peace! |
| Alebbini: | Exactly! |
| CHS: | And you fear nobody! And you know not what fear is! |
| Alebbini: | And you know not what fear is. |
| CHS: | You only fear God and-and-and-and uh and your deeds! |
| Alebbini: | I swear by the Almighty God that I was-I was planning to say... the young men told me, "No, don't talk-enough, you already listened to Destiney or so; meaning that's enough, there is no need to talk; you are not sure about Muhammad. This is what was talked about; because we do not know anything about you. [OV] [Noise] We don't therefore, that's enough, there's no need for one to talk. |

34

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027202

I said to them, "Guys, suppose the man is that type of-of-of a person who … suppose the man … Yeah, because he wants papers and America, they asked him if you can help us with those guys, we will grant you your paper?" This is what I speculated!

[Noise]

However, there is another speculation which is the man is truly upset and he doesn't like the life here; because of the fact that no believer can tolerate this type of life, and all three of us sat down with the guy, and we really liked this guy!

But, it's okay, the idea was… the idea was, brother, I said-I said once we, God willing, arrive there, I will call Mike and tell him *one, two, three.*

CHS: God willing!

Alebbini: Because, at the end, I swear to the Almighty God, I used to also say… if circumstances allow.

CHS: Will you be able to make a phone call?

Alebbini: I?

CHS: I mean from there; will you be able to make a phone call?

Alebbini: Yes-yes-yes. I can make a phone call and do everything! Over there, there is *WhatsApp, internet,* and they have everything. [Short pause] it disconnects at times, I am not sure, but-but the Islamic State gives away-gives away phones to all the people; [Noise] free phones for those who don't have ones.

CHS: Really?

Alebbini: Yes! Free buses, free food, and everything. The poor--the rich give charity to the poor there. The poor man, the bum will be provided for, a bum who is provided for in the Islamic State. The rich has to work and toil and pay charity.

[Short pause]

[Coughs]

35

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027203

I swear to the Almighty God that I reached a point where I tell myself, "Let them catch me.", You know what? I swear to God the Almighty, let them catch me! What am I doing, man?

CHS: Who would catch you?

Alebbini: Whoever wants to catch me: Jordan, huh? Jordan catches me, America, anywhere in the... let whoever wants me catch me.

CHS: You need to be careful uh...

Alebbini: I swear to God, brother-brother Muhammad, the right thing is-the truth is if you look- if one looks with the eye of truth to the-to the system, I would rather be in prison, I would rather spend ten years in prison than to stay one year in America in this system. At least, during these ten years in prison, I would say to God, "God I desired to support, but I was held back." Then, God would compensate me for these ten years, because He knows my intention. But what is my intention in staying here? What is my intention sitting in my country lagging behind from jihad, lagging behind in my obedience to God's command, and not supporting the Ummah?

In Mosul, man, they are currently being slaughtered... America is leading the sheep, the infidels, the apostates, and the Shi'ites against us. How can we lag behind, how can we lag behind, how can we lag behind, yeah? How are we going to give testimony to the Lord of the worlds, and how can we lag behind and the French, the Americans, the Germans, and the Dutch go join and fight with the State while we are staying here? Doesn't this mean "Unless you fight in the cause of God--

CHS: And the Chechens?

Alebbini: --and the Chechens. "-- God will replace you." Man, the majority of the fighters [Noise] with al-Nusrah Front fighting in Syria, are Russian Chechens. It's only in response to why Russia is supporting Bashar al-Assad, they put all the Russian Chechen fighters with al-Nusrah Front to fight who? The Russians.

CHS: May God grant them victory!

Alebbini: The war ... I swear to God, I watch the war videos; you have no idea how fierce the war is! The infidels, the Christians, the Americans, the Russians, and whoever else fought them admitted and said, "We have never seen a war like this before! We have never seen a war with such fierceness! We have never seen."

36

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027204

| CHS: | I'm telling you, I have seen videos for someone saying, we have Kalashnikov, and-and an amount of ammunitions I don't how much… they were able to assault an entire regiment, seize all their weapons, and-and-and thanks to God, God granted them victory. |
|---|---|
| Alebbini: | Yes! |
| CHS: | They seized all the weapons, and they got spoils from everything! |
| Alebbini: | If you examine the States' fighting ta-ta-tactics, the State uh… it will become clear to you that the point is … if you go back and read -- |
| CHS: | Like if these aircrafts [chuckles] … |
| Alebbini: | --Yes, they manufacture them; they manufacture them! When-when you return back to the topic, we know nothing about the organization of the State, and the history of jihad. Al-Qaeda, when it was founded by Usama bin Laden, do you know the idea behind it? What was there when he founded al-Qaeda? When he founded al-Qaeda, he says, and he knew that the involvement of America needs it; and he knew that there would be Islamic forces, and people who would carry jihad. He said. We as al-Qaeda, should have-should have the capability to train and equip those mujahidin; the jihadi movements that would be involved. They didn't have military commanders; so, whenever there came a jihadi association or a jihadi group, al-Qaeda used to accommodate them and train them. It's like you and I, for instance; what do we know? |
| CHS: | Nothing! |
| Alebbini: | Nothing! We barely know how to lace up our shoes. So you would want to wage jihad so you would say, "I want to carry out jihad, and want to stand up against this." So, what would you do? So, al-Qaeda was always in ready for this thing, and in charge of training the mujahidin. When they first said, we need to get down to Iraq, Abu-Mus'ab al-Zarqawi and his group received an order to await for them in Iraq. They, therefore, were awaiting the Americans. When the Americans entered, the only ones who resisted the Americas were the group of Abu- Mus'ab al-Zarqawi and the Sunnis. |
| CHS: | They shocked them! |
| Alebbini: | They shocked them [OV], and they retreated. When they retreated; when America withdrew, al-'Adnani came out-came out and said, "You didn't withdraw, you bastards. We know you didn't withdraw; you just withdrew to |

37

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027205

plan because as long as America stays, attacks get fiercer and fiercer against it. The number of fighters increase, the number of the Sunnis and the tribal people joining them rises up. The-the Arabs and the Muslims say, "America is still present in our land, let us fight them."

CHS: Trump says, I would like to return back and take the-the gas.

Alebbini: Yes, so-so--

CHS: He says this in public.

Alebbini: --I swear to God, the Mujahidin from the days of Iraq knew they were coming, even before Trump took office. They said to them, "We know you are liars, and we know you are coming; and we will sit and wait for you." These were-these were the worst stages for the Muslims- mujahidin because all the Tunisians and the Libyans went home. Because they said, the Iraqis are gone and the Americans are gone; they have instilled the governments of 'Abbadi, Maliki, and others. Neither the government nor the people are fighting them; so there was no more war for the mujahidin. All the mujahedeen left and who stayed? The ones "Who were honest in their pledge to God". Those who remained are the ones who pledged to God saying, "We will fight until we die. We did not come here to fight for one or two years, then I go home to my wife and my kids. No, we are at war all our lives." Those mujahidin are the ones who stayed. When a revolution in Iraq and Mosul against-against the policies of al-'Abbadi and Maliki took place, the-the Iraqi Army came to quench the revolution. Who stood against them? The mujahidin came and supported the peaceful revolution; they destroyed... sent VBIEDs and destroyed the forces that came to crush them. The entire Iraqi Army fled, in its entirety, because of this [OV] confrontation. Only three hundred fighters came, but they were like thousands, so they took off all their gears and ran away. The 30 or 40, or 300 youth that came seized all the weapons, and formed an organization of the state in Mosul. [Noise] Later on, they broke the borders and entered Syria.

CHS: Man, I remember before... I am telling you, just few meters from Baghdad!

Alebbini: Yes, only! Only!

CHS: I don't really know what stopped them. I don't know!

Alebbini: America, the politics, and the politics and treachery.

CHS: They started trying... they said no that was surrender and trials started.

38

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027206

| | |
|---|---|
| Alebbini: | Yes. |
| CHS: | That was nonsense. Nonsense! |
| Alebbini: | Now, they are bringing them, it looks like they are bringing them uh-I'm not sure about the exact number, oh, God, help me remember, around 6,000 or 60,000, I just can't remember. There were 60,000 Iraqi soldiers, something like 60 thousand for the battle of Mosul; uh and the forces uh… I mean 60 thousand soldiers came compared to -- |
| CHS: | Other than the Popular Mobilization Forces. |
| Alebbini: | –other than the Popular Mobilization Forces, of course! |
| CHS: | And without Iran. |
| Alebbini: | Yes, this is also without Iran and the air support, and American, the French support and the Jordanian airstrikes. Without… without… All are fighting the State. Because they know that this project will definitely topple the treacherous government of King "Abdallah. King 'Abdallah… Go back with me to-to-to 1923, was there a thing called The Hashemite Jordanian Kingdom? Have you ever heard anything like this? |
| CHS: | East-east of the Bank |
| Alebbini: | N-n-n-nothing! We-we were always called Jordan; as one lost part with Palestine and another lost with Syria. There was never an *entity*; an entity called Jordan. |
| CHS: | E-east of the Bank! |
| Alebbini: | There was nothing in history that tells you that there was-- |
| CHS: | [OV] There was really from the Levant, and part of it the-the, I mean-- |
| Alebbini: | --there was the Horan Plateau, there was uh-- |
| CHS: | That is what they call the Levant. |
| Alebbini: | --there was Amman; there was a place called Amman, and it was not counted since it was a small city, or a village. It later became a city. |
| CHS: | Just go look at the… the other time the pictures in the-the-- |

39

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027207

| | |
|---|---|
| Alebbini: | What helped make Amman-- |
| CHS: | -- in *19-1960* something. It was-uh-uh in the middle of downtown. |
| Alebbini: | -- there was nothing-there was nothing! |
| CHS: | There was nothing; a bunch of empty and deserted mountains. Who are they trying to fool? |
| Alebbini: | When did Jordan become -when did Amman become counted? After the Palestinians came, who were displaced because of the Jordanians, of course, and after the displacement of the Iraqis and the Syrians. There has become ... |
| CHS: | When they became a protection to Israel. |
| Alebbini: | Look even-even in Amman; what is Amman compared to Damascus or Jerusalem? |
| CHS: | Nothing! |
| Alebbini: | Nothing! Nothing! What is Amman? |
| CHS: | It doesn't have any revenue [OV], no capabilities-- |
| Alebbini: | They don't even have water-- |
| CHS: | --no capabilities, capabilities-- |
| Alebbini: | They don't have a state's capabilities. |
| CHS: | As you would describe as an income, or such… nothing! |
| Alebbini: | Whoever positioned the … |
| CHS: | Nor civilization or anything. |
| Alebbini: | Whoever positioned the Jordanian country… |
| CHS: | Maybe there was no population living there! |
| Alebbini: | The number of the population of Jordan when Hussein came there was-was almost 200,000 Bedouins. |
| CHS: | I'm just saying, it's not considered-- |

40

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027208

| | |
|---|---|
| Alebbini: | Yes … |
| CHS: | --I am just saying that for instance there was I'm just guessing that Irbid was for instance… the north was of-of-of… for Syria [coughs]. It was the Levant [OV] and the east part from Ma'an and below belonged to the Hijaz. *That's it.* |
| Alebbini: | Up-up till now, up till now, in Amman, what's in Amman? What's important in Amman? |
| CHS: | The Roman Amphitheater. |
| Alebbini: | The Amphitheater, this-this-this-this is history, this is something that has been over for so long. What do we have? Are we uh… Are we the real Levant, or the real Jerusalem, the real Egypt, or the real Iraq? These are countries! These, as you might say, they were known a long time ago as the Islamic State that included the State of Iraq, the State of Bayt al-Maqdis, the State of the Levant or all of them… for instance, under al-Sham … There was Egypt. But there has never been-- |
| CHS: | But think-think about it, for instance,  in Iraq there is the-the-the Euphrates and Tigris rivers-- |
| Alebbini: | And there is civilization-- |
| CHS: | --and there is civilization and people, because there was-there was *resource.* |
| Alebbini: | --there are people-- |
| CHS: | --there is *resource* [OV] for the people to live on. |
| Alebbini: | -- in Jordan -- |
| CHS: | It's the same thing in Syria-in Syria, in Palestine, and Bayt al-Maqdis; the same thing. |
| Alebbini: | --there is nothing in Jordan. |
| CHS: | Uh-uh, it's the same thing in Egypt, they have the River Nile. There is nothing in Jordan. |
| Alebbini: | Brother, if you go right now-- |
| CHS: | In Hijaz, it's because of-of-of Mecca and the Medina. |

41

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027209

| | |
|---|---|
| Alebbini: | Let me now go the Rub' al Khali [The Empty Quarter] in Saudi Arabia, this empty deserted desert. Imagine if I drop ten individuals there and ask them to establish a country there. This is exactly what happened. The goals were--if you notice, the goals behind establishing the Jordanian country was to have only destructive objectives against the Arab World. Destructive objectives only! |
| CHS: | Like what happened in the-the-the-the *73* war [OV] 73; how he started to warn them. |
| Alebbini: | Yes. If you also notice that Jordan as a country, the formation of the Kingdom was an established … When it is ruled by a British king or a queen, Jordan would become a chopped part. I swear to God I say all the time, I swear to the Almighty God, when I was a little boy I used to say that Palestine is the only Arab country that is not occupied; Palestine is the only Arab country that is not occupied. Everyone says that Palestine is occupied, Palestine is occupied… First, "Guys, there is nothing called Palestine, there is nothing called Bayt al-Maqdis. Besides, man, Palestine and Bayt al-Maqdis are the only two that are free, because, at least they are fighting their Jewish enemy. We are being occupied against our will and we are silent. We are unable.… Our resources have … our affiliation is not-is not Arabian at all. |
| CHS: | Once, I was arguing with somebody on Facebook; he said something, I told him, "Dear, Jerusalem will return, when Mecca is returned first." |
| Alebbini: | Yeah, let Mecca return first. |
| CHS: | If you liberate Mecca [OV], you will liberate Jerusalem. |
| Alebbini: | That's it… Brother, as societies and people, we-we are… everybody is staring like this, and nobody is willing to … We are looking to the State, and it's true that we are supporting the State, but-but when things get serious, let's… we should, we want.… Look for instance at the mosques, have you seen anyone praying a prayer for the mujahidin? |
| CHS: | No. |
| Alebbini: | Just a prayer for the mujahidin. |
| CHS: | No, nothing as such. |
| Alebbini: | It's obvious that we are oppressed here in America, or so; but, at least we should pray that God make the mujahidin victorious, and help us to join them. |

42

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027210

[Noise]

CHS: In the past, they used to pray …When I came some time ago, they used to pray … [laughter]

Alebbini: Now, there is nothing, I mean at the time of… we have become… Truly, America …, I swear to God, if you know what America wants … America found out that the problem - the problem is not-the problem now-the problem is with Islam. America is now saying the problem is Islam… the problem is with *radical Islam*. How dare you Muslims defend yourselves, and how come you now have an ideology?

CHS: Yeah, he said this openly.

Alebbini: Yeah!

CHS: He said it openly. And why do you think people followed him? Why did people elect him and followed him?

Alebbini: Because he…

CHS: Because they are as such.

Alebbini: Yeah, they are!

CHS: He just showed-showed his true face and they followed him.

Alebbini: That's it, because they are racists. They don't understand, they only want war and destruction, they want to oppress the peoples.

CHS: God willing, everything will be alright, God willing it will be alright. I have to uh-uh [Noise] go see Fadi.

Alebbini: You can go, rely on God. As I told you, [Noise] I'm so embarrassed, but I was waiting all this time. Now you came, and I say … I swear to God, I find it difficult, I find it difficult every time I see you, I tell myself, I'm the one who's being a lowlife, you understand?

CHS: No worries, man!

Alebbini: But, I keep consoling myself and say, tomorrow when the man knows the situation, he will give me excuse. You understand?

43

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027211

CHS: Let me-me honestly tell you, the-the-the... all my paths were closed, and you came and gave me hope, then this hope kind of faded away. I started acting and planning on my own. I started to do *research* on my own.

Alebbini: Yeah, yeah, yeah!

CHS: I started to watch videos on my own. I kept looking at things on my own. I told myself, I will go here and there. You know what I'm saying? All will turn to be good, God willing!

Alebbini: And I, listen, I swear, let me tell you this, as I told my brother, Qasim and everybody else, I told them that I will be the first to go to test the road, and see what's going on... and see if the stories on the videos are true or not. If any harm happens to me, you would know and learn. If no harm happens, and the group turns out to be true, I will get with you over the phone or through WhatsApp; you will know, and you will decide yourselves.

CHS: Are you sure you will be able to make a phone call?

Alebbini: Yes, yes, yes. Rely on God. If I don't call you over the phone, rest assured that what happened to me [UI] or I'm in one of the prisons, in a prison in Jordan, or anywhere else.

I, also, will have to go now because something had happened... I have been away for a long time.

[Noise]

CHS: God willing...

[Coughs]

Alebbini: As I told you, Muhammad,...[UI]

CHS: God willing, [OV] [UI] [Noise] all will be good. God willing, all will be good. As I told you, I-I with all honesty, after what-what-what happened, I'm *more cautious.*

Alebbini: Okay!

CHS: You know?

Alebbini: You have to be *cautious*! [Noise] You have to be *cautious*!

44

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027212

CHS:	I'm *more cautious*…. [Noise] [Aside] Hello [pause] yeah Fadi [pause], I… no, I'm coming right away, I am on my way, bye.

	[Back to Alebbini:] I, as you would say, started to be *more cautious*, you know?

Alebbini:	Yes, good; you should be!

CHS:	So-so, I don't like I mean I do not like uh … I mean try as much as you can to be just…

Alebbini:	Yes, yes, [UI] one shouldn't be talking…

CHS:	Neither to Destiney nor to anybody else. If my wife knows, she is going to tell everybody.

Alebbini:	Right!

CHS:	She will have me in the news headlines!

Alebbini:	[Laughter] Man, everything will be alright. And as I told you, as soon as I know anything, I will-I will let you know.

CHS:	Now, uh-uh you told me the phone… I was planning to send another one with you, it does not look like I will be able to.

Alebbini:	Yes, This phone, before uh… if you change your mind--

CHS:	No, no, no.

Alebbini:	-- you can send it with Destiney because Destiney might follow to Jordan, if Destiney [cough] [OV] [UI] go to Jordan.

CHS:	I will keep-keep this-this one.

Alebbini:	Okay.

CHS:	God willing, we will talk again. Just for precaution, in case one of us won't find the other [OV]. .. I understand what you are saying [OV] and everything. God forbid, in case you won't be able to call through *WhatsApp* or anything, you told me you think I should go, the best way is to Turkey?

Alebbini:	To Turkey.

45

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027213

| CHS: | God willing. And if-if-if I go to Amman? |
| Alebbini: | Don't go to Amman. |
| CHS: | Okay. |
| Alebbini: | You have no business in Amman. |
| CHS: | So, you intend to go from there to Turkey? |
| Alebbini: | Yes. Because, no, I-I... Amman, I would at least go to my family; and throughout my family there, I will see what will happen. Over there in Irbid, it's possible from Irbid... because it's only 10 minutes from Irbid to Dar'a, and the State is already on the borders of Irbid. The Islamic State is on the borders of Irbid. |
| CHS: | Won't you fear to be asked where you are coming from or where you are going...? |
| Alebbini: | No, the State will not ask you. The State... because Abu Bakr al-Baghdadi called... brother Muhammad, I have to go. |
| CHS: | I will have to go too. I will get fired too. [Laughter] |
| Alebbini: | We will call each other, we will talk. |
| CHS: | Laith, for God's sake, this thing is between me and you. |

[Noise]

[Driving]

[End of recording]

[End of translation]

46

Date of recording: 3/27/2017
Duration of recording: 1 hour, 20 minutes
Audio file name: 0001.wav

ALE-00027214

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION



FBI Detroit
477 Michigan Ave
Detroit, MI 48226

File Number:                                    415F-CI-2127744

Requesting Official(s) and Office(s):          SA Michael J. Herwig (CI)

Task Number(s) and Date Completed:             872401 Request ID: 872051, 8/20/2018
                                               872402 Request ID: 872051, 8/20/2018

Name and Office of Linguist(s):                LA Wafa Al-Karbouli (DE)
                                               LA Mousa El-Chaer (DE)

Name and Office of Reviewer(s):                LA Iman Zumut (DL)

Source Language(s):                            Arabic

Target Language:                               English

Source File Information

          Audio File:                          0001.wav


File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

GOVERNMENT
EXHIBIT

3h1

CARDELS 800-783-0399

ALE-00029783

# VERBATIM TRANSLATION

<u>Participants</u>:

| Laith Alebbini | | Alebbini |
| Confidential Human Source | | CHS |
| Destiney Eshelman | | Destiney |
| Ahmad, LNU | | Ahmad |
| 'Allan LNU | | 'Allan |
| Unknown Female1 | UF1 | |
| Unknown Female2 | UF2 | |
| Unknown Male | UM | |
| Unknown Male1 | UM1 | |
| Unknown Male2 | UM2 | |
| Special Agent | SA | |

<u>Abbreviations</u>:

| [ ] | Translator's Notes and exegeses |
| --- | --- |
| *Italics* | Spoken in English in the source material |
| *[sic]* | *Copied as appears in the source* |
| UI | Unintelligible |
| PH | Spelled Phonetically |

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029784

**[Beginning of recording]**

**[Beginning of translation]**

SA:    [Noise] *OK?* [UI] *just dude, leave your phone. Dude, say let's leave our phones in car, when we go fish.* [Beeping] *Got to keep the car started* [Noise]. *Alright.*

      [Noises

      [Long pause]

      [Background noise]

CHS:   *Should I go?* [Background noise] *Shou--should I go? Should I go?*

UM:    *Ask him not me. Yes, she'll let you know.*

      [Pause]

CHS:   *Should I go? Because the door is locked close--*

SA:    [OV] *Uh--it wouldn't--it wouldn't open?*

CHS:   [OV] *No.*

SA:    *Try it again, uh--try again.*

CHS:   *Oh--get close? I thought you had* [UI].

SA:    [UI] *a little closer. Yeah here you go.*

CHS:   *Alright.* [Chuckles]

SA:    *Alright, brother, see you in a little bit.*

1

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029785

CHS:            *Alright, see you.*

                · [Background noises]

                [Long pause]

                [GPS directions]

                [Phone dialing]

CHS:            Hey Ahmad, did anyone call and ask for me, anything? [Pause] *Okay* if-if anyone
                asks for me tell them that *he just left* [Pause]. I mean, tell them that *he left at
                12:20 or12:15* [Pause] [Noise]. Uh-did the other store call me at all? [Pause]
                *Okay,* if the other store or anyone else, tell them that *he just left at 12:15 or just
                left five minute ago* [Pause] no, if they call in an hour tell them *an hour ago he
                just left* [Pause]. I mean it is as if I left you just now--uh--I left you five minutes
                ago [Pause]. *Alright, bye.*

                [Background noises]

                [GPS directions]

CHS:            [Coughing]

                [GPS directions]

                [Pause]

                [Noises]

                [Pause]

Destiney:       *Thank you.*

CHS:            [Clears throat]. Laith! Good morning [Chuckles].

Alebbini:       Good morning.

CHS:            It turns out that there is a place nearby.

Alebbini:       Good, great.

                                    2

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029786

[Pause]

CHS:    *How you doing?*

UM1:    *Good you?*

CHS:    *I'm fine.*
UM1:    *Good. I'm still having a problem with the phone. I don't know if you remember me from before but [UI] [OV] I'm still not getting the right connection [OV] missing calls and--I've had it--*

CHS:    [OV] *what kind of phone it is?*

UM1:    *--I've had it ever since I've had the phone.*

CHS:    [OV] *Yeah I tol--I think I told you about--uh--do-do the factory warranty or something.*

UM1:    *I'm sorry sir?*

CHS:    *Did-did we talk about the factory warranty?*

[Background conversation between Destiney and an unknown person]

UM1:    [OV] *Right you said yeah--you said--uh--uh--something about, you know, sending it back in, and--uh--you know checking out, doing all that, yeah. Cause it's happened ever since I had the phone. Now that was back in what--*

CHS:    [OV] *I'm gonna--I'm gonna bring you--I don't know where I put it? I know I have another phone I'm just gonna--I need you to just to put your sim and--uh-- no-- Let's do the factory warranty.*

[Background conversation between Destiney and an unknown person]

UM1:    [OV] *Yeah cause she said something like trying to reset the network right now to see if--*

CHS:    *That's not gonna work, we already did that.*

UM1:    [OV] *Yeah, that's what I told her. That and change the sim card and you--uh--did a couple--the other girl did a couple of other things on there as well.*

3

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029787

| | |
|---|---|
| CHS: | [OV] De--Destiney. |
| Destiney: | *Huh?* |
| CHS: | *I'm sorry--uh--if we can just, when you finish just do the factory warranty with him and give him a loaner phone.* |
| Destiney: | *Okay.* |
| | [Background noise] |
| UF: | *Hello.* |
| Destiney: | [To CHS] *I don't know how to do that.* |
| CHS: | *You need to call.* |
| Destiney: | *Okay.* |
| | [Pause] |
| CHS: | *Do you wanna make a payment?* |
| UM2: | *No, I need to talk to--uh--somebody about my phone.* |
| CHS: | *Yes.* |
| UM2: | *Well yesterday when I--uh--do a number--uh--let's see 1-9-3-7-2-6-0-2-4-6-1.* |
| | [Noise] |
| CHS: | *Emergency call only. Okay if anything* [Noise]-*anything happen to your phone— no, no, I'm saying if you see anything problem happen to phone the first step you do--* |
| UM2: | [OV] *Oh.* |
| CHS: | [Clicking noise] *Take the battery out four, five seconds and you put it back.* |
| UM2: | [OV] *Aha.* |
| | [Background conversation between Destiney and an unidentified person] |

4

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41 minutes

ALE-00029788

CHS: *Sometimes like the network when you choose--uh--move from tower to tower sometime the phone start. So to reset the servers we take the power--uh--the battery out and put it back.*

UM2: *[OV] Just take--and see like that?*

CHS: *[OV] and we see if that work if that not work there is other step but it's gonna-- we gonna go through it one by one.*

UM2: *[OV] Yeah. Okay so I try--the number--*

CHS: *[OV] Just a sec--no just a s--*

UM2: *-- I'm sorry.*

CHS: *[OV] Yep now it's working.*

UM2: *Okay let's see.*

[Noise]

CHS: *[OV] just hit--hit send and send again.*

UM2: *Okay.*

[Background conversation]

[Pause]

CHS: *If you wanna call 6-1-1 from your phone...*

[Background conversation between Destiney and an unknown person]

UM2: *I can't--I can't understand what they are saying all through the phone [OV] I've tried talking to them that is why I come in here--yeah I can't understand a word they are saying and they wanna get mad at me cause I can't understand em, you know...*

CHS: *[OV] Oh, okay. She-she will help you. She help you.*

UM2: *Thank you. Thank you.*

5

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029789

CHS: [OV] *you're welcome. Thank you, have a good one.*

UM2: *You know sir, for some reason here lately, the battery has been dying like crazy.*

[Background noises and unintelligible voices].

*Excuse me a second.*

[Unintelligible background conversation between Destiny and an unknown person]

*Yeah for about the past couple of weeks I mean hell I don't even--I won't even use it. I unplug it in the morning and it is down to like 90% you know after two hours and I haven't even talked on it or did anything on it at all. Turned out to be a real piece of shit.*

CHS: *Can I see the phone it's, the style--*

UM2: *Hey, there is nothing wrong with the phone, I haven't dropped it. You can see that it is in good shape. Yeah so--*

CHS: [OV] *Yeah it is very good shape.* [Coughing] *Excuse me. She will help you.*

Destiney: [OV] [UI] *questions, do I --*

CHS: [OV] *Alright-hey shu-shu--*

Destiney: *-- so I take [OV] it that--I just don't remember the whole process I take the phone and I do the warranty.*

CHS: [OV] *No, no you don't-you don't take the phone. You talking about the warranty?*

Destiney: [OV] *Yeah.*

CHS: [OV] *you don't take the phone--*

Destiney: *Okay.*

CHS: *--you--uh--the problem he cannot understand what they saying so you just call 6-1-1 from his phone [OV], go through the process one of the option is warranty. [OV] He gotta talk to somebody, you talk to them, it's okay talk to them and tell them he is a customer and our store try to do warranty, we did reset, we did factory reset, we did--uh--network reset and it is not-he's keep losing signal and it*

6

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41 minutes

ALE-00029790

*is not working, we need to submit the warranty, so basically they want an email for him so that they can send the shipping label [OV] so he can send it back. When he send it back, it is gonna take a week and they are gonna send him another one [OV] so basically he gonna--he gonna* [Background noise] *be without phone for a week; we give him a loaner phone.*

Destiney:     [OV] *I'll just put this included. Okay that is all I needed.*
CHS:          [OV] *Yep. Alright.*

Alebbini:     *Destiney where do you [UI]?*

Destiney:     *[UI].*

CHS:          *We-we are in Delco park.*

Destiney:     *Do you have the keys?*

Alebbini:     *Aha.*

Destiney:     *I need them.*

              [Background noise]

UM1:          *So everything will be good. I will be able to have a phone and everything--*

CHS:          *Yeah.*

UM1:          [OV] *Okay.*

Destiney:     [OV] *Right.*

UM1:          *Yeah I definitely need a phone cause I--*

CHS:          [OV] *I explain it to her. Alright.*

Destiney:     [OV] *Okay sir I just wanted to [UI].*

              [Noise]

              [Pause]

CHS:          I talked to someone who told me, listen-- where is the uh... [Pause] damn you.

7

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029791

[Noise]

Alebbini:    Destiney-Destiney will leave in half an hour.

CHS:    *Yeah*, I will take you or she can follow us there.

Alebbini:    Okay, I mean are you giving her this car or are we going in my car?
CHS:    Huh?

Alebbini:    What? Are you going to give her this car?

CHS    No, I will go by our car, my car.

Alebbini:    Yeah.

CHS:    And we will go to the *park*; she can either follow us there if she wants to...

Alebbini    [OV] so, should I give her the key?

CHS:    Yeah give her the key. That is why I told her that we will be in *Delco Park*.

UM1:    *Have a good day.*

CHS:    *You too.*

[Noise]

Alebbini:    [UI] the tools?

CHS:    [Chuckles] man, I swear... *he is still asleep here*-I was saying that I talked to someone and he told me that there are *two lake--*

Alebbini:    *Two lake,* yes.

CHS:    Yeah that you can--uh--catch *Bass* and there are many. He tells me that they are full.

Alebbini:    [OV] Yeah. You-uh- is your fishing pole in good shape?

[Noise]

CHS:    No.

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029792

| | |
|---|---|
| Alebbini: | I mean, should I give you my fishing pole? |
| CHS: | [OV] because mine are for the sea and are not suitable. |
| | [Background noises] |
| Alebbini: | Damn all doors. [Noise] yeah.<br>These are ready, I mean they don't need to -- |
| CHS: | [OV] you have the other tool, and that's it. |
| | [Noise] |
| Alebbini: | -- [UI] |
| | [Noises in the background] |
| | Does the door close on its own? |
| CHS: | [OV] No, close it yourself. |
| | [Noise] |
| | This is the mistake that I made; I did not get one that closes automatically. |
| | [Noise] |
| Alebbini: | No, I thought--well I tried to pull it-where did that come from? |
| CHS: | It was on top of the car. |
| Alebbini: | Oh, I just want to smoke a little. |
| CHS: | I took a smoke and--uh--my mouth turned like that-- |
| Alebbini: | [Chuckles] I did not-- |
| CHS: | --and it was not even lit. |
| Alebbini: | [OV] I-I like to-I like to light it from here, because sometimes they make this sweet. People get most upset with the smell when I smoke ear them. |
| CHS: | Oh yes, by God. I-I wanted to tell you this frankly I almost died the other day-- |

9

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029793

Alebbini:        [OV] [Laughs]

CHS:             -- [OV] I told Destiney. I told her that these two are not normal.

Alebbini         [OV] the young men got used to these things. [Chuckles]

CHS:             I opened the doors got stuck between the-the cold and the smoke!

Alebbini:        Yeah.

CHS:             And-and I was starving to death.

Alebbini:        Yeah [laughs] the other day--

CHS:             [OV] [Laughs] *Bad experience!*

Alebbini:        -- Yeah--

CHS:             From all sides.

Alebbini:        -- [OV] One-one gets diarrhea.

CHS:             I was also mad about the sheep he sold me.

Alebbini:        [OV] [UI]

CHS:             So I'm telling you [OV] [Chuckles]. And I open the--uh--and the wind blows--uh--at me. I close the thing...

Alebbini:        [OV] The wind was cold a couple--uh--of days ago, and *muggy* the other day, man [Noise]. One was [UI]--

CHS:             [OV] [UI] that's it, [UI] that factors into sickness. This is where sicknesses come from-from-from. This is sickness.

Alebbini:        This is sickness. You are right by God.

CHS:             But--uh--when it is like--uh... I get depressed in such weather.

Alebbini:        Yeah, depression. Britain's weather, it is like that I mean.

CHS:             Really?

10

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029794

Alebbini:        Yeah. My paternal uncle Yusuf used to say... he stayed there for a year--

CHS              [OV] Isn't Britain like an island?

Alebbini:        An island, yes. My uncle Yusuf lived there--uh--for a year, he said that he saw the sun eight times.

CHS:             Come on!

Alebbini         [OV] I swear to God. Seriously. There is no sun in Britain [UI].

CHS:             [OV] I think it depends on the *city, yeah.*

Alebbini:        All of Britain, I mean... well, Britain is small.

CHS:             But maybe it depends on the *city* I mean?

Alebbini:        No.

CHS:             Maybe for example in London because...

Alebbini:        [OV] No. Britain's weather is just like that--

CHS:             [OV] you don't say!

Alebbini:        -- it is like the weather in Europe and worse than--it is even worse than Europe's weather because it is towards the end and up.

CHS:             I know Germany is pretty bad.

Alebbini:        Yeah it is--uh--yeah--Britain is worse than Germany.

CHS:             Come on man!

Alebbini:        Yeah, the weather, especially the weather. [UI] [Noise] why do I like Germany? I feel that Germany is close to us and it is not as bad as--uh--England. [Beeping noise] And then Hitler--there is the Mufti of Palestine in Jerusalem when he was fighting the Jews he went to him and he honored the Mufti of Jerusalem and--

CHS:             [OV] Al-Husayni--

Alebbini:        --Yeah. But the Jews are sons of bitches and started to use this against him.

11

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029795

CHS:          [Laughs] [OV] He said--he said that he was the one who encouraged him to use the incinerator. Mother fuckers.

Alebbini:      [OV] Yeah that is what he says [UI]. He said burn those for us.

CHS:          Okay, this is called *Delco Park*.

Alebbini       Aha.

CHS:          Where is the lake? [Beeping noise] He told me that there is a lake--you go in, he told me that there is a lake--uh--he told me that it is full of *Bass*. This one and there is another lake called Madison. He told me that you don't want Madison. There it is; *Delco Park*. I came to this *park* once a long time ago and--uh--and the intention was to play soccer but I changed my mind when I saw the nature of the field like that--

Alebbini:      Oh!

CHS:          --and I assumed that I would be running and I said to myself why would I do something like that to myself? It was the time of Ramadan.

Alebbini:      [OV] Aha. By God the other day we were--we were--Raid and I and there was a guy from Africa about our age--a little older than us. We were smoking--we sat... one of us kicked a ball and we ran after it, three to four men, by the time we got to the ball we were exhausted but we said to ourselves that's it, forget it.

CHS:          Damn smoking man!

Alebbini:      Yeah smoking and sitting.

CHS:          And sitting.

Alebbini:      I swear to God before high school when I used to play soccer it was like from one *goal* to the other; [OV] I ran from this way and that way.

CHS:          [OV] Yeah. You don't get tired.

Alebbini:      And I used to roll on the field and the--as soon I get home, I would take a shower--uh--the sweat--the dirt used to be stuck to the sweat. [Beeping noise] So you see my leg has from here oran--red and from here to here it is orange and from here it is like--I mean, I looked like a different person I looked like [UI] from it.

CHS:          [OV] [Chuckles]. I think I should go this way.

12

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029796

| | |
|---|---|
| Alebbini: | [UI] from there [UI] better. |
| CHS: | Yeah there it is; there. |
| Alebbini: | [OV] Aha. |
| CHS: | Oh! I mean you could sit there, I swear to God, I have not--I tell you this is the first time I come here. This is according to the--uh-- uh--the guy who talked to me. |
| Alebbini: | [OV] I think [UI] |
| CHS: | We need to park and get out from here. |
| Alebbini: | Yeah. I'm saying it--it has to be like that [UI]. |
| CHS: | It has to be like that, yeah. Oh there are two lakes, or is it the same one? |
| Alebbini: | It's the same one they are linked together. |
| CHS: | He told me I mean you don't need a-a license; if you go there you will not need a license. |
| Alebbini: | Oh, that is great, by God; great! |
| CHS: | *Yeah.* That is why I put my mind at ease I mean. |
| Alebbini: | Great because I whatchamacallit--uh--I don't have a license and if the police catches me I will tell him-- |
| CHS: | [OV] violation. |
| Alebbini: | --that is it, give me a violation and I will get out. |
| CHS | The violation is $200. |
| Alebbini: | [OV] Guess what, dear? |
| CHS: | [OV] Huh? |
| | [Beeping noise] |

13

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029797

| | |
|---|---|
| Alebbini: | [OV] the guys called me a little while ago [Noise], they arrested Raid. |
| CHS: | [OV] [Coughing] Who? |
| Alebbini: | [OV] Raid my maternal cousin. |
| CHS: | What about him? |
| Alebbini: | He was arrested. |
| CHS: | What do you mean he was arrested? |
| Alebbini: | They arrested him--they arrested him--the Jordanian Intelligence arrested him. |
| CHS: | Come on! |
| Alebbini: | I swear to God. |
| CHS: | Are you messing with me? |
| Alebbini: | I swear to God Almighty--uh--today--a little while ago. |
| CHS: | Why did they arrest him? What, what? |
| Alebbini: | Because of the summit; because of the summit. They asked the Intelligence about what is going on and they said, "No, we--he is just someone that we think is a suspicious subject and this is just a formal procedure, I mean, we might release him in a day once we check and are sure of him, or ten days. |
| CHS: | [Laughing] Well, the guy is a groom what do they want from him? He has another summit to attend. [Chuckles] |
| Alebbini: | [OV] He has something better than a summit man! He has the best summit. |
| | [Noise] |
| CHS: | [OV] Tell them that he has--he has another summit. |
| Alebbini: | Yeah. |
| CHS: | Grab the water. Or do you want me to carry the water and you can carry the--uh... [Noise] Tell them that the man has another summit. |
| | [Background noise] |

14

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029798

[Pause]

Look, there is the soccer field, back there.

[Noise]

[Pause]

I am telling you that is why I hate going there man. [Noise] I, I cannot bear-uh-- what do you use this for? I saw you holding the--oh no by God. Do you see how I am out of it?

Alebbini:    Yeah.

CHS:    I thought--[Chuckles]. But I saw that you had caught the fish with a cord that was thicker than that. What's-what's with that one?

Alebbini:    Yeah-yeah. I will show you that cord now; that is a cord for the fish. [Noise] This cord uh when you catch [Noise] a lot of fish you would have this cord--

CHS:    [OV] Oh so you can suspend them with it.

Alebbini:    -- [OV] you put it in--through its mouth and wrap with it.

CHS:    But you do not use it for--uh...

Alebbini:    No I just nail it to-to the ground [Noise] so that I whatchamacallit--I nail it to the ground and put the fish on it, so that the fish stay alive if I stay too long [Noise]. Because sometimes I catch one fish and I don't want to clean it and take it home.

CHS:    [OV] yeah, so you put it in the water and keep it there?

Alebbini:    I keep it in the water. So that if I catch a lot of fish I tell myself okay I can take them home--

CHS:    Well this is a good idea.

Alebbini:    --if I catch a few I let them go instead of letting them die for no reason. Now--uh-- I have it--I have it here [UI]. Windy. [Pause] [UI] now.

CHS:    What kind of stones are these? [Chuckles]

15

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029799

| | |
|---|---|
| Alebbini: | Where? These are strange stones, they are nice. |
| CHS: | Uh-uh-what do they call it? Commercial landmark--whatchamacallit, a historic landmark. |
| Alebbini: | [UI] |
| CHS: | Listen, you can get a [UI] and split it in half. |
| Alebbini: | Aha.<br><br>[Pause]<br><br>It's nice.<br><br>[Pause]<br><br>Should I push it? [Chuckles] *this is funny.* |
| CHS: | [Chuckles] what's going to push it, [UI]? Do you think this is how it originally was found or what? |
| Alebbini: | [UI]. Or it could be that from the inside it is like everything *Polyester plastic* and then they put a cement slab above it and made it look like rocks. [Mumbles] |
| CHS: | [Chuckles] Just like Egyptians in the--uh--tourist areas--they sit there--uh--and sell it to people as antiques. Or the Jordanian who sold--uh--or the Saudi who sold a American uh-guy--uh a lizard, you know what a lizard is? |
| Alebbini: | Yeah. |
| CHS: | And told him it was a dinosaur. He complained about him because he sold it to him for a million and some. |
| Alebbini: | Oh my God! |
| CHS: | He complained about him and they involved *Interpol* and they arrested him... [Laughs] I swear to God this is a true story. |
| Alebbini: | That crazy guy, I mean he believed him--and the other guy is even [UI]. |

16

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029800

| CHS: | It is true and they made a fuss about it; they involved *Interpol* and got him. They told him, "What did you do?" [Chuckles] |
|---|---|

[Noise]

[Pause]

| Alebbini: | Do you want me to adjust it for you? |
|---|---|
| CHS: | No, I'll adjust it. By God, this *park* is nice. |

| Alebbini: | Aha, and this place is nice for fishing I mean it is like--like--almost like the sea. God willing, God will bless us with a couple of fish now. |
|---|---|

| CHS: | God willing. |
|---|---|

| Alebbini: | I-do you know what I like in fishing? I like the quietness and-- |
|---|---|

| CHS: | [OV] only if the weather was a little warmer. |
|---|---|

| Alebbini: | -- yeah, if the weather was warmer. I used to enjoy the weather in Virginia, when the weather gets warmer I get naked, sit sunbathing and put my feet in the water in the lake. |
|---|---|

[Noise]

| CHS: | You don't mean naked like totally naked, right? |
|---|---|

| Alebbini: | No not totally, I mean naked like--uh-- |
|---|---|

| CHS: | [OV] Yeah I was thinking the man switched to--uh |
|---|---|

| Alebbini: | [Chuckles] |
|---|---|

[Background noises]

| CHS: | I remember you every time I see a goose. [Laughs] You are a criminal. [Noise] *Canadian,* the problem is that I did not eat it, this is what saddens me. |
|---|---|

| Alebbini: | [OV] Yeah by God. |
|---|---|

| CHS: | Even though and for your information the *Canadian* are well kn--well kn--well-known, I mean, in their taste. |
|---|---|

17

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41 minutes

ALE-00029801

| | |
|---|---|
| Alebbini: | By God a lady told me that they are a protected species, and don't go near them. I said that is it-- |
| CHS: | Well you already killed it so what do you want-- |
| | [Noise] |
| Alebbini: | --well, I killed it and when I saw how big it actually was [Noise], I found out that the matter is not a joke. |
| | [Noise] |
| CHS: | This thing is tangled from here man, what is going on? |
| Alebbini: | Where? |
| CHS: | Stuck from here. |
| | [Noise] |
| Alebbini: | Oh, the string is damaged. |
| CHS: | This one; this one; this one. |
| Alebbini: | Like this. This one is like that. What is this? This is coming from here-- |
| CHS: | And how are you going to get this one out? That's the question--huh. [Noise] It broke. |
| Alebbini: | Excellent. [UI] |
| CHS: | That's it. *I got it.* |
| Alebbini: | Well, the first thing is you open this one. |
| CHS: | *Yeah, I got it.* |
| Alebbini: | *Just* [UI]. |
| CHS: | So I put it here in this place. |
| Alebbini: | Yeah. No, not from here. You need to start from here. |

18

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029802

[Background noise]

[Pause]

CHS: So when does the--uh--summit end?

Alebbini: [UI] I really do not know when it ends.
CHS: I told you there is something going on.

Alebbini: Yeah.

[Pause]

[Background noise]

Huh? [Chuckles]. This one is heavy--

CHS: That's it.

Alebbini: --this one is heavy; I took it out.

CHS: I don't--I don't want a thick one I want a light one because there are uh-rocks and I do not want--

Alebbini: [OV] this one--do you want to see this one?

CHS: -- it to--be stuck. This looks like it is a good and clean one.

Alebbini: And this one? You have--uh--you have the one that looks like the fish.

CHS: No let us start with this one.

Alebbini: This might be a better--yeah I think that one is better.

CHS: Which one is better? [OV] because I don't know; I never fished for Bass.

Alebbini: By God. Look there is this one if you want. And here--God willing you will catch one now with this. God willing you will catch it now.

CHS: God willing. I did not bring my phone with me otherwise we could have taken some pictures now.

19

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029803

| | |
|---|---|
| Alebbini: | [OV] I-I have tried these ones; I've tried this, and this one I've tried well. |
| CHS: | [OV] Give me the one that you tried. |
| Alebbini: | [OV] Here you go, this is the one I have tried. It's a good one. I have tried it. I caught, I mean, I caught the two big fish with it. I might change the one I have and put a *Catfish* bait on it and I will cast them some *Catfish*. What I frankly like about fishing is the--uh--whatchamacallit... [Pause] |
| | [Background noises] |
| CHS: | Is it good--uh--like this now? |
| Alebbini: | Yeah, but you have to cut these extra ones, because the fish see it. They can see it and they get afraid. That is what I have heard, I don't know whether this is true or-- |
| CHS: | [OV] Well, do you have a pair of scissors? |
| Alebbini: | Uh--I have--there is a lighter inside. There is the lighter. |
| CHS: | You have all the tools here. *Yeah, yeah.* Well there is the fish--photos of fish up there which means that all is good. [Noise] [Pause]. Man, I don't know where the wind is coming from! |
| | [Pause] |
| | [Noise] |
| | [Pause] |
| | So now I cast and pull? |
| Alebbini: | Yeah. [UI] |
| CHS: | [OV] I once--huh? Is it splashing in the water? |
| Alebbini: | It is flapping inside the water. |
| CHS: | *Okay.* |
| | [Pause] |

20

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029804

Alebbini:     It is supposed for the bait, when it comes towards you to flap. Do you see it?

CHS:          I don't see anything but...

Alebbini:     Did you catch anything?

CHS:          No, it looks like it got stuck.
Alebbini:     It's not a problem, if it got stuck, we will cut it.

CHS:          Damn it, why is it that every time I fish this happens to me?

Alebbini:     Well, look, look, uh--just give it a little slack. Let me show you this cast so that you will see how.

CHS:          Aha.

Alebbini:     You start to pull right away so that--do you see how it flaps?

CHS:          Yeah!

Alebbini:     So it thinks that the bait is a fish, what does the fish think it is? Something, so it comes and snatches it and when it snatches it, you will feel it right away. What happens then is that you give it some *slack* so that this—
              If this is does not come out then cut it.

CHS:          No let me try to get it out like this.

              [Background noises]

              [Pause]

              Let us give it a try, mine is [UI].

Alebbini:     If it got stuck then it got stuck.

CHS:          No here it is.

Alebbini:     You got it out. Yes correct, correct.

              [Background noises]

              [Pause]

                                   21

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029805

I don't know how deep the water is here.

CHS:        Well, I don't know. This is the first time that I come here.

[Pause]

Alebbini:   Why-why do you bother yourself with the [UI]? Look here, do you see that?
CHS:        Huh.

[Background noise]

[Pause]

Alebbini:   With one hand, with one hand.

CHS:        Don't you want to loosen this?

Alebbini:   Yeah, like this, like this, yeah.

CHS:        That's it. Release it like that.

Alebbini:   Windy.

[Pause]

[Background noise]

CHS:        Hey! I swear to God there is plenty of fish there. Did you see?

Alebbini:   Where, where?

CHS:        Here, here.

Alebbini:   Here?

[Pause]

[Background noise]

CHS:        At the corner, yeah.

[Pause]

22

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029806

Alebbini: Did you catch anything?

CHS: It got stuck.

[Pause]

Alebbini: Have you ever lost a fishing rod in the sea?
CHS: One broke once with me.

Alebbini: A big fish broke it? Oh my God, sometimes the fish would come and snatch the whole rod. I would have fixed the rod like this in a place and then you see the rod floating [Chuckles].

CHS: Do you know the *sea ray*?

Alebbini: Yeah.

CHS: Do you know the *sea ray* the one that looks like...? They consider it from the shark species.

Alebbini: No, by God I do not know it but I have heard of it.

CHS: It has a round shape like this.

Alebbini: [OV] I know it the one that has a-a tail--

CHS: It has a tail!

Alebbini: -- Yeah. The one that stings, they think it stings.

CHS: Damn them! They're big. As I was fishing guy caught one [OV], and that--the rod itself broke in the center.

Alebbini: [OV] Yeah. It cracked it, huh?

CHS: Yeah, and people where recording me and--uh--

Alebbini: This one's size extents to meters.

CHS: I am telling you it's big.

Alebbini: Now I know what it's called.

23

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029807

[Pause]

CHS: Is that you? That's you.

Alebbini: Yeah, yeah, it flew there.

CHS: I thought it was a fish I was saying to myself i--it is shameless, Damn it. [Background noises]

[Long pause]

Alebbini: [UI]

CHS: Huh?

Alebbini: Do you want to catch some fish?

CHS: Yeah.

Alebbini: We need to change the location.

CHS: Where should we go?

Alebbini: To the corner there.

CHS: Which cor--?

Alebbini: The corner there, because the fish--the fish will go to the water that is still and settle there.

CHS: --Oh, okay then.

Alebbini: If we sit--you on one end and I on the other, God willing we will catch some. If we didn't catch any fish over there, I mean....

CHS: We will buy fish and say that we caught it.

Alebbini: Okay we will come another time, *you know.* We will come another time.

[Noise]

[Pause]

24

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029808

|  | We will walk to there, huh? |
| --- | --- |
| CHS: | Yeah, well it is right there. |
| Alebbini: | Aha. |
| CHS: | Actually there is no way to go there except by walking. |
| Alebbini: | There is no way except for walking. [Noise] this bait is for *catfish*. I put it on-- |
| CHS: | I am not *a big fan of--uh--catfish*. |
| Alebbini: | --well, it is tastes better than the *bass*. |
| CHS: | I have never tasted it. |
| Alebbini: | *Cat*-[Coughs] *fish* is neat and then--uh--it does not have as much bones as the *bass*. |
| CHS: | Really? |
| Alebbini: | Yeah, it has less bones. The meat comes out separately from the thing. |
| CHS: | How do you cook it? Do you fry it or--uh... |
| Alebbini: | Well frankly listen, if--I mean I-if I now--whatever I tell you about fish put it in one ear out the other. Because I do not know how to cook fish at all. I am the last one to--we used to--I used to bring fish and man I feel bad if I throw it away, but I know myself the fish will-will come out fishy tasting when you eat it. So I kept letting them go until Qasim came one day and told me, "Give them to me, man. Give them to me." |
| CHS: | [OV] So Qasim became your rescuer. [Laughs] |
| Alebbini: | Yeah, yeah Qasim became the rescuer. |
| CHS: | [Laughs] |
| Alebbini: | So Qasim came, okay, so Qasim came and he put yogurt, he brushed them with yogurt! Yogurt and lemon and so on, and that day we ate some good fish. I mean good fish. We ate fish, thank God. |
| CHS: | I felt that he was like an old lady when he was cooking Mansaf in front of me. |

25

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41 minutes

ALE-00029809

| | |
|---|---|
| Alebbini: | [Laughs]. Look at the goose [UI]. We don't have any finches, man. There are no more finches. |
| CHS: | [Chuckles] The other day my mother was saying that nowadays the cats are everywhere. |
| Alebbini: | Yeah. Brother, this country here they, were smart, they stole this country readily on a platter. They came here and found these poor tribes and they said let's, let's wipe them out and they wiped them all. I mean they created a massacre, a massacre. |
| CHS: | I swear to God, I once saw a video that--that it's unnatural how they killed-killed them. They kill and stack them one by one. |
| Alebbini: | [OV] Yeah. They killed the--uh--*buffalo*, the *buffalo* animal. Eh--I mean they made the animal extinct from the continent. |
| CHS: | [OV] *Yep.* Here or further down? |
| Alebbini: | In that corner. So that the [UI] there [UI]. |
| CHS: | *Oh, all the way* to that corner there? |
| Alebbini: | Yeah. |
| CHS: | *Okay.* |
| Alebbini: | [UI]. I don't know about the waves, I don't like it. I never saw the fish in the waving waters. |
| CHS: | Me-me neither. |
| Alebbini: | Yeah. [UI] |
| CHS: | [OV] I-I, frankly speaking I went fishing here in ponds and so on but when I started to fish in the sea-- |
| Alebbini: | [OV] Yeah you stopped. |
| CHS: | --I stopped. |
| Alebbini: | You liked the sea. |

26

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029810

CHS: Huh?

Alebbini: [OV] the sea then--

CHS: [OV] The sea--the sea--the sea yes.

Alebbini: --more [UI].

CHS: Do you see how this is?

Alebbini: Yeah.

CHS: Well it is like--uh--going further into the sea. You go in and you cast your hook and wait.

Alebbini: And that's it.

CHS: And that's it.

Alebbini: And you catch some, more than here.

CHS: And you catch some.

Alebbini: More than here.

CHS: I mean, I once took my daughters and I went in the morning within 10 minutes I might have caught about seven or eight.

Alebbini: God is great whatever God wills. And they were all good.

CHS: [Chuckles] Just like the difference between day and night, the taste and the--

Alebbini: [OV] And-the-the size, I mean the size-uh-is good.

CHS: --the size is what you like, I mean if you want small fish, I mean like this size--

Alebbini: [OV] you make the bait smaller.

CHS: --no you use--uh--use *shrimp* for the ones that are this size.

Alebbini: Yeah.

27

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029811

| | |
|---|---|
| CHS: | If you want something bigger you have to use small fish. |
| Alebbini: | Yeah |
| CHS: | Sardines for example. They use sardines. |
| Alebbini: | Yeah. |
| CHS: | Some people go... you go without bait or anything, you might have something like this. |
| Alebbini: | Yeah. |
| CHS: | Do you see this one? Do you see this one? Like this one. |
| Alebbini: | *Hook.* |
| CHS: | [Stammering] yeah, it--there is this *hook* and the same way it will catch fish that is this big, like this. Do you see that? Half the size of my hand. |
| Alebbini: | Yeah. |
| CHS: | It can catch it. Well it is quiet here. |
| Alebbini: | Yeah, do you see that? I mean here--if--it could be the best possibility, I mean. Do you see the fish in this location? It is [UI]. |
| CHS: | Is this a fish or... |
| | [Pause] |
| CHS: | Ugh...Did you know that there are people [Pause] like you who come and cast the net and then catch fish. Here you go, it took the bait. |
| Alebbini: | Do you know what this one has? |
| | [Noise] |
| | [Pause] |
| | I dragged it over the branch, from over it. |
| | [Background noises] |

28

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029812

[Pause]

[Noise]

CHS:  Damn it, what is this? [Chuckles]

[Pause]

Alebbini:  Look.

CHS:  What happened?

Alebbini:  There is fish here.

CHS:  Huh?

Alebbini:  There is fish here.

CHS:  What type?

Alebbini:  I don't know. It attacked the bait that fell.

CHS:  And why did it not attack the-the-the-the ones that we make?

Alebbini:  I don't know [UI]

CHS:  Let me try one cast here. It could possibly...

Alebbini:  this.... don't make my mistake and [UI].

CHS:  [OV] *Yeah*, I just want to get there and cast it [Sniffs].

[Pause]

I want to change the bait.

Alebbini:  What do you want to use?

CHS:  I want to--I want to go to the *catfish* like you.

Alebbini:  Take something like this one.

CHS:  Is this also for the *catfish*?

29

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029813

Alebbini:      No.

CHS:           [Sniffs] Okay what about the Tilapia? Is the tilapia the same--uh--Do you catch it the same way you catch the *bass*?

Alebbini:      I really don't know, I never caught *tilapia*. I only know how to fish for *bass* and *catfish* because these have *bones*--I-I mean--uh--there are not so many species that I know how to fish for.

               [Background noise]

               [Pause]

CHS:           Okay, so do you use this for the *catfish*?

Alebbini:      Umm--there is one that is better than this one if you want. I have neat one to catch the *cat* with. Umm look at these here.

               [Noise]

CHS:           These are big though, it's big. I want to use-use a small one and see how it goes--

Alebbini:      [OV] The small one comes ou... look at this one it is not too small. The small one is sometimes slips away from the bait.

CHS:           *Yeah*, from the... Do you put a sinker or without a sinker?

Alebbini:      It depends; it depends if it is windy or if you cast far. Whatever I want; it depends.

               [Pause]

               You know, it is even better for us here, huh? The wind--

CHS:           [OV] Yeah.

Alebbini:      --is lighter.

               [Pause]

               [UI]

               [Background noises]

30

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029814

[Long pause]

Alebbini: If-if you want to put the floater on it we can let it float there and when the fish snatches it, you can see it.

CHS: *Yeah* I feel it if the fish snatches it.

Alebbini: This bell, when you want to catch a *catfish* at night you put it here and as soon as the fish moves [Bell rings] it will do like this.

CHS: So is there any *catfish* in-in our country? In--uh--the Jordan Valley or in the...

Alebbini: Frankly speaking, I don't know *catfish* but there I know some Iraqis who told me that yes, there is. There is in Iraq, in the Euphrates and stuff like that.

CHS: Do you know--uh--of a fish that they call Masquf?

Alebbini: Masquf, what?

CHS: Masquf.

Alebbini: [Chuckles] No, not really.

CHS: The Iraqis call it Masquf.

Alebbini: [OV] Yeah.

CHS: --uh-uh--because they cook it as Masquf. But it is--they call it here Grabie-- [PH] Gray... I swear I forgot its name. It is not considered the best quality fish here. It becomes big and--uh--and they say it is very fatty.

Alebbini: [OV] Well, *catfish* also grows to be big.

CHS: [OV] Well do you know that I also saw *catfish* in the sea?

Alebbini: Yeah there are sea *catfish*, river and *pond*.

CHS: I went to a restaurant--uh--like--uh--like on the sea--

Alebbini: [OV] Yeah.

CHS: --and the restaurant itself farms this *catfish*.

31

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029815

| Alebbini: | It is like on the same thing--right? At the end, yeah. |
|---|---|
| CHS: | Just like this one, *yep*-- |
| Alebbini: | At the end of it-- |
| CHS: | --and oh my God how full it was, man. And we used to fish from it, I tried to fish it but it would not eat anything from me. |
| Alebbini: | It is as if whatchamacallit-uh-uh-- |
| CHS: | [OV] and if you throw other kind of food at it, it eats it. But it will not eat food if you hook food onto the fishing rod. And they are in schools. |
| Alebbini: | -- that kind is in schools. |
| CHS: | In schools. |
| | [Pause] |
| | [Background noises] |
| | [Sniffs] |
| | You know what? In Jordan, do you know about the Dead Sea? |
| Alebbini: | Yeah. |
| CHS: | So do you remember that--I don't know if you-uh know the area well, but there was a place--uh--waterfalls that come down hot. |
| Alebbini: | The waterfalls of Ma'in. |
| CHS: | No, no, not the waterfalls of Ma'in. The waterfalls of Ma'in are further south. I'm telling you the ones that are north--there are waterfalls that have cold water and hot waterfalls. |
| Alebbini: | Yeah. |
| CHS: | The waterfalls that have cold water had uh- small fish, and they used to catch... I, I was one of the people who caught some of the small fish. And--uh--as far as I can remember it was *catfish*, but it was only this big. |
| Alebbini: | Yeah. |

32

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029816

CHS: It was small and people used to catch it and sell it for a schilling. They used to put it in a bag, like chicks. So there are *catfish*, the Jordan River and so on, I believe has *catfish*.

Alebbini: [Mumbles] I have no idea about the fish in Jordan.

CHS: [OV] No, and me neither, man.

Alebbini: [OV] I lived in the village and we did not have much water. We were lucky if we could bathe.

CHS: Irbid does have-uh-water, man.

Alebbini: Where does it have it?

CHS: I'm--uh--telling you that there is a program on Roya that I saw uh-a week ago, in an area, I swear to God I had--I wanted to call you and tell you, it is called and that is it. It was so beautiful--uh-uh--I don't know--I told Qasim I asked him about it at the time. [OV] I am telling you, man, mountains, mountains, mountains and mountains; and they tell you not to go there alone as it is not safe. There is nothing just mountains and green areas, it is amazing man I did not think that Jordan would have something like that. And then they went to a place where there was a waterfall and water and-and-and-really neat stuff.

Alebbini: Well, we have something when you leave Sal, there is something like--if you go to Sal and walk through the market we have a water spring that gushes out some water. They dug a whole world around it; they made a reservoir and the Jordan River runs underneath it, people from Sal and Irbid come to swim in it and from it they watered the trees [Chuckles]--

CHS: [Laughs]

Alebbini: --and everything.

[Pause]

CHS: I--by the way, Irbid and-and--uh Jarash [OV]; I liked them--I liked the--uh--

Alebbini: I swear to God--well frankly I don't know--I don't know anything in Jordan other than Irbid, frankly. I do not know Jarash, I don't know Ajloun.

33

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029817

CHS: Well, it is because I saw the natural landscape--uh--you know. I like natural landscape.

Alebbini: We are kidding ourselves; there is no natural landscape.

CHS: There isn't any in Irbid? Man, I want to get the--when we go to the-the--*van* I want to--I will try to Google it.

Alebbini: I mean what natural landscape are you talking about? If it was there [OV] [UI], but what now, we have natural landscape?

CHS: Believe me there is, there is in Irbid. I'm telling you, man I saw the program with my own eyes. I am telling you mountains, trees, and-and waterfalls. I felt that they were lying but it was all on the video, it was there.

Alebbini: [Laughing] you did not believe it.

CHS: Well I'm telling you it was on the video I mean it was not... And they tell you that they can't go even any further also because the-the--borders with Syria and there are areas that we cannot come-come close to because of the war.

Alebbini: Yeah [UI]

CHS: Huh?

Alebbini: ok, yeah, yeah, yeah. This is on the borders then it means that by Israel, either the Jordan River or maybe al-Yarmouk River.

CHS: Man-uh-uh, no. I am telling you mountains; not one or two mountains but mountains. I mean you stand on top of the mountain and you see a row of mountains like that. There are no human beings nor houses or anything.

[Pause]

Alebbini: Do you know what the best time that I consider for fishing is?

CHS: [OV] in the morning.

Alebbini: When you come to the water and you see the small fish here on the edges. Because the small fish are running away from the big fish--

CHS: Aha.

34

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029818

| | |
|---|---|
| Alebbini: | --and the big fish is running after it. Hey man, try to learn the correct procedure, man. |
| CHS: | I don't want to learn. I am doing well and I can cast it better than you can. |
| Alebbini: | Well, you here—-uh-- [Background noises] it is not like--it is not like the sea; you have to keep casting. |
| CHS: | Well I casted it and I am waiting; I will catch. |
| | [Background noises] |
| Alebbini: | [OV] Do you want me to put a bobber like that one so it floats? |
| CHS: | Well the bobber... well, if someone hears you, one would-uh-think that you caught ten fish and I caught nothing. |
| Alebbini: | No, the bobber-- |
| CHS: | [OV] neither you nor I have caught any. |
| Alebbini: | -- Okay, but the bobber will make it easier instead of you having to keep pulling it. |
| CHS: | No, no leave it for a bit and-uh... God willing all is good. |
| Alebbini: | You thought you would be able to line your fish here and we will be two to zero, two fish; I would catch two fish and you catch nothing. I went with many people to fish for fish like these ones and they tell me the same thing, [Chuckles] same talk. |
| CHS: | Well, it looks like it is going to be 0-0. [Chuckles] |
| Alebbini: | The problem today is that--if it was only a little warmer--uh--the sun it uh-uh-- |
| CHS: | I said to myself--I said that--it is because you-you said that-the uh-uh-- |
| Alebbini: | [OV] that the fish moved? |
| CHS: | --no, because you said that--uh--... Do you see this damn one? There it is, there it is--one just jumped and came down here. When you told me that the fish are hungry, you said-- |

35

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029819

| | |
|---|---|
| Alebbini: | [OV] when the water becomes warmer they start moving--when the weather gets warmer the fish start moving looking for food, they know that it is summer time and they start to prepare themselves to eat so that they can lay eggs. Fish are caught at all times but I heard people like to catch it in summer because that's it, it-it starts to *bite*. |
| CHS: | Aha. |
| Alebbini: | It will bite anything. |
| | [Pause] |
| CHS: | Damn fish! When I first came to America I was wild about the geese. |
| Alebbini: | Aha. |
| CHS: | I wanted to catch a goose. And it stayed in my mind and especially when I see them hatched and when they are small. |
| Alebbini: | Aha. |
| CHS: | I say oh, that's the best time.. One day this guy, this guy Ken the-the-the one that we got the lamb from; sold me a goose. And brother it was in the oven for more than 10 hours and it never got done. |
| Alebbini: | Nothing huh? |
| CHS: | Wood, it was like this piece of wood. |
| Alebbini: | Well, this needs a pressure cooker, it is [UI]. You need to cook it in pressure and then it well get cooked. |
| CHS: | Well this kind is not edible, it is the wild kind. |
| Alebbini: | Wild, yes wild. |
| CHS: | There are geese that are not the wild kind that I once got. It was like--uh--the knife cut through the meat like butter. |
| Alebbini: | And it is like--if you would [UI]... my-my father used to slaughter something like geese or chicken, he would slaughter the rooster when it gets big but not when it gets old. I mean as soon as it gets big and grows and becomes a fair size but not-- before it starts pecking the hens. |

36

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029820

CHS:        [OV] Aha. Yes that is it correct. Because I got one like that and I tried to-uh... we cooked it and man they loved it.

Alebbini:   I swear to God that chicken was so good.

CHS:        Yeah but you have to get the right age not the--

Alebbini:   [OV] because its meat--farm-raised chicken does not have fat.

CHS:        No and--uh--you can make soup, I love its soup.

Alebbini:   There are four of us in our family; my father used to get paid 250 or 300, we used to raise pigeons, sell squabs to people;  one and half lira for a pair of squabs--uh-we would sell--uh-chicken eggs, you know because we were so broke; we only ate chicken eggs. We have 13-14 chickens behind the house, if you are hungry, get six eggs and eat, put oil, we have olive oil around the house [Chuckles] by God, it's God who provides, by God, it's God who provides; the olives, my father would squeeze the olives and get us six cans, three or four. It's our supplement for the year, we fry eggs in the morning and for dinner, and for lunch whatever is there, whatever God provides. Thank God none of us have ever got a broken bone or anything happen to him because we ate so much eggs, Good *calcium*.

CHS:        One... we used to-we used to... uh... the same story.

Alebbini:   Yeah.

CHS:        We had chicken, rabbits, geese and ducks-I mean I tried every kind of eggs that--uh-uh-uh--

Alebbini:   [OV] the animals--

CHS:        -- the geese, ducks and that sort, I tried it all.

Alebbini:   The goose egg--

CHS:        And--uh--uh--

Alebbini:   --the goose egg, you put the goose egg all by itself in the water pot--

CHS:        --it's big.

Alebbini:   --yeah.

37

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029821

| | |
|---|---|
| CHS: | It used to--uh... my father used to cook the geese for us--uh--when--I mean after it hatched and matured and the time came for the males, he would select them-- |
| Alebbini: | [OV] Yeah |
| CHS: | --and make Mandi with them. |
| Alebbini: | My father-my father only slaughtered males. |
| CHS: | Yeah, you only slaughter males. Same with the rabbits. |
| Alebbini: | Ah-huh. |
| CHS: | The rabbits will suffice you in the summer and in the winter. |
| Alebbini: | The rabbit--the rabbits multiply fast you know. |
| CHS: | Yeah, I am telling you, used to--uh--used to--we used to too much-I mean [sniffs] the pigeons, the squabs. And the trees-- |
| Alebbini: | [OV] the waves are gone over there also, or is it... |
| CHS: | [OV] I don't know by God, no the waves are still there. |
| | [Pause] |
| Alebbini: | Muhammad, I know you got out in the morn--morning, so if you get bored or if you want to leave, it's up to you. I am unemployed. |
| CHS: | I am unemployed also [Laughing] |
| Alebbini: | [OV] I--no, no... |
| CHS: | Unemployed, he says. I told you what-uh-uh--the mess that happened to me. |
| Alebbini: | [Laughing] Yes, but I want to hide from them--I want to hide [OV] |
| CHS: | [Laughing] I mean if I go home what am I going to do? I am going to--uh-- |
| Alebbini: | [Laughing] Am I going to confuse them? Poor Raid they broke two doors to enter his house. [Laughing] |
| CHS: | No man! |

38

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029822

Alebbini: I swear to the Almighty God, they broke two doors. I said I would love to talk to him; just to know what was he feeling when the doors were being broken. By God.

CHS: You mean at his house?

Alebbini: At his house.

CHS: They broke the door?

Alebbini: They broke both his doors.

CHS: Why this nastiness?

Alebbini: I don't know, and--uh--he talked--uh--Qasim talked to this guy, he told him that the young man-uh-the young-uh--was--uh-uh-uh--was reported a long time ago, from a long time ago--I mean--a long time ago, we knew; however, when the summit happened we said let's see what his deal is. Imagine! The *YouTube*, everything you follow. Furthermore America sells the information.

CHS: Huh!

Alebbini: The Jordanian Intelligence is pretty much the American Intelligence. It sells the information, it gives it to the people.

CHS: I am telling you, God damn them; that's why I don't--uh--I know if I go to Jordan--uh--bu... I cannot tolerate it. I had a problem a long time ago when I was in-in-in Jordan and I saw how evil they are; frankly I did not...

Alebbini: I--uh--am not-uh--they are evil, right?

CHS: Yeah.

Alebbini: Evil, by God, evil.

CHS: I mean--I would not--uh-frankly, I cannot tolerate that anyone hit me.

Alebbini: Yeah.

CHS: Or curse me--

Alebbini: Yeah.

39

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029823

CHS:          --impossible--uh-uh--I *ta*--I mean I cannot tolerate it.

Alebbini:      No, you would take it from a Jew, but you will not take it from an Arab.

CHS:          *I--uh--I wouldn't.*

Alebbini:      You would not take it, I rather have a Jew spit in my face, than an Arab guy giving me a lecture, because I would say to him, you--I mean--uh--you know, [UI] ...

                 [Pause]

Alebbini:      You know--you know this is a good area for fishing, if only the fish it was I mean, cooperated, the area will be good, beautiful I mean, comfortable. Other areas I used to fish at; it has the vegetation that is here, I don't know what it is called *Lilly pad-Lilly pad.* It grows and spreads like this on the surface of the water.

CHS:          No, they probably clean it here.

Alebbini:      [UI] it will not be cleaned, it will give you trouble, you catch the fish and it gets stuck among them; it will break the line. [UI]

CHS:          No, it's not coming towards me.

Alebbini:      He sat [UI] like that.

CHS:          At sea-at sea-when you are at the *p--pier,* they call it *pier,* like for example--uh-uh--the same idea as that one.

Alebbini:      A bridge?

CHS:          Yeah, if you want big fish, you have to cast far, and you want medium fish or--uh--I mean depends on the kind of fish, there is fish that you have twist under--hold the rod like this and cast it to go under the--uh--whatchamacallit.

Alebbini:      Over there they fish--uh--*crab* and everything you know.

CHS:          Everything-every--

Alebbini:      He throws the net and puts-uh-uh-a thigh in it, a chicken thigh, then he lifts it, by then they will enter cage [UI].

40

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029824

CHS:            -- you need to put it and forget it--

Alebbini:       [OV] Yeah.
CHS:            --and come back to it the next day. Because the *crab* will come and take it's time eating.
Alebbini:       By God--uh--there was a guy living, I went--uh--I used to work--uh-- at a company that installed satellite for people; *Dish Network,* I worked for them. We went to a guy's house--uh--his house is on a river and the river bends like a '*S*' near his house.

CHS:            Ah, here in America.

Alebbini:       In America, so what does this guy do, he puts cages and goes to work, he comes back—a-after work and takes the cages out, he gets three or four boxes and sells each box for one hundred something, I don't know how much he sells it for, he makes-I mean-he makes each time he does this $300, like that, this on top of his salary and on top of everything else. He also has--uh--he made--uh-uh-uh-warehouse, you know the w-warehouse that you have in the back in the *shed*?

CHS:            Yeah.

Alebbini:       But as you say, he turned it into a--uh--*cooler*, a *cooler* and *freezer.*

CHS:            [Coughing] where is this? Is this guy fishing on the river?

Alebbini:       He is fishing on the river. *Crab,* crab on the river.

CHS:            You know I-I-uh-one time the-the-the-mail man--

Alebbini:       Yeah.

                [Background noise]

CHS:            --he tells me--uh-- he went to--uh... How did I know about fishing and the business of fishing in the sea? He did. He said to me, you go to Florida, go to-uh-uh-over there for-for 50 *dollar*, 40 *dollar,* they will take you on the boat, and you will fish and they provide everything. He also showed me pictures, so he tells me--he tells me that when-when we caught something-uh-when we were coming back, we left with fish with us. He said so at the airport, he said one--uh--my friend put--uh the fish in the *ziplock*--, *fillet*--he made it into *fillets,* froze it, and carried it on the plane home, normal. He said we bought coolers and *ice*, I don't know--it supposed to bring *dry ice*--

41

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029825

| | |
|---|---|
| Alebbini: | [OV] Yeah. |
| CHS: | --and what have you. He said, "When we brought it, we were told it's too much, you need to-to-to throw some of it away or something like that." So he said, "We took two *fillets* out and put them away, it was the good kind--uh--*swordfish*-- |
| Alebbini: | [OV] Yeah. |
| CHS: | --we put away two pieces." He said, "They took maybe *lobster* from another guy." He said, "When we opened--he opened the cooler," he had a *freezer,* he opened it and he keeps the -the-the-the extras, he said, "I swear to God that the guy had all kinds of fish with him." [Laughing] |
| Alebbini: | He stores it for himself, right? |
| CHS: | I asked him, he told me all kinds of fish; *lobster*--uh--I don't know he said I have everything. |
| | [Background noise] |
| | [Pause] |
| Alebbini: | You know if the weather is really hot, the fish--we should have caught some serious fish. |
| CHS: | I mean, there is not even a *bite,* they are not biting. |
| Alebbini: | There is not even a *bite.* Like I was sitting [UI] |
| CHS: | There is a *park* that I know, it's called--uh--Coxapretim [PH]. |
| Alebbini: | What's its name? |
| CHS: | Coxapretim [PH] |
| Alebbini: | Coxa-- |
| CHS: | Coxapretim, Coxapretim it's close to the area of Yaffa Grill and the likes, but fishing is not allowed there, but the fish there [Laughing]... |
| Alebbini: | [UI]. |

42

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029826

CHS: I got in one time, I rolled up the line in my hand and put it with the hook and bread.

Alebbini: Yeah.

CHS: I would throw and catch, I throw... [Laughing]. My God, there is so much fish, any kind of fish that you can think of, they have it. Four or five ponds, and in each pond there is a different kind of fish.

Alebbini: In the area that-uh... the farm that is behind our house, for 20 years let's say no one is fishing in it, and-uh-the owners of the farm, as you would say, would not let anybody in. So, when I lived there, new people have just bought it and they allowed me. I used to catch fish, but I did not know how to catch the *bass* at that time, I learned over there at their place, in that area I learned how to catch *bass*.

CHS: How big is the *pond*? As large as this here or smaller?

Alebbini: --the *pond*? Uh-uh... look, this frankly is wide, this is wide-I mean-that one is long, probably the same length, but-uh--not-uh--frankly not that deep, I mean.

CHS: *I g--I got you.*

[Pause]

Alebbini: In all my life I did not envy anyone like you might say, except for the owner of that farm. My God how I wanted that farm, because there was a restaurant, and I would-I mean that's it, I would say if I have money, I would have bought the farm, I would have taken the restaurant, raised sheep and cows and--uh--opened the restaurant. Next to the restaurant there was a bakery. The bakery was for Gordonsville, a small bakery. I mean I would go to the bakery, and tell them to bake me bread the way I want it, and I will make meat pies and sell them at--

CHS: *Pita bread.*

Alebbini: --yeah.

CHS: *Pita Bread.* By God, the bakery that... now, after we are done, I am going to go by it, now that I thought of it.

Alebbini: Yeah.

CHS: What is wrong with you?

43

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029827

| | |
|---|---|
| Alebbini: | Is the water with us? |
| CHS: | Yeah, the water is here. I am going to stop by him and tell him I want--I told him twenty times and told him that I want half baked bread. |
| | [Pause] |
| | Man, what is all that junk over there? |
| | [Pause] |
| | [Background noises] |
| | Have you ever been at al-Aqaba? |
| Alebbini: | Yeah. |
| CHS: | Have you ever seen anyone catch fish over there? I never saw anyone. |
| Alebbini: | Yeah, I saw people [UI] the car and cast but I never saw anyone catch fish. |
| CHS: | That is what I am telling you, what--they don't know how or what is the story? I don't know. |
| Alebbini: | However, fishing is the Omanis game. The Omanis. |
| CHS: | [OV] Yeah. By God I have a friend in Saudi Arabia-- |
| Alebbini: | Yeah. |
| CHS: | --I was looking at some of his pictures once-I mean--uh--he is excelling, as you might say. They go on a guys' trip, [Background noise] they catch fish, you know-they go on a guys' trip, they catch fish, they build a fire on the beach and they grill it. |
| | [Pause] |
| | [Background noises] |
| CHS: | Damn it. We are not able to catch nothing. |
| | [Long pause] |

44

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029828

[Noises]

Alebbini:     Are you bored? Do you want to leave?

[Noise]

[Pause]

CHS:          This is the last cast.

[Pause]

[Noise]

If there is-there is time we will go to-uh-Madison. Don't you want to--do you want to cut it or keep it?

Alebbini:     No.

CHS:          What?

Alebbini:     That's it, cut it.

CHS:          You don't want to take it apart?

Alebbini:     There is no room huh, in the car?

CHS:          Yeah, it does have room.

[Pause]

[Noise]

[Coughing]

*Good job.*

[Pause]

[Noise]

Do you want the *Black and Mild?* Your smoke?

45

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029829

[Pause]

[Noise]

Alebbini:     God willing next time I am going to [UI]

CHS:          This I am not-not-not-not... I mean I saw fish flapping but--

Alebbini:     The fish is even not biting.

CHS:          *Madison Lake*, there is *Rainbow Lake*. You will like *Rainbow Lake*. But they open on April 1st.

Alebbini:     April 1st.

CHS:          They open on April 1st, and you are traveling... [Chuckles] April 1st but this as you might say you pay *five dollar.*

Alebbini:     Yeah, for admission?

CHS:          Yeah, however that is a *lake* and they bring fish and stock it.

Alebbini:     Yeah.

CHS:          More than one *lake*-I mean there is-you go in, there is more than one place and— each place there is as you might say-there here-uh--here for example let's say-uh- they have a big one like this one, next to it here *one, two, three, four, five*, like this. *Crab--uh-crabby--*

Alebbini:     *Crab-crab.*

CHS:          *Crab.*

Alebbini:     Ah-huh.

CHS:          *Crab fish.* Which is-uh-uh--which is what they call Masquf in Iraq--

Alebbini:     [OV] Yeah.

CHS:          --and they make Masquf out of it.

Alebbini:     [OV] That fish has a lot of bones.

46

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029830

CHS:            Yeah.

Alebbini:       I mean even its back from the top is all bones.

CHS:            But like this man, its size will reach. I saw people catching it.

Alebbini:       No, the American *crab* that I know does not grow like the *blue gill* that I know but this one looks like the Masquf is something else

CHS:            I will show you how; I will show it to you.

Alebbini:       The *crab* looks like a frog and it's spotty.

CHS:            No, no.

Alebbini:       The American one.

CH              If God gave us-gave us a chance and we went, I will show it to you, the...because they say right on it, for example that this pond is full of this--

Alebbini:       [OV] Yeah.

CHS:            --fish. There is a pond that is full of *catfish*, full.

Alebbini:       *Catfish*!

CHS:            But man, you don't know how to catch it.

Alebbini:       *Catfish*, you need to put the bait and [UI]

CHS:            We put the bait and-uh-uh--it passes by it and keeps going, does not even come near it.

Alebbini:       That means that-the *catfish* should be at night. The *catfish* is at night after the evening or at the end of the day, then it will seriously starts, then--

CHS:            [OV] we threw food for it but it did not come near it, by God.

Alebbini:       --you need to put it--

CHS:            Here is the car over here.

Alebbini:       -- [UI]

47

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029831

| | |
|---|---|
| CHS: | *Yeah.* |
| Alebbini: | Yeah. |
| CHS: | You are going over there. |
| | [Pause] |
| Alebbini: | Look at the view. |
| CHS: | Praise God! |
| Alebbini: | America has natural livestock, if the Americans were right, then the natural resource of livestock would have been abundant. |
| CHS: | Because no one wants to work. |
| Alebbini: | Yeah. [UI] Take the Arab world [Noise], if this was [UI] the whole world. |
| CHS: | America--uh--if they raise something, they will raise it the right way. |
| Alebbini: | Yeah. |
| CHS: | It's impossible to play around. |
| Alebbini: | Yeah. |
| CHS: | The guy that I buy sheep from [Coughing] this guy-uh-uh-his name is Sam. He must raise them. I mean if you tell him I will buy now from you, he will say not now. If you ask to buy from him two months later; he will say no. He will sell them to you when-uh-the sheep reaches 100 pounds-- |
| Alebbini: | Yeah. |
| CHS: | --or more. |
| Alebbini: | We went to a guy to buy sheep -it's like--because it's for a sacrifice--he should be-uh-his age-uh-less than-uh--how old should it be? It should be more than a year or -a year. |
| CHS: | [OV] Older than one year. One year, *yeah.* |

48

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029832

| Alebbini: | There were some who were less than a month short, short of their one year birthdate. It's a joke seriously. Another guy of course... and we were buyers; we came to buy; to take, but the man told us that he really can't. |
|---|---|
| CHS: | But is a year-a year-I mean does have to be a year or do you think it has to be the right size? |

Alebbini: I don't know by God-uh--uh-the year [UI] these matters. [Noise] [UI]

[Pause]

CHS: By God, man, I don't know why there is no fish.

Alebbini: There are some, there are some [UI]

[Background noise]

[Pause]

It is impossible for a pond like that not to have fish.

CHS: I am saying, I saw something jumping around, I mean twice.

[Background noise]

Alebbini: It's impossible there are no fish in it, it's impossible; but--uh--because it's not its time, I used to go to other areas, the-uh-lake would be full of fish; I know that it is full of fish.

CHS: There is a guy who-uh-uh-- told me about it, he knows areas.

Alebbini: It is all dependent on the time and weather and uh--I don't know how-uh--the time and the weather...

CHS: I get upset when I go fishing and there is none [Noise], I get upset, I get mad.

Alebbini: Yeah, I-I-I... frankly, when I go out, I try the last cast, the last cast [Chuckles] the last cast.

CHS: The problem is that there is no *bite*. If there was a *bite,* one would say Ah-huh-ah-huh

Alebbini: Meaning you will catch something soon.

49

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029833

CHS: But there is nothing, I mean-I mean-it's a frustrating process.

Alebbini: Yeah, when I first learn how to fish. I was with a friend of mine, he got a worm and he threw the worm and caught a small fish, [Noise] then, he cut the fish, and put [UI] in one eye socket and pulled it through the other eye, and-and caught a big fish with it; with the small fish.

CHS: Yeah, I saw them doing that. Your friend is what, American?

Alebbini: American, yeah.

CHS: Yeah, they know how. The only thing we know is to hold the worm and chase each other. [Laughing]

Alebbini: When I first stated fishing I used to hold a worm this big and put it on a small *hook,* the fish comes and eats the worm and I would say what the heck! Now what? They pull the whole worm off the *hook--*

CHS: That happened to me.

Alebbini: -- and then they told me, it will not work this way, you need to cut a small piece off the worm and put it on the *hook.* So I started to cut a small piece off the worm and put it on the whatchamacallit and catch fish, I started to catch fish. After that I got it, I knew what to do. [Noise] Dear God, hope everything turns out well. It seems to be green.

CHS: Thou art green, my Homeland!

[Noise]

[Pause]

Alebbini: It's beautiful, America is beautiful; however, if it was a Muslim country and if it was our country.

CHS: If you think about it, our country is the same thing, but it is divided. I mean imagine if Ohio is on its own [Noise] and Virginia on its own and--

Alebbini: [OV] Yeah--correct.

CHS: --and uh-uh Idaho is on its own. Okay, there is for example Las Vegas, it is a desert.

50

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029834

Alebbini: Yeah, Las Vegas is a desert.

CHS: Uh-uh--you have Idaho in the middle of the-the--

Alebbini: Look at this bastard

CHS: -- what is it?

Alebbini: Raising the Israeli flag, on the corner of his *pickup*.

[Pause]

[Noise]

CHS: So why-why does he do that?

Alebbini: There are so many of them, many.

CHS: I am asking you, why does he do that?

Alebbini: Uh-a Zionist whose son is in the army--uh--Jewish, with the Jews--

CHS: [OV] because he knows that when we see it, our f-f-feelings will-will...

Alebbini: Yeah.

CHS: Like a bastard who wrote-uh-uh-*support Israel* and displayed the sign outside.

Alebbini: When I used to work in the store, a guy came in, has and had the word "Infidel" tattooed on his arm right here in big letters.

CHS: Yeah, yeah; yeah.

Alebbini: Yeah, infidel. And they wrote them on their cars. He wrote infidel, in Virginia. [Noise] and I did not [UI] it.

CHS: I saw them here but not-uh... I mean, I saw two, frankly.

Alebbini: Yeah.

CHS: On a car and on indeed on--uh--it was on his arm-arm.

51

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029835

Alebbini:   This guy--uh--this guy would be in the army. Whoever has it on his arm was in the army and--uh--was in Afghanistan, The Afghanistan group, because they really got fucked up in Afghanistan.

CHS:        What I would say that if you--they--I mean those. If it was not for the equipment and if it was not for the--uh-uh--things like this; there is not any superiority at all. If it was man to man, they cannot do anything.

Alebbini:   Man, even the car that they ride in, if you see the cars that they ride in, how it is all armored. The cars are all--

CHS:        [OV] they have--they have a weapon like this--

Alebbini:   [OV] Yeah.

CHS:        --and from the back-the-the... for example let's say this is the wall, it would do this and turn like that.

Alebbini:   Yeah, his gun and it has a camera from here to show him--uh--what is behind the wall. I saw it.

            [Noise]

            [Pause]

CHS:        They don't have endurance.

Alebbini:   —No, they don't have it yeah, they can't fight long-uh-wa-wars [Coughing] and they can't endure-uh--

CHS:        No.

Alebbini:   --loss of life. The biggest thing that impacts them is the loss of life. The other day I was watching something about them on the thing, they were crying; the Sergeant and the Captain, they say--uh--say--they ask them how many did you lose? He says they attack us, we kill 15, 20 of them; however they come back the next day and they attack us like [Noise] nothing--like they have no end, when you see their numbers [UI]. They come to us from Pakistan, Afghanistan and from all the villages they come at us. He says the most dangerous for us are the foreign fighters, those who come as Muhajirin. The Muhajirin are the most dangerous for us, because they are the ones who train the locals and they are the ones who teach how to fight--

52

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029836

CHS:        Where is that, in Afghanistan?

Alebbini:   In Afghanistan, they withdrew in an unnatural fashion, they ran away from
            Afghanistan. The Taliban beat the crap out of them.

            [Noise]

CHS:        They say that one time they bombed the mountains of Tora Bora, they burned it to
            the ground with the *B12, the one that*-uh-uh...

Alebbini:   Yeah, with the *B12 bomber.*

CHS:        They say they got out of it like there was nothing.

Alebbini:   When you see the how [UI] of the State gets out from under the bombardment
            like nothing happened to them, from the-the trench. That's it, they say this guy is
            a Mujahid he is protected by the Lord of the Worlds. God, God will protect us. I
            was watching a program, they say that the cost of war on the--they asked to finish
            the Islamic State 500 billion; when you divide the 500 billion on 20,000 DAESH
            member, it will come 20 million for each man. The cost of killing one DAESH
            member is 20 million. [Chuckles]

CHS:        [OV] who conducted the *demo*?

Alebbini:   The-uh... not the... uh- -uh-uh-the *video* is-uh-uh-that the war people are asking
            for 50 billion; however the guy who did the *video* is making fun of them, did the
            division and says--

CHS:        [OV] Oh, yeah [Chuckles]

Alebbini:   -- there are 20,000 *ISIS*. So 500 billion [Chuckles] divided by 20,000 comes to 20
            million each. I mean so many millions to kill one DAESH member [Noise]. So he
            jokes and says if you give them the money those guys would have left and that's
            that. Give them that money and tell them to leave they would leave.

            [Pause]

            He said they bomb all day but the bombing does not do anything, the airstrikes.
            They would kill one, two or three, all you are doing is killing soldiers. They know
            this.

            [Noise]

                                          53

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029837

[Pause]

If you see how much there is... there is an intelligence officer Michael Shower, he was in charge of finding Bin Laden. He has a *PhD* in history, he studied American history and the history of the world.

[Noise]

CHS:  Ah-ha.

Alebbini:  He says we-uh-uh... he says we lost the war in a very big way, to the point that al-Qaeda, because he was detailed to Bin Laden. He says, of course they caught Bin Laden eight times. He caught Bin Laden eight times.

CHS:  Who caught Bin Laden?

Alebbini:  Michael Shower. He caught Bin Laden eight times--

CHS:  [OV] No man!

Alebbini:  --I swear to God, but how did he catch him? I mean they get... they have twenty five million price tag on his head, for anyone who gives a piece of information about him. So they got a piece of information that Bin Laden is sitting--uh--going here. So, they wait for example-they send the information to--uh--to Clinton or the President, they ask what should we do? They say that when it gets to where there are a lot of people and there is an area where the *collateral damage* is high, they say, no, postpone it; let them postpone it. They postponed it till they finally got him. One time he was with a-uh-prince from the Emirates, he came and stayed with him; the prince and the *entourage,* so the information was received, one of the prince's people reported it. They confirmed everything and indeed Bin Laden was there, so he talked to--

CHS:  [OV] they reported that on the news, *yeah.*

Alebbini:  --yeah, but because of the prince of the Emirates they said no, that's it, don't strike; otherwise he said--I mean he said they would have [UI] at times because there would have been no *damage,* they would say, let's get it over with. However-he says-I mean... *weak.* Why should we sacrifice our soldiers if we don't have the authority to take action?

[Noise]

54

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029838

CHS:            I am going to watch the guy by God. Mar-Mark Shower?

Alebbini:       Michael Shower, you should watch him.
CHS:            Michael?

Alebbini:       Michael Shower, watch him, see what he says. He tells you to leave the Jews. He tells America to leave the Jews, that's it. The Jews are the reason for our wars. We have no interest in these wars--not--these wars that are going on are not in our interest, but Israel sends us to fight these wars to serve its interests. He talks about how Bin Laden, and he spoke--uh--after Bin Laden's death, he spoke about--uh--he spoke very well about Bin Laden; how this person--uh... he compared him to an American dissident during the civil war. And how he totally succeeded-Bin Laden succeeded in everything he wanted to accomplish. How when he founded al-Qaeda, he had three people with him. When they wrote how when they founded Al-Qaeda, their goal was only for al-Qaeda to become--uh--like--I mean when any Islamic group gets to the point where they need help, when they need weapons, training and when they need anything; al-Qaeda becomes their supporter.

CHS:            Before Bin Laden became the leader, who was the leader? What was his name?

Alebbini:       Uh-uh--this I don't know who; it was a Palestinian guy.

CHS:            It was a Palestinian.

Alebbini:       Yeah, there was a Palestinian.

CHS:            They assassinated him.

Alebbini:       But they were Mujahidin those [UI]--

CHS:            [OV] His wife, his wife-uh-we know her, we know his wife. One time, his wife a while after--uh they assassinated him and-uh-uh-and Bin Laden became known, his wife said, she said that when Bin laden first met her husband, in Amman, he said he used to have the love for-uh-uh-uh- waging Jihad, love of Jihad. And he was very enthusiastic. "We want to work and do this and do that." So this-uh-uh-Palestinian told him no, that he needed to-uh--meaning--uh--

Alebbini:       [OV] Yeah.

CHS:            --slow down a little.

Alebbini:       Yeah, but the Palestinian was right, you know.

55

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029839

| CHS: | Slow down a little. |
|---|---|
| Alebbini: | I-I read about him, I forgot his name--uh-uh--'Abdallah something? |
| CHS: | Yeah, yeah! |
| | [Noise] |
| Alebbini: | 'Abdallah-'Abdallah-'Abdallah what? |
| CHS: | [OV] His tongue--uh--his name is on the tip of my tongue. |
| Alebbini: | [OV] The Sheikh--uh--he was--and they assassinated him because he was working--I mean--right-right. |
| CHS: | He devastated the Russians, he devastated the Russians, and so they assassinated him; him and his son. They say according to witnesses, the people when they came to the thing; they would touch the blood and wipe it-wipe it on themselves. |
| Alebbini: | Yeah, from the scent of blood. |
| CHS: | Ah-huh. |
| Alebbini: | Musk. I h-h-heard about him and read about him, he used to be a straight arrow; because he was even against-he was against the assassination or killing of the peaceful and the innocent. He was against... I mean to-- |
| CHS: | [OV] He worked--he worked in a different way [OV], *more* tactical. |
| Alebbini: | No he was--uh--okay war is war, but if the people are peaceful, we have nothing against them. So Bin Laden used to have--Bin Laden and al-Zawahiri would say--would say no. And I-I frankly am against--up until now I am--up till now, I cannot understand the killing of the peaceful. I mean for example--uh--blowing up the Trade Towers--The Trade Tower thing-I mean-- |
| CHS: | [OV] This, I don't believe. |
| Alebbini: | --or--uh--frankly as far as the Trade Towers, why did Bin Laden say yes we did it. So this is the issue. I saw a *video* about al-Zawahiri that there are people who claim with evidence that he is a Russian agent, al-Zawahiri, that he was a Russian agent. So I don't know, is he--uh--I don't know what the deal with Bin Laden is. You can't believe the Americans, the Americans are the ones [UI] |

56

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029840

CHS:      [OV] I am telling you-I mean-no-*yeah*--

Alebbini:    You can't believe the Americans. How can they [UI] the cars? They know that not one piece falls.

CHS:      Well, they put nets.

Alebbini:    Nets, yeah.

          [Noise]

          [Pause]

          By God my brother, frankly I am surprised at Dayton-I mean Dayton is supposed to-it's situation-I mean when I was in Pittsburg and Virginia-I mean the cities did not have *bus-business* like this and in this fashion.

CHS:      Dayton is the first city in -uh-uh-heroin man, in all America. Do you know that?

Alebbini:    From the first--from the first whatchamacallit.

CHS:      The root city for heroin in all of America. Let me go show you the bakery, let's see it really fast.

Alebbini:    [OV] Yeah, in heroin--

CHS:      Yeah.

Alebbini:    --uh--and *overdose* [stammering]-the people-over-*overdose* a lot.

CHS:      *Yeah,* there is-there is a *county* here it's called *Dar county*--

Alebbini:    Ah-ha.

CHS:      --they say the-uh-the-uh-*number one* in *bedbug.*

Alebbini:    The *bedbug,* yeah the *bedbug.* When I first came to America I did not know there was something called *bedbug.* I stayed with Arab people, I lived in the living room and I slept on the *couch,* man, something started biting me-I did not know what it was [OV], I thought maybe allergy because I came to America, like in America, allergy for food or allergy for something, I did not know but it was itching. One day I showed it to Muhamma--to someone who I worked with--his

                            57

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029841

brother, a young man Raja'i, it was his brother. I showed it to him, he told me this is *bedbug*. What is *bedbug*? He said *bedbug*. I opened *bedbug* to take a look, then I went to the house and searched in the *couch,* the *couch* was full of *bedbug*. I got sick from the bites over there. I lost weight indeed from the bites--and--uh--

CHS: [OV] because--it sucks--it sucks the blood.

Alebbini: --it sucks the blood yeah.

CHS: In our country we don't call it flees, they call it--uh--

Alebbini: [OV] in our country--

CHS: --*bugs* or flees?

Alebbini: --uh-uh--in our country-in our country there is-there are *bugs* and there are *flees* but there is not *bedbug*. I swear I never heard *b-bedbug* that is in a mattress. I mean we used to go out and sit in the grass and such, in the trees when you get back you will find a bug on you; it's okay.

CHS: Yeah, you will not find them in our homes.

Alebbini: Yeah, but there is not-you don't find it in the mattress.

CHS: The only thing that you will find in our homes are mosquitos when they come in.

Alebbini: [OV] Mosquitos--

CHS: [OV] Other than that you will not find anything.

Alebbini: --mosquitos and there is--uh--gnats, it looks like a small mosquito with wings--

CHS: [OV] Yeah, yeah; yeah.

Alebbini: --yeah the gnats, that's it.

CHS: Indeed there isn't.

Alebbini: No, no there isn't *bedbug*. Here in America it's a problem-I mean-hotels--uh-- throw away mattresses--

CHS: [OV] Yeah.

58

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029842

Alebbini:    --hotels--all they are forced to change all the mattresses.

CHS:    When I used to travel from one place to the other, I would go to the *review.*

Alebbini:    Mm-hmm.

CHS:    I go to the *review.*

Alebbini:    You would look.

CHS:    There are some of them that would say *review*--uh--whatchamacallit--

Alebbini:    *Bed-bedbug.*

CHS:    --*bedbug*, I would get away.

Alebbini:    America's hotels suffer from this problem.

CHS:    That's what happens when you keep dogs.

Alebbini:    Yeah, the house that I was living in--uh-uh--what-a guy moved from New York and came-and he knew that there are *bedbugs* there, but he ignored it and brought his mattress-the *mattress* he brought it with him, and it spread in the house there.

CHS:    This-this--uh-uh--he destroyed someone because he wants to save $100 for himself.

Alebbini:    [OV] Yeah because he wants to save a little bit for himself, it's not--he wants to save a little for himself. By God, when I moved, I searched on how not to transfer them. They tell you that you need to put-to wash your clothes and put them in *plastic* bags and close-close them and uh--uh...a problem, indeed.

CHS:    That's in the-uh-uh-*heater.*

Alebbini:    Yeah, and you should--uh--the heat, it will only die from the heat. I put it-it was summer time-I put-uh-the clothes in the *plastic* bags and put them in the car, and you know how hot the car in the heat of the day is, so they got baked
[Noise]

CHS:    [Coughing] *Shit.*

    [Background noises]

59

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029843

[Pause]

You see, that's where they make the uh...

[Unintelligible background conversation and voices]

Alebbini:     That is good bread if it was white. Do you see it? If it was white--

CHS:          [OV] when I am here [UI] the owner of the place.

Alebbini:     --that is it, the bread will turn out great once it rises. How much do they sell the bundle for?

CHS:          I don't know we will try it and see now. [Background voices] yeah, they sell the-uh-uh... you see something when the Turks came here, there are Turks so he started-started to bring merchandise--uh--with variety. Like these things here.

[Background noise]

[Pause]

He makes wheat.

[Noise]

Alebbini:     [UI] [Aside] *Ah--we are second store where they sell bread and we just went fishing. There was no fishes, too cold still. Yeah and then I think after this, I don't know where do you want me to meet you?* [Pause] *Where?* [Pause]

              Brother Muhammad-uh-she is saying-uh-uh... should Destiney meet us at --uh--store in Willington? [Aside] *W-what is it?* [Pause] *S-say that again.* [Pause] *Destiney?*

Destiny       *Yeah.*

Alebbini:     *Say that again.*

Destiny       *Wilmington, the store that you were just at.*

CHS:          *Oh, Wilmington?*

              [Noise]

60

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029844

| | |
|---|---|
| Alebbini: | *We passed that, we passed it.* |
| CHS: | We will go back, that's it. |
| Alebbini: | *-Uh--okay-okay-love you—*[UI] |
| | [Back to CHS] uh-uh--tell her-tell her where to meet us, tell her where to meet us. |
| CHS: | *Okay, Destiny we are on 3rd Street right now.* |
| Destiny | *Oh you are on 3rd Street?* |
| CHS: | *Yeah, you know Food for Less-uh--* |
| Destiny | *Yeah.* |
| CHS: | *--yeah, we are there, so do you want us [OV] --uh--do you want me to-do you want me to... huh? No, no-we-we are there at the store that I told him about, like they sell fresh bread and stuff uh--* |
| Destiny | *Okay.* |
| CHS: | *--it's called Food for Less, but I can-where are you at? Where do you want me to bring him?* |
| Destiny | *Uh-3rd Street is okay.* |
| CHS: | *Okay, okay in-in seven minutes we will be there, alright? Alright.* |
| Alebbini: | [To Destiny] *Love you.* |
| CHS: | Let's take an assortment of this. |
| Destiny: | *Hello* |
| Alebbini: | Yes my love. |
| Destiny | *I'll-I'll-I'll [UI]* |
| Alebbini: | God willing. God willing. *Do you want anything from here?* |
| Destiny | [UI] |

61

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029845

| | |
|---|---|
| Alebbini: | *Do you want me to bring anything?* |
| Destiny: | *No, not really.* |
| Alebbini: | *Okay* |
| Destiny | *Did you read your text message?* |
| Alebbini: | *Yes, [UI] [Noise] okay.* |
| Destiney: | [UI] |
| Alebbini | *I love you too.* |
| Destiney: | [UI] |
| Alebbini: | Good-bye. |
| | [Noise] |
| | [Pause] |
| | Poor Raid, they arrested him. |
| CHS: | I don't think that it is a serious matter. Easy, it's easy. |
| | [Pause] |
| | [Background music] |
| | Should we leave? |
| Alebbini: | [UI] |
| | [Pause] |
| CHS: | Where did she go? |
| | [Pause] |
| | *You are not making more bread today? No more?* |
| UF: | *There is none in there?* |

62

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029846

| | |
|---|---|
| CHS: | *No, there is nothing, that the last one.* |
| UF: | *Hey Rose.* |
| Rose: | *Ha?* |
| UF: | *Can you call back see if there any pita breads?* There isn't *new one* |
| CHS: | *Ah, another one.* |
| UF: | *Which one?* |
| CHS: | *An--okay, and can you ask him if they can make some like this but like--uh--not completely done?* |
| UF: | No. |
| CHS: | *So they will make it a little bit--uh--dough?* |
| UF: | *A little bit dark or like...* |
| Alebbini: | *No, white.* |
| CHS: | [OV] *White* |
| UF: | *White.* |
| Alebbini: | *Because I want to cook it again.* |
| UF: | *Oh then you had to wait at least half hour.* |
| Alebbini: | *Okay --* |
| CHS: | [OV] *I mean-I will be back for it later but, can you ask them if they can do that? It's-where is the--uh--'Allan is he here?* |
| UF: | *He is in the office.* |
| CHS: | *'Allan in the office?* |
| UF: | *Ah-ha.* |
| CHS: | *Let me talk to-I'll talk to him.* |

63

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029847

| | |
|---|---|
| UF: | *What's your name?* |
| CHS: | *Tell him Muhammad.* |
| UF: | *Muhammad.* |
| CHS: | It's *one ninety nine* by God it's so cheap. |
| Alebbini: | God bless, the store-I mean it's very nice. |
| CHS: | Look, whoever-whoever wants to do the right thing, this guy-- |
| Alebbini: | That is [UI] |
| CHS: | --he said I don't want to sell alcohol and I don't want [UI] not *lottery* nor anything else. He worked, he had some days-- for a period of time there was no work, and then all of a sudden the Turks started to come-- |
| Alebbini: | Yeah. |
| CHS: | --from near this [UI], so he started to stock Turkish merchandise. |
| UF: | *Eight ninety eight.* |
| CHS: | *Did you charge me for one or two?* |
| UF: | *Ah!* |
| CHS: | *Bread?* |
| UF: | *Did you say I'll bring it? Okay. Okay they are ten ninety seven, ninety seven cents.* |
| | [Pause] |
| | [Background noises and voices] |
| CHS: | *Thank you.* Okay why did you do that? [Chuckles] |
| UF: | *Two ninety nine. Oh I cannot do debit card under five dollars.* |
| Alebbini: | *Under five dollars you say?* |
| CHS: | Okay, come, come, come man. Right here man. |

64

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029848

| | |
|---|---|
| | [Pause] |
| | [Noise] |
| Alebbini: | That's it, done. |
| CHS: | But here it is, man. |
| Alebbini: | We will make them appetizers now. |
| UF: | *Debit, credit?* |
| Alebbini: | *Credit.* |
| | [Noise] |
| CHS: | You should have bought-uh... |
| UF: | *Do you see him?* |
| CHS: | 'Allan? |
| UF: | *Yeah.* |
| | [Noise] |
| | [Pause] |
| CHS: | How are you, chief? |
| 'Allan: | Yeah, welcome. |
| CHS: | Man, *I have a request.* |
| 'Allan: | Are you--who--ask for-- |
| CHS: | I am the one who made a ruckus in front of you. |
| 'Allan: | [Laughing] |
| CHS: | *I have a request.* |
| 'Allan: | Yeah. |

65

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029849

CHS: Now I bought from this bread, but, there is only one God, I want from this but on top I want it to stay white, like this. I mean don't leave it in the oven too long. I want it to stay white. Why? I put minced meat in it and I put it in the *oven* again.

'Allan: *Okay, okay,* when do you want to [UI]?

CHS: Can you provide me *like* five bundles like these?

'Allan: Five bundles?

CHS: Yeah.

'Allan: Okay, no worries.

CHS: When? Should I pass by tomorrow to get them?

'Allan: Huh?

CHS: Tomorrow or when or today or when?

'Allan: Probably today, I'll call you. Do I have your phone number?

CHS: Yes you have my phone number. *838-7599.*

'Allan: *8-3-8?*

CHS: *7-5-9-9.*

'Allan: *7-5-9-9. Yeah* I have your phone number. How are *you anyway*, is everything well?

CHS: Thank God by God.

'Allan: Five bundles?

CHS: Five bundles that are white, not done-I mean-still doughy on top-I mean barely, a little bit like and doughy on top--

'Allan: *Just in and out.*

CHS: *In and out*, so as to make them--

66

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029850

| | |
|---|---|
| 'Allan: | Do you have time now? |
| CHS: | I have time-- |
| 'Allan: | *Can you wait?* |
| CHS: | --Uh-no...- I will come back in-I mean *20 minutes.* |
| 'Allan: | *Twenty minutes?* Leave it till tomorrow then-then. |
| CHS: | Why? Okay, *15 minutes,* I only-I mean-I want to drop him off and come back. |
| 'Allan: | Go drop him off and come back. |
| CHS: | Okay, get them ready. |
| 'Allan: | Come on, do you think I only have you to worry about? [Laughing] |
| CHS: | I will embarrass you, I will stand here and... [Laughing] |
| 'Allan: | Stand there, I will send a sign to you and I will send you water. [UI] |
| CHS: | [Laughing] [Coughing] 'Allan, tell them to make them. Now you are going to--uh--I am telling you-I mean-*five minute,* I am going to the store and I am coming back. |
| 'Allan: | Okay, go to the store and come back and all will be good, God willing. |
| CHS: | God willing. |
| Alebbini: | [UI] |
| CHS: | I told him. |
| | [Pause] |
| | [Noise] |
| | Those are for my nephew. [Noise] Huh? |
| Alebbini: | Those are for your nephew? |
| CHS: | Ah-ha. |

67

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029851

| | |
|---|---|
| Alebbini: | This one? |
| CHS: | No, no, this one. |
| Alebbini: | Okay. |
| CHS: | Didn't that despicable one put these together for Fadi? |
| Alebbini: | I don't know. I want to-I want to mix something for you here. |
| CHS: | Those are for my nephew, you know who? Your son. |
| Alebbini: | Yeah [Chuckles] |
| CHS: | So--uh... [Noise] I looked, I thought to bring... uh--did you see the other-uh-Turkish store on *Troy*? |
| Alebbini: | Ah-huh. |
| CHS: | He has cheese for one ninety nine, the spread type. I like it for breakfast. It is better for you than *cereal* [Noise]. Sometimes you find them selling organic eggs also on the--h-the street. Two for five or two for... |
| | [Noise] |
| Alebbini: | Organic eggs, [UI] organic eggs. |
| | [Background noise] |
| CHS: | A woman standing there selling. |
| | [Noise] |
| | [Pause] |
| Alebbini: | Drink tea slowly with these. |
| CHS: | I do not eat such stuff. |
| Alebbini: | Man, I brought them... man, for the sake of God. |
| CHS: | There is no strength and no power except in God. |

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029852

| | |
|---|---|
| Alebbini: | For an hour now, you've been... You did not leave anything you did not buy for him. |
| | [Noise] |
| | [Pause] |
| CHS: | I am going to bring this bread and put it in the freezer. When-when it is sunny like this, I will prepare the whatchamacallit-- |
| Alebbini: | Hmm-one would as you say, it's good that they said yes so that-so one knows that it can be made. |
| | [Noise] |
| | [Pause] |
| CHS: | Do you know how much they sell each bundle? Three dollars. |
| | [Noise] |
| Alebbini: | Profit ha? Bread is profitable for them. |
| CHS: | Yeah, three dollars for--uh-- the *Yaffa Grill* store-- |
| Alebbini: | Hmm? |
| CHS: | --sells this bundle for three. |
| Alebbini: | How does this guy make it? I think-I think that Yaffa buys it from him, right? |
| CHS: | Yeah. |
| Alebbini: | He gets it from him. |
| CHS: | Yaffa gets it from him and sells it for three. |
| | [Noise] |
| Alebbini: | His bakery-- the problem with the bakery, if you want to buy a bakery-I mean-I mean--you are only going to produce one or two kinds of bread. [UI] a bakery and put it all together. |
| CHS: | However, look how-how-uh-soft it is, it is appetizing. |

69

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029853

| Alebbini: | Yeah, soft. |
| CHS: | If you want to put *Ch-cheese* or a *sandwich*-uh-uh-anything [OV] will taste good. |

| Alebbini: | Ah-huh |

| CHS: | So he will develop regulars, he will develop customers that will return. |

| Alebbini: | I think I have not [UI] the white one [Noise] [Pause] we used to buy it for a schilling, a schilling for the white-- |

| CHS: | You see? |

| Alebbini: | -- and ten piasters, and a quarter of a dinar would get you a bag.. |

| CHS: | Fresh [OV] fresh. |

[Noise]

[Pause

| Alebbini: | In America here, one does not dare to-uh-I mean to stop at a gas station for anything other than gas. |

| CHS: | What do you mean? |

| Alebbini: | Everything they have is expensive, everything they have is expensive. |

[Noise]

| CHS: | Yeah. A hammer in the middle of the street. |

| Alebbini: | A hammer [Noise]. Man, a bottle of water is sold for a dollar here. |

| CHS: | Right? |

| Alebbini: | In a situation like this, brother for example, when you buy the *case* that has 32 bottles or 24 bottles or whatever, or *32,* [Noise] you buy it for four dollars. |

| CHS: | [OV] [UI] *two ninety nine.* |

| Alebbini: | Yeah, *two ninety nine.* |

70

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029854

CHS:        [OV] The same one you pay *one dollar* if it is in the fridgedollar.

Alebbini:   How much profit, I mean, do you make?

CHS:        [Chuckles]

Alebbini:   The profit is $26, $29.

CHS:        Yeah.

Alebbini:   The box of water.

CHS:        Man, I took the little ones once to [Noise] this place what is it called? The-uh-the amusement park.

Alebbini:   Yeah.

CHS:        *King's Island-King's Island.* You are not allowed to bring in food with you.

Alebbini:   Yeah. So that they can rob you there inside.

CHS:        What robbery! Man, even the word robbery still have some decency. I got thirsty and we drank all the water that we have-we--uh-- brought in--uh--

Alebbini:   Four dollars for the water, ha?

CHS:        Five.

Alebbini:   Five.

            [Noise]

            [Pause]

CHS:        For a small bottle, like this.

Alebbini:   Fraud clear as day.

CHS:        Why, I think $20 I spent them--

Alebbini:   To drink water.

CHS:        --I bought water for the little ones, and I got depressed so I told them let's leave.

71

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029855

[Noise]

Alebbini: You know it's not for the $20, sometimes one will pay $20 and not care; but to have me pay $20 -uh-so the kids can drink water? I mean it's not logical.

CHS: They say you are not allowed to bring it in. [Noise] I mean, they search the stroller, we had a stroller that the little girl sat in--

Alebbini: I know too well what they do.

CHS: --they searched it. Not to this point, God damn them.

[Noise]

[Pause]

You saw where the store was, on 3rd street; close by.

Alebbini: I saw it before, but I never went inside it.

[Noise]

[Pause]

CHS: Here is the-uh--

Alebbini: My brother, what is the deal with the Turks here, I don't understand it, what brings the Turks here?

CHS: They did this, *it was a welcome city* for immigrants, here is the-the-the- [Noise] the second Turkish store. They did it and the Turks flooded in from all over the place.

Alebbini: Destiney tells me that-uh-these people are *refugees*. I never heard that the Turks became *refugees*.

CHS: Not the Turks, you see how Kazakhstan used to be--

Alebbini: Hmm.

CHS: --Pakistan.

72

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029856

Alebbini:     Yeah.

CHS:          Tajikistan [Coughing]

Alebbini:     These are the young men.

CHS:          Kurdistan.

Alebbini:     Turkistan.

CHS:          Yeah! They started to say we are prosecuted by Russia because we are Muslims.

Alebbini:     Ah-huh.

CHS:          So they fled to here. So they started to bring them here. So when they get here some of them say no, I am *Russian* and some say I am *Turkish.*

Alebbini:     Ah-huh.

CHS:          And some of them say I am neither *Russian* nor *Turkish,* and if you say that I am *Russian* I get offended, and if you say that I am *Turkish* I get offended. You get confused. [Noise] [Short pause] she said she is coming over here, right?

Alebbini:     Ah-huh, on *Troy Street.*

              [Noise]

              [Pause]

CHS:          This is addictive.

Alebbini:     The ones who were [UI], [Noise] when we came to them.

CHS:          Huh?

Alebbini:     We should keep five, six or seven fish with us, when we come to see them.

CHS:          [Laughing]

Alebbini:     Talib is inside, huh?

CHS:          No, Ahmad. You did not see Ahmad?

73

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029857

| | |
|---|---|
| Alebbini: | Who is Ahmad? |
| CHS: | My brother. |
| Alebbini: | I did not see your brother Ahmad. I don't know him, I will see him now. |
| | [Noise] |
| | [Pause] |
| CHS: | O God. |
| | [Background noise] |
| | [Pause] |
| | No, no, come here. |
| | [Noise] |
| | Peace upon you. |
| | [Unintelligible voices returning the greeting] |
| CHS: | This is my brother Ahmad. |
| Alebbini: | It's an honor brother Ahmad. |
| CHS: | Laith al-'Ababnah, from Irbid |
| Ahmad: | [OV] [UI] |
| Alebbini: | [UI] these are some [UI] that someone gave me. |
| CHS: | Ah-thank you, that's it, these are enough. |
| Alebbini: | No [UI] |
| | [Background noises] |
| | Did your father get this store? |
| CHS: | Yeah. |

74

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029858

| | |
|---|---|
| Alebbini: | It's big, God bless. |
| CHS: | It's old can't you smell the odor? |

[Noises]

[Pause]

| | |
|---|---|
| Ahmad: | *How are you doing?* |
| UF2: | *I need the number to transfer my phone. You can put it here for me* |
| Ahmad: | *Do what?* |
| UF2: | *The number for the transfer center.* |
| CHS: | *The number of-who?* |
| Customer | *The num-the transport center, I had a* [UI] |
| CHS: | [OV] *Transfer center.* You need to Google it and get it. *It has nothing to do with the Cricket.* Write *transport center number, Dayton* [Sneezing]. Thank God. |
| Alebbini: | God bless you. |
| CHS: | May God bless you. |

[Noises]

[Pause]

*Ah-uh-it's-uh*-By God I don't know what the number is [Pause]. *Dayton trans-- center 454-8299*

| | |
|---|---|
| UF2: | *Okay cause--uh--I had it on my phone earlier and someone took it off of here.* |
| CHS: | *Yeah, that's-that's-we-we cannot help in that.* |
| UF2: | *Okay, Thanks.* |
| CHS: | Did you see what she wants? |
| Ahmad: | It has [UI]. |

75

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029859

[Noises]
[Pause]

Alebbini:  [One sided phone conversation with Hossam] Hello Husam. [Pause] [Noise] Yeah [Nosie] [Pause], yeah exactly, he said it was the intelligence service [Pause]. What? [Pause] I cannot hear you [Pause] [Noise]. Why did they take Raid? [Pause]

[Noises]

[Unintelligible conversation in the background between Alebbini and Hossam]

[Constant static throughout the call]

Hey, you good people, the man does not want to see America, nor does he want to come to America, what are you going to do about it? [Pause] [Noise] [UI] [Pause] Yeah. [Noise] when the man came out he did not want to come back to America-- he did not want to come back to America [Pause] [Noises]. About what? [Noise] [Pause] Hmm? OK, no problem.

CHS:  [Praying].

Alebbini:  —No problem [Pause] about what? [Pause] [CHS Praying] Ah-hmm. Okay very well. [Pause] Hossam, Hossam my dear, Hossam, why are you troubling yourself and meddling in this? [Pause] look [Pause] [Noise] [CHS praying] hey, you... you... [UI] to open an account in the bank? [Pause] [Noise] not everyone opens an account in the bank. [Pause] [Noise] Yeah [Pause] Yeah. Yeah. [Pause]. Hossam, let them jail me in Jordan, jailing me in Jordan is better than jailing me in America. [Pause] Huh? [Pause] hmm [Pause] [CHS praying] yeah [Noise] [Pause] good, [Pause] correct Hossam, my dear, now, if Raid was arrested, remember him they arrested him because he [UI] or because the people here-here know that [UI]? [Pause] [CHS continues praying] [Chuckles]. Man, I talked yesterday to [UI] [Pause] by God, I did not say anything. [Pause] I swear to God we did not talk about the subject yesterday, I swear to God. By God we did not talk, *cousin*. Raid yesterday-uh-Raid told me yesterday, I am going to become the picture of [UI] and see the threat that is in the [UI]. [Pause] huh? They arrested him, because he was reported on a long time ago, *cousin* because Raid--Raid a long time ago Raid and I [UI], *cousin*, [UI] [Noise] they suspect us because we were being watched, so when the summit took place and what have you, we already knew that the Mukhabarat knows, so we thought we would [UI] that's it [Pause] [Noise]. Now--I-I [UI] [Noise] because I, *cousin*, I did not commit a crime-I did not commit a crime. I did not do anything. I did not do anything in my whole life

76

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029860

[Pause]. No, I did not speak to him, [UI] sir, when I went out... Raid [UI] when it happened; they knew because they were watching him [Pause]. [Background noise] What? I want to travel, yeah [Pause]. It is not hard--nothing hard about it [Pause]. What? [Pause] They arrested me? [Pause] let them arrest me?[Pause] I hope to God they arrest me [UI] [Pause] [Continuous noise in the background]. *Cousin,* it has never-it never [UI] in America [UI] [Noise] Listen, now you guys [UI] [Noise] don't get upset over me [Pause] What? [Pause] [Noise]

Peace be upon you.

CHS: Let me give you your stuff.

Alebbini: Yeah, sir.

CHS: *We catch like six fishes-*

Destiney: *Yeah.*

CHS: *--but we let them go.*

Destiney: *[UI]. Too much [UI].*

CHS: *I think I got more sick--*

Destiney: [Chuckles]

Alebbini: I am going to put-put-the head scarf also-ha- I will not shave the beard or anything.

[Loud background noise]

[Pause]

[UI]

[Pause]

One minute, don't-don't pull it, one minute. It is stuck.

[Aside] One minute Hossam, Hossam, let me call you later.

[Noise]

77

File Name: 0001.wav
Date of Recording: 03/28/2017
Duration of Recording: 2 hours, 41minutes

ALE-00029861

CHS:            You see this.

Alebbini:       Ah-huh.

CHS:            I used to stick it on the beach like this--

Alebbini:       Yeah.

CHS:            --and put the pole in it and sit.

                [Pause]

                [Noise]

                *Here-the-the fish we catch-the... we trade it with other stuff.*

Destiney:       *Oh, okay.*

Alebbini:       [Chuckles] Okay peace upon you.

CHS:            Peace upon you as well. Tell me if you need anything, okay.

Alebbini:       Goodbye, God willing, God willing. In regards to the telephone?

CHS:            Well I told you to call on the other one.

Alebbini:       Huh?

CHS:            Call the other one.

Alebbini:       What do you mean, call the other one? No the telephone that you gave to me, do you want me to take it to--

CHS:            [OV] Yeah, yeah, yeah.

Alebbini:       --yeah.

                [Noise]

CHS:            We will talk, [UI] we will talk about the matter. Didn't I tell you what the matter is?

Alebbini:       But I-uh-after what happened to Raid now, did you see what happened to Raid?

78

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029862

CHS:        What does that mean? I mean you want to go... [Noise] by God I don't understand.

Alebbini:   By God I don't know, me too I-I don't know

CHS:        [OV] Man, well, we are here. Call me on the other line, I will try to *disable* to the-uh--

Alebbini:   I want for you to know so that you can make the decision, take the telephone or not.

CHS:        *Okay*, there is-uh-uh-I want to *disable* the *location* on my phone--

Alebbini:   Yeah?

CHS:        --so you call me on this number or that num-number, *whoever*, if you need anything--

Alebbini:   [OV] God willing.

CHS:        [-- and--uh--we will see, we will stay in touch.

Alebbini:   God willing.

CHS:        Because no one knows anything so far, right?

Alebbini:   Yeah.

            [Pause]

            [Background noises]

CHS:        [Coughing]

            [Pause]

            *No, they did two cards*, one-uh-[UI] and [UI]


**[End of recording]**

79

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029863

**[End of translation]**

File Name:  0001.wav
Date of Recording:  03/28/2017
Duration of Recording:  2 hours, 41minutes

ALE-00029864



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

| | |
|---|---|
| File Number: | 415F-CI-2127744 |
| Requesting Official(s) and Office(s): | SA Michael J Herwig (CI) |
| Task Number(s) and Date Completed: | 852274, Request ID 747191, 7/27/2018 |
| Name and Office of Linguist(s): | LA Shahnaz Essa (LA) |
| Name and Office of Reviewer(s): | LA Iman Zumut (DL) |
| Source Language(s): | Arabic |
| Target Language: | English |
| Source File Information | |
| Name of Audio File: | 0002.wav |



GOVERNMENT
EXHIBIT
Si 1
CARDELS 800-783-0399

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027215

# VERBATIM TRANSLATION

Participants:

CHS                              Confidential Human Source
Alebbini                         Laith Alebbini

Abbreviations:

[ ]                              Translator's Notes and exegeses
[UI]                             Unintelligible
[IA]                             Inaudible
[OV]                             Overlapping voices
[*sic*]                          Stated incorrectly in the original
ICST                             Intelligence Community Standard of
                                 Transliteration of Arabic names
*Italics*                        *Spoken in English in the source material*

[TN1: Laith Alebbini is spelled as Layth al-'Ibbini according to ICST]
[TN2: Qasim is Qasim Ababneh]
[TN3: Raid is Raid Ababneh.]
[TN4: Destiney is Destiney Eshelman]
[TN5: Sal is a village in Jordan.]
[TN6: al-Kasasbah refers to Muath al-Kasasbeh, the Jordanian pilot burnt to death by ISIS]
[TN7: The Isra' and Mi'raj is the ascension of the Prophet to the seven heavens. Sidrat Al-Muntaha is the Lote Tree of the utmost boundary. Ghar Hira' is the cave of mount Hira. [From Al-Ma'ani online dictionary].]

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027216

**[Beginning of Recording]**

**[Beginning of translation]**

[Noise, coughing, honking, children playing in the background]

[Repeated knocking]

Alebbini:     [UI]?

CHS:     Yeah, Laith.

Alebbini:     [IA]

CHS:     Okay, I will be in the car.

Alebbini:     [IA]

[Noise]

[Pause]

CHS:     How are you?

Alebbini:     Fine, thanks. You called me, by God, I was--

CHS:     [OV] No, I did not call nor uh…

Alebbini:     --I was I was *com-com-com-completely* undressed. Huh.

CHS:     I don't want to take much of your time. I actually called you--

Alebbini:     Yeah, yeah, er, er, --

CHS:     [OV] -- I told Destiney, I told her I want to talk to you--

Alebbini:     [OV] -- By-by-by, by God, Destiney told me, she told me. But I wasn't completely awake and wanted to call you.--

CHS:     Are you awake or not?

Alebbini:     I am awake.

1

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027217

CHS:        Did you use the bathroom?

Alebbini:   Yeah.

CHS:        Should we sit in your car or [UI] take the car for a ride [OV] [UI]--

Alebbini:   [OV] Yeah, yeah.

CHS:        [-- what-*whatever you want.*

Alebbini:   Come on, come on, get in.

            [Noise]

            [Coughing]

CHS:        Where is your phone?

Alebbini:   with me.

CHS:        Okay.  I know that you are preparing for [UI] and don't want to take much of your
            time.

Alebbini:   Yeah.  By God, Raid, the poor one, according to what was said [UI],
            whatchamacallit.

            [Children in the background]

            [Noise]

CHS:        And how is this?

            [Noise]

Alebbini:   Put it, put it all the way to the end.  Yeah, you move this one up…

CHS:        This one.

            [Noise]

Alebbini:   [UI]

CHS:        Oh God!

2

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name:  0002.wav

ALE-00027218

Alebbini:     Please do it.

CHS:          This one [Static]; watch your hand; watch your hand.

Alebbini:     [IA]

              [Noise]

CHS:          It was freezing this morning, man; freezing; I froze to death.

              [Noise]

Alebbini:     [UI]. Do you like us to go around?

CHS:          No, no; as you wish.  I, *I don't care.*

              [Noise]

Alebbini:     [UI]--

CHS:          [OV] *whatever you want.*

Alebbini:     -- Let's drive some; to go around the neighborhood.

CHS:          Yeah.  It will be better if you go around.  What's this noise?

Alebbini:     This sound that I have, uh, er, it seems that the *airbag* is disconnected.  The *airbag* is disconnected and it starts filling with air every time I turn the car on or put it in *gear*, [Background voices], because it moves to the side. This is when, when--

CHS:          [OV] Do you mean the *airbag* will explode in my face, er [Laugh]?

Alebbini:     No, no, no, when this opened, [Chuckle], when I went to [UI] and entered; the police came, [Laugh], and when they heard the noise, they thought that something is going to fall off --

CHS:          *Damn*!

Alebbini:     --from the car, by God [Laugh]. "What's this sound?"--

              [Cough]

3

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name:  0002.wav

ALE-00027219

CHS:        [OV] you told them, "It's going to explode; run away you bastards."

Alebbini:   [OV] Yeah. I told them the, the, there is damage in the car, in the...It was before...

CHS:        [OV] Tell them, "It's going to explode; run away."

Alebbini:   They ran, ran a little, but I was, I was scared of the police car.  They came and told me, "Your car is making noise.  What's this noise?"  But when they searched it and found there was nothing, they told me, "*Okay.*"

CHS:        May the wrath of God be upon them!  Anyway, uh, I mean frankly please excuse me--

Alebbini:   Yeah.

CHS:        --I don't want that I, I, I don't want you to judge; I want to tell you about, about my situation *right now*.  Please excuse me, but I frankly...I mean, you know when they say, *"I cannot help it?"* –

Alebbini:   Yeah.

CHS:        -- I am like this, it feels like I can't stop thinking about it.   What happened with Raid, you know, and frankly, before I prayed yesterday, er, I heard bits and pieces of what you said, and you had told me this a while earlier, "I don't care if I go to prison and such." even though I know that you have more experience and more knowledge and as they say "It takes one to know one," but I am worried about you.

            [Noise]

Alebbini:   I, I, by God, my family thinks...when I was talking to my family they told me, "Don't come over; stay in America; at least, in America you are a man...there is freedom of opinion, of expression and such."  I know what you are saying; and they said [UI], and my brother Hossam told me, "Let me postpone your trip; don't go; don't travel.  Screw the ticket! Forget about it!"  I told them, I told them, "The story, the story is follow."  I am with you; and by God, Destiney has been crying so hard for three days; Destiney has been crying so hard for three days; I mean, she was hysterical about what happened with Raid.  Where should we go now?

CHS:        I don't know. [UI]--

Alebbini:   [OV] [UI]

4

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name:  0002.wav

ALE-00027220

[Noise]

Alebbini: But, but now, if I don't go to Jordan, they will say, "Yeah, it means the people are plotting something; the people are thinking about something, these people will do wrong; these people…." Then, I swear, I am thinking the same way you do. My brother Hossam tells me, tells me, "You are putting yourself in danger; you want to go to Jordan and they are-are-are waiting for you."

CHS: Yeah.

Alebbini: He tells me they are…it is normal I mean, "The normal thing is that they would wait, wait for you."

CHS: Well what happened with Raid, no one knows what happened with him--

Alebbini: --Raid's story, brother, Raid from, from, from here, [UI], from here, from the stuff we watch, the conversations we have, and our thinking, uh, someone reported us; it wasn't reported about us; the Mukhabarat themselves told [UI] Arab Summit, they gave a name, a name to the Jordanian Mukhabarat. [UI]--

CHS: [OV] Well what will Raid do in the Arab Summit? This is what I don't understand--

Alebbini: Raid will not do anything.

CHS: [OV] -- I mean *it does not make sense,* I mean does not--

Alebbini: [OV] Raid, Raid will not do anything; Raid does not, does not, does not want to do anything, but they take Ra…they took Raid, uh, as a precaution, [noise], a precaution, fearing that something would happen during the Summit.

CHS: And when will this monkey meeting be over?

Alebbini: The, er, the Summit will take at least ten days or whatchamacallit. Actually my father talked to me today, both he and my maternal uncle Mahmud. My uncle Mahmud retired from the army at the rank that is above major. I don't know what the rank above major is, uh, in Security--

CHS: [OV] Yeah.

Alebbini: [OV] -- You see. And they went, when, when…and his wife asked, when his wife asked the neighbors what happened when she was at work, they said that 20 vehicles came and completely surrounded the neighborhood; counterterrorism and Mu-Mukhabarat,--

5

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027221

CHS:            [OV] Oof!

Alebbini:       [OV] -- and they entered Raid's place and broke two of the doors.  Poor Raid, I mean, like us, imagine you are sitting [UI]--

CHS:            [OV] well if they phoned him, he would have gone to them, without having to break things.

Alebbini:       By God if they called him, Raid would've gone to them.  If they called him, Raid would've gone to them.  I mean can Raid, what can Raid do? So, my father was telling me, "Shave your beard," and whatchamacallit and, and all these things. I, I mean, "And shave your beard." Well, I am thinking should I shave my beard or cancel going to....Well this means [UI] them.  And if I remain here and Raid said, "Laith actually has the same mentality," or "Laith is the one who taught me," or "Laith is the one who told me," this means I am a man....Whenever I go to Jordan, they will capture me.  This means that I have to remain here.  [Noise] Well, why should I stay here?  Let them go, er, er....Didn't Prophet Yusuf say, "The prison is more to my liking than that to which they invite me." Well, so, I remain in America, where my faith is lost, my honor is lost, and on the Day of Judgment, I will end up in Hell.  Or let me go to prison [UI]. Let my blessings be counted [Noise] and God will compensate me on the Day of Judgement. It's better, because in my view... I swear brother, my family...Hossam...I was talking to my family...they think I am crazy. He told me, man, "You are crazy; you are crazy; you want to lose yourself, lose your son...you want to lose this and that." Man, I told them, "Read the Qur'an, read it. What does the Qur'an tell you? It tells you, "That Day shall a man flee from his brother. And from his mother and his father. And from his wife and his children." It says if one of the infidels wants to redeem himself by the suffering of one day, or to redeem himself...by the whole earth or his children or his wife or his tribe which shelters him.  Imagine that I say let the whole tribe of al-'Ababneh go to hell just so God gets me out of it.  Well this means it is more honorable for me to go to prison so I don't go to hell.  The problem I have brother Muhammad is that I am a man....When we watched the videos and these Salafi sheikhs, it became clear to me that one is losing his religion and losing earthly life, er, er...we lost the hereafter for the sake of earthly life.  Well, what am I benefiting from America?  I came to America and saw.... And I worked, made money, was going to open a *business* when I had money, and such and such.  Well, but at the end, for what?  Sorry to say, but we saw, we saw that some people--

CHS:            [OV] I understand what you're saying.

-Alebbini:      Yeah!

6

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name:  0002.wav

ALE-00027222

CHS: But what I am telling you, I...you need to...I mean frankly, I decided what I want to do; I know what I want to do; and what you are talking about...the last thing you talked about, I, *completely 100%* with you. I know that *90%* I will be going; I am telling you, I am waiting for my passport. I want to make reservation [Noise] and then off to Turkey I go.

Alebbini: Yeah!

[Noise]

CHS: But I am telling that you act...don't act in such a way and throw yourself at these people, you know! Or, or...I mean, I don't know; you...as I told you, uh, uh, you are more familiar with yourself and your surroundings.--

Alebbini: [OV] Well now--

CHS: [OV] -- You know that.

Alebbini: [OV] -- Well, tell me; advise me; I swear to God, I swear to God, huh, that I was thinking that I want to talk to Mike and ask him, to Muhammad and ask him what's-what's his opinion about the subject. I swear to the Almighty God, huh! But praise be to God, uh, uh, you came--

CHS: Um-hum.

Alebbini: What, what is your advice? I mean what shall I do?

CHS: I'm-I'm-I'm telling you --

Alebbini: [OV] My family took my passport and I'm forbidden. My father clearly told me, "It is better to be imprisoned in Jordan than any other place." This conversation was a few minutes ago. "That's it, come over." In addition to holding my passport, they are telling me, "Come and get imprisoned in Jordan..." Uh, isn't there another way to get us to a greener, more comfortable street, because there is no *scenery* for me to watch? I mean, a street with some greenery, the *country side*.

CHS: *Country side?*

Alebbini: Anything you want, any, uh, this, if you want to drive, I will let you drive.

CHS: No, no, go, here it is [UI]?

Alebbini: Shall I go this way?

7

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027223

| | |
|---|---|
| CHS: | Yes, go this way? |
| Alebbini: | Sure! |
| CHS: | At this red light. |
| | [Cough] |
| Alebbini: | Do you see? By God Almighty, so, I'm saying, I mean I'm saying, my father is telling me, "You should go over there? You're going to tell them... don't tell them you are with the State; don't tell them you are with such. Tell them what they like to hear." I told him, "Fine father, I will tell them what they like to hear. I'll tell them what they want." He told me, "Postpone it and don't come." I mean, I told him, "To postpone and not to go, I mean, I, frankly don't understand why not to go, I mean..." Then he tells me the prison sentence for it is three years; with hard labor. I mean I told him, "So what if I get three years in prison with hard labor! On the Day of Judgement, I will find these three years and God will compensate me for them." Today I was watching....My father is saying, "Uh, shave, shave the beard." Well my friend, I mean now, am I not a Sunni? Well, if I want to, uh....I swear to God, I swear to God, I...look, I thought, if I will lie, if I am a liar; I can now tell you a story and lie to you ten times in the story. Uh, this way or...? |
| CHS: | Yeah behind the blue pick-up. |
| Alebbini: | You see, I will lie to you ten times, but I cannot accept when someone tells me, "Lie to Mike," because then, I will become like what? As if I became a slave for that person, and started to obey a person to disobey God, but I will be sinning. I ask for God's forgiveness, how do I want to word this? I mean, the Prophet Adam, what did God tell him? He told him, "Don't eat from the tree," and the poor one ate; he ate. God forgave him, but told Satan to prostrate himself before Adam. Satan did not obey and prostrate himself. So, God did not forgive him. Well the two sinned; the two disobeyed the Lord of the Worlds. Right? |
| CHS: | Aha. |
| Alebbini: | Well, why did God then have mercy on Adam and did not have mercy on Satan? |
| CHS: | I don't know. |
| Alebbini: | Is God unjust? |
| CHS: | No, He is just. |

8

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027224

| | |
|---|---|
| Alebbini: | *Okay.* Do you know why God did not have mercy on Satan? Because when Adam disobeyed, he did it out of weakness, lust. Satan disobeyed out of arrogance saying, "I am better than him." Satan started worshipping himself. *Highway?* |
| CHS: | Yeah, keep *straight.* |
| Alebbini: | Is this water or land? |
| CHS: | This, they are doing something and uh-- |
| Alebbini: | The water is murky |
| CHS: | Don't you see the white thing. I don't know what it is; a factory, or a .... This is polluted water.-- |
| Alebbini: | [OV] [UI]. |
| CHS: | I don't think it is regular water. |
| Alebbini: | I swear I don't, I swear I don't know. My family tells me, "Stay put until we see what happens with Raid, then come." This is the first thing. They tell me, "Well, postpone your ticket until after the Arab Summit, then come." They tell me, "Or, remain in America and that's it." I told them, "I, if I am man enough and remain in America, I will print, bring a sign tomorrow, a sign; I will exactly bring a sign and print on it, 'Stop the war against the Islamic State;' and I will put it in front of the military base over here, for everyone to see. |
| CHS: | That's all we need! |
| Alebbini: | I swear to God Almighty. I will go to Washington and stand in front of the White House -- |
| CHS: | *Okay,* I am, I am telling you Laith, my thoughts are like your thoughts and my beliefs are the same as yours. I am one of the people who support The Islamic State; I am one of the people who want to join The Islamic State but not in the same way that you are doing, man. I mean, you, should not, not throw yourself and destroy it like this. |
| Alebbini: | This is what they are telling me; by God, this is what my parents are telling me. |
| CHS: | I was thinking about it yesterday; I mean as for me, I am thinking and said, "Well! I want to go to, to Turkey, to Gaziantep, like such....the, the , the I mean I |

9

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027225

watched videos, even simply on how you should wear clothes to appear like, uh, uh, uh, uh, a tourist.

Alebbini:       Yeah!

CHS:            Do you understand? But I am taking precautions. I am taking my time and taking precautions. I see that you don't, don't I mean--

Alebbini:       [OV] I am not taking precautions or anything.

CHS:            You are not taking precautions and frankly, what happened with Raid--

Alebbini:       [OV] scares any person--

CHS:            [OV] I, I, who don't know Raid and only met him once or twice, frankly I got scared. But at the same time, I mean, I re-iterate, "Your family is in Jordan, uh; you know about...you know best about, er, er, er Jordan and the borders of Jordan and all these stories. [Noise] So, you know best. I only wanted to know that you.... Stop; we need to return, where? I only want to try, or I want you to take into consideration the, the, --

Alebbini:       [OV] [UI].

CHS:            [OV] -- all of these matters.

Alebbini:       I swear to God, today I was thinking, I was sitting, sitting, I mean [UI], tsk-tsk, I was saying, "Oh God, but what now! I was praying for guidance and [UI]. It pains me that Raid is in prison and I am sitting over here. Because if none of this happened to Raid...because Raid...Raid was.... Do you know what Raid was doing? Raid was playing around and working for [UI]. What happened? Raid...I used to sit with him in the room; we were living in the same house. So, I used to sit with him in the room, in front of the television and would connect the *laptop* to the television and we would watch videos. When Raid saw this, he tossed the laptop from his hand and told me, "Man, why are we waiting over here? Let's act." Raid said, "I want to go." What happened then? They cancelled his wife's process. When they cancelled his wife's process, Raid said, "Well, I mean I...I mean if I want to remain over here, I will keep on disobeying God, I will keep on going, if not after women, after sin, living in sin; I mean, they are denying him the righteous life. His family was telling him, "Find yourself...have an American girlfriend." He said, "Well, if my family..." His father, his father [UI]...his father... problems. The whole time we were living here.... Raid ran away from his family that lives in *Ohio* and went to Texas...out of fear of his family; they forbade him and were telling him, "Go and have an American girlfriend." [UI] Raid, Raid left his family.

10

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027226

CHS: Well, uh, I mean is the solution that you go, go and be next to Raid? I am telling you, it is also possible that the matter might be only because of the Summit, and no one might actually say anything to you. It is a big possibility. Right?

Alebbini: This is it. But, I, the point that-that-that- I always see, the point that I see is that, is that I-I cannot remain here. Because as long as I am here--

CHS: [OV] Well is it logical that I now say, "By God, as long as, uh, uh, this happened, happened to them, this will also happen to me and I will go to Jordan as well?--

Alebbini: [OV] But it is--

CHS: [OV] -- and I also know that there is a 50%, more than 50% chance--

Alebbini: [OV] -- The possibility--

CHS: [OV] -- or should I make sure that I have a 100% or 90% chance that I am..."

Alebbini: I told you, I...do you now see this point? This is the point that I think I either lack or I fear it over here. Now, my analysis and view and conviction tell me that the prison is better than America. Anything is better than I remain in America. This is what my logic tells me. My family tell me, "No," man! My family tells me, "No, imprisonment is not the solution." So, what-what-what's confusing me now, what causes confusion…. Frankly, when I tell you I am going to Jordan, I don't care about prison, about choosing imprisonment--

CHS: [OV] does your family, family know that you, you want to join--

Alebbini: [OV] Yeah, yeah--

CHS: [OV] -- -The Islamic State?--

Alebbini: [OV] -- and they object, and problems, and they stole my passport. My brother came to the house and stole the passport during my absence and sent it to Jordan because he knows.

CHS: Well is your biggest goal, think about it this way, is your biggest goal that you, uh, uh, satisfy your duty towards Raid or is your biggest goal, uh, to satisfy your duty towards God?

Alebbini: Towards God.

11

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027227

CHS:    You joining the Islamic State, will it accomplish a goal for you towards Raid or towards God?

Alebbini:    That-that I go back to Jordan? --

CHS:    [OV] Yeah, uh--

Alebbini:    [OV] – Now, this is an important question.

CHS:    *Okay.*

Alebbini:    Yeah.

CHS:    I am asking you, when you join The Islamic State, will this be to satisfy God or Raid?

Alebbini:    For God.

CHS:    Fine.  When Raid finds out that you did not get imprisoned with him and you joined The Islamic State without being imprisoned with him, will Raid be upset?

Alebbini:    No.

CHS:    That's what I -saying.

Alebbini:    This is a true statement.

CHS:    So, you need to think about another way.  Do you understand? [Sniffle]  Do you understand what I am telling you?

Alebbini:    I understand you; I understand.

CHS:    So, for example, I, Muhammad, will say, "I want to go to Amman and--"

Alebbini:    [OV] Are we going the right way or, uh [UI]--

CHS:    I actually don't know where we are going.

Alebbini:    Okay, I mean--

CHS:    [OV] Do you see these? You can make a U-turn and come back.
Alebbini:    Okay.

CHS:    But from this one you can't.  Stay on the, the--

12

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name:  0002.wav

ALE-00027228

| | |
|---|---|
| Alebbini: | [OV] Okay. |
| CHS: | [OV] -- left. So, I Muhammad will say, "Fine; I want to go to, to Turkey and from Turkey to…." That's it I know, I know my way; and you know your way, but you encountered-- |
| Alebbini: | [OV] I encountered a problem. |
| CHS: | [OV] -- pro-pro-problems. Right? |
| Alebbini: | Right. |
| CHS: | So, at this point, a person will think about a different way. I know you told me, "The passport." Frankly, I [UI]. I first thought that Raid's situation was trivial; -- |
| Alebbini: | [OV] No. |
| CHS: | [OV] -- then I took it seriously and then trivial. I mean, I'm in between. |
| Alebbini: | Raid, Raid…. Actually, my father just talked to me and such-- |
| CHS: | [OV] [Coughing] |
| Alebbini: | [OV] -- I mean he told me…. Should we take the *"Do Not Enter"* or go there -? |
| CHS: | Yeah, go this way; I don't know, go….We'll find something. |
| Alebbini: | It makes no difference to me, I mean, I, as long as we [UI]-- |
| CHS: | [OV] [UI]-- |
| Alebbini: | [OV] -- [UI] our situation…. Actually, what you're saying is right and this is what I am thinking about, I mean, uh, our families…. Long time ago, Raid and I, before we were thinking about this thing, I told him, I told him, "Raid, tomorrow you and I will go, and God willing it will be to the front; if God destined Jihad for us, I will be…. One of us will be sitting this way, next to the other or if one receives a bullet…. I told him, "You received…." Look, is this the flag of Israel? |
| CHS: | No man. |
| Alebbini: | Yeah, here it is. |
| CHS: | Where is the bastards' flag? |

13

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027229

| | |
|---|---|
| Alebbini: | Here it is; here it is. |
| CHS: | Screw them; here it is. |
| Alebbini: | *"We stand with Israel."* It's over here, "We stand with Israel." You see, this is what I am talking about. I am living among infidels. So, anything I have...my perspective is lighter, but actually you... the point is that the story is not my prospective, the story is the prospective of God. It's our, it's our duty is to support the Islamic State. This is the statement.... What's our duty? Jihad. So, a person must be, I mean, must distance himself from the people of sin until it happens...and if it happens and he is captured; then let them capture him; let them capture him. These are the right statements.-- |
| CHS: | [OV] Well. If-- |
| Alebbini: | [OV] -- I told Raid-- |
| CHS: | [OV] -- if you go to Amman-- |
| Alebbini: | Yeah. |
| CHS: | --let us think with, with, with a clear mind. |
| Alebbini: | Yeah. |
| CHS: | Fine? Let's suppose you go to Amman. I don't think that they will arrest you at the airport and take you. I don't think so; *I guarantee.* I mean, if Raid's situation is as you described, it's a possibility, they would've taken him right from the airport-- |
| Alebbini: | [OV] [UI]-- |
| CHS: | [OV] -- and imprisoned him before he got married, right? |
| Alebbini: | Right. |
| CHS: | They waited until it showed on their computer that he arrived, then took him. Right? |
| Alebbini: | Right. |

14

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027230

CHS: So, within seven days or ten days or two weeks, Raid, when they found out that Raid is present, uh, [Mumbling] where do we have to go? What's happening? They went and arrested Raid. Right?

Alebbini: Um-hum. --

CHS: [OV] -- Okay, --

Alebbini: [OV] -- Let us, let us turn this way.

CHS: [OV] you, no--

Alebbini: [OV] -- Yeah.

CHS: [OV] -- *stop sign..*

Alebbini: Should we enter that street?

CHS: You can enter that street. But you need to be careful

[Noise].

Alebbini: Should we go? My tires are actually worn out. [IA]. I am afraid the car will slide on the street and we don't [UI].

CHS: If you don't trust the car, then let's go, uh--

Alebbini: [OV] [IA]

CHS: Whatever you're comfortable with.

[Pause].

[Noise]

So during seven to ten days, or seven days or ten days, are you able to know what exactly is going on with Raid? And if you find out that, God forbids, that something will affect you, can [coughs] you go to, to any of the Syrian *[sic]* towns nearby, nearby Amman? And join--

Alebbini: [OV] To Irbid?

CHS: Um-hum, and join the, the group, --

Alebbini: [OV] By God --

15

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027231

CHS:            [OV] -- or are you not able to?

Alebbini:       I actually, and that's what we were thinking; that we go from Irbid and from Al-Ramtha. I have many friends in Al-Ramtha, and they are all smugglers of cigarettes and smugglers of--

CHS:            [OV] But you, no, you did not understand my question.

Alebbini:       Yeah.

CHS:            I am telling you, because you have a short period of time.

Alebbini:       Yeah. Will they--

CHS:            [OV] you will stay two days--

Alebbini:       [OV] --arrest me at the airport over there?
CHS:            No, they will not arrest you at the airport. This thing is one million percent; they will not arrest you, --

Alebbini:       Yeah.

CHS:            --because when it shows that you arrived at their end. But you might stay seven days until they... if, if, the matter, is as you think and I think. The possibility is that the matter is just as you said, the, the...

Alebbini:       [OV] His wife says....Raid, Raid's wife said that Raid was-was asking friends of his on how he can reach The Islamic State during that time, I mean, how he can get over there.

CHS:            Where?

Alebbini:       In Jordan. And he said that may be, meaning it is possible that someone from over there reported him.

CHS:            Okay, if --

Alebbini:       [OV] [UI]--

CHS:            [OV] -- this statement is true, it means they have nothing against you. They will not approach you.

Alebbini:       But what if Raid said something.

16

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027232

| CHS: | This is a possibility. If he said something.... I am telling you, it will show at the airport that you arrived. At their end, it will show, may be after *four, five days, seven days.* They will not be waiting for you at the airport. |
|---|---|

CHS: This is a possibility. If he said something.... I am telling you, it will show at the airport that you arrived. At their end, it will show, may be after *four, five days, seven days.* They will not be waiting for you at the airport.

Alebbini: Er, er, and even though, even though--

CHS: [OV] But, but, er, er, my question is--

Alebbini: [OV] Yeah.

CHS: [OV] -- can you within four to five days, six days be able .... If you find the situation as they say, will you be able to pack your stuff and-and-and go to Al-Ramtha and from Al-Ramtha go to the, to The Islamic State, or you can't? This is one question. This, you need to think about this and know, --

Alebbini: [OV] Yeah.

CHS: [OV] -- okay? The second question or the second way of thinking. If you entered the airport, you will show them the.... You said your brother will give you the-the-the-the passport at the airport? Right?

Alebbini: [Chuckles] Yeah. [UI].

CHS: And you go to the airport, fine, and tell him, "Give me the passport." You take the passport and do the *check in, security,* and don't board the plane; remain seated. You will miss the plane, and I will be waiting for you outside. After that we will see what, uh....I will wait for my passport to arrive and then, God will ease it.

Alebbini: And we go together?

CHS: This, this is the second way. The third way would be that, uh, you...Frankly, I do not know the third way.

Alebbini: When will you get your passport?

CHS: I don't know. When I spoke with them, they told me, they told me, "You have to send it..." I sent it to them but they said when they send it and it is returned, I should go to Washington to receive it. [Cough]. I think you need to take the one over here.

Alebbini: This turn?

17

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027233

| | |
|---|---|
| CHS: | *Yeah.* |
| Alebbini: | *Yeah*.... Look now, I-- |
| CHS: | [OV] I mean, I am telling you I don't, I mean frankly-- |
| Alebbini: | [OV] -- thinking of going together. |
| CHS: | [OV] -- I, I am thinking.... But at the same time, my trust in you is bigger. After God, my trust in you is bigger, because you opened my eyes; you confirmed things to me. |
| Alebbini: | Yeah! |
| CHS: | This is what happened to me. |
| Alebbini: | When you were suspicious of The State, when we came.... |
| CHS: | [OV] you know, it is like-like it is a sign from God. |
| Alebbini: | Look, I swear, uh, now [UI]-- |
| CHS: | [OV] So-so, I just want you to be careful, and to thi-thi-think carefully. |
| Alebbini: | Right or left? |
| CHS: | Right. To think carefully. Joining The State is the main goal, but you have to be more cautious. At this time, I am cautious. I don't tell my brother, mother, father, wife or anyone else. |
| Alebbini: | And don't tell anyone-- |
| CHS: | [OV] Do you understand?-- |
| Alebbini: | [OV] --everyone, everyone will be on your case. No one understands the story. |
| CHS: | [OV] -- Right or wrong? |
| Alebbini: | Yeah. |
| CHS: | Frankly, it is not that I'm clever, but I saw what's been happening to you. |
| Alebbini: | Yeah, yeah; yeah, correct. |

18

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027234

CHS:         I understood some things from you then saw how you were upset, how you became, --

Alebbini:    [OV] War; you get involved in a war before it starts. [Chuckles]

CHS:         [OV] -- you became, uh, like you're in a whirlwind--

Alebbini:    [OV] that's it; everything becomes--

CHS:         [OV] -- like a whirlpool.

Alebbini:    Should I enter?

CHS:         Uh, uh, stay to the left. We should've taken this street, but fine, make a U-turn then come in from that street, it is better. There is a place to [UI].

Alebbini:    By God, I agree with you as far as this matter goes. A person should review his thoughts beforehand at the least; he should review his plans and see…. [Noise] would it make it? Would it make it?

             [Pause]

             [Noise]

CHS:         To review, and at the same time, the time is short, and, and…. From here…. Time is short and, and you will-will need to review your plans carefully, but you need to be quick, know what to do and in complete secrecy. Neither, neither your brother, nor anyone else, nor anyone. I mean, you, you think about it. I cannot tell you. I just gave you two options. If you like the second option, I am even willing to wait outside at the airport, take you and return; --

Alebbini:    [OV] -- the thing is-is-is-is--

CHS:         [OV] -- then God will ease it. But no one should know this.

Alebbini:    [OV] yeah, yeah, I understand--

CHS:         [OV] Do you understand?
Alebbini:    [OV] -- I, uh, [UI]--

CHS:         [OV] --Even, even Destiney should not know. Normal; "I am traveling, traveling; Blah, blah, blah, blah," but I don't want you to be upset if my passport took a little longer or such and feel like….

                                    19

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027235

| Alebbini: | Now, regarding passport issues, Destiney's passport is supposed to arrive this week, but because I am in such a rush and she was late with it, I told her to follow me but it really wasn't about me being in a hurry. I wanted this so that when she follows, I can tell her, "You came to America [*sic*]; I did not bring you to Jordan. Because you came to Jordan; I did not bring you." Because Destiney is whines a lot with me and she does that all day; she's an American and you know how American ladies are; she's not obedient like Arab ladies. Destiney does not obey me. So, I said, I said based on.... So that if she doesn't like living over there or such.... And I told her, "If you come to Jordan, once you say, 'I want to go to America,' you will get a divorce and go to America." Because with me, there is no, uh, I mean, the wife follows her husband. "If you don't want to follow me, yeah, you will be slammed with the oath of divorce then go back." |
|---|---|
| CHS: | [OV] But you intend to go to the Islamic State Organization, right?-- |
| Alebbini: | [OV] I, no-- |
| CHS: | [OV] -- Or go to Syria? |
| Alebbini: | [OV] -- Frankly, at first, now, after, uh, I am not, not going to the Organization. I...we will go, uh, fight against Bashar al-Assad first. Why? Firstly, because when you say you actually like, you want to go fight Bashar al-Assad, no one says anything to you like when you say you want to go to The State. |
| CHS: | Aha. |
| Alebbini: | This is the first thing. And secondly, you are fighting the entities that are protecting Muslims. Then the State.... Then when you go over there you will be.... |
| CHS: | [OV] Yeah, but to whom will you say, "I want to go fight, fight against Bashar?" |
| Alebbini: | We are going to fight Bashar [Noise], I am going to fight Bashar. |
| CHS: | I am with you, and the Organization fights Bashar, but, I mean-- |
| Alebbini: | I will say to any, to all people, because, because now, over there, during...because-because-because what did Prophet Muhammad say? |
| CHS: | I am talking about, about Destiney, I mean,-- |
| Alebbini: | [OV] Yeah. |

20

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027236

CHS:        [OV] -- you need to decide if she will remain. Do you want to take her over there?

Alebbini:      Yeah, she will come. [Sniffle]. If she doesn't want to come, she can remain in Jordan--

CHS:        Okay.

Alebbini:      --until we see how the situation there is and then she will follow. While there, I will get the house ready for her, and if there is a house, she will come. Because if I didn't, didn't get the house for her, she will remain in Jordan, and if I get a chance to visit her, I will visit her while she is in Jordan.

CHS:        Okay, a second question, a question, when I go what do I take with me? My clothes, uh, a full suitcase or, or--

Alebbini:      Take, take whatever you can with you; normal.

CHS:        I don't want them to be suspicious of me.

Alebbini:      No, no. Look, no one will be suspicious of you. Now, [Noise] if there will be suspicion, if there will be suspicion, it will be for example, I mean, uh, from the videos, due to you accompanying me to the market. Now, there is one point, I frankly am not able, uh….Right

CHS:        Yeah, do you see anything other than right?

Alebbini:      Uh, now, we don't know whether, ,as you mentioned, Raid had information about him when he left America or whether he had a point when it became clear that he was looking for a way to reach the Islamic State.

CHS:        When, when there was a way; I mean it's obvious.

Alebbini:      So, here is the point. So, God willing, I am saying I believe that the matter is from when he was over there; the man was looking, and he was reported. Because as you know all the ones over there are, are, uh, working with those ones.

CHS:        That's what I'm saying. --

Alebbini:      [OV] Yeah--

CHS:        [OV] -- It's clear, I mean.

21

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027237

Alebbini:	[OV] -- yeah, because the man was, I mean, an *informant*; so he went, uh.... Because Raid used to tell me about him, his friend...and on *Facebook* and whatchamacallit and they did Da'wah, and it was--

CHS:	[OV] Well, I.... I actually don't know where we are; go this way.

Alebbini:	Not a problem; we will find [UI] a street; --

CHS:	--Yeah, yeah.

Alebbini:	[OV] – It's normal, [UI]. We just want to keep driving [UI]--

CHS:	[OV] Now you only need to, I am telling you now, there is, er, er, er, the subject that is a little dangerous.

Alebbini:	Yeah.

CHS:	You need to be cautious with this. And I told you, think about what's the-the-the-the-the most suitable for you. What's the most suitable? This or that. [Noise]. You need to go left.

Alebbini:	Yeah.
CHS:	Think then tell me what's the most suitable. See what's most suitable, and-and-and tell me, for example, not with [UI]...don't talk on the phone, nor such; only tell me, "I want to meet with you," or "I want such," and everything. If you need me for the-the-the airport thing, --

Alebbini:	[OV] I...the airport, --

CHS:	[OV] -- do you know?--

Alebbini:	[OV] -- I mean I now told my brother...he said he will send to me...I mean, if I ask him for the passport, he will send it to me. So, because I don't want to.... Look, I mean, now, let's also suppose that there is information about me. If there is information about me...by God, I don't know what to say, by God [UI]--

CHS:	[OV] -- I understand;--

Alebbini:	[OV] By God--

CHS:	[OV] -- You don't know what to say because, frankly, you do not know.

Alebbini:	Because I don't know, because I don't want to tell you if I, uh, --

22

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027238

CHS:            [OV] I, I--

Alebbini:       [OV] -- I did tell Raid; I, the problem is that I am upset for Raid, because I told him, "Raid, don't go." I told him, "Raid, I…let me go first, and after I check the situation over there, you can follow me." [Noise] And I told Raid, but Raid said, "No." Raid said, "I am not going to wait; that's it, if I leave, you…." Especially because…. [Noise] What happened to Raid? When, when Raid knew that my family took the passport, Raid started acting like this, on his own. He said, because I was, I was, I was from the beginning…."

CHS:            To be honest with you, you cannot tell--blame Raid--

Alebbini:       [OV] -- Aha.

CHS:            [OV] -- because, I-I, for example, you told me the same thing. I talk to you on the phone, but I am moving.

Alebbini:       Yeah.

CHS:            If they tell me tomorrow…. If I go home today and found the passport [Noise], I will make my reservation and be on my way.

Alebbini:       And this is what, uh, happened--

CHS:            [OV] Do you know?

Alebbini:       [OV] -- with Raid, by God.

CHS:            I mean you are my brother and my dear friend, but--

Alebbini:       [OV] -- The story is [UI]; --

CHS:            [OV] -- [IA]--

Alebbini:       [OV] -- it has no options--

CHS:            [OV] -- [IA]. That's it one will not-not rest until he does the-the--

Alebbini:       [OV] – what he [UI]--

CHS:            [OV] -- the right thing--

Alebbini:       Aha

23

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name:  0002.wav

ALE-00027239

CHS:  [OV] -- and the truth, to follow the truth. [Cough]. And the migration; you saw the…. You need to go right. You saw the…during the life of the Messenger, peace be upon him --

Alebbini:  [OV] -- peace be upon him –

CHS:  [OV] -- when, when they migrated. There were people who migrated earlier. There were people who migrated late--

Alebbini:  [OV] Yeah, yeah [UI]--
CHS:  [OV] -- There were people who migrated--

Alebbini:  [OV] -- people follow [UI].

CHS:  [OV] -- There were people who migrated openly. There are people….

[Noise]

Alebbini:  I swear to the Almighty God, my goal was, was to migrate openly like Umar Bin al-Khattab. I was planning to go to Jordan, stay in Sal…tell the people of Sal…why? The Jordanians were with the State. However, after they burned al-Kasasbah, when al-Kasasbah got burnt, the people…and you know people have weak faith,--

CHS:  [OV] -- They changed.

Alebbini:  [OV] --and said…they changed. But brothers, it is al-Kasasbah who brought it this thing unto himself.--

CHS:  [OV] -- And got burnt this way.

Alebbini:  Yeah. I mean by God, now, if Raid, you, and I are on the frontline, and all of a sudden a bomb fell on two people performing Jihad with me…. These are friends, I mean friends in Arms and not just any kind of friends--

CHS:  [OV] -- and not, not just any bomb; it is a bomb of--

Alebbini:  [OV] -- and not just any kind of brotherhood. And then let's suppose that two of the Mujahidin friends that I performed Jihad with passed away and I captured this Jordanian Mujahid. Well, now, you, you and I who are on the ground, who captured this man, the pilot who bombed us and we are allowed to kill him. Yeah, aren't we going to screw him?

CHS:  Of course.

24

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027240

| Alebbini: | We want, we want.... |
|---|---|
| CHS: | And it's not just any bomb. These are incinerating bombs. |
| Alebbini: | Incinerating bombs; he fired phosphoric bombs, I mean he was firing phosphoric bombs. |
| CHS: | And when you gather small children that are burnt. |
| Alebbini: | So, so, the one who burnt him, the one who burnt al-Kasasbah was one of the emirs of a sector that was being bombed by the Crusader Alliance, er, and Jordan. And this person came under the banner of the Cross. He came openly under the banner of the Cross. So, I felt like going to Jordan, to announce at the mosque that I want to go, that the State is right, and that al-Kasasbah is wrong. This is so the people of Sal...I mean when God willing, the Islamic State comes in, they won't say...I mean that they will not have any remaining grudges against the Islamic State. However, things don't always go according to our wishes. My friend, we went to Qasim. Qasim was in Memphis. We went to Qasim, tsk-tsk, and told him, "Qasim, we are going to *Ohio*; come with us to *Ohio*; there is work in *Ohio*..." because Qasim told us that when he was there, he encountered temptations; there were women there who were trying to seduce him; he wanted to live over there; there were women one of whom is a doctor and whatchamacallit, and beautiful; and Qasim, I mean.... At any rate we told him, "We will come and pick you and take you with us to *Memphi*...to *Ohio*; *Ohio* has work and many telephone stores, and God will provide for you in *Ohio*." We went to Qasim and came back. When I was at Qasim's, Raid, Raid, being always right and always organized, took his passport with him. I left my passport at home. Hossam and his fiancé called my wife and said, "Oh we like come for a visit," and he and his fiancé, they stole the passport from Destiney. They stole it from my home. I had it inside a briefcase, uh, in the room. He went inside and easily found it and thought, "Praise be to God. God facilitated it for us." He stole it and left. And where did I get stuck? Over here. . The problem is that...akh! I swear I was going to Turkey with the expired passport. Hossam stole both the expired and the new passports. |
| CHS: | [Laughs] |
| Alebbini: | Can you imagine! I mean even if he had left me the expired one...because I know, I had gone to Turkey with the expired passport and they told me to go back. By God, I do not know, I swear to God, I mean, I don't, I don't, I don't know, I don't know. Now I want to think about, about the subject. How much do you expect-- |
| CHS: | [OV] the Messenger, the Messenger, peace be upon him, -- |

25

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027241

Alebbini: [OV]--Peace be upon him--

CHS: [OV] -- during the Isra' and Mi'raj, how long did it take him?

Alebbini: The Isra' and Mi'raj?

CHS: Um-hum!

Alebbini: The Isra' and Mi'raj or you mean migration?

CHS: No, no, the Isra' and Mi'raj. How long did the whole matter take?

Alebbini: There and back?

CHS: He went, returned, ascended to Heaven and from Heaven, he got to Sidrat Al-Muntaha and came back.

Alebbini: Probably less than one hour, less than one hour.

CHS: God knows if it is less than an hour, but I know it is one night, I mean.

Alebbini: I mean, it is within one night but when he got back to bed, his bed was still warm.

CHS: [Coughs]. It was still warm, yes correct. Correct?

Alebbini: Yeah.

CHS: Well, the will of God, --

Alebbini: [OV] -- The will of God, and of Prophet Muhammad--

CHS: [OV] -- correct? Well, uh, uh, the, the, we also know that the Messenger also migrated. Well do you see how much trouble he had when he migrated?

Alebbini: Yeah, he went through difficulties and [UI]--

CHS: [OV] -- Did you see the, uh, uh, thing that happened to Abu-Bakr? --

Alebbini: And he was chased.

CHS: -- and he was chased--

Alebbini: [OV] -- Yes.

26

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027242

CHS:        [OV] -- and Abu-Bakr was bitten by a snake …

Alebbini:   Yeah.

CHS:        -- and Ghar Hira' and-and, etc… Okay, however, he performed the Isra' and Mi'raj probably in less than an hour. Correct?

Alebbini:   Yeah.

CHS:        Well why, why didn't God Almighty make his migration quick like this? So he can be an example for us. --

Alebbini:   [OV] Yeah because the, the--

CHS:        [OV] -- So he can be an example for us indicating that not everything in our life is easy, not everything. Maybe you want… I mean, the Messenger migrated, but we might at some time be forced to migrate, experience difficulties, get tired, and get--

Alebbini:   [OV] The Virgin Mary used to receive her food…summer food during the winter and winter food, and she received winter fruits in the summer. But when she gave birth to Jesus, and she gave birth to him, he was telling her, "Shake the stem of the tree."

CHS:        Um-hum.

Alebbini:   He did not tell her, "The food arrived to you." But the river…water was not available, so he made a river come out from where she was. And this is what, what, what happened and what God intended is to tell us when it is time for action, when the time for action comes…. Can we park over here and--

CHS:        No, no, that's it, uh,--

Alebbini:   [OV] -- turn and such?

CHS:        [OV] -- turn, turn and park there, and, and I want to…let me, let me go, but I wanted to be clear with this because I, I, if I didn't stay till the end and God forbid, something happened to you, I will not forgive myself, you know.

Alebbini:   I swear I, if, if, if, I mean--

CHS:        [OV] -- And I, I like that we meet, --

Alebbini:   [OV] -- Over there, right? [Chuckle]

27

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027243

CHS:            [OV] -- meet over there.--

Alebbini:       [OV] -- I swear to God, I swear--

CHS:            [OV] -- and be on the same front.--

Alebbini:            [OV] -- I swear to God--

CHS:            [OV] -- and fight under one banner.

Alebbini:       Brother Muhammad, I swear to the Almighty God, huh, that I, just when I get, when I leave, the moment I leave here, the moment I arrive there, the moment I am assured, I will speak with Destiney and have her tell you how the situation is, because I know how one, and I swear, and you can ask Raid and Qasim, how I told them, told them long time ago that I am going; and I told Qasim and Raid that I want to go to check out the situation and then you can follow. This is because I was the most informed because I have been watching videos for a long time, and they know that I have been keeping up with the videos for a long time. It is Raid who got convinced; I mean, when Raid saw, and I showed him the videos, uh--

CHS:            [OV] -- Then [UI] you were watching the videos. --
Alebbini:       [OV] -- Yeah.

CHS:            [OV] -- You showed me a video and I started watching videos --

Alebbini:       [OV] -- They removed the video.

CHS:            [OV] -- [UI].

Alebbini:       You see, they remo-removed that video we were looking…. They keep removing them every so often and they don't leave them, but the State, as God willed, keeps, keeps posting them. So, by God, I don't know--

CHS:            [OV] --And war from all sides.-

Alebbini:       [OV] -- I swear, war [IA] --

CHS:            [OV] -- and we are sitting here, --

Alebbini:       [OV] -- and we are sitting here, watching.

CHS:            [OV] -- so that… work, work, work then pay whatever you earned to, uh--

28

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name:  0002.wav

ALE-00027244

Alebbini: [OV] To *tax*.

CHS: [OV] -- to *tax* or *mortgage* or what have you or whatever it is.

Alebbini: I swear, it is not wrong, er, er, but it...I swear it is not wrong that one works and becomes among the merchants of God...and to work. But, man, we are living in the country of infidels, man; being over here, --

CHS: [OV] Contributing to the prosperity of the land of infidels

Alebbini: [OV] -- and not of your own country.

Alebbini: [OV] -- we are showing amity to, we are showing amity to those who oppose God and His Prophet. We show amity, [Cough]. Man, by God, now if you--

CHS: [OV] did you leave the door open?
Alebbini: Yeah, yeah, not a problem, I mean the house is empty, do you think there's something there?

CHS: Okay.

Alebbini: The, the Muslims, the Muslims, uh....Now, if you fight with someone, and I went and smiled in his face or spoke to him, you will be upset. So, how about when there is a war, a war, a complete war on everyone who, who wants the ruling with God's Shari'a, on every one who says, "There is no god but God," on every human, human who wan-wants His righteousness. I swear, man, so, while we are living here with them, we show amity towards the infidels, and, and are forced to be hypocrites with them and not like them, because eventually we enter the country...when we entered the country, we entered...when we signed and entered via a *VISA*, we entered peacefully; there was between us a covenant, covenant of peace and it is forbidden to break it. I mean, I cannot go out now and punch someone, because if I punch someone, I am breaking the agreement. I entered it as a peaceful person to live and coexist with people. Because there are two companions that were captured by the infidels of Quraysh, but they knew who they were. So, they told them, uh, they told them if.... They were going to imprison them or kill them...they told them, "If we let you go and did not do anything, will you promise us that you will not fight with Muh-the army of Muhammad?" So both entered into a covenant with them that, "We will not fight." So, both of them went to Prophet Muhammad thinking that he will undo this covenant. They told him, "Oh Messenger of God, in order for these people to release us, and we told them, 'We will not fight on your side.'" Prophet Muhammad said, "Don't fight on my side." So, when we entered this country, we signed this covenant. But this covenant, if, I mean... till when? if it stays active with us, if we die while we are under this covenant, it means that we are under a

29

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027245

covenant of peace with people who oppose Islam. So, we…I am…we are peaceful, peaceful, peaceful because we entered a covenant of peace; but if we die over here, what will happen to us? Why do we show amity to those who, who oppose God and his Prophet? Why do we show amity to those who fight Muslims, who fight…. When America had a siege on Iraq, five hundred thousand…half a million Iraqi children died of hunger. By God, huh, on the Day of Judgement…brother Muhammad, by God, explain to me how are you going to clarify your stance on the Day of Judgement to the Iraqis, the Muslims, these children, and the followers of Prophet Muhammad that you were living in America during the Iraqi war, that you and I were living in America during the Iraq war. Man, I, I ask God's forgiveness, before I came here to America, because I always had…I am surprised that I have such love towards the infidels and to America. I always loved to come to America. I used to tell my father, "Father, I want to go and become an interpreter, because I was good in English, for the American Military in Iraq in order to get the *Green Card.*" Can you imagine! By God, will Prophet Muhammad or God intercede for a person with this ideology? By God, if I continue to say in front of you, "I bear witness that there is no god but God and that Muhammad is the Messenger of God" and pray a million times, while I am doing this thing, thinking this way, and having this mindset of liking the infidels, Britain and those other countries more than the Muslims. How will I on the Day of Judgement follow Muhammad and his companions? How will I follow them? How am I going to follow Muhammad and his companions, and the verses state that on the Day of Judgement, uh, uh, "So a wall will be put up betwixt them." God puts up between…. Some Muslim hypocrites come; they think they are Muslims. They go to follow Muhammad and his companions and the, the people, the…and the Muslim Nation. So, He tells them, "Were we not with you?" "Weren't we with you?" The true Muslims tell them, "Er, go back…you were a hypocrite with yourself, you were vacillating and whatchamacallit, "So a wall will be put up betwixt them, with a gate therein. Within it will be Mercy throughout, and without it, all alongside, will be (Wrath and) Punishment!"

So it will be mercy for the believers, who are on this side of the wall, [UI]--

CHS:        [OV] Mercy--

Alebbini:   [OV] -- and as for the infidels who thought they were Muslim, who thought they were followers of Muhammad, they will be punished…. suffering is after them, and when they look at the wall, they will be suffering. I swear that if we stay in America, we will become of them; [Coughing], and will lose-we will lose the hereafter for this life; and for what? For these? Well, do they like us? Do they --

CHS:        [OV] No.

30

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027246

Alebbini: [OV]--No, by God, they do not like us. By God, they do not like us. None at all. Look at Trump, all of his statements, I mean let me tell you man, by the Almighty God, let's suppose that Islam was not sent down to the Arab nation, let's suppose that there were no Islam. The Islam is not yet...Prophet Muhammad is not sent yet. If we were true Arabs with dignity, and after Trump's statement, one should just move out. The person, like this, just out of dignity; dignity, humanity and honor. And by God, I will not stay in a country whose president slander us, does this to us, threatens us, and such. But, uh, only the level of human dignity, the dignity of Arabs and their customs. But we er, er... because praise be to God, the human, the human is like the *computer*; a *processor*. It thinks according to the information you feed it. When the human being keeps his eyes on this world; *business* and money and interests and such....Then he says, "Yeah, by God, I want to open, and I want to...." This is how he starts thinking. When he starts looking at his religion--

CHS: Everything will be gone.

Alebbini: --yeah, when he starts to looks at the religion and its scriptures, he will say, "Yeah, man, one should pray, should worship, I mean this world is fleeting." So, so, er, by God, I don't know. I mean, now I want to start thinking, I want to start, er, when... as for the passport issue.... When do you expect your passport will arrive?

CHS: I, I want to call them tomorrow and see what are is the, *up... any updates.* I will call them tomorrow and see *any updates* and-and-and will call you and let you know. Do you understand?

Alebbini: Yeah.

CHS: Or I will call you and tell you, for example, "The, the, the bread needs such –

Alebbini: [OV] Yeah.

CHS: -- and such," you know? Or I will tell you, uh.... Or I will visit you and tell you.

Alebbini: I, now...it is the 29th of the month. On Friday morning, I mean tomorrow... Thursday morning, in the morning, at three in the morning, I am supposed to be on the train, and from the train to Washington; from Washington to Saudi Arabia and from Saudi Arabia to Jordan.

CHS: Saudi Arabia?

Alebbini: Yeah. The plane, er, er, er, a plane reservation is made to Jordan with a short layover in Saudi Arabia, possibly for three hours, then off to Jordan. I don't

31

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027247

know, uh, uh [sighs], by God, I don't know, I am saying that I want to pray for guidance today, because, uh, just now, because my father called me today; he was talking to me then I spoke to my brother; we, uh, were… in the bathroom when you came. So, quite frankly, I haven't thought enough about it but my mind flipped, and, because my family, my family told me, they told me, "When do you want to leave?" My father told me, "If you want to come, you can come, but they will…when they investigate you, they will investigate you for 20 days, 30 days. Don't tell them the things that you have been telling me. Tell them that it's over and you have changed; tell them whatever you want and that's it, then come and stay, stay with me at the house." I told him, "Father, I am fine, I mean I, I, frankly, I have nothing to hide. I am a man who hates Bashar and I want to go fight Bashar. The Islamic State fights Bashar, and I want to fight alongside the Islamic State…I will fight Bashar. Uh, Al-Ahrar…the rebels are fighting Bashar; I want to fight Bashar, because frankly, I am with the Islamic State, but I don't want to be one of those who…. I mean now, the Kurds, the Kurds go and fight the Kurds, in the State. The Iraqis go fight the Iraqi Army. The Syrians go and fight Bashar al-Assad. Jordan and such and others, will go and select where to fight.

CHS: Um-hum.

Alebbini: But The State's system is well known; you will fight the one who is against your side.

CHS: The oppressor.

Alebbini: Uh, uh, you fight the oppressor. And the way they, I mean, they use the Iraqis to fight Iraqis; why? So that the people…so that--

CHS: [OV] Um-hum--

Alebbini: [OV] -- I mean it's like a *propaganda* war, because when you are in the Iraqi Army and you know that it is fighting against the Iraqi, you would say, "Well, why should I fight them for the sake of America!" But if he says, "I am fighting Saudis and Jordanians," he will tell you, "Yeah, these are coming to my country and whatchamacallit and are losing their minds or such." But when he says, "I am fighting the Iraqis," this story has a psychological effect. God willing a front will open in Jordan, and I will be one of those who, God willing, will screw King Abdallah's soldiers, and King Abdallah himself. But, but, up until now, I swear, I mean I saw, I mean I saw pictures of Bashar al- Assad and his people, and what they did to Bashar al -Assad, when they were displaying a picture of Bashar al-Assad and were saying, "Prostrate yourself for your Lord." The one who reads the history, [Honking], uh, there was, there was, uh, uh an Ottoman Sultan before the Ottoman Caliphate was a caliphate, there was one, a Sultan by the name of Bayezid Al-Sa'iqa…a Sultan. So, there was, was one by the name of Isma'il the

32

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027248

Safavid who founded, founded the Safavid Dynasty and killed one million Sunnis in Iraq and Syria. So, the scholars went to him [Sneeze] and told him…. Bayezid Al-Sa'iqa was the Sultan. Bless you.

CHS: [OV] Thank you.

Alebbini: [OV] -- They told him, they issued him a Fatwa that he should kill this person, he should be killed.

CHS: Who, who issued the Fatwa to who?

Alebbini: The scholars, of the Muslim Nation.

CHS: Who did they issue the Fatwa to?

Alebbini: To Bayezid Al-Sa'iqa. To Bayezid.

CHS: The one who killed one million people?

Alebbini: No, to the caliph…to the Ottoman Sultan. He was a Sultan.

CHS: Yeah.

Alebbini: So, they told him that this man, "You, you are a king, you are a ruler and the ruler is one of the hands of God Almighty on earth, and you must kill this person due to what he committed against the Sunnis in Iraq and Syria." He told them, "Is this what I should do?" They said, "Do it." He said, "I welcome the order of God." He formed an Army, and went after Isma'il the Safavid. He destroyed the whole Safavid Army but he was not able to kill him because he was hiding. So, he gave an order to the commanders that, "That's it; we want to follow the army and will not come back, no, not one of us will come back until this Safavid man is killed, just as was pronounced in the scholars' Fatwa. We will all either die or this man will."

CHS: Um-hum.

Alebbini: His commanders told him, "We defeated them and we returned the Levant and Iraq. They joined us and pledged allegiance to the Caliphate and became part of us." Because the people saw what they did, they gave their allegiance to the Ottoman Empire. And so at that time, we entered the Ottoman Caliphate. Then Egypt came forward and the Caliphate was expanded through pledging allegiance. But what happened? The Safavid Dynasty told him… There were people in, in the Dynasty, uh, that cut the supply lines preventing the progress of the Ottoman Empire in, in Iran. So, the commanders said, "That's it, we don't want to go

33

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027249

because there are no lines of supply and we will be destroyed." They stood up firmly for Bayezid Al-Sa'iqa. So, he told them, "Fine. You don't want to go." They said, "We don't want to go." He went back to-to Turkey, and as soon as he arrived to Turkey, he ordered that all the commanders be arrested, and he executed them the next day. Now, because when this man executed them.... Do you say this is right or wrong?

CHS:    Right.

Alebbini:    Why?

CHS:    As far as I am concerned, it is right.

Alebbini:    Why? Because the people don't want to--

CHS:    [OV] because they let him down.

Alebbini:    [OV] --they don't want to execute the order-order-order of God.

CHS:    They let him down.

Alebbini:    --They let him down. These people are the kind that lets down. And they were afraid of the supplies of God, God Almighty will provide for them. So, so, this is what.... The problem, I swear, the problem is that sometimes I am afraid of being...that I cannot see...I am saying I want to follow, this way. Do you know what, what I am saying? I want to follow, and *fuck it*. This is my problem, but I remember when you were telling me, "You, my friend, well why this way? Well, follow but without destroying yourself." I am saying that the point is logical, logic, the point is logical, but I swear, just be patient with me, I will go crazy again because I know myself, because I am sitting here every day, sitting here and only watching videos; when I see the killing and the destruction, I, er, er, explode from the inside. Destiney.... We were supposed to wait till Destiney receives her passport and that we go home together, but I thought that her passport is taking too long. I made reservations and thought I will go and she will follow me.

CHS:    Well, tomorrow I'll check and see what the problem with the passport is and also from.... I mean you have *two option, [sic]* and think about the matter. And God willing it will be good.

Alebbini:    God willing, and at any rate, and at any rate, I told you if such, when...I mean, if I don't go to jail...if I go to jail, you, when your affairs are in order, and your way is clear and ... quietly. This is one. Secondly, even if my affairs went well, I will not call you directly, I will call Destiney.

34

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027250

CHS:         *Okay.*

Alebbini:     Because, because, if I call you and such,--

CHS:         [OV] No, no, correct.

Alebbini:     -- what will happen is that you will be in danger too.

CHS:         *Yeah.*

Alebbini:     Do you understand?

CHS:         I will follow you immediately--

Alebbini:     [OV] Aha.

CHS:         [OV] -- possibly, possibly within a week--

Alebbini:     [OV] -- Be-be-because-because--

CHS:         [OV] --or only two weeks.

Alebbini:     [OV] -- Because, because by the way, these people do not watch a person, they do not watch a person. Now, you, on *Facebook*, when we want to watch, uh…the one who is being watched by a person on *Facebook*, uh…. What will happen automatically is that everyone on his list and all those on their lists will be watched. But how do they watch them in America? How does the surveillance system in America work? There is no one sitting there watching you. No, everything will be downloaded, and collected at their end. So, when the time comes and they want to see what a person is doing, the information will be ready and they will start searching it. If they did not need the information, it will be deleted automatically. [Cough]. This, this is how their system works.

CHS:         Okay, God willing it will be good. God willing it will be good.

Alebbini:     And, and just as I told you, [Noise], I mean, if I went and something happens, I have no problem to be, I mean, normal, the sacrifice. By God, I told this to Raid, and told Qasim and told everyone earlier.

CHS:         [Sigh] God willing--

Alebbini:     [OV] -- [UI].

CHS:         [OV] -- God willing, God willing, there won't be a sacrifice [Laughs]--

35

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027251

| | |
|---|---|
| Alebbini: | [OV] Yeah, by God-- |
| CHS: | [OV] --nor Eid, -- |
| Alebbini: | [OV] -- Qasim, Qasim-- |
| CHS: | [OV] --nor anything; [UI].-- |
| Alebbini: | [OV] -- Qasim quickly ran away from here-- |
| CHS: | God willing it will be good. |
| Alebbini: | [OV] –Qasim, because he… Qasim knew. He said, "You, sitting with you now, I mean, at the end…there is no one." I have many friends. They were…we were living together in one house. They said, "Laith, please don't call us." I have a friend who is not documented. I had bought him a car….The car that he bought, I put it in my name and I got him insurance for it because he is not documented. So, he called me and told me, "Laith, for God's sake, take the car; that's it, take it; I don't want to keep the car, because this car is in your name; I want to work on my documents, and I'm afraid it will ruin things for me." I told him, "That's fine, man, I know that you are afraid it will ruin it for you, and such and such. But as we say, man, just transfer the car to one of the…to the name of your paternal uncle, your maternal uncle who are there with you." He said, "No, these are afraid and they don't want to buy the car." Because the car was in my name, they don't want to transfer the car's ownership; they don't even want to say that bought the car from me. |
| CHS: | That they don't know you. |
| Alebbini: | That they don't know me. I told him, "Actually my friend, I like it if a car is coming to me, coming to me just like this and such, bring it. My wife is here; I will let her keep one car and I will keep the other one; it's not a problem for me." |
| CHS: | There is no power but in God. That's it, as I told you, we will talk-- |
| Alebbini: | [OV] Yeah, but-- |
| CHS: | [OV] --regarding what I told you. |
| Alebbini: | [OV] --this, brother, brother Muhammad, I am sorry, I swear I haven't been hospitable; I never asked you to come in. I swear the house [Noise], er, er, come, let me show how after they sprayed it for us. |

36

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027252

| | |
|---|---|
| CHS: | I, I know, I asked, she told me, [Noise] she told me, [Short pause] she told me, whatchamacallit, [Noise] |
| Alebbini: | And we threw the *couch* away. |
| CHS: | That's it, don't, don't, don't-- |
| Alebbini: | [OV] [UI]. Please come in. |
| | [Pause] |
| CHS: | It's cleaner. Didn't they clean this yet? |
| Alebbini: | This one, not yet. The carpet just needs cleaning and it has [UI]. I don't have a *couch* to invite to sit on. |
| CHS: | Man, no problem at all. God willing, God willing we will have better days, -- |
| Alebbini: | [OV] God willing, God willing. |
| CHS: | [OV] -- and, and, I will call you and let you know. I will call them tomorrow. These ones, don't, uh…. After three, they stop answering. |
| Alebbini: | Yeah. |
| CHS: | One should call them between ten and three…at the Embassy. |
| Alebbini: | Actually, I swear I was thinking that I want to sit like this with a man, with someone to chat with, to chat with. I was thinking, uh, I was thinking there is no one. Then, you came to mind, but I said, now, uh, I mean, uh, uh, I mean I don't want… |
| CHS: | Just be careful when you want to talk. They want [UI]. I , my phone calls. |
| Alebbini: | [OV] I know, I, I believe it. |
| CHS: | [OV] -- [UI], to be cautious. We will talk and see. Now I, I, as I told you, I don't know or I don't have knowledge about you like you have knowledge of yourself, and you know-- |
| Alebbini: | [OV] the situation. |

37

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027253

CHS: [OV] -- the situation. So, I told you that my opinions are either this or that. If you want to go to Amman, it means you must hurry. If you don't want to go to Amman, the [UI]--

Alebbini: [OV] -- meaning not to stay long in Amman.

CHS: No, don't stay long in Amman.

Alebbini: Not to stay long in Amman

CHS: If the matter, uh, uh, Raid [Noise] [UI], don't stay long...be careful not to stay long in Amman.

Alebbini: I frankly don't want to stay long neither in Amman, nor in Jordan, nor in America.

CHS: I am saying, if you don't want [UI], I mean, I don't expect that they arrest you at the airport; impossible. I know, uh, the one who... the Department of...what is it?

Alebbini: The Mukhabarat?

CHS: No, the Borders and the...I don't know what. When it shows on their computer that this man entered Jordan, and it shows on the borders, the borders will then inform the Mukhabarat and this takes time. Fine?

Alebbini: Yeah.

CHS: I mean, like what happened with Raid. It takes time. When the time, this, gets *processed*, that's it, you would be gone. Keep this in-in-in-in-in your mind; and if you are suspicious, you know, there is the second option. Fine?
[Noise]

Okay, good bye. Peace be upon you.

Alebbini: Peace and God's mercy be upon you too.

CHS: [Noise] [UI]

Alebbini: [Laughs] [UI] [Laughs]

CHS: I just saw him. Look, yesterday I was thinking [UI], [Static] then I thought it was a joke. Then I thought maybe it is true. Now you are telling me that cars surrounded the ....

38

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027254

| | |
|---|---|
| Alebbini: | [Static] Yeah, yeah, counter terrorism and my father, by God, my father tells me that initially they thought the matter was a joke [UI] Qasim [UI] the Mukhabarat or, or [UI]. So he talked to him and I mean, he told him, "God willing, I mean, ten days after the Summit…. It might be precautionary procedures." But when he told him the story, counter terrorism came to him. This man's issue will take one month at the least and that's if he is innocent. If the man is innocent, it will be one month. My father called me and told me the same thing. He told me…. Because my maternal uncle, Mahmud LNU, is in security. So they went and such and my father told me, [Cough], he told me, "Son, son, they will interrogate you for at least 20 days," my father told me. So, this talk is recent and one does not know. |
| CHS: | God willing it will be good. |
| Alebbini: | But I'm optimistic and I swear I don't know why. Because, because when, because…. My family was telling me, "Raid is getting slapped right now. He is getting slapped." I told them, the slaps that Raid is getting…as soon as he gets one slap, all his sins will be removed; Raid's second slap will earn him good deeds; the third slap that Raid gets…be atonement of sins and he is raised to degrees of honor . By the time Raid's slaps are over, Raid will be…after the last slap that Raid gets, God will smile in his face; and the one in whose face God smiles, will never see…God will not punish him. So, [UI], it's said that the martyr are raised up on the Day of Judgement; those who were oppressed in this life, when God shows them their own Jihad as good deeds and atonement for their sins-- |
| CHS: | [OV] He say, "I wish we can go back [to do more]."-- |
| Alebbini: | [OV] -- he says, he says, "Oh God, if they only did hit us with iron tools; if from the day we came into life till the day we died, we were hit with iron." |
| CHS: | Oh God! |
| Alebbini: | Just so that all of this oppression is turned into good deed and so that God will ease his afflictions on the Day of Judgement. |
| CHS: | God willing it is good. God is everyone's hope. |
| Alebbini: | Our hope is in God. |
| CHS: | Okay, peace be upon you. |
| Alebbini: | Peace be upon you too. |

39

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027255

[Static]

CHS: And if, if you need something, I am not busy, --

Alebbini: [OV] [UI]--

CHS: [OV] -- call me--

Alebbini: [OV] --God willing.

CHS: God willing.

[Beeping]

[Car Noise]

[People talking in the background]


**[End of Recording]**

**[End of Translation]**

40

Date of recording: 3/29/2017
Duration of recording: 1 hour, 17 minutes
Audio File name: 0002.wav

ALE-00027256

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION



FBI Tampa
5525 W. Gray Street
Tampa, FL 33609

File Number: 415F-CI-2127744

Requesting Official(s) and Office(s): SA Michael J. Herwig (CI)

Task Number(s) and Date Completed: 852293, Request ID 747191, 7/27/2018

Name and Office of Linguist(s): LA Najah Delaney (TP)

Name and Office of Reviewer(s): LA Iman Zumut (DL)

Source Language(s): Arabic

Target Language: English

Source File Information
    Name of Audio File:    0001.wav
    Name of Video Files:    04-03-2017.001.avi, 04-03-2017.002.avi,
                  04-03-2017.003.avi


GOVERNMENT EXHIBIT
3j-1

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name: 0001.wav
Video file names: 04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027338

# VERBATIM TRANSLATION

<u>Participants</u>:

| | |
|---|---|
| Laith Alebbini | Alebbini |
| CHS | CHS |
| Destiney Eshelman | Destiney |
| Raid Ababneh | Raid |
| Qasim Ababneh | Qasim |

<u>Abbreviations</u>:

| | |
|---|---|
| [ ] | Translator's Notes |
| English | *Italics* |
| UM | Unknown Male |
| Overlapping | OV |
| Simultaneous Conversation | SC |
| Unintelligible | UI |

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name:   0001.wav
Video file names:   04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027339

**[Beginning of recording]**

**[Beginning of translation]**

[Noise]

[Pause]

[Cough]

[Noise]

CHS: Peace be upon you!

Alebbini: And peace upon you too. Come in Brother Mike, come in.

CHS: [Chuckles] I've gotten so sick--here--here, [Sniffle] see all the meds that I've been taking!

Alebbini: I was also sick like you, today is the first day I am feeling better.

CHS: I swear the only thing that made me sick is-is-is-is our failing fishing trip

Alebbini: You see...since I woke up this morning...I've had so many arguments with my paternal cousins and whatchamacallit... with my paternal cousins since I've been awake. We are in the middle of a huge dispute; we've had a hundred fights, with my paternal cousins, a hundred fights.

CHS: That's all we need!

Alebbini: I told them I want to go to and what have you; I told them about that subject, and I will be going to jihad.

CHS: I don't understand your ways, man. We told you man to be careful, be careful, uh--do you want to throw yourself into hell? Don't tell anyone anything until the last minute, a day or two before you go that's when you talk. Don't talk now.

Alebbini: You are right! I swear I know, but right now in Jordan... the Jordanian Mukhabarat are waiting for me. I thought that if they were to arrest me at least my paternal cousins should know beforehand. This way my paternal cousins would know how to get me out. Frankly my friend, this is it, to me this subject-this

1

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name: 0001.wav
Video file names: 04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027340

matter should not be a secret. There are so many people getting killed. To me, there are people murdering my family in Syria. I am seeing the Muslims being killed. Frankly, I don't care. If someone has the ability-the ability to support the truth then they should do so. The truth is that I really cannot-cannot afford to travel, I don't even have the price of a ticket. I don't have it. I only have $950 which I am leaving for Destiney. I wanted to leave but Destiney asked me to leave it for her.

CHS: So, what happened to-to-to the ticket that your brother booked for you?

Alebbini: We canceled that one because it was from there and I wanted to go there, now the passport is with me. This is it, I am thinking...frankly- - [Noise] that's my father-- my Dad. He told me, "You are a failure and good-for-nothing."

CHS: [Chuckles] huh.

Alebbini: I told him, "Good-for-nothing person or a failure, say whatever you want to say."

[Noise]

[Short pause]

CHS: [Pause] There is no will or power except in God.

Alebbini: This is it! If I have to go to prison so be it, it makes no difference to me. By God, if it is prison then so be it

CHS: [OV] Ok, but you, before you start the discussion, what have you decided?

Alebbini: I am planning to travel, that's it. I will go if I get the opportunity to go. And if they want to arrest me, and send me to jail, let them. [OV]

CHS: [OV] where are you going? To Amman?

Alebbini: No, to Turkey, I am not hiding it; when I go, I will go to Turkey.

CHS: That means we go together, or what is-what is your situation?

Alebbini: I swear, I do not have a problem, no problem at all.

2

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name: 0001.wav
Video file names: 04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027341

CHS: I am ready, I have money put aside and prepared everything. I am only waiting for the passport.

Alebbini: God willing, but I want to…I am exposed, you are not.

CHS: Where are you exposed?

Alebbini: Me? Yeah.

CHS: You are exposed in Amman.

Alebbini: In Amman and uh… I am not sure if Amman will tell these-these guys over here.

CHS: No, not… if they had informed them we would've been in trouble already man.

Alebbini: That's it. Look, I swear, this…, "You are crazy". My paternal cousin uh my paternal cousins told me, "Okay, if your wife comes here we would ta…" I told them that my wife will come to Jordan and raise my son there until I either die…. If I die, she--she does not want to… I had offered her; she can stay in America but she will be divorced, she replied, "No, I don't want it. I will go to Jordan, and I will live in Jordan." I told her, "When I am dead you are free." [OV]

CHS: [OV] why don't you delay all of these discussions? Why can't you wait? Why do you have to talk about it? I mean, why do you talk about it uh-uh?

Alebbini: Because I am afraid- -I am afraid that I may get arrested before I talk about it. If I talk about it now, and anything happens to me, I know my paternal cousins, [Noise] they would use pressure, lawyers, and so on and so forth to defend me by saying, "No, he is good." Or "You have a phobia, you are lying." With that set aside if I ever go to prison I won't be there for long. If I were to be sentenced to three years, with facts emerging, and pressure from my family and the residents of Sal, I would get released. Because I am a man who has not committed any crime. Why should I be afraid? How come Shiite fighters are free to go straight to Damascus airport to join the battle whenever they want?

CHS: Yes for sure.

Alebbini: And America does not say a word to them about that. Why does the Ku-the Kurdish party, who is in fact on the terrorist list- -

CHS: [OV] and gave them weapons.

3

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name: 0001.wav
Video file names: 04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027342

| Alebbini: | --America is providing them with weapons even though they are on the terrorist lists. And we are the people of the truth how long are we going to be afraid? This fear does impact people, but if they see young people taking the sword that proves to them that this is collective demand, a demand-a right demand and a legal demand. If-if we take it public because no one is able to say this… whoever wants to say something they tell him give him…, no, keep it a secret. Why should I keep it a secret? Why should I be afraid? |
|---|---|
| CHS: | [OV] Alright, one second, we are talking [OV]…I agree with you, we are that… Now what? What? You have your passport, so what have you decided? |
| Alebbini: | My passport is with me. I want to travel. |
| CHS: | Go where, man? |
| Alebbini: | To Turkey. If I am able now, I will go to Turkey now. |
| CHS: | Okay, how…how, how much is the ticket? What do you have? |
| Alebbini: | I swear, I swear I-I-I have in the bank- Destiney has $950, we have $100 in cash and a $100 in another bank account. |
| CHS: | I am saying what are you able to use for the ticket? |
| Alebbini: | I mean about uh up till now uh close to $400, that is to say, because I have to leave money with Destiney to live with. |
| CHS: | Of course, what is the price of the-the ticket? |
| Alebbini: | I swear, I have not checked from here. From, from *Washington*, it cost $857. |
| CHS: | Okay. |
| Alebbini: | It cost $875. |
| CHS: | I know it is cheaper from *Chicago*. |
| Alebbini: | From *Chicago*? From *Chicago* or from here, I do not know. Similar to the way Raid left. I do not know how much it is to Turkey, I swear, I did not check the price. I did not check the price [noise] so-so-so far. |

4

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name:    0001.wav
Video file names:   04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027343

CHS:        Okay, to which airport?

Alebbini:   That is to say --

CHS:        [OV] *Ataturk?*

Alebbini:   --to…uh…I, I…it does not matter to me as long as I get to Turkey.

CHS:        Where did you go last time?

Alebbini:   To *Ataturk.*

CHS:        To *Ataturk.*

Alebbini:   Yes, *Ataturk.*

CHS:        Okay, all will be well, God willing. That means, I will need… I will see the-the - the… [Noise] Honestly, a while ago I saw the-uh-uh… the prices from *Chicago* and from *Cincinnati.* It was during the *season* and what have you, [Noise], when you have uh [Noise] the *break* was approaching when I checked and the prices were a little high. Now I will see and-and God willing, all will be well.

Alebbini:   God willing, all will be well.

CHS:        Tomorrow, I will speak with the-the embassy and see what happened with the passport.

            [Short pause]

            Laith, why do you keep talking so much about this issue?

Alebbini:   A lot, huh?

CHS:        Do not speak with anyone.

Alebbini:   But, I want them to know.

CHS:        Okay, that's enough, you inform them but don't discuss so much.

Alebbini:   Because, I-I swear to the Almighty God, before, before I… to be honest, before I was planning anything, I decided to go forth for Jihad, the same way like 'Umar

5

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name:   0001.wav
Video file names:   04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027344

Ibn Al-Khattab, and not in secrecy. I was trying, no, I swear, I was planning to go to Jordan and go from--

CHS:        [OV] when did 'Umar Ibn Al-Khattab do this?  When he was departing, right?

Alebbini:   When he was leaving.

CHS:        He did not talk about it a week, a month, or two weeks earlier, right?

Alebbini:   Right. He told them, told them "Whoever wants his wife to be a widow and his kids to be orphans should follow me!"

CHS:        Uh-Huh! So, do not talk about this issue until everything is ready; you have a *ticket* and you are ready to go.

            [Noise]

Alebbini:   Abu-Qis is here.

CHS:        Yeah, I was going to ask you about him.

Alebbini:   Abu-al-Qis went to work. He is working today, he said that he is working until 6 pm.

CHS:        Its 6:00 PM right now, 6:20 PM to be exact.

Alebbini:   He is probably on his way.

CHS:        What's the uh... [Short pause] what is it called? Uh-uh [Noise] *flight - flight, ticket* --

Alebbini:   Put in *Cheap O air* or *Expedia*, they are almost similar.

CHS:        --*Turkey* No, *Turkey*...

            You... Laith--

Alebbini:   Hmm?

CHS:        I told you we will go together but if you keep on talking, it won't be good [Chuckles].

6

Date of recording:  04/03/2017
Duration of recording: 48 minutes
Audio file name:    0001.wav
Video file names:   04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027345

| | |
|---|---|
| Alebbini: | A disaster for sure. |
| CHS: | Don't tell anyone. |
| Alebbini: | For you. |
| CHS: | Don't tell anyone. Did you tell Destiney anything? |
| | [Noise] |
| Alebbini: | Destiney--Destiney knows everything. Destiney knows that I am going. |
| CHS: | Okay, but don't, don't, don't… try to uh… |
| Alebbini: | Destiney…We were coming-we were coming [Noise] to *Ohio* based on-- |
| CHS: | [OV] you see here, from *Dayton* for uh-to *Istanbul* for $*997,*$ and that is from *Dayton,* so you will find it cheaper-- |
| Alebbini: | [OV] A thousand dollars. |
| CHS: | --we'll get it for cheaper. [Noise] we will get it for cheaper [short pause] we will get it for cheaper. [Mumbling] where's the uh… No, we do not need Dayton, we need to put… [Short pause] Chicago… there is Chicago O'Hare, O'Hare, yes, that's the one [Noise] [Short pause] Chicago O'Hare is for $800, and there is also Cincinnati. |
| Alebbini: | You do not want uh I mean, you do not want to book to-to uh do not book to [Whispering] [Noise] [UI] Turkey instead you book a flight to Jordan on Turkish airlines. |
| CHS: | Really? You think so? Man, I cannot travel to Jordan. |
| Alebbini: | No -- |
| CHS: | [OV] I, I… what happened with Raid-- |
| Alebbini: | -- [OV] haji, haji, do not go to Jordan. When your flight comes… it would show them that you are traveling to Jordan but the plane stops in-- |
| CHS | In Turkey, yeah! |

7

Date of recording:  04/03/2017
Duration of recording: 48 minutes
Audio file name:    0001.wav
Video file names:   04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027346

| | |
|---|---|
| Alebbini: | Turkey, do you understand? |
| CHS: | And the same with you, you mean? |
| Alebbini: | Yes. That was how we booked our travel based on us going to Jordan with the plane stopping in Turkey, and that was it. |
| CHS: | *I got you.* |
| Alebbini: | As if you are going [OV] to Jordan. |
| CHS: | *I got you.* Okay, when I go to Turkey… why did this come up for me? Cincinnati |
| Alebbini: | You should book a flight to Jordan on Turkish Airlines. Turkish Airlines stop in Istanbul. [Noise] Once in Istanbul, instead of waiting in transit for two hours and then going to Jordan, or you wait to change planes, no, you can just exit. |
| CHS: | Uh-um. |
| Alebbini: | You do not need a *Visa* or anything. [Pause] |
| CHS: | Most of them are $800. I am seeing the uh [pause] I am seeing uh [pause] [sigh] [Phone Ringing] |
| Alebbini: | Abu-Qis! |
| Qasim: | Hi, Abu-Laith! |
| Alebbini: | Yes, my dear. |
| Qasim: | Abu-Laith! |
| Alebbini: | Yes, boss. |
| Qasim: | Where are you? |
| Alebbini: | We are sitting, Mike and I-I in the car. |

8

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name: 0001.wav
Video file names: 04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027347

Qasim:          What?

Alebbini:       We are sitting, Mike and I in the car. In front of the house.

Qasim:          I'll be there in a minute.

Alebbini:       Alright, bye.

Qasim:          Goodbye.

Alebbini:       Bye.

                [Pause]

                [Noise]

CHS:            Does he know anything?

Alebbini:       Abu-al-Qis? Abu-al-Qis knows everything.

CHS:            Ankara- -uh- -how far is Istanbul from Ankara? Let me tell you the names, Istanbul, Ankara, At- -At--Antalya, Izmir, Adana, Trapzoon, man, there are a million airports.

                [Noise]

Alebbini:       It does not matter which airport, any airport, once we arrive in Turkey, it will be safe, because Turkey is now the land of freedoms, the only one.

                [Pause]

                [Noise]

CHS:            Okay, so you are saying to bo-book to Amman on a plane that stops in Turkey.

Alebbini:       Uhum.

CHS:            I want to see [Noise] the-the-the Turkish Airlines do that right?

Alebbini:       *Yes*, it is *simple*, you will take the Royal, the Royal goes to Jordan, and for example it will go to Egypt, you – [OV]

9

Date of recording:  04/03/2017
Duration of recording:  48 minutes
Audio file name:    0001.wav
Video file names:   04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027348

CHS:        [OV] I should book a round trip right?

Alebbini:   Yes.

CHS:        Right?

Alebbini:   Correct, a round trip.

CHS:        Not *one-way*?

Alebbini:   It should not concern you. It should not concern you since you are going to Jordan.

CHS:        [OV] and you?

Alebbini:   If you are just going to Turkey, you will need a *two-way*, because someone was caught on a one-way ticket. But if you are going to Turkey, you will need a round trip for Mike.

CHS:        No, I am saying to go to Jordan, do we put *two-way* or *one-way*?

Alebbini:   Whichever is cheaper, whichever is cheaper.

CHS:        And you?

Alebbini:   I…I…also the cheaper. I…I…also, they want, that is to say, I will be arrested and whatever happens will happen, unless I go to Turkey, then there will not be any problems.

CHS:        Okay, but you want to get out with…If we go together, don't you want us to get to Turkey first – [OV]

Alebbini:   [OV] suppose they arrest me over here before my departure?

CHS:        [Laughs] *shit*. Why would they hold you here?

Alebbini:   That is to say, because of my conversation about the situation.

CHS:        And they do not want to hold you till…uh…till the flight date? Huh?

Alebbini:   Suppose.

10

Date of recording:  04/03/2017
Duration of recording: 48 minutes
Audio file name:    0001.wav
Video file names:   04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027349

CHS: Okay, if they hold you, you mean I will be going by myself?

Alebbini: Yes.

CHS: And if-if that happens, what will I do?

Alebbini: That is it. Your path is smooth, brother, your path is smooth.

CHS: Meaning, I will be able to leave and go when the plane lands in Turkey?

Alebbini: Yes.

CHS: Okay.

Alebbini: That is it, the moment you land at the-at the airport, it's normal, you are now on Turkish land. If you want to enter Turkey no one will stop you; you are allowed to enter.

[Noise]

[Short pause]

No one will ever stop you. Turkey accepts all Muslims, welcomes all Muslims. It opened its doors. You do not need a *Visa* or anything.

CHS: God willing, all will be well. Well, God willing.

Alebbini: Turkey opened the doors to all Muslims.

[Noise]

CHS: All is well, God willing.

[Pause]

It was not supposed to rain today Praise Allah.

Alebbini: The weather is unpredictable over here.

CHS: By Allah, I heard about yesterday's traitorous behavior, Laith!

11

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name: 0001.wav
Video file names: 04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027350

Alebbini: What treason? You mean fishing?

CHS: Yeah.

Alebbini: We went to whatchamacallit... we went to the *park.*

CHS: You guys told me that you didn't catch anything which gave me the satisfaction of--

Alebbini: It's not just that we didn't catch any fish, but it was also impossible for us to catch any either. Man, there is no fish, we haven't seen any fish; fish is not out yet. The fish, man, uh we might --

CHS: [OV] there is *Rainbow Lake,* man. Here it is. [OV] This is what we were looking for but last time I didn't have a phone with me.

Alebbini: The *Eastwood* is empty. This is an empty river.

CHS: The *Eastwood* man is shit. So many times, I had a sun stroke over there--

Alebbini: For nothing right?

CHS: -- and not uh... I caught one they call bluegill that would swim and leave.

Alebbini: It has no fish, I mean, there is no fish.

CHS: Some people say that they caught something.

Alebbini: Ah, they just lie. Maybe they catch a single fish coming from somewhere.

CHS: I think the ones who catch are the ones that go in the *boat.*

Alebbini: Uh-uh-uh... not even uh... I saw it, there is no sign of fish in that place, you don't feel uh... fish. Maybe there was so much fishing in it or maybe because fresh water fish in the river migrate with the river or I don't know, there was no fish at all.

CHS: [Chuckles] here is *Lake [UI].*

12

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name: 0001.wav
Video file names: 04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027351

| Alebbini: | That's impressive, you see it? That is a fish. This is a real fish. I remember when the man caught a *catfish,* it was so impressive when he took it out of the water. It was worth all of—all of the fish that we caught. *The catfish.* |
|---|---|
| CHS: | What is this? |
| Alebbini: | I don't know what that is. |
| CHS: | Here's the one I told you about. |
| Alebbini: | The sea *catfish?* |
| CHS: | No, not *catfish,* this one--this one. This is the one I told you that there is a lot of it. But you… they bring them… People catch lots of it. |
| Alebbini: | Uh-uh.<br><br>[Noise] |
| CHS: | [UI] |
| Alebbini: | Yeah. |
| CHS: | [UI]<br><br>[Pause] |
| Alebbini: | Those won some kind of award. |
| CHS: | Yeah, if you catch uh I don't know what-- |
| Alebbini: | By God this one, dear sir, we should go to it, it has lots of fish man. |
| CHS: | --I told you about it, but it was closed, they opened it uh… This one when you see it, it's full. But you are correct, I see some people go there at night. |
| Alebbini: | Yes, yes, *catfish.* |
| CHS: | This was at night, see. |
| Alebbini: | Yes, at night. Night *catfish.* |

13

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name: 0001.wav
Video file names: 04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027352

CHS: This fish is the… huh, [Mumbling] *Prices, Dayton prices.*

[Pause]

[Noise]

That is it, man, because I need to know its name I am not finding its name. There is a *sign* where it states that if you catch the mommy fish you have to return it [OV] they wrote that, *basically.*

Alebbini: Yeah, that's a good thing this way you could fish another time as a hobby; because you are not going to eat it. [OV] It looks like they have specifics according to w-weight and size for you to take. They put a *sign* to tell you what to do according to weight and size.

[Pause]

CHS: *Crabby- -crabby,* [OV] I think they are talking about that.

[Noise]

[Pause]

[Sigh]

CHS: Can you believe I was sick and bed ridden from Thursday, Friday, Saturday, and Sunday?

Alebbini: You had a fever and body-body aches.

CHS: On top of that, you know, man, I couldn't go anywhere. I was suffocating, suffocating.

Alebbini: Destiney is invited to a party at her family's house and she asked me to go with her but I told her I am contagious, if I go I will make everyone sick.

CHS: You are not going?

Alebbini: I am contagious to all. [OV] especially if there are children there.

[Noise]

14

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name: 0001.wav
Video file names: 04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027353

Do you see the-the knob next to you that unlocks the door-the doors?

CHS: Mm-hmm.

Alebbini: Yes, the one above it. [Noise] Yes, that's it. [Nosie] because the one on my side does not work.

[Short pause]

CHS: But why did you close this one?

Alebbini: I closed this one because this uh does not get uh… in the winter it used to leak cold air.

[Noise]

CHS: Oh!

[Phone Rings]

Why aren't you wearing the *Cricket shirt?*

UM: Laith, go watch Roya right now, now, they say that [Nosie] [OV] the number of Jordanians joining DAESH is bigger than you said. [OV] Watch them, watch them.

Qasim: Peace be upon you!

CHS: And you. How are you?

Qasim: Good, and you?

CHS: What's new?

Qasim: Everything is good, praise God.

Alebbini: Do you see my paternal cousins?

UM: It says that Jordan is the second biggest country in numbers of nationalities [Children talking] Laith, go watch Roya now, now, they say the number of

15

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name: 0001.wav
Video file names: 04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027354

Jordanians joining DAESH is bigger than you said; it is more than five thousands. Here, watch them, watch them, on Roya right now.

[Noise]

[Noise]

Qasim: Who are you talking to, your paternal cousins?

CHS: He does not know how to shut up.

Qasim: I see that.

CHS: He exposed himself, they will air this on Roya.

Qasim: Air what on Roya?

CHS: [Chuckles] I am joking, I was saying that he is telling the whole world. He refuses to listen – [OV]

Qasim: [OV] There's nothing new about that [OV]

CHS: [OV] He does not listen. I begged him for God's sake to shut up, for God's sake to shut up.

Qasim: Not just shut up, you should tell him to-to get lost too, just like that!

CHS: Don't-don't-don't... stop talking. He continues to talk and fight as well, and on the phone. Okay, but not like that, now he exposed himself and told everything to all-all-all his paternal cousins, he told them, *one, two, three, four.*

Alebbini: Brothers, brothers, now my paternal cousins and everyone must wake up and start thinking. We guys... the matter is -- [OV]

CHS: [OV] Okay, man, till you- things [OV]

Alebbini: -- we, we, my brother Muhammad, we, we; why are we going? What are we going to do? What is our goal? What is a person's goal? Isn't [Noise] it to support his country?

Qasim: Of course.

16

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name: 0001.wav
Video file names: 04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027355

| | |
|---|---|
| Alebbini: | Why would I offer my support-half-half support? Halfway support? Why would I support while I am hiding? Ashamed? |
| CHS: | [OV] I am not telling you to hide. You are the one saying that you want to do it like 'Umar Ibn-al-Khattab; like 'Umar Ibn Al-Khattab, then? Did 'Umar Ibn Al-Khattab tell people about his migration a week before he did it? |
| Alebbini: | Yes. He asked our Prophet Muhammad, "Why do we ... [UI]" To our Prophet Muhammad! |
| CHS: | Uh-uh. |
| Alebbini: | --And he told him, "Let us leave!" Muslims at the time were hiding, and he said let us leave- - |
| Qasim: | [OV] what did the Prophet tell him? |
| Alebbini: | [Shouting] Listen to what he told him! |
| Qasim: | What did the Prophet tell him? |
| Alebbini: | [Shouting] let me tell you! I am telling you right now man what the story is. |
| Qasim: | Why are you angry? |
| Alebbini: | That's because you-you are trying to tell me the story even though you don't even know the story, *cousin*. I would like to tell you this story. And he came to him and said, "Messenger of Allah! I am going out now with two rank and file groups, I will lead one and Hamzah will lead the other. We will go around the Kaaba praying and calling God. Let me just see who is going to come forward to challenge me and talk to us." Our Prophet Muhammad replied, "Let's go!" He accompanied them. They encircled Kaaba, going around it and no one dared to go near the Muslims. God granted Islam victory because of 'Umar Ibn-al-Khattab. And nobody in Mecca dared to go near Muslims. Then, the Prophet left under the protection of Hamzah and 'Umar Ibn-al-Khattab. |
| CHS: | People used to provide protection for each other [OV], but now you are in a country- - |
| Alebbini: | God is the protector. |
| CHS: | --God is the protector. But I say that one should be a little discreet. |

17

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name:   0001.wav
Video file names:   04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027356

Alebbini:      Discreet--

CHS:           Till you are sure--

Alebbini:      [OV] for what?

CHS:           --I am saying you have not booked a *ticket* for yourself, frankly.

Alebbini:      I do not have money, I swear, where am I going to get it from?

CHS:           [OV] I told you we will manage the situation. This is not a problem.

Alebbini:      We will manage the situation, okay, we will manage the situation, I mean till then, I want to continue my support for them. [OV]

CHS:           [OV] okay, support them after we book a *ticket.*

Alebbini:      There are people--there are people that are getting killed right now, right now, right now in Syria. I--let's suppose I died right now, died right now; was killed in an accident right now, have I supported? No, I have not supported. "Laith, you are just lying and just gossiping like women, instead of taking a stand like a man."

               [Short pause]

               Dear, We... what I-I intend to do is that if I go over there, I want-want-want... I-I do not want to offer my support in fighting the oppressors only, we want to fight with weapons, with words, to protect Muslims, and to stop all the oppressors [Phone ringing] from approaching or even thinking . . . It should be clear to all the tyrants, that this is the people's choice and their free will. Why? Why is it that all of the Shiites, all of the Kurds, and all of the people are... on *Facebook* man! They are sending messages on *Facebook,* to the Kurds, saying, "Come fight the State with us!" And they-they are terrorists, a terrorist organization.

               [Pause]

UM:            Regarding the numbers Laith was talking about a while ago, Roya today showed some statistics regarding the number of Jordanians joining DAESH. This means there is action; meaning, the youth are joining the organization and they are enlisting them, so be careful.

18

Date of recording:  04/03/2017
Duration of recording:  48 minutes
Audio file name:   0001.wav
Video file names:   04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027357

Alebbini: Uh-huh, this, dear, this-this is my paternal cousin, and this is-this is right now. Here, I will let you hear some of his videos from before, and what he was telling me-telling me during the discussion.

[Noise]

UM: It was screwed [UI] this is on Roya now, [UI] this is an honor I do not claim [Noise] [UI] this is a yearly debate-a yearly debate [UI] why uh [UI] [Noise] Remaining and expanding, by the will of God, it's a promise.

Alebbini: [Laughs]

UM: Do not hesitate, God willing your wife is coming, we will carry on your name, do not fear and do not hesitate, your name will not be forgotten.

Alebbini: Even if my name is forgotten, [Chuckles] what is the life-what is the life in this world except enjoyment and deception? Would one want the life of this world? I wouldn't be going if I wanted life in this world. [Chuckles].

UM: Laith, where are the pictures of yesterday's fish? Didn't you take pictures of them for me? What did you catch?

Alebbini: I did not catch any.

Qasim: Abu-al-Laith, bring this down for me.

CHS: Bring it-it-it down for him. He's going to turn it into a chimney now, so I die for a week.

Alebbini: Yeah [Chuckles]

Qasim: Does it bother you if [UI]?

CHS: No, no, please, smoke, smoke.

Qasim: Seriously?

CHS: Smoke, I swear I am joking, man.

Qasim: But I-I remember that you smoke.

19

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name: 0001.wav
Video file names: 04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027358

CHS: I smoke, but [OV]

Qasim: Un*lock* it, un*lock* it for me…Don't close the *kids'* lock.

Alebbini: Yeah, I am sorry, I am sorry.

Qasim: Are you considering us young kids--

Alebbini: [OV] no, I am sorry, I am sorry; I am sorry.

[Short pause]

Qasim: They cheated me.

CHS: Who cheated you?

Qasim: *The Family Dollar*, they sold me this lighter--

CHS: *Family Dollar* is good for nothing. [OV] Huh?

[Video playing continues]

Qasim: [UI]

CHS: The *[UI]?* Yeah.

Qasim: This is light hearted, you will stay on your seat.

CHS: There's no headache from it.

Qasim: No, not at all.

CHS: In the past we used to when *it deal with more than stuff,* it used to be a headache. You know?

Alebbini: [Chuckles] look what my paternal cousins sent me, [chuckles] have you seen this video, do you know it? Just a minute, watch it from the beginning, here! This is before the police gave him a visit.

[Voices of men screaming about King Abdallah of Jordan and calling for his removal]

20

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name: 0001.wav
Video file names: 04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027359

CHS:        *Oh crap.*

Alebbini:   --and now after the police visited him [laughs]

            [Voice of an unidentified male politely addressing King Abdallah as the Master of the land and apologizing for what he previously said against the king.]

            [Laughs]

CHS:        The poor guy has teary eyes.

Alebbini:   Results of the beating.

Alebbini:   Damn him, son of a bitch! [Laughing]

CHS:        Please, send it to me [Laughs]

Alebbini:   [Laughs] of course he had to change his principles, he was forced to by the police. They talked to him.

CHS:        [Laughs] [coughs] what a sham, life catastrophes can be funny at times.

            [Laughs]

Qasim:      What is he supposed to do, man? If they wanted him to change then he had to change.

CHS:        He's so smart!!

Qasim:      Even Abu-al-Laith, won't he change if he gets caught? He will salute them.

CHS:        I heard you guys caught lots of fish [chuckles]

Alebbini:   Forget it man! We did not know yesterday [UI] [OV]

CHS:        [Chuckles] a whale.

            I went with him and got sick, I went with him on Wednesday and spent Thursday in bed, I couldn't get up.

Qasim:      He gave you what he had.

21

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name:   0001.wav
Video file names:   04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027360

CHS:            No, we weren't ill then.

Alebbini:       Whatchamacallit, just swallow one clove of garlic.

CHS:            I was just telling him…We wanted…he told me Qasim is coming over and I asked him to tell you to get us garlic paste. Fill a bowl with garlic paste. He said, "He made us sautéed tomatoes." [OV]

Qasim:          No need for all that, just take one glove of garlic, swallow it whole and you won't feel it.

CHS:            I know, man.

Qasim:          When you wake up the next day you'll be healed.

                He told you sautéed tomatoes!

CHS:            He told me sautéed tomatoes, but he didn't taste the tomatoes, he only tasted the garlic and peppers.

Qasim:          He is lying, you know him well.

Alebbini:       Who?

Qasim:          Laith.

Alebbini:       Am I lying?

Qasim:          Yeah.

CHS:            How many [OV] how many-how many peppers did you put, how many?

Alebbini:       One.

CHS:            He only put one, why are you-are you uh...

Alebbini:       It did not come out spicy, it did not come out spicy at all.

CHS:            Then why did you say that you only tasted garlic and peppers? [OV] the tomatoes.


                                    22

Date of recording:  04/03/2017
Duration of recording: 48 minutes
Audio file name:    0001.wav
Video file names:   04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi


ALE-00027361

Alebbini:     Yeah. I am sorry sometimes I beef up things. I lied, that was a lie. I just wanted to make it sound funny. I am sorry--

CHS:          I thought he ruined it again.

Alebbini:     --no, no, no. I was goofing off. I exaggerated, you know?

              [Chuckles]

CHS:          He fed you sautéed tomatoes.

Alebbini:     Yes, yes, he fed us sautéed tomatoes with little bit of garlic and some... he fed us and we ate. I was [chuckles] goofing off, the conclusion is that I am a liar, yes.

              [Laughing

              [Pause]

CHS:          He's doing... you are going to have *training*, right?

Qasim:        No, today-uh--

CHS:          [OV] No, I mean training on the *computer*--

Qasim:        --he put me today with a young man for *training*--

CHS:          Yeah.

Qasim:        --the last thing... the first fifteen to thirty minutes of training, he was teaching me, I asked him to log me on the other account he has to let me experiment by myself without him around. The young man liked it and told me we wish you had come a long time ago. I told him, here I am. [OV]--

CHS:          It's not that hard.

Alebbini:     --because I also, when I sell-sold- sold him a phone, and sold him a case of course by convincing him about protecting his phone--

CHS:          That's the right way to work.


                                    23

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name:   0001.wav
Video file names:  04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027362

| | |
|---|---|
| Qasim: | --and gave him a discount and so on and so forth. He was happy watching me and said what I did was excellent. |
| | [Phone ringing] |
| CHS: | That's the right way to work! [Pause] May God grant you success, God willing. |
| Qasim: | I hope that they give me a convenient schedule. I don't want 40 hours from the beginning I want 70. |
| CHS: | Maybe later, take it one day at a time. |
| Qasim: | Yes, but at least at the beginning, it looks like six hours a day -- |
| CHS: | Leave it the way it is and hopefully it would change step by step until you get it, God willing, it is not that-that-that hard. |
| | [Phone rings] |
| Qasim: | This is your wife. |
| Alebbini: | OK, I will call her now, I hang up on her and she calls me, I don't understand it! |
| Qasim: | Should I hang up? |
| Alebbini: | Hang up, yes! Women's nonsense. One should train them from the beginning. |
| CHS: | You should show her who wears the pants in the house! |
| | [Short pause] |
| Alebbini: | I need to charge it but I don't have a charger. |
| Qasim: | How is its charger? This is *UX*. |
| CHS: | No man, this is the charger. |
| Alebbini: | [On the phone] my love, yes? *[UI] What is it? [UI]* [OV] *No! Just stay in the house and don't go nowhere. [UI] And if you call me and I hang up on you why you call somebody else?* |

24

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name: 0001.wav
Video file names: 04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027363

| Qasim: | He creates an account for you and you can take this computer on it. |
|---|---|
| CHS: | God willing! |
| Qasim: | God willing! |
| | [Short pause] |
| Alebbini: | [On the phone] *Okay.* |
| Qasim: | The problem right now is that Ayman LNU is going back home, he's going to stay for some... I do not know for how long, they say for seven-seven weeks, something like that. |
| CHS: | Seven weeks? [OV] Seven weeks...how long is that? |
| Qasim: | Two months. |
| Alebbini: | Two months plus... |
| CHS: | Two months. I wonder what would happen to me if I go there for two months! |
| Alebbini: | Where? In Jordan? |
| CHS: | Yeah. |
| Alebbini: | You wouldn't be able to stand a two months stay. [OV] you can't. [OV] You, can't, you won't be able to; you can't. You can't stay for two months, you will be able to just pass by, say hi to people, walk around [OV], just like that. But it won't work for you to sit with people and socialize with them. |
| CHS: | There's a barber who came from Jordan, I went to his shop for a shave two or three times. But by the fourth time he made a-a-a- Jordanian gesture. |
| Alebbini: | A Palestinian-Jordanian barber is definitely a *sub-sucker.* |
| CHS: | No, not a Jordanian... No, no, no not like that. He did something uh... you know how when they become too familiar with you they start putting you aside? [OV] Something like that. [OV] I swear to God that I wanted [OV] to punch him, but I just left. |

25

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name: 0001.wav
Video file names: 04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027364

| Alebbini: | That's how-how uh-uh that I am... -I am a *fucking* customer. And because I become friends with you, [OV] then you want to put me aside? On the contrary, this means-this means you are looking at me as... |
|---|---|
| CHS: | I am telling you, that's the action-action of Jordanians. |
| Alebbini: | Yeah. |
| Qasim: | No, he must have been new, [OV] he must have been new and does not know how precious time is for people. [OV] He postpones your time, he thinks he's just postponing your time, [OV] |
| CHS: | He did it to me twice, after that I left him. |
| Alebbini: | Your turn would not have been passed to another if you had gone to an American. |
| CHS: | I swear I did; I went to Americans after that. |
| Alebbini: | An American would not give your turn to another. |
| CHS: | I went to Americans. |
| | [Sighs] |
| CHS: | So what's-what's your schedule like tomorrow? |
| Qasim: | I swear brother it looks it is going to be according to this *routine.* Today, tomorrow-- |
| CHS: | From what time to what? |
| Qasim: | From 12:00 o'clock to uh [Noise] 6:00. |
| CHS: | So we won't be able to do anything at all. |
| Qasim: | But based on [OV] [UI] just today and tomorrow. |
| CHS: | No, I was just saying that we should go out ... [OV] I swear that I saw today that *Saturday* should have been good but it changed. [OV] they-they said it was going to be nice but it went down to *59*, otherwise it was in the *seventy* and changed on *Sunday* and *Monday*, the- the...So as I told you, I will look at the-the tickets and |

26

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name: 0001.wav
Video file names: 04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027365

call the-the-those at the embassy to check on the passport, and uh-uh [Noise], just forget about all these things...

Qasim: What? Are you going with him?

CHS: Huh?

Qasim: Are you going with him?

CHS: God Willing.

[Phone Rings]

CHS: And forget about all these things? Huh?

Alebbini: OK, [UI]

[Phone rings]

CHS: Don't tell anyone and don't talk to anyone, just act normal.

Qasim: He shouldn't be talking to anyone that's because this--uh--

CHS: He is spreading it, man!

Qasim: You know about Raid, right?

CHS: He told me about Raid.

Qasim: Here's Raid and what happened to him, I mean this man [OV] --

CHS: Raid informed about people.

Qasim: Yeah, uh-uh... Raid is incarcerated.

CHS: But what uh... He talked to lots of people. He told them, "I want to go and want do..."

Qasim: He didn't talk to people, he only asked some of his friends about the route to go.

CHS: That's what I am saying [OV], he asked, he asked, what I am saying is...

27

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name: 0001.wav
Video file names: 04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027366

Alebbini:     Guys, guys! Raid, Raid, Raid, Raid right now, I consider him already in jihad.

Qasim:        Man! He is going to come out of there cheering exactly like that guy.

Alebbini:     Who told you that Raid is going to cheer? Do you even know Raid? That guy is different--

Qasim:        [OV] I swear to God that even you are going to come back cheering, once you go through it, I swear to God that you are going to be cheering.

Alebbini:     *Cousin,* listen! You know this is called Satan's discouragement [OV]--

Qasim:        No, it's not Satan's discouragement and you know--

Alebbini:     --I swear to Almighty God--

Qasim:        --no, you know yourself, you know yourself--

Alebbini:     -- [Shouting] you- -you are talking about yourself, and I do know myself [Noise] if they torture me. Do you think that I would change my position under torture? Let them torture me and put me in prison I would not change like that, like that fucker--uh--he does not even look like he was tortured-uh--two slaps were enough to weaken his moral, eh! If they cut me to pieces, man, if they cut me to pieces, and if I were on the verge of death man, not just that! And even if he is going to slaughter me I wouldn't change my stand man! For the lowlife *fucking* king Abdallah?

CHS:          So why are you trying to give yourself to them, man?

Alebbini:     Man, I am not--

CHS:          [OV] I mean, I don't know--

Alebbini:     [OV] --Ugh, you guys!

CHS:          Logic, with logic you can get to what you want, but by--

Alebbini:     [OV] you guys! You--

CHS:          -- jumping all over the place--

28

Date of recording:  04/03/2017
Duration of recording: 48 minutes
Audio file name:    0001.wav
Video file names:   04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027367

Alebbini:      [OV] I am--

CHS:           --and talking right and left. Be patient man!

Alebbini:      I--I--who told you that I am surrendering myself to them? You guys, please! For the sake of God! I see it... how you understood... I am not surrendering myself, I am right here. I am just talking about facts, but I do not give a hoot if these young men like it or not.

CHS:           [Chuckles]

Alebbini:      I am not going to them, they will come to me and arrest me. I am not wrong. [Short pause] I am not wrong; The Lord of the Worlds says . . . Let's assume that... up till now I have not... I still have to go to the State, I would have to get ready, get trained and join the fight until something good comes out of me. Maybe shoot couple of shots and get killed but have not killed. Isn't that what happens in this *scenario*? Is it possible?

CHS:           Uh-huh.

Alebbini:      I go and train for six months or whatever, and shoot a couple bullets and before I shoot a few bullets a missile falls right on me. Right? What would I have gained? But now, I am inciting believers, inciting people and breaking the barrier of fear inside me. What are the Mukhabarat's main tools? *Propaganda* and spreading fear; they grab someone and slap him a couple of times; people would say, "They broke his teeth, they did this and that to him." Fear spreads and people would start saying, "It's better for you to stay silent!" This is called intimidation and silencing people from [Noise] speaking the truth. And that's because Satan instills fear in his people and his followers: "They will arrest you and torture you." Let them arrest me and torture me! I am going to jihad during which I may get hit by a rocket, so am I going to fear being tortured by someone? Or a bomb may tear me to shreds or I may get raped by the enemy, they would all stick their dicks up my ass, and so what? I will gladly sacrifice myself for Islam and Muslims. I would go to fight and let whatever might happen happen, on Judgement Day, if I was truthful and I had-I had... If I had an inkling of truth in me, God will reward me for it, and if I was not truthful I would rot in hell to everyone's relief. So what? Would I be the first to get fucked?

CHS:           I am only telling you to be patient, I am not saying this is wrong or what you intend to do is wrong, but I am saying that uh- for example, I want to come to you and say, "Qasim, come over here, Qasim, I want to hit you over the head!" I could

29

Date of recording:  04/03/2017
Duration of recording: 48 minutes
Audio file name:    0001.wav
Video file names:   04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027368

either do it step by step or do it by surprise and this way I would get to what I want. Isn't your goal to get what you want?

Alebbini: No. My goal is to support Islam and Muslims to gain victory.

CHS: Okay. So isn't your goal to support?

Alebbini: *Yeah.*

CHS: OK then, I mean just be careful. Do it carefully.

Alebbini: I am careful, [UI]--

CHS: Let's hope for the best. God willing, I will-will-will check on this and that [Phone ring] and will call you tomorrow.

Alebbini: God willing!

CHS: What time do you get up? What time does he wake up? What time do you wake up?

Alebbini: Me? I s-s-swear to God, uh- it depends, sometimes I wake up and I am…like today, Destiney kicked me out the house and I refuse to talk to her, I am busy. So I would be awake uh-uh…. I don't even sleep much, I might sleep about four or five hours a day.

CHS: [Sniffs] Ok, I uh-uh… So tomorrow about 12:00 O'clock, is that good? Would you be awake?

Alebbini: Yes, God Willing! I should be up.

[Background voice]

CHS: I should have information about the-the tickets by then and the other thing and I will c-call you.

Alebbini: God willing, God willing!

CHS: God willing!

[Noise]

30

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name: 0001.wav
Video file names: 04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027369

| | |
|---|---|
| CHS: | He fixed it for me. |
| Qasim: | That's right. |
| CHS: | One push like this [Beeping] see! |
| Qasim: | Is it on? |
| CHS: | No. |
| Qasim: | Are you going to start the car? [Beeping] Did you turn it on or what? |
| CHS | By Allah, it's working now. [Beep] it's working now, do you see? [Beeping] it's all wires, there are no buttons like you said before. |
| Qasim: | Were they there initially? |
| CHS: | No, this is just wires, I don't know how. They install two parts. |
| Qasim: | Ah! The car is more comfortable for you. |
| CHS | Yes, much better. |
| Qasim: | In the morning, before you leave you press the button to heat it up before you leave. |
| CHS: | Especially in the winter. You know how this city is in the winter. |
| Qasim: | Winter is disgusting here. |
| CHS: | I hope for the best, God willing. I will call you. |
| Alebbini: | God willing. |
| | [Noise] |
| CHS: | We should take a trip somewhere. |
| Qasim: | Yes, we should, a change of venue. |
| CHS: | Maybe the uh-uh-… do you take off? What day do you take off? |

31

Date of recording: 04/03/2017
Duration of recording: 48 minutes
Audio file name: 0001.wav
Video file names: 04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027370

| Qasim: | My *schedule* is still not done. He told me that he will send me the *schedule* on *WhatsApp* tomorrow so I told him to send it. |
| --- | --- |
| CHS: | Well, God willing. Uh-- a new *coffee shop* just opened, new and really nice. I sent its picture to Laith. I haven't been there yet, the first day, opening day was for free. [Noise] I wanted to go with him and hang out but we-we couldn't and then I fell ill, so it wasn't meant to be. We should go one day in the evening. |
| Qasim: | There's nothing wrong with that. Yes. |
| CHS: | God willing, hopefully all is good.  See you. |
| Qasim: | God willing, thanks.  Good bye. |
| Alebbini: | There is no god but Allah [UI] |
| CHS: | All right then. Peace, Qasim; see you. |
| Qasim: | Bye. |
| | [Noise] |
| | [Pause] |

**[End of recording]**

**[End of translation]**

32

Date of recording:  04/03/2017
Duration of recording: 48 minutes
Audio file name:   0001.wav
Video file names:   04-03-2017.001.avi, 04-03-2017.002.avi, 04-03-2017.003.avi

ALE-00027371

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



FBI MIAMI
2030 SW 145th Ave
Miramar, FL 33027

| | |
|---|---|
| File Number: | 415F-CI-2127744 |
| Requesting Official(s) and Office(s): | SA, Michael J Herwig, CI |
| Task Number(s) and Date Completed: | 852275, Request ID 747191, 7/3/2018 |
| Name and Office of Linguist(s): | LA Aida Awada (MM) |
| Name and Office of Reviewer(s): | LA Iman Zumut (DL) |
| Source Language(s): | Arabic |
| Target Language: | English |
| Source File Information<br>  Name of Audio File or CD: | 0001.wav |

Date of recording: 04/04/2017
Duration of recording: 18 minutes
Audio file name: 0001.wav

GOVERNMENT
EXHIBIT
3K1
CARDELS 800-783-0399

ALE-00027257

# VERBATIM TRANSLATION

Participants:
    CHS                                  Confidential Human Source
    Alebbini                              Laith Alebbini


Abbreviations:
    *Italics*                               Words spoken in English
    [ ]                                 Translator's notes and exegeses
    UI                                 Unintelligible
    OV                                Overlapping Voices

Date of recording: 04/04/2017
Duration of recording: 18 minutes
Audio file name: 0001.wav

ALE-00027258

**[Beginning of recording]**

**[Beginning of translation]**

[Rustling, driving]

[Knocking on door]

Alebbini: I will be with you in a minute.

CHS: You scared the heck out of me, man!

Alebbini: Huh?

CHS: You scared me.

[Coughing]

[Pause]

CHS: [Yawning] oh Lord, my God...

[Pause]

Alebbini: [UI] Please come in.

CHS: I don't want to stay long... uh...

Alebbini: Okay.

[Rustling]

CHS: I spoke with the [noise] the-the-embassy [UI] [mumbling]--

Alebbini: Yeah.

CHS: --I spoke to the embassy, and they told me, I mean, that it is not going to take a long time. They did not give me a timeframe, they said... I mean... they said *we don't know*. But here there is, as you told me--

Alebbini: Uh-huh.

1

Date of recording: 04/04/2017
Duration of recording: 18 minutes
Audio file name: 0001.wav

ALE-00027259

[Short pause]

CHS: --from Cincinnati [pause] let it be for example, *the 8th which is Saturday, one way.* We want to go *one way* to Amman. Correct?

Alebbini: Uh-huh.

CHS: *Okay.* Cincinnati, and…to, to… Amman, but it stops uh at the airport in Turkey-- *One way,* [short pause] is $700.

Alebbini: That's nothing, by God! That's nothing!

CHS: [Sniffs.] Now, the *deal* if you buy it by the 10th of the month for example--

Alebbini: Yes?

CHS: --it will jump up.

Alebbini: When should it be to get the $700?

CHS: Either on the 8th of the month, or the 6th of the month. It is cheaper on the 6th of the month. The 6th of the month is the day after tomorrow. You understand? The 8th of the month, I mean, it differs from one day to the other; I checked, for example, on the 12th of the month.

Alebbini: And it's from the Cincinnati airport?

CHS: Cincinnati, here.

Alebbini: Yeah.

CHS: Look at the cost for the 12th of the month. There's a difference.

Alebbini: Yeah.

CHS: But on the 8th of the month, [short pause] or the 7th of the month, or the 6th of the month… Yup the 7th of the month… uh… meaning… look at the difference, here it is--[OV]--

Alebbini: Where is the number? I don't see the number. The amount. The money.

2

Date of recording: 04/04/2017
Duration of recording: 18 minutes
Audio file name: 0001.wav

ALE-00027260

CHS:        The amount is at the bottom.

Alebbini:   Okay.

CHS:        Here.

Alebbini:   Seven hundred.  That's excellent!

CHS:        The, 7… 7th of the month.  Look how much.

Alebbini:   This is because the ticket is whatchamacallit… the plane… 7th… for example on
            Friday, you see that flights, on Fridays, are *business* and so forth.  You do not find
            a routine *economy* flight.

CHS:        Oh!

Alebbini:   So, you will need to choose, [OV]

CHS:        This is se… the 8th of the month, for 700.

Alebbini:   Uh-huh.

CHS:        The 6th of the month, which is the day after tomorrow--

Alebbini:   --it's 600.

CHS:        Six… *696.*

Alebbini:   *Six ninety six.* This is--

CHS:        *Four dollar cheaper.*

Alebbini:   --this goes where? Uh…

CHS:        This goes to-to…

Alebbini:   Istanbul and then to Amman?

CHS:        Uh-huh.

3

Date of recording: 04/04/2017
Duration of recording: 18 minutes
Audio file name: 0001.wav

ALE-00027261

| | |
|---|---|
| Alebbini: | Okay, then it is not *one way* to Amman? |
| CHS: | No, it's not *one way*. Here it is. |
| Alebbini: | This one here [OV] |
| CHS: | For example, here. *Two stop*. |
| Alebbini: | From Cincinnati? |
| CHS: | From Cincinnati. |
| Alebbini: | *Okay*. |
| CHS: | So you can choose, this will show you. *Turkish Airline, two stop*, lands in Istanbul. |
| Alebbini: | Uh-huh. |
| | [Noise] |
| | [Short pause] |
| CHS: | Lands in Istanbul [Short pause] in Ataturk. |
| Alebbini: | Uh-huh. |
| | [Short pause] |
| CHS: | You see? [Rustling] This… This is-I started looking; I spoke with the… the-this-- |
| Alebbini: | Yeah. |
| CHS: | --the embassy. So, I do not know what you--what is-is-is it that you prefer. Would you like us to go together? Or do you prefer to go ahead of me? |
| Alebbini: | the truth is, I prefer to go together. I would like [Rustling,] [UI] because, I… I… I mean I do not want… I want you to know what my situation is so that if we go; I do not want to uh… happen… uh... that something happens to Muhammad because of me. |

4

Date of recording: 04/04/2017
Duration of recording: 18 minutes
Audio file name: 0001.wav

ALE-00027262

CHS: But what... you... I do not understand. I mean... You just gave me two answers; which did not help me.

Alebbini: But, it would be you who decides! I will not be the one who decides! Brother, as for me, [Phone ringing] I am going to go. I will be going whether you come or not. Okay? But now I do not want to say-- I don't want to say, "Yes I will go with Muhammad," okay? And then if there is a problem with me, that impacts Muhammad because of Laith. [Noise] This is what is scaring me. If I did not have problems, I would only go with Muhammad. If my situation was safe [OV] -- I would not go but with Muhammad.

CHS: Okay, okay, what do you see is the appropriate thing now?

Alebbini: --I mean, if you and I were to go on vacation to Jamaica, I would only go with Muhammad.

CHS: Okay then, if you were to make reservations. You make reservations--

Alebbini: Yes.

CHS: --what would be the best time for you?

Alebbini: For me, the soonest possible. I mean... this... honestly, when I saw it, I want to go look for it, and reserve it. I mean, it is a deal, really. And you brother, you will see later, if Laith gets imprisoned later, if something happens to him...

CHS: So, if you would like to leave before me, I want to tell you something.

Alebbini: Uh-huh.

CHS: We are-we are brothers.

Alebbini: Uh-huh.

CHS: You told me that your financial situation is not too good.

Alebbini: Uh-huh. [OV] [UI]

CHS: You...

5

Date of recording: 04/04/2017
Duration of recording: 18 minutes
Audio file name: 0001.wav

ALE-00027263

| Alebbini: | [UI] I used to say at first, if necessary, I will take them from Muhammad, but, I would say, I will see, [UI] there is this man, on top of all he does, should I ask him for money? But I know that uh… so, you, my friend… I will borrow money from you, so you won't worry. |
|---|---|
| CHS: | God willing, all will be good. |
| Alebbini: | God willing. I mean, now, you showed me the ticket for $700. Yesterday, I had spoken to my paternal cousin, I told him, cousin, I want so and so. He started to say this and that, and I don't know what. But he said, when it is necessary I will get them for you. But, a little while ago I spoke with my cousin, he told me [UI] so now, if I had to come… I did not wish to do it… uh, because honestly I do not have the means to pay it back. |
| CHS: | Ok. God willing, all will be good. |
| Alebbini: | So, let me see, if I borrow money from you, I will sign a paper, between the two of us, so if I die, my brothers or cousins uh will pay it. |
| CHS: | God… God willing. We will talk about these issues. God willing it will be good. That's it, uh- let me go uh-take care of somethings, and I, at the same time, I would like to also tell you that… uh… I… I mean, my thoughts differ from yours. |
| Alebbini: | Uh-huh. |
| CHS: | My thou-- I'm thinking that if you go ahead of me, and I would go ah-ahead of you after that-- |
| Alebbini: | [UI] |
| CHS: | --I'm thinking that uh…. We would leave money; a good amount with my wife, and uh-- I will ask her to take care of-of Destiny and the uh-- the baby that is coming, God willing. |
| Alebbini: | Praise God. Praise God. You see the Almighty God-- |
| CHS: | Uh… |
| Alebbini: | --when things get complicated on one side-- |
| CHS: | Uh |

6

Date of recording: 04/04/2017
Duration of recording: 18 minutes
Audio file name: 0001.wav

ALE-00027264

| Alebbini: | -- the Almighty God finds a fix on the other end. |
|---|---|

CHS: Do not worry.

Alebbini: Fear God, fear God and He will prepare a way out for you.

CHS: God willing.

Alebbini: See how… things are clear.

CHS: God willing. So, do not worry and uh… she should not worry--

Alebbini: No… no, by God brother--

CHS: -- Leave the matter to…

Alebbini: -- by God, by God I am not worried [UI] I said finish, the issue is [UI]. True she has a child, I mean, she will have a difficult time, but I mean, in our homeland [UI]

CHS: No, no, because, in the first place-in the first place-Destiny, I have taught her the-the *paperwork*.

Alebbini: Uh-huh.

CHS: So, I have been thinking, even, when she gives birth God willing, I will let her-I will instruct them that she should manage the *paperwork*. Even if from home, over the computer, she does the work, over the computer, --*she don't need to go to work*. I mean, that would be easier for her.

Alebbini: By God, Brother Muhammad, this, this [Rustling] [UI]

CHS: I am telling you, I mean there is-there is [Rustling] more than one thing in my head. So, God willing, I will either get back to you today, or-or tomorrow, God willing.

Alebbini: God willing. So, now for example, should I [UI] from you?

CHS: God willing.

7

Date of recording: 04/04/2017
Duration of recording: 18 minutes
Audio file name: 0001.wav

ALE-00027265

| | |
|---|---|
| Alebbini: | God willing. Should I make the reservations? I mean should I then make my preparations? And plan to leave on the 6th? |
| CHS: | Get ready. The 6th is the day after tomorrow [OV], do you want to leave the day after tomorrow? |
| Alebbini: | Yes. I will leave the day after tomorrow. |
| CHS: | [Coughs] So, God willing, *whatever you think.* |
| Alebbini: | Ok. |
| CHS: | Look at it. Download the *app* on the telephone-- |
| Alebbini: | *Turkish Airline.* |
| CHS: | *--Turkish Airline.* Download the *app* to-to your telephone, and search as you wish, and I will talk to you tonight, [Noise] or I will come to you. I will talk to you tonight and come to you. Or, I will talk to you tomorrow and come to you. |
| Alebbini: | God willing. |
| CHS: | I will send you... you are at home and don't go out [OV] |
| Alebbini: | God willing. Or the... we might [UI] no big deal [UI] |
| CHS: | God willing. |
| Alebbini: | God willing. |
| CHS: | God willing. Ok. Peace be upon you. |
| Alebbini: | [UI] |
| CHS: | May God protect you. Ok. I'll see you. |
| Alebbini: | God willing. God willing I will repay you with something better, God willing. |
| CHS: | May God protect you. |
| Alebbini: | God willing. God willing. |

8

Date of recording: 04/04/2017
Duration of recording: 18 minutes
Audio file name: 0001.wav

ALE-00027266

CHS:        Ok. Peace be upon you.

Alebbini:   Peace be upon you.

CHS:        Good bye.

Alebbini:   God be with you.

            [Rustling.]

            [Car door slams, engine revs, then driving sounds, and rustling]

            [Beeping and engine sound]

            [Phone ringing]

            [Car door slams, beep, walking, coughing]

**[End of recording]**

**[End of translation]**

9

Date of recording: 04/04/2017
Duration of recording: 18 minutes
Audio file name: 0001.wav

ALE-00027267

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION



**Tampa Division**
**5525 W. Gray Street**
**Tampa, FL 33609**

File Number: 415F-CI-2127744

Requesting Official(s) and Office(s): SA Michael J Herwig (CI)

Task Number(s) and Date Completed: 852276, Request ID 747191, 8/20/2018

Name and Office of Linguist(s): 
LA Aideed Mohamad (TP)   (04-18-2017.001.avi)
LA Abdallah Alyounes (TP) (04-18-2017.002.avi)
                          (04-18-2017.004.avi)
LA Camille Ghorra (TP)    (04-18-2017.003.avi)
LA Fadi Skaf (TP)         (04-18-2017.005.avi)

Name and Office of Reviewer(s): CL Hanan I Mouri (LV)

Source Language(s): Arabic

Target Language: English

Source File Information
   Video File Names:
04-18-2017.001.avi, 04-18-2017.002.avi,
04-18-2017.003.avi, 04-18-2017.004.avi,
04-18-2017.005.avi



GOVERNMENT
EXHIBIT

**3 M 1**

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027268

# VERBATIM TRANSLATION

Participants:

| | |
|---|---|
| Confidential Human Source | CHS |
| Laith Alebbini | Alebbini |
| Qasim Ababneh | Qasim |
| Unknown Female | UF |
| Unknown Child | UC |
| Unknown Male | UM |

Abbreviations:

| | |
|---|---|
| Overlapping Voices | OV |
| Unintelligible | UI |
| *Italics* | Spoken in English |
| Simultaneous Conversation | SC |
| Translator's Notes | [  ] |
| Inaudible | IA |
| Phonetic | PH |

[TNs]

All names are transliterated in accordance with the Intelligence Community Standards for Transliteration (ICST).

Abbreviations of Participants' names used in the translation are in accordance with Case Agent's instructions].

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi, 04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027269

**[Beginning of Session 04-18-2017.001.avi]**

[CHS parks his car and starts walking].

[CHS dials a number and gets an answering machine].

[CHS speaks at video meter 04:45 minutes]

CHS: This is who you are, you are shit. Okay, I'm on my way coming to you, okay bye. Qasim, it's me Muhammad, man, I'm behind you. How can I come to you? How did you get there? Man, look back, I'm behind you but how did you get there from here? Hey! From here? [CHS keeps walking, coughs] From here?

Qasim: [UI].

CHS: This is *heavy duty*. Peace be upon you. What did you catch?

Qasim: [UI]

CHS: Huh?

Qasim: [UI]

CHS: Hi, welcome.

Qasim: The water is different, why's the water like that?

CHS: Ha, ha, ha. Listen.

Qasim: [Shakes hands] How are you?

CHS: Praise be to God. Here, there's the fish, there's the fish.

Qasim: Where?

CHS: Here, here, it's floating here. Can you see it?

Qasim: Uh, this is small.

1

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi, 04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027270

CHS:        We have to catch something so we can swear we went fishing- -


Qasim:      Will you eat this UI?

CHS:        Didn't we just see it, where did these bastards go?

Qasim:      It was small.

CHS:        You know where the fish is. It's over there.

Qasim:      We tried there, but over there is [UI].

CHS:        Do you want beer?


**[End of Session 04-18-2017.001.avi]**

2

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027271

[Background noise]

CHS:        Hey!

Alebbini:      [UI]

[Footsteps on gravel]

CHS:        What do you think of this spot?

Alebbini:      If that one is not good or you don't like it, use this one instead.

CHS:        Let's use this one first.

Alebbini:      Yes, use it, if you like it, go for it.

CHS:        And there is Barbi...Barbicana [PH]

Alebbini:      Oh wow – wow... [UI]. This place... the water level has gone down a little, this wasn't visible, but the water has gone down. When we came here the first time, the water level was a little high, so all the fish was there, just like you said. We tried there but the water level was too low from this level. This wasn't visible, so we thought we should come here and try.

[Noise]

CHS:        God dammit!

[Background noise]

CHS:        Qasim, take this and seeds.

Qasim:        Just wait here...one minute

CHS:        I want to go there.

3

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027272

Qasim: Ok. It's fine here man…one minute.

CHS: I want to go there.

Qasim: [UI]

[Background noise. No conversation]

[Child screams]

UF: *Sophia! You gotta hold my hand.*

UC: *No.*

UF: *You have to hold my hand.*

UC: [screams]

UF: *Sophia! Uh-uh, you see?*

UC: *No* [UI]

UF: *You gotta stay here.*

[Background noise]

UC: *No*

UF: *Hold on.*

[Background noise]

UC: [Cries]

[Traffic noise]

CHS: *Are you fucking kidding me?*

[Background noise]

[CHS walks]

4

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027273

CHS:        *Huh? Uh-uh, I don't smoke, but maybe he does. Maybe I will let you know.*

[Running water sound]

CHS:        [sighs]

[Running water sound]

CHS:        I'm like the bride's mother.

Qasim:      Huh?

CHS:        I'm like the bride's mother, I don't know where to go!

Qasim:      The location is good.

CHS:        Huh?

Qasim:      A little, in the morning… this one.

CHS:        Come here. Let's find a spot. Do you have cigarettes?

Qasim:      No, brother. Here's not good.

CHS:        Huh?

Qasim:      It's all together. We're not going to catch anything.

CHS:        No, we'll never catch anything.

Qasim:      No, because Laith…had to check this whole area to there. [UI] this time. What do you think?

CHS:        Well, I think that location is better than this.

Qasim:      Because there's no area. The catch is not coming all the way here.

CHS:        Man, we should have been here in the morning, like at eight o'clock. I told him 'let's go looking" but he said "No, I know a good place". I told him that since the morning. [UI]

5

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027274

Qasim:         No, that's fine. It's quite the opposite, we had a good time. I mean it only cost $15, not a big deal.

CHS:           He got sick because of that!

Qasim:         [UI] He'll get sick anyway.

CHS:           Whatever you pay, he won't accept it.

Qasim:         [UI] He's saying. The other guy told him you'll pay $15. Today, he asked me "did you really pay?" I told him "Man, Mike told you so", so he was like "I didn't really pay anything". I told him, yeah we [UI] and each one of us paid $15. They just made me a permanent staff.

CHS:           Excellent!

Qasim:         So where am I now? I work a morning shift. We open the whole stores, let me light a cigarette, we open the store to closing time.

CHS:           Who's your *manager*? Shandra?

CHS:           Give me one [UI].

Qasim:         A guy called Ahmad. This is the only one I have.

CHS:           Ok, how about this.

Qasim:         A guy called Ahmad. Do you mean that crazy girl?

CHS:           No, the one from *Cricket.*

Qasim:         The one from *Cricket*, I really don't know. One girl [UI]

CHS:           Hold on a few seconds!

Alebbini:      I think this is excellent [UI].

[Background noise]

CHS:           Yo!

Alebbini:      This one?

6

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027275

| CHS: | No, one for her and one for me. Do you want to take it to her? Maybe you will marry her. |
| Alebbini: | Do what? |
| CHS: | Take it to her. You may be able to marry her. |
| Alebbini: | I'm ready. |
| CHS: | Take it to her. You may get to marry her! |
| Alebbini: | We're already married and ready! I'll take it to her. |
| CHS: | Huh? |
| Alebbini: | Yes, I'll take it to her [UI]. |
| Qasim: | Of course, I'll even take it to her father as well! |
| CHS: | [UI] Look, we're like monkeys, we're jumping from one place to another. Look…look. |
| Alebbini: | I don't know what makes me [UI]. |
| CHS: | Look, look. |
| Alebbini: | Oh man! I'm thinking we should take the gear. |
| CHS: | Wow! There are pigeons under the bridge, that's the good stuff. |
| Alebbini: | I'm thinking we should take the gear [UI]. |

[Background noise]

| Qasim: | [UI] We're here for nothing. |
| CHS: | Let us see first. |
| Qasim: | Yeah, it's a bad spot here. Nothing to benefit from it. Do you want to stay here? |
| CHS: | No. |
| Qasim: | There's no way you can catch anything here. |

7

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027276

Alebbini:    There's a knife...

Qasim:    No, I was going to put a new *pole*.

CHS:    Put it here...put it here.

Qasim:    Where? Uh! Laith, just so you know, no one has ever caught a fish in Ohio.

Alebbini:    We don't know how to fish.

CHS:    Honestly, you gave me a break. Today, I sent your picture to someone [laughs]. He was talking about fishing so I told him "see my friend caught some" and that's because I can't say I caught anything! [Laughs

Alebbini:    [UI]

CHS:    Man! I have so many things to do at home. I even forgot all about my daughter's *conference*--

Alebbini:    Oh no!

CHS:    -- you know, and the van I told you about.

Qasim:    We had [UI] with the American guy. Just forget about it.

Alebbini:    Not till now, I don't have time to go.

CHS:    [UI] [laughs]

[Background noise]

Alebbini:    [UI] We barely got off work when he said "let's go", we didn't eat, let's [UI]

CHS:    From here [UI]

Qasim: It's a little tight.

[Background noise]

CHS:    Let me tell you about one person, *my cousin*, my maternal cousin. We were talking today, he has a boat... so I told him that we go fishing sometimes.

8

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027277

Alebbini:      He has a boat?

CHS:           Yes.

Qasim:         [UI] who comes to the store, and says I go fishing and so forth… [UI] like if he is a fisherman! [UI].

[Background noise]

CHS:           Oh! Yo, *he got some stuff.*

[Traffic noise]

CHS:           This is like Petra! Ha ha. I don't know… that's it…they're getting drun! [UI]

Qasim: [UI]

Alebbini:      It's like you had a romantic feeling [UI], Mr. [UI]

CHS:           I told you so.

Qasim:         Yes and we could probably go to a different spot if it's uh--

CHS:           Ok, you can go to a different spot. Laith and I will stay. May God help me putting up with him! …and you can [UI].

Qasim:         Huh?

CHS:           I said, Laith and I. God help me putting up with him.

Qasim:         This is for the fish though!

CHS:           What do you mean it's for the fish?

Qasim:         This is for when you catch a fish, you hang it in the water with the fish in it.

CHS:           Oh really!

Qasim:         Let me tie the bag.

CHS:           Anyway, we have benefited a little.

Qasim:         [UI]… let's go sit down with him.

9

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi, 04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027278

CHS: Ok, give me the uh... the thing, because he will start speaking in Hindi... and the knife.

Qasim: Man, why are you using the knife?

CHS: So I can take this thing out.

Qasim: How many bottles of juice you have here?

CHS: There were six. I had one so four are left. Do you want another one?

Qasim: No I want to give it to her.

CHS: Do you want one for you?

Qasim: I have one for me.

CHS: Do you have one here?

Qasim: Yes, right here, here.

CHS: Man, I'm telling you. I swear to God you're Indian! Just tell her," this is *non-alcoholic* drink". [UI] the slide...just tell her that. Ok, up there...good luck...how am I going to go to him?

Qasim: Who?

CHS: Laith. He's already in the middle of the river.

Qasim: I'm telling you to come there, it's better.

CHS: Man, there isn't any. It's not going to work. Just go ahead...go, go ahead.

[Background noise]

CHS: Laith! How's the spot back there by you? Is it good or nonsense? So we can move there.

[Background noise, no conversation]

10

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027279

[Coughs]

CHS: Oh! Damn it.

[Background noise]

CHS: Laith! Shall we go check another spot or what?

Alebbini: What?

CHS: Do you want us to find a *better spot?*

Alebbini: I really don't know. I'm looking for a spot we were at before, but I can't find it. Who is Qasim sitting with?

CHS: With a woman who asked for a cigarette.

Alebbini: He's sitting with her?

CHS: And he says she needs some emotional attention.

Alebbini: They became friends already?

CHS: I really don't know. He sat with her, I mean he took an Arabic beer for her and went. I told him to marry her.

Alebbini: The river level is high.

CHS: Huh?

Alebbini: The river level is high.

[Background noise, no conversation]

CHS: There's *fucking* nothing!

[Coughs]

CHS: God dammit! [UI]

[Background noise, no conversation]

11

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027280

**[End of Session 04-18-2017.002.avi]**

**<u>[Beginning of Session 04-18-2017.003.avi]</u>**

[Walking noise]

[Background/traffic noise]

| | |
|---|---|
| UF: | [UI] [A remote voice in the background] |
| CHS: | Nothing lives here, it's not just there's no fish. |
| UF: | [UI] [A remote voice in the background] |
| CHS: | No, there isn't any. That's what I'm saying. I was expecting to possibly see a bug, an ant or a frog, anything -- |
| UF: | --any form of life. |
| CHS: | There's nothing. |
| Alebbini: | [UI] |
| CHS: | There's a pond. Do you want to go there? Do you think we have enough time to go there? |
| Alebbini: | [UI] |
| CHS: | The pond where I showed you the Bass fish was dying. |
| Alebbini: | There's the one you and I went the first time, where we sat on the rocks. |
| CHS: | Then let's go. |
| Alebbini: | Ok. |
| CHS: | By that one, you can sit like people do. |
| Alebbini: | At least we can sit there, you know. It's a perfect place. |

12

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027281

CHS: [UI] [chuckles]

Alebbini: Look at him! He just caught the best fish. He caught a good fish.

CHS: Yeah, he caught the last time and he did this time too.

Alebbini: They're fisherman.

CHS: And what are we?

Alebbini: It's over for us.

CHS: There is no fish, no fish for us--

Alebbini: No even one --

CHS: --not even a small one to show itself to us so we can say "hey, there is fish!"

Alebbini: I saw a small fish trying to bite the bait, but the bait was bigger than it was.

CHS: [UI] [continues to walk with Alebbini].

Alebbini: *What's up guys? There is no fish in the whole world. [UI]. It doesn't have fish.*

[Conversation IU]

CHS: There's nothing… you would expect to find a fish here, another one there.

[Conversation UI].

CHS: Tell her "let's go finish there" [UI] [Walking noise in the background]

Alebbini: [Calls someone] Let her, let her [UI] [Water running in the background].

Alebbini: What was the name of [UI] I told you about?

CHS: *I'm assuming* [UI] *Delco Park, Kettering.*

Alebbini That woman is 44 years old?

CHS: Yes.

Alebbini: Wow!!

13

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027282

CHS:           She's 44 and she'll make you [UI]

Alebbini         [UI]

CHS:           I'll drop you here now.

Alebbini:       She doesn't look 44 at all, I swear to God.

Qasim:         I told you I told her "you don't look 44".

Alebbini:       Yes.

Qasim:         So she asked me "how old are you?"

Alebbini:       Yes.

Qasim:         [Background noise]. She asked me "Are you 27 years old?" I said "no, no" so she wanted to know how old I was, so I told her I'm 25 years old. Then she said "I'm ready to be a mother, not actually to become a mother because I have a daughter your age". So I was like "oh!" then asked her where she's from. She said she's from [UI], that she's sick and tired of being here, that the people in Ohio are shitty--

Alebbini         --yeah--

Qasim: :       -- and that she wants to leave the area.

Alebbini:       Everything she said means she's looking for a husband.

Qasim:         Yeah! I'm not going to fuck for nothing. What do I have to do with her? So we were talking and she was saying [UI] so I told her "I'm not *legal* here". She was like "that's fine". I wanted to ask for her number but then I thought about it, she's 44 years old, and I don't want anything to do with her.

CHS:           Then stay with the black.

Alebbini         And I'm saying what's black?

Qasim:         What do you mean man [UI]? [Chuckles]. So she's telling me "I have a daughter your age" --

[Conversation IU]

14

04/18/2017

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027283

Qasim: So I should fuck and leave behind. Is that what you're telling me next?

Alebbini: [UI]

Qasim: Yeah, take her now then throw her away. Have nothing to do with her after. Damn you! You're a Jew.

CHS: We'll marry you her. He's the shaikh and I'm the witness.

Qasim: That's it.

Alebbini: We'll post on Facebook advertising marriage [UI].

Qasim: [Chuckles] Damn it!! In the area where I live, everyone calls me to ask you know what?

Alebbini: What?

Qasim: They ask "What's going on, bro? It's been long since we heard something about you". Ha-ha-ha, man!

CHS: Put hand in hand and Laith will do the prayer.

Alebbini: [UI]

Qasim: The second marriage, how did you think it was? It was good.

CHS: Ok.

UM: If I were you, I would've done it, slept with her in the picnic. I just can't resist [laughs]. A woman tells you she's 44 and ready to have a child, that she's bored and wants someone to have fun with, ah?

Alebbini: Yes, but Abu al-Qays, the next time, you can't do this to the woman, the next time you tell her--

CHS: Same thing you did with the fish, the one you caught then threw back in the water, same story.

15

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi, 04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027284

| | |
|---|---|
| Alebbini: | Yes. |
| Qasim: | Frankly-- |
| CHS: | That means [UI] from here, no from there. |
| Alebbini: | Next time, take…take her number and give her a fake number, on the basis that [UI], so you know if you can see here another time or not. |
| Akebbini: | [UI] |
| Qasim: | Man! They told us Destiney's sister and her husband went fishing where the water level was good… it was high enough and they were able to catch thirty fish. She caught thirty and her husband caught even more. |
| CHS: | Where they [UI] man? |
| Qasim: | [UI] |
| CHS: | What do you mean thirty fish? |
| Alebbini: | We didn't see -- |
| Qasim: | She told me… she told me to go to the other spot. She saw a man a little while ago catch a big fish, so she told me to keep walking to that spot-- |
| Alebbini: | The river here is weak -- |
| CHS: | You man, you're shattering our hopes. You can't do that. |
| Qasim: | Yeah. |
| CHS: | I even looked for any crawling bugs, but there's nothing-- |
| Qasim: | Ha-ha-ha. |
| CHS: | I'm not joking-- |
| Qasim: | There's no form of life for the fish to feed on. |
| CHS: | It's exactly how Laith says it. The only living thing in the river is the river itself. |
| Qasim: | Generally speaking, the woman seems to be decent. |

16

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027285

Alebbini:       She pretends to be decent but when you know her well, she'll show you her real self.

Qasim:          That's why I cut her off. Why would I want to do anything with a 44 years old?

[Wind] [Static as participants walk]

Qasim           When she said she's 44 years old, I was like "what"?

Alebbini:       Damn you, you didn't talk to [UI] - -

CHS:            You need tires, man--

Alebbini:       [UI]

[Siren, walking and noises]


**[End of Session 04-18-2017.003.avi]**

17

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027286

**[Beginning of Session 04-18-2017.004.avi]**

Qasim:  -- because you look like you're older than me --

CHS:  [OV]--You see how mean that was?

Alebbini:  [Laughs]

Qasim:  [Laughs out loud]

CHS  Did you hear that? A man older than me and [UI]? You mean I'm old--

Qasim:  [OV]--No, no.

CHS:  [OV]--You mean I'm 44 years old--

Qasim:  [OV]-- No, no man--

CHS:  I swear I'll throw you in the pond now... Oh! There's a fish!

Alebbini:  Here it is!

CHS:  Cast you hook, cast it!

Qasim:  Do you think we'll catch something?

Alebbini:  God willing, we will.

CHS:  Right there, there --the damn thing--

Qasim:  You know man, we never really fucked and walked away. You know what I mean?

CHS:  Now, guys....how... what bait are you using?

Alebbini:  The *plastic*, the *plastic* bait.

CHS:  Which one? I don't know why I can't cast mine at all.

Alebbini:  Because your bait is probably light. If I were you [UI]

CHS:  My fishing line is a piece of shit.

18

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027287

Alebbini:      Because it gets effected with the line. Is your line a sea fishing line?

CHS:           Yes.

Alebbini:      *Okay.* Let's go that way--

CHS:           [OV] – let's go that way.

Alebbini:      -- so we can [UI]

[Background noise]

CHS:           Aha…

[Background noise]

Alebbini:      *It's a good size.*

CHS:           Yeah, at least it's something alive.

Alebbini:      Yeah, that guy [UI]

CHS:           Is there someone over there?

Alebbini:      Yeah. This place is really nice, it's pretty.

[Background noise]

CHS:           Yeah.

Alebbini:      I like it.

Qasim: [UI]

CHS:           You know if there was a…a *grill*, then we can sit.

Qasim:         Oh! That would be really nice.

CHS:           Yeah, really. If there was a *grill- -*

Qasim:         There used to be one here.

CHS:           You know what I mean.

19

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027288

Alebbini: We should have gone up there but we didn't know about that place. I said we would [UI] - -

CHS: You see, it's working. Can you see [UI]

[Background noise]

Alebbini: Here's better. We came here for nothing.

CHS: I told you let's find a good spot.

Qasim: [UI]--

CHS: [OV]--and the 30 fish…that story about the 30 fish.

Qasim: [UI] this time [UI].

CHS: They caught 60 fish?

Alebbini: I swear to God my brothers --

CHS: [OV]—that's why there's no fish.

Qasim: They took all the fish.

Alebbini: I swear to God my brothers, [UI]

CHS: [OV]-- with a hook as well?

Alebbini: Not just one, but two hooks. If one uh - -

CHS: Aha--

Alebbini: If one came up with this story, you would [UI]--

CHS: [OV]--I would not believe them. I swear I would call them a liar.

Qasim: [Laughs]

CHS: I swear to God, I will tell them "you're lying".

20

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027289

Alebbini:      [Laughs] I'm telling you it may be possible. We'll go, right?

CHS:           Here we are, three of us.

Qasim:         And we did not even catch one!

CHS:           We did not even catch one so we can say we caught some.

Alebbini:      It's like they say, we are here trying to catch --

Qasim:         [OV] --trying to catch something.

CHS:           Here are two trying.

Alebbini:      *Any luck guys? Any luck? Not yet?*

CHS:           [UI]

Alebbini:      *I'll show you* [UI]. *I'll pretend* [UI]

[Background noise]

Alebbini:      *Thank you!*

CHS:           [Laughs]

Alebbini:      *Did you guys now using the right tactic?* [UI] *I'm from Virginia.*

UM:            *Oh let me learn that from you.*

Alebbini:      *I'm from Virginia. You know, Virginians we might do it different.*

UM:            *I don't know. This is the right thing.*

Alebbini:      *This is the first time?*

UM:            *Since we decided to do it, this is the right time.*

Alebbini:      *Oh wow brother!*

21

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027290

UM:                [Laughs]

Alebbini:          *Brother, are these your keys?*

UM:                *Oh, no, no, no.*

Alebbini:          *Are they his keys?*

UM:                [UI]

CHS:               Let's not bother ourselves with them.

Alebbini:          *Okay.*

Qasim: What's up with him?

CHS:               I [UI] drugs [UI] ooh.

Qasim: [Laughs] translate this…I [UI] every time, frankly.

CHS:               [Laughs]

Qasim:             Your main concern is that you don't want to translate but you're just watching me, frankly.

CHS:               [Laughs]

[Background noise]

UM:                [UI]

Alebbini:          *I was, I hope, I was hoping to get back to D.C.*

CHS:               Let's go throw the other one in the water because he acted like an asshole with us. Something just exploded. What was that?

Alebbini:          What did you say?

CHS:               What made that sound? Something exploded up.

Alebbini:          That sound was I casted my line and it got stuck in the tree. I'm still telling them *Virginians* [UI]

22

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027291

| | |
|---|---|
| UM: | [UI] |
| Alebbini: | *Uh, this is yes,* |
| UM: | *Oh*! |
| CHS: | You frankly embarrassed us! |
| Qasim: | Yeah. He embarrassed us and now you'll see ten fish. The bait he gave us is really shitty [UI]. |
| CHS: | I knew from day one that his bait was shitty. |
| Qasim: | H's convinced this area is good. |
| [Car noise] | |
| CHS: | He says he likes this area, but this area, you know, after we did the thing, I was in bed sick for one week. |
| Alebbini: | Anyone of you guys have a lighter? |
| CHS: | I stayed for one week- - |
| Alebbini: | Abu al-Qays, a lighter? |
| CHS: | I was out for one week, I could not see the -- |
| Alebbini: | [OV] – the light? |
| CHS: | I felt the birds infected me man! As if I contracted the bird influenza or something. I'm serious, I swear! There was nothing out there except birds and us. There were no people around us so how did we get infected? No, and it's -- |
| Alebbini: | [OV]-- How did [UI]? That's it [Laughs], we thought he was gone! |
| CHS: | I swear to God, I never got that sick ever before in my life. |
| UM: | *Where are you guys from*? |

23

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027292

| | |
|---|---|
| Alebbini: | *Uh, Gordonsville. You know Charlottesville?* |
| UM: | *Oh yeah, yeah Charlottesville.* |
| Alebbini: | *Charlottesville, yes.* |
| UM: | *Yes.* |
| Alebbini: | *I'm from Charlottesville.* |
| UM: | *Oh, Charlottesville.* |
| Alebbini: | *I lived in Richmond too.* |
| UM: | *Yeah, I know Richmond as well.* |
| Alebbini: | *Yeah, I lived there.* |
| CHS: | He doesn't know nothing! You can tell. |
| Alebbini: | *Aha.* |
| UM: | *I used to live in North Carolina, so I was [UI]* |
| Alebbini: | *North Carolina's close.* |
| UM: | *Yeah, I was coming from Woodbridge, so I know those areas.* |
| Alebbini: | *To... you were going to Woodbridge?* |
| UM; | *Yeah, I used to live in Woodbridge.* |
| Alebbini: | *Woodbridge is in Virginia.* |
| UM: | *Yes, in Virginia.* |
| Alebbini: | *Aha.* |
| UM: | *Yes.* |
| CHS: | What's the type of bait you have? |

24

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027293

Alebbini:     Here.

CHS:          *Do you ever catch anything here?*

UM:           *Oh yes.*

CHS:          *What kind of fish you catch?*

UM:           *Umm, there's Bass, [UI], [UI], and there's catfish.*

CHS:          *Okay. Do you have a lot of –uh- -*

UM:           *[OV] -- big fish. I mean, a lot fish here.*

CHS:          Ok, just let's cast in the name of God!

UM:           *What brought you here?*

Alebbini:     *To Ohio?*

UM:           *Aha.*

Alebbini:     *My wife.*

UM:           *Okay.*

Alebbini:     *She made me come here!*

CHS:          [UI] *probably if you didn't come, I'm gonna uh…smack the shit—*

Alebbini:     *Yeah, that's what she did.*

UM:           *So how do you like it here?*

[Background noise]

CHS:          And I have a knife, just [UI] here.

25

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027294

Alebbini: *What is it?*

UM: *How do you like it here?*

CHS: This is mine Qasim.

Alebbini: *It's ok.*

CHS: Don't try to fix.

Alebbini: *But in Virginia the weather is kinda better.*

Qasim: Oh, he thinks [UI] Virginia.

UM: *Oh, Okay.*

CHS: That's it. You made up your mind, Mr. 44!

Qasim: Now, I'm going to catch 20!

CHS: Yeah!

Qasim: Not just one!

CHS: [Laughs] You just caught 44, more than you!

Qasim: I caught 44 girls!

CHS: [Laughs] Yeah, right!

Qasim: I actually didn't catch any!

CHS: Laith, do you use a sinker or not?

Alebbini: No, but yours has a sinker on it. [UI]

Qasim: *Cousin,* I need bait for *catfish*.

Alebbini: *Huh?*

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027295

Qasim:       I need bait for *catfish*.

Alebbini:    If you want bait for the *catfish*, we uh…only have two pieces.

CHS:         Actually three pieces, three pieces. Go ahead and give it a shot. I mean he's not going to bring you the bait and put it for you--

Alebbini:    Yeah.

CHS:         [OV] --like I brought the girl to you and told you to go for it!

Qasim:       [Chuckles]. You know, Muhammad? Many girls come to the store and we start talking about things, but when I find out they're older [laughs], I just stop talking to them.

CHS:         There's a saying --

Qasim:       [OV]—an older woman to comfort you is better than a younger woman who cries and makes a fuss!

CHS:         Aha!

Qasim:       I know this saying, I know it by heart. But it applies to someone who just wants to have comfort [laughs], not someone who wants to get married!

CHS:         But you got married many times!

Qasim:       Yes, I got married

CHS:         25 years old…


**[End of Session 04-18-2017.004.avi]**


27

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027296

**[Beginning of Session 04-18-2017.005.avi]**

[Background noise]

CHS:        You got married ten times. Take Laith as an example, take me as an example.

Qasim:      What do you mean take you both as an example? I don't understand.

CHS:        I don't know, but --

Qasim:      [OV] --just let it go.

CHS:        I'll let it go. Just keep quiet, say that's fine and don't ask how.

Qasim:      Laith married two. You know that, right?

CHS         Yeah!

Qasim:      Well then.

CHS:        But he's not married...he's not married to two till now, is he?

[Static noise]

Qasim:      He was married to two.

CHS:        Yes, but not together at the same time.

Qasim:      No, not together. To have two at the same time, that takes a strong man like me, brother!

CHS:        No man. I was once married to four at the same time.

Qasim:      What?! That's a big one, that's a big one [chuckles].

CHS:        Eventually you will [UI] --

Qasim:      [OV]--No man. I'm holding the rope.

CHS:        [UI]

28

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027297

| | |
|---|---|
| Qasim: | [UI] |
| CHS: | No, this one is heavy. |
| Qasim: | Loosen it then. |
| CHS: | This is trash work, made for the sea. This is made for *deep sea fishing*. [Pause] *Deep sea fishing*. It doesn't work. You son of... a gun, not like this, not like this. |
| Qasim: | Brother, this looks... I don't know but I don't want to blame it on the hook. |
| CHS: | Oh by all means, blame it on the hook. |
| Qasim: | I honestly can't. I can't do that Muhammad. Yours is very heavy. |
| CHS: | You see? |
| Qasim: | It's heavy. Loosen it, loosen it. |
| CHS: | What do you mean loosen it, man? |
| Qasim: | Ha? Loosen the piece that tightens it. |
| CHS: | There's this one here. |
| Qasim: | This goes to the handle. |
| CHS: | It should go in like this. |
| Qasim: | Man, your line is very heavy. |
| CHS: | The line's not too heavy [UI] [wind noise] |
| Qasim: | Are you going to catch a shark, man? |
| CHS: | Yes. |
| Qasim: | [laughs] |
| CHS: | [UI] |
| Qasim: | You see? |

29

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027298

CHS:       So what do you want?

Qasim:     [laughs]

CHS:       It's all *garbage*. Laith, aha, there we go. God damn it!

Qasim:     [UI]

CHS:       It got stuck, man. Look, looks like--

Qasim:     [OV] [UI]

CHS:       Laith! Look, I caught Qasim! [laughs]

Qasim:     That's the first catch.

Alebbini:  Pull it, pull it.

CHS:       I should change the line. Look at him, he ran away. [Friction and static noise]. You ruined it.

Qasim:     No brother, it's still the same. Can you see?

CHS:       Hey Laith! He ruined my hook.

Qasim:     Don't listen to him man!

CHS:       He ruined it for me.

Qasim:     No, brother. I didn't ruin anything. You see how your line is high, that's why you can't cast it.

CHS:       He ruined it for me. He ruined my hook.

Qasim:     There is no God but Allah! I'm trying to fix it for him and now it's my fault, Laith. You see that?

Alebbini:  [IA]

CHS:       [laughs] Laith! He ruined it for me.

Qasim:     Let me fix it. Give me a minute. We can loosen it.

30

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi, 04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027299

CHS: It's getting darker. I know I have to change the [UI]. It's obvious, my luck is shitty.

Qasim: [Static] [UI]. You're telling us you're a fisherman.

CHS: Yeah, I'm fishing here in a pond, *three feet.*

Qasim: It's the depth that counts. What really counts?

CHS: Age?

Qasim: Depth.

CHS: Laith! He's corrupting me.

Qasim: Damn it! She doesn't look her age, right?

[Static and background noise]

CHS: Could she have lied to you when she said she was 44?

[UI] [Background/traffic noise]

Qasim: Did Laith tell you we called Homeland Security?

CHS: What?

Qasim: Did Laith tell you we called Homeland Security?

CHS: Seriously, why?

Qasim: I told them about me.

CHS: About who?

Qasim: About me.

CHS: About you? Why?

Qasim: Huh?

CHS: Why?

31

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027300

| Qasim: | [UI] |
|---|---|
| CHS: | What? |
| Qasim: | We called. He picked up, the mother fucker, then hung up. I wanted to ask why they called my family, the US Embassy called my family. [UI] [Bird/Animal sounds in the background] |
| CHS: | What does the US Embassy have to do with *Homeland Security?* |
| Qasim: | I don't know. |
| CHS: | What do you mean they hung up? I don't understand. |
| Qasim: | [UI] |
| CHS: | So they didn't listen to what you had to say. |
| Qasim: | They picked up, then hung up, [UI]. |
| CHS: | I ask forgiveness from the Almighty Allah. |

[Background Noise] [UI]

| CHS: | Like we told you, when you change address, you have to let them know. If you don't notify them, *it's against the law, a violation* or *something.* They're going to tell you "you are not at your address". |
|---|---|
| Qasim: | Is work slow these days? |
| CHS: | Yes, the *tax* season is over. Now it'll continue to be slow but will pick up in the middle of June. It'll be slow till the middle of June, then it will pick up through July, August and part of September, then slows down again. It picks up again in November and December. |
| Alebbini: | Anyone wants to perform evening prayer? Have you washed for prayer? |
| CHS: | No. I didn't wash for prayer. Can I... no, it's not going to work if I go into that water. |
| Alebbini: | Is this empty? |

32

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027301

CHS: Where are you going?

Alebbini: I'm going to pray.

[Background noise]

[Laith chants prayers in the background]

CHS: Is Laith still on for the 21st of the month or what?

Qasim: I don't know. [UI]

CHS: If he's travelling, where will you go? Are you staying in the apartment?

Qasim: Yeah, I'm staying in the apartment.

CHS: Yes, stay there. .

Qasim: Where will I go? Why would I go rent?

CHS: That's what I'm saying.

[Laith chants prayers in the background]

Qasim: Let me go get what I have for the 44 years old. But Haj Muhammad, I think she is [UI]

CHS: There is no strength but in God.

Qasim: But you brother are not being flexible. I'll get her phone number and give it to you.

CHS: There is no strength but in God.

Qasim: You want her number, right?

CHS: Yes.

Qasim: Yeah, I can tell. You and Laith. Laith was very amused by the 44 years old.

CHS: Laith will not move even if you get him a goose.

33

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027302

Qasim:      [UI]

CHS:        A young girl [laughs]

[Laith continues to chant prayers in the background]

CHS:        It's nice sitting around here

Qasim:      Yes.

CHS:        One can get a hookah…a small grill and a hookah.

Qasim:      A hookah here would be awesome.

CHS:        Yes.

[Duck and water noise]

Qasim:      Ducks and geese.

CHS:        I once tried duck from here, it was disgusting!

Qasim:      You mean duck?

CHS:        Duck from the ponds. You have to buy it from the *farm*. You come from a village but you never had duck? How old were you when you came to America? 23, 24, 22?

Qasim:      Twenty two.

CHS:        And you still haven't tried duck?

Qasim:      I don't like it.

CHS:        So they do sell and eat duck in the village, right?

Qasim:      I don't know.

CHS:        What do you mean you don't know? You're saying there are no duck in the village.

Qasim:      Laith! Back in the village, did we have duck to buy and eat?

34

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027303

| | |
|---|---|
| Alebbini: | No, but we raised ducks. Those who raised ducks, raised ducks. But... |
| CHS: | Have you had duck in the village? |
| Alebbini: | Yes. |
| CHS: | This one says he didn't. |
| Alebbini: | It's because he's not... well you can say he lived in the *downtown* of the village. |
| CHS: | I see. |
| Alebbini: | We lived on the outskirts of the village... around-- |
| CHS: | So they were in a city neighborhood? |
| Alebbini: | Kind of. They lived in a main neighborhood, by the shops and... where they can't raise...and if they raised hens or anything, the neighbors would complain against them. |
| CHS: | I see, meaning they were city residents. |
| Qasim: | [UI] |
| Alebbini: | Something like that. But-- |
| CHS: | [OV]--in other words, they were city residents. |
| Alebbini: | Something like that. Yeah, they were city residents. |
| CHS: | That's why he wasn't interested in the 44 years old. |
| Qasim: | These are [UI]. |
| [Car sound] | |
| Qasim: | Muhammad, you come from the city as well. |
| Alebbini: | What? |
| CHS: | No. |

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027304

| | |
|---|---|
| Qasim: | What? |
| CHS: | No my dear. |
| Alebbini: | Abu Qis! |
| CHS: | I lived in Saudi Arabia growing up, you know? |
| Alebbini: | [UI] |
| CHS: | Who was that? Last time, I drove against traffic, I swear to God. |
| Alebbini: | Really? |
| CHS: | Oh yes [Laughs] |
| Alebbini: | Abu Qis! Fix this. |
| CHS: | When I left you guys, right as you get on-- |
| Qasim: | [OV]--I was-- |
| CHS: | [OV]--I was driving then this car is coming towards me and I kept telling myself "it's gonna move out of my way now", then I realized I was the one driving against traffic. |
| Qasim: | [UI] |
| CHS: | I told you…don't, don't. This is *sneaky,* man. *Hell no!* |
| Qasim: | This one is light. |
| CHS: | Not light and not heavy. |

[Sirens in the background]

| | |
|---|---|
| CHS: | I couldn't wait to get home and I was seeing dreams, nightmares man! |
| Qasim: | [UI] [laughs] Why? |
| CHS: | I don't know where you got it from, but it wasn't good. |
| Qasim: | What? |

36

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi, 04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027305

CHS:        I'm telling you, it wasn't good. I was seeing dreams, man.

[Sirens/loud motorcycles/engines in the background]

Qasim:      [UI]. When was the last time?

CHS:        It's been a long time. I drove against traffic. No.

Qasim:      This one is good.

CHS:        I drove against traffic, man. No! I was seeing nightmares all night. I'd see a nightmare and wake up.

Qasim:      [IA]

CHS:        Amen.

Qasim:      [IA]

CHS:        Like I said, I was in Saudi Arabia when I was young, then went to Amman and--

[Coughing]

Qasim:      [UI] in Saudi Arabia?

CHS:        What?

Qasim:      Yes, my father was a teacher in Saudi Arabia. We lived somewhere like a village. When I finished, when my father finished working in Saudi Arabia, we went to Amman, to Khirbit al-Suq [PH]. Khirbit al-Suq is like a village.

[Phone rings]

Qasim:      *Still.*

CHS:        Let me finish, Mr. *still.* My father started a farm in [UI]

Qasim:      You mean he built a farm or bought a farm?

CHS:        [UI]. No he started a farm

Alebbini:   So he started a farm, he built it?

37

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027306

CHS:        Answer your phone.

Alebbini:   [Answers phone] Hello! Hussein, hi.

CHS:        I spent more time at the farm than at the house. No electricity, no water, no road, and no people around, [pause] until I was 22 years old.

Alebbini:   Then you left?

CHS:        What?

Alebbini:   You then left?

CHS:        No, I stayed a little while. I finished college, I worked then I came here.

Alebbini:   To America?

CHS:        Yes. So don't tell me I'm a city boy. You are a city boy.

Qasim:      Most of my life --

CHS:        -- you didn't eat duck, you didn't eat geese.

Qasim:      It's not a condition that you should eat something.

CHS:        You didn't eat snakes, you didn't eat porcupines, right?

Qasim:      And I never will.

CHS:        Because you never tried.

Alebbini:   He's afraid of trying.

CHS:        It's not that. When you live in an area like al-Muwaqqar--

Qasim:      Yeah--.

CHS:        [OV]-- and you get your food rations once a week, and the person who delivers might tell you "I forgot to get the bread this time", "I forgot the bread"--

Qasim:      What do you mean forgot the bread?

38

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi, 04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027307

CHS: Bring bread with the ration. He brings you canned food, because there's no electricity or water, nothing.

Qasim: Yeah.

CHS: You get a water tank. Sometimes the water delivery tank is late, so when you drink from the water---

Qasim: [OV] --Was it a chicken farm?

CHS: A cow farm.

Qasim: Cows --

CHS: [OV]-- and when you want to drink water, you get the water from the thing, you see worms floating, so you have to wait for the worms to settle in the bottom.

Qasim: Ah--

CHS: [OV]--for you to be able to drink it.

Qasim: [UI]

CHS: There's no way you can drink straight from it, you know. Or, if you're disgusted, you wait till it is milk time and you keep some milk for you to drink. That's if you're out of food. For bread, you'd go look for the hens' dry bread, find some that's not moldy or too dirty, wet it with water and toast it on the stove like this and eat it.

Alebbini: [UI]

Qasim: [UI]

Alebbini: [UI]

CHS: In al-Mafraq, in al-Muwaqqar.

Alebbini: [UI]

CHS: I swear to God, there were days when you put your finger up and you can't see it at night.

39

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi, 04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027308

| | |
|---|---|
| Alebbini: | Aha. |
| CHS: | Other days you see the stars up in the sky and you feel like you can touch them with your hand. Because al-Muwaqqar is a desert area-- |
| Qasim: | --right, |
| CHS: | [OV]—you feel the stars are very, very close to earth. |
| Alebbini: | [UI] |
| CHS: | My father sold it. |
| Qasim: | Good he sold it, man! |
| CHS: | That's what we thought, but now I wish he didn't sell it. |
| Alebbini: | Sure! |
| CHS: | He wasn't producing. The government doesn't help you to produce-- |
| Alebbini: | --because the government fucks you. |
| CHS: | I mean when they started selling one kilo of milk for 21 piasters, you know, the government was importing powder milk and distribute it to the people. |
| Alebbini: | And that's dealing blows to farmers-- |
| CHS: | Aha-- |
| Alebbini: | [OV]--that's a known fact. |
| CHS: | The same story is true for the chicken farms. There were chicken farms around us, up and down the road. |
| Alebbini: | The US gives loans to Jordan [UI]. Jordan uses these loans to import milk and chicken, then they ask them to send aids to Afghanistan or Haiti or the United [UI]. They send them [UI] Iraq. And through what? [UI] |
| CHS: | Afghanistan. Some time ago, an intelligence officer was reported killed in Afghanistan. What took him to Afghanistan? |

40

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027309

| | |
|---|---|
| Alebbini: | The hell with him. |
| CHS: | What do we have to do with Afghanistan? |
| Alebbini: | It's America who forces us. |
| CHS: | The nude swimming, what is it called? |
| Qasim | *Skinny-dipping.* |
| CHS: | This is the right time. Had you brought her with you, you could've gone skinny-dipping, right? |
| Qasim: | Aha! |
| CHS: | Aha! |
| Qasim: | Laith! The American girls, right after you meet them, if you ask them "how about we go *skinny-dipping* together one day?" They'd say "yeah, we'll go". |
| CHS: | Every girl who walks in tomorrow, tell her-- |
| Qasim: | [OV]-- *I got this perfect spot for skinny- dipping.* |
| CHS: | Aha. |
| Qasim: | So we can go swimming-- |
| Alebbini: | [OV]--my car is parked here. |
| CHS: | Ok. Then this is what you'll do. Every girl who walks in tomorrow, you ask her, and once you're done, eh, let us know the result. For example, out of 20 girls, how many said yes, how many said no, how many slapped you. You're staying up tonight, right? |
| Qasim: | Yes, I'm staying up tonight. |
| CHS: | I was thinking I can take you to the store to do it, and I'll watch. |
| Qasim: | You'll bring Laith? Destiney [UI] in the store. |
| Alebbini: | Where? |

41

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027310

| | |
|---|---|
| Qasim: | [UI] to the store. |
| Alebbini: | I go over to Destiney-- |
| CHS: | [OV] --No, no, not to where Destiney is. Tomorrow, that's what I'm saying. I'm saying it's either she is working or me. |
| Qasim: | You, let Destiney be here, so Laith can ask her exactly. |
| CHS: | No man, no. You always fuck things up. |
| Qasim: | That's what Laith wants. |
| CHS: | No. Laith doesn't want that. Laith, is that what you want? |
| Alebbini: | No. |
| CHS: | You see? Go jump in the water, stay in for five minutes then come back. [Laughs] [Coughs] Laith, are you still set for that date or you changed it? |
| Alebbini: | What date? |
| CHS: | Didn't you tell me on the 21st of the month? [Coughs] |
| Alebbini: | Yes, but I don't have money. I spoke to my father, I was planning on asking my father. I didn't want to ask my father because [UI] owes money, but his father told me "there's no way I will give you money" so I was thinking [chuckles] "I'll just ask Mike". Now, my parents told me they'll give Destiney a ticket, but not me. So right now, I don't have the money for a ticket. You see, that's the story. |
| CHS: | Aha! |
| Alebbini: | I tried to ask his father, get the money from his father because he's my friend's father. But his father told me there's no way he'll give me the money and I should go get the money from someone else. That's the latest news! |
| CHS: | Let's hope for the best. What about Destiney's appointment? Is everything okay? |
| Alebbini: | Destiney went to see the nurse today and has another appointment on Thursday. Is it Thursday? I don't know, we may [UI] on 26th of the month, but Destiney says it could be on the 1st of the month. |

42

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027311

| | |
|---|---|
| Qasim: | [IA] |
| Alebbini: | What? |
| Qasim: | [IA] |
| Alebbini: | Me? If it's up to me, I'll leave now. |
| CHS: | It's because the girl is traveling. She was told they don't want her to get to a point where she can't board a plane. They won't let her on. |
| Qasim: | Yeah! |
| CHS: | [Coughs] |
| Alebbini: | No, they won't stop her from boarding the plane. But as she nears 28 weeks of pregnancy, she'll be required to get a doctor's note. |
| CHS: | Hope for the best. |
| Alebbini: | How is it going with your passport? |
| CHS: | I told you. I called them *last week* and they gave me an *attitude*. They almost beat me over the phone. |
| Alebbini: | They're idiots, man. They have no understanding, even when they're here in America. You see? Even here in America, they didn't get to [UI]. |
| CHS: | I paid *477* and *some change.* |
| Alebbini: | The problem is that [Static] [UI]. |
| CHS: | Four seventy seven [Static] *some change* and it was supposed to be quick. He said "we told you it's going to take *from two to six weeks*". |
| Qasim: | When you got the passport, is this the first time you renew it here? |
| CHS: | Yes, through the Embassy. |
| Qasim: | First time renewing through the Embassy, right? First time through the Embassy, they write on it. But-- |

43

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027312

| | |
|---|---|
| Alebbini: | Ah! |
| Qasim: | -- then they issue you a new one. |
| CHS: | Mine expired almost six, seven years ago, maybe even eight. |
| Qasim: | That's normal. |
| Alebbini: | No, no, that's not normal, no. If it's more than 10 years you need a new picture. |
| CHS: | It's been expired a long time, man. They asked for a picture and they wanted, they wanted-- |
| Alebbini: | -- it's been a while, they want a picture. |
| CHS: | They asked for a copy of the identification card, a copy of the service record, and they wanted the passport, not passport, the family record. I never had a family record. That's the problem I have. When I got married in Amman, you know, and wanted to move here, I went to get a family record. I was told I needed a proof of residence. I asked what that means and was told they need the electricity bill. I explained that I lived in my father's house and don't have an electricity bill. I told them there is no way I can get them that record but they insisted on getting it. I explained that my wife has to travel in one week. |
| Qasim: | An employee can't do much-- |
| CHS: | [OV]--No, no, he wasn't an employee. He was the director of civil service there. Sounds good? |
| Qasim: | Aha! |
| CHS: | Then he insinuated that he wanted *cigars.* I went and got him a box of *Black and Mild* and gave it to him. He took it, put it in his drawer and said "you need a proof…a proof of residence". |
| Qasim: | The next step was for you to bribe him! |
| CHS: | What? |
| Qasim: | All you had to do is bribe him. |

44

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027313

CHS: He asked for it, man! I tried. I told him "I'll take care of you".

Alebbini: The guy asked Hossam for 25 dollars.

CHS: I'm telling you I got him a box of *Black and Mild*. He asked for it. He said he wanted cigars like the ones from America. I went to Marj al-Hamam, got him the cigars, went back quickly and gave it to him. He took the box from me, opened his drawer and put it there. He then said "No, we need a proof of your identification card. Go see the employee upfront".

Alebbini: [UI]

CHS: Basically, he tricked me.

Alebbini: [UI] You got him the cigarettes, you went to Marj al-Hamam--

CHS: [OV]--It wasn't a pack of cigarettes. It was a *Black and Mild* box.

Alebbini: Sweet and good. You went like a polite young man and got him what he asked for, then he asked you to walk out and check with the employee at the window.

CHS: When I went to the other employee, he said he can take care of it except that the marriage certificate stated the wife was a US citizen, not a Jordanian citizen. I explained that she had dual citizenships, but he insisted on having the citizenship changed on the marriage certificate. I inquired how I can get this change done on a marriage certificate.

Alebbini: What did this have to do with the first requirement?

CHS: I don't know, seriously.

Qasim: It's entertainment to them.

Alebbini: Yeah, they're having fun.

CHS: So they sent me over to the Sharia Court. There I was told I had one week to make changes, but the changes have be approved by a judge, I don't know who. I asked them to give me back everything and [UI] the hell with the papers.

Alebbini: [chuckles].

45

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi, 04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027314

CHS: So when I called the Embassy, I told them everything. They said they'll do a renewal, based on the same thing, which will take *two to six weeks.*

Alebbini: I called the FBI. I asked if my investigation is still going on--

CHS: [OV]--Who called who?

Alebbini: I called the FBI. [Running water] [UI]. I asked if my investigation was over or not yet. I asked if I was still under *investigation.* They said I was not. [UI]

CHS: Was it the same day you made him call Homeland Security?

Qasim: Yes.

Alebbini: No, the next day.

CHS: Were you drinking, did you smoke weed that day?

Alebbini: No, no.

CHS: God is my resort, man!

Alebbini: Listen, listen man! I want to leave but this man [static] wants to be legal.

CHS: Taking long or whatever, why did he have to talk to them? You had a reason to call and I understand the logic behind your call, okay. You called them to make sure, that's fine. Remember the *General* I sent over to the house? One time, he had problems, not problems, he felt…I don't know, he was once asked about something and he felt he was under *investigation.* He retaiend a lawyer, sat with them and asked what they wanted from him and if he was being investigated. They said no, so he was able to clear his doubts. That man was *legal.* But you, it's as if you're telling them, here I am, come and get me.

Qasim: Yeah! I wanted to tell them "don't go looking for me. I'm here. What do I need to do to fix my status?"

CHS: You need to go *online* and change your *address.* That's the first.

Alebbini: Where *online?*

CHS: On…to change your *immigration address, online.*

46

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027315

Alebbini:     [UI]

CHS:          Yeah *online.*

Qasim:        The same document they sent me.

CHS:          He will have to send them his address.

Alebbini:     We waited over the phone then we got disconnected.

[Noise]

Alebbini:     [UI] Potato.

Qasim:        There is no God but Allah!

Alebbini:     He cooked 20 chickens in the oven and forgot them in the oven three to four days.

Qasim:        No, no, no. I cooked it only yesterday. I mean half-cooked it today and the next day I remembered at night. The evening of the second day--

CHS:          --Wait a minute, wait a minute please!

Alebbini:     Seventy hours later--

CHS:          Laith, wait a minute please. Say that again, repeat what you just said!

Qasim:        I cooked [UI] and I made chicken with it, grilled chicken, steamed--

CHS:          [OV]--spiced not steamed.

Qasim:        Anyways, I made--

CHS:          Say spiced- -

Qasim:        Spiced.

CHs:          U-huh.

47

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027316

| | |
|---|---|
| Qasim: | We ate and everything was good. The next day in the evening, I felt I was hungry as were having a long conversation, so I told him I think I left the chicken in the oven. |
| Alebbini: | We should've brought it with us [chuckles] |
| CHS: | Laith, give me that wallet. [Laughs] |
| Alebbini: | [UI] [Laughs] |
| CHS: | My wallet. |
| Qasim: | You sound like a woman, Laith. |
| Alebbini: | What? Who's like a woman? |
| Qasim: | Like when the wife tells you "I haven't had one good day with you". You're exactly like that, Laith. You see, you're like a wife. [Chuckles] [Running water sound] |
| CHS: | But honestly, he commended you on the magloubeh you made the other day? |
| Qasim: | Who? |
| CHS: | Laith. |
| Qasim: | What magloubeh? |
| CHS: | The one you cooked the other day. He commended you on it. |
| Qasim: | He commended me on it, right? [Chuckles] |
| CHS: | Yes. He said that was the first time he ate something you cooked and he didn't have diarrhea. |
| Alebbini: | [SC] Guys, if you're cold, let's go. |
| CHS: | Uh! [Birds quacking] [Static] [Water sound] [UI] |
| Alebbini: | [SC] Guys, if you're cold, let's go. |
| CHS: | Listen! Tomorrow, I'll give Destiney... remember the sheep we slaughtered? |

48

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027317

Alebbini:     Yeah.

CHS:          We cooked some of it but the little ones won't eat. So I want to give her some to cook few meals.

Alebbini:     I'll give it to her [splashing water]

CHS:          --and she can make white rice. [Quacking] [Water sound]

Qasim:        Guys, why are you in a hurry to leave?

[Static] [Walking noise]

Alebbini:     Are you cold Muhammad?

CHS:          [UI] [Static] [walking noise] I can't find my rod. Oh here it is! Where's your hook?

Alebbini:     [UI] [Static]

CHS:          Ugh!

Alebbini:     [UI] What happened to your fishing hook?

CHS:          I swear by God. I don't know. Uh- -

Alebbini:     I [UI]

[Static] [Walking noise] [Pause]

CHS:          Tomorrow I have [UI].

Alebbini:     Bring it close so you can set it up over here!

CHS:          Laith, take this one. Ok.

[Static] [Walking noise]

Qasim:        Thank you so much Laith. It's all because of your *Black and Mild.*

Alebbini:     [UI]

Qasim:        No, no [UI]

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027318

[Walking] [Static Noise] [Long UI Conversation]

Alebbini:     [UI]

[Beep] [Walking] [Static]

Alebbini:     [UI] It costs 5 or 12.

CHS:          Sometimes it's the geese, or dogs. You don't want to step on a dog's pee.

Qasim:        They should leave it for the city.

[Noise] [Walking]

Alebbini:     [UI]

CHS:          I told you I grew up in Saudi Arabia. Shame on you! [Static Noise] My father only cooked ga'ud, camel meat. If you were eating corn flakes at the time, I expect you were sprinkling it on top of the mansaf.

Qasim:        Yeah. I haven't had corn flakes in a long time [Chuckles]. We need to find another way--

Alebbini:     For what?

Qasim:        To warm up the milk and [UI].

[Car Beeps] [Noise]

CHS:          [Gets in the car] [Sings]

Alebbini:     I may stop by you tomorrow afternoon, after I go to the river or here.

CHS:          God willing!

[Driving]

Alebbini:     What time you get off? By eight?

Qasim:        At eight, late.

Alebbini:     Then at eight? [UI] if---

50

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027319

CHS: You close at eight?

Qasim: The store where I'll be tomorrow is from 10:00AM to 8:00PM.

Alebbini: [UI]

Qasim: Where *Kroger,* where *Main.. Main Street,* you keep going up a little more till the intersection of *Main Street and North Street.*

CHS: -- with *Main Street* and *Kroger?*

[Static noise]

Alebbini: Do you see [UI]

CHS: *I know, I know it.*

Qasim: It's a bad neighborhood.

CHS: Yes, be careful!

Qasim: Yeah.

CHS: Be careful! Is the *counter* high or low?

Qasim: No, it's low. But that's not the problem! The phones are now two doors away. You need to open and walk through the first door, then a second door, to get the phones when you're the only employee at the store, and the counter is open from both sides and anyone can have access to you.

Alebbini: Which means the store design is shitty [Static] −

Qasim: [OV]-- it's a new design--

CHS: [OV]-- keep the phones by you--

Qasim: [OV]-- It's a new design, this is the new design

CHS: [OV]--keep the phones near you, on the side.

Alebbini: [UI]

51

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027320

Qasim:          Yeah, but there are many thieves--

CHS:            [OV]--I know, that's why I'm telling you to be careful.

Qasim:          I told Laith, the first day…the first day they put me there was a Sunday or Monday. It was a Monday, right? [Static]

Alebbini:       It was a Monday--

Qasim:          [OV]--I was about to close, the last thing to do. A black man walked in and started looking at the phones, the cameras, trying to grab some. I said *"What's up? Can I help you?"* But as if I was talking to no one. I went "I'm talking to you, can I help you?" He looked at me in a way that indicted he didn't like what I said. Last thing, I grabbed a piece of wood in my hand, put it here as if it were a hand gun and went to him. I said "what's wrong with you?" He said "I'm just looking" so I said "get out of the store. I need to close".

CHS:            Just be careful.

Qasim:          That place is a dump.

CHS:            Just be careful.

Alebbini:       Do you have a hook other than this one?

CHS:            Yes

Alebbini:       Is the *gear* working well on it? I have a line if you want any.

CHS:            No, I have some at home. I have a lot. I have three other than this one.

Alebbini:       But you have to use a line that matches the *rail* because [OV]

CHS:            --it matches well. But this one is made for sea fishing.It's made for *deep.. deep.. deep sea fishing.*

Alebbini:       *Deep sea fishing.*

CHS:            Aha.

Alebbini:       [UI]

CHS:            *Deep sea fishing.*

52

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi, 04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027321

Alebbini:      [UI]

CHS:           No, he wants to see if we're doing drugs. [Clears throat]. Are you going there tomorrow or not?

Alebbini:      Where's there?

CHS:           I mean are you coming here?

Alebbini:      God willing. God willing.

CHS:           Before 6:00 I mean?

Alebbini:      After I wake up, take a shower, see what's going on and if a car is available, I'll leave.

CHS:           Okay, so we can talk about the...the other issues.

Alebbini:      Sounds good.

CHS:           But let me tell you the idea. Where's your phone? I left my phone in the car. I want to say that you're exposing yourself--

Alebbini:      Yes, yes, I know.

CHS:           You talk too much [UI], you know? I have no problem with that [UI] [Static/Wind]

Alebbini:      [UI]

CHS:           I know

[Static/Wind]

Alebbini:      [UI] [Noise] [Static]

CHS:           Well, the idea I have in mind is... I mean I'm not... the idea I have in mind is if...if. Let me tell you. I'm [UI] but I want to make sure no one gets hurt--

Alebbini:      [OV]--Yeah.

CHS:           I do not get hurt...no one gets hurt, you don't get hurt [coughs]

53

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi, 04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027322

| Alebbini: | Instead of you buying the ticket in your name-- |
|---|---|
| CHS: | [OV]--I...I suggest-- |
| Alebbini: | [OV]--yes. |
| CHS: | I suggest...I suggest, if you could... I'm telling you I've been giving it a thought after you mentioned it. There are *two options:* you either open a *credit card* and use it to make the purchase, and once you arrive there safely I will pay it. That should be no problem, I have the system-- |
| Alebbini: | --Aha. |
| CHS: | And I can close it. |
| Alebbini: | Exactly. |
| CHS: | Or if, say anyone can lend you the money or you can get it from Destiney *or whatever*, and once you're there, I'll pay them back. I mean I'll definitely close it. |
| Alebbini: | What if you gave me cash? I can deposit the money in the bank then purchase the ticket. Or you have a problem with *cash?* |
| CHS: | I...I have no problem with *cash, but--* |
| Alebbini: | Yeah, if you give me *cash--* |
| CHS: | [OV]--but I don't want to leave any *track.* |
| Alebbini: | That's it. I'll put the money in the bank. |
| CHS: | God forbid, I don't want them asking you where you got the money from. I mean... I...I-- |
| Alebbini: | [OV]--no, we're-- |
| CHS: | I'm thinking about *deep* matters. |
| Alebbini: | Yeah, you mean if they ask me-- |

54

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027323

CHS:            [OV]--no, no, it's not about them asking you. I'm thinking, for example, maybe you're under surveillance, maybe I am under surveillance, maybe you are under surveillance, or they may see me take the money out--

Alebbini:       [OV]--yeah--

CHS:            [OV]--and the next day you book a flight--

Alebbini:       Yeah--

CHS:            [OV]--or the third day, you know, or I draw money then you deposit money in the bank. I don't know, let me think about it thoroughly, but I'm saying if we could find someone to give the money, and as *soon* as you---

Alebbini:       [OV]--okay, no problem. I understand you.

CHS:            Or as an example. Let's say you tell Qasim "lend me $1000, okay?" I'll tell him "within a week".

Alebbini:       I got it.

CHS:            Or I can tell him--

Alebbini:       [OV]--That's it, I understand you.

CHS:            "I can give you more on the money"--

Alebbini:       [OV]--no, no we don't want extra.

CHS:            I'm just saying.

Alebbini:       I got it, I got it. This is for cover up, so nothing can be seen.

CHS:            When we do it, we'll do it discretely.

Alebbini:       Yeah.

CHS:            Sounds good? Because honestly I'll be following you for sure. Okay?

Alebbini:       What about?--

55

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi, 04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027324

CHS: [OV]-- that's why I don't want anything to disrupt... to disrupt what I have in mind.

Alebbini: I understand you.

CHS: The problem with you Laith is that you talk too much.

Alebbini: I talk too much, yes. My goal is to talk too much.

CHS: That's a disaster!

Alebbini: My goal. You guys...my goal... my goal is not only to join the State. My goal is to support the State.

CHS: This means, okay.

Alebbini: As such, our problem, you know what our problem is? Our problem is...what did I do? I didn't do anything. How long have I been in America? I have a clean *record*. Before I came here, the intelligence service provided the US Intelligence with a paper saying "this guy is a good guy". But what happened to you Laith? Are you a terrorist? No, I'm not a terrorist. But, I came to stand by what is right. So, if we all stand, if all the American people recognize the war of terrorism taking place against Islam, if they all take one stand, the American people will establish that this is not a war against terrorism, it's clear that it's just a lie. That's what I want to do, I want to be able to increase. How many of the State supporters Jordan put in prison? And the more they imprison, the more people will say "those are our children". There were 4000 who joined the State and there are four, there are many people here who were put in prison because they wanted to go support the State. People know that America and Jordan are fighting the people. That's what's important and that's how we support the State.

CHS: I agree with you. What you're saying is logical. But I say, as we know, war is a trick, right?

Alebbini: True.

CHS: I mean, seriously, remember *Easter,* the day of *Easter?* I went out and celebrated *Easter* with them.

Alebbini: Yeah, we were--

56

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi, 04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027325

CHS:          [OV]--I mean if anyone saw me, let them. That's normal.

[Wind blowing]

Alebbini:     And we were playing with egg balls [chuckles].

CHS:          Okay? So one should not brag, you know what I mean?

Alebbini:     [UI]

CHS:          You talk too much man!

Alebbini:     Yes, I talked too much, I did talk too much.

CHS:          Ha, ha, ha!

Alebbini:     I talk too much.

CHS:          You see, and excuse me for saying this---

Alebbini:     [OV]--and I called the FBI [chuckles].

CHS:          --and Raid, Raid is the same thing. He must have said too much, same thing.

Qasim:        Raid is wiser than--

CHS:          [OV]--I don't know Raid too well. I didn't see him talk too much. But [UI]
              [Static], you can get to what you want working your mind wisely, not talking,
              then what?

Qasim:        Raid [UI]--

CHS:          There are no people, there are no people around you.

Qasim:        You heard the latest news about Raid? It was a tip by a friendly country. A tip by
              a friendly country. No one has yet interrogated Raid. He's been held 22 days now
              and no one interrogated him.

Alebbini:     They're liars--

Qasim:        [OV] -- Raid, Raid said that. It was Raid who said that.

57

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027326

| | |
|---|---|
| Alebbini: | Ha! |
| Qasim: | Raid said this. He said that to -- |
| CHS: | Has anyone seen Raid or talked to him? |
| Qasim: | Yes. His uncles and his wife visited him. |
| Alebbini: | What did they tell him? |
| CHS: | Did they beat him? Did they beat him? |
| Qasim: | He's not [UI]. He's been held for 22 days and no one interrogated him. |
| Alebbini: | Why would do they that? Hold him for 22 days without interrogation? |
| Qasim: | I don't know. They told Raid why he was arrested. |
| Alebbini: | Yes. |
| Qasim: | They told him. Raid said it was a tip by a friendly country. But Raid didn't ask anything. |
| CHS: | I don't understand, man. Since he was not interrogated, how did he know it was a tip by a friendly country? Who told him? |
| Qasim: | They told him that right as they took him in, as soon as he went in. |
| CHS: | They told him it was a tip by a friendly country? |
| Qasim: | Yes, as they took him in. That's my understanding. As soon as he went in, they talked to him, few words. He asked what the problem was and was told there was a tip by a friendly country. The verdict should already be out. |
| CHS: | There is no strength except with God. Didn't they say there was a public prosecutor? When I heard there was a public prosecutor I thought it's going to be easy. |
| Qasim: | If there is a public prosecutor, it would be to his detriment. The prosecutor will decide how long [UI] [Static] |
| CHS: | You mean the holding period? |

58

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027327

Qasim: Yes, how long he's going to hold him.

CHS: There's no bail bond or anything?

Qasim: There's no bail bond. Laith, did you see the rope I got you?

CHS: A friendly country, what do they mean by a friendly country? I'm telling you, if there was a tip by a friendly country, why didn't the friendly country arrest him? There's seriously something wrong here.

Alebbini: Do you know what's going on in the world now? The international companies now have a *global* intelligence system. When you go on the *internet* to browse or watch, they create an *account* and information of what I do. This information goes to intelligence.

CHS: Yes, but Raid has nothing against him, man. There's nothing against him.

Alebbini: Yes, there's nothing against him, there's nothing on the man.

CHS: He came here, left and traveled. There's nothing against him.

Alebbini: And he did not do anything wrong. There is no *evidence* against him. He did not communicate with anyone, it's not that he was communicating with the State

CHS: I'm telling you. There's nothing against him. So on what basis they held him?

Alebbini: [UI] [Static]

CHS: What really matters is that they did not beat him up?

Alebbini: No [UI]

CHS: God willing. [Wind/Static]

Qasim: Raid has been in prison 14 days now [UI] [Static/Wind Noise]

CHS: [UI] I tell you, like they say, it bothers me.

Alebbini: [UI]

Qasim: This is going to be the norm. Brother, how long has Raid been arrested?

59

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi, 04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027328

| Alebbini: | It has been 22 days. |
|---|---|
| Qasim: | Some people if you hold them in solitary confinement for 22 days, they'll come and say "we did this and this". But for Raid he's been fasting and praying. |
| Alebbini: | Abu al-Qays. You know what they used to do sometimes? They would have someone pretending he was going to join the State share the cell for 22 days and tell stories to each other. This way they would receive information first-hand. |
| CHS: | What prison he's in, do you know? |
| Alebbini: | He's not in prison. He's held with the intelligence service. |
| CHS: | In Wadi al-Seer? |
| Alebbini | In the capital, 'Abdun, Wadi al-Seer. |
| Qasim: | By [Prince] Hasan Medical Center. A new directorate. |
| CHS: | That's why I'm asking. When they built it, here was the intelligence service -- |
| Qasim: | That directorate is scary. |
| CHS: | -- and here was my friend's house, from al-Sharai'ah family. |
| Alebbini: | Yeah. |
| CHS: | I went to college with him and we used to walk to his house and my house down that street. They were still building it. I met him when they were finishing it up. He told me, 'Asim [PH] told me that when they were digging the foundations, they were so unusually deep, that they made a [UI] the entire city of Amman. He told me that. I lived nearby. He also told me about a pile of sand and rocks next to his house, that as they were digging, a water spring erupted and they had to bury it under that pile of sand and rocks. Every time we went there, we would see the King come and go. I'm telling you-- |
| Qasim: | --the Royal Palace is next to it. |
| CHS: | Yes, they say. |

60

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027329

| Qasim: | Here's the general intelligence service and it would take quarter of an hour, even less than quarter of an hour, by car. |
|---|---|
| CHS: | May God send him a breakthrough! Honestly, the problem is that he just got married. |
| Qasim: | Seven days. |
| CHS: | May God comfort him! The man did not do anything wrong nor, nor, nor-- |
| Qasim: | [UI] |
| CHS: | Even, even if he believes in supporting Muslims-- |
| Alebbini: | [UI] |
| CHS: | -- he did not commit blasphemy or did anything wrong. |
| Alebbini: | Come on man! That's forbidden! This talk is not allowed. |

[UI] [Static]

| CHS: | If you're *worried*, if you have concerns about someone from your home country, discuss matters reasonably. Sit and talk things out with them. |
|---|---|
| Alebbini: | No, they're doing exactly the opposite. They're fighting us, they're in a war against Islam. I swear to God. Look what happened to the Muslim Brotherhood earlier. Muslim Brotherhood have always been peaceful politicians, never an armed opposition. What did they do to the Muslim Brotherhood? |
| CHS: | By the way, those in Jordan-- |
| Alebbini: | [UI] |
| CHS: | No. What happened to the Muslim Brotherhood in Jordan did not happen to anyone else, man. |
| Alebbini: | Yes, yes, yes. |

61

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027330

CHS: It's strange, man. You know what happened? You would be walking and they come to you and ask, "What's your name?" You'd say "Qasim". They would tell you "Okay, I'm going to have you take off your clothes, boots, this and everything, everything", take them from you, give them to Laith to wear then say "you're Qasim, you're wearing his shirt", and --

Alebbini: -- Yes, they re-created their Muslims Brotherhood.

CHS: [UI]

Alebbini: They re-created their own Muslim Brotherhood.

CHS: That's what happened. They brought someone and new members, you know, they joined the Muslim Brotherhood--

Alebbini: [OV]--they confiscated all their properties--

CHS: [OV]--suddenly they announced someone as Secretary General of the…the--

Alebbini: [OV]--Brothers, true

CHS: [OV]--of the [Muslim] Brotherhood and announced the members, then kicked out the others--

Alebbini: [OV]--in prison [UI]--

CHS: [OV]--and put everything in the name of the new members.

Alebbini: They put them in prison--

CHS: [OV]--I wish they were in prison, they came out and they became--

Alebbini: [OV]--They put them in prison and tortured them.

CHS: Ah!

Alebbini: Why?

CHS: Are you going to pass by tomorrow, if you can?

Alebbini: [UI]

CHS: Not here. I'll be at the store till 6:00 [UI]

62

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi, 04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027331

Alebbini:     You'll be there till 6:00?

CHS:          Destiney works from 9:00AM to 1:00PM. I'll be there 1:00-6:00PM. So if you want to stop by earlier to discuss the matter, or when you wake up just let me know if you're coming my way or you want me to meet you up to sit and talk.

Alebbini:     Don't you want to come here so we can sit and talk, or you have something after work?

CHS:          I don't have anything. I'm usually sick and tired after work, but we can still sit for a while. We can sit.

Alebbini:     Sounds good, sounds good.

CHS:          We'll sit and talk and decide on the best way to go.

Alebbini:     God willing. No problem.

CHS:          At the same time, Laith, with all due respect, [UI] [Static] if he calls you again to say there is something against him, can the man be trusted one hundred percent? I mean the man works for the intelligence service [UI], maybe--

Qasim:        [OV]--he did not tell me there's nothing against him. I was trying to get an update so I called him and asked "How is it going?" He said "I'm working, Qasim". I said "I did not request you, I ordered you to check this person out". So he went "fine, fine, he's clear, he's clear" and hung up. That's what he said "he's clear" and hung up. Then he called back to tell me that he did not want me to call and ask him to check anyone out. When I asked why, he said because he did not want to check anyone for terrorism as this may raise suspicions at the directorate that he could be involved in something. He asked me to stay away from him.

Alebbini:     Leaking information.

Qasim:        He asked me to leave him out of all this.

CHS:          Did you ask him to check anyone else before?

Qasim:        What? I did, when Raid first got arrested.

Alebbini:     [laughs]

63

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027332

| | |
|---|---|
| Qasim: | I called him to check if Raid was held there and he confirmed that he was held downstairs with them. |
| CHS: | What does this guy have to do with it? He did not even arrive in Amman [laughs]. |
| Alebbini: | [UI] [OV] |
| CHS: | I mean, Raid. |
| Alebbini: | He's the one who sets everyone free. |
| CHS: | Did he tell them anything? I don't think so. |
| Alebbini: | He did not say anything. Since these people received intelligence--- |
| CHS: | [OV]--man, it's only intelligence. Was that intelligence even validated? |
| Alebbini: | It's *data, data!* |
| CHS: | If the people here have anything against you, wouldn't they have arrested you a long time ago? |
| Alebbini: | Yes. But in America I did not do anything against the law. It's only in my thoughts and ideas. |
| CHS: | That's what I'm saying. |
| Alebbini: | No. In Jordan, that's terrorist thinking, a threat to security. |
| CHS: | Just like when I want to beat someone up, but I don't want to do that because I pretend to be human. |
| Alebbini: | Aha. |
| CHS: | So I unleash a dog at that person to bite him. |
| Alebbini: | Exactly! |
| CHS: | Ah! [laughs] Just like that I swear, just like that. |
| Alebbini: | Yes, yes. |

64

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027333

| | |
|---|---|
| CHS: | It's actually like that. |
| Alebbini: | Yes. Isn't it true that when America wants to torture someone to extract information, they send that person to Jordan? |
| CHS: | I remember one time, they mentioned someone in Guantanamo-- |
| Alebbini: | [OV]—yes. |
| CHS: | As they were interrogating him, they told him "you better confess, or we'll send you to-- |
| Alebbini: | [OV]-- to Jordan -- |
| CHS: | [OV]-- we'll send you to Algiers-- |
| Qasim: | [OV]--or to Morocco, or to Jordan. |
| CHS: | Morocco, Jordan or Syria. Or Syria. |
| Alebbini: | The most important part was Syria. |
| Qasim: | Syria is the most important thing |
| CHS: | Think about it. They were affiliated with the penitentiary system in Syria. |
| Alebbini: | Of course. |
| CHS: | You can even Google this one. |
| Qasim: | It's already known. |
| Alebbini: | These are *facts,* like [UI] [OV] |
| CHS: | I'm saying. The man who talked about this exists. |
| Alebbini: | The Americans acknowledge that. America had passed regulations prohibiting torture, so the CIA was like "we do not torture our people, so -- |
| Qasim: | [OV]--send them off to Jordan. |
| Alebbini: | "Here you go, Jordan" |

65

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027334

CHS:        And the CIA contact would be standing there and [UI]--

Alebbini:   [OV]--they would be standing there, directing them not to torture this way but to use a different way, not to torture him like that because it's too harsh.

CHS:        [laughs]

Alebbini:   The American would feel sympathy for the person under torture. The American would feel pity for that person. Watch *Body of Lies*, the Jordanian intelligence--

CHS:        What is called?

Alebbini:   *Body of Lies*. Yes, the friend of lies.

CHS:        *Body of Lies*.

Alebbini:   Yeah, the Jordanian intelligence and US intelligence, starring Leonardo Di Caprio. He can't even watch the torturing. Watch any movie of the Jordanian and US intelligence and see the Jordanian intelligence torture people. That's in any movie.

CHS:        *Body of Lies*

Alebbini:   *Body of Lies*.

CHS:        Okay, God willing.

[Sirens]

CHS:        So, until God helps, *calm down!*

Alebbini:   I'm actually fine. You guys have a problem. You and you… now the man started watching videos, got brainwashed and went crazy. What can we say to him? The man did not do anything.

CHS:        I'm saying, logically, there's nothing against you.

Alebbini:   There's nothing.

66

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027335

CHS: That's why I don't know. I mean, only because I know you, if you tell me this happened to someone,

Alebbini: Aha.

CHS: I'd say it's not true. I met Raid and I know what he talks about. I know you. Logically, it's hard to believe.

Alebbini: That's what's happening my brothers. Those who join the State to fight are all educated and smart people. They're not terrorists who blow things up and kill people. I will show a video of a Christian father who was captured by the State. He came out to say they are educated, polite and knowledgeable people. They released him after paying the jizyah. Do you know why the jizyah was called this name? The name is derived from the word jaza', which means penalty. When Prophet Muhammad spared the lives of Christians and the Jews, whom he called Ahl al-Dhimma, he was directed by the Almighty God, that these non-believers should pay the jizyah for the good deed done upon them by the Muslims.

CHS: May God bring goodness upon us!

Alebbini: May God bring goodness upon us!

CHS: Okay, see you later.

Alebbini: Go in peace.

CHS: Let me know when you get up. Qasim what time you get off work, at 8:00PM?

Qasim: At 8:00PM

CHS: And on Saturday, you said you get off at 10:00PM? I will look…I will look for a place that we can go to in the morning, or will that be tough for you?

Alebbini: I wake up early in the morning around 6:00. I go to sleep early [UI]

Qasim: [UI]

CHS: Hope for the best. Good bye.

**[End of Session 04-18-2017.005-avi]**

[End of translation]

67

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027336

68

Date of Recording: 04/18/2017
Duration of recording: 2 hours, 12 minutes
Video file names: 04-18-2017.001.avi, 04-18-2017.002.avi, 04-18-2017.003.avi,
04-18-2017.004.avi, 04-18-2017.005.avi

ALE-00027337

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION



FBI Sacramento
2001 Freedom Way
Roseville, CA 95678

| | |
|---|---|
| File Number: | 415F-CI-2127744 |
| Requesting Official(s) and Office(s): | SA Michael J Herwig (CI) |
| Task Number(s) and Date Completed: | Task 872257, Request 872051, 8/21/2018 |
| Name and Office of Linguist(s): | LA Sam Ansari (SC) |
| Name and Office of Reviewer(s): | CL Hanan I Mouri (LV) |
| Source Language(s): | Arabic |
| Target Language: | English |
| Source File Information | |
| | 04-19-2017-2.001.avi |
| | 04-19-2017-2.002.avi |
| | 04-19-2017-2.003.avi |
| | 04-19-2017-2.004.avi |
| | 04-19-2017-2.005.avi |
| | 04-19-2017-2.006.avi |

Date of Recording: 04-19-2017
Duration of Recording: 1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi,
04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi



GOVERNMENT
EXHIBIT

3n 1

CARDELS 800-783-0399

Participants:
Confidential Human Source          CHS
Laith Alebbini                     ALEBBINI
Unknown Female                     UF


Abbreviations:
[TNs]                              Translator's notes
OV                                 Overlapping Voices
UI                                 Unintelligible
*Italics*                          Spoken in English
PH                                 Phonetics
SC                                 Simultaneous conversation


Date of Recording:  04-19-2017
Duration of Recording:  1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi,
04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

**[Beginning of Recording 04-19-2017-2.001.avi]**

[CHS Coughs]

[CHS gets out of his vehicle]

[CHS walks to park]

[CHS arrives at lake]

[A bearded man with a backward-cap stands at the lake holding a fishing rod]

| | |
|---|---|
| CHS: | Peace be upon you. What's that? |

| | |
|---|---|
| ALEBBINI: | Can you see that? |

[Children play in the background]

| | |
|---|---|
| CHS: | So, did you see anything? Did you catch anything? [UI] |

| | |
|---|---|
| ALEBBINI: | By God, it bit on … and I can see the fish swimming. You see? But I don't know brother if we just can't find the right bait to attract the fish. Or, could it be…I don't know, could it be that the bait is big and the fish?-- |

| | |
|---|---|
| CHS: | [OV]--what bait do you have? |

| | |
|---|---|
| ALEBBINI: | This one, *Spinner*. |

[Phone message received]

| | |
|---|---|
| ALEBBINI: | Take a little bit [UI]. It's Qasim [sneeze]. |

[Phone message received]

| | |
|---|---|
| ALEBBINI: | A customer came to Qasim so Qasim showed him a picture of the fish he caught. |

| | |
|---|---|
| CHS: | Is this the fish Qasim caught? |

1

Date of Recording: 04-19-2017
Duration of Recording: 1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi,
04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

| | |
|---|---|
| ALEBBINI: | Yeah. Qasim showed him his fish and the customer was like "let me show you the fish I caught". |
| CHS: | [chuckles] |
| ALEBBINI: | Did you see this fish? |
| CHS: | Goddam it! That's [UI] pounds. |
| ALEBBINI: | That's a fish you don't want to catch. It can break your hook. You see! There is fish. There is fish... and it's [UI] but you can't catch. This bastard fish! |
| CHS: | Too bad. |
| [Phone rings] | |
| ALEBBINI: | [On the phone] Yes, Abu al-Qays. Yes, I'm fishing. |
| CHS: | He's been doing it thirty years. |
| ALEBBINI: | [On the phone] Yeah, same as yesterday, once it gets dark, around evening, we will leave. |
| CHS: | No, before they close the park. |
| ALEBBINI: | [On the phone] before they close the park [Static/Wind]. This *rail* is new. Why didn't you make it bigger? Okay Qasim, we will wait for you, if you want to swing by. That's it. Excellent, excellent, excellent. You don't have to come by. Peace be upon you. [Car noise in the background]. What's [UI]? |
| [UF in background] | |
| UF: | *Careful! You're going to fall and skin your knee.* |
| CHS: | What's up with this thing? Okay, what we need is-- |
| ALEBBINI: | [OV]--Look! Look a little. Can you see how my bait is coming here, how it's swimming? |

2

Date of Recording:  04-19-2017
Duration of Recording:  1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi,
04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

| | |
|---|---|
| CHS: | I won't keep doing what you're doing. |
| ALEBBINI: | You're not going to mix? |
| CHS: | No, no. |
| ALEBBINI: | Whatever you want. |
| CHS: | The fish is playing all around. I'm going to use a new *technique*, another technique. Take a *Red Bull*, by the way. |

[A dog runs towards the men]

| | |
|---|---|
| CHS: | Curse your mother, get away from me. |
| UF: | [UI] *your friend there.* |
| ALEBBINI: | Aha! *He's the most beautiful puppy. Is he a dog or a puppy?* |
| UF: | *He's a dog. He's six.* |
| ALEBBINI: | *He's... he's the cutest one.* |
| UF: | *Oh! Thank you.* |
| ALEBBINI: | *I see his look.* |
| CHS: | May God ruin your days! |

**[End of Recording 04-19-2017-2.001.avi]**

3

Date of Recording: 04-19-2017
Duration of Recording: 1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi, 04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

**[Beginning of Recording 04-19-2017-2.002.avi]**

[Kids play in the background]

CHS:           Do you have *weights*, or was that the last one*?*

ALEBBINI:        No. I bought new *weights.*

CHS:           Where are they?

ALEBBINI:        In the bag.

CHS:           This bag?

ALEBBINI:        Yes.

ALEBBINI:        But why do you want the *weight?* Why do you need the *weight?*

CHS:           Huh?

ALEBBINI:        Why do you need the *weight?*

CHS:           I'll show you why.

ALEBBINI:        Because the *weight* I have is heavy.

CHS:           Is it too heavy?

ALEBBINI:        Yes. You need this.

CHS:           This won't work.

ALEBBINI:        I bought this because… you see it?

CHS:           No, this is very heavy.

ALEBBINI:        I have this *weight* here. Let me fix it for you. Here it is, you see it? This is lighter, and this goes over the bait, I mean, it won't bother you.

[Static]

4

Date of Recording:  04-19-2017
Duration of Recording:  1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi,
04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

| CHS: | Why is that? |
|---|---|
| ALEBBINI: | [speaks from a distance] Destiney's sister went to the same spot we were at yesterday. She says she caught four fish. |
| CHS: | Yesterday? |
| ALEBBINI: | Yeah. No, today, just now, just now. Went to the same place we were at yesterday. |
| CHS: | Are they just saying that to tease us or what? |
| ALEBBINI: | I don't know, I swear. |

[Kids play in the background]

[Pause]

[Static]

[Phone rings]

| ALEBBINI: | [speaks from a distance] [UI] |
|---|---|
| CHS: | God willing! |
| ALEBBINI: | [speaks from a distance] [UI]. What kind of bait is that? |
| CHS: | *Catfish.* |
| ALEBBINI: | Where did you get it from? |
| CHS: | I got it from Walmart. It smells awful though [coughs] |
| ALEBBINI: | Praise be to God [chuckles]. That's the same one I saw yesterday. Do you want to catch *catfish* today? |
| CHS: | Whatever we can catch. Anything! |

5

Date of Recording: 04-19-2017
Duration of Recording: 1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi, 04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

ALEBBINI:          But the bait you have on is for *catfish*.

CHS:               We will catch *catfish* today.

[Static] [Background voices]

[Boy laughs]

ALEBBINI:          [laughs] that boy... he has a good laugh! Had we known [UI], we would've gone with you to Walmart yesterday. We could've gone together.

CHS:               I just stopped by on my here.

ALEBBINI:          Oh, on your way?

CHS:               Yes.

ALEBBINI:          How many *reels* did you buy? [Static] [UI]

CHS:               [UI]

ALEBBINI:          Did the hook come with it?

CHS:               No I had the hook from before.

ALEBBINI:          This hook is awesome! Just make sure it's tight, because sometimes--

CHS:               [OV]--it's tight.

ALEBBINI:          It can get loose from here [chuckles]. Do you see this? I once had a nice one, like this one, but it detached from here.

[Pause]

CHS:               It is tight [coughs]. You don't have water, do you?

ALEBBINI:          I do.

CHS:               [UI]

6

Date of Recording: 04-19-2017
Duration of Recording: 1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi, 04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

ALEBBINI: It's not cold.

CHS: That's fine. I don't need it now. People are fishing over there.

ALEBBINI: They caught something?

CHS: No, I'm just saying.

ALEBBINI: People are fishing all around this place, but I can't say I saw someone actually catch fish.

CHS: Where are you going?

ALEBBINI: [UI] I want to put [UI]

CHS: Come back, man [coughs]

ALEBBINI: [UI]

CHS: Where's your phone?

ALEBBINI: In my pocket.

CHS: Put it here, close this and forget about it. Let's go.

ALEBBINI: Let's go behind that pole because I want [UI]

CHS: I have been thinking.

ALEBBINI: Yes.

[Kids play in the background]

CHS: *Be careful!* I thought about it, weighing it from all angles--

ALEBBINI: [OV]--yes--

CHS: To figure out how we can do it--

7

Date of Recording: 04-19-2017
Duration of Recording: 1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi, 04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

ALEBBINI:     [OV]--without causing anyone any trouble.

CHS:          Yes, without causing anyone any trouble.

ALEBBINI:     That's right.

CHS:          How much... how much--

ALEBBINI:     [OV]--I want? I want the ticket fare.

CHS:          For you or for Destiney as well?

ALEBBINI:     Only for me. They'll pay for Destiney's ticket.

CHS:          So, how much?

ALEBBINI:     Huh? I swear to God I don't know. How much was it when you checked Turkish Airlines?

CHS:          Why are you giving me these?

ALEBBINI:     I only want... it's a little complicated.

CHS:          So, the important thing, will $700 to $800 do it?

ALEBBINI:     Yes.

CHS:          Okay. [Whispers] What I'm going to do is give *Destiney bonus*. You know?

ALEBBINI:     Yes.

CHS:          Are you with me?

ALEBBINI:     I'm with you.

CHS:          I'll give her the money as *bonus,* okay?

Date of Recording:  04-19-2017
Duration of Recording:  1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi, 04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

ALEBBINI: Yes. I also want to [chuckles]…I'm not going to say anything, if anything I'll just say it is *tax return*. Destiney's *tax return*.

CHS: I agree.

ALEBBINI: You understand. "Where did you get the money?" I will say *"tax return"*.

CHS: I'm saying… I understand, for any possibilities—

ALEBBINI: [SC] possibilities--

CHS: [OV]--if anything happens, whatever happens, this is *bonus*, it is *bonus*. So now I am going to give her *bonus*. What do you want to do? Do you have a date in mind when you will book your ticket for, or what?

ALEBBINI: Not really! I need to check when I can book. If I can book after three days, for $700, $690, I'll book at the cheapest fare and I will leave. If they tell me to wait three or four days to get a cheaper fare, I will wait.

CHS: I agree. The reason I'm asking is because --

ALEBBINI: [OV]-- honestly, I'm ready to leave.

CHS: I'm telling you, let's say you tell me "Muhammad I'm going to book for the 26th, okay? [Coughs] so on the 24th I'll give you the money… to Destiney.

ALEBBINI: Sounds good.

CHS: So when you decide on the day, let me know and I'll give you the money two days prior to your travel so you can get ready.

ALEBBINI: I know the issue is not just about money. The issue is --

CHS: [OV-- one doesn't know--

ALEBBINI: [OV]—I know you don't need [UI]--

CHS: [OV] – [UI] I checked, there are some that land in… in Canada, some leave from Chicago then to Turkey, then to Amman. So, watch out you don't find yourself in the same position as Raid.

9

Date of Recording: 04-19-2017
Duration of Recording: 1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi, 04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

ALEBBINI:       Well, look! No matter what happens--

CHS:            [OV]--No, I mean you book to Canada and you will need a visa to Canada.

ALEBBINI:       No, no. I think from Cincinnati…from Cincinnati to Chicago, from Cincinnati to Chicago, to *Turkish* to *Jordan*.

CHS:            Yeah.

ALEBBINI:       That's what I want to do. [Whispers] I'm going through Turkey [UI] [Static]. If they let me in [UI] then they let me go to Jordan, that's not a problem. My father can sort things out for me. If it doesn't work out and they don't let me in Turkey…but if I enter Jordan, I will go, I will go to Sal, I'm not staying at my family's house where they can come and get me. That's unless they arrested me at the airport [UI]. That wasn't a *catfish* the man was holding? That's what I think.

CHS:            That fish was as big as him, the size of a sheep.

ALEBBINI:       I want to go to Florida to make sure there is fish. I have not caught a fish in a long time.

CHS:            This is not normal. This situation is not normal.

ALEBBINI:       Did you come fishing here last year or the year before?

CHS:            I have never been here before I started coming here with you. I talked with that young man and he started telling stories.

ALEBBINI:       You caught fish in Ohio.

CHS:            I caught some in the fucking *Rainbow Lake*.

ALEBBINI:       [Laughs] Oh you caught fish there?

[Pause]

ALEBBINI:       So you caught fish before?

CHS:            I see the fish jumping around us.

10

Date of Recording:  04-19-2017
Duration of Recording:  1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi,
04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

| | |
|---|---|
| ALEBBINI: | Yes. It's swimming and jumping but it won't bite the bait, as though it's not hungry and the people keep feeding it bread all day long. |
| CHS: | No. It's [UI]. You know, it's eating insects. Did you notice how many insects are there around? The fish jump, catch the insects and dive back in. |
| ALEBBINI: | Fish is supposed to be eating all the time. If they see your bait, they're going to bite it. If they see an insect they're expected to eat it. Fish is not supposed to feel full. I'm saying if we only went to a *private* park, we would have -- |
| CHS: | [OV]--I told you let's go to the other one. |
| ALEBBINI: | Which one? |
| CHS: | The one I sent [information] of? |
| ALEBBINI: | That's not a *private* park. |
| CHS: | It's *private*. Well not *private,* but not many people go there. |
| ALEBBINI: | But the problem is that there's no parking there. |
| CHS: | There is a parking, man. We have to walk a little, park and walk the same distance we did here. Has Destiney been there before? No? |
| ALEBBINI: | I don't know, I swear to God. |
| CHS: | She talked to the girl in front of me. The girl told her so and so. She told the girl "we want to go to a place where we can count on catching fish". |

**[End of Recording 04-19-2017-2.002.avi]**

11

Date of Recording: 04-19-2017
Duration of Recording: 1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi,
04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

**[Beginning of Recording 04-19-2017-2.003.avi]**

[Start of Video]

CHS:            So the girl told her to go to this *pond.*

ALEBBINI:       You know what happened man? Yesterday I bought these baits thinking the problem was in the bait. I figured now that I have my favorite bait, the problem is solved. You know what I'm saying? I expected fishing today will be quite an experience.

CHS:            Look around! There are 20,000 people fishing but no one caught anything.

ALEBBINI:       Yeah, no one caught anything. This bait and this hook are *perfect*, working 100%, but I don't know why I'm not catching fish. [Pause] This spot is crap, really!

CHS:            Like you said, people feed them.

ALEBBINI:       And the fish that keeps jumping here, [UI].

[Distant voices and kids play in the background]

CHS:            Listen ALEBBINI! I've been thinking in my head that [UI] after you leave, they may start telling stories here, you know.

ALEBBINI:       Yeah, I understand--

CHS:            [OV]--that's why I needed time to think about it and this is the best way to do it. Everything is on paper, everything... she got a *bonus* [Pause]... there are no problems. Here, you see!! People are giving up and leaving.

[Whistles in background]

[CHS coughs]

12

Date of Recording:  04-19-2017
Duration of Recording:  1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi, 04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

| | |
|---|---|
| ALEBBINI: | *Excuse me guys. Have you guys had any luck at all?* |
| UM1: | *We didn't.* |
| ALEBBINI: | *So what's wrong* [UI] |
| UM2: | *Ah! They drained--* |
| UM1: | [OV]--*Yeah, they drained this lake out a while ago--* |
| ALEBBINI: | [OV]--*Aha--* |
| UM1: | [OV]--*so the fish still might be like weird.* |
| ALEBBINI: | *Okay so--* |
| UM2: | [OV]--*do ...do you know where Lincoln Park is?* |
| ALEBBINI: | *No, I'm new here.* |
| UM2: | *Do you know where Denver High School is?* |
| ALEBBINI: | *No, but give me a name and I'll ask my wife about it.* |
| UM3: | *Do you know where Ackerman is?* |
| ALEBBINI: | *Ackerman?* |
| UM3: | *Do you know where that is?* |
| UM2: | *No.* |
| UM3: | *You go down on this main road right here, you know right here that goes in front of Wendy's.* |
| ALEBBINI: | Aha. |

13

Date of Recording:  04-19-2017
Duration of Recording:  1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi,
04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

| | |
|---|---|
| UM3: | *You go down, and then you get to that light, right there the main strip, it's called [UI]. You go through that light, there will be another light. That would be Ackerman. Take a left and it will be on your right at the stop sign, right before you get to the stop sign. Right there on the right.* |
| ALEBBINI: | *What is it called, the place?* |
| UM3: | *Lincoln Park.* |
| ALEBBINI: | *Lincoln Park.* |
| UM3: | *If you have an iPhone, you can type it in, it should pop up. I fish out there all the time.* |
| ALEBBINI: | *I appreciate you guys.* |
| UM3: | *You're welcome.* |
| ALEBBINI: | *We have been coming here man and not catch anything. I don't know if it's my fault or it's the lake--* |
| UM3: | *[OV]--yeah, they drained it this past year and put [UI] this past year.* |
| ALEBBINI: | *Okay, okay.* |
| UM3: | *Are you bass-fishing?* |
| ALEBBINI: | *Yeah.* |
| UM3: | *You know when I bass-fish...you see that tree down there?* |
| ALEBBINI: | *Aha!* |
| UM3: | *That's where I'm fishing.* |
| ALEBBINI: | *Did you catch anything there?* |
| UM3: | *I haven't bass-fished this year but when I did I was slaying bass.* |
| ALEBBINI: | *Okay, okay. I appreciate you guys, thank you.* |

14

Date of Recording:  04-19-2017
Duration of Recording:  1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi, 04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

| | |
|---|---|
| UM2: | *You're welcome. You guys have a nice day.* |
| ALEBBINI: | *You too brothers.* |
| ALEBBINI: | First, I tell you what you need to do. Pull that rope up further, because too much of it is coming off the *rail*. You need to have less of it so it won't keep bothering you and coming off the *rail*. Let me pull out a little bit of it so it'll stay on the *rail*. Because every time you pull, you'll see the rope coming off the thing. |
| CHS: | I'll do it now. It drove me crazy. |
| ALEBBINI: | Aha. Give me a little bit. |
| CHS: | Give me a second, one second, one second, one second. *I did it wrong.* Do I get rid of some of it? |
| ALEBBINI: | Aha. I'll get rid of some of it. |
| CHS: | [Coughs] This *Lincoln Park*? What's the deal with it? |
| ALEBBINI: | *Lincoln Park* is where the *fish* is. |
| CHS: | Then let's go! |
| ALEBBINI: | [UI]. |
| [Kids voices] | |
| CHS: | Is this good? |
| ALEBBINI: | That's good. Nobody caught anything. |
| CHS: | ALEBBINI, the thing that was here, did you throw it away? |
| ALEBBINI: | What was it? |

15

Date of Recording: 04-19-2017
Duration of Recording: 1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi, 04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

CHS: The bait that was in [UI]. Let's go to *Lincoln Park.*

ALEBBINI: Let's go.

CHS: Give me that.

ALEBBINI: You fix it, till I wrap things up. I'm at your service, *Lincoln Park...* because this is a fucking place.

CHS: [Chuckles]

ALEBBINI: Since I had the bait, the rope and everything looks good, I thought *this is the time, this is it.* Is this rope yours?

CHS: No. We found it yesterday.

ALEBBINI: Oh! It's a good one. It's good enough to catch an octopus.

CHS: What will you try and catch *bass?*

ALEBBINI: Who me?

CHS: Yes.

ALEBBINI: I catch *bass* and you catch *catfish.* I mean we are trying to catch all kinds of fish.

CHS: I mean what are we trying to catch now?

ALEBBINI: Look, *catfish* is available around sunset and later.

CHS: Let's go there see what we can do.

ALEBBINI: Let's go.

CHS: I'm not putting the bait on now.

ALEBBINI: If you're bored *bass* fishing, change your bait, put on the *catfish* bait, then cast your hook and--

16

Date of Recording: 04-19-2017
Duration of Recording: 1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi,
04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

CHS:                    [OV]--if I get bored trying for *bass*, what should I do *again*?

ALEBBINI:              Take your *hook*, put the *catfish* bait on, cast your rod and wait. That's what I do when I get bored casting my hook one time after the other. I change to catfish bait--

CHS:                    [OV—where's the water you put?

ALEBBINI:              The water is here.

CHS:                    Okay.

[CHS and ALEBBINI walk]

ALEBBINI:              Peace be upon you, sir! [UI]

CHS:                    Yes, I'm ... *all the way there.*

ALEBBINI:              Is your car parked there?

CHS:                    *Lincoln Park.* There it is.

ALEBBINI:              I'll be there.


**[End of Recording 04-19-2017-2.003.avi]**

17

Date of Recording:  04-19-2017
Duration of Recording:  1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi, 04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

**[Beginning of Recording 04-19-2017-2.004.avi]**

[CHS walks to parking lot]

[CHS gets on vehicle and drives away]

CHS: *Lincoln Park, Kettering Ohio.*

[Beeping Sound]

[Navigation software voice directions]

[Navigation]: *Turn right on East Dorothy Lane.*

[Beeping sound]

[Navigation]: *You will arrive at 7:46 pm.*

[Navigation]: *Continue on East Dorothy Lane for two miles.*

[Beeping sound]

[CHS coughs]

[Beeping sound]

[Navigation]: *In a quarter of a mile, turn left on Deshorly [PH] Road.*

[Beeping sound]

[Navigation]: *Turn left on Deshorly Road.*

[Beeping sound]

[Navigation]: *In a quarter of a mile, turn left on to Isaac Freeway.*

[Beeping sound]

[Navigation]: *Turn left on to Isaac Freeway*

18

Date of Recording: 04-19-2017
Duration of Recording: 1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi, 04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

[Beeping sound]

[Navigation]: *In 800 feet, your destination will be on the right.*

[Beeping sound]

[Navigation]: *Your destination is on the right.*

[CHS stops vehicle]

[Beeping sound]

[CHS gets out of the vehicle]

CHS: Let's go check the situation first, ask the people.

[CHS and ALEBBINI walk]

ALEBBINI: *My friend! Did you catch anything today?*

UM: *No, we were just messing around with the little ones.*

ALEBBINI: *But did you see any--?*

UM: [OV]*--yes, they're catching Bluegill around here—*

ALEBBINI: [OV]*--Okay --*

UM: [OV] *-- and there's pretty big catfish in here.*

ALEBBINI: *Okay.* If we catch *catfish*, we will catch, we will catch.

[People talking]

ALEBBINI: What do you think?

CHS: *Whatever you think.* You have more experience than I do.

ALEBBINI: We're already here, so let's try it. It's a new place, so let's see. We will cast and [UI].

19

Date of Recording:  04-19-2017
Duration of Recording:  1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi, 04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

[Conversation in the background]

[CHS and ALEBBINI walk back to vehicle]

CHS:    Are your parents asking where you'll get [UI]?

ALEBBINI:   No.

CHS:    [Coughs] [UI]

ALEBBINI:   I don't know. They're asking "where will you get the money?" I tell them "my friends will loan me the money". I asked them to give me the money but they wouldn't--

CHS:    [OV]--what's most important is that you don't say anything about me, not to your parents nor to your friends.

ALEBBINI:   I won't. Not to anyone. [UI]

CHS:    Only as a precaution, you know.

[CHS and ALEBBINI get their fishing tools out of vehicle]
[CHS and ALEBBINI walk back to the park]

CHS:    No, no, no. Where do we go, there or there?

ALEBBINI:   Wherever you want. Shall we go there, so we can sit on a chair?

[Static, jingling sound]

ALEBBINI:   [UI] a bait [UI]?

CHS:    Aha.

ALEBBINI:   This is called *artificial fishing.*

[Static sound]

20

Date of Recording:  04-19-2017
Duration of Recording:  1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi, 04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

[A duck quacks]

CHS:   Oh ho! Who bothered you?

[Whistling]

CHS:   Where did it go?

[A conversation and laughs in the background]

UF:   *What are you doing up there? Ah-uh. Let them down bro!*

[UF laughs] [UM speaks in the background]

ALEBBINI:  *You close the door with bicycle.*

[Whistling]

CHS:   This *Bluegill*, what does it feed on?

ALEBBINI:  It eats a small bait. You need a small bait. What bait have you put on?

CHS:   *Catfish.*

ALEBBINI:  For *catfish*, you have to leave the bait on the ground. Now the fish will come and eat it. Or if you want, if you want to catch on the [UI], you have to use a [UI] and put a worm. With a worm, you will catch something for sure.

CHS:   We will see.

CHS:   Wow! Do you see the fish over there? *Oh boy*! It's busy. Why did this duck come near me?

ALEBBINI:  You want to move there? [UI]

[Motorcycle engine in the background]

**[End of Recording 04-19-2017-2.004.avi]**

21

Date of Recording:  04-19-2017
Duration of Recording:  1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi, 04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

**[Beginning of Recording 04-19-2017-2.005.avi]**

[Motorcycle engine in the background]

[Walking sound] [Static]

[Ducks quack]

CHS:               *Thank you.*

[Fishing gear bag is seen on the ground]

[Multiple beeps]

[Ducks quack]

[Running water]

ALEBBINI:          There's a big fish here.

[Background noise]

[Phone message received]

ALEBBINI:          Hey brother! Your Ohio fish is no good.

CHS:               It's a son of a bitch.

ALEBBINI:          This Ohio fish is just abnormal.

CHS:               All this [UI] is gone. It's causing me depression, goddammit!

ALEBBINI:          The fish here is fake. Praise be to God for [UI]. Praise be to God! It's hard
                   for me.


**[End of Recording 04-19-2017-2.005.avi]**

Date of Recording:  04-19-2017
Duration of Recording:  1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi,
04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

**[Beginning of Recording 04-19-2017-2.006.avi]**

| | |
|---|---|
| CHS: | There is no bike, there is nothing. |
| ALEBBINI: | There's absolutely no sign of anything. |
| CHS: | That's it. |

[Man walks by]

[Muffled speech]

| | |
|---|---|
| CHS: | [UI]. The *catfish* bait. If you look around, none of them caught anything. |
| ALEBBINI: | None of them, yeah. |
| CHS: | Goddammit! In [UI] you just sit and catch, in five minutes… you'll catch one every minute. |

[Pause]

| | |
|---|---|
| CHS: | The bastard next to us caught one. |
| ALEBBINI: | He caught a small one. Did you try to change your bait? |
| CHS: | I don't want to try anything. |
| ALEBBINI: | Why not? Do not despair. When you go fishing, you're trying to catch fish, it's not just about catching. |
| CHS: | I'm now trying to catch this. Here's the worm. |

[Phone message sound]

[People talking in the background]

23

Date of Recording:  04-19-2017
Duration of Recording:  1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi,
04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

[Engine in background]

[Call for prayer on the phone]

CHS:                This is the call for evening prayer.

[Sound muted]

CHS:                Do you want me to leave you the other one? You can cast it and quit the *catfish*.

ALEBBINI:           No, but if you're going to leave me something, then leave me two *catfish* baits.

CHS:                I'll leave the bait for you. I'm not taking the *catfish* bait.

ALEBBINI:           Okay. That's it.

CHS:                If you want, I can leave you this. You can cast it or keep it, whatever you want to do.

ALEBBINI:           No, no, no. If anything, I'll use this, and I have my hook.

CHS:                But you us it this way or that way.

ALEBBINI:           Can you leave me your hook?

CHS:                If you want.

ALEBBINI:           Yeah, let me have it. I'll now put on a *catfish* bait on it.

CHS:                That's what I'm saying. Put the catfish bait on and use the other one for the other bait.

ALEBBINI:           Until I—

24

Date of Recording:  04-19-2017
Duration of Recording:  1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi,
04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi

CHS: [OV]--and when you decide on the time and what day, just let me know.

ALEBBINI: I will.

CHS: You know? So I can take care of things like I told you. Just to be on the safe side--

ALEBBINI: [OV]—yes--

CHS: [OV]-- I'm saying you let me know two days in advance, if Destiney's working that day, she'll take it, if she's not working, you can stop by.

ALEBBINI: [OV]--God willing!

CHS: Okay? Peace be upon you.

ALEBBINI: And peace be upon you too! I don't think I'll be catching [UI]--

CHS: [OV--I've been through this for a long time--

ALEBBINI: [OV]--yeah.

CHS: Honestly, since before I even met you, I have gone through this suffering and I made a promise to myself not to try fishing again in Ohio.

ALEBBINI: Okay then sir. That's fine. Go in God's peace.

CHS: God willing. I'll just take the 60. Peace be upon you.

ALEBBINI: And upon you too.

CHS: If you catch something, let me know. God willing you will catch. There's fish ALEBBINI. Goddammit!

[CHS walks away]

**[End of Recording 04-19-2017-2.006.avi]**

25

Date of Recording: 04-19-2017
Duration of Recording: 1 hour, 19 minutes, 47 seconds
Video file names: 04-19-2017-2.001.avi, 04-19-2017-2.002.avi, 04-19-2017-2.003.avi,
04-19-2017-2.004.avi, 04-19-2017-2.005.avi, 04-19-2017-2.006.avi