# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,    :    Case No. 3:17-cr-071
                                            Also Case No. 3:21-cv-259

                                            District Judge Walter H. Rice
  -  vs  -                                  Magistrate Judge Michael R. Merz

LAITH WALEED ALEBBINI,

        Defendant.    :

## NOTICE TO DEFENDANT

This case under 28 U.S.C. is § 2255 is before the Court on the filing of the Response of the United States to the Motion to Vacate (ECF No. 163). When the Motion to Vacate was first filed, the Court provided Defendant would have twenty-one days to reply to the Government's Response (ECF No. 133). Under Fed.R.Civ.P. 6, Defendant's time is extended three days because he has been served by mail.

Accordingly, Defendant is notified that his Reply must be filed by May 17, 2022.

May 1, 2022.

                                                            s/ *Michael R. Merz*
                                                   United States Magistrate Judge