# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,      :      Case No. 3:17-cr-071

                                   Also Case No. 3:21-cv-259

                                   District Judge Walter H. Rice

  - vs -                             Magistrate Judge Michael R. Merz

LAITH WALEED ALEBBINI,

        Defendant.     :

## RECOMMITAL ORDER

This case under 28 U.S.C. § 2255 is before the Court on Defendant's Objections (ECF No. 172) to the Magistrate Judge's Report and Recommendations (ECF No. 171).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

October 18, 2022.

                                                          Walter H. Rice
                                                  United States District Judge